BREWER et al v. BURNS, WRAY et al        **CONTENTS  FOLLOW:**

Compendium  -  LP Evidentiary Exhibits pages 934-1075

**Glossary of Selected Entities and Individuals - RED (bottom) coded page 000936**

**Emails Dated Listing - RED (bottom) coded page 000969**

**Emails Alphabetic Listing- RED (bottom) coded page 001015**

**Documents Dated Listing - RED (bottom) coded page  001067**

**Documents Alphabetic Listing- RED (bottom) coded page  001075B**

**Disbursements Dated Listing- RED (bottom) coded page  001075K**

**Disbursements Alphabetic Listing- RED (bottom) coded page 001075M**

**Calendared Meetings and Telephone Conversations- RED (bottom) coded page  0010750**

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar


**Glossary of Selected Entities and Individuals - RED (bottom) coded page 000936**

**Emails Dated Listing - RED (bottom) coded page 000969**

**Emails Alphabetic Listing- RED (bottom) coded page  001015**

**Documents Dated Listing - RED (bottom) coded page  001067**

**Documents Alphabetic Listing- RED (bottom) coded page  001075B**

**Disbursements Dated Listing- RED (bottom) coded page  001075K**

**Disbursements Alphabetic Listing- RED (bottom) coded page 001075M**

**Calendared Meetings and Telephone Conversations- RED (bottom) coded page  001075O**


**General Notes:**

Emails - Dated and Alpha Sorts: Contents are originally drawn from Lead Plaintiff's personal computer folder entitled All Email Addresses 221103 which includes selected contents from the following Lead Plaintiff (Dennis Brewer) accounts:

> WO WinnettOrganics

> SBI Sheldon Beef

> Hotmail Hotmail

> GPR Gannett Peak Ranch

Excerpts considered relevant to the original Complaint are included in the Email exhibit. Additional emails are available during the discovery process.

Blocked Email Access Limits Initial Complaint Evidence  - Lead Plaintiff is blocked out of certain emails as of November 30, 2022 for unknown reasons. Lead Plaintiff emails dated from March 4, 2018 through July 9, 2020 in two business accounts (WinnettOrganics and Sheldon Beef) of the Lead Plaintiff are unavailable. Access to these documents on the Lead Plaintiff's personal computer are blocked, though it appears the emails are likely still present on the personal computer hard drive. Contemporaneous notes relevant to Email exhibits of Lead Plaintiff are shown below:

Blocked Email Access – WO email account is blocked from 180304 through 2019 termination and SBI is blocked prior to 200709 (some dates shown as YYMMDD)

While working through the WinnettOrganics (WO) email account forensic review, am obstructed from moving past March 4, 2018 and from days before July 9, 2020 in Sheldon Beef (SBI) email accounts opened on approximately January 4, 2020 per GoDaddy billing records) to email

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

records which document the subsequent activity in NYC re Poon and other attempts with Costco
on China, as well as 190501 Meat mtg at Issaquah HQ with Vendorco Walker and Costco meat
procurement Director Huskey in vacant area of a HQ bldg. in Costco HQ complex, also Smith
relationship loan for Cornhusker retainer, leading to 2019 litigation, Sullivan opt out of Smith
litigation as no CA license, Madison Street Capital (MSC) retainer, Cornhusker/Reginald
McGaugh retainer and failed financing efforts, MSC litigation against Cornhusker for poaching,
Nickless on JF O'Neill missing, Manning Beef and Pico Rivera meeting date including BRMT
eye-watering enroute LAX thereafter, emails with SD cold storage re blast freezing after all LA
area cold storage blast freeze full, OWB additional emails and perpetual response failures by
Steve Summers, Capstone Trading emails with principal, True Organics Products sequence on
organic fertilizer mkt which directly contradicted organic veg mkt conditions at the time.

WO Email account scroll bar freezes on March 4, 2018, and refuses to allow access to later
emails, multiple attempts, restart and same issue continues around 1030am 10/26/2022. Further
attempt at 1106am yields identical result.

Same result at 1120am and checked Sheldon Beef no access prior to July 20 2020 which see first
email in this same Folder.

Other Key Missing Email Topics and Persons Not In Blocked Access Period

Chicago law firm referred by Altahawi - emails to/from Firm Principal missing, Attorney
Kunsak emails mostly missing

Waseman – D Brewer sent history from early WO through most of the email contact, also
lost all of Waseman's own WO account email history on GoDaddy to "WO acct billing error"
Started in AZ then moved from Tucson to northern VA/DC area. More than 90% of DB sent
emails missing throughout WO and SBI. Waseman (ref by Marshall DeLeon on 9/11/15) met at
CADC in Casa Grande, tried closed Mexican restaurant after tour, then lunch at truck stop
w/Waseman, Blitch, others at long table on Oct 27, 2017. Subsequent mtgs were in Omaha after
JFO tour of Nickless and Waseman went to dinner in Omaha he went on to refer facility tour in
SD next day, then third mtg ???

Attorney consultations on SEC S-1,  Jabor referral source not found, Salm Ben email
promissory note confirmed but not found, Sallyport Commercial Finance emails pre ACH,
SouthStar and Gordon, Capstone CEO, SeedInvest, True Organic fertilizer price quotes and
WCC as supplier fertilizer discussion,
Truitt Westernlandco.net on Golden Sands and Oliver, Ritter and others at US Capital Partners,
Banco Advisors ND legislative leader in AZ info is sketchy

Also note that the email record prior to 3/4/2018 has been tampered with to eliminate all emails
relating to Walmart (WMT) required SCS audit of supplier and of logistics provider, of
Waseman in loop throughout SCS process, of logistics providers advance of SCS auditor pre-pay
and our inability to reimburse, of various emails re Euro network interest in UK and through a

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Euro-based referral network, emails with and regarding CA logistics provider Americold and
Preferred Freezer.

Important Blocked Period Email Topics Recollected as of 221107

During gap period between 180304 end of accessible WO emails and 180302 deleted items - and
200709 start of accessible SBI sent emails and 211103 accessible deleted items, key events and
persons by state include:

AR - WMT organic beef USA program discussions

CA - Lead in to Smith litigation incl Cornhusker/Madison St Capital client poaching dispute
Cornhusker in Omaha, NE and Madison St in Chicago, IL

MO - Heuer II organic contract finishing program search and development

MO – interim slaughter plant

MO – Koenigsfeld insurance related to growing trucking

MT – Tucker grower partnership on organic beef supply

FL – numerous ABT (international trader) quotes

CA- numerous AGI (international trader) quotes

CA - Cho – limited (international trader) quotes

WA – Costco sequence on domestic organic approach and pricing discussions, Issaquah mtg
w/Huskey, Walker, and on potential for China and Korea supply incl, also Smith accusation of
this as phony trip w/ family visit only. Huskey/Walker appx Apr30/May to Costco and sister
birthday on May 3, 2019. Subsequent RFI to Costco re this visit was replied to by legal which
stated cannot reply do not ask again.

**GLOSSARY OF SELECTED ENTITIES AND INDIVIDUALS**

Glossary Notes - Name and associated entity listed may be either a police powers or intelligence
officer undercover legend identity, scammer legend identity, or actual identity. Names listed
below are associated with and searchable in LP Evidentiary email and documents exhibits.
Business emails between March 4, 2018 and July 9, 2020 are not currently accessible to the Lead
Plaintiff on the Lead Plaintiff's email system. Other email sequences prior to that time appear to
have been scrubbed by an unknown third party from the accessible email records and may or
may not be available through the discovery process. Lead Plaintiff owned entities are noted as
follows:

> WP- Winnett Perico;
> WO- WinnettOrganics;
> WCC- Winnett Cattle company;
> SBI- Sheldon Beef Inc;
> GPR- Gannett Peak Ranch.

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Abdelsayed, Ibrahim (NJ, SBI CFO referred by Mike Maggard, CFO Search, TX)

ABT (FL, Trader, international sales)

>Haberer (aka Hemerer and Simon), Walter

Adams, Eric (NYC Mayor)

AgAmerica (ID, Agriculture lender)

>Morter, Carson

>Reiten, Miles

AGI (Assure Group International)

>John Vangchhia

AGI 1 (AGI Partners LLC, NYC investor group)

>Lee, Mike (Vice President, NYC)

Akoto, Laura (Ramsey online fake girlfriend, money transferred due to BRMT oxytocin boost, pictures provided were subsequently identified as those of an adult site model residing in FL)

Albert's Organics (Organic produce wholesaler NJ)

>Dennis, Scott (President)

>Argiros, Van

>Fitzsimmons, Byron

>Gemignani, Adele (Procurement)

Alfardan Group, Hussain Ibrahim (Lender of $40MM at 4%, advance fee scam)

Altahawi, Andy (Investment banker Adamson Brothers NJ)

>Jain, Ankit (referred by Altahawi, audit firm engaged)

>Kunsak, Andrew (I-bank Attorneys, prepared SEC Form S-1 for WP)

>Tracy, Adam (I-bank Attorneys principal, Initial contact emails are missing as of 221110)

AltaVista Capital Markets (Group of investment funds CA, NYC, includes SEC designated bad actor noted by Sullivan, Ray)

>Rahimi, Danny (primary contact)

Americold

## Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals Listings: Selected Emails, Documents, Disbursements, and Calendar

Byrd, Renell (GA, Business development, discussed blast freezing and Port of LA exports)

Anglade, Dr. Moise (Cardiologist, FL investor $250K, cancelled AZ trip at last minute)

Arlon Group LLC (Investment fund subsidiary of Continental Grain NYC)

Weiner, Daniel (supposed associate, likely actually NYC attorney at Hughes Hubbard Reed LLP)

      Bernstein, Alex

Armgold (Armgold Harmony investor, South Africa)

      Sinclair, Johan

Armonia (Family office investment fund CT)

Van Brakel, Jasper (initial contact as alleged representative of Park City UT investment firm, later presents himself as a direct employee in email, met in NYC virtual office)

      MacGill, Caroline (Armonia employee, met in NYC virtual ofc)

Arpaio, Joseph (Sheriff, Maricopa County AZ, posing as organic agriculture consultant Greg Crossgrove)

ACTS Freedom Farms (Likely investigatory target, first introduced by question from Crossgrove on an indirect referral through Hinson by RAM)

Captiva Verde (Organic produce farm referred by Arpaio while posing as Greg Crossgrove consultant, likely actually target of investor funds complaint investigation)

King, Ricky (Farmer and associate of Crossgrove)

Nunes Family (Indirectly Devin Nunes, Republican CA Representative 2003-2022 and Chair or member of the House Intelligence Committee for much of his tenure. Allegedly Greg Crossgrove's brother was/is President of Nunes Farms vegetable operation.)

Oliver, Barry (Wealthy retired construction company owner and State of Arizona land lessor at Hyder, offering sublease to WO, introduced by Crossgrove (Arpaio))

Stelaris

      Gulati, A (potential investor, referred by Arpaio)

Artuso, John (CCW Architect NJ for design of SBI Indiana case ready organic beef plant)

Papapetrou, Paul, RiteHite referred Artuso

Duggan, Paul, Arbon sales representative, referred Papapetrou, RiteHite

Auctus Group, Inc, Auctus Partners, L.P. (Chicago, IL investment banker)
      De Huebles, Josef

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Principal's emails missing as of 221110

Litigates with Cornhusker Capital for client poaching, subpoenas Lead Plaintiff

Axial (Web-based private equity investment platform and investment banker referral site used to list and source private market business investments, also conducts regional conferences, based in NYC)

Ostbye, Alex (primary Axial contact, refers Paine Schwartz and Fractal Advisors)

Cohen, Levi (NYC, Axial)

Talbott, Brian (NYC, Axial)

Gianfalla, Mark (NYC, Axial)

Walker, Caitlin (NYC, Axial admin)

BA Bestwick Cardone Group (Bank of America embedded special interest investment group, conducted annual natural foods symposium in NYC)

Bestwick, Robert (Senior Vice President)

Cardone, Andrew (Vice President, refers Dominick and Dickerman NYC Mike Callahan to WP as investment banker, later relocates to FL)

Hecimovic, Adisa (BAML, likely NYC Admin, confirmed Natural Fodds Symposium attendance))

Banco Advisors (AZ investment bankers)

Smith, Greg (referred by John Gottesman Liquid Capital AZ, introduced farmer/ND legislator, reviewed investment with potential Chinese source who declined)

Sease, Zach (associate)

Bankers Capital (refersf Grant Marcks, Riverside Capital, NYC investment fund)

Bay State Milling (potential small grains customer CO)

Name of Technology Sales Leads lead from Boston sales call at Performa in discovery

Dewitt, Doug

BDO (Salt Lake City accounting firm office)

Business development initial contact unknown

McReynolds, Matt (office managing partner)
Todd Gordon re audit services

Frank Maughan re audit services, possible regional investor referral source for Skaar Livestock Idaho Falls, ID)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Bergen Covid (bergencovidvaccine.com Covid website searched 149 times for Covid vaccine appointment)

> Schrieks, Marc (Bergen County Executive contact)

> Bergen county council members contacted by email, zero responses received

Bergen Sinisi (Bergen Regional Behavioral Health in-unit Case Manager)

> Sinisi, Talia

Bibby Financial Services, Inc. (Accounts Receivable factoring and credit management firm)

> Kemp, William

Big Path Capital

Bio-Lab (Pool supplies manufacturer warehouse fire in Conyers, GA several weeks after Bio-Lab visit, potential mass casualty event 5.5 months prior to 2004 Presidential election)

Schumaker, Zoe (CIO, Great Lakes Chemical, headquartered in Indianapolis, IN)

Bk Tucson (Bank of Tucson AZ)

> Krapf, Ken (SVP, discuss potential WO loan)

Black Lake Capital (Investment firm, CO)

Scripps, Charles (ref by Roznowski, discussed equity investment, owns 5,000 head organic dairy)

Blackpool (aka Shefford and various other legal entity names, referred by RJ Lumba)

> Williams, Ron (initial email contact)

Cross, Jonathan (Principal, NYC and/or FL) repeated Term Sheets and fails

> Shapiro, Nelson (Principal, NC)

TIAA-CREF (never introduced but mentioned by Cross as partner on Kingman/Stockton Hill AZ project, possible connection to Jackson through Skye Root who worked for Westchester Group Investment Management, a TIAA-CREF subsidiary ag investment company)

Blair, Charles (equity investor $17.75MM)

Blitch, Bruce (WP CIO, sourced by Smith CFO, AZ)
Blum, Ethan (NYC independent investment finder, met at Gust Organics NYC, later employed at Avison Young)

BR (Brazil sourcing request example)

Brereton Hamilton (referred by Gomez, Rafael CA)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Brereton, Brandt (CA)

BRF (Brazilian protein processor)

Rodrigues, Roberto (BR)

Bridges Produce (OR produce brokerage company)

Bridges, Ben (initial connection to organic vegetables for Costco)

Jacobs, Kurt (OR)

Broadmark (WA based investor/lender introduced in 1986/87 by Conte, Jay while Lead Plaintiff at LazerSoft, original principal Joe Schocken)

Brown, Trevor (WA)

Broadway

Broadway, Michael (initially contacted re 16,000 acres Red Lake Ventures aka Kingman and/or Stockton Hill Farm properties of Rhodes, Jim and Barings)

Kristine J Volk (corresponded and organized Kingman tour with Cross, Jon and Blitch, Bruce, presented as realtor aka KJV Ventures NV)

Red Lake Ventures aka Stockton Hill Farm and/or Kingman Farm

Poindexter, Steve (initial contact as WO VP sales candidate, then in Kingman, AZ as introducer of Rhodes, Jim UNK)

Broussard, John (Jworld Financial investor finder)

Bryant Park (NYPD BRMT assisted 911 call with uniformed officer non-response at jazz concert 220701)

Burges Salmon (UK based law firm referred by Sullivan)

Shepherd, Mark (barrister provides confirmation of three fake investors: NHIG/Songbird loan advance fee scam, Morocco investor, and Borgenson investor. Likely a Defendant insider posing as barrister, referred by Sullivan, Ray)

Canchola, Chris (CIO of WO after Blitch, AZ)

Capital Source Grp
Gordon, Selwyn (principal contact reintroduces South Star

Capital Source Group CFO (introduced by Gordon), name not recalled

Capstone Capital Group LLC (International Trading, export financing, NYC)

Governa, Jessica (NYC)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Ingrassia, Joseph  (managing member, signed Term Sheet, NYC)

Cargill (KS, International agriculture commodities)

Ferguson, David (UNK, refers Lead Plaintiff to corporate)

Carr, Henry (conduit used to refer Alfardan)

Case, James (Champion Commercial Structures Houston, TX)

      Centerboard Group (ref by Case, CT)

          Maloney, Mike (CT)

PVG Global

Dickens, Gerald (ref by Case, James for personal follow contacting seed investors)

Castro (Mike, VP Operations WO, CA)

      Gomez, Rafael (Dir Food Safety and Organic Integrity, selected by Castro, CA)

Aqua 4D (Swiss water technology company, referred by Castro, likely investigatory target. Lead Plaintiff meets in Phoenix, AZ with Arpaio, King, Smith CFO)

Giladi, Giora (Aqua4D representative met at Phoenix, AZ breakfast spot with Arpaio, King, Smith CFO before Oliver mtg at Regus ofc downtown)

      Gerlach Black Rock Farm (ref by Castro 151106)

          Palmeri, Jack  jpalmeri@tg-inv.com FL

Caviness (Utility beef processor TX)

      Caviness, Regan (TX)

      Also see CS (Caviness-Simplot JV plant in ID)

Centerboard Group (Investors and investment bankers CT, referred by Case, James)

      Maloney, Mike (primary contact)

Cerebro Capital (finders, NYC)

      Broad, Jeff
      Unknown, Allan

Chalom, Mark (retired TV producer, NJ, landlord Cliffside Park, NJ apartment, renovation staged contract theft by forced settlement of funds for services and materials)

Chardan (SPAC investment banking firm, NYC)

Kaufman, George (refers Mitchell Nussbaum, Loeb attorney NYC)

          02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Weng, Yingjie (NYC)

Chase (JP Morgan Chase)

    Dodson, Herman (NJ commercial credit)

    Aberbach, Eric  (Global trade)

    Walker, Christopher S (Global trade)

    Kolleng, John (Agriculture IL)

Chinese money laundering (example of inbound emailed series of scam attempts received)

Cho, Andy (International trader, CA, sent quotes by SBI)

Clark Company (Independent realty company, CA)

Clark, Pete (independent realtor regarding 26 Ranch, NV)

    Marvel, Johnnie (NV attorney, introduced as partial or total 26 Ranch owner by Clark)

Coco Capital (loan packager, CA)

    Strasser, Michael (primary contact, NY)

        Armory Securities (CA, referred by Strasser, Michael)

            McDonald, Douglas (CA)

            Golden, Eric (CA)

    Olson, Heather (CA)

Hinrichs, Steve (CA)

Strasser, Jared (son of Michael, UNK)

Colliers (IN)

    Powers, Billy (IN)

    Hopper, Andrea (IN)

Conterra Ag
    Erickson, Paul (West Des Moines, IA re bridge loan)

Correlation VC (San Diego CA VC which follows other VC investments to fill out round)

    Robertson, Jessica

    Coats, David (also contacted with NGEN Grubstein, Peter for SBI investment round 210601)

## Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
## Listings: Selected Emails, Documents, Disbursements, and Calendar

Costco (Wholesale membership retailer, WA, all employee connections at headquarters)

>   Huskey, Steve (Director, then VP Meat)

>   Walker, Susan (Vendorco principal, food broker to Costco)

>   Sullivan, John (General Counsel office)

Jelinek, Craig (General Counsel office)

Callans, P (General Counsel office)

Padilla, Frank (SVP/VP, Fresh)

Egan, Paul (Buyer - vegetables)

Wellnitz, Mike (Buyer - vegetables)

Helwege, Scott (Buyer – meat)

Craves, Bob (founding team member, ran Costco Member Services, also Chair, State of WA Higher Education Coordinating Board, Lead Plaintiff met and attended Locke "kitchen cabinet" meeting with Craves during WA Governor Locke administration)

CPB (Department of Homeland Security Customs and Border Protection, disclosed false travel record to Dubai 2015 in FOIA reply)

>   Sullivan, Ray (MD attorney, former investigator and WO SBI corporate counsel)

Craft, Todd (Procurement and sourcing broker MA)

Crossroads (trade financing, all emails missing as of 221111)

>   Palestine, Darren

>   Unknown, Brandon

CrowdCow (web platform for family farm specialty beef producers WA)

>   Brewer, Tyler (Sourcing review WA)

Crystal Lands Resources (Ukraine, investor)

Oratovic, Cezar
DC International (trader with South American connections, SBI quoted and used to quote China beef sales quotes)

>   Daleuski, Phil (CEO)

DD (Dominick and Dickerman, NYC investment bankers)

>   Callahan, Mike (Managing Director)

## Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
### Listings: Selected Emails, Documents, Disbursements, and Calendar

Gross, Mark (Managing Director)

Fleming, Hugh (Director)

Ju, James (Associate)

Project involvement included:

AltaVista Capital (Family of private funds CA, NYC)

BDO (International accounting firm UT)

Blackpool/Shefford (Investor/investment manager NYC)

Centerboard Group (Private equity investor/finder CT)

DelMorgan (Investment banker CA)

HIG Capital (Private equity funds manager FL)

Carey, James (FL)

Forte, J

Rae, Shain

Hyder (Oliver controlled AZ state land lease farm AZ)

Kingman/Stockton Hill Farm (Organic vegetable farm AZ)

Kritser (Private equity fund WA)

NGEN (Private equity investor NYC)

Oliver, Barry (wealthy retiree AZ)

RaboAg (Agriculture lender AZ)

Revolution – (Venture capital/private equity fund DC)

Skaar (Beef feedyard and farming operation ID)

Skaar (Organic fertilizer ID)

Swisslog (Automated warehouse integration supplier NC)
Teton River Farm (Crop production farm ID)

Transom (Private equity fund UNK)

WMT China (Walmart China beef sales AR, China)

Deeken, Brad (MO, VP Commercial, FCS Financial, referred Koenigsfeld)

DeLeon, Marshall (Recruiter, Plus Group UNK)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

DelMorgan (Investment banker CA)

    Finkelstein, Robert (CA)

Dematic (Warehouse automation supplier)

    Patel, Chirag (Local representative, NJ)

    Swovick, Thomas (Foods, NY)

    Troutman, Lance (Fresh foods, MI)

Digested Organic (Manure waste recycling system supplier)

    Levine, Bobbie (CEO, MI)

DOJ OIG (Department of Justice Office of Inspector General, DC)

Dooley, Mike (WO initial CFO, CO)

Dynamic Capital (Alternate debt finder FL)

    Jerry (FL, all emails MIA as of 221111)

EarlyBirdCapital, Inc. (NYC SPAC specialist investment banker)

Nussbaum, David (Founder NYC)

    Levine, Steven (Founder, NYC)

Earthbound Farms (Organic vegetable supplier CA)

    Kodet, Todd (CA, then moved to deBraga Farm after buyout of Earthbound)

    McErlich, Alec (CA)

Elkhereiji Group (Elkhereiji, Mohammed, Executive Director, lender)

Wood, Edgar (NYC, EDGW International, refers Elkhereiji)

EMN (European wholesale grocery sales platform)

Equilibrium Capital (Permanent row crops, OR)
Chen, Dave

Halladay, Gavin

Equities dot com (Equities.com, alternative equities platform and promoter, CA)

    Conlon, Neal (Director, Sales, CA)

    Paul, Matt (CA)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Hayes, Tina (CA)

EquityNet (Lead Plaintiff was likely actually on a Defendant spoofing site as this site's hit rate on WP listing was indicated to be very high, but the actual follow-through by prospective investors was very low)

Smith, Dean (NV, CA, sourced here)

Petersen, Doug (NH, sourced here)

Establish (Logistics consulting firm in Fort Lee, NJ where Lead Plaintiff was trafficked from Boston, MA and employed from mid-August 2007 to June 23, 2008)

Drumm, William (NJ, hiring manager, direct supervisor, ran office, likely network media personality and/or his double who was previously closely associated with VP Cheney as an aide from initial days at DOD through VP)

Ross, Conrad (arrived in 2008, allegedly previously retired Establish employee who returned as Drumm left, and dealt with Clipper Windpower project billing dispute, and Lead Plaintiff 2008 termination)

Kovonuk, Ray (NJ, worked on PPG)

Wong, Christine (NJ, worked on Clipper Windpower)

Pregner, Piotr (NJ, IT specialist and blogger)

Pankowski, Jason (NJ, worked on Clipper Windpower)

McDonald, Steve (NJ, trip to Dubai in 2007/2008)

Anderssen, Haakan (Sweden, overall CEO of Establish)

Euro Pig Trailers (Moveyourbrand, Switzerland, specialized livestock transport)

Erlangsen, Peter

Fargotrust (Likely advance fee scam, investor finder)

Green Dr. Marcus (CFO)

Feedex Companies (Organic small grains based livestock feeds, KS)
Phillips, David

Unknown, CEO (also developed steam flaker for in-house use)

Fiera Comox (Investment manager, QC)

Corbett, Matthew (Partner, QC)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Saul, Bob (Senior Advisor, formerly Barings Kingman/Stockton Hill Farm investment manager)

Fisher Enterprises (Investment banker, NYC)

> Franklin, David

Flores, Pedro Ivan (investor finder, unknown source)

Fractal Advisors  (KS, Referred by Alex Ostbye, Axial NYC)

> Roznowski, Mike (refers Black Lake Capital Scripps, Charles)

Freelancer (Freelance contractors website)

> ENVOTEC (GPR web developer)

> Barrie, Matt (Customer support re micro-project)

Full Circle Compost (NV)

> Witt, Cody (primary contact)

> Wurzberger, Jessie

Fundable (Financing website of Starups.co, zero results))

Dominic, John (Support)

Righi, Jenna (Custom financing proposal rendered in 2018 but unavailable as of 221111)

Gaines, Ira (AZ usurious real estate title lien lender ref by Sayre, Steve and Deeken, Brad)

Galkin, Eric (SBI Director Procurement, ref by Indeed Macaraeq, Malia, stripped SBI sourcing contacts and left with no notice)

Gearn, Inc. Ferrell-Ross Roll Manufacturing, Inc. (TX, feed mill equipment and construction)

Ibach, David

General Mills (Food manufacturer, contacted regarding organic ingredients and cross-promotion options)

> Annies (referred by senior level manager into Annies brand manager)

Glandt, Kerri (Hansen Agri Placement, NE, referred Nickless, Jon as WCC VP Beef Operations)
Gomez, Rafael (Castro, Mike selected as Director Food Safety and Organic Integrity)

> Costamanga, Margie (private investor, CA)

> Brereton Hamilton (Investment banker, CA)

> > Brereton, Brandt

GPR (website development)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

ENOVTEC (website developer referred by Freelancer.com, funded by Maggard, Mike and Lead Plaintiff)

Grasse, Jon (Long Realty, personal property agent, AZ)

Gross, Mark (Investment banker at Dominick and Dickerman, later at Westmark Capital, NYC)

      Project discussions with Lead Plaintiff while at Westmark:

Big Sandy Ranch, WY

           Lake County 3559 acres ranch, OR

Walmart – Redfield (EVP Grocery, North America) on organic beef

Gubsky, Lex (PA, COO, Whitestone Money Wise Investment Partners LLC, referred by Shepherd, Ken)

Moore, Marty (this prospective WP employee maligns Moneywise including Guosky, Lex; Schnider, George; Tedone, Dimitrie

GWB (Great Western Bank)

      Pagel, Denny Agriculture  and market VP

      Fredrickson, Lyle VP

      Gallegos, Juaquin

      Whisler, Todd

Hartman Group (organic market study, grocery and foods industry market studies)

      Balanko, Shelley (discussed custom research project per question from Gross, Mark)

Harvest Returns (alternate lending platform, cattle notes)

      Stewart, Allison

HEC (bank owned feedyard in Friona, TX)

Garrison, Brendan (cutout or broker at Chas S Middleton, chassmiddleton.com, csmandson.com) Double D feedyard Dimmitt, TX

      Bretz, Dick (Double D contact, Eslabon Properties)

E6 calf ranch (referred by Nickless, Jon)

         Hutchins, David (E6 contact, Eslabon Properties)

Rio Bravo feedyard (referred by Nickless, Jon)

          02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Heuer II, Mike (MO contract finisher, contract discussions in process with WCC/SBI, emails inaccessible as of 221114)

Hillcrest Holdings (IL investor, passes on feedyards investment)

      Smith, Ian

      Howgate, Jonathan

Hinson, David (AZ developer/investor, functioned as a team with Lyle, Sean, referred by Arpaio)
      Managing Member - Makaha Development, LLC; DMH Investments, LLC
      President - Megalo Solutions, Inc.
Hive (sustainable dry grocery web marketing re co-distribution re organic beef 180130)

Holistic Impact Partners (CA investment fund, selected 10 companies for first round of investment funds)

      Close, Kathy (VP primary contact, earthlink email address, CA)

      Levin, Gerald (former AOL Time Warner Chair, cited as Chair, Holistic Impact Partners)

Ibank attny (referred by Altahawi, drafts SEC From S-1 for WO)

      Kunsak, Andrew

Tracy, Adam (Ibankattorneys, Initial contact emails are missing as of 221110)

ICPO (Interbio, Spain, emails blocked unavailable as of 221114)

      De Kort, Bert (broker located in EU, referred by unknown)

      Saez Moya, Francisco (CEO, Interbio, ES)

Indeed

      Macaraeq, Malia (contract recruiter who located prospective WCC contractors and employees including Galkin, Eric NY - SBI Procurement; Kumin, Brad TX – Sales) Insight Networks (Spain based debt finder, requires PPM to raise $100MM debt)

      Keiser, Don (principal)

      Ovcar, Ellie (administrative assistant)

PPM Experts (referred by Keiser, prepare Private Placement Memorandum to EU standards for $100 million debt offering

Interstate Capital (Accounts receivable factoring company)

      Ruiz, Lori (Account representative)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Intrepid Capital Group (MD, investor)

> Callender, John (CEO, advance fees required)

Isaac Capital Group LLC

> Soto, Armando (Managing Director, NYC)

Jabor International (Qatar, sovereign investment fund)

> Al Thani, Sheikh Jassim Bin Hamad Bin Jabor

Jackson, Charles (allegedly Columbus, OH, Merrill Lynch Mexico City CIA commercial cover
tie-in, replied to funded.com 130311, used 210 area code St Antonio TX cell phone)

> Jackson, Gail (OH, Wealthy spouse)

> Crump, MetLife Ag (referred by Jackson, zero interest)

> Sullivan, Ray (MD, Jackson refers in as corporate counsel, former CBP investigator)

> Hurwitz, Larry (Lawrence Financial, CA)

>> Walker, Haze (Lawrence Financial, CA)

> Tyler, John (refers in as investor, Cherry Creek Partners CO)

> Doughty, Jack (Independent realtor, Three Rivers Ag AZ)

> Roote, Sky (ID, worked for ag investment fund of TIAA-CREF, later realtor)

> Prudential (agriculture loans group)

> Burstein, Jack (FL investor and investment banker)

JBS (CO beef processor, one of the Big Four US beef processors)

> Williams, Steve (Greeley, CO JBS corporate headquarters)

> Rawlings, Jay (Hyrum, UT plant manager)
> Bradbury, Charles (specialty beef markets TX)

> Maule, Terry (JBS Sales Director Greeley, CO)

JCXL

> Crouch, John (UK investor)

> Benyon, Caroline (Barrister, seeking retainer)

Jeanette (second spouse)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Timeline (1990-2005)

JLL (Jones Lang Lasalle, commercial real estate brokerage)

Sayre, Steve (AZ, JLL EVP, leasing agent for Central Arizona Distribution Center (CADC) WO
organic vegetable plant site in Casa Grande, AZ)

Harlan, Pat (AZ, leasing agent for CADC tenant)

Dettmer, Mark (JLL Managing Director, Industrial Markets)

Kabah, Agnes (early investor inbound cold contact, Africa, unsolicited)

> Energy Bank Ghana

>> Shedowo, Isaac (GH, Executive Director)

> Pastor John Kofi

> Kabah, Daniel (GH) aka Kabbra, Daneil (UK)

Kennedy Funding

> Urrego, Edwin

> Others included in embargoed period inaccessible as of 221114

Key and Company (Ag investment banker, NYC)

Key, David (Principal)

King, Ricky L (Double K Farming Enterprises, Arpaio AZ referral and associate)

King Trade Capital (trade accounts receivable factoring company)

Kingman (AZ farms owned by Rhodes, Jim and Barings together then divided, portions of farm
aka Stockton Hill Farm, Red Lake Ventures)

Koenigsfeld, Andrew (MO, insurance broker, referred by Deeken, Brad, Farm Credit Services)

Kofi, Pastor John (ref by Kabah son who left funds there for WO)
Kritser, JD (Ranch Creek Partners, LLC WA investor)

> Caviness, Regan

> Herring, John (TX Friona Industries ex-CEO, assists Skaar review by Ranch Creek)

Kroger

> Garnes, Monica (VP, Produce/Floral Merchandising)

> Krempel, Jacob (Organic produce category manager, agrees to AZ banner distribution)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Merced, Jose (Organic produce buyer)

Zimmerman, Will (Meat, including organic fresh beef)

Kumin, Brad (TX, sales independent contractor, planned SBI VP-Sales, referred by Indeed Macaraeq, Malia)

LaBelle, Joanne (ID, represents JHSIR Jackson, WY realtor in Driggs, ID)

Tetonia, ID (toured 240 acres while working Skaar project)

Big Sandy Ranch WY (represented SBI to Big Sandy Ranch agent Hirshfeld, Theo

Pearson Real Estate Co., Inc. WY)

Lake County OR (3559 acres Amsbaugh family ranch)

Amsbaugh, Dennis and Pamela (Owners)

Hutchinson, Brandon (OR Agent, Whitetail Properties)

LeaseQ (Equipment leasing funder)

Brown, Ken
Tirey, Vernon
Cote, Quentin

LeBlond, Peter (CA, VP Sales WO recruited by The Grinstead Group, Grinstead, Steve)

($7500 advanced in 2 wire transfers, also required signed release on departure)

Levy, Joel (NYC, Businessplanfunding.com, referred RAM Consulting, Richard A Miller, PA)

Liberty EB-5 (AZ, EB-5 funding project management firm)

Keller, David (CEO, met in Phoenix, AZ 141031 and 141102)

Carter, Jay (President, met in Phoenix, AZ 141031 and 141102)

Liquid Capital (AZ, alternative finance company)
Gottesman, Joel

Luckhart (Canadian pig transporter)

Lux Offices – Avondale, AZ

Benson, Sharon (Office manager)

Canchola, Chris (AZ, WP CIO succeeded Blitch, Bruce, met at Avondale, AZ Lux office for web sales kickoff meeting with Waseman, Alvarez)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Alvarez, Lori (AZ, Interim accountant, met once only)

Lyle, Sean (CEO, Energy Surety, functioned as team with Hinson, David, referred by Arpaio)

Maggard, Mike (Recruiter CFO Search, TX, personal $6,000 debt funder, $6,000 GPR web dev funder, and WeFunder supporter) partners name not recalled

Abdelsayed, Muhammed (planned CFO SBI, and loan guarantor, then went to Egypt, and refused loan guaranty on return)

Manna Tree (Later stage investor, evaluated WCC as being too early stage)

Flahive, Shannon

Manner, Cassi (contract social influencer based in HI)

Manning Beef

DiMaria, Anthony CEO (Pico Rivera, CA plant tour and custom slaughter pricing)

Not Recalled, Jose (CA, Sales, quoted price and availability on beef products, toured Lead Plaintiff at Pico Rivera, CA beef processing plant)

MARV Capital (Investment banker NYC)

Seth, Akshay (Supported investor, lease line, loan searches)

Marvel, Johnnie (NV, referred by Clark, Pete as part owner of 26 Ranch, requested retainer for legal work on WO acquisition of Black Rock Farm, Gerlach, NV)

Medallion Capital (sample cold solicitation email sent 210314, one example of nearly a thousand such cold investor emails sent by Lead Plaintiff between 2012 and 2022)

Merck, Dennis (OR, second WP/WO CFO)

Mijajlovic, Denis (NJ, acted as accountant for WP and SBI)

Modderman, Marinka (NYC Chelsea met on Match.com 2008, later placed by 2022 web search results at a phony address on White St in NYC, which was actually the site of Lennon/Ono bed protest during the Vietnam War)
Madison Street Capital (IL, investment banker, met at Axial conference in NYC)

Lead Plaintiff met two employees at Axial conference in NYC, including CEO and a mid-level person, names not recalled

Barker, Brian (IL, associate who later follows up)

Mubadala Capital, Mubadala Investment Company (UAE)

Barhoush, Hani (Executive Director)

Multifunding

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Avery, Paul (PA, initial loan finder, unable to support requests from startups)

Hughes, David (IN, loan finder referred from Multifunding, unknown who or how referred as emails seem to be missing as of 221115. This contact is likely same person as later connects via an alternate entity during WCC era to fund and supply Walmart China, all relevant emails inaccessible as of 221115)

Krewson, Daniel (Multifunding PA loan broker, refers Shepherd, Ken, and Utica Leasing)

      Shepherd, Ken (CA podcaster, refers Gubsky, Lex PA)

NBH (Bank holding company)

      Edwards, Eric (CO, referred by Gillis, Reed, Summit CO)

      Schultz, Luke (KS, Director, VP Ag banking, referred by Edwards, Eric)

      Kramer, Valerie (VP, treasury services)

      Williams, Vicki (AVP, treasury services)

Nelson, K. Mark (CA, Five Star Land broker re Yreka, CA ranch declined by SBI due to lack of water)

Newman, Gerald (CA, Attorney, seed investor/manager)

      Beverley Wilshire Group Inc

      Gerald Newman and Associates

New World Merchant Partners LLC (FL)

      Brown, Ari (Associate, evaluates WP as too early stage)

NGEN Partners (NYC)

Grubstein, Peter (Partner, multiple approaches, consistently too early stage including in response to DD Michael Callahan)

NHIG (Noah Henning International Group, Hong Kong, Convertible Debt)

      Krijgsman, Dr. Pieter (CEO, HK)

      Tanguay, Stuart (HK, primary NHIG contact)

      Hu (Xing), Norbert (HK, secondary NHIG contact)

      Niles, Brian Perry (UK, Songbird Finance, funding closer)

      Palacia, S (bond broker)

Nickless, Jon (NE, WP/WCC/SBI VP Cattle Operations, referred by Glandt, Kerry)

        02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Ford, Chris (Organic Category Manager, reviews North America joint organic produce marketing program proposal)

OWB (OWB Packers, One World Beef, CA)

    Brandt, Eric (Founder's son)

    Summers, Steve (CA, Sales, primary contact for beef processing pricing and scheduling)

Hall, Terri (CA, Plant manager)

Canfield, Robin

Gordon, Alec

Alvarado, Joe

Oxbo (Oxbo Equipment, Farm harvesters and dump carts manufacturer)

    Carter, Don (sales representative)

Paine Schwartz (Paine Schwartz Partners, referred by Alex Ostbye, Axial)

    Kern, Justin (Team member, evaluates WP as too early stage)

Patriot Funding (IL)

Antonelli, David (IL, alternate financing broker, refers World Business Lending, Jersey City, NJ, emails inaccessible as of 221115)

PE reaction (four examples of private equity emails received related to acquisition and operation of Big Sandy Ranch, WY)

Perimeter Sales and Marketing (Los Angeles area food brokerage firm with connections to various CA supermarkets)

    Martin, Brad (Primary contact, discussed contract terms and penetration plans)

    McDowell, Pat
    Rodriguez, Mike

Personal Recruiter Connections (22 recruiters who communicated with Lead Plaintiff during efforts to develop personal job leads for private employment as the result of hundreds of submissions and applications)

Petersen, Doug (NH, WP shareholder and CEO, Workers Credit Union)

    Mizak, Ryan (Midland IRA, trustee)

Pioneer Finance Advisory Limited (I-bank Paris, France)

    Figdor, Drew (France, Partner, Lead Plaintiff declined to pursue as had just hired DD)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Principal WCC projects include:

Feedyards and ranches – NE - various, Big Sandy, Skaar, Double D, E6, Oppliger

HEC (referral likely but not confirmed due to email inaccessibility as of 221115)

Garrison, Brendan (cutout or broker at Chas S Middleton, chassmiddleton.com, csmandson.com)

JF O'Neill (NE) as primary contact

O'Neill, Patrick (Family business partial owner)

NJ EDC (Economic Development Council, State of New Jersey)

Customer Care (Generic response on 200805)

TBD email correspondence inaccessible as of 221115

NJUI (Unemployment Insurance, State of New Jersey)

UI phone disconnection hang-ups emails on 200817 document multiple call cutoffs and shelter
information request

Northwest Farm Credit

Rayl, John (Loan officer re Lake County 3559, primary contact)

Delaney, Kari (Internal resource re Lake County 3559)

NYC Ace Produce (NYC WO potential produce customer)

Guarino, Paul

Bennett, Allison

Newman, Tor

NYPD (City of New York Police Department)

Corbett, Esq., Lt. Robert (Replies to Evidence Preservation Letter)
Mazur, Sgt. Jordan (Appeal denial letter)

Oliver (Barry, wealthy retired construction company owner, and AZ state land lessee at Hyder,
referred by Arpaio for sublease of land to WO)

Oppliger (Feedyard and farm owner, TX and NE)

Abacherli, Jim (initial contact, refers McDowell, Jim)

McDowell, Jim (initial contact then inaccessible as of 221115)

Oppy  The Oppenheimer Group Vancouver, British Columbia, Canada)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

PLM Coop (Livestock lender)

>   Meyer, Tim (Senior Vice President)

PPM Expert (Netherlands, referred by Keiser, Don Insight Networks)

>   Unknown, Anna Marie

Poindexter, Steve (considered as WO VP sales, introduced Jim Rhodes, Kingman Farms)

>   Rhodes, Jim (NV residential developer)

>>   Green, Aubree (In-house counsel to Rhodes, Jim)

Poisoner in Chief CIA and mind control – NPR interview on MKUltra illegal human subject secret drugging program for mind control experiments against civilians, prisoners, soldiers in USA and Canada 1953-1973

Prader, John (AZ, IntegatedAG, regional land investor/manager firm, WO website inquiry)

PRD Tech, Inc. (Water treatment technical specialist)

Govind, Dr. Rakesh (WP contacts to support organic liquid fertilizer process development)

Preferred Freezer

Lepe, Peter (CA, Sales Manager)

Abbott, Lawrence (CA, Vernon, Sales Manager)

Pruska (Pruksa Real Estate Public Company Limited, possible investor)

Thongma Vijitpongpun, CEO, President, founder and owner

Raboag (International ag lender)

>   Wilson, Matt (TX)
>   Picher, Lorry (ID)

>   Kemp, Shawn (CO)

>   Land, Ryan (CO)

VanDeGraaff, Ken (AZ)

Vander Vegt, Jeremy (CO)

RAM Consulting (PA Richard Miller, Richard A Miller Consulting, LLC; Site Management Solutions, LLC; investor finder, then also worked as organic produce sales agent; referred by Levy, Joel, businessplanfunding.com, NYC)

>   Olin Capital Advisors, Inc. (NY, RAM affiliate)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Clifford Olin, Managing Director

Hinson, David and ACTS Freedom Farms connection

Dominick and Dickerman (NYC)

McKenzie, Clark

C & S Wholesale Grocers

Grimaldi, Albert

Maines, William (NY CEO, Maines Paper and Foodservice wholesaler, and a Markon
Cooperative foodservice produce Board member)

Recruiter Connections (Recruiters of insider employees)

JBN (AZ)

Garcia, JJ (Signed fee agreement)

Alvarez, Dainiz (Referred a candidate for VP Sales, which Tarazewich, Bill
declined to hire for
WO)

Plus Group

DeLeon, Marshall (referred Waseman, Jason as Director and later VP of
Logistics)

Talent Resource Professionals (CA)

Rose, Jordan (CA, referred Vindiola, Mark to Smith CFO for WO VP HR)

Hansen AgriPlacement (NE)

Glandt, Kerry (referred Nickless, Jon as VP, Beef
Operations)

Agri CAREERS (IA, Jensen, Maas & Associates, Inc.)

Jensen, Tammy (referred candidates)

Reed, William (AZ, WO VP Real Estate and Construction, likely sourced from Craigslist
advertisement at time Castro, Mike was also sourced)

Reviewed farm suitability for WO:

Black Rock Farm, Gerlach NV

Kingman Farm, Kingman, AZ

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Stockton Hill Farm, Kingman, AZ

Rhodes, Jim (Las Vegas, AZ housing developer and Kingman/Stockton Hill Farm partner known to Reed)

Renfrew, Todd (CA, Broker, California Outdoor Properties)

Resource Land Holdings (CO)

Levkulich, Byron (Investment associate)

Revolution (Washington, DC based venture capital and investment firm including Steve Case, former AOL CEO)

Hughes, Chris

Riverside (NYC based investment manager)

Marcks, Grant (Investment screener)

Kohl, Stewart (Founder)

RJ Capital (NC, Alternative commercial loans)

Flynn, Jim

RJ Lumba (Credit Suisse investment banker, then independent, referred Blackpool/Jonathan Cross to Lead Plaintiff)

RMC (NY, China sales agent for SBI)

Poon, Raymond (CEO, RMC clothing procurement coordinator)

Lonergan, Daniel (RMC/SBI coordinator, also refers RMC as contract representative of Alliance Experts, Netherlands business matchmaker)
Poon, Jason (China SBI contract sales representative)

Rostra (Rostra Capital Group LLC, $300K one year note, unable to trace to source, inaccessible as of 221116)

Roth (CA, Roth Capital Partners, reviewed WO S-1 and declined to participate to raise funds)
Chill, Mark (NYC, Managing Director)

Zaffaroni, Paul (CA, Managing Director)

Royal Chemical (liquid fertilizer packaging)

Dascoli, Nick

Ryder (Prospective truck lessee to WO, SBI)

Aquilino, Sandy (Controller)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Nichols, Chris (National Sales Manager)

Toerpe, William (VP Sales)

York, Aaron (Sales Representative, after handoff from Nichols, Chris)

Safeway

Rayburn, Mike (referred by Prahl, Becky, declines SBI organic beef and pork offering)

Bravo, Phil

Prahl, Becky

Rothgarn, Keith

Salm Ben (Benibo, Samuel, Samcoil Services Ltd, Nigeria, $8MM loan offer increased to $12MM promissory note signed)

Saul, Bob (MA)

Barings (Red Lake Ventures, Stockton Hill Farm split from Kingman Farm a joint holding with Rhodes, Jim)

Fiera Comox (Joined after leaving Barings)

SCF (Sallyport Commercial Finance, Sugar Land, TX alternative lender)

Name of contact not accessible as of 221109

SeedInvest (Web-based seed investment platform)

Felt, Ryan

Schuman, Brian

Sirk, Randy (IA, Owner, D and R Foods, beef wholesaler)

Skaar (ID, Louis Skaar and Sons, Inc, Skaar Brothers, LLC, Skaar Brothers Farms, LLC, Skaar Transportation, LLC, cattle feedyard, farming, and trucking)

Skaar, UNK (One brother present, other supposedly at Sturgis, SD annual motorcycle rally)

Poulsen, Robert (ID, Jensen Poulsen & Company, CPA for Skaar)

Sanders, Sam (UT, Swan Land Company agent for Skaar listing)

Smith, Dean (WP shareholder, residing in Auburn, CA and Lake Tahoe, NV)

Active Air Freight LLC (Smith owned and sold, Smith verbally connected Active Air Freight LLC to Defense Logistics Agency contracts)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Sasha's Farm Fresh (Smith owned entity)

White Wolf Properties (Smith owned entity)

Unknown, trust agent stated $100,000 initial investment sources - $10,000 was from Smith IRA trust, $90,000 was from other sources in phone call

Evers, Geoff (filed Eastern CA US District Court litigation 19-cv-1918 against Lead Plaintiff and associated entities))

Herediya, Kiki (AZ, Triple Fresh Produce, distributor declines WO sourcing option)

Mazyad Capital -  Molinary, Marcus based UAE prospective investor $10MM

Smith CFO, Paul (referred as CFO of WinnettOrganics aka WO by Dean Smith, CEO, MountPac OR equipment supplier, and brother to Paul)

Stock options backdating entrapment attempt 161016

Sole Source Capital (CA private equity firm)

Turner, Dewey (Operations)

Rossi, Bradford (Legal)

Fredston, David (Founding Principal)

Gibson, Lucas (initial point of contact on cold email sourced by Lead Plaintiff from list in online Los Angeles Times news article)

Southern Vacuum Coolers

Martin, Debbie (Leasing agent)

SPAC (Special Purpose Acquisition Company)

Chardan (NYC, SPAC investment banking firm)
Kaufman, George

EarlyBirdCapital, Inc. (NYC, SPAC specialist investment banker)

Nussbaum, David (Founder NYC)

Levine, Steven (Founder, NYC)

Loeb and Loeb (NYC, mergers and acquisitions law firm)

Nussbaum, Mitchell (referred by Kaufman, George)

Stampede Meats (IL, case ready beef processor)

Aselson, Mike (Senior Director of Sales)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Sterling (CA, Sterling Pacific Meats, case ready beef processor)

    Cuevas, Tony

Strata Commercial (investment finder TX, referred by Spector, William at WorldWide Business Finance)

    Painter, Tessina

Sullivan, Raymond (Corporate attorney for WP, WO, SBI, also former Customs and Border Protection investigator referred by Charles Jackson)

    Collins, Timothy (Twitter handle is @retrowallst, referred as possible investor by Sullivan, Ray)

Summit (Summit Investment Management, LLC, CO, distressed ag debt purchaser)

    Gillis, Reed (CO, Director of Acquisitions re CO distressed debt feedyard)

    Shloss, Brian  (CO, re TX distressed debt calf ranch)

Summit Partners (Investment management, MA)

    Phelps, Gus

    Kim, Dennis

    Dean, Christopher (Skaar is too early stage)

SureFresh (fresh vegetable retail and commercial processor/packager)

    Witt, Tom

Swisslog (Swisslog Logistics, Inc, automation systems for food and other distribution warehouses)

    Jennings, Randy (Director, Food and Beverage Sales, re WO refrigerated distribution facility)

    Kooistra, Richard (?VP)

    Mosier, Tim

    Beebe, Parker

Symbrosia (Development stage seaweed processor for methane reduction in cattle; follow up call to WO/SBI came from Symbrosia HI headquarters on the same day as Jill Biden reportedly cut her foot in HI)

    Etzioni, Eli

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Tarazewich, Bill (TX, recruited as WO VP Sales and Marketing, former TX regional sales manager at Taylor Farms)

Technology Sales Leads

    Contact information is on hard drive image given to Establish US General Manager William Drumm.

Tradeimpex

    Garcia Rey, Ines (Spain, international trader re fresh beef to Spain)

Tradekey (Pakistan, International sales leads development company)

Pervaiz, Asad (Business Development Executive)

    Not Recalled (Sales agent, inaccessible as of 221116)

Tradimpex (BR, import/export brokerage firm)

    Bernadini, Lurdes Maria (Broker)

    Thompson, Edward (Broker)

Trinity Capital Investment (AZ, Venture debt investor)

    Erhart, David (Partner)

Trinity Venture Capital (CA, Equity investor)

    Blackburn, Charlie (CEO, investor)

True (CA, True Organic Products, Inc.)

    Comages, Justin (Sales, quoted organic fertilizer pricing)

    Peck, Johnnie (Executive, discussed organic fertilizer market)

Truitt, Scott (AZ, Western Land Co, broker, handled Golden Sands Ranch listing)

Tucson Intelligent Office (AZ, Virtual office)
Harris, Ryan (Manager)

    Spencer, Stacy (Bookkeeper, collections)

Tyson

    Si, Jianlin

    Ling, Charles

    Xie, Grace

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Shuey, Rob

Uddermatic (Canada, Uddermatic calf robotic auto feeder for E6 calf ranch)

Martin, Lester (Principal owner)

Schechinger, Shane (IA, NextGen Group, LLC, successor to Uddermatic)


UFIG (PA, United Financial Insurance Group)

Widdick, Mandy (Administrator)

Black, Melinda (Administrator)

Lunger, Jim (Principal)

US Capital Partners (CA, Investment bankers, various financings discussed)

Ritter, J. Alfred (Business development)

Sweeney, Jeffrey (Chairman, CEO)

Utica Leaseco, LLC (MI, alternative equipment lease financing)

Junkers, Jim

Wanders, Dave (referred by Krewson, Dan, Multifunding)

VC Blumberg (Blumberg.com, not Blumbergcapial.com, CA, online seminar, Lead Plaintiff
appeared to be only audience member)

Brad (unknown, no reply to multiple emails)

David (unknown, no reply found)

VC Mayfield (CA, online seminar, Lead Plaintiff appeared to be only audience member)

Golan, Shelby (consulted outside investors)

VC Legendary Ventures (Apparent VC intelligence fishing website)
Kim, J (unknown)

VII Capital (NY, investor)

Aleksandar, Gerald (Review specialist, actually individually licensed as NY realtor)

Vision (AZ, Vision Partners LLC, farm acquisition bridge and permanent loans)

Towler, Doug (primary contact)

Vusimile, Andrew (UNK, Investment finder, WO website inbound contact)

Warren John (UK, investment finder)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Borgenson, John (UK, Investor, $60MM)

Waseman (Jason VP Logistics WO, SBI)

WeFunder

Leffers, Casey (CA, Account Management)

Cheng, Alice (NJ, TaxDrop, GAAP accountant, referred by Leffers, Casey, refused opinion issue on financial statements)

Wells Oliver Tissiman (Bank fraud, series of bad checks deposited to Lead Plaintiff personal and WP business DDA accounts, and BRMT commanded wire transfers, likely by a Club Fed agency doing a funds transfer veracity verification check on Lead Plaintiff before delivering $125K of fake investors "Smith, Dean" and "Petersen, Doug" agency operating funds) Emails after 150622 are inaccessible as of 221117

Wells, John (UNK, Closing agent for Oliver, Ahlen) also $180K company check from a Canadian domiciled DDA account)

Wall, Terry (likely NY, Lead Plaintiff, identity theft and fraudulent remote deposit to Lead Plaintiff's account, including at least one early morning BA teller assisted in NYC most likely to Lead Plaintiff's personal account)

Johnson, Brandon Terrell (MD, recipient of $9,125 BRMT commanded wire transfer from Lead Plaintiff's WP business account at Bank of America)

Tissiman, Mr. and Mrs. (UK, investors)

Oliver (aka Olivier), Ahlen (UK, Investment consultant to Tissiman)

WestCoastPrime (CA, West Coast Prime Meats, case ready processor)

Henderson, Jay (Sales)

Whole Foods
Weening, Theo (VP, Meat and Poultry)

WHoyle Financial (VA, William Hoyle Financial, LLC, Hoyle, William, investment finder)

Willmeng Construction (referred by Sayre, Steve for WO CADC vegetable processing plant to be built at CADC in Casa Grande, AZ)

Mongelli, Mike (Superintendent)

Jarvis, Thomas (C-level executive)

Identified subcontractors:

Murdaugh, John, Apex Refrigeration

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Currie, Andy, Agpak

Smith, Dean, Mt Pac

Decou, Wayne, Volm

Gerra, John, PlugPower

Winters (Jaymes, OR, referred by Dave Wyly)

Blue Leopard LLC

Wire Fraud Examples

USPS misrouted packages and improper addresses from faked or hacked websites

University and Institute Computational Neuroscientists nine emails blocked or suppressed

WMT (Walmart Stores, Inc and Wal-Mart (China) Investment Co., Ltd.)

Baldwin, Shawn (SVP/GMM Produce/Floral)

Baskin, David (VP Merchandising, Meat, refers WMT China)

Bolinger, Thomas (Merchandise Manager, Pork, Poultry, Seasonal)

Chee, Winstone (Walmart China)

Higaki, Yoshiyuki (AR, Director- Asia Facing Sourcing & Procurement, US Hub
Office, met at personal residence in Bentonville, AR)

Hillyer, Michael (AR, Meat)

Hutchins, Lisa (AR, Admin to Lehr, Tyler)

Lehr, Tyler (AR, SVP/GMM Meat)
Liu, Curtis (Walmart China)

McCormick, Ron (Senior Director, coordinated Bentonville meeting on organic
produce for Baldwin, Shawn)

Redfield, Charles (EVP, Grocery, refers WCC to Lehr, Tyler)

Stackhouse, Ryan (AR, Meat)

Zheng, Levy (Walmart China, Director/DMM Meat)

Zhang, Ray (Walmart China, MDSG)

Worldwide Business Finance (FL, Documentary Letter of Credit and contract financing source)

Spector, William (refers Painter, Tessina)

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Wyly, David (NJ, Deschutes Capital, debt finder, proposed 50/50 partnership sometime in 2013-2015)

YieldStreet

 Swanathan, Avi (Originations)

Zaharis, TJ (AZ, COBE Real Estate, commercial broker, re Kodiak Produce temporary cooler space in Cowley building, Phoenix, Maricopa County)

Zayid, Prince Mohammed (Saudia Arabia, TX JV investor)

 Hewitt, Dave (UK, investment finder, sourced from inbound email via Funded.com)


 Malaysian Lawyer, unable to confirm

 Nik Marheran Nik Irene (position not confirmed at Citibank Malaysia Berhad)

Zeman Ranch (Hall and Hall, Johnson, Mark, listing agent)

## SELECTED EMAILS BY DATE

 Email date is shown as year-month-day (YYMMDD). An alphabetic list follows this date sequence listing. This is a small sampling of the total number of discoverable emails. Emails are shown at  LP Evidentiary Exhibits pages 1076-5810 between 2008 and the first half of 2021, at pages 10800-11629 between the second half of 2021 and the end of 20222 as emails only. Additional emails are mixed with documents at pages 10132-10444. There are indexes later in this Compendium for the emails included at page 10132-10444 below with page numbers which appear to be correct. Gaps in the page number sequences in this LP Evidentiary Exhibits collection are primarily due to adjustments resulting from the Defendants' hacking during Complaint and Exhibits collection and preparation. The Lead Plaintiff has made diligent efforts to prepare this entire set of documents as professionally as these harassing hacks will permit. He did have training as an auditor and as a consultant at a global CPA and consulting firm and is skilled in presentations, but Defendants have continuously hacked and harassed throughout this process.

## Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals Listings: Selected Emails, Documents, Disbursements, and Calendar

Even this index has been hacked by Defendants since it was initially prepared. They continue their efforts to obstruct justice in this proceeding by slowing and hacking as this sentence is being typed by permitting the placement of each typed character in this document at about one-fifth normal speed.

All page numbers had to be dropped from the listing below to avoid misleading the user. Emails are submitted in date sequence with RED colored numbers at the bottom of each page. Even if the email cited in the Complaint is not listed below, it is in the dated sequence of emails, unless it has been obstructed through a Defendant hack subsequent to initial selection of the emails for inclusion.

Approximately 20 to 30 times more content is available on discovery, plus blocked content on the Lead Plaintiff's computer. Other content currently in the hands of Defendants include a Lead Plaintiff box of handwritten notes and mailing receipts from 2005, and a recovered hard drive image from an outside lab (likely a police powers lab which posed as a private lab to violate the Fourth Amendment during Lead Plaintiff's recovery attempt) furnished to Defendant Establish in approximately September to October 2007, relating to 2002 and subsequent dates.

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

080625 CaseStack cutout Edwards Tracy 080625 Bates.pdf
080625 Modderman email re Pankowski wedding Drumm attends 312pm 080625
Bates.pdf
080625 Modderman email re Pankowski wedding Drumm attends 080625 Bates.pdf
080625 Personal Recruiter Connections Carnegieww Stricklin DB Headhunter
080625 Bates.pdf
080626 Modderman re wedding 080626 Bates.pdf
080627 Modderman email re Pankowski wedding Drumm attends 817am 080627
Bates.pdf
080630 Establish Drumm post wedding 253pm 080630 Bates.pdf
080630 Establish Meeks re closeout issues 080630 Bates.pdf
080630 Richards Sarah DB Headhunter 080630 Bates.pdf
080701 Paul Rainer IMS 080701 Bates.pdf
080702 Establish Ross re CWP stiff and closeout 080702 Bates.pdf
080709 Establish Ross re CWP stiff and closeout 080709 Bates.pdf
080714 Establish Ross Demand Ltr 080714 Bates.pdf
080716 Personal Recruiter Connections Circo 080716 Bates.pdf
080716 Personal Recruiter Connections Kvederis 080716 Bates.pdf
080717 IBM Circo DB Headhunter 080717 Bates.pdf
080725 Personal Recruiter Connections Circo 080725 Bates.pdf
080725 Personal Recruiter Connections Rivera 080725 Bates.pdf
080801 Personal Recruiter Connections Rowa 080801 Bates.pdf
080803 Modderman bustup after 6 week absence 080803 Bates.pdf
080815 New York Cares Library Bowling Outing 080815 Bates.pdf
081021 Personal Recruiter Connections Sklenar 081021 Bates.pdf
081217 NJ Unemployment Hangup and shelter info request 081217 Bates.pdf
081229 Chalom re improvements billing 081229 Bates.pdf
100913 Chalom Final rent pymt 100913 Bates.pdf
101230 Bergen Regional Sinisi re resume and cover ltr 101230 Bates.pdf
110324 Personal Recruiter Connections Gonzalez 110324 Bates.pdf
110331 Establish Meeks New Ramsey Address Move in date 110331 Bates.pdf
110413 Personal Recruiter Connections Knox 110413 Bates.pdf
110419 Hurd Pine Street Inn update 110419 Bates.pdf
110420 Personal Recruiter Connections Santorelli 110420 Bates.pdf
110621 LLoyd Staffing K Shipper DB Headhunter 110621 Bates.pdf
110627 Winnett Initial Property Search Email to Espy 110627 Bates.pdf
110815 Blackpool First Hit 110815 Bates.pdf
110922 Dooley Hook to EB-5 110922 Bates.pdf
111007 Lantern Capital Advisors Risey re raise financing 111007 Bates.pdf
111015 Personal Recruiter Connections McQuilkin 111015 Bates.pdf
111101 Winters Referral from Wyly 111101 Bates.pdf
111114 Wyly re Winters Delay Response 111114 Bates.pdf
111123 Winters on Earnout 111123 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

120225 Winters on Fund Closing 120225 Bates.pdf
120601 Winters extends 120601 Bates.pdf
120726 Personal Recruiter Connections Lang 120726 Bates.pdf
120809 Dallam Cty LOI Farm HULL LOI 0001 120809 Bates.pdf
120919 Blackpool IC Approval 120919 Bates.pdf
120921 Wyly re bridge need Blackpool 120921 Bates.pdf
121008 Zayid email cc Hewitt London 121008 Bates.pdf
121008 Zayid Hewitt re Investor Zayid 121008 Bates.pdf
121014 Zayid email re funds transfer 121014 Bates.pdf
121018 Zayid Corp JV Agreement 121018 Bates.pdf
121018 Zayid Signed Subscription Agreement Cancelled 121018 Bates.pdf
121115 Zayid Inv Banco Santander App 121115 Bates.pdf
121201 RJ Lumba CV 12.2012 121201 Bates.pdf
121202 D Merck Stock Cert 3 121202 Bates.pdf
121202 Stock Cert 003 D Merck 121202 Bates.pdf
121211 RJ Lumba Starbucks Ramsey following day 121211 Bates.pdf
121216 RJ Lumba Ramsy Xmas Deutsche Bank Ibanker fup 121216 Bates.pdf
130104 Winters re set bridge loan appt time 130104 Bates.pdf
130130 WO Status Report 130130 Bates.pdf
130201 Blackpool decl Podzemny to Dalhart Realty130201 Bates.pdf
130202 Arlon Weiner intial hit 130202 Bates.pdf
130202 Weiner Arlon 130202 Bates.pdf
130203 Arlon update to WO team 130203 Bates.pdf
130203 RaboAg Kemp re Arlon Podzemny Perico 130203 Bates.pdf
130207 Arlon Declines 130207 Bates.pdf
130208 RJ Lumba no response 130208 Bates.pdf
130213 Personal Recruiter Connections Melino 130213 Bates.pdf
130311 Jackson Initial Contact 130311 Bates.pdf
130327 Blum re mtg to discuss finders fee arrangement 130327 Bates.pdf
130513 Vendome Bond  re financing interest 130513 Bates.pdf
130620 Blum Signed Agreement Blum 130620 Bates.pdf
130712 Investor Contact List Sent to Wyly 130712 Bates.pdf
130716 Wyly early contact 130716 Bates.pdf
130809 Jackson ibanker deal agreed 130809 Bates.pdf
130903 Jackson retainer pymt 130903 Bates.pdf
131015 Jackson re Blackpool Term Sheet and BP fail 131015 Bates.pdf
131125 Jackson intro to Sullivan 131125 Bates.pdf
131202 Sullivan re Benibo fake 131202 Bates.pdf
131204 Salm Ben Promissory Note 131204 Bates.pdf
140114 Jackson re Alberts Organics as customer 140114 Bates.pdf
140115 Alberts Organics first hit 140115 Bates.pdf
140115 Jackson investor status inquiry 140115 Bates.pdf
140115 Jackson re new cust 2 3 140115 Bates.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

140120 Blackpool Cross early hook 140120 Bates.pdf
140128 Jackson reply on investor questions 140128 Bates.pdf
140128 Personal Recruiter Connections Andersen 140128 Bates.pdf
140130 Guitierrez Ranch LOI Signed140130 Bates.pdf
140206 Jackson Hurwitz on 25MM loan 140206 Bates.pdf
140206 Jackson Hurwitz verbal Relay 140206 Bates.pdf
140207 Jackson Pru Ag Reed Mitchell referral 140207 Bates.pdf
140207 Jackson Reed Mitch Pru Ag Loans self intro 140207 Bates.pdf
140216 Hoyle Finl Intro 140216 Bates.pdf
140218 Alberts buyer re free freight 140218 Bates.pdf
140218 Jackson on Alberts contract update 140218 Bates.pdf
140219 Jackson re 140226 Sullivan mtg Ramsey 140219 Bates.pdf
140219 Jackson re Sullivan face mtg 140219 Bates.pdf
140219 Mbazock Kelvin French Investment firm 140219 Bates.pdf
140219 Sullivan Intro from Jackson 140219 Bates.pdf
140220 Mbazock Kelvin 140220 Bates.pdf
140220 Zayid FIRST AMENDMENT TO JV 140220 Bates.pdf
140221 Hoyle Fee Agreement Signed 140221 Bates.pdf
140221 WHoyle Fee Agreement Signed 140221 Bates.pdf
140224 Jackson Domeier Prudential Ag referral 140224 Bates.pdf
140226 Sullivan on 140225 mtg 140226 Bates.pdf
140227 Zayid on attny funding request 140227 Bates.pdf
140228 Zayid re BofA checking account number 140228 Bates.pdf
140301 Zayid Attorney Tawfeek Chaing re fee 140301 Bates.pdf
140303 Jackson re Zayid alleged investment 140303 Bates.pdf
140304 Jackson re Attorney retainer wire on Zayid deal 140304 Bates.pdf
140304 Jackson re Zayid Attny Retainer Xfr 140304 Bates.pdf
140304 Sullivan re Zayid investment 140304 Bates.pdf
140305 Zayid re Malaysian Attny Not Confirmed 140305 Bates.pdf
140305 Sullivan re Zayid as former Customs Investigator 140305 Bates.pdf
140307 Jackson re Burstein call FL 140307 Bates.pdf
140327 Crestnorth Capital disbursement instruction 140327 Bates.pdf
140327 Earthbound Kodet re cust commitment and timing 140327 Bates.pdf
140404 Jackson re Sherbrooke Capital 140404 Bates.pdf
140407 Jackson connects Skye Root 140407 Bates.pdf
140407 Westchester Mgmt Skye Root re farm acq parameters 140407 Bates.pdf
140408 Perimeter Sales Mktg re brokered LA regional mkt coverage 140408 Bates.pdf
140409 Sherbrooke re LA organic mkt 140409 Bates.pdf
140410 Bridges re organic produce PNW and Costco sales 140410 Bates.pdf
140411 Sherbrooke re sales backlog 140411 Bates.pdf
140417 DD Callahan on Holistic Impact Partners 140417 Bates.pdf
140424 Kabah scam resurrection 140424 Bates.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

140424 Newman 2014 Master DRF Completed 140424 Bates.pdf
140424 Newman AA NDA GNA Signed 140424 Bates.pdf
140424 Newman Gerald agreement via Inder Singh 140424 Bates.pdf
140425 Newman Gerald Inder Singh re Bridges not confirm orders 140425
Bates.pdf
140425 Newman re 2MM proof of concept 140425 Bates.pdf
140519 Tissiman first hit 140519 Bates.pdf
140526 Kabah first hit 140526 Bates.pdf
140602 JCXL Advance Fee Scam Barrister140602 Bates.pdf
140605 Kabah funds xfr 140605 Bates.pdf
140609 JCXL Term Sheet 10MM 140609 Bates.pdf
140609 JCXL Term Sheet 10MM Jackson Sullivan 140609 Bates.pdf
140611 JCXL Advance Fee Scam 140611 Bates.pdf
140624 Mubadala Capital UAE Investment 140624 Bates.pdf
140627 Jackson re circular referral to Resource Land Byron Lekulvich 140627
Bates.pdf
140629 Jackson re Tyler 140629 Bates.pdf
140701 Jackson re Tyler Eager to Raise 200MM 140701 Bates.pdf
140707 Jackson Contract 140707 Bates.pdf
140715 Mubadala Sullivan on FCPA violation 140715 Bates.pdf
140715 Sullivan re Mubadala Commission reqmt and FCPA violation 140715
Bates.pdf
140821 NHIG Firm Insurance re payment bond 140821 Bates.pdf
140827 Jackson re 55% MS investor 140827 Bates.pdf
140827 Warren John intial hit 140827 Bates.pdf
140902 Jackson on 3 London closings 140902 Bates.pdf
140902 Jackson re 3 London Closings 140902 Bates.pdf
140909 Jackson re Tyler Doughty Maricopa County mtg 140909 Bates.pdf
140917 Burges Salmon 1 re London Closing 140917 Bates.pdf
140917 Jackson Maricopa County Visit Details 140917 Bates.pdf
140917 Jackson re PHX trip 141101 Tyler mtg 140917 Bates.pdf
140917 NHIG Songbird Niles re bond invoice nonpayment 140917 Bates.pdf
140918 Burges Salmon 1 re London Closing 140918 Bates.pdf
140918 Caasmailaffairs Morocco Investment for Williams R 140918 Bates.pdf
141015 Jackson re personal BofA acct number 141015 Bates.pdf
141024 Jackson VanDeGraaf likely Maricopa Rabo poser 141024 Bates.pdf
141027 Jackson 700 for Maricopa trip 141027 Bates.pdf
141027 Jackson VanDeGraaf likely Maricopa Rabo poser 141027 Bates.pdf
141027 Liberty EB-5 initial hit 141027 Bates.pdf
141103 Liberty Keller Carter mtg thanks 141103 Bates.pdf
141105 Liberty EB-5 LOI to WP 221105 Bates.pdf
141107 UFIG Loan conf call 141107 Bates.pdf
141108 Arpaio Truitt inital hit connects to B Oliver 141108 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

141110 Kennedy Orrego intial hit 141110 Bates.pdf
141112 Liberty EB-5 WinnettOrganics LOI 11-12-14 141112 Bates.pdf
141114 Liberty Carter ref request services matrix request 141114 Bates.pdf
141204 Jackson re Burstein Miami update 141204 Bates.pdf
141210 Jackson re Burstein mtg and Hain 141210 Bates.pdf
141210 Jackson re Hain Celestial interest 141210 Bates.pdf
141211 Armgold Harmony Vusimile on seed funds investor 141211 Bates.pdf
141212 Arpaio Crossgrove first hit 141212 Bates.pdf
141215 Armgold Harmony Vusimile funds notice email 141215 Bates.pdf
141215 Armgold Harmony Vusimile funds notice recvd 141215 Bates.pdf
141215 Multifunding initial hit 141215 Bates.pdf
141215 Multifunding Paul Avery initial contact 141215 Bates.pdf
141216 Armgold Harmony Vusimile funds notice 141216 Bates.pdf
141217 Belli intital hit 141217 Bates.pdf
141218 Armgold Harmony Vusimile delay discussion 141218 Bates.pdf
150106 Liberty re CADC TEA eligibility 150106 Bates.pdf
150107 UFIG LOI Adding Eqpt to Loan Amt 150107 Bates.pdf
150130 Multifunding Sullivan re referral to David Hughes 150130 Bates.pdf
150209 Jackson Gail on Charles Death 150209 Bates.pdf
150210 Personal Recruiter Connections DeNapoles 150210 Bates.pdf
150311 Gaines Ira AZ first contact ref by Sayre Tappen 150311 Bates.pdf
150403 Warren John London 150403 Bates.pdf
150409 US Capital Partners Ritter 150409 Bates.pdf
150410 Elkhereiji Assistant referral 150410 Bates.pdf
150412 Elkhereiji Loan 150412 Bates.pdf
150412 Elkhereiji Reponse 150412 Bates.pdf
150421 Elkehereiji Increased Loan Amount 150421 Bates.pdf
150430 Elkhereiji Agreement Meeting150430 Bates.pdf
150505 Liberty backout excuse sent to UFIG 150505 Bates.pdf
150516 DHS CPB Travel Record incl Dubai 150516 Bates.pdf
150520 EquityNet Profile Interest 150520 Bates.pdf
150520 EquityNet Profile up 150520 Bates.pdf
150612 Wells Oliver Tissiman 419pm acct info150612 Bates.pdf
150612 Wells Oliver Tissiman 654pm 150612 Bates.pdf
150613 Wells Oliver Tissiman 150613 Bates.pdf
150615 Wells Oliver Tissiman 2015 150615 Bates.pdf
150616 Wells Oliver Tissiman 1 655am 150616 Bates.pdf
150616 Wells Oliver Tissiman 2 713am 150616 Bates.pdf
150616 Wells Oliver Tissiman 3 141110 to 1120am 150616 Bates.pdf
150616 Wells Oliver Tissiman 3 BA Deposit Slip 1120am 150616 Bates.pdf
150616 Wells Oliver Tissiman 4 439pm 150616 Bates.pdf
150617 Wells Oliver Tissiman 5 619am 150617 Bates.pdf
150617 Wells Oliver Tissiman 6 818am 150617 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

150617 Wells Oliver Tissiman 7 1207pm act fast on 150617 Bates.pdf
150617 Wells Oliver Tissiman 8 105pm 150617 Bates.pdf
150617 Wells Oliver Tissiman 9 343pm 150617 Bates.pdf
150622 Wells Oliver Tissiman 9190 150622 Bates.pdf
150626 Edgar Wood on Dubai Trip Sched 150626 Bates.pdf
150626 Elkhereiji Wood Edgar on trip cancelled 150626 Bates.pdf
150629 Collins ref by Sullivan on Bridge Loan 150629 Bates.pdf
150707 Arpaio Crossgrove Persist Example 150707 Bates.pdf
150707 Blackpool Persists Example 150707 Bates.pdf
150707 Wells Oliver Tissiman 150616R BA 180K NSF 150707 Bates.pdf
150707 Wells Oliver Tissiman P BA 180K NSF 150707 Bates.pdf
150715 Wells Oliver Tissiman Q re bank fraud 150715 Bates.pdf
150717 Broadmark WA 150717 Bates.pdf
150724 NYC Ace Produce Hit 150724 Bates.pdf
150806 Jackson Tyler re PPM review by Sullivan 150806 Bates.pdf
150808 Willmeng Jarvis Tom Contact Info 150808 Bates.pdf
150809 WO Intent to Proceed Brewer corp apt rental inquiry 150809 Bates.pdf
150810 Arpaio from Brewer on startup plan 150810 Bates.pdf
150811 Anglade FL investor 150811 Bates.pdf
150817 Anglade FL investor update PHX trip date 150817 Bates.pdf
150818 King AZ Arpaio Ops Connection 150818 Bates.pdf
150818 NYC Investor Seth investors 150818 Bates.pdf
150821 Blackpool IC Approval 150821 Bates.pdf
150824 Austin Address CO 150824 Bates.pdf
150824 Rose Jordan Recruiter Fee Agreement 150824 Bates.pdf
150825 Blackpool on PHX trip 150825 Bates.pdf
150825 Castro CA VP-Ops Intvw 150825 Bates.pdf
150825 LeBlond CA VP Sales Intvw 150825 Bates.pdf
150826 Poindexter VP Sales intvw Kingman later 150826 Bates.pdf
150826 Smith VP Fin intvw and connect DSmithPDX 150826 Bates.pdf
150828 Sullivan WO sends $10K 150828 Bates.pdf
150829 Gomez Dir Food Safety Intvw 150829 Bates.pdf
150831 Reed VP Ops intvw Lunch Tucson 150831 Bates.pdf
150901 Castro CA re Mota Dir Ops add 150901 Bates.pdf
150901 NYC Investor Seth re eqpt 150901 Bates.pdf
150902 Arpaio intro Oliver 150902 Bates.pdf
150902 Oliver AZ mtg contact 150902 Bates.pdf
150903 Recruiter Connections Plus DeLeon Recruiter 150903 Bates.pdf
150904 Axial Investor Interest 150904 Bates.pdf
150906 Arpaio on Project Progress Oliver 150906 Bates.pdf
150909 Altahawi re S1 PPM fees 150909 Bates.pdf
150910 Altahawi 40K and info for S1 PPM 150910 Bates.pdf
150910 Anglade FL investor cancel PHX trip date 150910 Bates.pdf

## Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
### Listings: Selected Emails, Documents, Disbursements, and Calendar

150910 Axial to Altahawi connect 150910 Bates.pdf
150910 Brickell Fin FL referred to Adamson 150910 Bates.pdf
150910 LeBlond re Kroger connection 150910 Bates.pdf
150911 NYC Investor Seth re eqpt detail 150911 Bates.pdf
150911 Recruiter Connection Plus DeLeon ref Waseman 150911 Bates.pdf
150914 WO Team Initial Mtg LAX 150914 Bates.pdf
150915 Multifunding Dan Krewson initial contact 150915 Bates.pdf
150915 Recruiter Connections Plus DeLeon submits Waseman 150915 Bates.pdf
150916 Arpaio on Plant Design Rqmts 150916 Bates.pdf
150916 WO Plant Kickoff Salinas Mtg 150916 Bates.pdf
150917 LeBlond sales update 150917 Bates.pdf
150917 WO Plant Willmeng ref from Sayre 150917 Bates.pdf
150917 WO Status Report Adamson PPM 150917 Bates.pdf
150919 Altahawi re PPM corrections 150919 Bates.pdf
150921 WO Team re PPM S-1 processes 150921 Bates.pdf
150922 WO Plant Kickoff Salinas Mtg 150922 Bates.pdf
150924 Crystal Lands Resources 150924 Bates.pdf
150924 Investor Commitment Crystal Resources 150924 Bates.pdf
150927 Petersen Stock Cert Issued 150927 Bates.pdf
150928 Altahawi re any progress S1 PPM 150928 Bates.pdf
150928 Crystal Reosurces Xfr 150928 Bates.pdf
150928 Crystal Resources Xfr Fail 150928 Bates.pdf
150928 Crystal Resources XFR Fail to Smith 150928 Bates.pdf
150928 Investor Commiment Fail to Smith re Ukraine Xfr Fail 150928 Bates.pdf
150928 Investor Commitment Crystal Resources  Xfr 150928 Bates.pdf
150928 Investor Commitment Crystal Resources Xfr Fail 150928 Bates.pdf
150928 LeBlond sales update 150928 Bates.pdf
150928 Oliver re Hyder Lease 150928 Bates.pdf
150928 Recruiter Connections LeBlond subord searches 150928 Bates.pdf
150929 Altahawi re auditor ref 150929 Bates.pdf
150929 Crystal Resources Fee Scam 150929 Bates.pdf
150929 Investor Commitment Crystal Resources Fee Scam 150929 Bates.pdf
150930 LeBlond 5K advance 150930 Bates.pdf
151001 Altahawi PPM progress 151001 Bates.pdf
151001 Altahawi re auditor engagement ltr 151001 Bates.pdf
151001 NYC Investor Seth re eqpt losn progress 151001 Bates.pdf
151001 Poindexter Kingman veg crops 151001 Bates.pdf
151002 Coco Capital 2 LA NYC re sub debt 151002 Bates.pdf
151002 Coco Capital LA NYC re sub debt 151002 Bates.pdf
151004 Oliver PHX Hyder Lease Sign 151004 Bates.pdf
151005 Altahawi S1 PPM progress 151005 Bates.pdf
151006 Don Brewer Dies Jane S-W 151006 Bates.pdf
151007 Altahawi PPM connection 151007 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

151007 Arpaio Castro Leases to do forgoteen during telcon 151007 Bates.pdf
151007 Poindexter Kingman tour Jim Rhodes intro 151007 Bates.pdf
151010 Fargotrust Investor ND interest in PPM 151010 Bates.pdf
151012 Jabor Funding Due Diligence151012 Bates.pdf
151012 WO Plant Willmeng contract draft 151012 Bates.pdf
151014 Arpaio availability 151014 Bates.pdf
151014 Jabor dilution and free trading share plan 151014 Bates.pdf
151016 26 Ranch Clark re PPM stock swap 151016 Bates.pdf
151016 NYC Investor Seth proposal 151016 Bates.pdf
151017 Poindexter direct Rhodes re Kingman 151017 Bates.pdf
151018 Arpaio tours Gerra Plug Power 151018 Bates.pdf
151019 NYC Investor Seth re Jabor and 300mm loan terms 151019 Bates.pdf
151019 WO Plant Willmeng kickoff meet Oct 27 151019 Bates.pdf
151020 Jabor investor team info to Sullivan 151020 Bates.pdf
151020 Perer Super G Funding 151020 Bates.pdf
151021 Jabor Due Diligence Info Sullivan 151021 Bates.pdf
151021 Jabor Funding Agreement 151021 Bates.pdf
151021 Jabor investor wire xfr date 151021 Bates.pdf
151021 NYC Investor Seth re fee waiver 151021 Bates.pdf
151021 WO Plant Willmeng cost workup status 151021 Bates.pdf
151022 Jabor Funding Stock Adj Petersen 151022 Bates.pdf
151022 WO Status Report Jabor and Sales 151022 Bates.pdf
151023 NYC Investor Seth signed MARV capital agreement 151023 Bates.pdf
151025 Bk Tucson Lender re S-1 and banker due diligence 151025 Bates.pdf
151026 Jabor Funding wire tomorrow 151026 Bates.pdf
151027 Jabor Funding MEC fee and agreement sig page 151027 Bates.pdf
151027 NYC Investor from Axial Formanek 151027 Bates.pdf
151028 Altahawi re Jabor MEC fee 151028 Bates.pdf
151028 Insight Keiser Intl Debt placement 100mm 151028 Bates.pdf
151028 Jabor MEC fee wire xfr record TD Ameritrade 151028 Bates.pdf
151028 NYC Investor Axial Conf Intro PWP Growth Schectman 151028 Bates.pdf
151028 WO Hyder Farm Castro on Oliver 151028 Bates.pdf
151029 Insight Ovcar Intl Debt placement 100mm 151029 Bates.pdf
151029 WO Weekly Status Report reaction Petersen 151029 Bates.pdf
151030 Bk Tucson Lender re Brewer bio red flag issues for lenders 151030
Bates.pdf
151030 Jabor Funding MEC fee wire MIA 151030 Bates.pdf
151030 WO Hyder Farm Terminal Estimate to Oliver 151030 Bates.pdf
151102 Bk Tucson Lender re Brewer bio red flag issues for lenders 151102
Bates.pdf
151103 Bk Tucson Lender re S-1 and banker due diligence 151103 Bates.pdf
151103 Blackpool Persists Example 151103 Bates.pdf
151104 Insight Keiser Terms for Intl Debt placement 100mm 151104 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

151104 Insight Verbal Commit by WO 151104 Bates.pdf
151104 Keiser 100MM Debt Raise Terms Summary 151104 Bates.pdf
151104 WO Sales Fresh Express Smith contact 151104 Bates.pdf
151105 Jabor Funding Cinfirm to Belli Salinas 151105 Bates.pdf
151105 Jabor Funding MEC License Rcvd 151105 Bates.pdf
151105 Smith CFO re Belli invoices 151105 Bates.pdf
151106 Castro introduces Gerlach to DB Arpaio 151106 Bates.pdf
151110 Sullivan appointed Corp Counsel 151110 Bates.pdf
151113 Smith CFO re Jabor confirms xfr BkTucson rejects 151113 Bates.pdf
151117 Grt Western Bk local takeover visit 151117 Bates.pdf
151117 LeBlond re 2500 advance 151117 Bates.pdf
151117 PPM Expert Invoice 145.11-2015 Winnett Perico, Inc 151117 Bates.pdf
151117 Recruiter Connections Smith CFO subord 151117 Bates.pdf
151117 WO Grt Western Bk local takeover visit 151117 Bates.pdf
151117 WO Team on Jabor Funded on Time 151117 Bates.pdf
151118 WO Team re Jabor snag  151118 Bates.pdf
151119 Jabor Funding Bust 151119 Bates.pdf
151119 Sayre Belli re Jabor scam 151119 Bates.pdf
151119 Smith CFO on avoiding expenditures 151119 Bates.pdf
151119 Smith CFO reports Castro determines Jabor is scam 151119 Bates.pdf
151120 Castro re financings 151120 Bates.pdf
151120 WO Team on financings 151120 Bates.pdf
151123 Smith CFO Keiser re PPM wire xfr 151123 Bates.pdf
151124 Seth MARV Capital xmit of PPM S1 151124 Bates.pdf
151126 Castro re Hyder Water Quality 151126 Bates.pdf
151201 Insight PPM Winnett Perico 151201 Bates.pdf
151203 Altahawi Tracy re 100mm debt PPM 151203 Bates.pdf
151205 AJSH Jain re xmit audited fin stmts 151205 Bates.pdf
151215 Oliver Hyder Eqpt Lease Dep Status 151215 Bates.pdf
151222 Oliver Hyder Funding update 151222 Bates.pdf
151231 WP Paypal Acct Detail Sep-Dec 151231 Bates.pdf
160101 WO Team on 179mm Financings 160101 Bates.pdf
160103 Smith CFO re PPM Expert Fees Paid160103 Bates.pdf
160107 26 Ranch Terms Marvel 160107 Bates.pdf
160107 Petersen Status comments 160107 Bates.pdf
160108 Altahawi Jain re auditor consent 160108 Bates.pdf
160108 Kunsak re Altahawi Adamson Contract 160108 Bates.pdf
160111 Altahawi re auditors 160111 Bates.pdf
160111 Oliver on financings outstanding 160111 Bates.pdf
160111 Sullivan on financings 160111 Bates.pdf
160112 Insight status inquiry 160112 Bates.pdf
160113 Insight status report 160113 Bates.pdf
160114 Smith on expenses Vindiola 160114 Bates.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

160115 Altahawi on status 160115 Bates.pdf
160121 WO Status Financings 160121 Bates.pdf
160122 Insight status report 160122 Bates.pdf
160122 Marvel 26 Ranch rejects structure 160122 Bates.pdf
160123 Oliver Dole sales update 160123 Bates.pdf
160124 Roth on S-1 160124 Bates.pdf
160125 Castro on Dole Gerlach 160125 Bates.pdf
160125 Marchal Semple CPA AZ 160125 Bates.pdf
160125 Smith on BA pers acct scam wire xfrs 160125 Bates.pdf
160125 Smith on Jabor wire fee scam 160125 Bates.pdf
160126 Altahawi on status 160126 Bates.pdf
160129 Oliver on financings status 160129 Bates.pdf
160203 NYC Seth on status 160203 Bates.pdf
160206 Sullivan on financing lead from Castro 160206 Bates.pdf
160208 NYC Seth on equity investor  interest 160208 Bates.pdf
160208 Oliver on financings status 160208 Bates.pdf
160208 WO Financings deal status to team 160208 Bates.pdf
160209 WO Status Kingman Startup Financings 160209 Bates.pdf
160210 Arpaio announces Captiva Salome Farm Availability 160210 Bates.pdf
160213 Krapf Bank Tucson Land Financing Inquiry 160213 Bates.pdf
160214 Castro on lettuce production detail 160214 Bates.pdf
160216 GWB Pagel re Financing 160216 Bates.pdf
160216 Portable Vac Coolers Inquiry 160216 Bates.pdf
160216 Southern Vacuum Coolers Inquiry 160216 Bates.pdf
160216 UFIG Fin Inquiry Land for Stock Kingman Rhodes 160216 Bates.pdf
160217 Factoring Rec Financing Fees 160217 Bates.pdf
160217 Oliver on financings status 160217 Bates.pdf
160217 Smith on potential financing network intro 160217 Bates.pdf
160219 Kingman Land Swap status inquiry 160219 Bates.pdf
160219 NYC Seth on closing 7MM investment 160219 Bates.pdf
160222 GWB Pagel re 7500000 LOC 160222 Bates.pdf
160223 GWB line announcement to team 160223 Bates.pdf
160223 Kingman land legal des request 160223 Bates.pdf
160223 Oliver on financings status 160223 Bates.pdf
160224 Kingman Farm land swap 160224 Bates.pdf
160224 Kingman Land Swap status 160224 Bates.pdf
160226 Oliver has poss investor interest 160226 Bates.pdf
160226 Oliver on financings status 160226 Bates.pdf
160229 Kingman Farms deal structure revision 160229 Bates.pdf
160229 Kingman Farms Rhodes discussion confirm 160229 Bates.pdf
160229 Recruiter Connections DeLeon on Waseman fee160229 Bates.pdf
160303 Kingman status to team 160303 Bates.pdf
160304 Belli on payment 160304 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

160304 Castro on Kingman Farms status 160304 Bates.pdf
160304 Kingman Farms deal structure revision 160304 Bates.pdf
160317 Ryder re financing plan 160317 Bates.pdf
160321 Arpaio on Oliver Hyder 160321 Bates.pdf
160322 Investor Lead Gomez re CA 160322 Bates.pdf
160322 Oliver on status 160322 Bates.pdf
160324 Altahawi on status 160324 Bates.pdf
160325 RAM initial meeting set 160325 Bates.pdf
160326 RAM private placement interest 160326 Bates.pdf
160326 Smith adds investment 160326 Bates.pdf
160328 Madison St Capital 160328 Bates.pdf
160328 Pitch Deck to RAM WinnettOrganics Notes 160328 Bates.pdf
160330 RAM mtg sked 160330 Bates.pdf
160331 Investor Lead fup Gomez 160331 Bates.pdf
160401 Altahawi on status 160401 Bates.pdf
160401 Sullivan on MARV Capital drop 160401 Bates.pdf
160404 Alfardan Carr ref investor Prince Omar Alfardan160404 Bates.pdf
160404 Investor Prince Omar Alfardan 160404 Bates.pdf
160406 Smith on development costs per acre 160406 Bates.pdf
160407 Gomez refers Brereton Hamilton 160407 Bates.pdf
160407 I banker BreretonHamilton 160407 Bates.pdf
160408 Gomez re investor call request 160408 Bates.pdf
160412 Armgold investor interest 160412 Bates.pdf
160412 I banker BreretonHamilton 160412 Bates.pdf
160414 Recruiter Connections JBN  Contingency Fee Agrmt 160414 Bates.pdf
160414 Recruiter Connections JBN 160414 Bates.pdf
160415 BA Bestwick Cardone Axial Nat Food Symposium 160415 Bates.pdf
160418 Armgold affirms investor interest 160418 Bates.pdf
160418 Insight re lack of progress 160418 Bates.pdf
160419 Alam Junaid ibanker too busy AZ 160419 Bates.pdf
160419 Sullivan re Insight scam Argold, Brereton status 160419 Bates.pdf
160420 Oliver re Costamanga invest decsion postponed 160420 Bates.pdf
160420 Tarazewich TX re VP Sales position 160420 Bates.pdf
160421 WO Status Report financings 160421 Bates.pdf
160425 RAM Call Summary re financing strategy 160425 Bates.pdf
160426 RAM investor progress 160426 Bates.pdf
160426 Sullivan re RAM Olin contract 160426 Bates.pdf
160427 Arpaio on involvement 160427 Bates.pdf
160427 Castro progress report 160427 Bates.pdf
160427 Gomez re investor interest 160427 Bates.pdf
160427 RAM on Olin engagemeent ltr 160427 Bates.pdf
160429 Gomez on Costamanga mtg plan 160429 Bates.pdf
160430 Arpaio on greenhouses and financing arranged 160430 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

160430 RAM Olin update 160430 Bates.pdf
160430 RAM re sales POs 160430 Bates.pdf
160502 BA Bestwick Cardone Cardone on my BA history160502 Bates.pdf
160503 RAM re Maines 160503 Bates.pdf
160503 Tarazewich TX re RAM on Maines other progress 160503 Bates.pdf
160505 Arpaio on lack of investor contact other updates 160505 Bates.pdf
160505 RAM call to update RAM progress 160505 Bates.pdf
160506 Gomez update on CA investor progress 160506 Bates.pdf
160506 Tarazewich TX re Maines fail others in flux 160506 Bates.pdf
160508 Gomez Costamanga mtg request 160508 Bates.pdf
160509 RAM contract redline draft 160509 Bates.pdf
160511 Arpaio King update 160511 Bates.pdf
160512 Alfardan loan proposal accepted 160512 Bates.pdf
160512 Gomez re new investor leads 160512 Bates.pdf
160513 Arpaio on Oliver as poss investor 160513 Bates.pdf
160513 Castro re Hinson Lyle proposal via Arpaio 160513 Bates.pdf
160513 Recruiter Connections DeLeon update Waseman 160513 Bates.pdf
160513 Recruiter Connections JBN 160513 Bates.pdf
160513 Recruiter Connections Plus DeLeon 160513 Bates.pdf
160525 Gomez investor update 160525 Bates.pdf
160525 LeBlond re status 160525 Bates.pdf
160526 RAM update 160526 Bates.pdf
160527 RAM re progress and concerns 160527 Bates.pdf
160527 Tarazewich TX refers ibanker 160527 Bates.pdf
160531 BA Bestwick Cardone Fake Food Symposium 160531 Bates.pdf
160601 Grasse Long Realty 160601 Bates.pdf
160604 RAM re progress and sales lead 160604 Bates.pdf
160604 Waseman re Tucson ofc tour 160604 Bates.pdf
160608 BA Bestwick Cardone on RAM CS sales contract 160608 Bates.pdf
160608 Belli on investor sales progress 160608 Bates.pdf
160608 Castro on Aqua 4D saline water trmt 160608 Bates.pdf
160609 RAM re sales leads progress 160609 Bates.pdf
160612 RAM re accredited investors 160612 Bates.pdf
160616 Gomez re Japanese Inv Lead sales progress 160616 Bates.pdf
160616 Tarazewich TX re financing progress 160616 Bates.pdf
160623 Equities dot com Financing Proposal 160623 Bates.pdf
160624 Arpaio on status and prior Captiva Verde involvement 160624 Bates.pdf
160627 Alfardan decline due to advance fee rqmt 160627 Bates.pdf
160627 Arpaio on Brother as Nunes exec 160627 Bates.pdf
160627 Recruiter Connections DeLeon re Waseman start160627 Bates.pdf
160629 Oliver update 160629 Bates.pdf
160629 RAM on financing progress 160629 Bates.pdf
160630 Equities dot com Financing contract 160630 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

160630 Grasse re properties search 160630 Bates.pdf
160701 Fisher Ent NYC re 60MM funding 160701 Bates.pdf
160703 Arpaio on Oliver proposal 160703 Bates.pdf
160704 Gomez update Kevin investor 160704 Bates.pdf
160704 Smith sales intro call in AZ 160704 Bates.pdf
160705 Castro re personnel rqmts 160705 Bates.pdf
160705 Flores on funds raise 160705 Bates.pdf
160705 Oliver Term Sheet Proposal 160705 Bates.pdf
160706 Tarazewich accepts alt employ 160706 Bates.pdf
160707 Arpaio on Oliver Term Sheet Clarification 160707 Bates.pdf
160707 BA Bestwick Cardone referes Callahan DD 160707 Bates.pdf
160707 Oliver on Term Sheet Clarification 160707 Bates.pdf
160707 Smith re Oliver Term Sheet 160707 Bates.pdf
160707 Sullivan on Oliver Term Sheet to Contract 160707 Bates.pdf
160708 Equities dot com implementation sked 160708 Bates.pdf
160708 RAM inital referrer reconnect 160708 Bates.pdf
160710 Sullivan on Akoto Brewer Fund creation 160710 Bates.pdf
160711 DD on Oliver Term Sheet 160711 Bates.pdf
160711 RAM on CS sales mtg 160711 Bates.pdf
160712 BA Bestwick Cardone re intro at DD 160712 Bates.pdf
160712 Figdor Drew Paris investment banker 160712 Bates.pdf
160712 Paris I Bank interest 160712 Bates.pdf
160713 Oliver PHX mtg proposal 160713 Bates.pdf
160714 DD Callahan re engement ltr 160714 Bates.pdf
160714 Oliver re mtg location Arpaio King Castro Smith 160714 Bates.pdf
160718 I banker BreretonHamilton 160718 Bates.pdf
160718 Oliver 160719 mtg preview email 160718 Bates.pdf
160718 RAM Olin Termination Notice 160718 Bates.pdf
160719 Castro re Aqua 4D Giora bkfst miss and Oliver mtg 160719 Bates.pdf
160719 Oliver Term Sht mtg update to Tarazewich 160719 Bates.pdf
160719 WO Status re Oliver Term Sheet Verbal 160719 Bates.pdf
160720 RAM inital referrer reconnect 160720 Bates.pdf
160720 Smith re fine tuning on Oliver financial proposal 160720 Bates.pdf
160721 Arpaio on Oliver Direct Funding 160721 Bates.pdf
160721 Rabo on Oliver Direct funding 160721 Bates.pdf
160722 RAM Olin Capital Accepts Termination 160722 Bates.pdf
160725 Tarazewich TX loan 2500 160725 Bates.pdf
160727 Sullivan on Akoto Brewer Fund creation 160727 Bates.pdf
160728 Sullivan Draft for Oliver Funding 160728 Bates.pdf
160729 Arpaio on Proposed budget Oliver Hyder project 160729 Bates.pdf
160730 Arpaio on temp cooler Cowley Kodiak Produce PHX 160730 Bates.pdf
160731 Castro on Aqua4D in Oliver Hyder budget 160731 Bates.pdf
160731 Smith re IT traceability budget add Oliver Hyder 160731 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

160801 Arpaio on Hyder Oliver per acre costs Castro 160801 Bates.pdf
160801 Castro on budget format Oliver Hyder 160801 Bates.pdf
160804 WO Status Final Oliver Hyder present sked 160804 Bates.pdf
160805 Arpaio info request 160805 Bates.pdf
160808 BA Bestwick Cardone progress report DD 160808 Bates.pdf
160809 Arpaio on grow plan fin projections 160809 Bates.pdf
160809 Arpaio on Oliver deal collapse 160809 Bates.pdf
160809 RAM re DD Clark Mckenzie 160809 Bates.pdf
160810 Castro on resignation 160810 Bates.pdf
160810 Oliver on Hyder Budget Cost Detail 160810 Bates.pdf
160810 Oliver on Hyder Deal Fail 160810 Bates.pdf
160811 Belli on status 160811 Bates.pdf
160811 Castro Separation Agreement 160811 Bates.pdf
160811 Castro Separation Agreement to Sullivan 160811 Bates.pdf
160812 Arpaio King re Hyder Oliver 160812 Bates.pdf
160812 DD Callahan re cancelled Oliver mtg 160812 Bates.pdf
160812 Oliver resurrects Hyder 160812 Bates.pdf
160813 Arpaio re Hyder Oliver resurrection 160813 Bates.pdf
160816 Arpaio on Oliver Hyder structure 160816 Bates.pdf
160818 Lyle re 350K Buckeye whse cooler 160818 Bates.pdf
160818 Smith re Status Report Detail on Hyder Oliver et al 160818 Bates.pdf
160818 WO Status Hyder Oliver rework 160818 Bates.pdf
160819 Arpaio on Oliver Hyder 160819 Bates.pdf
160819 Arpaio on spring lettuce season 160819 Bates.pdf
160824 DD on Oliver Hyder resurrection 160824 Bates.pdf
160825 DD re Revolution intro 160825 Bates.pdf
160825 Revolution VC Interest Hughes 160825 Bates.pdf
160902 Arpaio on Oliver Hyder prep and Buckeye 160902 Bates.pdf
160906 Arpaio on acre reallocation 160906 Bates.pdf
160907 RAM temriantion no results 160907 Bates.pdf
160907 Smith Triple Fresh Contact on Sales Prospects 160907 Bates.pdf
160908 Smith status 160908 Bates.pdf
160910 DD for Revolution WinnettOrganics Presentation 160910 Bates.pdf
160911 Arpaio on Oliver proposal and conv cropping 160911 Bates.pdf
160911 RAM continues work 160911 Bates.pdf
160911 RAM Investment Priorities 160911 Bates.pdf
160913 Arpaio connects RAM ACTS Freedom Famrs 160913 Bates.pdf
160913 Arpaio intro ACTS Freedom Farms 160913 Bates.pdf
160913 Arpaio on Oliver Hyder son objection 160913 Bates.pdf
160913 RAM connects Arpaio ACTS freedom farms 160913 Bates.pdf
160914 DD Callahan 160914 Bates.pdf
160914 RAM on Hinson ACTS Freedom Farms 160914 Bates.pdf
160914 RAM re ground lease and beef investor iinterest 160914 Bates.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

160915 Smith Triple Fresh passes setback on sales 160915 Bates.pdf
160919 DD on Revolution VC presentation 160919 Bates.pdf
160920 DD on Nielson organic foods outlook 160920 Bates.pdf
160922 Bridges re production update 160922 Bates.pdf
160925 DD on DelMorgan intro 160925 Bates.pdf
160925 DelMorgan re intro 160925 Bates.pdf
160927 BA Bestwick Cardone lunch pre DD mtg 160927 Bates.pdf
160928 DelMorgan email WP proposal 160928 Bates.pdf
160928 PWP update 160928 Bates.pdf
160929 DD mtg fup 160929 Bates.pdf
160929 DD Sep Discussion Document 160929 Bates.pdf
160929 DelMorgan fup DD declines to share 160929 Bates.pdf
160929 WO Status DD Fin Sales 160929 Bates.pdf
160930 DD re work Wakefern connection 160930 Bates.pdf
160930 Trinity AZ expression of interest 160930 Bates.pdf
161002 WMT initial hit on cold email 161002 Bates.pdf
161005 Arpaio ACTS Freedom Farms and Hinson 161005 Bates.pdf
161005 Broadway AZ 16K acres Hyder 161005 Bates.pdf
161005 Kroger cold email initial hit 161005 Bates.pdf
161006 Broadway AZ likely cutout msg 161006 Bates.pdf
161006 DD Commitment Cmte pkg to Callahan 161006 Bates.pdf
161006 WO Status Report on Hyder Oliver new pitch status 161006 Bates.pdf
161007 DD re Kingman acquisition 161007 Bates.pdf
161008 Arpaio on brother at Nunes and Sprouts open AZ 161008 Bates.pdf
161010 AltaVista Investment Commitment- Winnett Perico, Inc.161010 Bates.pdf
161010 Kroger re mtg plan 161010 Bates.pdf
161010 WMT fup Baldwin 161010 Bates.pdf
161011 Smith re WMT prior sales agents failures 161011 Bates.pdf
161011 WMT McCormick ref from Balwin 161011 Bates.pdf
161011 WMT sales news to WO team 161011 Bates.pdf
161012 Smith re continuation 161012 Bates.pdf
161014 DD Gross on other fin options 161014 Bates.pdf
161014 DD re Alta Vista involvement 161014 Bates.pdf
161014 Trinity re AltaVista 161014 Bates.pdf
161014 WMT McCormick Webex 161014 Bates.pdf
161015 Coco Capital on loan availability 161015 Bates.pdf
161016 CFO Smith entrap attempt backdating 161016 Bates.pdf
161017 AltaVists faked fin 161017 Bates.pdf
161017 DD Callahan re AltaVista 401pm 161017 Bates.pdf
161017 DD notes on AltaVista offer 161017 Bates.pdf
161017 WMT McCormick call tomorrow email 161017 Bates.pdf
161018 Akoto re AltaVista bad actor 161018 Bates.pdf
161018 AltaVista fup 161018 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

161018 AltaVista key personnel intro 161018 Bates.pdf
161018 AltaVista Sullivan re bad actor 161018 Bates.pdf
161018 AltaVista WP due diligence on AV 161018 Bates.pdf
161018 DD Callahan 2 re AltaVista 161018 Bates.pdf
161018 DD Callahan re AltaVista 1107am 161018 Bates.pdf
161018 DD Callahan re AltaVista739pm 161018 Bates.pdf
161018 DD Gross on Alta Vista2 161018 Bates.pdf
161018 DD Gross re AltaVista 161018 Bates.pdf
161018 DD on Alta Vista play out 161018 Bates.pdf
161018 MultiFunding referral Shepherd 161018 Bates.pdf
161018 WMT McCormick call fup 161018 Bates.pdf
161018 WO on WMT progress 161018 Bates.pdf
161019 Revolution VC Feedback Hughes 161019 Bates.pdf
161019 Revolution VC Feedback Hughes2 161019 Bates.pdf
161020 Broadway Kingman Red Lake info 161020 Bates.pdf
161020 Tucson Intel Ofc re temrination 161020 Bates.pdf
161020 WMT McCormick call fup production volumes 161020 Bates.pdf
161021 Lux re virtual ofc svcs 161021 Bates.pdf
161022 Ibankattny S-1 update email 161022 Bates.pdf
161022 Lux ofc switch Waseman 161022 Bates.pdf
161022 Smith re 2500 add 161022 Bates.pdf
161024 BA Bestwick Cardone sked Kiely call 161024 Bates.pdf
161025 AltaVista fake followon funding anncmnt 161025 Bates.pdf
161026 AltaVista update 161026 Bates.pdf
161026 Arpaio CFO Smith re plan for Hyder Oliver presnetation 161026 Bates.pdf
161026 Arpaio on Oliver pitch date 161026 Bates.pdf
161027 Arpaio on Western Growers Assn Pricing 161027 Bates.pdf
161027 RAM re CS apptmt attempt 161027 Bates.pdf
161028 RAM CS reqmts 161028 Bates.pdf
161101 Blackpool merge anncmnt 161101 Bates.pdf
161101 Castro connection Aqua 4D Giliad email samples 161101 Bates.pdf
161101 Swisslog automation Jennings NYC in house 161101 Bates.pdf
161102 Arpaio CFO Smith re plan for Hyder Oliver presnetation 161102 Bates.pdf
161102 BA Bestwick Cardone NYC Keily trust ref call161102 Bates.pdf
161102 Lease Co Van Tassell 161102 Bates.pdf
161102 Smith re avocdos sales hook and PACA 161102 Bates.pdf
161103 Oliver re Hyder Dev collateral 161103 Bates.pdf
161103 Oliver re Hyder Dev proposal 161103 Bates.pdf
161103 Oliver re Hyder Farm Dev Plan 161103 Bates.pdf
161103 RAM CS 161103 Bates.pdf
161103 WO Status financings 161103 Bates.pdf
161105 DD on Smith CFO Hyder Stall 161105 Bates.pdf
161106 DD Hinson on production volumes 161106 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

161107 Kroger re coming mtg 161107 Bates.pdf
161107 Swisslog automation Jennings NYC in house 161107 Bates.pdf
161108 RAM CS stall 161108 Bates.pdf
161109 Kroger mtg contact info 161109 Bates.pdf
161109 Kroger mtg fup 161109 Bates.pdf
161109 RAM stall family emergency 161109 Bates.pdf
161109 WMT McCormick call 161109 Bates.pdf
161110 BA Bestwick Cardone Cardone on Kroger uptake agreed 161110 Bates.pdf
161110 Costco Padilla on Craves 161110 Bates.pdf
161114 DD Callahan on proposed WMT revision 161114 Bates.pdf
161114 WMT McCormick re DD discussion 161114 Bates.pdf
161114 WMT McCormick resked and participant list 161114 Bates.pdf
161115 DD Callahan re investor interest 161115 Bates.pdf
161115 WO Status Financings WMT Kroger 161115 Bates.pdf
161116 WMT McCormick call fup 161116 Bates.pdf
161118 WMT McCormick call fup 161118 Bates.pdf
161121 RAM conv produce fail 161121 Bates.pdf
161121 WMT McCormick re investors ibankers 161121 Bates.pdf
161122 Altahawi on investor search fail 161122 Bates.pdf
161122 Altahawi re status 161122 Bates.pdf
161122 Blackpool PPM process 161122 Bates.pdf
161128 Pruska investor 161128 Bates.pdf
161128 Sullivan re Blackpool CAP 161128 Bates.pdf
161129 Blackpool 1MM Bridge Loan Contract 161129 Bates.pdf
161129 Pruska investor 161129 Bates.pdf
161130 Blackpool WF wire advice 161130 Bates.pdf
161130 Coco Capital on status 161130 Bates.pdf
161201 Ryder Nichols VP Sales Ramsey mtg 161201 Bates.pdf
161205 JacksonCG Frambes TX 161205 Bates.pdf
161205 RAM on conv produce contractual issues 161205 Bates.pdf
161205 Swisslog automation Jennings NYC in house 161205 Bates.pdf
161208 MultiFunding referral Shepherd has target 161208 Bates.pdf
161208 Ryder Aquilino re startup sequence fin 161208 Bates.pdf
161215 Arpaio re WMT Kroger 161215 Bates.pdf
161215 RAM re conv produce agents sales progress 161215 Bates.pdf
161216 Arpaio on Gerlach NV 161216 Bates.pdf
161216 Arpaio refers Gerlach Black Rock 161216 Bates.pdf
161218 Lyle Hinson re Buckeye Grnhses DC 161218 Bates.pdf
161219 Chinese money laundering scam email 161219 Bates.pdf
161220 Sullivan re Arpaio Palmeri Gerlach Black Rock Farms 161220 Bates.pdf
161221 Kroger Frys Avg Utilization Jose Merced 161221 Bates.pdf
161221 RAM failure on conv produce and lack of notice 161221 Bates.pdf
161222 Sullivan Arpaio Palmeri Black Rock Farms Jack Palmeri 161222 Bates.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

161223 Kroger Demand Projection Merced 161223 Bates.pdf
161226 WO Status Kroger projection incl 161226 Bates.pdf
161228 Dematic Proposal to Waseman 161228 Bates.pdf
161228 Swisslog to Waseman re automation 161228 Bates.pdf
161229 Sullivan re WMT Bentonville visit Feb 161229 Bates.pdf
161230 Arpaio re Sprouts 161230 Bates.pdf
161230 Arpaio re Sprouts Kroger Costco WMT 161230 Bates.pdf
161230 DD on WMT Swisslog 161230 Bates.pdf
161231 DD re 5 yr plan to WMT 161231 Bates.pdf
161231 WP Great Western 2016 DDA Account 161231 Bates.pdf
170101 Arpaio Sheriff Term Ends 170101 Bates.pdf
170102 Petersen adds 2500 170102 Bates.pdf
170103 Coco Capital on status incl WMT 170103 Bates.pdf
170104 Coco Capital connects others 170104 Bates.pdf
170104 Coco Capital Strasser re connect results pass 170104 Bates.pdf
170104 Waseman re intvw new VP Ops Bill Reed 170104 Bates.pdf
170106 DelMorgan update WMT 170106 Bates.pdf
170108 WMT McCormick on contract outline 170108 Bates.pdf
170109 DD Callahan re 170124 Swisslog mtg 170109 Bates.pdf
170109 DD Callahan re Swisslog mtg 170109 Bates.pdf
170110 DelMorgan 170110 Bates.pdf
170111 WMT McCormick Bentonville Mtg Attendees 170111 Bates.pdf
170111 WO Org Chart 170111 Bates.pdf
170113 Swisslog Jennings re DD mtg and progress 170113 Bates.pdf
170115 Arpaio ref grower shipper interest 170115 Bates.pdf
170115 Arpaio ref RWood Offer Letter 170115 Bates.pdf
170115 BReed email Offer Letter 170115 Bates.pdf
170115 BReed Offer Letter 170115 Bates.pdf
170117 Arpaio on new VP Growing referred 170117 Bates.pdf
170118 WO Blitch re ofc space tour 170118 Bates.pdf
170119 WO Status Report Reed Wood join 170119 Bates.pdf
170120 MultiFunding referral Shepherd refs Lex 170120 Bates.pdf
170123 Multifunding re Whitestone Lex Gubsky Phil 170123 Bates.pdf
170123 WMT McCormick 170224 Bentonville mtg Present Draft 170123 Bates.pdf
170123 WMT McCormick email Bentonville Mtg Presentation 170123 Bates.pdf
170125 Multifunding Shepherd Whitestone Gubsky email 170125 Bates.pdf
170126 Blackpool Term Sheet proposal email Smith Petersen 170126 Bates.pdf
170126 DD Callahan re lending DD name to WMT presentation 170126 Bates.pdf
170126 DD Callahan re Swisslog mtg fup 170126 Bates.pdf
170126 Multifunding re eqpt loan 170126 Bates.pdf
170126 Smith 5K View Wire Transfer Detail - U.S 170126 Bates.pdf
170126 Sullivan re Smith 5K loan 170126 Bates.pdf
170126 Sullivan re Whitestone Lex Gubsky Moneywise  170126 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

170126 Swisslog re NYC meeting notes and fup 170126 Bates.pdf
170127 Multifunding Shepherd Intro Whitestone Lex Gubsky 170127 Bates.pdf
170127 Reed re Gerlach 170127 Bates.pdf
170128 Swisslog Deck DD mtg to WO team members 170128 Bates.pdf
170129 BReed on Stockton Hill Farm Kingman 170129 Bates.pdf
170129 Reed on Stockton Hill Farm Kingman 221028 170129 Bates.pdf
170130 Multifunding Whitestone Lex Gubsky term sheet deadline 170130 Bates.pdf
170130 Reed re Stockton Hill Status 170130 Bates.pdf
170131 Blackpool re TIAA-CREF (Skye Root Jackson tieback poss) 170131
Bates.pdf
170131 BReed on Stockton Hill Farm offer progress 170131 Bates.pdf
170131 BReed re Gila Bend lead 170131 Bates.pdf
170131 Multifunding Conf call fup 170131 Bates.pdf
170131 Multifunding Whitestone Lex Gubsky confirms interest 170131 Bates.pdf
170201 Blackpool email Term Sheet Signed 170201 Bates.pdf
170201 Blackpool re other investors rejected 170201 Bates.pdf
170201 Multifunding Whitestone Lex Gubsky casting doubt on other deals 170201
Bates.pdf
170201 WO Team re Gerlach soi tests 170201 Bates.pdf
170202 Altahawi re Dropbox Access to Blackpool 170202 Bates.pdf
170202 Blackpool tour Stckton Hill Farm LV realtor contact 170202 Bates.pdf
170202 DD Callahan on Blackpool funding 170202 Bates.pdf
170202 DD Callahan re Blackpool Term Sheet 170202 Bates.pdf
170202 Smith re Blockpool Funding 170202 Bates.pdf
170203 Blackpool re Stckton Hill Broadway Volk connection 170203 Bates.pdf
170203 Broadway KJV re Blackpool Cross sked arrival 170203 Bates.pdf
170203 Gomez re Costamanga mtg 170203 Bates.pdf
170203 WO Blitch re Stockton Hill Famr tour w Blackpool 170203 Bates.pdf
170203 WO Smith CFO re Revolution VC pass 170203 Bates.pdf
170206 Multifunding Shepherd Whitestone Gubsky update email 170206 Bates.pdf
170206 Zaharis re Cowley Kodiak Produce temp cooler space 170206 Bates.pdf
170209 BReed re Stockton Hills tour 170209 Bates.pdf
170209 Broadway KJV re Saul and Barings availability 170209 Bates.pdf
170209 Reed xmits Stockton Hill Rd LOI draft 170209 Bates.pdf
170209 WO Status Rpt Stockton Hill Update 170209 Bates.pdf
170210 Blackpool Stockton Hill tpour fup 170210 Bates.pdf
170210 BReed refs VP Grow candidate 170210 Bates.pdf
170210 Multifunding re Utica eqpt leasing 170210 Bates.pdf
170211 Arpaio on Buckeye Greenhouses 170211 Bates.pdf
170211 Arpaio on Freedom Farms reconnect 170211 Bates.pdf
170212 Broadway KJV re Stockton Hill Loans 170212 Bates.pdf
170213 Blackpool Stockton Hill dataroom access 170213 Bates.pdf
170213 Broadway KJV re well drill sub Stockton Hill Loans 170213 Bates.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

170214 Blackpool Stockton Hill offer status 170214 Bates.pdf
170214 Broadway KJV xmit NDA dataroom access 170214 Bates.pdf
170215 Blackpool Saul Barings Stockton Hill LOI 170215 Bates.pdf
170215 Saul Barings Stockton Hill WO LOI RLV 170215 Bates.pdf
170215 Saul Stockton Hill WinnettOrganics LOI RLV 170215 Bates.pdf
170216 Arpaio re phone appt avail 170216 Bates.pdf
170216 WMT McCormick Bentonville Mtg Attendees 170216 Bates.pdf
170216 WMT McCormick Bentonville Mtg Invite 170216 Bates.pdf
170216 WMT McCormick Bentonville Mtg Location 170216 Bates.pdf
170217 Blackpool Stockton Hills Farm Tour Final Logistics 170217 Bates.pdf
170217 Saul re Stockton Hill Farms Structure 170217 Bates.pdf
170218 Saul Barings revise Stockton Hill WO LOI RLV 170218 Bates.pdf
170220 Saul Barings re LOI rev plans 170220 Bates.pdf
170221 Blackpool re Stockton Hill Saul Barings LOI response 170221 Bates.pdf
170222 Multifunding re broker fee on Utica eqpt leasing 170222 Bates.pdf
170222 Multifunding re Utica eqpt lease LOI 170222 Bates.pdf
170222 WMT McCormick Bentonville mtg fup 170222 Bates.pdf
170222 WMT McCormick re post Bentonville Mtg Rev 170222 Bates.pdf
170223 WO Status Rpt incl WMT status 170223 Bates.pdf
170224 Saul Barings status on Blackpool financing 170224 Bates.pdf
170225 Blackpool re delay 170225 Bates.pdf
170227 BA Bestwick Cardone update 170227 Bates.pdf
170227 Blackpool xmit detail financial info 170227 Bates.pdf
170227 DD Callahan update Blackpool 170227 Bates.pdf
170228 Blackpool re investment to date 170228 Bates.pdf
170228 RAM litigation threat 170228 Bates.pdf
170301 Blackpool to fund fup 170301 Bates.pdf
170301 Broadway  KJV escrow and psa to be drafted  170301 Bates.pdf
170301 Lux 1 of many credit card decline 170301 Bates.pdf
170301 Saul Barings moving ahead Blackpool financing 170301 Bates.pdf
170301 Sullivan Marvel re Black Rock Gerlach 170301 Bates.pdf
170301 Sullivan re Black Rock Marvel 26 Ranch reappears 170301 Bates.pdf
170301 WO Team re Blackppol to fund 170301 Bates.pdf
170303 Arpaio on investor closing and startup 170303 Bates.pdf
170303 Arpaio re land avail and deadlines 170303 Bates.pdf
170303 Blackpool re Saul Barings Deadline Stockton Hill 170303 Bates.pdf
170303 Blackpool stringout 60MM financing 170303 Bates.pdf
170303 Marvel re Black Rock Famrs deal 170303 Bates.pdf
170303 Oxbo Eqpt PO 1004_from_Winnett_Perico_Inc 170303 Bates.pdf
170303 Oxbo Eqpt WP PO 170303 Bates.pdf
170303 Saul Barings re sked pressure on fin 170303 Bates.pdf
170303 Sullivan re Marvel Black Rock retainer review 170303 Bates.pdf
170303 Sullivan re pea harvester lease 170303 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

170304 Reed re Black Rock visit 170304 Bates.pdf
170305 Reed to Gomez on Bacak Rock Farm Maps Gerlach 170305 Bates.pdf
170306 Oxbo Smith PO for 170306 Bates.pdf
170307 Blackpool Cmte Mtg 170307 Bates.pdf
170307 Blackpool re possible loss Stockton Hill Farm 170307 Bates.pdf
170307 Recruiter Connections Plus DeLeon on Waseman fees 170307 Bates.pdf
170308 Blackpool more questions string out 170308 Bates.pdf
170308 Blackpool stringout 60MM financing 170308 Bates.pdf
170308 Bpool recvs CFO Smith resume during IC mtg 170308 Bates.pdf
170308 DelMorgan re DD engagement 170308 Bates.pdf
170308 Paul Smith Resume 170308 Bates.pdf
170309 Arpaio 170309 Bates.pdf
170309 Arpaio VP Grow comments 170309 Bates.pdf
170309 MultiFunding Shepherd Blackpool progress delay 170309 Bates.pdf
170309 Sure Fresh re bean processing 170309 Bates.pdf
170309 WO Team re Blackpool no reply stringout 170309 Bates.pdf
170310 Blackpool re DB personal bkgrnd 170310 Bates.pdf
170310 Blackpool re former counsel Seattle 170310 Bates.pdf
170310 Blackpool to request firm commit on 60MM 170310 Bates.pdf
170310 Multifunding re Moore defame Whitestone Lex Gubsky 170310 Bates.pdf
170310 Waseman re Stockton Hill Farm 170310 Bates.pdf
170310 WO Team re Blackpool deadline miss 170310 Bates.pdf
170311 Multifunding Moore defame Whitestone Lex Gubsky 170311 Bates.pdf
170311 Reed on Jiim Rhodes ppty 170311 Bates.pdf
170313 Reed on Rhodes Peacock Highlands 170313 Bates.pdf
170314 Kofi on Ghana Akoto contact via Yahoo Messenger 170314 Bates.pdf
170315 Akoto re Blackpool then DD 170315 Bates.pdf
170315 Petersen re backup financing plans 170315 Bates.pdf
170315 Reed Gerlach assessment 170315 Bates.pdf
170315 Smith Active Air Freight LLC USbank wire 1000 170315 Bates.pdf
170315 Smith adds 1000 170315 Bates.pdf
170316 Arpaio as land rep announcement 170316 Bates.pdf
170316 Swisslog developer search 170316 Bates.pdf
170318 Blair Faked Loan 170318 Bates.pdf
170320 Reed Gerlach  Plan B  Memo UTAH 170320 Bates.pdf
170320 Reed re Gerlach Assessment 170320 Bates.pdf
170320 WO Status Report DD retainer need 170320 Bates.pdf
170322 Smith re backup plan 170322 Bates.pdf
170322 Smith re Shefford Active Air Frt LLC 170322 Bates.pdf
170323 BA Bestwick Cardone on Balckpool fail new search DD170323 Bates.pdf
170323 MultiFunding re Blackpool fail DD retainer needed 170323 Bates.pdf
170323 Smith re collateral support for loan 170323 Bates.pdf
170324 BA Bestwick Cardone Cardone on Blackpool Shefford 170324 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

170324 DelMorgan re alt retainer arrangement 170324 Bates.pdf
170324 DelMorgan revised docs170324 Bates.pdf
170327 DelMorgan re alt firm retainer avail 170327 Bates.pdf
170328 Case Champoin rep re funding options 170328 Bates.pdf
170328 Case intro Dickens PVG Global re financing 170328 Bates.pdf
170328 Correlation VC are followon investors170328 Bates.pdf
170328 DD Callahan continue working 170328 Bates.pdf
170328 WMT McCormick nonreply fup 170328 Bates.pdf
170331 Full Circle Compost Cody Witt Invoice 170331 Bates.pdf
170331 Oppy Vancouver BC broker re financing rqmts 170331 Bates.pdf
170331 Swisslog referral developer 170331 Bates.pdf
170401 RAM demand notice 170401 Bates.pdf
170401 RAM final demand 170401 Bates.pdf
170401 Sullivan re RAM demand notice 170401 Bates.pdf
170402 Swisslog ref Developer on PPDC costs 170402 Bates.pdf
170403 Interstate Commerce WMT KR emails 170403 Bates.pdf
170403 WMT Baldwin re decision next week 170403 Bates.pdf
170403 WMT McCormick re mktg plans 170403 Bates.pdf
170403 WO also Cardone on Status WMT others 170403 Bates.pdf
170404 DelMorgan nogo on alt fee provider 170404 Bates.pdf
170404 Holistic Impact intro 170404 Bates.pdf
170404 WO Team WMT dead Alb on track others 170404 Bates.pdf
170405 Swisslog Dev Chain Berger 170405 Bates.pdf
170406 RAM on final demand from Sullivan 170406 Bates.pdf
170410 DD update to outside bridge potential investor 170410 Bates.pdf
170410 New World FL 170410 Bates.pdf
170412 WMT McCormick on price drop 170412 Bates.pdf
170415 Holistic Impact fup 170415 Bates.pdf
170417 DD revised Bus Plan adds cattle 170417 Bates.pdf
170418 Blair bogus lender 170418 Bates.pdf
170419 Blair 17mm fin proposal 170419 Bates.pdf
170419 Blair bogus lender 170419 Bates.pdf
170419 Skaar Sanders Swan 170419 Bates.pdf
170419 Tarazewich TX loan 2500 demand 170419 Bates.pdf
170420 Blair bogus lender 170420 Bates.pdf
170420 Petersen stock for cash infusion 170420 Bates.pdf
170425 Energy Bank Ghana Kabah xfr bank info 170425 Bates.pdf
170425 Kabah Energy Bank Ghana 180K 170425 Bates.pdf
170425 WMT McCormick buyer contacts 170425 Bates.pdf
170426 Kabah Energy Bank Ghana 180K 170426 Bates.pdf
170426 Kabah Energy Bank Ghana Govt Doc Forged 180K 170426 Bates.pdf
170426 Kroger cust ltr request 170426 Bates.pdf
170427 Kabah Energy Bank Ghana 180K 170427 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

170427 Smith re prior lost orders and funding level 170427 Bates.pdf
170428 Kabah re Energy Bank xfr 170428 Bates.pdf
170428 New World FL 170428 Bates.pdf
170429 Raboag Pitcher re Skaar review 170429 Bates.pdf
170429 Skaar Winnett Cattle Company LOI Skaar 170429 Bates.pdf
170502 Kabah Energy Bank Ghana 180K 170502 Bates.pdf
170503 DD re Rabo ID Skaar 170503 Bates.pdf
170503 Holistic Impact fup on prospectus distn 170503 Bates.pdf
170504 Smith re investor lead development 170504 Bates.pdf
170504 WO Status Skaar 170504 Bates.pdf
170506 Smith re trip 170506 Bates.pdf
170507 WP Executive Summary Bus Plan 170507 Bates.pdf
170509 Conterra IA brdige loan term sheet Skaar 170509 Bates.pdf
170509 DD Skaar Site Plan Barns Winnet  Site Opt 8 170509 Bates.pdf
170510 Arlon Weiner reprise 170510 Bates.pdf
170510 Smith worried 170510 Bates.pdf
170511 Summit Partners on Skaar 170511 Bates.pdf
170512 DD Transom re Skaar 170512 Bates.pdf
170512 Skaar Pitch Deck 170512 Bates.pdf
170512 Skaar Sales Brochure 170512 Bates.pdf
170513 DD on Skaar fert option 170513 Bates.pdf
170515 AGI 1 NYC Investor hit Axial 170515 Bates.pdf
170515 Isaac Capital Grp NYC investor interest 170515 Bates.pdf
170515 Swisslog re ASRS investment 170515 Bates.pdf
170515 WO Status Report Skaar Investor Interest 170515 Bates.pdf
170516 Alberts Organics Argiros and Pres phone mtg 170516 Bates.pdf
170516 Alberts Organics as Customer 170516 Bates.pdf
170516 BA Bestwick Cardone Fake Food Symposium 170516 Bates.pdf
170516 IntegratedAg initial web hit Prader 170516 Bates.pdf
170516 Petersen adds 2500 170516 Bates.pdf
170516 Petersen re investor options 170516 Bates.pdf
170517 AGI 1 Lee Mtg Set 170517 Bates.pdf
170517 Alberts Organics as Customer 170517 Bates.pdf
170517 Centerboard Grp as Investor 170517 Bates.pdf
170519 Petersen stock cert 170519 Bates.pdf
170523 DD Skaar Barns Detail Site Opt 8 170523 Bates.pdf
170523 JBS Williams Organic Beef 170523 Bates.pdf
170523 Skaar JBS Williams on Organic Beef 170523 Bates.pdf
170523 Skaar Teton River Ranch Broker ref Rumsfeld ref 170523 Bates.pdf
170526 Arpaio Prader Integrted Ag re Hyder Farms 170526 Bates.pdf
170526 Blitch re contract fertilizer packaging 170526 Bates.pdf
170526 Centerboard Grp as Finder DD 170526 Bates.pdf
170526 Centerboard PE intro 170526 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

170526 DD Fleming on DD Finl Model 170526 Bates.pdf
170530 Arlon Webel DD Callahan phone call set 170530 Bates.pdf
170530 Arlon Webel from Weiner 170530 Bates.pdf
170530 JBS on Natural Cattle Production Projection 170530 Bates.pdf
170530 Royal Chem re organic liq fert 170530 Bates.pdf
170530 Skaar Barns 170530 Bates.pdf
170530 Skaar Steam Flake Plant Cost Est Gearn170530 Bates.pdf
170531 DD Callahan re PE dilutive 170531 Bates.pdf
170531 DD on Skaar Organic Fertilizer Mkt Size 170531 Bates.pdf
170531 DD on Skaar Organic Fertilizer Plant Ops 170531 Bates.pdf
170531 Digested Organics WO Proposal 1 page DD 170531 Bates.pdf
170531 Raboag Wilson TX 170531 Bates.pdf
170531 Smith avail escrow funds 170531 Bates.pdf
170601 DD on Skaar Organic Fertilizer Plant Concept Plan 170601 Bates.pdf
170601 Digested Organic 1 pager 170601 Bates.pdf
170602 Sullivan re prospective escrow lenders 170602 Bates.pdf
170603 Smith escrow lender fail 170603 Bates.pdf
170604 DD Skaar Royal Chem CAS numbers Contract Fert Pkg 170604 Bates.pdf
170605 DD Skaar Site Plan 170605 Bates.pdf
170605 DD Skaar Site Plan Ammonia Recovery Manure 170605 Bates.pdf
170607 DD Skaar Organic Fertilizer Effectiveness 170607 Bates.pdf
170607 DD Skaar Organic Fertilizer Pricing 170607 Bates.pdf
170607 DD Skaar PE Investor Bid email 170607 Bates.pdf
170607 DD Skaar PE Investor Bid form 170607 Bates.pdf
170608 DD re Centerboard Housing Solution WO 170608 Bates.pdf
170608 DD WCC teaser draft 170608 Bates.pdf
170608 Sullivan re CFO Smith termination 170608 Bates.pdf
170609 BA Bestwick Cardone Fake Food Symposium 170609 Bates.pdf
170609 DD Skaar Organic Fertilizer Production Cost 170609 Bates.pdf
170609 Digested Organic on processing cost per gallon 170609 Bates.pdf
170612 DD Callahan re funding sked 170612 Bates.pdf
170612 WO Team Smith CFO Termination Notice 170612 Bates.pdf
170613 Sullian re FATCO re title for Skaar 170613 Bates.pdf
170613 WO Team Smith CFO Termination 170613 Bates.pdf
170614 DD Skaar Organic Fertilizer Advantages 170614 Bates.pdf
170614 DD WCC Pitch Deck Skaar etal 170614 Bates.pdf
170615 Recruiter Connections Agricareers 170615 Bates.pdf
170615 WO Team on DD Funding Skaar Acq Date 170615 Bates.pdf
170616 DD Callahan on DeSai 170616 Bates.pdf
170616 DD Skaar Biiding Process to Sanders 170616 Bates.pdf
170619 Alberts Organics as Customer 170619 Bates.pdf
170619 DD Callahan on Axial lead Chatham 170619 Bates.pdf
170619 DD Skaar Site Plan Mods 170619 Bates.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

170622 DD NGEN fake NYC investor 170622 Bates.pdf
170622 DD NYC Van Brakel 170622 Bates.pdf
170626 SPAC Early Bird 170626 Bates.pdf
170627 SPAC Chardan 170627 Bates.pdf
170628 DD Callahan re AGIS NDA cmu not credible 170628 Bates.pdf
170628 DD Skaaar AgIS Boston 170628 Bates.pdf
170628 DD Skaar Advantage NDA 170628 Bates.pdf
170628 DD Skaar AgIS Boston 170628 Bates.pdf
170628 Equilibrium Capital cold email on online article 170628 Bates.pdf
170628 PDX Investor cold email on online article 170628 Bates.pdf
170629 SPAC Chardan ref Loeb Nussbaum 170629 Bates.pdf
170629 SPAC Nussbaum Loeb atty 170629 Bates.pdf
170630 Costco initial review 170630 Bates.pdf
170630 Recruiter Connections Glandt 170630 Bates.pdf
170703 WMT China Beef ref from McCormick 170703 Bates.pdf
170703 WMT connects China on beef 170703 Bates.pdf
170704 WMT China Zheng initial contact 170704 Bates.pdf
170706 Equilibrium Capital referral to Haladay 170706 Bates.pdf
170706 PDX ref to Haladay 170706 Bates.pdf
170706 WO Status Report Skaar nothing from Alberts 170706 Bates.pdf
170707 Alberts Reorg replace Pres 170707 Bates.pdf
170707 Arpaio on status inquiry 170707 Bates.pdf
170707 WMT China Zheng merch support 170707 Bates.pdf
170708 WMT China Zheng ROM pricing 170708 Bates.pdf
170710 Hansen AgriPlacment Glandt refers Nickless 170710 Bates.pdf
170711 SPAC Nussbaum Loeb appt reset to 170711 Bates.pdf
170712 Smith complains 170712 Bates.pdf
170712 SPAC Chardan mtg fup 170712 Bates.pdf
170712 SPAC EB mtg fup 170712 Bates.pdf
170713 WO Status Report re DD potential investors 170713 Bates.pdf
170718 WMT China beef Higaki intro 170718 Bates.pdf
170719 Smith referred investor 170719 Bates.pdf
170719 True Fert re org fert samples 170719 Bates.pdf
170721 Royal Chemical email price quote 170721 Bates.pdf
170723 Royal Chemical drop on True misinformation 170723 Bates.pdf
170724 Arpaio 170724 Bates.pdf
170724 Arpaio on land and mkt conditions 170724 Bates.pdf
170726 DD Callahan re Skaaar visit sked 170726 Bates.pdf
170726 Madison St outreach 170726 Bates.pdf
170727 BDO SLC initial contact 170727 Bates.pdf
170727 Madison St Ibanker Madison St Capital initial hit 170727 Bates.pdf
170727 WO Status Report Skaar deal progress LOI 170727 Bates.pdf
170728 DD on HIG Capital Miami 170728 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

170728 DD Skaar site visit Sander 170728 Bates.pdf
170731 Skaar Jeffereon Cty ID on Skaar Expansion  170731 Bates.pdf
170731 Skaar Poulsen CPA appt 170731 Bates.pdf
170802 Belli on organic mkt conditions 170802 Bates.pdf
170803 Nickless initial hits re 170803 Bates.pdf
170803 Nickless initial hits re Skaar 170803 Bates.pdf
170804 DD JJU - Winnett Cattle Target Tracker_8_4_17 170804 Bates.pdf
170804 DD Skaar BDO Auditor SLC Gordon 170804 Bates.pdf
170804 Saul to Fiera Comox 170804 Bates.pdf
170807 Armonia Van Brakel re poss SLC mtg 170807 Bates.pdf
170807 BDO SLC to DD NYC connection 170807 Bates.pdf
170807 DD Skaar BDO Auditor SLC Gordon 170807 Bates.pdf
170808 DD NYC Callahan connects to BDO SLC 170808 Bates.pdf
170809 DD Skaar Callahan Update 170809 Bates.pdf
170809 Skaar WF Id Falls Kay Burke and Sanders 170809 Bates.pdf
170810 Armonia Van Brakel 170810 Bates.pdf
170810 DD LaBelle Teton County 240 Tour Pass 170810 Bates.pdf
170810 Skaar ID Dept of Ag rqmts 170810 Bates.pdf
170811 DD Skaar Cost per pound gain 170811 Bates.pdf
170811 DD Skaar LOI xmit 170811 Bates.pdf
170811 Smith re WMT 170811 Bates.pdf
170811 WMT China beef Higaki pricing 170811 Bates.pdf
170811 WMT China Higaki price quote 170811 Bates.pdf
170817 Arpaio 170817 Bates.pdf
170817 Skaar outreach - US Bank reply delay arrange cutout 170817 Bates.pdf
170817 Skaar Sander re US Bank established relationship 170817 Bates.pdf
170818 JBS re natural program for customer 170818 Bates.pdf
170818 JBS WMT is customer for JBS program inquiry 170818 Bates.pdf
170818 Nickless on status 170818 Bates.pdf
170820  National Livestock cattle financing 170820 Bates.pdf
170821 DD Skaar LOI signing 170821 Bates.pdf
170821 DD Skaar past contacts 170821 Bates.pdf
170821 Key NYC ibanker reconnect 170821 Bates.pdf
170821 WMT China Hgiaki Quotes Specs 170821 Bates.pdf
170821 WMT China Higaki adding WO factory id 170821 Bates.pdf
170821 WMT China Higaki request factory number add 170821 Bates.pdf
170822 Armonia NYC Van Brakel on grass fed other options 170822 Bates.pdf
170822 Auctus on Skaar DD 170822 Bates.pdf
170822 DD Skaar Teton River Farm Feeney email 170822 Bates.pdf
170822 DelMorgan on DD Callahan telcon 170822 Bates.pdf
170822 Rabo on organic fruits and veg mkt outllok 170822 Bates.pdf
170822 Skaar Teton River Ranch Broker Feeney 170822 Bates.pdf
170822 WMT China Higaki quote fup 170822 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

170823 Big Path ping MA D Patrick Bain 170823 Bates.pdf
170824 King Trade Capital re WMT order thru JBS 170824 Bates.pdf
170825 Tradekey intro 170825 Bates.pdf
170826 Arlon Danl Weiner 170826 Bates.pdf
170828 DD Skaar rcv Alt Offer 170828 Bates.pdf
170828 Skaar AGR interest initial hit 170828 Bates.pdf
170829 Skaar Kritser Ranch Creek WA initial hit 170829 Bates.pdf
170905 DD Skaar Teaser 170905 Bates.pdf
170905 Skaar ClearLight initial hit 170905 Bates.pdf
170906 DD Callahan re no progress 170906 Bates.pdf
170906 Skaar Harris Williams re AGR 170906 Bates.pdf
170907 DD Skaar Kritser 170907 Bates.pdf
170907 DD Skaar Kritser to WO team 170907 Bates.pdf
170907 Skaar Sanders on strong interest Kritser Ranch Creek 170907 Bates.pdf
170913 DD Skaar Sanders tours Frank Maughan BDO 170913 Bates.pdf
170913 Petersen FL agent on funds xfr 170913 Bates.pdf
170914 Petersen FL agent stock cert 170914 Bates.pdf
170914 Smith on 7500 loan and cattle rotation 170914 Bates.pdf
170914 Smith re 7500 loan and cattle rotation 170914 Bates.pdf
170915 DD Skaar Sanders on Kritser alt structure 170915 Bates.pdf
170915 Skaar WF Id Falls Luke on sub debt 170915 Bates.pdf
170919 DD Skaar Kritser re adjusted LOI 170919 Bates.pdf
170920 DD Callahan on failure to date and breach 170920 Bates.pdf
170921 DD Skaar Kritser 170921 Bates.pdf
170921 DD Skaar Sander re Kritser 170921 Bates.pdf
170921 WMT China WO Status Report WMT China Beef 680 ton order 170921
Bates.pdf
170924 WMT Chna Higaki re WMT contract 170924 Bates.pdf
170925 Skaar Teton River Ranch Broker sale fail price drop Feeney 170925
Bates.pdf
170926 Armonia NYC vanBrakel MacGill mtg 170926 Bates.pdf
170926 JLL Sayre AZ check in 170926 Bates.pdf
170926 Sayre AZ check in 170926 Bates.pdf
170926 Waseman re WMT China logistics and fulfillment process 170926 Bates.pdf
170926 WMT China Higaki re process steps 170926 Bates.pdf
170926 WMT China Preferred Freezer initial hit 170926 Bates.pdf
170928 Liquid Capital AZ Gottesman initial hit 170928 Bates.pdf
170929 DD Skaar Sanders on revised structure 170929 Bates.pdf
170929 Saul JV Structure incl Teton Valley Farm 170929 Bates.pdf
170929 Saul re Skaar Purchase Leaseback 170929 Bates.pdf
170929 Skaar Teton River Ranch Broker Feeney connects RL Holdings 170929
Bates.pdf
170929 WMT China Americold initial hit 170929 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

171002 DD Skaar Kritser 171002 Bates.pdf
171002 JBS Stevens re WMT China natural cattle processing Hyrum 171002
Bates.pdf
171002 Skaar Teton River Ranch Broker Halgerson 171002 Bates.pdf
171002 WMT China Cargill contact punt 171002 Bates.pdf
171004 DD Skaar Kritser string out 171004 Bates.pdf
171005 WO Status Report 171005 Bates.pdf
171010 WMT China Higaki Executed WMT Contract 171010 Bates.pdf
171011 Banco Advisors ref from Gottesman 171011 Bates.pdf
171012 Liquid Capital AZ Gottesman on underwriting info request 171012
Bates.pdf
171012 Liquid Capital AZ Gottesman signed app171012 Bates.pdf
171012 WMT China Update WO Team 171012 Bates.pdf
171013 DD Skaar Sanders Update 171013 Bates.pdf
171013 Liquid Capital AZ Gottesman underwriting info complete 171013 Bates.pdf
171016 Armonia Mtg Delay 171016 Bates.pdf
171016 Petersen re WMT China 171016 Bates.pdf
171017 Liquid Capital AZ Gottesman email DLC sample 171017 Bates.pdf
171019 Personal Recruiter Connections Weis 171019 Bates.pdf
171021 Akoto Laura re $2K to Mr Prince from Porter Patten $3K 171021 Bates.pdf
171021 Armonia NYC mtg 171107 invite 171021 Bates.pdf
171021 Banco Advisors Nov 1 mtg w Nicholas 171021 Bates.pdf
171022 DD Skaar Sanders re Kritser Friona Ind ExCEO call 171022 Bates.pdf
171023 WMT China Higaki China visit and update 171023 Bates.pdf
171023 WMT China Higaki re contract signature rqmt 171023 Bates.pdf
171024 Banco Advisors 171101 mtg Blitch re pitch 171024 Bates.pdf
171024 DD Skaar WMT China ND Rep Sr Legislator Banco Advisors 171024
Bates.pdf
171024 Liquid Capital AZ Gottesman 171101 mtg request 171024 Bates.pdf
171024 Petersen extends 171024 Bates.pdf
171025 Akoto Hints of money laundering entrap scam 171025 Bates.pdf
171026 WMT China Higaki re JBS Specs 171026 Bates.pdf
171027 Akoto Ramsey Fixup Expenses 171027 Bates.pdf
171030 Skaar Kritser WA advisor John Herring Friona Ind 171030 Bates.pdf
171101 WO Status Report Banco Advisors busted mtg 171101 Bates.pdf
171102 Banco Advisors 171101 busted mtg fup Nickless 171102 Bates.pdf
171102 WO team Blitch connects Alltech to Nickless 171102 Bates.pdf
171106 Smith update WMT ND investor 171106 Bates.pdf
171107 Digested Organic liq fert offering 171107 Bates.pdf
171108 Axial NYC re Investor Referrals 171108 Bates.pdf
171108 JBS Hyrum Rawlings 171108 Bates.pdf
171110 DD Skaar Kritser dragout decline to WO team 171110 Bates.pdf
171112 DD Skaar Revised Buyout 171112 Bates.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

171113 Axial re Paine Schwartz 171113 Bates.pdf
171114 Altahawi Auditors popup 171114 Bates.pdf
171114 Banco Advisors Blitch Vindiola Waseman invite 171114 Bates.pdf
171114 DD Termination Notice 171114 Bates.pdf
171115 DD Callahan Disappears 171115 Bates.pdf
171116 Axial NYC Fractal Intro 171116 Bates.pdf
171116 Digested Organic liq fert offering referrals 171116 Bates.pdf
171116 Paine Schwartz contact 171116 Bates.pdf
171116 WO Status Report re Banco ND Investors Skaar WMT 171116 Bates.pdf
171117 DD Callahan acks Termiantion 171117 Bates.pdf
171117 Fractal re initial contact 171117 Bates.pdf
171118 WO Status Report new investors Banco ND pass 171118 Bates.pdf
171128 DD Skaar Sanders revised LOI 171128 Bates.pdf
171129 Axial NYC Fractal stall 171129 Bates.pdf
171130 BA Bestwick Cardone alt ibanker intro 171130 Bates.pdf
171130 BA Bestwick Cardone re Skaar alt ibankers intro offer 171130 Bates.pdf
171130 Banco Advisors re other intl investors 171130 Bates.pdf
171204 Armonia Van Brakel on Rabo referral 171204 Bates.pdf
171204 Armonia Van Brakel Rabo referral 171204 Bates.pdf
171204 Axial NYC Fractal stall 171204 Bates.pdf
171205 Personal Recruiter Connections Pages 171205 Bates.pdf
171206 Axial NYC Fractal drag out 171206 Bates.pdf
171206 Banco Advisors China drag out 171206 Bates.pdf
171206 Fractal progress 171206 Bates.pdf
171208 Skaar deal dead Gerra 171208 Bates.pdf
171208 WMT China Higaki on revised order pricing 171208 Bates.pdf
171211 Fundable re fin after zero leads dev for WO 171211 Bates.pdf
171219 Sole Source cold email hit 171219 Bates.pdf
171220 WMT McCormick on China status 171220 Bates.pdf
171221 Fractal on status and nterest 171221 Bates.pdf
171222 Sole Source feedback 171222 Bates.pdf
171223 Summit on CO feedyard 171223 Bates.pdf
171226 Sole Source call 171226 Bates.pdf
171227 Sole Source NDA Double D feedyard 171227 Bates.pdf
171228 Gomez re Brereton has organic cattle in TX 171228 Bates.pdf
171229 Nickless sources a TX feedyard 171229 Bates.pdf
171231 Gearn Ibach on HEC feedyard 171231 Bates.pdf
180104 Gearn Ibach on state of HEC feedyard 180104 Bates.pdf
180104 WO Status Report re WMT China Sole Source 180104 Bates.pdf
180105 Sole Source Turner phenom news HEC etc 180105 Bates.pdf
180105 Sole Source TX feedyard options 180105 Bates.pdf
180108 Sole Source Turner mtg invite StRegis NYC 180108 Bates.pdf
180108 Sole Source Turner re NYC mtg 180108 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

180109 Sole Source mtg fup NYC 180109 Bates.pdf
180109 Sole Source mtg in NYC 180109 Bates.pdf
180109 Sole Source Turner at mtg StRegis 180109 Bates.pdf
180110 Sole Source mtg results to Nickless 180110 Bates.pdf
180110 WMT China re labeling 180110 Bates.pdf
180111 Sole Source 180111 Bates.pdf
180111 Summit connects NBH Ag bank 180111 Bates.pdf
180111 Turner on Feedyards and Deloitte Earnings review 180111 Bates.pdf
180112 Hillcrest PE IL interest 180112 Bates.pdf
180112 WMT China xmit manually signed contract copies 180112 Bates.pdf
180115 Hillcrest pass IL 180115 Bates.pdf
180115 WMT China order processing timeline 180115 Bates.pdf
180116 Nickless re HEC Friona eqpt 180116 Bates.pdf
180116 Nickless re HEC price drop 180116 Bates.pdf
180116 WMT China Higaki re sked 180116 Bates.pdf
180116 WMT China order timing Apr 180116 Bates.pdf
180117 Belli on progress lack of 180117 Bates.pdf
180117 Fractal intro Black Lake Chad Scripps 180117 Bates.pdf
180117 Nickless re HEC LOI 180117 Bates.pdf
180118 Gearn Ibach Nickless re HEC design reconfig 180118 Bates.pdf
180118 HEC feedyard email contract 180118 Bates.pdf
180118 Sullivan TX HEC feedyard contract 180118 Bates.pdf
180118 WO Status on WCC feedyerds TX 180118 Bates.pdf
180119 Gearn Ibach HEC design discusssion 180119 Bates.pdf
180119 HEC feedyard NBH cattle loan 180119 Bates.pdf
180119 HEC Feedyard NBH re loans 180119 Bates.pdf
180119 HEC water lease contact 180119 Bates.pdf
180119 Sole Source update TX 180119 Bates.pdf
180120 Bretz Hutchins on HEC E6 Double D feedyards 180120 Bates.pdf
180120 HEC Bretz re Double D issues 180120 Bates.pdf
180121 Sole Source 180121 Bates.pdf
180121 Turner re TX feedyards status 180121 Bates.pdf
180122 Sole Source Check by outsider 180122 Bates.pdf
180122 WMT China Higaki re factory flow charts trial shipment 180122 Bates.pdf
180123 HEC Rio Bravo agrres to share fin data 3yr 180123 Bates.pdf
180123 OWB Brandt intro to Summers 180123 Bates.pdf
180123 Sole Source re WMT China added opptntys 180123 Bates.pdf
180123 WMT China Higaki orig signed contracts sent 180123 Bates.pdf
180124 HEC contract redraft fm Sullivan 180124 Bates.pdf
180124 Skaar Sanders on alt buyer LOI 180124 Bates.pdf
180125 Sole Source on string out 180125 Bates.pdf
180126 Gearn Ibach re halt work as HEC gone 180126 Bates.pdf
180126 Sole Source hold cmu to Gearn 180126 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

180130 Oppliger via Abacherli 180130 Bates.pdf
180131 WMT China CA OWB Packers delay 180131 Bates.pdf
180201 WMT China Higaki intro of SCS process 180201 Bates.pdf
180201 WMT China Higaki re OWB approval 180201 Bates.pdf
180201 WMT China Higaki SCS 180201 Bates.pdf
180202 Uddermatic Martin re Uddermatic 180202 Bates.pdf
180202 WMT China Hgiaki re Cargill Tyson on China 180202 Bates.pdf
180202 WMT China Higki re OWB SCS audit 180202 Bates.pdf
180205 Tyson re China mkt 180205 Bates.pdf
180206 Lux DB advances rent Indian School Rd 180206 Bates.pdf
180206 Personal Recruiter Connections Nithin 180206 Bates.pdf
180206 Uddermatic cutout 180206 Bates.pdf
180206 WMT China OWB stringout 180206 Bates.pdf
180207 Arpaio Prader IntegratedAG AZ hangs in 180207 Bates.pdf
180207 WMT China OWB stringout 180207 Bates.pdf
180208 Bretz re E6 proof of funds conflict w investor 180208 Bates.pdf
180209 Oppliger Abacherli  drops out 180209 Bates.pdf
180212 HEC returns to mkt per Nickless 180212 Bates.pdf
180213 Nickless on Rio Bravo fake finls 180213 Bates.pdf
180213 Resorce Land Holdings CO reconnect 180213 Bates.pdf
180214 WMT China OWB stringout 180214 Bates.pdf
180215 Summit re distressed deal E-6 feedyard 180215 Bates.pdf
180216 Black Lake Capital ref Fractal perhaps 180216 Bates.pdf
180217 Uddermatic feeding rates 180217 Bates.pdf
180218 HEC and E6 Blitch re workflow 180218 Bates.pdf
180219 HEC E6 calf barns quote 180219 Bates.pdf
180221 HEC E6 calf barn eqpt 180221 Bates.pdf
180222 HEC E6 calf milk pasteurizing plant 180222 Bates.pdf
180222 HEC E6 note sale to Summit 180222 Bates.pdf
180223 HEC E6 Calf hutch housing option 180223 Bates.pdf
180223 Sullivan review of E6 docs okay 180223 Bates.pdf
180223 Summit on E6 distress sale 180223 Bates.pdf
180223 WMT China OWB stall 180223 Bates.pdf
180223 WMT China OWB stall continues 180223 Bates.pdf
180227 Black Lake Capital re capital rqmts 180227 Bates.pdf
180227 WMT China SamsClub China dragin 180227 Bates.pdf
180228 EMN Europe Sales Network 180228 Bates.pdf
180228 HEC E6 Calf barn floors 180228 Bates.pdf
180228 Oppliger Abacherli  ref to McDowel 180228 Bates.pdf
180228 Sole Source repeat decline 180228 Bates.pdf
180228 Summit own capital must have 180228 Bates.pdf
180228 WMT China Higaki email sig page xmit 180228 Bates.pdf
180228 WMT China LiqCap AZ update 180228 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

180301 EMN Euro unapproved 180301 Bates.pdf
180301 Lux AZ re rent Indian School Rd 180301 Bates.pdf
180301 Mercaimpex ES initial hit180301 Bates.pdf
180301 Petersen re funding next steps WMT 180301 Bates.pdf
180301 Petersen re WMT China 180301 Bates.pdf
180301 Tradeimpex fup prior Insight Network domicile 180301 Bates.pdf
180301 Tradeimpex re Madrid air frieght 180301 Bates.pdf
180301 WMT China Petersen re signed contract evidence 180301 Bates.pdf
180301 WMT China re post OWB to JFO 180301 Bates.pdf
180302 Axial fake investor leads 180302 Bates.pdf
180302 Tradeimpex re Madrid air frieght differential 180302 Bates.pdf
180302 WMT China JFO inquiry 180302 Bates.pdf
180302 WMT China re retail link 180302 Bates.pdf
180302 WMT China status on China 180302 Bates.pdf
180304 LAST Email before blocked at 221130 180304 Bates.pdf
180817 DD Skaar WMT China procurement 180817 Bates.pdf
180904 Cresa Realty Advisors AZ Office Search 180904 Bates.pdf
181105 Personal Recruiter Connections Alcanzirin 181105 Bates.pdf
190910 Personal Recruiter Connections Harte 190910 Bates.pdf
200709 SBI first accesible email Canchola 200709 Bates.pdf
200710 Abdelsayed on market 200710 Bates.pdf
200710 Deeken re financing 200710 Bates.pdf
200710 Kumin Ind Contr TX 200710 Bates.pdf
200710 Kumin re China Supplier Search 200710 Bates.pdf
200716 Indeed re Galkin start 200716 Bates.pdf
200720 Dematic 200720 Bates.pdf
200720 Funding options Patriot Antonelli 200720 Bates.pdf
200720 Heuer MO on timing 200720 Bates.pdf
200721 Kumin re China chicken price diff 200721 Bates.pdf
200722 Artuso re plant design 200722 Bates.pdf
200722 CCW Artuso on plant design 200722 Bates.pdf
200722 Maggard TX re Abdelsayed 200722 Bates.pdf
200723 Kumin sales and fulfillment options 200723 Bates.pdf
200724 Abdelsayed re status 200724 Bates.pdf
200724 Kumin TX re third party supplier 200724 Bates.pdf
200724 Montminy Les Allan re investors 200724 Bates.pdf
200727 Canchola phone number change 200727 Bates.pdf
200728 Kumin re ABT FL sales contract 200728 Bates.pdf
200728 Kumin re ABT pork 200728 Bates.pdf
200730 Abdelsayed Painter re loan gty 200730 Bates.pdf
200730 Flynn re additional capital 200730 Bates.pdf
200730 Painter TX earlier ref from WorldWide Fin 200730 Bates.pdf
200730 Painter TX on WCC collapse 200730 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

200730 RJ Capital Flynn re additional capital 200730 Bates.pdf
200731 ABT inquiry 200731 Bates.pdf
200731 Kumin Craft re rferaal agrmt 200731 Bates.pdf
200731 Kumin Craft referral agrmt 200629 sent 200731 Bates.pdf
200801 Kumin re ABT 200801 Bates.pdf
200802 Kumin ABT 200802 Bates.pdf
200803 Kumin ABT pork inquiry 200803 Bates.pdf
200803 Painter TX wants exclusivity also WWF cc on this email 200803 Bates.pdf
200804 Mijajlovic acctnt re billing 200804 Bates.pdf
200804 Sullivan re sales contract review 200804 Bates.pdf
200805 NJ EDC Inquiry 200805 Bates.pdf
200806 Dematic 200806 Bates.pdf
200806 Dematic2 200806 Bates.pdf
200807 CCW Artuso Case Ready Plant email to 3rd party 200807 Bates.pdf
200811 CCW Atruso re engrng recommendation 200811 Bates.pdf
200811 Nickless Ops re Galkin Procurement 200811 Bates.pdf
200811 Nickless Ops re Galkin Procurement contract 200811 Bates.pdf
200811 Painter re Abdelsayed gty 200811 Bates.pdf
200811 Painter re Ibdelsayed gty 200811 Bates.pdf
200811 RMC Lonergan re agent quals 200811 Bates.pdf
200812 RMC Lonergan Poon mtg 200812 Bates.pdf
200812 RMC Lonergan re contract 200812 Bates.pdf
200813 RMC Lonergan contract agreement 200813 Bates.pdf
200814 RMC Lonergan Poon collaboration agreed 200814 Bates.pdf
200817 Maggard TX re Abdelsayed start date 200817 Bates.pdf
200817 Natnl Livestock re fin MO organic cattle 200817 Bates.pdf
200819 Colliers re Dev prtnr IN plant 200819 Bates.pdf
200821 Abdelsayed on est start dates team 200821 Bates.pdf
200821 Abdelsayed re loan gty 200821 Bates.pdf
200821 PLM coop fin for beef 200821 Bates.pdf
200822 Abdelsayed signs loan form 200822 Bates.pdf
200822 Sullivan re Abdelsayed 2mm loan gty shares grant 200822 Bates.pdf
200824 Galkin NYCDir Procuremnt 200824 Bates.pdf
200825 Painter TX re loan fail income 200825 Bates.pdf
200826 Galkin is vehicle for procurement contacts dump 200826 Bates.pdf
200827 Koenigsfeld MO re insurance underwirting info 200827 Bates.pdf
200828 Indeed Company recruiter Indeed 200828 Bates.pdf
200828 Indeed re Kumin Galkin starts 200828 Bates.pdf
200830 RMC Lonergan re sales activity 200830 Bates.pdf
200831 Galkin fishing expedition and leave 200831 Bates.pdf
200831 Galkin Kumin on quote requests 200831 Bates.pdf
200831 Painter re Galkin telcon 200831 Bates.pdf
200831 RMC Lonergan re co-venture details 200831 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

200901 Artuso on plant progression 200901 Bates.pdf
200901 Caviness CS Cattle re finishing contrct potential 200901 Bates.pdf
200901 CCW Artuso on plant progression 200901 Bates.pdf
200902 DC International Daleuski re Kumin intro 200902 Bates.pdf
200902 DC Intl Intro Kumin Galkin 200902 Bates.pdf
200902 RMC Poon coventure orgzn options 200902 Bates.pdf
200903 RMC Lonergan 200903 Bates.pdf
200908 RMC Lonergan re pricing 200908 Bates.pdf
200911 Cho Trader 200911 Bates.pdf
200916 AGI pork heads 200916 Bates.pdf
200921 MO Contract Farmer Heuer 200921 Bates.pdf
200924 Galkin re termination after source strip via Indeed 200924 Bates.pdf
200930 Kumin re Thomas Referral Contract and NCNDA  200930 Bates.pdf
201008 ABT Pork 6 way China 201008 Bates.pdf
201008 ABT Pork 6 way China Referral Contract 201008 Bates.pdf
201008 ABT Pork 6 Way Referral 201008 Bates.pdf
201014 Craft sourcing agent and network on pork products 201014 Bates.pdf
201015 Kumin LOA announcement 201015 Bates.pdf
201015 Maggard TX status 201015 Bates.pdf
201022 Indeed recruiter re status 201022 Bates.pdf
201123 Abdelsayed 201123 Bates.pdf
201207 Kumin re China mkt dev 201207 Bates.pdf
201207 RMC Lonergan re China Mktg 201207 Bates.pdf
201207 RMC Lonergan re Poon mktg direct support 201207 Bates.pdf
201209 Feedex UAE Export Quotes ref from Phillips 201209 Bates.pdf
201214 DC Intl re export mkt dev 201214 Bates.pdf
201214 DC Intl re export pgm 201214 Bates.pdf
201214 OWB Summers Korea Angus pgm 201214 Bates.pdf
201221 DC International Daleuski re pricing 201221 Bates.pdf
201223 OWB Korea suspension reply 201223 Bates.pdf
201226 OWB Korea beef pgm 201226 Bates.pdf
201226 Sterling re further process beef 201226 Bates.pdf
201230 RMC China direct mktg pgm 201230 Bates.pdf
210104 Cho Trader re pricing 210104 Bates.pdf
210104 Waseman history disappeared new email acct needed 210104 Bates.pdf
210105 ABT FL Quote 210105 Bates.pdf
210114 CCW Artuso on plant Dematic study 210114 Bates.pdf
210115 Gross re Korea beef pgm finance 210115 Bates.pdf
210115 Kolleng JPMorgan prob cutout 210115 Bates.pdf
210115 Painter re Korea finance 210115 Bates.pdf
210115 Sirk re selling product 210115 Bates.pdf
210115 VC Legendary 210115 Bates.pdf
210115 Waseman Nickless re Korea sales pgm 210115 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

210116 JBS Rust re plant slaughter capacity 210116 Bates.pdf
210116 Nickless re Korea sales pgm 210116 Bates.pdf
210116 OWB Summers slaughter availability 210116 Bates.pdf
210118 ABT re Korea Angus pgm 210118 Bates.pdf
210118 DC Intl re Korea Angus pricing 210118 Bates.pdf
210118 Maggard re Korea Angus pgm etc 210118 Bates.pdf
210119 JBS Bradbury re slaughter pgm 210119 Bates.pdf
210119 Koenigsfeld MO re insurance 210119 Bates.pdf
210119 M Gross re Korea contract finanaicn g et al 210119 Bates.pdf
210120 Abdelsayed and Waseman Covid DB no vax appt Bergen 210120 Bates.pdf
210120 Kumin takes LOA 210120 Bates.pdf
210123 ABT FL Quote 210123 Bates.pdf
210123 Craft re bogus chicken part ref photos and doc set 210123 Bates.pdf
210123 Craft re bogus chicken part ref photos and doc set2 210123 Bates.pdf
210124 Sadia BR re quote request 210124 Bates.pdf
210125 BRF China re contact info for RMC China rep 210125 Bates.pdf
210125 Lonergan re BRF China 210125 Bates.pdf
210126 JBS chicken pork quote requests 210126 Bates.pdf
210126 RMC Poon re BRF contact inside China 210126 Bates.pdf
210127 BRF Brazil re pymt terms for new customers 210127 Bates.pdf
210127 BRF Quote Authentication Request 210127 Bates.pdf
210127 Craft re bogus supply network 210127 Bates.pdf
210128 Craft re bogus suppliers prev provided 210128 Bates.pdf
210128 RMC re BRF info request 210128 Bates.pdf
210130 Costco Huskey re China ofcs 210130 Bates.pdf
210130 RMC Lonergan re Costco WMT on China ofc 210130 Bates.pdf
210130 WMT China re local China ofcs 210130 Bates.pdf
210131 JPM Kolleng re China LC monetization 210131 Bates.pdf
210201 Tyson chicken re China no availability, alt pork contact 210201 Bates.pdf
210202 WMT China re China ofc and contact history 210202 Bates.pdf
210203 BR Packer Quote Request FOB Indonesia 210203 Bates.pdf
210203 DC Intl Beef Pricing Quote 210203 Bates.pdf
210203 RMC Poon on BRF China mtg results 210203 Bates.pdf
210204 WMT China Liao re China ofc details 210204 Bates.pdf
210207 Costco Huskey re China ofcs 210207 Bates.pdf
210208 SBI Status Report 210208 Bates.pdf
210216 LaBelle MJ hold add Big Sandy 210216 Bates.pdf
210217 Nickless re Big Sandy 210217 Bates.pdf
210218 LaBelle re Big Sandy cmsn split w Theo list agt 210218 Bates.pdf
210219 Abdelsayed re 26 Ranch 210219 Bates.pdf
210221 Maggard re 26 Ranch and Abdelsayed 210221 Bates.pdf
210222 LaBelle on Big Sandy Rejects First Offer 210222 Bates.pdf
210222 Maggard on Abdelsayed positive connect 210222 Bates.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

210222 WMT China on packaged cuts 210222 Bates.pdf
210224 Feedex Phillips update 210224 Bates.pdf
210224 LaBelle re contract for deed 210224 Bates.pdf
210225 RMC re China contract mod 210225 Bates.pdf
210225 Sullivan re RMC contract mod 26 Ranch sked 210225 Bates.pdf
210226 LaBelle on Big Sandy deal structure 210226 Bates.pdf
210226 Manning Beef CA quote request 210226 Bates.pdf
210226 RMC Lonergan on RMC sales strategy doc China 210226 Bates.pdf
210227 Craft re quote request 210227 Bates.pdf
210301 LaBelle re Big Sandy botton line from Theo 210301 Bates.pdf
210302 Abdelsayed re status 210302 Bates.pdf
210302 Maggard re Abdelsayed 210302 Bates.pdf
210302 Manning Beef CA quote request reply 210302 Bates.pdf
210304 AgAmerica Reiten Big Sandy loan re pers gty issues 210304 Bates.pdf
210304 LaBelle Big Sandy basic title info 210304 Bates.pdf
210304 Maggard re Abdelsayed to Egypt 210304 Bates.pdf
210305 LaBelle on Big Sandy Ranch Maggard gty 210305 Bates.pdf
210306 Maggard on loan docs PFS need 210306 Bates.pdf
210307 Maggard re gty and PFS 210307 Bates.pdf
210307 Nickless re Big Sandy Housing 210307 Bates.pdf
210307 RMC Lonergan re Berkshire pork 210307 Bates.pdf
210310 LaBelle re Big Sandy 210310 Bates.pdf
210310 LaBelle re New Mexico comp AU pricing 210310 Bates.pdf
210311 RMC Lonergan re Berkshire cuts cherry picking 210311 Bates.pdf
210311 RMC Lonergan re China sales progress 210311 Bates.pdf
210312 Feeedex re their catalog our volumes 210312 Bates.pdf
210312 Renfrew CA Ashurst Ranch into escrow 210312 Bates.pdf
210312 RMC Lonergan Berkshire Trial Order Pricing 210312 Bates.pdf
210312 RMC Lonergan re Berkshire volumes 210312 Bates.pdf
210312 WMT China docs needed 210312 Bates.pdf
210313 WestCoastPrime reatil prepack quote request 210313 Bates.pdf
210314 Big Sandy Ranch sub debt RFQ 210314 Bates.pdf
210316 Capital Source S Gordon 210316 Bates.pdf
210316 RMC Lonergan 210316 Bates.pdf
210316 RMC Lonergan sales prospect report 210316 Bates.pdf
210316 RMC Lonergan Yao Quote 210316 Bates.pdf
210317 Cerebro Capital on Big Sandy Ranch 210317 Bates.pdf
210317 LaBelle Big Sandy BAFO 210317 Bates.pdf
210317 Stampede Meats delay sales reply 4MM pound opptny 210317 Bates.pdf
210317 Stampede Meats retail prepack RFQ 210317 Bates.pdf
210319 Stampede Meats retail prepack RFQ questions 210319 Bates.pdf
210319 Tradimpex BR re retail prepack 210319 Bates.pdf
210321 OWB Summers Quote Request 210321 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

210322 AgAmerica attempt Miles Reiten Big Sandy pers gty 210322 Bates.pdf
210322 Lake County 3559 Appraisal 210322 Bates.pdf
210322 Lake County Appraisal 210322 Bates.pdf
210322 Maggard re Big Sandy BAFO 210322 Bates.pdf
210324 Bergen Covid Exec emails 210324 Bates.pdf
210324 LaBelle on Big Sandy BAFO DB reaction to rejection 210324 Bates.pdf
210324 LaBelle re Big Sandy BAFO response to Theo comments 210324 Bates.pdf
210324 SBI team on Big Sandy BAFO deal fail 210324 Bates.pdf
210325 Mijajlovic re deferral of billing 210325 Bates.pdf
210325 Tradimpex BR re quote 210325 Bates.pdf
210326 Bergen Covid Exec emails 210326 Bates.pdf
210326 RMC Lonergan China sales quotes 210326 Bates.pdf
210330 Manning re contracts in process 210330 Bates.pdf
210331 RMC re signed modified contract 210331 Bates.pdf
210402 Chase phone intro appt 210402 Bates.pdf
210405 Manning China case ready 210405 Bates.pdf
210406 Tradimpex BR re case ready retail prepack 210406 Bates.pdf
210407 WMT China Liao re new ofcs in China 210407 Bates.pdf
210409 Artuso update 210409 Bates.pdf
210409 CCW Artruso update 210409 Bates.pdf
210413 RMC Lonergan beef sales quote 210413 Bates.pdf
210414 AGI Uruguay beef sale 210414 Bates.pdf
210415 AgAmerica Miles Reiten 210415 Bates.pdf
210415 LaBelle on Theo ping Big Sandy 210415 Bates.pdf
210415 WMT China re beef purchase embargo in China 210415 Bates.pdf
210420 Feedex update 210420 Bates.pdf
210421 AGI RFQ non-GMO soybeans 210421 Bates.pdf
210422 WMT China SAmerica Quote 210422 Bates.pdf
210423 Tradimpex BR re China beef quotes 210423 Bates.pdf
210423 Tradimpex BR soybean availability 210423 Bates.pdf
210426 CrowdCow organic beef intro 210426 Bates.pdf
210426 Kroger re organic pork availability 210426 Bates.pdf
210426 Stampede re WMT China pricing reaction 210426 Bates.pdf
210426 WMT China rejects BR Tradimpex case ready pricing 210426 Bates.pdf
210427 Euro pig trailers 210427 Bates.pdf
210428 ABT re Euro price quote request 210428 Bates.pdf
210428 Luckhart pig trlr quote request 210428 Bates.pdf
210428 Luckhart pig trlrs and transport 210428 Bates.pdf
210428 WMT China intro to RMC China rep Jason 210428 Bates.pdf
210430 RMC China sales report 210430 Bates.pdf
210505 Maggard re Big Sandy reprise 210505 Bates.pdf
210506 Gross re Big Sandy finance 210506 Bates.pdf
210506 LaBelle re Theo and Big Sandy new interest 210506 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

210506 VII Capital reply 210506 Bates.pdf
210507 RMC Poon on Big Sandy investment potential 210507 Bates.pdf
210507 Sole Source Turner on Big Sandy 210507 Bates.pdf
210508 LaBelle on Big Sandy structure and deal quantitties 210508 Bates.pdf
210510 LaBelle re Theo Pearson Big Sandy behavior 210510 Bates.pdf
210511 Fiera Comox Corbett initial hit 210511 Bates.pdf
210511 RMC Jason on WMT China Intro mtg 210511 Bates.pdf
210513 Gross re grainfed organic taste difference 210513 Bates.pdf
210514 Gross 210514 Bates.pdf
210514 LaBelle on broker comments and Big Sandy 210514 Bates.pdf
210517 Gross re Big Sandy rewrite Bus plan 210517 Bates.pdf
210517 LaBelle Big Sandy delay and deficient reply pattern 210517 Bates.pdf
210517 LaBelle Pearson re Big Sandy deficient communications 210517 Bates.pdf
210518 Personal Recruiter Connections Foster Peters 210518 Bates.pdf
210518 Personal Recruiter Connections Olympia 210518 Bates.pdf
210518 Personal Recruiter Connections Walsh 210518 Bates.pdf
210518 RMC Poon on status 210518 Bates.pdf
210519 Fiera Comox Corbett Big Sandy structure revision 210519 Bates.pdf
210519 Gross re mkt research to demo our case 210519 Bates.pdf
210519 Maggard re investors and Big Sandy 210519 Bates.pdf
210520 Fiera Comox Corbett Big Sandy returns issues 210520 Bates.pdf
210520 Fiera Comox Corbett decline 210520 Bates.pdf
210520 Hartman re Gross organic mkt research inquiry 210520 Bates.pdf
210520 RMC China pricing 210520 Bates.pdf
210521 NGEN Grubstein re Organic beef pigs 210521 Bates.pdf
210521 Tradimpex re prices quotes and competitiveness 210521 Bates.pdf
210522 Gross on organic mkt update 210522 Bates.pdf
210522 NGEN and Correlation VCs 210522 Bates.pdf
210525 Hartman re refs and experience 210525 Bates.pdf
210525 PE reaction1 to Big Sandy offer 210525 Bates.pdf
210525 PE reaction2 to Big Sandy offer 210525 Bates.pdf
210525 PE reaction3 to Big Sandy offer 210525 Bates.pdf
210525 PE reaction4 to Big Sandy offer 210525 Bates.pdf
210525 RMC Jason on scam beef request 210525 Bates.pdf
210525 Waseman ref request 210525 Bates.pdf
210526 Waseman ref request fup 210526 Bates.pdf
210527 AGI nonGMO Soybeans 210527 Bates.pdf
210528 AGI non-GMO soybean supplier quote reply to SBI 210528 Bates.pdf
210531 AGI non GMO soybeans 210531 Bates.pdf
210601 Sole Source Turner on feed price sensitivity 210601 Bates.pdf
210603 Gross re organic beef proof of concept 210603 Bates.pdf
210603 Hartman Group re Organic Mktg Study for Gross Mark 210603 Bates.pdf
210604 Costco Huskey Update 210604 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

210604 Feedex re organic dairy in Earth TX 210604 Bates.pdf
210604 JPM Aberbach ref to another unit 210604 Bates.pdf
210604 NGEN update 210604 Bates.pdf
210604 Personal Recruiter Connections Foster Peters 210604 Bates.pdf
210605 WMT re US organic beef pgm 210605 Bates.pdf
210605 Zeman Ranch 2 NE on famr sales process and investors 210605 Bates.pdf
210605 Zeman Ranch broker discussion re investors 210605 Bates.pdf
210607 NGEN next round 210607 Bates.pdf
210607 Riverside re investment opptny 210607 Bates.pdf
210607 WMT Redfield on domestic organic beef 210607 Bates.pdf
210609 OWB re Utility Cattle for China 210609 Bates.pdf
210610 ABT China Utility Grade 210610 Bates.pdf
210610 Whole Foods Weening organic beef decline 210610 Bates.pdf
210610 WMT Lehr Organic Beef Intro 210610 Bates.pdf
210611 Riverside founder Kohl re investment opptny 210611 Bates.pdf
210611 Riverside Kohl CoCEO re financing turndown 210611 Bates.pdf
210613 ABT re deboning labor costs and pricing 210613 Bates.pdf
210614 Nelson on dropping Yreka CA ranch no water 210614 Bates.pdf
210614 Safeway Rayburn decline 210614 Bates.pdf
210615 WMT re organic beef partner pgm 210615 Bates.pdf
210616 ABT quote request for Houston TX delivery 210616 Bates.pdf
210616 Costco Huskey on organic beef 210616 Bates.pdf
210616 Waseman checkin re WMT organic beef 210616 Bates.pdf
210616 WMT Lehr video mtg 210616 Bates.pdf
210617 Caviness on plant availability for slaughter pending order 210617 Bates.pdf
210617 Costco Huskey re pricing organics 210617 Bates.pdf
210617 LaBelle Big Sandy drop 210617 Bates.pdf
210617 WMT Lehr re comp organic price premiums on ther products 210617
Bates.pdf
210617 WMT Redfield cc Lehr video mtg 210617 Bates.pdf
210618 Gross re WMT Redfield US Grocery SVP 210618 Bates.pdf
210618 WMT Lehr alt sales ramp 210618 Bates.pdf
210620 OWB Summers  Req 6 for deboning cost 210620 Bates.pdf
210621 OWB Summers apology re telcon 210621 Bates.pdf
210622 RMC China sales pgm conversion attempts reqd 210622 Bates.pdf
210623 Harvest Returns Debt Opptny Zone 210623 Bates.pdf
210624 Bankers Capital ref to Riverside Marcks 210624 Bates.pdf
210625 Facebook re IP block 210625 Bates.pdf
210626 ABT re WhatsApp and Houston 210626 Bates.pdf
210626 SBI team on FB ads et al 210626 Bates.pdf
210627 Lake County OR Brandon 210627 Bates.pdf
210628 Lake County Gannett Peak Ranch Mid-Case Business Plan 210628
Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

210628 RMC Jason re sales efforts 210628 Bates.pdf
210628 RMC Jason Sales Advice 210628 Bates.pdf
210629 Lake County OR Offer Mod 210629 Bates.pdf
210630 Gross re Lake County tax advantages opptny zone 210630 Bates.pdf
210630 Lake County Opptny Zone Investments cold email 210630 Bates.pdf
210701 Harvest Returns  210701 Bates.pdf
210701 Maggard re Lake County LOI 210701 Bates.pdf
210701 SBI Team on Lake County 210701 Bates.pdf
210702 Lake County LOI 210702 Bates.pdf
210702 Maggard re Lake County 210702 Bates.pdf
210702 Manna Tree update WMT organic beef pgm sales progress 210702 Bates.pdf
210702 SBI Team on WMT mtg plan 210702 Bates.pdf
210702 WMT Lehr Baskin video mtg to come 210702 Bates.pdf
210703 Lake County Due Diligence folder link 210703 Bates.pdf
210703 Maggard re 500k loan 210703 Bates.pdf
210703 Painter re Lake County 550K need and WMT progress 210703 Bates.pdf
210703 RMC Jason Omasum No Quote 210703 Bates.pdf
210704 Broadmark re Lake County fin 210704 Bates.pdf
210705 Painter re Lake County 500k loan purpose 210705 Bates.pdf
210707 AgAmerica Reiten sked call 210707 Bates.pdf
210707 Maggard enroute Lake County 210707 Bates.pdf
210707 Maggard re Lake County enroute 210707 Bates.pdf
210708 Lake County tour fup 210708 Bates.pdf
210709 Harvest Returns Cattle Notes Decline 210709 Bates.pdf
210709 Harvest Returns Lake County Due Diligence 1of2 210709 Bates.pdf
210709 Harvest Returns Lake County Due Diligence 2of2 210709 Bates.pdf
210709 Lake County Creek Fishway project 210709 Bates.pdf
210709 Maggard re Lake Copunty tour and plus minus issues 210709 Bates.pdf
210709 Nickless on Lake County tour 210709 Bates.pdf
210709 Vision AZ re Lake County fin 210709 Bates.pdf
210710 Broussard re Lake County fin 210710 Bates.pdf
210710 Lake County plant siting opptny zone 210710 Bates.pdf
210711 YieldStreet re Lake County fin 210711 Bates.pdf
210712 DC Intl beef quote request 210712 Bates.pdf
210712 Lake County 3559 Mike Maggard PFS 210712 Bates.pdf
210712 Lake County Opptny Zone seller options 210712 Bates.pdf
210712 NorthwestFCS Rayl re Lake County fin 210712 Bates.pdf
210713 Lake County seller re stock v loan 210713 Bates.pdf
210713 WMT Hutchins mtg set 210713 Bates.pdf
210714 AGI beef utility wrapped qtrs 210714 Bates.pdf
210714 Flynn re Lake County fin and DB prior WMT China issue 210714 Bates.pdf
210714 Lake County Binding PurchSale Agrmt 210714 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

210714 RJ Capital Flynn re Lake County fin and DB prior WMT China 210714
Bates.pdf
210715 Maggard re Lake County and pers FICo improvement 210715 Bates.pdf
210715 SBI team on Lake County fin WMT mtg 210715 Bates.pdf
210716 Abdelsayed pg decline 210716 Bates.pdf
210716 AgAmerica Carson re WMT organic sales progress 210716 Bates.pdf
210719 Lake County Prelim title report request 210719 Bates.pdf
210719 Maggard re Lake County 210719 Bates.pdf
210719 SBI team re Facebook ad effectiveness 210719 Bates.pdf
210719 Trust Capital re bridge loan 210719 Bates.pdf
210719 WeFunder Maggard as sponsor 210719 Bates.pdf
210719 WeFunder Solicitation fup example 1of55 sent 210719 Bates.pdf
210720 Harvest Returns 1 cattle notes 210720 Bates.pdf
210720 Harvest Returns 2 Cattle Notes 210720 Bates.pdf
210720 WeFunder Maggard re 2k 210720 Bates.pdf
210721 Harvest Returns Cattle Notes SBI team email 210721 Bates.pdf
210721 Maggard Loan to DB improving FICO 210721 Bates.pdf
210721 Maggard re Lake County 3559 LOI 210721 Bates.pdf
210725 Lake County Loan Options Disappear Ex 1of1 1 210725 Bates.pdf
210725 Maggard on Lake County Fin snags 210725 Bates.pdf
210728 Vision AZ re Lake County fin 210728 Bates.pdf
210729 SBI Team update 210729 Bates.pdf
210729 WMT Baskin Lehr call fup on pricing 210729 Bates.pdf
210729 WMT Baskin Lehr video call 210729 Bates.pdf
210729 WMT Partnering Zoom Call 210729 Bates.pdf
210731 RMC Poon re status and future pymt opptnys 210731 Bates.pdf
210731 Symbrosia Etzioni re methane reduction cattle trial 210731 Bates.pdf
210803 WeFunder LaBelle re mandatory signup to vouch 210803 Bates.pdf
210804 Maggard on WMT Wagyu comp price and other status 210804 Bates.pdf
210805 Google Ads circular response to initial ban info request 210805 Bates.pdf
210806 General Mills outreach re Annies 210806 Bates.pdf
210808 SBI Team Startup Sequencing Plan 210808 Bates.pdf
210810 WMT Baskin on pricing 210810 Bates.pdf
210811 Natural Grocers New Item Submission 210811 Bates.pdf
210813 Kumin re his status 210813 Bates.pdf
210813 Vision AZ re Lake County fin 210813 Bates.pdf
210814 GPR website developer re feeedback 210814 Bates.pdf
210816 Maggard re startup sequencing plan 210816 Bates.pdf
210816 Maggard re status web dev sales 210816 Bates.pdf
210816 RMC Jason re status 210816 Bates.pdf
210816 RMC Poon re status 210816 Bates.pdf
210816 WMT Baskin status inquiry 210816 Bates.pdf
210817 Maggard re add subs WeFunder 210817 Bates.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

210817 VC in-house fake pitch Blumberg 210817 Bates.pdf
210817 VC in-house fake pitch Mayfield 210817 Bates.pdf
210817 VC Mayfield 210817 Bates.pdf
210818 Annies General Mills Cross Marketing Discussion 210818 Bates.pdf
210818 Maggard re GAAP fin need 210818 Bates.pdf
210818 Maggard re mkt gap 210818 Bates.pdf
210818 VC Blumberg 210818 Bates.pdf
210818 VC Mayfield feedback 210818 Bates.pdf
210818 WMT Baskin pass 210818 Bates.pdf
210818 WMT Organic Beef pass 210818 Bates.pdf
210819 GPR Website stall 210819 Bates.pdf
210820 GPR Website product load begins 210820 Bates.pdf
210823 WMT Organic Beef pgm not established 210823 Bates.pdf
210824 GPR website further delays 210824 Bates.pdf
210824 WMT Baskin re pass pricing other issues 210824 Bates.pdf
210826 Maggard 5k GPR loan 210826 Bates.pdf
210826 Maggard re 4500 loan recvd 210826 Bates.pdf
210829 GPR Startup Plan Rev 210829 Bates.pdf
210830 Maggard Revised GPR Startup Plan 210830 Bates.pdf
210830 Waseman re cold chain fulfillment 210830 Bates.pdf
210830 Waseman re cold chain launch timing 210830 Bates.pdf
210831 Capstone Trading re fin 210831 Bates.pdf
210831 Mijajlovic re no response email acct delete and status 210831 Bates.pdf
210901 Capstone Trading re fin 210901 Bates.pdf
210901 Maggard re DB overadvance 210901 Bates.pdf
210901 Manner Influencer Contract 210901 Bates.pdf
210901 NYPD FOIL Request 210901 Bates.pdf
210901 NYPD FOIL righttoknow Summary 210901 Bates.pdf
210902 ABT Partner re China quotes 210902 Bates.pdf
210902 RMC re 60 day notice terminating 210902 Bates.pdf
210902 WeFunder GAAP Acctnt Cheng 210902 Bates.pdf
210903 GPR website closer but not functional 210903 Bates.pdf
210903 Maggard re loan not pursued 210903 Bates.pdf
210903 NYPD Response to FOIL Request 210903 Bates.pdf
210903 RMC Lonergan re repay advances 210903 Bates.pdf
210903 RMC payment plan request 210903 Bates.pdf
210903 WeFunder start sequence 210903 Bates.pdf
210907 ABT Partner re Freelancer label delay 210907 Bates.pdf
210907 Freelancer disappearance on Chinese beef label 210907 Bates.pdf
210907 GPR website slides again 210907 Bates.pdf
210907 WeFunder GAAP Acctnt Cheng Delays 210907 Bates.pdf
210908 WeFunder re Cheng auditor delay 210908 Bates.pdf
210909 GPR website added dev fees 210909 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

210909 Harvest Returns checkin 210909 Bates.pdf
210909 Maggard re 26k loan 210909 Bates.pdf
210909 Manner Influencer Status 210909 Bates.pdf
210909 WeFunder GAAP Acctnt Cheng 210909 Bates.pdf
210909 WeFunder GAAP Acctnt refuses Opinion 210909 Bates.pdf
210910 Manner Influencer re web progress status 210910 Bates.pdf
210910 SBI Team on further web slowness ABT sales 210910 Bates.pdf
210913 ABT re Lan Zhou ICPO LOI-FM-210913 Bates.pdf
210913 Maggard re ICPO LOI-FM-LZ-210913 Bates.pdf
210914 ABT re pending contract 210914 Bates.pdf
210914 ABT sends Lan Zhou ICPO-FB4-LZ-210914 Bates.pdf
210914 Hive re non-std product line 210914 Bates.pdf
210914 Liu Markk re ICPO-FB4-LZ-210914 Bates.pdf
210914 Manning Beef re slaughter avialability 210914 Bates.pdf
210915 ABT re further deadline extension request 210915 Bates.pdf
210915 ABT re termination 210915 Bates.pdf
210915 Caviness re salughter availability 210915 Bates.pdf
210915 NYPD FOIL Appeal Denial Letter 210915 Bates.pdf
210916 ABT Trader Liu Intl Termination 210916 Bates.pdf
210916 Maggard re Terminating Trader efforts 210916 Bates.pdf
210917 Nickless re Intl Trader Termination 210917 Bates.pdf
210928 Symbrosia re LITIGATION transition 210928 Bates.pdf
211001 NYC Mayor Ofc Assist Re NYPD FOIL Appeal Denial 211001 Bates.pdf
211001 NYC Mayor Ofc Assit Request NYPD FOIL Appeal Denial 211001
Bates.pdf
211014 CCW Artuso on Dematic study 211014 Bates.pdf
211015 Capital Source S Gordon 211015 Bates.pdf
211015 RMC Poon re pricing guidleines 211015 Bates.pdf
211017 AGI re Q421 pricing 211017 Bates.pdf
211020 DC International Daleuski re pricing 211020 Bates.pdf
211020 DC Intl pricing avail ability 211020 Bates.pdf
211026 GPR web dev re project hold 211026 Bates.pdf
211101 Manner Influencer Hold 211101 Bates.pdf
211102 Costco GC reply to verficiation request 211102 Bates.pdf
211104 Maggard re status 211104 Bates.pdf
211109 DOJ OIG Institutional Contacts 211109 Bates.pdf
211116 NYPD Notice of Duty to Preserve Evidence 211116 Bates.pdf
211123 NYPD Reply to Evidence Retention Letter 211123 Bates.pdf
211127 NYPD Reply to Corbett Evdence Preservation 211127 Bates.pdf
211130 G3 Vancouver BC Terminal Transit for AGI Quote Request 211130
Bates.pdf
211202 Abdelsayed inquiry on status 211202 Bates.pdf
211207 Gia first date 211207 Bates.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

211213 Adams re NYPD 211213 Bates.pdf
211220 RMC Raymond re status 211220 Bates.pdf
211221 Maggard re 700 211221 Bates.pdf
211223 ABT quote request 211223 Bates.pdf
211227 AGI Trader quote request 211227 Bates.pdf
220101 Adams NYC re NYPD 220101 Bates.pdf
220114 Abdelsayed re cancel email address 220114 Bates.pdf
220118 Colliers Powers check in 220118 Bates.pdf
220122 Match Group Second Notice re Preserve Evidence 220122 Bates.pdf
220127 Personal Recruiter Connections Vasamshetti 220127 Bates.pdf
220128 DOJ OIG From Investigations 220128 Div Ack Letter 220128 Bates.pdf
220218 Chinese AR money laundering scam attempt 220218 Bates.pdf
220222 Mijajlovic checkin 220222 Bates.pdf
220322 DOJ OIG Decline Ltr 220322 Bates.pdf
220325 D Brewer reply to DOJ OIG decline ltr 220325 Bates.pdf
220328 Bay State Milling RFQ 220328 Bates.pdf
220422 NYPD Event Sequence 220422 Bates.pdf
220621 Kritser re Lake County OR Organic Finishing Op 220621 Bates.pdf
220622 AGI coal handling inquiry 220622 Bates.pdf
220701 AGI Quote Request 220701 Bates.pdf
220701 AGI SBI unable to reply AGI disappears 220701 Bates.pdf
220701 Bryant Park Jazz and 911 call bemused response 220701 Bates.pdf
220707 HP Ink Defendant CS Cutout Experience 220707 Bates.pdf
221004 Wire Fraud Examples Raising Consciousness of Guilt 221004 Bates.pdf
221007 Tech Sales Leads Revised TSL Contact List 2003 221007 Bates.pdf
221011 Intrepid Capital DC reprise 221011 Bates.pdf
221110 Match EPL Response 221110 Bates.pdf
221110 Match Group Legal Dept Email 221110 Bates.pdf
221117 GPR Web contacts zero response rate note 221117 Bates.pdf
221130 Binder50 Akoto Photos Money Emails 2014-2018 221130 Bates.pdf
Cinderella (Walmart China)

**SELECTED EMAILS IN ALPHABETIC ORDER**

NOTE: See also emails at Binder65 and Binder66 Emails listings below for
unalphabetized emails not in this alphabetized listing.

26 Ranch Clark re PPM stock swap 151016.pdf
26 Ranch Terms Marvel 160107.pdf
Abdelsayed on market 200710.pdf
Abdelsayed re status 200724.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Abdelsayed Painter re loan gty 200730.pdf
Abdelsayed on est start dates team 200821.pdf
Abdelsayed re loan gty 200821.pdf
Abdelsayed signs loan form 200822.pdf
Abdelsayed 201123.pdf
Abdelsayed and Waseman Covid DB no vax appt Bergen 210120.pdf
Abdelsayed re 26 Ranch 210219.pdf
Abdelsayed re status 210302.pdf
Abdelsayed pg decline 210716.pdf
Abdelsayed inquiry on status 211202.pdf
Abdelsayed re cancel email address 220114.pdf
ABT inquiry 200731.pdf
ABT Pork 6 way China 201008.pdf
ABT Pork 6 way China Referral Contract 201008.pdf
ABT Pork 6 Way Referral 201008.pdf
ABT FL Quote 210105.pdf
ABT re Korea Angus pgm 210118.pdf
ABT FL Quote 210123.pdf
ABT re Euro price quote request 210428.pdf
ABT China Utility Grade 210610.pdf
ABT re deboning labor costs and pricing 210613.pdf
ABT quote request for Houston TX delivery 210616.pdf
ABT re WhatsApp and Houston 210626.pdf
ABT Partner re China quotes 210902.pdf
ABT Partner re Freelancer label delay 210907.pdf
ABT re Lan Zhou ICPO LOI-FM-210913.pdf
ABT re pending contract 210914.pdf
ABT sends Lan Zhou ICPO-FB4-LZ-210914.pdf
ABT re further deadline extension request 210915.pdf
ABT re termination 210915.pdf
ABT Trader Liu Intl Termination 210916.pdf
ABT quote request 211223.pdf
Adams re NYPD 211213.pdf
Adams NYC re NYPD 220101.pdf
AgAmerica Reiten Big Sandy loan re pers gty issues 210304.pdf
AgAmerica attempt Miles Reiten Big Sandy pers gty 210322.pdf
AgAmerica Miles Reiten 210415.pdf
AgAmerica Reiten sked call 210707.pdf
AgAmerica Carson re WMT organic sales progress 210716.pdf
AGI 1 NYC Investor hit Axial 170515.pdf
AGI 1 Lee Mtg Set 170517.pdf
AGI pork heads 200916.pdf
AGI Uruguay beef sale 210414.pdf
AGI RFQ non-GMO soybeans 210421.pdf
AGI nonGMO Soybeans 210527.pdf
AGI non-GMO soybean supplier quote reply to SBI 210528.pdf
AGI non GMO soybeans 210531.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

AGI beef utility wrapped qtrs 210714.pdf
AGI re Q421 pricing 211017.pdf
AGI Trader quote request 211227.pdf
AGI coal handling inquiry 220622.pdf
AGI Quote Request 220701.pdf
AGI SBI unable to reply AGI disappears 220701.pdf
AJSH Jain re xmit audited fin stmts 151205.pdf
Akoto re AltaVista bad actor 161018.pdf
Akoto re Blackpool then DD 170315.pdf
Akoto Laura re $2K to Mr Prince from Porter Patten $3K 171021.pdf
Akoto Hints of money laundering entrap scam 171025.pdf
Akoto Ramsey Fixup Expenses 171027.pdf
Alam Junaid ibanker too busy AZ 160419.pdf
Alberts Organics first hit 140115.pdf
Alberts buyer re free freight 140218.pdf
Alberts Organics Argiros and Pres phone mtg 170516.pdf
Alberts Organics as Customer 170516.pdf
Alberts Organics as Customer 170517.pdf
Alberts Organics as Customer 170619.pdf
Alberts Reorg replace Pres 170707.pdf
Alfardan Carr ref investor Prince Omar Alfardan160404.pdf
Alfardan loan proposal accepted 160512.pdf
Alfardan decline due to advance fee rqmt 160627.pdf
Altahawi re S1 PPM fees 150909.pdf
Altahawi 40K and info for S1 PPM 150910.pdf
Altahawi re PPM corrections150919.pdf
Altahawi re any progress S1 PPM 150928.pdf
Altahawi re auditor ref 150929.pdf
Altahawi PPM progress 151001.pdf
Altahawi re auditor engagement ltr 151001.pdf
Altahawi S1 PPM progress 151005.pdf
Altahawi PPM connection 151007.pdf
Altahawi re Jabor MEC fee 151028.pdf
Altahawi Tracy re 100mm debt PPM 151203.pdf
Altahawi Jain re auditor consent 160108.pdf
Altahawi re auditors 160111.pdf
Altahawi on status 160115.pdf
Altahawi on status 160126.pdf
Altahawi on status 160324.pdf
Altahawi on status 160401.pdf
Altahawi on investor search fail 161122.pdf
Altahawi re status 161122.pdf
Altahawi re Dropbox Access to Blackpool 170202.pdf
Altahawi Auditors popup 171114.pdf
AltaVista Investment Commitment- Winnett Perico, Inc.161010.pdf
AltaVists faked fin 161017.pdf
AltaVista fup 161018.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

AltaVista key personnel intro 161018.pdf
AltaVista Sullivan re bad actor 161018.pdf
AltaVista WP due diligence on AV 161018.pdf
AltaVista fake followon funding anncmnt 161025.pdf
AltaVista update 161026.pdf
Anglade FL investor 150811.pdf
Anglade FL investor update PHX trip date 150817.pdf
Anglade FL investor cancel PHX trip date 150910.pdf
Annies General Mills Cross Marketing Discussion 210818.pdf
Arlon Weiner intial hit 130202.pdf
Arlon update to WO team 130203.pdf
Arlon Declines 130207.pdf
Arlon Weiner reprise 170510.pdf
Arlon Webel DD Callahan phone call set 170530.pdf
Arlon Webel from Weiner 170530.pdf
Arlon Danl Weiner 170826.pdf
Armgold Harmony Vusimile on seed funds investor 141211.pdf
Armgold Harmony Vusimile funds notice email 141215.pdf
Armgold Harmony Vusimile funds notice recvd 141215.pdf
Armgold Harmony Vusimile funds notice 141216.pdf
Armgold Harmony Vusimile delay discussion 141218.pdf
Armgold investor interest 160412.pdf
Armgold affirms investor interest 160418.pdf
Armonia Van Brakel re poss SLC mtg 170807.pdf
Armonia Van Brakel 170810.pdf
Armonia NYC Van Brakel on grass fed other options 170822.pdf
Armonia NYC vanBrakel MacGill mtg 170926.pdf
Armonia Mtg Delay 171016.pdf
Armonia NYC mtg 171107 invite 171021.pdf
Armonia Van Brakel on Rabo referral 171204.pdf
Armonia Van Brakel Rabo referral 171204.pdf
Arpaio Truitt inital hit connects to B Oliver 141108.pdf
Arpaio Crossgrove first hit 141212.pdf
Arpaio Crossgrove Persist Example 150707.pdf
Arpaio from Brewer on startup plan 150810.pdf
Arpaio intro Oliver 150902.pdf
Arpaio on Project Progress Oliver 150906.pdf
Arpaio on Plant Design Rqmts 150916.pdf
Arpaio Castro Leases to do forgoteen during telcon 151007.pdf
Arpaio availability 151014.pdf
Arpaio tours Gerra Plug Power 151018.pdf
Arpaio announces Captiva Salome Farm Availability 160210.pdf
Arpaio on Oliver Hyder 160321.pdf
Arpaio on involvement 160427.pdf
Arpaio on greenhouses and financing arranged 160430.pdf
Arpaio on lack of investor contact other updates 160505.pdf
Arpaio King update 160511.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Arpaio on Oliver as poss investor 160513.pdf
Arpaio on Oliver and Hyder layout 160520.pdf
Arpaio on status and prior Captiva Verde involvement 160624.pdf
Arpaio on Brother as Nunes exec 160627.pdf
Arpaio on Oliver proposal 160703.pdf
Arpaio on Oliver Term Sheet Clarification 160707.pdf
Arpaio on Oliver Direct Funding 160721.pdf
Arpaio on Proposed budget Oliver Hyder project 160729.pdf
Arpaio on temp cooler Cowley Kodiak Produce PHX 160730.pdf
Arpaio on Hyder Oliver per acre costs Castro 160801.pdf
Arpaio info request 160805.pdf
Arpaio on grow plan fin projections 160809.pdf
Arpaio on Oliver deal collapse 160809.pdf
Arpaio King re Hyder Oliver 160812.pdf
Arpaio re Hyder Oliver resurrection 160813.pdf
Arpaio on Oliver Hyder structure 160816.pdf
Arpaio on Oliver Hyder 160819.pdf
Arpaio on spring lettuce season 160819.pdf
Arpaio on Oliver Hyder prep and Buckeye 160902.pdf
Arpaio on acre reallocation 160906.pdf
Arpaio on Oliver proposal and conv cropping 160911.pdf
Arpaio connects RAM ACTS Freedom Famrs 160913.pdf
Arpaio intro ACTS Freedom Farms 160913.pdf
Arpaio on Oliver Hyder son objection 160913.pdf
Arpaio ACTS Freedom Farms and Hinson 161005.pdf
Arpaio on brother at Nunes and Sprouts open AZ 161008.pdf
Arpaio CFO Smith re plan for Hyder Oliver presnetation 161026.pdf
Arpaio on Oliver pitch date 161026.pdf
Arpaio on Western Growers Assn Pricing 161027.pdf
Arpaio CFO Smith re plan for Hyder Oliver presnetation 161102.pdf
Arpaio re WMT Kroger 161215.pdf
Arpaio on Gerlach NV 161216.pdf
Arpaio refers Gerlach Black Rock 161216.pdf
Arpaio re Sprouts 161230.pdf
Arpaio re Sprouts Kroger Costco WMT 161230.pdf
Arpaio Sheriff Term Ends 170101.pdf
Arpaio ref grower shipper interest 170115.pdf
Arpaio ref RWood Offer Letter 170115.pdf
Arpaio on new VP Growing referred 170117.pdf
Arpaio on Buckeye Greenhouses 170211.pdf
Arpaio on Freedom Farms reconnect 170211.pdf
Arpaio re phone appt avail 170216.pdf
Arpaio on investor closing and startup 170303.pdf
Arpaio re land avail and deadlines 170303.pdf
Arpaio 170309.pdf
Arpaio VP Grow comments 170309.pdf
Arpaio as land rep announcement 170316.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Arpaio Prader Integrted Ag re Hyder Farms 170526.pdf
Arpaio on status inquiry 170707.pdf
Arpaio 170724.pdf
Arpaio on land and mkt conditions 170724.pdf
Arpaio 170817.pdf
Arpaio Prader IntegratedAG AZ hangs in 180207.pdf
Artuso re plant design 200722.pdf
Artuso on plant progression 200901.pdf
Artuso update 210409.pdf
Auctus on Skaar DD 170822.pdf
Austin Address CO 150824.pdf
Axial Investor Interest 150904.pdf
Axial to Altahawi connect 150910.pdf
Axial NYC re Investor Referrals 171108.pdf
Axial re Paine Schwartz 171113.pdf
Axial NYC Fractal Intro 171116.pdf
Axial NYC Fractal stall 171129.pdf
Axial NYC Fractal stall 171204.pdf
Axial NYC Fractal drag out 171206.pdf
Axial fake investor leads 180302.pdf
BA Bestwick Cardone Axial Nat Food Symposium 160415.pdf
BA Bestwick Cardone Cardone on my BA history160502.pdf BA Bestwick
Cardone Fake Food Symposium 160531.pdf
BA Bestwick Cardone on RAM CS sales contract 160608.pdf
BA Bestwick Cardone referes Callahan DD 160707.pdf
BA Bestwick Cardone re intro at DD 160712.pdf
BA Bestwick Cardone progress report DD 160808.pdf
BA Bestwick Cardone lunch pre DD mtg 160927.pdf
BA Bestwick Cardone sked Kiely call 161024.pdf
BA Bestwick Cardone NYC Keily trust ref call161102.pdf
BA Bestwick Cardone Cardone on Kroger uptake agreed 161110.pdf
BA Bestwick Cardone update 170227.pdf
BA Bestwick Cardone on Balckpool fail new search DD170323.pdf
BA Bestwick Cardone Cardone on Blackpool Shefford 170324.pdf
BA Bestwick Cardone Fake Food Symposium 170516.pdf
BA Bestwick Cardone Fake Food Symposium 170609.pdf
BA Bestwick Cardone alt ibanker intro 171130.pdf
BA Bestwick Cardone re Skaar alt ibankers intro offer 171130.pdf
Banco Advisors ref from Gottesman 171011.pdf
Banco Advisors Nov 1 mtg w Nicholas 171021.pdf
Banco Advisors 171101 mtg Blitch re pitch 171024.pdf
Banco Advisors 171101 busted mtg fup Nickless 171102.pdf
Banco Advisors Blitch Vindiola Waseman invite 171114.pdf
Banco Advisors re other intl investors 171130.pdf
Banco Advisors China drag out 171206.pdf
Bankers Capital ref to Riverside Marcks 210624.pdf
Bay State Milling RFQ 220328.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

BDO SLC initial contact 170727.pdf
BDO SLC to DD NYC connection 170807.pdf
Belli intital hit 141217.pdf
Belli on payment 160304.pdf
Belli on investor sales progress 160608.pdf Belli on status 160811.pdf
Belli on organic mkt conditions 170802.pdf
Belli on progress lack of 180117.pdf
Bergen Covid Exec emails 210324.pdf
Bergen Covid Exec emails 210326.pdf
NOTE: See also Bergen Covid emails at Binder65 Emails listing below
Bergen Regional Sinisi re resume and cover ltr 101230.pdf
Big Path ping MA D Patrick Bain 170823.pdf
Big Sandy Ranch sub debt RFQ 210314.pdf
Binder50 Akoto Photos Money Emails 2014-2018 221130.pdf
Bk Tucson Lender re S-1 and banker due diligence 151025.pdf
Bk Tucson Lender re Brewer bio red flag issues for lenders 151030.pdf
Bk Tucson Lender re Brewer bio red flag issues for lenders 151102.pdf
Bk Tucson Lender re S-1 and banker due diligence 151103.pdf
Black Lake Capital ref Fractal perhaps 180216.pdf
Black Lake Capital re capital rqmts 180227.pdf
Blackpool First Hit 110815.pdf
Blackpool IC Approval 120919.pdf
Blackpool decl Podzemny to Dalhart Realty130201.pdf
Blackpool Cross early hook 140120.pdf
Blackpool Persists Example 150707.pdf
Blackpool IC Approval 150821.pdf
Blackpool on PHX trip 150825.pdf
Blackpool Persists Example 151103.pdf
Blackpool merge anncmnt 161101.pdf
Blackpool PPM process 161122.pdf
Blackpool 1MM Bridge Loan Contract 161129.pdf
Blackpool WF wire advice 161130.pdf
Blackpool Term Sheet proposal email Smith Petersen 170126.pdf
Blackpool re TIAA-CREF (Skye Root Jackson tieback poss) 170131.pdf
Blackpool email Term Sheet Signed 170201.pdf
Blackpool re other investors rejected 170201.pdf
Blackpool tour Stckton Hill Farm LV realtor contact 170202.pdf
Blackpool re Stckton Hill Broadway Volk connection 170203.pdf
Blackpool Stockton Hill tpour fup 170210.pdf
Blackpool Stockton Hill dataroom access 170213.pdf
Blackpool Stockton Hill offer status 170214.pdf
Blackpool Saul Barings Stockton Hill LOI 170215.pdf
Blackpool Stockton Hills Farm Tour Final Logistics 170217.pdf
Blackpool re Stockton Hill Saul Barings LOI response 170221.pdf
Blackpool re delay 170225.pdf
Blackpool xmit detail financial info 170227.pdf
Blackpool re investment to date 170228.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Blackpool to fund fup 170301.pdf
Blackpool re Saul Barings Deadline Stockton Hill 170303.pdf
Blackpool stringout 60MM financing 170303.pdf
Blackpool Cmte Mtg 170307.pdf
Blackpool re possible loss Stockton Hill Farm 170307.pdf
Blackpool more questions string out 170308.pdf
Blackpool stringout 60MM financing 170308.pdf
Blackpool recvs CFO Smith resume during IC mtg 170308.pdf
Blackpool re DB personal bkgrnd 170310.pdf
Blackpool re former counsel Seattle 170310.pdf
Blackpool to request firm commit on 60MM 170310.pdf
Blair bogus lender 170418.pdf
Blair 17mm fin proposal 170419.pdf
Blair bogus lender 170419.pdf
Blair bogus lender 170420.pdf
Blitch re contract fertilizer packaging 170526.pdf
Blum re mtg to discuss finders fee arrangement 130327.pdf
Blum Signed Agreement Blum 130620.pdf
BR Packer Quote Request FOB Indonesia 210203.pdf
BReed email Offer Letter 170115.pdf
BReed Offer Letter 170115.pdf
BReed on Stockton Hill Farm Kingman 170129.pdf
BReed on Stockton Hill Farm offer progress 170131.pdf
BReed re Gila Bend lead 170131.pdf
BReed re Stockton Hills tour 170209.pdf
BReed refs VP Grow candidate 170210.pdf
Bretz Hutchins on HEC E6 Double D feedyards 180120.pdf
Bretz re E6 proof of funds conflict w investor 180208.pdf
BRF China re contact info for RMC China rep 210125.pdf
BRF Brazil re pymt terms for new customers 210127.pdf
BRF Quote Authentication Request 210127.pdf
Brickell Fin FL referred to Adamson 150910.pdf
Bridges re organic produce PNW and Costco sales 140410.pdf
Bridges re production update 160922.pdf
Broadmark WA 150717.pdf
Broadmark re Lake County fin 210704.pdf
Broadway AZ 16K acres Hyder 161005.pdf
Broadway AZ likely cutout msg 161006.pdf
Broadway Kingman Red Lake info 161020.pdf
Broadway KJV re Blackpool Cross sked arrival 170203.pdf Broadway KJV re Saul
and Barings availability 170209.pdf
Broadway KJV re Stockton Hill Loans 170212.pdf
Broadway KJV re well drill sub Stockton Hill Loans 170213.pdf
Broadway KJV xmit NDA dataroom access 170214.pdf
Broadway  KJV escrow and psa to be drafted  170301.pdf
Broussard re Lake County fin 210710.pdf
Bryant Park Jazz and 911 call bemused response 220701.pdf

## Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
### Listings: Selected Emails, Documents, Disbursements, and Calendar

Burges Salmon 1 re London Closing 140917.pdf
Burges Salmon 1 re London Closing 140918.pdf
Caasmailaffairs Morocco Investment for Williams R 140918.pdf
Canchola phone number change 200727.pdf
Capital Source S Gordon 210316.pdf
Capital Source S Gordon 211015.pdf
Capstone Trading re fin 210831.pdf
Capstone Trading re fin 210901.pdf
Case Champoin rep re funding options 170328.pdf
Case intro Dickens PVG Global re financing 170328.pdf
CaseStack cutout Edwards Tracy 080625.pdf
Castro CA VP-Ops Intvw 150825.pdf
Castro CA re Mota Dir Ops add 150901.pdf
Castro introduces Gerlach to DB Arpaio 151106.pdf
Castro re financings 151120.pdf
Castro re Hyder Water Quality 151126.pdf
Castro on Dole Gerlach 160125.pdf
Castro on lettuce production detail 160214.pdf
Castro on Kingman Farms status 160304.pdf
Castro progress report 160427.pdf
Castro re Hinson Lyle proposal via Arpaio 160513.pdf
Castro on Aqua 4D saline water trmt 160608.pdf
Castro re personnel rqmts 160705.pdf
Castro re Aqua 4D Giora bkfst miss and Oliver mtg 160719.pdf
Castro on Aqua4D in Oliver Hyder budget 160731.pdf
Castro on budget format Oliver Hyder 160801.pdf
Castro on resignation 160810.pdf
Castro Separation Agreement 160811.pdf
Castro Separation Agreement to Sullivan 160811.pdf
Castro connection Aqua 4D Giliad email samples 161101.pdf
Caviness CS Cattle re finishing contrct potential 200901.pdf
Caviness on plant availability for slaughter pending order 210617.pdf
Caviness re salughter availability 210915.pdf
CCW Artuso on plant design 200722.pdf
CCW Artuso Case Ready Plant email to 3rd party 200807.pdf
CCW Atruso re engrng recommendation 200811.pdf
CCW Artuso on plant progression 200901.pdf
CCW Artuso on plant Dematic study 210114.pdf
CCW Artruso update 210409.pdf
CCW Artuso on Dematic study 211014.pdf Centerboard Grp as Investor 170517.pdf
Centerboard Grp as Finder DD 170526.pdf
Centerboard PE intro 170526.pdf
Cerebro Capital on Big Sandy Ranch 210317.pdf
CFO Smith entrap attempt backdating 161016.pdf
Chalom re improvements billing 081229.pdf
Chalom Final rent pymt 100913.pdf
Chase phone intro appt 210402.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Chinese money laundering scam email 161219.pdf
Chinese AR money laundering scam attempt 220218.pdf
Cho Trader 200911.pdf
Cho Trader re pricing 210104.pdf
Coco Capital 2 LA NYC re sub debt 151002.pdf
Coco Capital LA NYC re sub debt 151002.pdf
Coco Capital on loan availability 161015.pdf
Coco Capital on status 161130.pdf
Coco Capital on status incl WMT 170103.pdf
Coco Capital connects others 170104.pdf
Coco Capital Strasser re connect results pass 170104.pdf
Colliers re Dev prtnr IN plant 200819.pdf
Colliers Powers check in 220118.pdf
Collins ref by Sullivan on Bridge Loan 150629.pdf
Conterra IA brdige loan term sheet Skaar 170509.pdf
Correlation VC are followon investors170328.pdf
Costco Padilla on Craves 161110.pdf
Costco initial review 170630.pdf
Costco Huskey re China ofcs 210130.pdf
Costco Huskey re China ofcs 210207.pdf
Costco Huskey Update 210604.pdf
Costco Huskey on organic beef 210616.pdf
Costco Huskey re pricing organics 210617.pdf
Costco GC reply to verficiation request 211102.pdf
Craft sourcing agent and network on pork products 201014.pdf Craft re bogus
chicken part ref photos and doc set 210123.pdf
Craft re bogus chicken part ref photos and doc set2 210123.pdf
Craft re bogus supply network 210127.pdf
Craft re bogus suppliers prev provided 210128.pdf Craft re quote request
210227.pdf
Cresa Realty Advisors AZ Office Search 180904.pdf
Crestnorth Capital disbursement instruction 140327.pdf
CrowdCow organic beef intro 210426.pdf
Crystal Lands Resources 150924.pdf
Crystal Reosurces Xfr 150928.pdf
Crystal Resources Xfr Fail 150928.pdf
Crystal Resources XFR Fail to Smith 150928.pdf
Crystal Resources Fee Scam 150929.pdf
D Brewer reply to DOJ OIG decline ltr 220325.pdf
D Merck Stock Cert 3 121202.pdf
Dallam Cty LOI Farm HULL LOI 0001 120809.pdf
DC International Daleuski re Kumin intro 200902.pdf
DC Intl Intro Kumin Galkin 200902.pdf
DC Intl re export mkt dev 201214.pdf
DC Intl re export pgm 201214.pdf
DC International Daleuski re pricing 201221.pdf
DC Intl re Korea Angus pricing 210118.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

DC Intl Beef Pricing Quote 210203.pdf
DC Intl beef quote request 210712.pdf
DC International Daleuski re pricing 211020.pdf
DC Intl pricing avail ability 211020.pdf
DD Callahan on Holistic Impact Partners 140417.pdf
DD on Oliver Term Sheet 160711.pdf
DD Callahan re engement ltr 160714.pdf
DD Callahan re cancelled Oliver mtg 160812.pdf
DD on Oliver Hyder resurrection 160824.pdf
DD re Revolution intro 160825.pdf
DD for Revolution WinnettOrganics Presentation 160910.pdf
DD Callahan 160914.pdf
DD on Revolution VC presentation 160919.pdf
DD on Nielson organic foods outlook 160920.pdf
DD on DelMorgan intro 160925.pdf
DD mtg fup 160929.pdf
DD Sep Discussion Document 160929.pdf
DD re work Wakefern connection 160930.pdf
DD Commitment Cmte pkg to Callahan 161006.pdf
DD re Kingman acquisition 161007.pdf
DD Gross on other fin options 161014.pdf
DD re Alta Vista involvement 161014.pdf
DD Callahan re AltaVista 401pm 161017.pdf
DD notes on AltaVista offer 161017.pdf
DD Callahan 2 re AltaVista 161018.pdf
DD Callahan re AltaVista 1107am 161018.pdf
DD Callahan re AltaVista739pm 161018.pdf
DD Gross on Alta Vista2 161018.pdf
DD Gross re AltaVista 161018.pdf
DD on Alta Vista play out 161018.pdf
DD on Smith CFO Hyder Stall 161105.pdf
DD Hinson on production volumes 161106.pdf
DD Callahan on proposed WMT revision 161114.pdf
DD Callahan re investor interest 161115.pdf
DD on WMT Swisslog 161230.pdf
DD re 5 yr plan to WMT 161231.pdf
DD Callahan re 170124 Swisslog mtg 170109.pdf
DD Callahan re Swisslog mtg 170109.pdf
DD Callahan re lending DD name to WMT presentation 170126.pdf
DD Callahan re Swisslog mtg fup 170126.pdf
DD Callahan on Blackpool funding 170202.pdf
DD Callahan re Blackpool Term Sheet 170202.pdf
DD Callahan update Blackpool 170227.pdf
DD Callahan continue working 170328.pdf
DD update to outside bridge potential investor 170410.pdf
DD revised Bus Plan adds cattle 170417.pdf
DD re Rabo ID Skaar 170503.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

DD Skaar Site Plan Barns Winnet   Site Opt 8 170509.pdf
DD Transom re Skaar 170512.pdf
DD on Skaar fert option 170513.pdf
DD Skaar Barns Detail Site Opt 8 170523.pdf
DD Fleming on DD Finl Model 170526.pdf
DD Callahan re PE dilutive 170531.pdf
DD on Skaar Organic Fertilizer Mkt Size 170531.pdf
DD on Skaar Organic Fertilizer Plant Ops 170531.pdf
DD on Skaar Organic Fertilizer Plant Concept Plan 170601.pdf
DD Skaar Royal Chem CAS numbers Contract Fert Pkg 170604.pdf
DD Skaar Site Plan 170605.pdf
DD Skaar Site Plan Ammonia Recovery Manure 170605.pdf
DD Skaar Organic Fertilizer Effectiveness 170607.pdf
DD Skaar Organic Fertilizer Pricing 170607.pdf
DD Skaar PE Investor Bid email 170607.pdf
DD Skaar PE Investor Bid form 170607.pdf
DD re Centerboard Housing Solution WO 170608.pdf
DD WCC teaser draft 170608.pdf
DD Skaar Organic Fertilizer Production Cost 170609.pdf
DD Callahan re funding sked 170612.pdf
DD Skaar Organic Fertilizer Advantages 170614.pdf
DD WCC Pitch Deck Skaar etal 170614.pdf
DD Callahan on DeSai 170616.pdf
DD Skaar Biiding Process to Sanders 170616.pdf
DD Callahan on Axial lead Chatham 170619.pdf
DD Skaar Site Plan Mods 170619.pdf
DD NGEN fake NYC investor 170622.pdf
DD NYC Van Brakel 170622.pdf
DD Callahan re AGIS NDA cmu not credible 170628.pdf
DD Skaaar AgIS Boston 170628.pdf
DD Skaar Advantage NDA 170628.pdf
DD Skaar AgIS Boston 170628.pdf
DD Callahan re Skaaar visit sked 170726.pdf
DD on HIG Capital Miami 170728.pdf
DD Skaar site visit Sander 170728.pdf
DD JJU - Winnett Cattle Target Tracker_8_4_17 170804.pdf
DD Skaar BDO Auditor SLC Gordon 170804.pdf
DD Skaar BDO Auditor SLC Gordon 170807.pdf
DD NYC Callahan connects to BDO SLC 170808.pdf
DD Skaar Callahan Update 170809.pdf
DD LaBelle Teton County 240 Tour Pass 170810.pdf
DD Skaar Cost per pound gain 170811.pdf
DD Skaar LOI xmit 170811.pdf
DD Skaar LOI signing 170821.pdf
DD Skaar past contacts 170821.pdf
DD Skaar Teton River Farm Feeney email 170822.pdf
DD Skaar rcv Alt Offer 170828.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

DD Skaar Teaser 170905.pdf
DD Callahan re no progress 170906.pdf
DD Skaar Kritser 170907.pdf
DD Skaar Kritser to WO team 170907.pdf
DD Skaar Sanders tours Frank Maughan BDO 170913.pdf
DD Skaar Sanders on Kritser alt structure 170915.pdf
DD Skaar Kritser re adjusted LOI 170919.pdf
DD Callahan on failure to date and breach 170920.pdf
DD Skaar Kritser 170921.pdf
DD Skaar Sander re Kritser 170921.pdf
DD Skaar Sanders on revised structure 170929.pdf
DD Skaar Kritser 171002.pdf
DD Skaar Kritser string out 171004.pdf
DD Skaar Sanders Update 171013.pdf
DD Skaar Sanders re Kritser Friona Ind ExCEO call 171022.pdf
DD Skaar WMT China ND Rep Sr Legislator Banco Advisors 171024.pdf
DD Skaar Kritser dragout decline to WO team 171110.pdf
DD Skaar Revised Buyout 171112.pdf
DD Termination Notice 171114.pdf
DD Callahan Disappears 171115.pdf
DD Callahan acks Termiantion 171117.pdf
DD Skaar Sanders revised LOI 171128.pdf
DD Skaar WMT China procurement 180817.pdf
Deeken re financing 200710.pdf
DelMorgan re intro 160925.pdf
DelMorgan email WP proposal 160928.pdf
DelMorgan fup DD declines to share 160929.pdf
DelMorgan update WMT 170106.pdf
DelMorgan 170110.pdf
DelMorgan re DD engagement 170308.pdf
DelMorgan re alt retainer arrangement 170324.pdf
DelMorgan revised docs170324.pdf
DelMorgan re alt firm retainer avail 170327.pdf
DelMorgan nogo on alt fee provider 170404.pdf
DelMorgan on DD Callahan telcon 170822.pdf
Dematic Proposal to Waseman 161228.pdf
Dematic 200720.pdf
Dematic 200806.pdf
Dematic2 200806.pdf
DHS CPB Travel Record incl Dubai 150516.pdf
Digested Organics WO Proposal 1 page DD 170531.pdf
Digested Organic 1 pager 170601.pdf
Digested Organic on processing cost per gallon 170609.pdf
Digested Organic liq fert offering 171107.pdf
Digested Organic liq fert offering referrals 171116.pdf
DOJ OIG Institutional Contacts 211109.pdf
DOJ OIG From Investigations 220128 Div Ack Letter 220128.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

DOJ OIG Decline Ltr 220322.pdf
Don Brewer Dies Jane S-W 151006.pdf
Dooley Hook to EB-5 110922.pdf
Earthbound Kodet re cust commitment and timing 140327.pdf
Edgar Wood on Dubai Trip Sched 150626.pdf
Elkhereiji Assistant referral 150410.pdf
Elkhereiji Loan 150412.pdf
Elkhereiji Reponse 150412.pdf
Elkehereiji Increased Loan Amount 150421.pdf
Elkhereiji Agreement Meeting150430.pdf
Elkhereiji Wood Edgar on trip cancelled 150626.pdf
EMN Europe Sales Network 180228.pdf
EMN Euro unapproved 180301.pdf
Energy Bank Ghana Kabah xfr bank info 170425.pdf
Equilibrium Capital cold email on online article 170628.pdf
Equilibrium Capital referral to Haladay 170706.pdf
Equities dot com Financing Proposal 160623.pdf
Equities dot com Financing contract 160630.pdf
Equities dot com implementation sked 160708.pdf
EquityNet Profile Interest 150520.pdf
EquityNet Profile up 150520.pdf
Establish Drumm post wedding 253pm 080630.pdf
Establish Meeks re closeout issues 080630.pdf
Establish Ross re CWP stiff and closeout 080702.pdf
Establish Ross re CWP stiff and closeout 080709.pdf
Establish Ross Demand Ltr 080714.pdf
Establish Meeks New Ramsey Address Move in date 110331.pdf
Euro pig trailers 210427.pdf
Facebook re IP block 210625.pdf
Factoring Rec Financing Fees 160217.pdf
Fargotrust Investor ND interest in PPM 151010.pdf
Feedex UAE Export Quotes ref from Phillips 201209.pdf
Feedex Phillips update 210224.pdf
Feeedex re their catalog our volumes 210312.pdf
Feedex update 210420.pdf
Feedex re organic dairy in Earth TX 210604.pdf
Fiera Comox Corbett initial hit 210511.pdf
Fiera Comox Corbett Big Sandy structure revision 210519.pdf
Fiera Comox Corbett Big Sandy returns issues 210520.pdf
Fiera Comox Corbett decline 210520.pdf
Figdor Drew Paris investment banker 160712.pdf
Fisher Ent NYC re 60MM funding 160701.pdf
Flores on funds raise 160705.pdf
Flynn re additional capital 200730.pdf
Flynn re Lake County fin and DB prior WMT China issue 210714.pdf
Fractal re initial contact 171117.pdf
Fractal progress 171206.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Fractal on status and nterest 171221.pdf
Fractal intro Black Lake Chad Scripps 180117.pdf
Freelancer disappearance on Chinese beef label 210907.pdf
Full Circle Compost Cody Witt Invoice 170331.pdf
Fundable re fin after zero leads dev for WO 171211.pdf
Funding options Patriot Antonelli  200720.pdf
G3 Vancouver BC Terminal Transit for AGI Quote Request 211130.pdf
Gaines Ira AZ first contact ref by Sayre Tappen 150311.pdf
Galkin NYCDir Procuremnt 200824.pdf
Galkin is vehicle for procurement contacts dump 200826.pdf
Galkin fishing expedition and leave 200831.pdf
Galkin Kumin on quote requests 200831.pdf
Galkin re termination after source strip via Indeed 200924.pdf
Gearn Ibach on HEC feedyard 171231.pdf
Gearn Ibach on state of HEC feedyard 180104.pdf
Gearn Ibach Nickless re HEC design reconfig 180118.pdf
Gearn Ibach HEC design discusssion 180119.pdf
Gearn Ibach re halt work as HEC gone 180126.pdf
General Mills outreach re Annies 210806.pdf
Gia first date 211207.pdf
Gomez Dir Food Safety Intvw 150829.pdf
Gomez refers Brereton Hamilton 160407.pdf
Gomez re investor call request 160408.pdf
Gomez re investor interest 160427.pdf
Gomez on Costamanga mtg plan 160429.pdf
Gomez update on CA investor progress 160506.pdf
Gomez Costamanga mtg request 160508.pdf
Gomez re new investor leads 160512.pdf
Gomez investor update 160525.pdf
Gomez re Japanese Inv Lead sales progress 160616.pdf
Gomez update Kevin investor 160704.pdf
Gomez re Costamanga mtg 170203.pdf
Gomez re Brereton has organic cattle in TX 171228.pdf
Google Ads circular response to initial ban info request 210805.pdf
GPR website developer re feeedback 210814.pdf
GPR Website stall 210819.pdf
GPR Website product load begins 210820.pdf
GPR website further delays 210824.pdf
GPR Startup Plan Rev 210829.pdf
GPR website closer but not functional 210903.pdf
GPR website slides again 210907.pdf
GPR website added dev fees 210909.pdf
GPR web dev re project hold 211026.pdf
GPR Web contacts zero response rate note 221117.pdf
Grasse Long Realty 160601.pdf
Grasse re properties search 160630.pdf
Gross re Korea beef pgm finance 210115.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Gross re Big Sandy finance 210506.pdf
Gross re grainfed organic taste difference 210513.pdf
Gross 210514.pdf
Gross re Big Sandy rewrite Bus plan 210517.pdf
Gross re mkt research to demo our case 210519.pdf
Gross on organic mkt update 210522.pdf
Gross re organic beef proof of concept 210603.pdf
Gross re WMT Redfield US Grocery SVP 210618.pdf
Gross re Lake County tax advantages opptny zone 210630.pdf
Grt Western Bk local takeover visit 151117.pdf
Guitierrez Ranch LOI Signed140130.pdf
GWB Pagel re Financing 160216.pdf
GWB Pagel re 7500000 LOC 160222.pdf
GWB line announcement to team 160223.pdf
Hansen AgriPlacement Glandt refers Nickless 170710.pdf
Hartman re Gross organic mkt research inquiry 210520.pdf
Hartman re refs and experience 210525.pdf
Hartman Group re Organic Mktg Study for Gross Mark 210603.pdf
Harvest Returns Debt Opptny Zone 210623.pdf
Harvest Returns  210701.pdf
Harvest Returns Cattle Notes Decline 210709.pdf
Harvest Returns Lake County Due Diligence 1of2 210709.pdf
Harvest Returns Lake County Due Diligence 2of2 210709.pdf
Harvest Returns 1 cattle notes 210720.pdf
Harvest Returns 2 Cattle Notes 210720.pdf
Harvest Returns Cattle Notes SBI team email 210721.pdf
Harvest Returns checkin 210909.pdf
HEC feedyard email contract 180118.pdf
HEC feedyard NBH cattle loan 180119.pdf
HEC Feedyard NBH re loans 180119.pdf
HEC water lease contact 180119.pdf
HEC Bretz re Double D issues 180120.pdf
HEC Rio Bravo agrres to share fin data 3yr 180123.pdf
HEC contract redraft fm Sullivan 180124.pdf
HEC returns to mkt per Nickless 180212.pdf
HEC and E6 Blitch re workflow 180218.pdf
HEC E6 calf barns quote 180219.pdf
HEC E6 calf barn eqpt 180221.pdf
HEC E6 calf milk pasteurizing plant 180222.pdf
HEC E6 note sale to Summit 180222.pdf
HEC E6 Calf hutch housing option 180223.pdf
HEC E6 Calf barn floors 180228.pdf
Heuer MO on timing 200720.pdf
Hillcrest PE IL interest 180112.pdf
Hillcrest pass IL 180115.pdf
Hive re non-std product line 210914.pdf
Holistic Impact intro 170404.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Holistic Impact fup 170415.pdf
Holistic Impact fup on prospectus distn 170503.pdf
Hoyle Finl Intro 140216.pdf
Hoyle Fee Agreement Signed 140221.pdf
I banker BreretonHamilton 160407.pdf
I banker BreretonHamilton 160412.pdf
I banker BreretonHamilton 160718.pdf
Ibankattny S-1 update email 161022.pdf
IBM Circo DB Headhunter 1080717.pdf
Indeed re Galkin start 200716.pdf
Indeed Company recruiter Indeed 200828.pdf
Indeed re Kumin Galkin starts 200828.pdf
Indeed recruiter re status 201022.pdf
Insight Keiser Intl Debt placement 100mm 151028.pdf
Insight Ovcar Intl Debt placement 100mm 151029.pdf
Insight Keiser Terms for Intl Debt placement 100mm 151104.pdf
Insight Verbal Commit by WO 151104.pdf
Insight PPM Winnett Perico 151201.pdf
Insight status inquiry 160112.pdf
Insight status report 160113.pdf
Insight status report 160122.pdf
Insight re lack of progress 160418.pdf
IntegratedAg initial web hit Prader 170516.pdf
Interstate Commerce WMT KR emails 170403.pdf
Intrepid Capital DC reprise 221011.pdf
Investor Commitment Crystal Resources 150924.pdf
Investor Commiment Fail to Smith re Ukraine Xfr Fail 150928.pdf
Investor Commitment Crystal Resources  Xfr 150928.pdf
Investor Commitment Crystal Resources Xfr Fail 150928.pdf
Investor Commitment Crystal Resources Fee Scam 150929.pdf
Investor Contact List Sent to Wyly 130712.pdf
Investor Lead Gomez re CA 160322.pdf
Investor Lead fup Gomez 160331.pdf
Investor Prince Omar Alfardan 160404.pdf
Isaac Capital Grp NYC investor interest 170515.pdf
Jabor Funding Due Diligence151012.pdf
Jabor dilution and free trading share plan 151014.pdf
Jabor investor team info to Sullivan 151020.pdf
Jabor Due Diligence Info Sullivan 151021.pdf
Jabor Funding Agreement 151021.pdf
Jabor investor wire xfr date 151021.pdf
Jabor Funding Stock Adj Petersen 151022.pdf
Jabor Funding wire tomorrow 151026.pdf
Jabor Funding MEC fee and agreement sig page 151027.pdf
Jabor MEC fee wire xfr record TD Ameritrade 151028.pdf
Jabor Funding MEC fee wire MIA 151030.pdf
Jabor Funding Cinfirm to Belli Salinas 151105.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Jabor Funding MEC License Rcvd 151105.pdf
Jabor Funding Bust 151119.pdf
Jackson Initial Contact 130311.pdf
Jackson ibanker deal agreed 130809.pdf
Jackson retainer pymt 130903.pdf
Jackson re Blackpool Term Sheet and BP fail 131015.pdf
Jackson intro to Sullivan 131125.pdf
Jackson re Alberts Organics as customer 140114.pdf
Jackson investor status inquiry 140115.pdf
Jackson re new cust 2 3 140115.pdf
Jackson reply on investor questions 140128.pdf
Jackson Hurwitz on 25MM loan 140206.pdf
Jackson Hurwitz verbal Relay 140206.pdf
Jackson Pru Ag Reed Mitchell referral 140207.pdf
Jackson Reed Mitch Pru Ag Loans self intro 140207.pdf
Jackson on Alberts contract update 140218.pdf
Jackson re 140226 Sullivan mtg Ramsey 140219.pdf
Jackson re Sullivan face mtg 140219.pdf
Jackson Domeier Prudential Ag referral 140224.pdf
Jackson re Zayid alleged investment 140303.pdf
Jackson re Attorney retainer wire on Zayid deal 140304.pdf
Jackson re Zayid Attny Retainer Xfr 140304.pdf
Jackson re Burstein call FL 140307.pdf
Jackson re Sherbrooke Capital 140404.pdf
Jackson connects Skye Root 140407.pdf
Jackson re circular referral to Resource Land Byron Lekulvich 140627.pdf
Jackson re Tyler 140629.pdf
Jackson re Tyler Eager to Raise 200MM 140701.pdf
Jackson Contract 140707.pdf
Jackson re 55% MS investor 140827.pdf
Jackson on 3 London closings 140902.pdf
Jackson re 3 London Closings 140902.pdf
Jackson re Tyler Doughty Maricopa County mtg 140909.pdf
Jackson Maricopa County Visit Details 140917.pdf
Jackson re PHX trip 141101 Tyler mtg 140917.pdf
Jackson re personal BofA acct number 141015.pdf
Jackson VanDeGraaf likely Maricopa Rabo poser 141024.pdf
Jackson 700 for Maricopa trip 141027.pdf
Jackson VanDeGraaf likely Maricopa Rabo poser 141027.pdf
Jackson re Burstein Miami update 141204.pdf
Jackson re Burstein mtg and Hain 141210.pdf
Jackson re Hain Celestial interest 141210.pdf
Jackson Gail on Charles Death 150209.pdf
Jackson Tyler re PPM review by Sullivan 150806.pdf
JacksonCG Frambes TX 161205.pdf
JBS Williams Organic Beef 170523.pdf
JBS on Natural Cattle Production Projection 170530.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

JBS re natural program for customer 170818.pdf
JBS WMT is customer for JBS program inquiry 170818.pdf
JBS Stevens re WMT China natural cattle processing Hyrum 171002.pdf
JBS Hyrum Rawlings 171108.pdf
JBS Rust re plant slaughter capacity 210116.pdf
JBS Bradbury re slaughter pgm 210119.pdf
JBS chicken pork quote requests 210126.pdf JCXL Advance Fee Scam
Barrister140602.pdf
JCXL Term Sheet 10MM 140609.pdf
JCXL Term Sheet 10MM Jackson Sullivan 140609.pdf
JCXL Advance Fee Scam 140611.pdf
JLL Sayre AZ check in 170926.pdf
JPM Aberbach ref to another unit 210604.pdf
JPM Kolleng re China LC monetization 210131.pdf
Kabah scam resurrection 140424.pdf
Kabah first hit 140526.pdf
Kabah funds xfr 140605.pdf
Kabah Energy Bank Ghana 180K 170425.pdf
Kabah Energy Bank Ghana 180K 170426.pdf
Kabah Energy Bank Ghana Govt Doc Forged 180K 170426.pdf
Kabah Energy Bank Ghana 180K 170427.pdf
Kabah re Energy Bank xfr 170428.pdf
Kabah Energy Bank Ghana 180K 170502.pdf
Keiser 100MM Debt Raise Terms Summary 151104.pdf
Kennedy Orrego intial hit 141110.pdf
Key NYC ibanker reconnect 170821.pdf
King AZ Arpaio Ops Connection 150818.pdf
King Trade Capital re WMT order thru JBS 170824.pdf
Kingman Land Swap status inquiry 160219.pdf
Kingman land legal des request 160223.pdf
Kingman Farm land swap 160224.pdf
Kingman Land Swap status 160224.pdf
Kingman Farms deal structure revision 160229.pdf
Kingman Farms Rhodes discussion confirm 160229.pdf
Kingman status to team 160303.pdf
Kingman Farms deal structure revision 160304.pdf
Koenigsfeld MO re insurance underwirting info 200827.pdf
Koenigsfeld MO re insurance 210119.pdf
Kofi on Ghana Akoto contact via Yahoo Messenger 170314.pdf
Kolleng JPMorgan prob cutout 210115.pdf
Krapf Bank Tucson Land Financing Inquiry 160213.pdf
Kritser re Lake County OR Organic Finishing Op 220621.pdf
Kroger cold email initial hit 161005.pdf
Kroger re mtg plan 161010.pdf
Kroger re coming mtg 161107.pdf
Kroger mtg contact info 161109.pdf
Kroger mtg fup 161109.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Kroger Frys Avg Utilization Jose Merced 161221.pdf
Kroger Demand Projection Merced 161223.pdf
Kroger cust ltr request 170426.pdf
Kroger re organic pork availability 210426.pdf
Kumin Ind Contr TX 200710.pdf
Kumin re China Supplier Search 200710.pdf
Kumin re China chicken price diff 200721.pdf
Kumin sales and fulfillment options 200723.pdf
Kumin TX re third party supplier 200724.pdf
Kumin re ABT FL sales contract 200728.pdf
Kumin re ABT pork 200728.pdf
Kumin Craft re rferaal agrmt 200731.pdf
Kumin Craft referral agrmt 200629 sent 200731.pdf
Kumin re ABT 200801.pdf
Kumin ABT 200802.pdf
Kumin ABT pork inquiry 200803.pdf
Kumin re Thomas Referral Contract and NCNDA  200930.pdf
Kumin LOA announcement 201015.pdf
Kumin re China mkt dev 201207.pdf
Kumin takes LOA 210120.pdf
Kumin re his status 210813.pdf
Kunsak re Altahawi Adamson Contract 160108.pdf
LaBelle MJ hold add Big Sandy 210216.pdf
LaBelle re Big Sandy cmsn split w Theo list agt 210218.pdf
LaBelle on Big Sandy Rejects First Offer 210222.pdf
LaBelle re contract for deed 210224.pdf
LaBelle on Big Sandy deal structure 210226.pdf
LaBelle re Big Sandy botton line from Theo 210301.pdf
LaBelle Big Sandy basic title info 210304.pdf
LaBelle on Big Sandy Ranch Maggard gty 210305.pdf
LaBelle re Big Sandy 210310.pdf
LaBelle re New Mexico comp AU pricing 210310.pdf
LaBelle Big Sandy BAFO 210317.pdf
LaBelle on Big Sandy BAFO DB reaction to rejection 210324.pdf
LaBelle re Big Sandy BAFO response to Theo comments 210324.pdf
LaBelle on Theo ping Big Sandy 210415.pdf
LaBelle re Theo and Big Sandy new interest 210506.pdf
LaBelle on Big Sandy structure and deal quantitties 210508.pdf
LaBelle re Theo Pearson Big Sandy behavior 210510.pdf
LaBelle on broker comments and Big Sandy 210514.pdf
LaBelle Big Sandy delay and deficient reply pattern 210517.pdf
LaBelle Pearson re Big Sandy deficient communications 210517.pdf
LaBelle Big Sandy drop 210617.pdf
Lake County 3559 Appraisal 210322.pdf
Lake County Appraisal 210322.pdf
Lake County OR Brandon 210627.pdf
Lake County Gannett Peak Ranch Mid-Case Business Plan 210628.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Lake County OR Offer Mod 210629.pdf
Lake County Opptny Zone Investments cold email 210630.pdf
Lake County LOI 210702.pdf
Lake County Due Diligence folder link 210703.pdf
Lake County tour fup 210708.pdf
Lake County Creek Fishway project 210709.pdf
Lake County plant siting opptny zone 210710.pdf Lake County 3559 Mike Maggard
PFS 210712.pdf
Lake County Opptny Zone seller options 210712.pdf
Lake County seller re stock v loan 210713.pdf
Lake County Binding PurchSale Agrmt 210714.pdf
Lake County Prelim title report request 210719.pdf
Lake County Loan Options Disappear Ex 1of11 210725.pdf
Lantern Capital Advisors Risey re raise financing 111007.pdf
LAST Email before blocked at 221130 180304.pdf
Lease Co Van Tassell 161102.pdf
LeBlond CA VP Sales Intvw 150825.pdf
LeBlond re Kroger connection 150910.pdf
LeBlond sales update 150917.pdf
LeBlond sales update 150928.pdf
LeBlond 5K advance 150930.pdf
LeBlond re 2500 advance 151117.pdf
LeBlond re status 160525.pdf
Liberty EB-5 initial hit 141027.pdf
Liberty Keller Carter mtg thanks 141103.pdf
Liberty EB-5 WinnettOrganics LOI 11-12-14 141112.pdf
Liberty Carter ref request services matrix request 141114.pdf
Liberty re CADC TEA eligibility 150106.pdf
Liberty backout excuse sent to UFIG 150505.pdf
Liberty EB-5 LOI to WP 221105.pdf
Liquid Capital AZ Gottesman initial hit 170928.pdf
Liquid Capital AZ Gottesman signed app 171012.pdf
Liquid Capital AZ Gottesman on underwriting info request 171012.pdf
Liquid Capital AZ Gottesman underwriting info complete 171013.pdf
Liquid Capital AZ Gottesman email DLC sample 171017.pdf
Liquid Capital AZ Gottesman 171101 mtg request 171024.pdf
Liu Markk re ICPO-FB4-LZ-210914.pdf
LLoyd Staffing K Shipper DB Headhunter 110621.pdf
Lonergan re BRF China 210125.pdf
Luckhart pig trlr quote request 210428.pdf
Luckhart pig trlrs and transport 210428.pdf
Lux re virtual ofc svcs 161021.pdf
Lux ofc switch Waseman 161022.pdf
Lux 1 of many credit card decline 170301.pdf
Lux DB advances rent Indian School Rd 180206.pdf
Lux AZ re rent Indian School Rd 180301.pdf
Lyle Hinson re Buckeye Grnhses DC 161218.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Lyle re 350K Buckeye whse cooler 160818.pdf
M Gross re Korea contract finanaicn g et al 210119.pdf
Madison St Capital 160328.pdf
Madison St outreach 170726.pdf
Madison St Ibanker Madison St Capital initial hit 170727.pdf
Maggard TX re Abdelsayed 200722.pdf
Maggard TX re Abdelsayed start date 200817.pdf
Maggard TX status 201015.pdf
Maggard re Korea Angus pgm etc 210118.pdf
Maggard re 26 Ranch and Abdelsayed 210221.pdf
Maggard on Abdelsayed positive connect 210222.pdf
Maggard re Abdelsayed 210302.pdf
Maggard re Abdelsayed to Egypt 210304.pdf
Maggard on loan docs PFS need 210306.pdf
Maggard re gty and PFS 210307.pdf
Maggard re Big Sandy BAFO 210322.pdf
Maggard re Big Sandy reprise 210505.pdf
Maggard re investors and Big Sandy 210519.pdf
Maggard re Lake County LOI 210701.pdf
Maggard re Lake County 210702.pdf
Maggard re 500k loan 210703.pdf
Maggard enroute Lake County 210707.pdf
Maggard re Lake County enroute 210707.pdf
Maggard re Lake Copunty tour and plus minus issues 210709.pdf
Maggard re Lake County and pers FICo improvement 210715.pdf
Maggard re Lake County 210719.pdf
Maggard Loan to DB improving FICO 210721.pdf
Maggard re Lake County 3559 LOI 210721.pdf
Maggard on Lake County Fin snags 210725.pdf
Maggard on WMT Wagyu comp price and other status 210804.pdf
Maggard re startup sequencing plan 210816.pdf
Maggard re status web dev sales 210816.pdf
Maggard re add subs WeFunder 210817.pdf
Maggard re GAAP fin need 210818.pdf
Maggard re mkt gap 210818.pdf
Maggard 5k GPR loan 210826.pdf
Maggard re 4500 loan recvd 210826.pdf
Maggard Revised GPR Startup Plan 210830.pdf
Maggard re DB overadvance 210901.pdf
Maggard re loan not pursued 210903.pdf
Maggard re 26k loan 210909.pdf
Maggard re ICPO LOI-FM-LZ-210913.pdf
Maggard re Terminating Trader efforts 210916.pdf
Maggard re status 211104.pdf
Maggard re 700 211221.pdf
Manna Tree update WMT organic beef pgm sales progress 210702.pdf
Manner Influencer Contract 210901.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Manner Influencer Status 210909.pdf
Manner Influencer re web progress status 210910.pdf
Manner Influencer Hold 211101.pdf
Manning Beef CA quote request 210226.pdf
Manning Beef CA quote request reply 210302.pdf
Manning re contracts in process 210330.pdf
Manning China case ready 210405.pdf
Manning Beef re slaughter avialability 210914.pdf
Marchal Semple CPA AZ 160125.pdf
Marvel 26 Ranch rejects structure 160122.pdf
Marvel re Black Rock Famrs deal 170303.pdf
Match Group Second Notice re Preserve Evidence 220122.pdf
Match EPL Response 221110.pdf
Match Group Legal Dept Email 221110.pdf
Mbazock Kelvin French Investment firm 140219.pdf
Mbazock Kelvin 140220.pdf
Mercaimpex ES initial hit180301.pdf
Mijajlovic acctnt re billing 200804.pdf
Mijajlovic re deferral of billing 210325.pdf
Mijajlovic re no response email acct delete and status 210831.pdf
Mijajlovic checkin 220222.pdf
MO Contract Farmer Heuer 200921.pdf
Modderman email re Pankowski wedding Drumm attends 080625.pdf
Modderman email re Pankowski wedding Drumm attends 312pm 080625.pdf
Modderman re wedding 080626.pdf
Modderman email re Pankowski wedding Drumm attends 817am 080627.pdf
Modderman bustup after 6 week absence 080803.pdf
Montminy Les Allan re investors 200724.pdf
Mubadala Capital UAE Investment 140624.pdf
Mubadala Sullivan on FCPA violation 140715.pdf
Multifunding initial hit 141215.pdf
Multifunding Paul Avery initial contact 141215.pdf
Multifunding Sullivan re referral to David Hughes 150130.pdf
Multifunding Dan Krewson initial contact 150915.pdf
MultiFunding referral Shepherd 161018.pdf
MultiFunding referral Shepherd has target 161208.pdf
MultiFunding referral Shepherd refs Lex 170120.pdf
Multifunding re Whitestone Lex Gubsky Phil 170123.pdf
Multifunding Shepherd Whitestone Gubsky email 170125.pdf
Multifunding re eqpt loan 170126.pdf
Multifunding Shepherd Intro Whitestone Lex Gubsky 170127.pdf
Multifunding Whitestone Lex Gubsky term sheet deadline 170130.pdf
Multifunding Conf call fup 170131.pdf
Multifunding Whitestone Lex Gubsky confirms interest 170131.pdf
Multifunding Whitestone Lex Gubsky casting doubt on other deals 170201.pdf
Multifunding Shepherd Whitestone Gubsky update email 170206.pdf
Multifunding re Utica eqpt leasing 170210.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Multifunding re broker fee on Utica eqpt leasing 170222.pdf
Multifunding re Utica eqpt lease LOI 170222.pdf
MultiFunding Shepherd Blackpool progress delay 170309.pdf
Multifunding re Moore defame Whitestone Lex Gubsky 170310.pdf
Multifunding Moore defame Whitestone Lex Gubsky 170311.pdf
MultiFunding re Blackpool fail DD retainer needed 170323.pdf
National Livestock cattle financing 170820.pdf
Natnl Livestock re fin MO organic cattle 200817.pdf
Natural Grocers New Item Submission 210811.pdf
Nelson on dropping Yreka CA ranch no water 210614.pdf
New World FL 170410.pdf
New World FL 170428.pdf
New York Cares Library Bowling Outing 080815.pdf
Newman 2014 Master DRF Completed 140424.pdf
Newman AA NDA GNA Signed 140424.pdf
Newman Gerald agreement via Inder Singh 140424.pdf
Newman Gerald Inder Singh re Bridges not confirm orders 140425.pdf
Newman re 2MM proof of concept 140425.pdf
NGEN Grubstein re Organic beef pigs 210521.pdf
NGEN and Correlation VCs 210522.pdf
NGEN update 210604.pdf
NGEN next round 210607.pdf
NHIG Firm Insurance re payment bond 140821.pdf
NHIG Songbird Niles re bond invoice nonpayment 140917.pdf
Nickless initial hits re 170803.pdf
Nickless initial hits re Skaar 170803.pdf
Nickless on status 170818.pdf
Nickless sources a TX feedyard 171229.pdf
Nickless re HEC Friona eqpt 180116.pdf
Nickless re HEC price drop 180116.pdf
Nickless re HEC LOI 180117.pdf
Nickless on Rio Bravo fake finls 180213.pdf
Nickless Ops re Galkin Procurement 200811.pdf
Nickless Ops re Galkin Procurement contract 200811.pdf
Nickless re Korea sales pgm 210116.pdf
Nickless re Big Sandy 210217.pdf
Nickless re Big Sandy Housing 210307.pdf
Nickless on Lake County tour 210709.pdf
Nickless re Intl Trader Termination 210917.pdf
NJ EDC Inquiry 200805.pdf
NJ Unemployment Hangup and shelter info request 081217.pdf
NorthwestFCS Rayl re Lake County fin 210712.pdf
NYC Ace Produce Hit 150724.pdf
NYPD FOIL righttoknow Summary 210901.pdf
NYPD FOIL Appeal Denial Letter 210915.pdf
NYC Investor Axial Conf Intro PWP Growth Schectman 151028.pdf
NYC Investor from Axial Formanek 151027.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

NYC Investor Seth investors 150818.pdf
NYC Investor Seth re eqpt 150901.pdf
NYC Investor Seth re eqpt detail 150911.pdf
NYC Investor Seth re eqpt losn progress151001.pdf
NYC Investor Seth proposal 151016.pdf
NYC Investor Seth re Jabor and 300mm loan terms 151019.pdf
NYC Investor Seth re fee waiver 151021.pdf
NYC Investor Seth signed MARV capital agreement 151023.pdf
NYC Investor Seth on status 160203.pdf
NYC Investor Seth on equity investor interest 160208.pdf
NYC Investor Seth on closing 7MM investment 160219.pdf
NYC Mayor Ofc Assist Re NYPD FOIL Appeal Denial 211001.pdf
NYC Mayor Ofc Assit Request NYPD FOIL Appeal Denial 211001.pdf
NYPD FOIL Request 210901.pdf
NYPD Response to FOIL Request 210903.pdf
NYPD Notice of Duty to Preserve Evidence 211116.pdf
NYPD Reply to Evidence Retention Letter 211123.pdf
NYPD Reply to Corbett Evdence Preservation 211127.pdf
NYPD Event Sequence 220422.pdf
Oliver AZ mtg contact 150902.pdf
Oliver re Hyder Lease 150928.pdf
Oliver PHX Hyder Lease Sign 151004.pdf
Oliver Hyder Eqpt Lease Dep Status 151215.pdf
Oliver Hyder Funding update 151222.pdf
Oliver on financings outstanding 160111.pdf
Oliver Dole sales update 160123.pdf
Oliver on financings status 160129.pdf
Oliver on financings status 160208.pdf
Oliver on financings status 160217.pdf
Oliver on financings status 160223.pdf
Oliver has poss investor interest 160226.pdf
Oliver on financings status 160226.pdf
Oliver on status 160322.pdf
Oliver re Costamanga invest decsion postponed 160420.pdf
Oliver update 160629.pdf
Oliver Term Sheet Proposal 160705.pdf
Oliver on Term Sheet Clarification 160707.pdf
Oliver PHX mtg proposal 160713.pdf
Oliver re mtg location Arpaio King Castro Smith 160714.pdf
Oliver 160719 mtg preview email 160718.pdf
Oliver Term Sht mtg update to Tarazewich 160719.pdf
Oliver on Hyder Budget Cost Detail 160810.pdf
Oliver on Hyder Deal Fail 160810.pdf
Oliver resurrects Hyder 160812.pdf
Oliver re Hyder Dev collateral 161103.pdf
Oliver re Hyder Dev proposal 161103.pdf
Oliver re Hyder Farm Dev Plan 161103.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Oppliger via Abacherli 180130.pdf
Oppliger Abacherli  drops out 180209.pdf
Oppliger Abacherli  ref to McDowel 180228.pdf
Oppy Vancouver BC broker re financing rqmts 170331.pdf
OWB Brandt intro to Summers 180123.pdf
OWB Summers Korea Angus pgm 201214.pdf
OWB Korea suspension reply 201223.pdf
OWB Korea beef pgm 201226.pdf
OWB Summers slaughter availability 210116.pdf
OWB Summers Quote Request 210321.pdf
OWB re Utility Cattle for China 210609.pdf
OWB Summers  Req 6 for deboning cost 210620.pdf
OWB Summers apology re telcon 210621.pdf
Oxbo Eqpt PO 1004_from_Winnett_Perico_Inc 170303.pdf
Oxbo Eqpt WP PO 170303.pdf
Oxbo Smith PO for 170306.pdf
Paine Schwartz contact 171116.pdf
Painter TX earlier ref from WorldWide Fin 200730.pdf
Painter TX on WCC collapse 200730.pdf
Painter TX wants exclusivity also WWF cc on this email 200803.pdf
Painter re Abdelsayed gty 200811.pdf
Painter re Ibdelsayed gty 200811.pdf
Painter TX re loan fail income 200825.pdf
Painter re Galkin telcon 200831.pdf
Painter re Korea finance 210115.pdf
Painter re Lake County 550K need and WMT progress 210703.pdf
Painter re Lake County 500k loan purpose 210705.pdf
Paris I Bank interest 160712.pdf
Paul Rainer IMS 080701.pdf
Paul Smith Resume 170308.pdf
PDX Investor cold email on online article 170628.pdf
PDX ref to Haladay 170706.pdf
PE reaction1 to Big Sandy offer 210525.pdf
PE reaction2 to Big Sandy offer 210525.pdf
PE reaction3 to Big Sandy offer 210525.pdf
PE reaction4 to Big Sandy offer 210525.pdf
Perer Super G Funding 151020.pdf
Perimeter Sales Mktg re brokered LA regional mkt coverage 140408.pdf
Personal Recruiter Connections Carnegieww Stricklin DB Headhunter 080625.pdf
Personal Recruiter Connections Circo 080716.pdf
Personal Recruiter Connections Kvederis 080716.pdf
Personal Recruiter Connections Circo 080725.pdf
Personal Recruiter Connections Rivera 080725.pdf
Personal Recruiter Connections Rowa 080801.pdf
Personal Recruiter Connections Sklenar 081021.pdf
Personal Recruiter Connections Gonzalez 110324.pdf
Personal Recruiter Connections Knox 110413.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Personal Recruiter Connections Santorelli 110420.pdf
Personal Recruiter Connections McQuilkin 111015.pdf
Personal Recruiter Connections Lang 120726.pdf
Personal Recruiter Connections Melino 130213.pdf
Personal Recruiter Connections Andersen 140128.pdf
Personal Recruiter Connections DeNapoles 150210.pdf
Personal Recruiter Connections Weis 171019.pdf
Personal Recruiter Connections Pages 171205.pdf
Personal Recruiter Connections Nithin 180206.pdf
Personal Recruiter Connections Alcanzirin 181105.pdf
Personal Recruiter Connections Harte 190910.pdf
Personal Recruiter Connections Foster Peters 210518.pdf
Personal Recruiter Connections Olympia 210518.pdf
Personal Recruiter Connections Walsh 210518.pdf
Personal Recruiter Connections Foster Peters 210604.pdf
Personal Recruiter Connections Vasamshetti 220127.pdf
Petersen Stock Cert Issued 150927.pdf
Petersen Status comments 160107.pdf
Petersen adds 2500 170102.pdf
Petersen re backup financing plans 170315.pdf
Petersen stock for cash infusion 170420.pdf
Petersen adds 2500 170516.pdf
Petersen re investor options 170516.pdf
Petersen stock cert 170519.pdf
Petersen FL agent on funds xfr 170913.pdf
Petersen FL agent stock cert 170914.pdf
Petersen re WMT China 171016.pdf
Petersen extends 171024.pdf
Petersen re funding next steps WMT 180301.pdf
Petersen re WMT China 180301.pdf
Pitch Deck to RAM WinnettOrganics Notes 160328.pdf
PLM coop fin for beef 200821.pdf
Poindexter VP Sales intvw Kingman later 150826.pdf
Poindexter Kingman veg crops 151001.pdf
Poindexter Kingman tour Jim Rhodes intro 151007.pdf
Poindexter direct Rhodes re Kingman 151017.pdf
Portable Vac Coolers Inquiry 160216.pdf
PPM Expert Invoice 145.11-2015 Winnett Perico, Inc 151117.pdf
Pruska investor 161128.pdf
Pruska investor 161129.pdf
PWP update 160928.pdf
RaboAg Kemp re Arlon Podzemny Perico 130203.pdf
Rabo on Oliver Direct funding 160721.pdf
Raboag Pitcher re Skaar review 170429.pdf
Raboag Wilson TX 170531.pdf
Rabo on organic fruits and veg mkt outllok 170822.pdf
RAM initial meeting set 160325.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

RAM private placement interest 160326.pdf
RAM mtg sked 160330.pdf
RAM Call Summary re financing strategy 160425.pdf
RAM investor progress 160426.pdf
RAM on Olin engagemeent ltr 160427.pdf
RAM Olin update 160430.pdf
RAM re sales POs 160430.pdf
RAM re Maines 160503.pdf
RAM call to update RAM progress 160505.pdf
RAM contract redline draft 160509.pdf
RAM update 160526.pdf
RAM re progress and concerns 160527.pdf
RAM re progress and sales lead 160604.pdf
RAM re sales leads progress 160609.pdf
RAM re accredited investors 160612.pdf
RAM on financing progress 160629.pdf
RAM inital referrer reconnect 160708.pdf RAM on CS sales mtg 160711.pdf
RAM Olin Termination Notice 160718.pdf
RAM inital referrer reconnect 160720.pdf
RAM Olin Capital Accepts Ternination 160722.pdf
RAM re DD Clark Mckenzie 160809.pdf
RAM temriantion no results 160907.pdf
RAM continues work 160911.pdf
RAM Investment Priorities 160911.pdf
RAM connects Arpaio ACTS freedom farms 160913.pdf
RAM on Hinson ACTS Freedom Farms 160914.pdf
RAM re ground lease and beef investor iinterest 160914.pdf
RAM re CS apptmt attempt 161027.pdf
RAM CS reqmts 161028.pdf
RAM CS 161103.pdf
RAM CS stall 161108.pdf
RAM stall family emergency 161109.pdf
RAM conv produce fail 161121.pdf
RAM on conv produce contractual issues 161205.pdf
RAM re conv produce agents sales progress 161215.pdf
RAM failure on conv produce and lack of notice 161221.pdf
RAM litigation threat 170228.pdf
RAM demand notice 170401.pdf
RAM final demand 170401.pdf
RAM on final demand from Sullivan 170406.pdf
Recruiter Connections Plus DeLeon Recruiter 150903.pdf
Recruiter Connection Plus DeLeon ref Waseman 150911.pdf
Recruiter Connections Plus DeLeon submits Waseman 150915.pdf
Recruiter Connections LeBlond subord searches 150928.pdf
Recruiter Connections Smith CFO subord 151117.pdf
Recruiter Connections DeLeon on Waseman fee160229.pdf
Recruiter Connections JBN  Contingency Fee Agrmt 160414.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Recruiter Connections JBN 160414.pdf
Recruiter Connections DeLeon update Waseman 160513.pdf
Recruiter Connections JBN 160513.pdf
Recruiter Connections Plus DeLeon 160513.pdf
Recruiter Connections DeLeon re Waseman start160627.pdf
Recruiter Connections Plus DeLeon on Waseman fees 170307.pdf
Recruiter Connections Agricareers 170615.pdf
Recruiter Connections Glandt 170630.pdf
Reed VP Ops intvw Lunch Tucson 150831.pdf
Reed re Gerlach 170127.pdf
Reed on Stockton Hill Farm Kingman 221028 170129.pdf
Reed re Stockton Hill Status 170130.pdf
Reed xmits Stockton Hill Rd LOI draft 170209.pdf
Reed re Black Rock visit 170304.pdf
Reed to Gomez on Bacak Rock Farm Maps Gerlach 170305.pdf
Reed on Jiim Rhodes ppty 170311.pdf
Reed on Rhodes Peacock Highlands 170313.pdf
Reed Gerlach assessment 170315.pdf
Reed Gerlach  Plan B  Memo UTAH 170320.pdf
Reed re Gerlach Assessment 170320.pdf
Renfrew CA Ashurst Ranch into escrow 210312.pdf
Resorce Land Holdings CO reconnect 180213.pdf
Revolution VC Interest Hughes 160825.pdf
Revolution VC Feedback Hughes 161019.pdf
Revolution VC Feedback Hughes2 161019.pdf
Richards Sarah DB Headhunter 080630.pdf
Riverside re investment opptny 210607.pdf
Riverside founder Kohl re investment opptny 210611.pdf
Riverside Kohl CoCEO re financing turndown 210611.pdf
RJ Capital Flynn re additional capital 200730.pdf
RJ Capital Flynn re Lake County fin and DB prior WMT China 210714.pdf
RJ Lumba CV 12.2012 121201.pdf
RJ Lumba Starbucks Ramsey following day 121211.pdf
RJ Lumba Ramsy Xmas Deutsche Bank Ibanker fup 121216.pdf
RJ Lumba no response 130208.pdf
RMC Lonergan re agent quals 200811.pdf
RMC Lonergan Poon mtg 200812.pdf
RMC Lonergan re contract 200812.pdf
RMC Lonergan contract agreement 200813.pdf
RMC Lonergan Poon collaboration agreed 200814.pdf
RMC Lonergan re sales activity 200830.pdf
RMC Lonergan re co-venture details 200831.pdf
RMC Poon coventure orgzn options 200902.pdf
RMC Lonergan 200903.pdf
RMC Lonergan re pricing 200908.pdf
RMC Lonergan re China Mktg 201207.pdf
RMC Lonergan re Poon mktg direct support 201207.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

RMC China direct mktg pgm 201230.pdf
RMC Poon re BRF contact inside China 210126.pdf
RMC re BRF info request 210128.pdf
RMC Lonergan re Costco WMT on China ofc 210130.pdf
RMC Poon on BRF China mtg results 210203.pdf
RMC re China contract mod 210225.pdf
RMC Lonergan on RMC sales strategy doc China 210226.pdf
RMC Lonergan re Berkshire pork 210307.pdf
RMC Lonergan re Berkshire cuts cherry picking 210311.pdf
RMC Lonergan re China sales progress 210311.pdf
RMC Lonergan Berkshire Trial Order Pricing 210312.pdf
RMC Lonergan re Berkshire volumes 210312.pdf RMC Lonergan 210316.pdf
RMC Lonergan sales prospect report 210316.pdf
RMC Lonergan Yao Quote 210316.pdf
RMC Lonergan China sales quotes 210326.pdf
RMC re signed modified contract 210331.pdf
RMC Lonergan beef sales quote 210413.pdf
RMC China sales report 210430.pdf
RMC Poon on Big Sandy investment potential 210507.pdf
RMC Jason on WMT China Intro mtg 210511.pdf
RMC Poon on status 210518.pdf
RMC China pricing 210520.pdf
RMC Jason on scam beef request 210525.pdf
RMC China sales pgm conversion attempts reqd 210622.pdf
RMC Jason re sales efforts 210628.pdf
RMC Jason Sales Advice 210628.pdf
RMC Jason Omasum No Quote 210703.pdf
RMC Poon re status and future pymt opptnys 210731.pdf
RMC Jason re status 210816.pdf
RMC Poon re status 210816.pdf
RMC re 60 day notice terminating 210902.pdf
RMC Lonergan re repay advances 210903.pdf
RMC payment plan request 210903.pdf
RMC Poon re pricing guidleines 211015.pdf
RMC Raymond re status 211220.pdf
Rose Jordan Recruiter Fee Agreement 150824.pdf
Roth on S-1 160124.pdf
Royal Chem re organic liq fert 170530.pdf
Royal Chemical email price quote 170721.pdf
Royal Chemical drop on True misinformation 170723.pdf
Ryder re financing plan 160317.pdf
Ryder Nichols VP Sales Ramsey mtg 161201.pdf
Ryder Aquilino re startup sequence fin 161208.pdf
Sadia BR re quote request 210124.pdf
Safeway Rayburn decline 210614.pdf
Salm Ben Promissory Note 131204.pdf
Saul Barings Stockton Hill WO LOI RLV 170215.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Saul Stockton Hill WinnettOrganics LOI RLV 170215.pdf
Saul re Stockton Hill Farms Structure 170217.pdf
Saul Barings revise Stockton Hill WO LOI RLV 170218.pdf
Saul Barings re LOI rev plans 170220.pdf
Saul Barings status on Blackpool financing 170224.pdf
Saul Barings moving ahead Blackpool financing 170301.pdf
Saul Barings re sked pressure on fin 170303.pdf
Saul to Fiera Comox 170804.pdf
Saul JV Structure incl Teton Valley Farm 170929.pdf
Saul re Skaar Purchase Leaseback 170929.pdf
Sayre Belli re Jabor scam 151119.pdf
Sayre AZ check in 170926.pdf
SBI first accesible email Canchola 200709.pdf
SBI Status Report 210208.pdf
SBI team on Big Sandy BAFO deal fail 210324.pdf
SBI team on FB ads et al 210626.pdf
SBI Team on Lake County 210701.pdf
SBI Team on WMT mtg plan 210702.pdf
SBI team on Lake County fin WMT mtg 210715.pdf
SBI team re Facebook ad effectiveness 210719.pdf
SBI Team update 210729.pdf
SBI Team Startup Sequencing Plan 210808.pdf
SBI Team on further web slowness ABT sales 210910.pdf
Seth MARV Capital xmit of PPM S1 151124.pdf
Sherbrooke re LA organic mkt 140409.pdf
Sherbrooke re sales backlog 140411.pdf
Sirk re selling product 210115.pdf
Skaar Sanders Swan 170419.pdf
Skaar Winnett Cattle Company LOI Skaar 170429.pdf
Skaar Pitch Deck 170512.pdf
Skaar Sales Brochure 170512.pdf
Skaar JBS Williams on Organic Beef 170523.pdf
Skaar Teton River Ranch Broker ref Rumsfeld ref 170523.pdf
Skaar Barns 170530.pdf
Skaar Steam Flake Plant Cost Est Gearn170530.pdf
Skaar Jeffereon Cty ID on Skaar Expansion  170731.pdf
Skaar Poulsen CPA appt 170731.pdf
Skaar WF Id Falls Kay Burke and Sanders 170809.pdf
Skaar ID Dept of Ag rqmts 170810.pdf
Skaar outreach - US Bank reply delay arrange cutout 170817.pdf
Skaar Sander re US Bank established relationship 170817.pdf
Skaar Teton River Ranch Broker Feeney 170822.pdf
Skaar AGR interest initial hit 170828.pdf
Skaar Kritser Ranch Creek WA initial hit 170829.pdf
Skaar ClearLight initial hit 170905.pdf
Skaar Harris Williams re AGR 170906.pdf
Skaar Sanders on strong interest Kritser Ranch Creek 170907.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Skaar WF Id Falls Luke on sub debt 170915.pdf
Skaar Teton River Ranch Broker sale fail price drop Feeney 170925.pdf
Skaar Teton River Ranch Broker Feeney connects RL Holdings 170929.pdf
Skaar Teton River Ranch Broker Halgerson 171002.pdf
Skaar Kritser WA advisor John Herring Friona Ind 171030.pdf
Skaar deal dead Gerra 171208.pdf
Skaar Sanders on alt buyer LOI 180124.pdf
Smith adds investment 160326.pdf
Smith 5K View Wire Transfer Detail - U.S 170126.pdf
Smith Active Air Freight LLC USbank wire 1000 170315.pdf
Smith adds 1000 170315.pdf
Smith avail escrow funds 170531.pdf
Smith CFO re Belli invoices 151105.pdf
Smith CFO re Jabor confirms xfr BkTucson rejects 151113.pdf
Smith CFO on avoiding expenditures 151119.pdf
Smith CFO reports Castro determines Jabor is scam 151119.pdf
Smith CFO Keiser re PPM wire xfr 151123.pdf
Smith CFO re PPM Expert Fees Paid160103.pdf
Smith VP Fin intvw and connect DSmithPDX 150826.pdf
Smith on expenses Vindiola 160114.pdf
Smith on BA pers acct scam wire xfrs 160125.pdf
Smith on Jabor wire fee scam 160125.pdf
Smith on potential financing network intro 160217.pdf
Smith on development costs per acre 160406.pdf
Smith sales intro call in AZ 160704.pdf
Smith re Oliver Term Sheet 160707.pdf
Smith re fine tuning on Oliver financial proposal 160720.pdf
Smith re IT traceability budget add Oliver Hyder 160731.pdf
Smith re Status Report Detail on Hyder Oliver et al 160818.pdf
Smith Triple Fresh Contact on Sales Prospects 160907.pdf
Smith status 160908.pdf
Smith Triple Fresh passes setback on sales 160915.pdf
Smith re WMT prior sales agents failures 161011.pdf
Smith re continuation 161012.pdf
Smith re 2500 add 161022.pdf
Smith re avocdos sales hook and PACA 161102.pdf
Smith re Blockpool Funding 170202.pdf
Smith re backup plan 170322.pdf
Smith re Shefford Active Air Frt LLC 170322.pdf
Smith re collateral support for loan 170323.pdf
Smith re prior lost orders and funding level 170427.pdf
Smith re investor lead development 170504.pdf
Smith re trip 170506.pdf
Smith worried 170510.pdf
Smith escrow lender fail 170603.pdf
Smith complains 170712.pdf
Smith referred investor 170719.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Smith re WMT 170811.pdf
Smith on 7500 loan and cattle rotation 170914.pdf
Smith re 7500 loan and cattle rotation 170914.pdf
Smith update WMT ND investor 171106.pdf
Sole Source cold email hit 171219.pdf
Sole Source feedback 171222.pdf
Sole Source call 171226.pdf
Sole Source NDA Double D feedyard 171227.pdf
Sole Source Turner phenom news HEC etc 180105.pdf Sole Source TX feedyard
options 180105.pdf
Sole Source Turner mtg invite StRegis NYC 180108.pdf
Sole Source Turner re NYC mtg 180108.pdf
Sole Source mtg fup NYC 180109.pdf
Sole Source mtg in NYC 180109.pdf
Sole Source Turner at mtg StRegis 180109.pdf
Sole Source mtg results to Nickless 180110.pdf
Sole Source 180111.pdf
Sole Source update TX 180119.pdf
Sole Source 180121.pdf
Sole Source Check by outsider 180122.pdf
Sole Source re WMT China added opptntys 180123.pdf
Sole Source on string out 180125.pdf
Sole Source hold cmu to Gearn 180126.pdf
Sole Source repeat decline 180228.pdf
Sole Source Turner on Big Sandy 210507.pdf
Sole Source Turner on feed price sensitivity 210601.pdf
Southern Vacuum Coolers Inquiry 160216.pdf
SPAC Early Bird 170626.pdf
SPAC Chardan 170627.pdf
SPAC Chardan ref Loeb Nussbaum 170629.pdf
SPAC Nussbaum Loeb atty 170629.pdf
SPAC Nussbaum Loeb appt reset to 170711.pdf
SPAC Chardan mtg fup 170712.pdf
SPAC EB mtg fup 170712.pdf
Stampede Meats delay sales reply 4MM pound opptny 210317.pdf
Stampede Meats retail prepack RFQ 210317.pdf
Stampede Meats retail prepack RFQ questions 210319.pdf
Stampede re WMT China pricing reaction 210426.pdf
Sterling re further process beef 201226.pdf
Stock Cert 003 D Merck 121202.pdf
Sullivan re Benibo fake 131202.pdf
Sullivan Intro from Jackson 140219.pdf
Sullivan on 140225 mtg 140226.pdf
Sullivan re Zayid investment 140304.pdf
Sullivan re Zayid as former Customs Investigator 140305.pdf
Sullivan re Mubadala Commission reqmt and FCPA violation 140715.pdf
Sullivan WO sends $10K 150828.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Sullivan appointed Corp Counsel 151110.pdf
Sullivan on financings 160111.pdf
Sullivan on financing lead from Castro 160206.pdf
Sullivan on MARV Capital drop 160401.pdf
Sullivan re Insight scam Argold, Brereton status 160419.pdf
Sullivan re RAM Olin contract 160426.pdf
Sullivan on Oliver Term Sheet to Contract 160707.pdf
Sullivan on Akoto Brewer Fund creation 160710.pdf
Sullivan on Akoto Brewer Fund creation 160727.pdf
Sullivan Draft for Oliver Funding 160728.pdf
Sullivan re Blackpool CAP 161128.pdf
Sullivan re Arpaio Palmeri Gerlach Black Rock Farms 161220.pdf
Sullivan Arpaio Palmeri Black Rock Farms Jack Palmeri 161222.pdf
Sullivan re WMT Bentonville visit Feb 161229.pdf
Sullivan re Smith 5K loan 170126.pdf
Sullivan re Whitestone Lex Gubsky Moneywise 170126.pdf
Sullivan Marvel re Black Rock Gerlach 170301.pdf
Sullivan re Black Rock Marvel 26 Ranch reappears 170301.pdf
Sullivan re Marvel Black Rock retainer review 170303.pdf
Sullivan re pea harvester lease 170303.pdf
Sullivan re RAM demand notice 170401.pdf
Sullivan re prospective escrow lenders 170602.pdf
Sullivan re CFO Smith termination 170608.pdf
Sullian re FATCO re title for Skaar 170613.pdf
Sullivan TX HEC feedyard contract 180118.pdf
Sullivan review of E6 docs okay 180223.pdf
Sullivan re sales contract review 200804.pdf
Sullivan re Abdelsayed 2mm loan gty shares grant 200822.pdf
Sullivan re RMC contract mod 26 Ranch sked 210225.pdf
Summit Partners on Skaar 170511.pdf
Summit on CO feedyard 171223.pdf
Summit connects NBH Ag bank 180111.pdf
Summit re distressed deal E-6 feedyard 180215.pdf
Summit on E6 distress sale 180223.pdf
Summit own capital must have 180228.pdf
Sure Fresh re bean processing 170309.pdf
Swisslog automation Jennings NYC in house 161101.pdf
Swisslog automation Jennings NYC in house 161107.pdf
Swisslog automation Jennings NYC in house 161205.pdf
Swisslog to Waseman re automation 161228.pdf
Swisslog Jennings re DD mtg and progress 170113.pdf
Swisslog re NYC meeting notes and fup 170126.pdf
Swisslog Deck DD mtg to WO team members 170128.pdf
Swisslog developer search 170316.pdf
Swisslog referral developer 170331.pdf
Swisslog ref Developer on PPDC costs 170402.pdf
Swisslog Dev Chain Berger 170405.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Swisslog re ASRS investment 170515.pdf
Symbrosia Etzioni re methane reduction cattle trial 210731.pdf
Symbrosia re LITIGATION transition 210928.pdf
Tarazewich TX re VP Sales position 160420.pdf
Tarazewich TX re RAM on Maines other progress 160503.pdf
Tarazewich TX re Maines fail others in flux 160506.pdf
Tarazewich TX refers ibanker 160527.pdf
Tarazewich TX re financing progress 160616.pdf
Tarazewich accepts alt employ 160706.pdf
Tarazewich TX loan 2500 160725.pdf
Tarazewich TX loan 2500 demand 170419.pdf
Tech Sales Leads Revised TSL Contact List 2003 221007.pdf Tissiman first hit
140519.pdf
Tradeimpex fup prior Insight Network domicile 180301.pdf
Tradeimpex re Madrid air frieght 180301.pdf
Tradeimpex re Madrid air frieght differential 180302.pdf
Tradekey intro 170825.pdf
Tradimpex BR re retail prepack 210319.pdf
Tradimpex BR re quote 210325.pdf
Tradimpex BR re case ready retail prepack 210406.pdf
Tradimpex BR re China beef quotes 210423.pdf
Tradimpex BR soybean availability 210423.pdf
Tradimpex re prices quotes and competitiveness 210521.pdf
Trinity AZ expression of interest 160930.pdf
Trinity re AltaVista 161014.pdf
True Fert re org fert samples 170719.pdf
Trust Capital re bridge loan 210719.pdf
Tucson Intel Ofc re temrination 161020.pdf
Turner on Feedyards and Deloitte Earnings review 180111.pdf
Turner re TX feedyards status 180121.pdf
Tyson chicken re China no availability, alt pork contact 210201.pdf
Tyson re China mkt 180205.pdf
Uddermatic Martin re Uddermatic 180202.pdf
Uddermatic cutout 180206.pdf
Uddermatic feeding rates 180217.pdf
UFIG Loan conf call 141107.pdf
UFIG LOI Adding Eqpt to Loan Amt 150107.pdf
UFIG Fin Inquiry Land for Stock Kingman Rhodes 160216.pdf
US Capital Partners Ritter 150409.pdf
VC Legendary 210115.pdf
VC in-house fake pitch Blumberg 210817.pdf
VC in-house fake pitch Mayfield 210817.pdf
VC Mayfield 210817.pdf
VC Blumberg 210818.pdf
VC Mayfield feedback 210818.pdf
Vendome Bond  re financing interest 130513.pdf
VII Capital reply 210506.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Vision AZ re Lake County fin 210709.pdf
Vision AZ re Lake County fin 210728.pdf
Vision AZ re Lake County fin 210813.pdf
Warren John intial hit 140827.pdf
Warren John London 150403.pdf
Waseman re Tucson ofc tour 160604.pdf
Waseman re intvw new VP Ops Bill Reed 170104.pdf
Waseman re Stockton Hill Farm 170310.pdf
Waseman re WMT China logistics and fulfillment process 170926.pdf
Waseman history disappeared new email acct needed 210104.pdf
Waseman Nickless re Korea sales pgm 210115.pdf
Waseman ref request 210525.pdf
Waseman ref request fup 210526.pdf
Waseman checkin re WMT organic beef 210616.pdf
Waseman re cold chain fulfillment 210830.pdf
Waseman re cold chain launch timing 210830.pdf
WeFunder Maggard as sponsor 210719.pdf
WeFunder Solicitation fup example 1of55 sent 210719.pdf
WeFunder Maggard re 2k 210720.pdf
WeFunder LaBelle re mandatory signup to vouch 210803.pdf
WeFunder GAAP Acctnt Cheng 210902.pdf
WeFunder start sequence 210903.pdf
WeFunder GAAP Acctnt Cheng Delays 210907.pdf
WeFunder re Cheng auditor delay 210908.pdf
WeFunder GAAP Acctnt Cheng 210909.pdf
WeFunder GAAP Acctnt refuses Opinion 210909.pdf
Weiner Arlon 130202.pdf
Wells Oliver Tissiman 419pm acct info150612.pdf
Wells Oliver Tissiman 654pm 150612.pdf
Wells Oliver Tissiman 150613.pdf
Wells Oliver Tissiman 2015 150615.pdf
Wells Oliver Tissiman 1 655am 150616.pdf
Wells Oliver Tissiman 2 713am 150616.pdf
Wells Oliver Tissiman 3 141110 to 1120am 150616.pdf
Wells Oliver Tissiman 3 BA Deposit Slip 1120am 150616.pdf
Wells Oliver Tissiman 4 439pm 150616.pdf
Wells Oliver Tissiman 5 619am 150617.pdf
Wells Oliver Tissiman 6 818am 150617.pdf
Wells Oliver Tissiman 7 1207pm act fast on 150617.pdf
Wells Oliver Tissiman 8 105pm 150617.pdf
Wells Oliver Tissiman 9 343pm 150617.pdf
Wells Oliver Tissiman 9190 150622.pdf
Wells Oliver Tissiman 150616R BA 180K NSF 150707.pdf
Wells Oliver Tissiman P BA 180K NSF 150707.pdf
Wells Oliver Tissiman Q re bank fraud 150715.pdf
Westchester Mgmt Skye Root re farm acq parameters 140407.pdf
WestCoastPrime reatil prepack quote request 210313.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Whole Foods Weening organic beef decline 210610.pdf
WHoyle Fee Agreement Signed 140221.pdf
Willmeng Jarvis Tom Contact Info 150808.pdf
Winnett Initial Property Search Email to Espy 110627.pdf
Winters Referral from Wyly 111101.pdf
Winters on Earnout 111123.pdf
Winters on Fund Closing 120225.pdf
Winters extends 120601.pdf
Winters re set bridge loan appt time 130104.pdf
Wire Fraud Examples Raising Consciousness of Guilt 221004.pdf
WMT initial hit on cold email 161002.pdf
WMT fup Baldwin 161010.pdf
WMT McCormick ref from Balwin 161011.pdf
WMT sales news to WO team 161011.pdf
WMT McCormick Webex 161014.pdf
WMT McCormick call tomorrow email 161017.pdf
WMT McCormick call fup 161018.pdf
WMT McCormick call fup production volumes 161020.pdf
WMT McCormick call 161109.pdf
WMT McCormick re DD discussion 161114.pdf
WMT McCormick resked and participant list 161114.pdf
WMT McCormick call fup 161116.pdf
WMT McCormick call fup 161118.pdf
WMT McCormick re investors ibankers 161121.pdf
WMT McCormick on contract outline 170108.pdf
WMT McCormick Bentonville Mtg Attendees 170111.pdf
WMT McCormick 170224 Bentonville mtg Present Draft 170123.pdf
WMT McCormick email Bentonville Mtg Presentation 170123.pdf
WMT McCormick Bentonville Mtg Attendees 170216.pdf
WMT McCormick Bentonville Mtg Invite 170216.pdf
WMT McCormick Bentonville Mtg Location 170216.pdf
WMT McCormick Bentonville mtg fup 170222.pdf
WMT McCormick re post Bentonville Mtg Rev 170222.pdf
WMT McCormick nonreply fup 170328.pdf
WMT Baldwin re decision next week 170403.pdf
WMT McCormick re mktg plans 170403.pdf
WMT McCormick on price drop 170412.pdf
WMT McCormick buyer contacts 170425.pdf
WMT China Beef ref from McCormick 170703.pdf
WMT connects China on beef 170703.pdf
WMT China Zheng initial contact 170704.pdf
WMT China Zheng merch support 170707.pdf
WMT China Zheng ROM pricing 170708.pdf
WMT China beef Higaki intro 170718.pdf
WMT China beef Higaki pricing 170811.pdf
WMT China Higaki price quote 170811.pdf
WMT China Hgiaki Quotes Specs 170821.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

WMT China Higaki adding WO factory id 170821.pdf
WMT China Higaki request factory number add 170821.pdf
WMT China Higaki quote fup 170822.pdf
WMT China WO Status Report WMT China Beef 680 ton order 170921.pdf
WMT Chna Higaki re WMT contract 170924.pdf
WMT China Higaki re process steps 170926.pdf
WMT China Preferred Freezer initial hit 170926.pdf
WMT China Americold initial hit 170929.pdf
WMT China Cargill contact punt 171002.pdf
WMT China Higaki Executed WMT Contract 171010.pdf
WMT China Update WO Team 171012.pdf
WMT China Higaki China visit and update 171023.pdf
WMT China Higaki re contract signature rqmt 171023.pdf
WMT China Higaki re JBS Specs 171026.pdf
WMT China Higaki on revised order pricing 171208.pdf
WMT McCormick on China status 171220.pdf
WMT China re labeling 180110.pdf
WMT China xmit manually signed contract copies 180112.pdf
WMT China order processing timeline 180115.pdf
WMT China Higaki re sked 180116.pdf
WMT China order timing Apr 180116.pdf
WMT China Higaki re factory flow charts trial shipment 180122.pdf
WMT China Higaki orig signed contracts sent 180123.pdf
WMT China CA OWB Packers delay 180131.pdf
WMT China Higaki intro of SCS process 180201.pdf
WMT China Higaki re OWB approval 180201.pdf
WMT China Higaki SCS 180201.pdf
WMT China Hgiaki re Cargill Tyson on China 180202.pdf
WMT China Higki re OWB SCS audit 180202.pdf
WMT China OWB stringout 180206.pdf
WMT China OWB stringout 180207.pdf
WMT China OWB stringout 180214.pdf
WMT China OWB stall 180223.pdf
WMT China OWB stall continues 180223.pdf
WMT China SamsClub China dragin 180227.pdf
WMT China Higaki email sig page xmit 180228.pdf
WMT China LiqCap AZ update 180228.pdf
WMT China Petersen re signed contract evidence 180301.pdf
WMT China re post OWB to JFO 180301.pdf
WMT China JFO inquiry 180302.pdf
WMT China re retail link 180302.pdf
WMT China status on China 180302.pdf
WMT China re local China ofcs 210130.pdf
WMT China re China ofc and contact history 210202.pdf
WMT China Liao re China ofc details 210204.pdf
WMT China on packaged cuts 210222.pdf
WMT China docs needed 210312.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

WMT China Liao re new ofcs in China 210407.pdf
WMT China re beef purchase embargo in China 210415.pdf
WMT China SAmerica Quote 210422.pdf
WMT China rejects BR Tradimpex case ready pricing 210426.pdf
WMT China intro to RMC China rep Jason 210428.pdf
WMT re US organic beef pgm 210605.pdf
WMT Redfield on domestic organic beef 210607.pdf
WMT Lehr Organic Beef Intro 210610.pdf
WMT re organic beef partner pgm 210615.pdf
WMT Lehr video mtg 210616.pdf
WMT Lehr re comp organic price premiums on ther products 210617.pdf
WMT Redfield cc Lehr video mtg 210617.pdf
WMT Lehr alt sales ramp 210618.pdf
WMT Lehr Baskin video mtg to come 210702.pdf
WMT Hutchins mtg set 210713.pdf
WMT Baskin Lehr call fup on pricing 210729.pdf
WMT Baskin Lehr video call 210729.pdf
WMT Partnering Zoom Call 210729.pdf
WMT Baskin on pricing 210810.pdf
WMT Baskin status inquiry 210816.pdf
WMT Baskin pass 210818.pdf
WMT Organic Beef pass 210818.pdf
WMT Organic Beef pgm not established 210823.pdf
WMT Baskin re pass pricing other issues 210824.pdf
WO Status Report 130130.pdf
WO Intent to Proceed Brewer corp apt rental inquiry 150809.pdf
WO Team Initial Mtg LAX 150914.pdf
WO Plant Kickoff Salinas Mtg 150916.pdf
WO Plant Willmeng ref from Sayre 150917.pdf
WO Status Report Adamson PPM 150917.pdf
WO Team re PPM S-1 processes 150921.pdf
WO Plant Kickoff Salinas Mtg 150922.pdf
WO Plant Willmeng contract draft 151012.pdf
WO Plant Willmeng kickoff meet Oct 27 151019.pdf
WO Plant Willmeng cost workup status 151021.pdf
WO Status Report Jabor and Sales 151022.pdf
WO Hyder Farm Castro on Oliver 151028.pdf
WO Weekly Status Report reaction Petersen 151029.pdf
WO Hyder Farm Terminal Estimate to Oliver 151030.pdf
WO Sales Fresh Express Smith contact 151104.pdf
WO Grt Western Bk local takeover visit 151117.pdf
WO Team on Jabor Funded on Time 151117.pdf
WO Team re Jabor snag  151118.pdf
WO Team on financings 151120.pdf
WP Paypal Acct Detail Sep-Dec 151231.pdf
WO Team on 179mm Financings 160101.pdf
WO Status Financings 160121.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

WO Financings deal status to team 160208.pdf
WO Status Kingman Startup Financings 160209.pdf WO Status Report financings
160421.pdf
WO Status re Oliver Term Sheet Verbal 160719.pdf
WO Status Final Oliver Hyder present sked 160804.pdf
WO Status Hyder Oliver rework 160818.pdf
WO Status DD Fin Sales 160929.pdf
WO Status Report on Hyder Oliver new pitch status 161006.pdf
WO on WMT progress 161018.pdf
WO Status financings 161103.pdf
WO Status Financings WMT Kroger 161115.pdf
WO Status Kroger projection incl 161226.pdf
WP Great Western 2016 DDA Account 161231.pdf
WO Org Chart 170111.pdf
WO Blitch re ofc space tour 170118.pdf
WO Status Report Reed Wood join 170119.pdf
WO Team re Gerlach soi tests 170201.pdf
WO Blitch re Stockton Hill Famr tour w Blackpool 170203.pdf
WO Smith CFO re Revolution VC pass 170203.pdf
WO Status Rpt Stockton Hill Update 170209.pdf
WO Status Rpt incl WMT status 170223.pdf
WO Team re Blackppol to fund 170301.pdf
WO Team re Blackpool no reply stringout 170309.pdf
WO Team re Blackpool deadline miss 170310.pdf
WO Status Report DD retainer need 170320.pdf
WO also Cardone on Status WMT others 170403.pdf
WO Team WMT dead Alb on track others 170404.pdf
WO Status Skaar 170504.pdf
WP Executive Summary Bus Plan 170507.pdf
WO Status Report Skaar Investor Interest 170515.pdf
WO Team Smith CFO Termination Notice 170612.pdf WO Team Smith CFO
Termination 170613.pdf
WO Team on DD Funding Skaar Acq Date 170615.pdf
WO Status Report Skaar nothing from Alberts 170706.pdf
WO Status Report re DD potential investors 170713.pdf
WO Status Report Skaar deal progress LOI 170727.pdf
WO Status Report 171005.pdf
WO Status Report Banco Advisors busted mtg 171101.pdf
WO team Blitch connects Alltech to Nickless 171102.pdf
WO Status Report re Banco ND Investors Skaar WMT 171116.pdf
WO Status Report new investors Banco ND pass 171118.pdf
WO Status Report re WMT China Sole Source 180104.pdf
WO Status on WCC feedyerds TX 180118.pdf
Wyly re Winters Delay Response 111114.pdf
Wyly re bridge need Blackpool 120921.pdf
Wyly early contact 130716.pdf
YieldStreet re Lake County fin 210711.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Zaharis re Cowley Kodiak Produce temp cooler space 170206.pdf
Zayid email cc Hewitt London 121008.pdf
Zayid Hewitt re Investor Zayid 121008.pdf
Zayid email re funds transfer 121014.pdf
Zayid Corp JV Agreement 121018.pdf
Zayid Signed Subscription Agreement Cancelled 121018.pdf
Zayid Inv Banco Santander App 121115.pdf
Zayid FIRST AMENDMENT TO JV 140220.pdf
Zayid on attny funding request 140227.pdf
Zayid re BofA checking account number 140228.pdf
Zayid Attorney Tawfeek Chaing re fee 140301.pdf
Zayid re Malaysian Attny Not Confirmed 140305.pdf
Zeman Ranch 2 NE on famr sales process and investors 210605.pdf
Zeman Ranch broker discussion re investors 210605.pdf

## BINDER65 EMAILS

| Date | Topic | Page |
|---|---|---|
| 210325 | Bergen County NJ Vax Emails to County Executive and freeholders | 10187-10250 |
| 180604 | Outlook response to Email Hack | 10251-10252 |
| 211116 | Club Freetime hack | 10253-10255 |
| 210406 | NOLA Marriott Doublebill to constrain available credit | 10256-10258 |
| 181210 | Employment applications - resume submissions to screened-in network, recruiters, prospective employers | 10259-10301 |
| 211127 | NYPD – clarification of scope of evidence preservation letter sent to NYPD | 10302-10304 |

## BINDER66 EMAILS

| Date | Topic | Page |
|---|---|---|
| 080110 | Chalom re 282 Palisade Cliffside Park NJ plumbing issue | 10305-10306 |
| 070927 | Chalom re 282 Palisade Cliffside Park NJ rent and deposit analysis | 10307 |
| 070905 | HopeFound re deposit loan to transition from Boston homeless shelter | 10308-10310 |
| 071106 | Establish client PPG project travel reservation | 10311-10317 |

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

| 071203 | Establish Wong re yearbook article editing | 10318 |
|---|---|---|
| 080227 | Establish Pregner re email access issue | 10319 |
| 080227 | Establish Clipper Windpower project notes | 10320-10330 |
| 080623 | Establish Ross re termination today | 10331-10335 |
| 080625 | Establish – Pankowski wedding | 10336-10340 |
| 080625 | Modderman re Pankowski wedding | 10341-10342 |
| 080625 | Establish Ross re commission and termination pay short pay | 10343-10344 |
| 080626 | Modderman re Pankowski wedding | 10345-10351 |
| 080630 | Establish – Ross, Meeks re commission and termination pay  short pay | 10352-10354 |
| 080630 | Establish – Drumm confirming conversation and re departure | 10355 |
| 080702 | Establish – Ross re commission and termination pay  short pay | 10356-10360 |
| 080227 | Establish Clipper Windpower project notes document | 10361-10364 |
| 080522 | Telluride Cancelled vacation trip | 10365-10371 |
| 080502 | Disability insurance request masquerade for illegal medical records search | 10372 |
| 080426 | Telluride vacation reservation | 10373-10375 |
| 080624 | Employment networking email – 14 contacts, insider network sustains control | 10376-10393 |
| 080512 | Modderman email sequence incl Pankowski wedding, weekend trip, Spamalot | 10394-10422 |
| 080821 | NY Cares volunteer project Long Beach | 10423-10424 |
| 080818 | Jeanette check-in | 10425 |
| 080815 | NY Cares volunteer Library reading trip | 10426-10427 |
| 080803 | Modderman bust up notes | 10428 |
| 080802 | NY Cares volunteer trip bad address note | 10429 |
| 080720 | NY Cares volunteer HousingWorks clothing sort | 10430-10432 |

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

| 071201 | Accidental art short pay note from Brewer | 10433 |
| 081212 | NJ Unemployment Insurance re their call cutoff after 57 minute hold | 10434-10436 |
| 081216 | NJ Unemployment insurance re 9 failed inbound call attempts re benefits | 10437-10439 |
| 081218 | Family members re landlord Chalom $11K short pay on improvements to 282 Palisade Ave Cliffside Park NJ apartment and corruption issues | 10440-10444 |

**DOCUMENTS:** Contents are originally drawn from Lead Plaintiff's personal computer folders. This includes the folder All Email Addresses 221103 which includes selected contents from the following Lead Plaintiff (Dennis Brewer) accounts:

WO WinnettOrganics

SBI Sheldon Beef

Hotmail Hotmail

GPR Gannett Peak Ranch

Other documents included in these binders were located by Lead Plaintiff during preparation of this set of exhibits. They are retained throughout the original document folders on Lead Plaintiff's personal computer. The folders contain contracts, agreements, business plans, document drafts, bank statements spreadsheets, and other source documents. Excerpts considered relevant to the original Complaint are included in the Binders.

Lead Plaintiff also noted numerous instances where signed copies of documents which had been executed by both parties were not accessible on his personal computer. These may have been removed or deleted by Defendants during a hacking process or by Defendants as a result of consent given for "customer support" takeovers of Lead Plaintiff's personal computer as the result of a hack which disabled the personal computer. Such acts of Defendants would have included color of law pretexted and preplanned acts including, without limitation, deletions of documents and/or software, such as keyboard and/or file logging and malware software code which had been previously planted by Defendants and later removed by Defendants to avoid detection or to update such software.

Thousands of additional emails and documents are available during the discovery process.

NOTE: Documents located in Binder52 through Binder62 are in date sequence. Additional documents located in Binder64 through Binder68 are shown with the page number reference listed in the rightmost column below as they are not necessarily in date sequence in those binders.

**DOCUMENTS IN DATE SEQUENCE:**

| Date | Topic | Page |
| --- | --- | --- |

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

| 490812 | Geneva Convention 1949 Table of Contents | 10614-10619 |
| 490812 | Geneva Convention 1949 Article 3 Murder, Torture, Degrading Treatment, Religion | 10620 |
| 490812 | Geneva Convention 1949 Article 32 Access to Health Care | 10631 |
| 490812 | Geneva Convention 1949 Article 33 Property | 10631 |
| 490812 | Geneva Convention 1949 Article 50 Medical Experiments | 10637 |
| 490812 | Geneva Convention 1949 Article 56 Access to Health Care | 10639 |
| 490812 | Geneva Convention 1949 Article 97 Theft | 10653 |
| 490812 | Geneva Convention 1949 Article 147 Murder, Torture, Medical Experiments, Property | 10672 |
| 770608 | GENEVA CONVENTIONS 1977 ADDITIONAL PROTOCOL 1 | 10694-10736 |

840201 D Brewer 17026 NE I33 Redmond WA Redfin 220818 840201.pdf
840201 D Brewer17026 NE 133 Redmond WA Sale Deed Listing 220818 840201.pdf
840505 D Brewer Marriage Cert May 5 1984 Lynne 840505.pdf
900330 D Brewer 11729 NE 149 Kirkland WA 220818 900330.pdf
900330 D Brewer Marriage App Jeanette 1990 900330.pdf

| 010911 | 010911 AUMF 2001 Afghanistan 010911.pdf | 10737- 10738 |
| 021016 | 021016 AUMF 2002 Iraq 021016.pdf | 10739- 10744 |

030122 CNA Brewer et al Unpaid Compensation Case Document Summary Info 30122.pdf

| 030122 | 030122 Brewer CNA Brewer Counsel Larson 030122.pdf<br>030122 Brewer CNA CNA Motion for Summary Judgment 030122.pdf<br>030122 Brewer CNA Decl Amount Due etc 030122.pdf<br>030122 Brewer CNA Docket Sheet 030122.pdf<br>030122 Brewer CNA Plaintiff Brewer Ans 030122.pdf<br>030122 Brewer CNA Summons and Complaint 030122.pdf | 10468-10527 |

030630 Tech Sales Leads Revised TSL List 221007.pdf
040210 Performa (Allegent dba) v ShipNow 220818 040210.pdf

| 040713 | 040713 Allegent ShipNow Confirmation of Joinder 040713.pdf<br>040713 Allegent ShipNow Dismissal With Prejudice 040713.pdf<br>040713 Brewer Allegent ShipNow Docket Sheet 040713.pdf<br>040713 Brewer ShipNow Amended Complaint 040713.pdf<br>040713 Brewer ShipNow Disclosure 040713.pdf<br>040713 Brewer ShipNow Notice of Appearance 040713.pdf | 10445- 10467 |

040804 Biolabs Fire EPA ER Report- Final.PDF.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

061001 Jeanette Timeline 1 061001.pdf
061001 Jeanette Timeline 2 061001.pdf
061001 Jeanette Timeline 3 061001.pdf
061001 Jeanette timeline email 061001.pdf
070725 Establish Offer Letter Dennis Brewer.pdf
080625 D Brewer Resume.pdf
120809 Williams LOI Dallam Cnty 800ac Farm HULL LOI 0001.pdf
120824 WP IRS Employer ID Number FEIN 120824.pdf
121002 Zayid 20MM Cancelled Signed Subscription Agreement Cancelled 121002.pdf
121022 WP (CO) Articles of Incorporation 121022.pdf
121022 Zayid Signed JV Agreement121022.pdf
121201 RJ Lumba CV 12.2012 121201.pdf
121202 Stock Cert 003 D Merck 121202.pdf
121211 LOI Farm Dickson Final 121211.pdf 130311
Charles Jackson Resume 130311.pdf
130620 Blum Signed Agreement Blum 130620.pdf
131021 CalOrganic Price List 201401301259 131021.pdf
140207 Jackson Contract 140207.pdf
140217 Alberts Organics 201312300955 New Vendor Form Signed 140217.pdf
140221 WHoyle Fee Agreement Signed 20140221150230580 140221.pdf
140227 Signed Tawfeek Chiang standard agreement form filling 140227.pdf
140408 Perimeter Sales Merchandising Pitch Deck 140408.pdf
140620 Ray Sullivan ID incl Bar Numbers 140620.pdf
140801 NHIG Hong Kong Financing Signed 140801.pdf
140829 Warren John INVESTMENT AGREEMENT New-2 Signed 140829.pdf
141105 Liberty EB-5 LOI WinnettOrganics LOI 11-5-14.pdf
141112 Liberty EB-5 Contract Annotated 141112.pdf
141112 Liberty EB-5 LOI .pdf
141112 Liberty EB-5 LOI 141112.pdf
150101 Akoto Mailing Address 150101.pdf
150516 CPB Travel Record incl Dubai 150516 2021-107640_rc (3).pdf
150618 Blackpool Private Placement Offering Doc Winnett 150618.pdf
150702 WO (CO) Articles of Incorporation 150702.pdf
150729 Smith 100K Subscription Agreement SKMBT_C36415072911310 DB Signed 150729.pdf
150730 Smith 100K Check 1of2 150730.pdf
150730 Smith 100K Check 2oof2 150730.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

| 150805 | 150805 WP Stock Cert 002 Preferred Series A Dean Smith 150805.pdf<br>150917 WP Stock Cert 003 D Brewer 150917.pdf<br>150921 WP Stock Cert 016 Common Belli Architectural Group 190521.pdf<br>150921 WP Stock Cert 017 Common Sullivan 190521.pdf<br>150927 WP Stock Cert 004 Preferred Series A Doug Petersen 150927.pdf<br>150927 WP Stock Cert 005 Preferred Series A Dean Smith 150927.pdf<br>150929 WP Winnett Perico Shares Auth Attach150929.pdf<br>160320 WP Stock Cert 006 Preferred Series A Dean Smith 160320.pdf<br>160404 WP Stock Cert 007 Preferred Series A Doug Petersen 160404.pdf<br>161024 WP Stock Cert 008 Preferred Series A Dean Smith 161024.pdf<br>161028 WO Cattle Co Annual Report 161028.pdf<br>170103 WP Stock Cert 009 Preferred Series A Doug Petersen 170103.pdf<br>170420 WP Stock Cert 010 Preferred Series A Doug Petersen 170420.pdf<br>170519 WP Stock Cert 011 Preferred Series A Doug Petersen 170519.pdf<br>170708 WP Stock Cert 012 Preferred Series A Doug Petersen 170708.pdf<br>170911 WP Stock Cert 013 Common D Brewer 170911.pdf<br>170914 WP Stock Cert 014 Preferred Series A Doug Petersen 170914.pdf<br>170923 WP CO SOS Annual Report 170923.pdf<br>180305 WP Stock Cert 015 Preferred Series A Doug Petersen 180305.pdf 190628 WP Shares Distribution 190628.pdf | 10528-10565 |

150821 Shareholder Info D Smith Address Preferred Trust 150821.pdf
150824 Intelligent Office Tucson Winnett Perico IO 2015082413345961 150824.pdf
150824 Rose Jordan Contingency Agreement-Winnett Organics Signed 150824.pdf
150825 AZ Foreign Corp Signed 150825 WINNETT PERICO, INC. AZ QUALIFICATION 150825.pdf
150830 D Brewer Air Itinerary EWR PHX Hold for Anglade EWR 150830.pdf
150830 D Brewer Car Rental Itinerary EWR PHX Hold for Anglade EWR 150830.pdf
150830 D Brewer Hotel EWR PHX Hold for Anglade EWR 150830.pdf
150830 D Brewer Hotel Tucson EWR PHX Hold for Anglade EWR 150830.pdf
150830 D Brewer NJ Transit Out EWR PHX EWR 150830.pdf
150830 D Brewer NJT Rtn EWR PHX EWR 150830.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

150830 D Brewer US Airways EWR PHX EWR 150830.pdf
150908 Altahawi Adamson 150908 Capital Markets Agreement Signed 150908.pdf 150908
Altahawi Adamson 150908 Consultency Agreement, Winnett Perico Signed
150908.pdf
150908 Altahawi Adamson Consultancy Agreement ANNEX A.pdf
150915 Intelligent Ofc Tucson D Brewer Additional Members Signed 150915.pdf
150917 Belli 14077 Belli-WO PSA Signed 150917.pdf
150918 Belli 14077_Meeting Minutes 150918.pdf
150920 Altahawi Adamson 22MM WP PPM FINAL 150920.pdf
150924 WP WO Los Angeles Management Meeting Agenda 150924.pdf
150925 Belli 14077 WO Mtg Agenda Salinas 150925.pdf
150925 Belli 14077_Project Contacts 150925.pdf
150925 Belli 14077_Winnett Organics Kick-Off Meeting Minutes 1 150925.pdf

| 150930 | Smith Stock Option Agreement Signed After Backdating request | 10176-10178 |
|--------|--------------------------------------------------------------|-------------|
| 151021 | Qatar MEC Application for JV License - Jabor | 100108-10110 |
| 151027 | Wire Transfer $9975 for MEC License | 10111-10113 |
| 151027 | TD Ameritrade Wire Transfer | 10114-10118 |

151123 PPM Expert Questionnaire 151123.pdf
151223 Ibankattroneys Kunsak Complete s1filing Signed DB 151223.pdf

| 151227 | Paypal Debit Card Detail 150902-151227 | 10134-10137 |
|--------|----------------------------------------|-------------|

160105 PPM Expert 100MM Debt Offer Document Winnett Perico 160105.pdf
160107 Leblond Hire Release Signed 160107.pdf
160601 Chardan SPAC overview (June 2017) - $50 MM (Sponsors) 160601.pdf
160604 RAM C&S WinnettOrganics C&S Presentation 160604.pdf
160609 RAM Reinhart WinnettOrganics Reinhart Food Services 160609.pdf
160713 DD Engagement Letter Signed 160713.pdf
160719 Oliver Hyder WO Presentation to Oliver 160719.pdf
160719 Oliver mtg WO ProForma Presentation V1 160719.pdf
160928 DelMorgan 160928 Engagement Summary - WinnettOrganics.pdf 161024
Lux Offices Avondale AZ WinnettOrganic Inc. Signed Lease 161024.pdf
161129 Blackpool Shefford Consulting Agreement $1MM WinnettOrganics Fully Executed
161129.pdf

| 161129 | Blackpool Bridge Loans Brochure | 10138-10156 |
|--------|----------------------------------|-------------|

161228 Swisslog Winnette Organics-Budget Proposal  12-28-2016 v1_1 161228.pdf
161231 Great Western Bank Disbursements 2016 221130.pdf
170107 Barings WinnettOrganics Barings Presentation 170107.pdf
170119 Reed Bill Reed Disclosure Letter Winnett Organics 17.01.2017.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

170124 DD Swisslog Winnette Organics- JAN Mtg  1-24-2017 v1 170124.pdf

| 170127 | Task Worksheet – Brewer CEO | 10179-10180 |
|--------|------------------------------|-------------|
| 170127 | Task Worksheet – Blitch CIO | 10181-10182 |
| 170127 | Task Worksheet – Smith CFO | 10183-10184 |
| 170127 | Task Worksheet – Vindiola Dir HR | 10185-10186 |

170202 Blackpool 20MM WinnettOrganics Term Sheet Executed 170202.pdf
170218 Saul Barings WO Revised LOI Stockton Hill Farm 170218.pdf
170222 Utica Signed Winnet Proposal 2-21-17 170222.pdf
170222 WMT McCormick 170221 Bentonville mtg Revised Presentation Fup 170222.pdf
170303 Oxbo Eqpt email Purchase_Order_1004_from_Winnett_Perico_Inc 170303.pdf

| 170303 | DoubleK Invoice Ricky King | 10132-10133 |
|--------|----------------------------|-------------|

170306 Oxbo Dump Carts WP PO 1008 170306.pdf
170306 Oxbo Quote Winnett Organics 2475 x3 rev. 03.02.17 (2) 170306.pdf
170509 SeedInvest Winnett Perico, Inc. Engagement Agreement 170509.pdf
170510 Petersen Midland Completed New Asset Information Document.5.10.17
170510.pdf
170522 DD Skaar JBS Letter 170522.pdf
170524 BA Bestwick Cardone BAML-Natural Food Symposium (2017) 170524.pdf
170601 Chardan SPAC overview (June 2017) - $50 MM 170601.pdf
170601 EarlyBirdCapital SPAC Overview - June 2017 v3 170601.pdf
170626 SPAC EB Dennis Brewer - $100mm SPAC Illustrations 170626.pdf
170630 Glandt Hansen AP Fee Schedule 170630.pdf
170710 NY PE Firm Ref by DD OGrady Signed Project Feedlot NDA 170710.PDF
170710 Signed Focus Acquisition-Winnett Cattle NDA 170710.PDF
170721 Royal Chemical Price Qte Org Fert Pkg 170721.pdf
170905 DD Skaar Teaser 170905.pdf
171010 WMT China Std Supplier Contract 171010.pdf
171116 DD Signed Terminated Engagement Agreement Winnett-Dominick_5_31_17
171116.pdf
171221 Eslabon Bretz Executed Winnett Cattle CA 12-22-17 171221.pdf
180102 Tradekey VIP Contract #89779 180102.pdf
180117 Fractal Roznowski Executed Agreement1-17-18 180117.pdf
180118 HEC feedyard contract SKMBT_C654e18011814500 180118.pdf
180207 WMT Std Supplier Contract Signature Page image2018-02-09-142033 180207.pdf

| 180302 | Walmart China Retail Link Vendor application | 10172-10173 |
|--------|----------------------------------------------|-------------|
| 180304 | Beef Sales Solicitation Email text | 10174-10175 |

180306 Tradekey Orbit Winnett Cattle Company VIP Contract #89779 180306.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

180306 Winnett Cattle Company VIP Contract #89779 Signed 180306.pdf
180313 NBH Treasury Services Resolution 201803151612 180313.pdf
180313 Tradekey KYC Form Complete 180313.pdf
180315 Waseman I-9 scan0010 180315.pdf
180318 DC International Daleuski Passport DC Intl 180318.pdf
180320 Bibby 1MM AR Line WCC Signed Proposal for Winnett Cattle Company, Inc.
180320.pdf
180320 Bibby WCC Signed Proposal for Winnett Cattle Company, Inc. 180320.pdf
180323 WCC 420K App Currency Signed Verification Form - Currency 2016 180323.pdf
180331 Crossroads PO Fin 750K Winnett Cattle Company - Signed Proposal 180331.pdf

| 180404 | Auctus Confidentiality Agreement | 10119 |
|---|---|---|

180405 Madison Street Capital MSC Agreement-Winnett Cattle Co, Inc. 180405.pdf
180414 Sallyport Signed SCF Proposal Letter Winnett Cattle Company Inc_ (003)
180814.pdf
180418 Rostra 300K Notes Term Sheet no signature reqd.pdf
180425 Tradekey Orbit Winnett Cattle Company VIP Invoice 180425.pdf 180514
Tradekey Winnett Cattle Company VIP Invoice #89779-B 180514.pdf
180517 WMT SCS Audit Preferred Frzr 20180517_1005110267Deposit_Invoice
180517.pdf
180529 Bawtry UK Winnett PO 180529.pdf
180530 Bawtry ProForma Invioce from WCC bdproforma 180530.pdf
180604 Preferred Freezer CA Winnett Cattle 2018 Agreement Preferred signed 180604.pdf
180616 Sallyport Signed SCF Application 180616.pdf
180620 Dynamic Capital App Signed Winnett Dynamic App 180620.pdf
180701 Sullivan Winnett Perico Bill for June 2018 180701.pdf
180723 England Logistics WCC Signed CCLTL Customer Packet (Master) 180723.pdf
180726 Tradekey Winnett Cattle Company VIP Invoice #89779-C 180726.pdf

| 180726 | Smith $30K Loan | 10157 |
|---|---|---|

180730 D Brewer FS for SBI Surety Bond 413-NEW-as-of-7-30-2018 180730 .pdf
180731 Tradekey Orbit Winnett Cattle Company VIP Contract #89779 - C.PDF
180801 Winnett Perico Bill for July 2018 180801.pdf
180814 Sallyport 1750K SCF Proposal Letter Winnett Cattle Company Inc_ (003) 180814.pdf
180823 NAL Hughes $2point5MM Initial Term Sheet debenture 180823.pdf
180901 Gibson 8plusMM BGibson WCC LOAN Contract 180901.pdf
180901 Sullivan Winnett Perico Bill for August 2018 180901.pdf
180905 NAL Hughes Consulting Agreement Winnerr 180905.pdf
180919 Priority Funding 5point6 MM WCC PFS-Application 180919.pdf
181001 Sullivan Winnett Perico Bill for September 2108 181001.pdf
181010 Tradekey Winnett Cattle Company Working Report 181010.pdf
181011 1856_001 SMETA Audit Invoice181011.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

181012 NAL Hughes 350K min Winnett Conditional Term Sheet (002) 181012.pdf
181025 Al Mal Capital KYC 181025.pdf
181101 Sullivan Winnett Perico Bill for October 2018 181101.pdf
181106 Winnett Cattle Company Working Report181106.pdf
181120 Al Mal Capital signature page on This PC drive 181120.pdf
181201 Sullivan Winnett Perico Bill for November 2018 181201.pdf
181228 Tradekey Winnett Cattle Company Working Report 181228.pdf
190102 Sullivan December 2018 Billing 190102.pdf

| 190124 | Cornhusker engagement Letter | 10120-10124 |
| 190201 | Smith Loan pays Cornhusker Retainer | 10125 |

190201 Smith Note 5K 190201.pdf
190201 Sullivan Billing for Jan 2019 190201.pdf
190213 Vendorco Walker SBI Teaser for Costco 190213.pdf
190213 Vendorco Wlaker Signed Agreement Costco 190213.pdf
190228 Sullivan Billing for Feb 2019 190228.pdf
190303 Leverstone LOI Beef 190303.pdf
190310 Est Date of DC International Sales Agreement 190310.pdf
190310 Est Date of DC International Sales Agreement Signed 190310.pdf
190319 Commercial Finance Partners App 190319.pdf
190319 Commercial Finance Partners App Acct Rec Suppl 190319.pdf
190325 Capital Source Group App 190325.pdf
190401 Sullivan Winnett Perico Bill for March 2019 190401.pdf
190411 Interbio ICPO N° IBI-20190321-01 Beef Cuts_ Signed 190411.pdf

| 190412 | Smith Paid Costco Trip Hotel Reservation | 10165-10171 |

190501 Costco Walker Vendorco Huskey Costco Final Presentation 190501 (1) (2).pdf
190501 Sullivan Winnett Perico Bill for April 2019 190501.pdf
190508 Antonelli refers World Bus Lenders 2point5MM WCC WBL Application 190508.pdf
190529 Kennedy Funding WCC Completed KFF_Executive_Summary_Fillable_Levitt
NEW 190529.pdf
190612 Reich Bros $3pt5MM Lease ref Buckingham 190612.pdf
190621 Smith Litigation Sullivan Winnett - WCC Letter Respond to Evers-DSmith
190621.pdf
190625 Evers Ltr to R. Sullivan 160925.pdf
190703 Turpin Feedyard Purch Agrmt144454 190703.pdf 190708
Kennedy Funding LOI Turpin 2pt5MM 190708.pdf
190710 Smith Litigation Winnett - WCC Letter Responding to Evers - Dean Smith II
190710.pdf
190714 Hitoshi Investment $3MM Fully Executed NOGUCHI HITOSHI 190714.pdf
190723 Smith Litigation Sullivan Winnett - WCC Letter to Evers - Dean Smith III
190723.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

190729 Capital Markets Expert WCC Submission Policy w. agent CME 190729.pdf
190729 Johnson Todd Approval letter to Loaning 2.8MM 190729.pdf
190730 NY Business Capital App 190730.pdf
190730 NY Business Capital App is digitally signed at the original 190730.pdf
190730 WCC AgAmerica Land Loan Application FL 3MM 190730.pdf
190731 ACG & Dennise Brewer Signed back fee agr. NV 190731.pdf

| 190801 | Auctus Subpoena re Cornhusker Poaching Illegal Search Pretext | 10126-10131 |

190909 CIA's Secret Quest For Mind Control _ NPR 190909.pdf
200106 Smith Litigation Halt Proposal to resume company operations 200106.pdf
200110 Capstone App 200110.pdf
200123 SBI Articles of Incorporation NJ 200123.pdf
200123 SBI Completed App NJ-REG 200123.pdf
200123 SBI EIN CP 575 A Notice 200123.pdf
200124 SBI Shares Distn 200124.pdf

| 200123 | 200123 SBI Completed NJ-REG 200123.pdf<br>200123 SBI EIN 84-4406368 CP 575 A Notice 200123.pdf<br>200123SBI Articles of Incorp NJ 200123.pdf<br>200225 SBI 001 Brewer Stock Cert Common 200225.pdf<br>200225 SBI 002 Waseman Stock Cert Common 200225.pdf<br>200225 SBI 003 Nickless Stock Cert Common 200225.pdf<br>200225 SBI 004 Sullivan Stock Cert Common 200225.pdf<br>200225 SBI 005 Canchola Stock Cert Common 200225.pdf<br>200225 SBI 006 Petersen Stock Cert Common 200225.pdf<br>200225 SBI 007 Belli Stock Cert Common 200225.pdf<br>200225 SBI 2020 Stock Opt Plan approved by BD on 200225.pdf<br>200225 SBI Canchola SB Grant - Signed 200225.pdf<br>200225 SBI Canchola SBI Notice of Stock Option Grant 200225.pdf<br>200225 SBI Nickless SBI Notice of Stock Option Grant 200225.pdf<br>200225 SBI Nickless Stokcoption Grant 200225.pdf<br>200225 SBI Waseman SBI Notice of Stock Option Grant 200225.pdf<br>200324 SBI Shares Distribution 200324.pdf | 10566- 10613 |

200220 Intrepid Capital Sheldon Beef Intrepid NC-NDA  Completed 200220.pdf
200220 Intrepid Capital Sheldon Beef Intrepid NC-NDA  Completed Screenshots 200220.pdf
200225 Intrepid Capital Fees 12K Invoice 1  200225.pdf
200225 SBI Shares Distn 200225.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

| 200228 | 200228 Brookings Natnl Security Study Group | 10745-10747 |
|--------|---------------------------------------------|-------------|
| 200228 | 200228 Pres Auth Natnl Security 202228.pdf | 10748-10749 |

200306 AAY Investments Panama Info Form PO Fin $3MM SBI AAY CIS - 2020
Completed 200306.pdf
200401 Capstone Term Sheet 11MM Trade Finance Line 200401.pdf
200707 SBI Case Ready Plant 17 Plant Operations Workflow Design Rev 1.7 200707.pdf
200813 RMC Poon Raymond Signed Contract RMC Signature page 200813.pdf
201002 Assure Group AGI signature page 201002.pdf
201231 SBI AP Aging Detail Report 2020 12-31 draft v1 201231.pdf
201231 SBI Balance Sheet 2020 12-31 draft v1 201231.pdf
201231 SBI Income Statement 2020 12-31 draft v1 SBI.pdf
201231 SBI Sheldon Beef Tax Return 2020 12-31 Draft v1 201231.pdf
210328 Bergen Covid Vaccine History from Jan 28 210328.pdf
210701 Lake County 3559 AC MOL Signed LOI 210701.pdf
210701 Lake County 3559.45 Brochure.pdf
210703 D Brewer SBI Debt-Schedule-Signed 210703.pdf
210703 SBI Debt Schedule Digitally Signed Document Not Converted 210703.pdf
210713 DB Markup for Reimbursement Chase Bank Statement 210713.pdf
210913 ABT ICPO Lan Zhou Utility Beef Qtrs 210913.pdf
211027 BRF_Specification & Price Offer 2020 210127.pdf

NOTE: Documents located in Binder52 through Binder62 are in date sequence. Additional documents located in Binder64 through Binder68 are shown with the page number reference listed in the rightmost column below as they are not necessarily in date sequence in those binders.

**DOCUMENTS IN ALPHABETIC SEQUENCE:**

1856_001 SMETA Audit Invoice181011.pdf
AAY Investments Panama Info Form PO Fin $3MM SBI AAY CIS - 2020
Completed 200306.pdf
ABT ICPO Lan Zhou Utility Beef Qtrs 210913.pdf
ACG & Dennise Brewer Signed back fee agr. NV 190731.pdf
Akoto Mailing Address 150101.pdf
Al Mal Capital KYC 181025.pdf
Al Mal Capital signature page on This PC drive 181120.pdf
Alberts Organics 201312300955 New Vendor Form Signed 140217.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

| | |
|---|---|
| 040713 Allegent ShipNow Confirmation of Joinder 040713.pdf<br>040713 Allegent ShipNow Dismissal With Prejudice 040713.pdf<br>040713 Brewer Allegent ShipNow Docket Sheet 040713.pdf<br>040713 Brewer ShipNow Amended Complaint 040713.pdf<br>040713 Brewer ShipNow Disclosure 040713.pdf<br>040713 Brewer ShipNow Notice of Appearance 040713.pdf | 10445-<br>10467 |

Altahawi Adamson 150908 Capital Markets Agreement Signed 150908.pdf
Altahawi Adamson 150908 Consultency Agreemnt, Winnett Perico Signed
150908.pdf
Altahawi Adamson 22MM WP PPM FINAL 150920.pdf
Altahawi Adamson Consultancy Agreement ANNEX A.pdf
Antonelli refers World Bus Lenders 2point5MM WCC WBL Application
190508.pdf
Assure Group AGI signature page 201002.pdf
AZ Foreign Corp Signed 150825 WINNETT PERICO, INC. AZ QUALIFICATION
150825.pdf

| | |
|---|---|
| Auctus Confidentiality Agreement | 10119 |
| Auctus Subpoena re Cornhusker Poaching Illegal Search<br>Pretext | 10126-10131 |

BA Bestwick Cardone BAML-Natural Food Symposium (2017) 170524.pdf
Barings WinnettOrganics Barings Presentation 170107.pdf
Bawtry ProForma Invioce from WCC bdproforma 180530.pdf
Bawtry UK Winnett PO 180529.pdf
Belli 14077 Belli-WO PSA Signed 150917.pdf
Belli 14077 WO Mtg Agenda Salinas 150925.pdf
Belli 14077_Meeting Minutes 150918.pdf
Belli 14077_Project Contacts 150925.pdf
Belli 14077_Winnett Organics Kick-Off Meeting Minutes 1 150925.pdf
Bergen Covid Vaccine History from Jan 28 210328.pdf
Bibby 1MM AR Line WCC Signed Proposal for Winnett Cattle Company, Inc.
180320.pdf
Bibby WCC Signed Proposal for Winnett Cattle Company, Inc. 180320.pdf
Biolabs Fire EPA ER Report- Final.PDF.pdf
Blackpool 20MM WinnettOrganics Term Sheet Executed 170202.pdf
Blackpool Private Placement Offering Doc Winnett 150618.pdf
Blackpool Shefford Consulting Agreement $1MM WinnettOrganics Fully Executed 161129.pdf

| | |
|---|---|
| Blackpool Bridge Loans Brochure | 10138-<br>10156 |

Blum Signed Agreement Blum 130620.pdf
BRF_Specification & Price Offer 2020 210127.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

CalOrganic Price List 201401301259 131021.pdf
Capital Markets Expert WCC Submission Policy w. agent CME 190729.pdf
Capital Source Group App 190325.pdf
Capstone App 200110.pdf
Capstone Term Sheet 11MM Trade Finance Line 200401.pdf
Chardan SPAC overview (June 2017) - $50 MM (Sponsors) 160601.pdf
Chardan SPAC overview (June 2017) - $50 MM 170601.pdf
Charles Jackson Resume 130311.pdf
CIA's Secret Quest For Mind Control _ NPR 190909.pdf
CNA Brewer et al Unpaid Compnesation Case Document Summary Info 30122.pdf

| | |
|---|---|
| 030122 Brewer CNA Brewer Counsel Larson 030122.pdf<br>030122 Brewer CNA CNA Motion for Summary Judgment 030122.pdf<br>030122 Brewer CNA Decl Amount Due etc 030122.pdf | 10468-10527 |
| 030122 Brewer CNA Docket Sheet 030122.pdf<br>030122 Brewer CNA Plaintiff Brewer Ans 030122.pdf<br>030122 Brewer CNA Summons and Complaint 030122.pdf | |

Commercial Finance Partners App 190319.pdf
Commercial Finance Partners App Acct Rec Suppl 190319.pdf

| | |
|---|---|
| Cornhusker engagement Letter | 10120-10124 |

Costco Walker Vendorco Huskey Costco Final Presentation 190501 (1) (2).pdf
CPB Travel Record incl Dubai 150516 2021-107640_rc (3).pdf
Crossroads PO Fin 750K Winnett Cattle Company - Signed Proposal 180331.pdf
D Brewer 11729 NE 149 Kirkland WA 220818 900330.pdf
D Brewer 11729 NE 149 Kirkland WA 220818 900330.pdf
D Brewer 17026 NE 133 Redmond WA Redfin 220818 840201.pdf
D Brewer 17026 NE 133 Redmond WA Redfin 220818 840201.pdf
D Brewer Air Itenerary EWR PHX Hold for Anglade EWR 150830.pdf
D Brewer Car Rental Itenerary EWR PHX Hold for Anglade EWR 150830.pdf
D Brewer FS for SBI Surety Bond 413-NEW-as-of-7-30-2018 180730 .pdf
D Brewer Hotel EWR PHX Hold for Anglade EWR 150830.pdf
D Brewer Hotel Tucson EWR PHX Hold for Anglade EWR 150830.pdf
D Brewer Marriage App Jeanette 1990 900330.pdf
D Brewer Marriage App Jeanette 1990 900330.pdf
D Brewer Marriage Cert May 5 1984 Lynne 840505.pdf
D Brewer Marriage Cert May 5 1984 Lynne 840505.pdf
D Brewer NJ Transit Out EWR PHX EWR 150830.pdf
D Brewer NJT Rtn EWR PHX EWR 150830.pdf
D Brewer Resume.pdf
D Brewer SBI Debt-Schedule-Signed 210703.pdf

## Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
## Listings: Selected Emails, Documents, Disbursements, and Calendar

D Brewer US Airways EWR PHX EWR 150830.pdf
D Brewer17026 NE 133 Redmond WA Sale Deed Listing 220818 840201.pdf
D Brewer17026 NE 133 Redmond WA Sale Deed Listing 220818 840201.pdf
DB Markup for Reimbursement Chase Bank Statement 210713.pdf
DC International Daleuski Passport DC Intl 180318.pdf
DD Engagement Letter Signed 160713.pdf
DD Signed Terminated Engagement Agreement Winnett-Dominick_5_31_17
171116.pdf
DD Skaar JBS Letter 170522.pdf
DD Skaar Teaser 170905.pdf
DD Swisslog Winnette Organics- JAN Mtg  1-24-2017 v1 170124.pdf
DelMorgan 160928 Engagement Summary - WinnettOrganics.pdf

| DoubleK Invoice Ricky King | 10132-10133 |
|---|---|

Dynamic Capital App Signed Winnett Dynamic App 180620.pdf EarlyBirdCapital SPAC
Overview - June 2017 v3 170601.pdf
England Logistics WCC Signed CCLTL Customer Packet (Master) 180723.pdf
Eslabon Bretz Executed Winnett Cattle CA 12-22-17 171221.pdf
Est Date of DC International Sales Agreement 190310.pdf
Est Date of DC International Sales Agreement Signed 190310.pdf
Establish Offer Letter Dennis Brewer.pdf
Evers Ltr to R. Sullivan 160925.pdf
Fractal Roznowski Executed Agreement1-17-18 180117.pdf
Gibson 8plusMM BGibson WCC LOAN Contract 180901.pdf
Glandt Hansen AP Fee Schedule 170630.pdf
Great Western Bank Disbursements 2016 221130.pdf
HEC feedyard contract SKMBT_C654e18011814500 180118.pdf
Hitoshi Investment $3MM Fully Executed NOGUCHI HITOSHI 190714.pdf
Ibankattroneys Kunsak Complete s1filing Signed DB 151223.pdf
Intelligent Ofc Tucson D Brewer Additional Members Signed 150915.pdf
Intelligent Office Tucson Winnett Perico IO 20150824133459961 150824.pdf
Interbio ICPO Nº IBI-20190321-01 Beef Cuts_ Signed 190411.pdf
Intrepid Capital Fees 12K Invoice 1  200225.pdf
Intrepid Capital Sheldon Beef Intrepid NC-NDA  Completed 200220.pdf
Intrepid Capital Sheldon Beef Intrepid NC-NDA  Completed Screenshots
200220.pdf

| 151021 | Jabor Qatar MEC Application for JV License - Jabor | 100108-10110 |
|---|---|---|
| 151027 | Jabor Wire Transfer $9975 for MEC License | 10111-10113 |
| 151027 | Jabor TD Ameritrade Wire Transfer | 10114-10118 |

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Jackson Contract 140207.pdf
Jeanette Timeline 1 061001.pdf
Jeanette Timeline 2 061001.pdf
Jeanette Timeline 3 061001.pdf
Jeanette timeline email 061001.pdf
Johnson Todd Approval letter to Loaning 2.8MM 190729.pdf
Kennedy Funding LOI Turpin 2pt5MM 190708.pdf
Kennedy Funding WCC Completed KFF_Executive_Summary_Fillable_Levitt
NEW 190529.pdf
Lake County 3559 AC MOL Signed LOI 210701.pdf
Lake County 3559.45 Brochure.pdf
Leblond Hire Release Signed 160107.pdf
Leverstone LOI Beef 190303.pdf
Liberty EB-5 Contract Annotated 141112.pdf
Liberty EB-5 LOI .pdf
Liberty EB-5 LOI 141112.pdf
Liberty EB-5 LOI WinnettOrganics LOI 11-5-14.pdf
LOI Farm Dickson Final 121211.pdf
Lux Offices Avondale AZ WinnettOrganic Inc. Signed Lease 161024.pdf
Madison Street Capital MSC Agreement-Winnett Cattle Co, Inc. 180405.pdf
NAL Hughes $2point5MM Initial Term Sheet debenture 180823.pdf
NAL Hughes 350K min Winnett Conditional Term Sheet (002) 181012.pdf
NAL Hughes Consulting Agreement Winnerr 180905.pdf
NBH Treasury Services Resolution 201803151612 180313.pdf
NHIG Hong Kong Financing Signed 140801.pdf
NY Business Capital App 190730.pdf
NY Business Capital App is digitally signed at the original 190730.pdf
NY PE Firm Ref by DD OGrady Signed Project Feedlot NDA 170710.PDF
Oliver Hyder WO Presentation to Oliver 160719.pdf
Oliver mtg WO ProForma Presentation V1 160719.pdf
Oxbo Dump Carts WP PO 1008 170306.pdf
Oxbo Eqpt email Purchase_Order_1004_from_Winnett_Perico_Inc 170303.pdf
Oxbo Quote Winnett Organics 2475 x3 rev. 03.02.17 (2) 170306.pdf

| Paypal Debit Card Detail 150902-151227 | 10134-10137 |
|---|---|

Performa (Allegent dba) v ShipNow 220818 040210.pdf
Perimeter Sales Merchandising Pitch Deck 140408.pdf
Petersen Midland Completed New Asset Information Document.5.10.17 170510.pdf
PPM Expert 100MM Debt Offer Document Winnett Perico 160105.pdf
PPM Expert Questionnaire 151123.pdf
Preferred Freezer CA Winnett Cattle 2018 Agreement Preferred signed 180604.pdf
Priority Funding 5point6 MM WCC PFS-Application 180919.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

RAM C&S WinnettOrganics C&S Presentation 160604.pdf
RAM Reinhart WinnettOrganics Reinhart Food Services 160609.pdf
Ray Sullivan ID incl Bar Numbers 140620.pdf
Reed Bill Reed Disclosure Letter Winnett Organics 17.01.2017.pdf
Reich Bros $3pt5MM Lease ref Buckingham 190612.pdf
RJ Lumba CV 12.2012 121201.pdf
RMC Poon Raymond Signed Contract RMC Signature page 200813.pdf
Rose Jordan Contingency Agreement-Winnett Organics Signed 150824.pdf
Rostra 300K Notes Term Sheet no signature reqd.pdf
Royal Chemical Price Qte Org Fert Pkg 170721.pdf
Sallyport 1750K SCF Proposal Letter Winnett Cattle Company Inc_ (003)
180814.pdf
Sallyport Signed SCF Application 180616.pdf
Sallyport Signed SCF Proposal Letter Winnett Cattle Company Inc_ (003)
180814.pdf
Saul Barings WO Revised LOI Stockton Hill Farm 170218.pdf
SBI AP Aging Detail Report 2020 12-31 draft v1 201231.pdf
SBI Articles of Incorporation NJ 200123.pdf
SBI Balance Sheet 2020 12-31 draft v1 201231.pdf
SBI Case Ready Plant 17 Plant Operations Workflow Design Rev 1.7 200707.pdf
SBI Completed App NJ-REG 200123.pdf
SBI Debt Schedule Digitally Signed Document Not Converted 210703.pdf
SBI EIN CP 575 A Notice 200123.pdf
SBI Income Statement 2020 12-31 draft v1 SBI.pdf
SBI Shares Distn 200124.pdf
SBI Shares Distn 200225.pdf
SBI Sheldon Beef Tax Return 2020 12-31 Draft v1 201231.pdf

| | |
|---|---|
| 200123 SBI Completed NJ-REG 200123.pdf<br>200123 SBI EIN 84-4406368 CP 575 A Notice 200123.pdf<br>200123SBI Articles of Incorp NJ 200123.pdf<br>200225 SBI 001 Brewer Stock Cert Common 200225.pdf<br>200225 SBI 002 Waseman Stock Cert Common 200225.pdf<br>200225 SBI 003 Nickless Stock Cert Common 200225.pdf<br>200225 SBI 004 Sullivan Stock Cert Common 200225.pdf<br>200225 SBI 005 Canchola Stock Cert Common 200225.pdf<br>200225 SBI 006 Petersen Stock Cert Common 200225.pdf<br>200225 SBI 007 Belli Stock Cert Common 200225.pdf<br>200225 SBI 2020 Stock Opt Plan approved by BD on 200225.pdf<br>200225 SBI Canchola SB Grant - Signed 200225.pdf<br>200225 SBI Canchola SBI Notice of Stock Option Grant<br>200225.pdf | 10566-<br>10613 |

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

| | |
|---|---|
| 200225 SBI Nickless SBI Notice of Stock Option Grant 200225.pdf<br>200225 SBI Nickless Stokcoption Grant 200225.pdf<br>200225 SBI Waseman SBI Notice of Stock Option Grant 200225.pdf<br>200324 SBI Shares Distribution 200324.pdf | |

SeedInvest Winnett Perico, Inc. Engagement Agreement 170509.pdf
Shareholder Info D Smith Address Preferred Trust 150821.pdf
Signed Focus Acquisition-Winnett Cattle NDA 170710.PDF
Signed Tawfeek Chiang standard agreement form filling 140227.pdf
Smith 100K Check 1of2 150730.pdf Smith 100K Check 2oof2 150730.pdf
Smith 100K Subscription Agreement SKMBT_C36415072911310 DB Signed 150729.pdf
Smith Litigation Halt Proposal to resume company operations 200106.pdf
Smith Litigation Sullivan Winnett - WCC Letter Respond to Evers-DSmith 190621.pdf
Smith Litigation Sullivan Winnett - WCC Letter to Evers - Dean Smith III 190723.pdf
Smith Litigation Winnett - WCC Letter Responding to Evers - Dean Smith II 190710.pdf
Smith Note 5K 190201.pdf

| | |
|---|---|
| Smith Loan pays Cornhusker Retainer | 10125 |
| Smith $30K Loan | 10157 |
| Smith $5K loan | 10164 |
| Smith Paid Costco Trip Hotel Reservation | 10165-10171 |
| Smith CFO Stock Option Agreement Signed After Backdating request | 10176-10178 |

SPAC EB Dennis Brewer - $100mm SPAC Illustrations 170626.pdf
Stock Cert 003 D Merck 121202.pdf
Sullivan Billing for Feb 2019 190228.pdf
Sullivan Billing for Jan 2019 190201.pdf
Sullivan December 2018 Billing 190102.pdf
Sullivan Winnett Perico Bill for April 2019 190501.pdf
Sullivan Winnett Perico Bill for August 2018 180901.pdf
Sullivan Winnett Perico Bill for June 2018 180701.pdf
Sullivan Winnett Perico Bill for March 2019 190401.pdf
Sullivan Winnett Perico Bill for November 2018 181201.pdf
Sullivan Winnett Perico Bill for October 2018 181101.pdf
Sullivan Winnett Perico Bill for September 2108 181001.pdf
Swisslog Winnette Organics-Budget Proposal  12-28-2016 v1_1 161228.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

| Task Worksheet – Brewer CEO | 10179-10180 |
|---|---|
| Task Worksheet – Blitch CIO | 10181-10182 |
| Task Worksheet – Smith CFO | 10183-10184 |
| Task Worksheet – Vindiola Dir HR | 10185-10186 |

Tech Sales Leads Revised TSL List 221007.pdf
Tradekey KYC Form Complete 180313.pdf
Tradekey Orbit Winnett Cattle Company VIP Contract #89779 - C.PDF
Tradekey Orbit Winnett Cattle Company VIP Contract #89779 180306.pdf
Tradekey Orbit Winnett Cattle Company VIP Invoice 180425.pdf
Tradekey VIP Contract #89779 180102.pdf
Tradekey Winnett Cattle Company VIP Invoice #89779-B 180514.pdf
Tradekey Winnett Cattle Company VIP Invoice #89779-C 180726.pdf
Tradekey Winnett Cattle Company Working Report 181010.pdf
Tradekey Winnett Cattle Company Working Report 181228.pdf
Turpin Feedyard Purch Agrmt144454 190703.pdf
Utica Signed Winnet Proposal 2-21-17 170222.pdf
Vendorco Walker SBI Teaser for Costco 190213.pdf
Vendorco Wlaker Signed Agreement Costco 190213.pdf

| War Crimes - Geneva Convention 1949 Table of Contents | 10614-10619 |
|---|---|
| War Crimes - Geneva Convention 1949 Article 3 Murder, Torture, Degrading Treatment, Religion | 10620 |
| War Crimes - Geneva Convention 1949 Article 32 Access to Health Care | 10631 |
| War Crimes - Geneva Convention 1949 Article 33 Property | 10631 |
| War Crimes - Geneva Convention 1949 Article 50 Medical Experiments | 10637 |
| War Crimes -Geneva Convention 1949 Article 56 Access to Health Care | 10639 |
| War Crimes - Geneva Convention 1949 Article 97 Theft | 10653 |
| War Crimes- Geneva Convention 1949 Article 147 Murder, Torture, Medical Experiments, Property | 10672 |
| War Crimes Geneva Convention 1977 Additional Protocol 1 | 10694-10736 |

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

| | |
|---|---|
| War Crimes - 010911 AUMF 2001 Afghanistan 010911.pdf | 10737-10738 |
| War Crimes- 021016 AUMF 2002 Iraq 021016.pdf | 10739-10744 |
| War Crimes - 200228 Brookings Natnl Security Study Group | 10745-10747 |
| War Crimes - 200228 Pres Auth Natnl Security 202228.pdf | 10748-10749 |

Warren John INVESTMENT AGREEMENT New-2 Signed 140829.pdf
Waseman I-9 scan0010 180315.pdf
WCC 420K App Currency Signed Verification Form - Currency 2016 180323.pdf
WCC AgAmerica Land Loan Application FL 3MM 190730.pdf
WHoyle Fee Agreement Signed 20140221150230580 140221.pdf
Williams LOI Dallam Cnty 800ac Farm HULL LOI 0001.pdf
Winnett Cattle Company VIP Contract #89779 Signed 180306.pdf
Winnett Cattle Company Working Report181106.pdf Winnett Perico Bill for July 2018 180801.pdf

| | |
|---|---|
| Walmart China Retail Link Vendor application | 10172-10173 |

WMT McCormick 170221 Bentonville mtg Revised Presentation Fup 170222.pdf
WMT SCS Audit Preferred Frzr 20180517_1005110267Deposit_Invoice 180517.pdf
WMT Std Supplier Contract Signature Page image2018-02-09-142033 180207.pdf

| | |
|---|---|
| WO Beef Sales Solicitation Email text | 10174-10175 |

WO (CO) Articles of Incorporation 150702.pdf
WP (CO) Articles of Incorporation 121022.pdf
WP IRS Employer ID Number FEIN 120824.pdf
WP WO Los Angeles Management Meeting Agenda 150924.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

| | |
|---|---|
| 150805 WP Stock Cert 002 Preferred Series A Dean Smith 150805.pdf<br>150917 WP Stock Cert 003 D Brewer 150917.pdf<br>150921 WP Stock Cert 016 Common Belli Architectural Group 190521.pdf<br>150921 WP Stock Cert 017 Common Sullivan 190521.pdf<br>150927 WP Stock Cert 004 Preferred Series A Doug Petersen 150927.pdf<br>150927 WP Stock Cert 005 Preferred Series A Dean Smith 150927.pdf<br>150929 WP Winnett Perico Shares Auth Attach150929.pdf<br>160320 WP Stock Cert 006 Preferred Series A Dean Smith 160320.pdf<br>160404 WP Stock Cert 007 Preferred Series A Doug Petersen 160404.pdf<br>161024 WP Stock Cert 008 Preferred Series A Dean Smith 161024.pdf<br>161028 WO Cattle Co Annual Report 161028.pdf<br>170103 WP Stock Cert 009 Preferred Series A Doug Petersen 170103.pdf<br>170420 WP Stock Cert 010 Preferred Series A Doug Petersen 170420.pdf<br>170519 WP Stock Cert 011 Preferred Series A Doug Petersen 170519.pdf<br>170708 WP Stock Cert 012 Preferred Series A Doug Petersen 170708.pdf<br>170911 WP Stock Cert 013 Common D Brewer 170911.pdf<br>170914 WP Stock Cert 014 Preferred Series A Doug Petersen 170914.pdf<br>170923 WP CO SOS Annual Report 170923.pdf<br>180305 WP Stock Cert 015 Preferred Series A Doug Petersen 180305.pdf 190628 WP Shares Distribution 190628.pdf | 10528-<br>10565 |

Zayid 20MM Cancelled Signed Subscription Agreement Cancelled 121002.pdf
Zayid Signed JV Agreement121022.pdf


**DISBURSEMENTS IN DATE SEQUENCE:**

130101 Winnett Perico 2013 Expenses P&L 130101.pdf
130926 Jackson fee from BA personal acct130926.pdf
150730 Smith 100K Check 150730.pdf
150822 Inv Blue Sky Search150822.pdf
      150824     Vista Bus Cards Pd 150824.pdf
      150825     Pd Inv Org Trade Assn150825.pdf
150825 Pd Inv Tucson Intel Ofc 150825.pdf
150828 D Brewer Expense report 150824.pdf
150831 Petersen 25K Inv Check 150831.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

150901 Pd Inv Tucson Intel Ofc 150901.pdf
150916 D Brewer Expense report 150916.pdf
151116 D Brewer Expense Report 151116.pdf
151231 D Brewer Expense Report 151231.pdf
151231 WP Financial Statements 151231.pdf
170126 Smith 5K Wire 170126.pdf
170315 Smith Active 1K Wire170315.pdf
170930 WCC Balance Sheet Only 9-30-2017 170930.pdf
180131 NBH 7469-BUSINESS CHECKING-20180131.pdf
180228 NBH 7469-BUSINESS CHECKING-20180228.pdf
180308 Lance Surety Livestock Dlr Bond 180308.pdf
180320 ADP Quote Reprint 180320.pdf
180329 NBH Pex Deposit 180329.pdf
180331 NBH 7469-BUSINESS CHECKING-20180331.pdf 180414
Sallyport Wire ACH Information 180414.pdf
180430 NBH 7469-BUSINESS CHECKING-20180430.pdf
180430 Tradekey Orbit ACH 180430.pdf
180501 Weblink Pymt180501.pdf
180511 Reprint of ADP Payroll Setup Fees 180511.pdf
180515 Tradekey Orbit  ACH 180515.pdf
180521 Lux Offices Pd 180521.pdf
180531 NBH 7469-BUSINESS CHECKING-20180531.pdf
180620 Lux Offices Pd 180620.pdf
180720 Lux Offices Pd 180720.pdf
180726 Smith 30K Note 180726.pdf
180803 Autoklose Paid Invoice180803.pdf
180803 EGM List Pd INV 4479 180803.pdf
     180806     EGM Deploy INV 4481 180806.pdf
     180807     Smith $18K Wire 180807.pdf
180814 Sallyport Fee 2K Wire180814.pdf
180814 Tradekey Orbit 3K ACH 180814.pdf
180814 Tradekey Orbit ACH 180814.pdf
180816 True Comm Pd 180816.pdf
180823 NAL Hughes $2K Wire Details 180823.pdf
180831 Alvarez Lori Acctnt Svcs Invoice Pd 180831.pdf
     180905     EGM Email List Rent Pd Inv 4485 180905.pdf
     180906     EGM INV 4485 $300 Completed ACH 180906.pdf
180906 Exact Data Fee ACH 180906.pdf
180906 Exact Data Rent Agrmt180906.pdf
180925 Right Networks $25 pd Setup INV180925.pdf
181012 NAL Hughes $5000 Compl Wire 181012.pdf
     181203     Weblink $500 Wire 181203.pdf
     181204     Weblink Invoice 181204.pdf
181231 WCC PandL 181231.pdf
181231 WP IRS 1120 18Exp Sched 181231.pdf
181231 WP IRS 1120 for 2015 181231.pdf
181231 WP IRS 1120 for 2016 181231.pdf

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

181231 WP IRS 1120 for 2017 181231.pdf
181231 WP IRS 1120 for 2018 181231.pdf
190228 NBH 7469-BUSINESS CHECKING-20190228.pdf 190331 NBH 7469-BUSINESS
CHECKING-20190331 (1).pdf
190430 Financials WCC 190430.pdf
190430 NBH 7469-BUSINESS CHECKING-20190430.pdf
190513 NBH 7469-BUSINESS CHECKING-20190513.pdf
190531 NBH 7469-BUSINESS CHECKING-20190531.pdf
190630 NBH 7469-BUSINESS CHECKING-20190630.pdf
190731 NBH 7469-BUSINESS CHECKING-20190731.pdf
191231 WP Financials 2018-2019 191231.pdf
201231 SBI General Ledger Detail 201231.pdf
201231 SBI Income Statement Detail 201231.pdf
210901 DB Reimb for Advance to SBI 210901.pdf
     210903    GPR 210731 FS Change Notes 210903.pdf
     210904    GPR INC 073121 GAAP FS 210904.pdf
220614 Sheldon Beef Chase Check To 220614.pdf
C1 220628 Notes to C1 Ltrs Series 220628.pdf
C1 220629 CapitalOne Autopay June 29 220629.pdf
C1 220719 CapitalOne WMT late fee dispute 220719.pdf
C1 220801 C1 CEO 220629Ltr re Autopay 220801.pdf
C1 220805 C1 Letter from 220805.pdf
C1 220808 C1 Pymt Corresp 220808.pdf
C1 220812 C1 Letter from 220812 .pdf
C1 220813 C1 Collections Process 220813.pdf


**DISBURSEMENTS IN ALPHABETIC SEQUENCE:**

ADP Quote Reprint 180320.pdf
Alvarez Lori Acctnt Svcs Invoice Pd 180831.pdf
Autoklose Paid Invoice180803.pdf
C1 CEO 220629Ltr re Autopay 220801.pdf
C1 Collections Process 220813.pdf
C1 Letter from 220805.pdf
C1 Letter from 220812 .pdf
C1 Pymt Corresp 220808.pdf
CapitalOne Autopay June 29 220629.pdf
CapitalOne WMT late fee dispute 220719.pdf
D Brewer Expense report 150824.pdf
D Brewer Expense report 150916.pdf
D Brewer Expense Report 151116.pdf
D Brewer Expense Report 151231.pdf
DB Reimb for Advance to SBI 210901.pdf
EGM Deploy INV 4481 180806.pdf
EGM Email List Rent Pd Inv 4485 180905.pdf
EGM INV 4485 $300 Completed ACH 180906.pdf

        02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

EGM List Pd INV 4479 180803.pdf
Exact Data Fee ACH 180906.pdf
Exact Data Rent Agrmt180906.pdf
Financials WCC 190430.pdf
GPR 210731 FS Change Notes 210903.pdf
GPR INC 073121 GAAP FS 210904.pdf
Inv Blue Sky Search150822.pdf
Jackson fee from BA personal acct130926.pdf
Lance Surety Livestock Dlr Bond 180308.pdf
Lux Offices Pd 180521.pdf
Lux Offices Pd 180620.pdf
Lux Offices Pd 180720.pdf
NAL Hughes $2K Wire Details 180823.pdf
NAL Hughes $5000 Compl Wire 181012.pdf
NBH 7469-BUSINESS CHECKING-20180131.pdf
NBH 7469-BUSINESS CHECKING-20180228.pdf
NBH 7469-BUSINESS CHECKING-20180331.pdf
NBH 7469-BUSINESS CHECKING-20180430.pdf
NBH 7469-BUSINESS CHECKING-20180531.pdf
NBH 7469-BUSINESS CHECKING-20190228.pdf
NBH 7469-BUSINESS CHECKING-20190331 (1).pdf
NBH 7469-BUSINESS CHECKING-20190430.pdf
NBH 7469-BUSINESS CHECKING-20190513.pdf
NBH 7469-BUSINESS CHECKING-20190531.pdf
NBH 7469-BUSINESS CHECKING-20190630.pdf
NBH 7469-BUSINESS CHECKING-20190731.pdf
NBH Pex Deposit 180329.pdf
Notes to C1 Ltrs Series 220628.pdf
Pd Inv Org Trade Assn150825.pdf
Pd Inv Tucson Intel Ofc 150825.pdf
Pd Inv Tucson Intel Ofc 150901.pdf
Petersen 25K Inv Check 150831.pdf
Reprint of ADP Payroll Setup Fees 180511.pdf
Right Networks $25 pd Setup INV180925.pdf
Sallyport Fee 2K Wire180814.pdf
Sallyport Wire ACH Information 180414.pdf
SBI General Ledger Detail 201231.pdf
SBI Income Statement Detail 201231.pdf
Sheldon Beef Chase Check To 220614.pdf
Smith $18K Wire 180807.pdf
Smith 100K Check 150730.pdf
Smith 30K Note 180726.pdf
Smith 5K Wire 170126.pdf
Smith Active 1K Wire170315.pdf
Tradekey Orbit  ACH 180515.pdf
Tradekey Orbit 3K ACH 180814.pdf
Tradekey Orbit ACH 180430.pdf

02/06/23

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

Tradekey Orbit ACH 180814.pdf
True Comm Pd 180816.pdf
Vista Bus Cards Pd 150824.pdf
WCC Balance Sheet Only 9-30-2017 170930.pdf
WCC PandL 181231.pdf
Weblink $500 Wire 181203.pdf
Weblink Invoice 181204.pdf
Weblink Pymt180501.pdf
Winnett Perico 2013 Expenses P&L 130101.pdf
WP Financial Statements 151231.pdf
WP Financials 2018-2019 191231.pdf
WP IRS 1120 18Exp Sched 181231.pdf
WP IRS 1120 for 2015 181231.pdf
WP IRS 1120 for 2016 181231.pdf
WP IRS 1120 for 2017 181231.pdf
WP IRS 1120 for 2018 181231.pdf

**CALENDARED MEETINGS AND PHONE CALLS IN DATE SEQUENCE:**

**Dennis Brewer WinnettOrganics.com Calendar**

**Date   Party**

**2016**

1/22   Colby Arkin, NetSuite update
2/18   Chris Nichols, Ryder
3/17   Ramsey Café Ryder Mtg (Chris Nichols + Mktg VP or Sandra, Controller
3/30   Richard Miller, RAM Consulting
4/25   Richard Miller, RAM Consulting
5/2    BA Bestwick Cardone Group Group Natural Food symposium Andrew Cardone
6/22   Matt Paul
8/11   Libby Leggett re solar greenhouses
8/25   NYC Food Investing Conference - intial introduction,  Revolution VC
9/12   Quentin Cote, LeaseQ
9/19   GVC intro call
9/26   Michael Callahan, Domincik and Dickerman  (DD)
9/30   Peter Hsuing, DelMorgan introduction
10/4   Cardone intro of John Kiely - trust attny
10/11  Micheal  Callahan, DD
10/18  Ron McCormick, Walmart Senior Director, Fresh, WebEx call
10/26  John Cecilian, Clutch
10/27  Jim Case, Champion (re housing at Hyder farm, AZ)
11/3   Jim Case
11/4   Lance Troutman
11/9   Jacob Krempel & Jose Merced, Kroger re organic produce in KPPC Conference room,
Blue Vine, OH
11/10  Dan Davidson re soils and gypsum addition

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

11/14 Michael Callaahn, DD, meeting at NYC office on Lexington Ave
11/21 Chris Nichols, Ryder, re update
11/23 Ken Ferguson re Hyder ag housing
11/29 Britney  Smith re Hyder ag housing


**2017**

1/6    Sarah Freese re IBM marketing cloud
1/27  Dan Krewson, Multifunding re loans
2/6    Shefford Wire Transfer
2/8    Kingman, AZ farm visit w/ Christine J Volk, realtor, and Jonathan Cross
(Blackpool/Shefford), Bruce Blitch
2/17  C Arkin
2/21  Walmart Bentonville, AR - Meeting with Ron McCormick, Shawn Baldwin, others in
Walmart second floor GPS conference room
2/22  Jim Case, Chamion re Gerlach, NV , Hyder, AZ, Kingman, AZ agricultural worker
housing
2/23  C Arkin, NetSuite, review of NetSuite Professional Services statement of work
2/24  Shefford closing sked
2/27  J. Buddy Persons re Constsvcs ag housing
2/27  C Nichols, Ryder reupdated fleet needs
2/28  Dave Wanders, Utica Leaseco
4/6    Wendy Berger, re refrigerated facilities development
4/26  Steve Monroe, re factor financing NJ
5/18  M Callahan, DD  and staff meeting at DD Lexington Avenue offices, NYC
7/11  G Troutman, telcon re SPAC meeting at Chardan offices, Battery Park, NYC
7/11  EarlyBird telcon re SPAC meeting at their offices
7/11  Loeb & Loeb telcon re SPAC meeting at their offices
7/14  J Ju, DD, conference call w/Advantage Capital Partners
7/18  Conference call w/HIG
8/7    Gordon, Maughan breakfast meeting in Salt Lake City re accounting services
8/7    Sam Sanders, Swan Raelty, travel from Salt Lake City to Idaho Falls, ID for two days at
Skaar, then afternoon visits to Wells Fargo Bank, Idaho Falls, Jefferson County offices, then to
Teton River Farm and rural residential property near Driggs, ID
8/8    Sam Sanders - Skaar tour complete and return to Salt Lake City, UT for travel home to
NJ
8/24  Jasper Van Brakel, Armonia, and 2 female team members in NYC shared offices
conference room re grassfed beef
8/25  Jasper Van Brakel follow-up telcon
9/7    JD Kritser, Ranch Partners, Seattle, WA telcon
9/8    Stephen O'Hara Riverside Capital, NYC re investment review
9/25  Gavin Haladay - Equilibrium Capital, Portland, OR permanent crop investment firm
telcon
10/30 JD Kritser, Ranchland Partners, Seattle, WA and Fiona Industries ex-CEO John Herring
TX feedlot expert call, per email
10/31 Visit to Manning Beef, Pico Rivera, CA with Anthony DiMaria

Lead Plaintiff Dennis Brewer: Glossary of Selected Entities and Individuals
Listings: Selected Emails, Documents, Disbursements, and Calendar

11/1   Phoenix, AZ investor meeting scheduled with Greg Smith, Zach Sease, both of Banco
Advisors. Both are no shows at their office in Scottsdale with WP employees including Blitch
and others. Receptionist connects us to Banco and some of the supposed investors on a
conference call while we are at their offices. Afternoon meeting thereafter with Joel Gottesman,
Liquid Capital AZ re financing.
11/1   Joel Gottesman Liquid Capital early pm restaurant mtg
11/13 Gavin Haladay - Equilibrium Capital, Portland, OR permanent crop investment firm
telcon
11/13 Monday date to confirm Andy Wiegand Peninsula Funds telcon per email on 11/10/17
12/22 Lucas Gibson NBH re nat org beef telcon
12/27 Lucas Gibson NBH re nat org beef telcon

**2018**

1/9    Sole Source Capital in NYC for meetings with their funders, so Brewer has meeting with
Turner, Rossi, two others at St Regis King Cole Bar in NYC. Managing Partner Rossi verbally
commits to funding Winnett Perico during that meeting
1/10  Eric Edwards NBH Ag Banking telcon
1/17  Chris Nichols, Ryder update
1/18  Mike Roznowski Fractal Advisors intro Black Lake Capital intro
1/23  Dewey Turner telcon
2/26  Brandon Sowder Indoor cattle pen facility telcon Hart TX
2/28  Bryan Sprinkman project review telcon
4/26  Colby Arkin, NetSuite update

BREWER et al v. BURNS, WRAY et al     CONTENTS FOLLOW:

- LP Evid Exh 1-10A BRMT 1 Explanation Bates 230203
- LP Evid Exh 11-25 BRMT 2 Synchron Brain-Computer Interface Bates
- LP Evid Exh 26-27 BRMT 3 GAO Brain Computer Interface Primer Bates
- LP Evid Exh 28-55 BRMT 4 Neuralink Elon Musk Bates
- LP Evid Exh 56-58 BRMT 5 Microsoft BCI Research Bates
- LP Evid Exh 59-67 BRMT 6 RAND Brain-Computer Interfaces Are Coming Bates
- LP Evid Exh 68-139 BRMT 7 Brain-Computer Interface Bates
- LP Evid Exh 140-189 Pers Stmt Signed 221229 Bates
- LP Evid Exh 190-192 Lead Plaintiff 2 Resume Bates
- LP Evid Exh 193-215 LP 4 Independent Psych Profile 221004 Bates
- LP Evid Exh 216-225 LP 5 Brain Health Assessment 221004 Bates
- LP Evid Exh 226-236 LP 6 Gallup Strengths 221004 Bates
- LP Evid Exh 237-260 Pattern 1 Church Committee on FBI CIA Bates
- LP Evid Exh 261-271 Pattern 2 Rockefeller Cmsn MKUltra Bates
- LP Evid Exh 272-311 Pattern 3 Joe Arpaio Maricopa AZ - Wikipedia Bates_Redacted
- LP Evid Exh 312 Pattern 4 Bergen Covid Vax Jan 28 Bates
- LP Evid Exh 313-353 Pattern 5 Wire Fraud Examples 221004 Bates
- LP Evid Exh 354-367 Pattern 6 NYPD Combined 221004 Bates

## Brain Remote Management Technology (BRMT) Summary Description

1       This BRMT summary description identifies the essential functions, components, and

2     operations of the prohibited Brain Remote Management Technology (BRMT) bioweapon and

3     bioweapon delivery system. BRMT and all other bioweapons were globally banned by treaty in

4     1972, just as Defendant United States began BRMT development under President Nixon. It's

5     secret development and existence was forensically reverse engineered by Lead Plaintiff in 2021-

6     2022 using personal experience and access to open source (and sometimes deliberately blocked

7     and/or hacked) information. No classified information has been used in this forensic process or

8     in the development of this document nor in the Complaint it accompanies.

9        This summary references independent explanations of the basic technologies used in field

10    operation of BRMT as shown at LP Evidentiary Exhibits pages 6645-6884. It includes a few

11    examples of Defendants' violations against the Lead Plaintiff during field operations. Many

12    more examples of the types of Defendants' violations using BRMT are included at LP

13    Evidentiary pages 140-189, 237-271, and 312-793, and in the Complaint.

14 **Origin of BRMT**

15        BRMT is a prohibited personally addressable bioweapon used to hijack the brain of an

16    unsuspecting victim. It achieves a strategic national security objective, mind control, established

17    late in World War II. It violates the human and  civil rights of all victims under five international

18    treaties ratified by the United States. It further violates the Constitutional and civil rights of its

19    victims under US law, which includes in international jurisdiction. These legal arguments are

20    found in the Complaint.

21        BRMT was preceded by the abject failures 140 projects (illegal medical experiments on

22    humans similar to those which brought death, life imprisonment, and long sentences at

23    Nuremberg) under the MKUltra program umbrella. MKUltra was a 20 year program (1953-

24    1973) of surreptitious LSD druggings of US and Canadian citizens and soldiers by CIA and

**Brain Remote Management Technology (BRMT) Summary Description**

25    Army Bioweapons Lab. This drugging program originated in Nazi experiments on prisoners at

26    Dachau Concentration Camp. Sixteen hundred Nazi scientists and technologists in medicine,

27    chemistry, physics, and rocketry, including Dachau Death Camp doctors, were sneaked into the

28    United States under various covers after World War II in Operation Paperclip. When MKUltra

29    was abandoned after 20 years of abject failure, mayhem, injury, and death, it was replaced by

30    BRMT in the 1970s.

31    **Evolution of BRMT**

32         The fifty year evolution of the prohibited BRMT bioweapon program technology has

33    brought generations of increasing technological sophistication, medical abuses, and a wide

34    variety of indirect violence to US persons and their families. Early versions of BRMT in the late

35    1970s and 1980s caused behavioral changes ranging from moderate effects of hormonal

36    overdoses and other imbalances (such as sleep, lust, depression, and bipolar mood swings, for

37    example) to extreme forms, giving rise to blood lust and murder. For example, even early

38    versions of BRMT hijacking by Defendant United States could manipulate a BRMT subject to

39    rage or suicidality, and cause injury or death to themselves or a third party by this indirect

40    manipulation of hormones. See LP Evidentiary Exhibits pages 6686-6699 for an explanation of

41    human hormones. As forensically reversed engineered in 2021-2022, early BRMT versions

42    hijacked hormones in Lead Plaintiff's brain during that period. This led, among many other

43    adverse outcomes, to a near lethal attempted double homicide "accident" described at Complaint

44    Subordinate Count L-1, pages 276-277 and others at LP Evidentiary Exhibits pages 140-189.

45         BRMT has evolved with technological advances in speed, precision, computing

46    hardware, and computing software, from gross manipulations of hormone levels in the early days

47    to extreme sophistication today. Using modern technologies and massive advances in

48    neuroscience research, BRMT hijacks and commands the victim's brain with tightly

### Brain Remote Management Technology (BRMT) Summary Description

49  choreographed sequences to orchestrate a broad array of artificially contrived manipulations. The

50  prohibited BRMT bioweapon and bioweapon delivery system can emulate or interrupt virtually

51  any sequence of human activity from the lowest level of involuntary body functions such as

52  breathing, heart rate, and heart rhythm, to the highest levels of consciousness, reasoning, and

53  executive functioning.

54      Neuroscience research has dramatically advanced scientific understanding of the

55  connections between the brain and unconscious functions like breathing and heart rhythms, and

56  with conscious functions like thinking, reasoning, problem solving, and playing golf. See LP

57  Evidentiary Exhibits pages 6645-6685 and 59-139  for basic explanations of neuroscience and

58  recent advances in brain-to-computer interfaces. An early stage commercial version was

59  approved for human trials by FDA in 2021 and first implanted in 2022, see LP Evidentiary

60  Exhibits pages 11-25.

61      Development of the prohibited BRMT bioweapon and bioweapon delivery system is four

62  decades and billions of dollars ahead of these commercial versions. This evolution of uses

63  follows the same pattern as GPS, which was used by the military in the 1960s, and did not

64  become common in commercial navigation until the late 1980s, before it appeared on your

65  smartphone in the last ten years or so. But most importantly, while commercial medical and

66  BRMT both use the same science, the prohibited BRMT is the antilog (opposite in function) as a

67  computer-to-brain offensive weapon system which commands the victim, NOT a beneficial brain

68  to-computer interface controlled by the user for their own personal benefit, such as quieting ALS

69  tremors in the first FDA approved experimental human trial.

### Normal Brain Pathways Are Hijacked By Brain Remote Management Technology

71      The modern version of the prohibited BRMT bioweapon system is used by Defendant

72  United States to command (hijack) brain and central nervous system connections and functions.

**Brain Remote Management Technology (BRMT) Summary Description**

73    All as developed in great secrecy at taxpayer expense, prohibited by US law and by international

74    treaties, and as being used against US persons, including Lead Plaintiff today as you read this.

75             The brain and a supercomputer work in similar though certainly not identical fashion.

76    Consider the jerky, gross motor movements of a tiny infant, as compared with the much more

77    subtle movements of a teenage high school basketball star to understand this progression of

78    coordination in the brain. BRMT development has progressed in similar fashion across its

79    generations of development.

80             Myriad simultaneous brain and central nervous system interactions occur to, for example,

81    move your little finger a specific distance. The physical movement is accomplished by transfer

82    of biological chemicals in brain cells on one side of a cellular boundary across a gap to other

83    cells. Vastly oversimplified, this biochemical transfer from a brain cell generates a signal in the

84    receiving nerve cell which in turn generates a biochemical message/set of commands which

85    travel, using routing instructions, through the central nervous system (similar to a network of

86    cables) to specific muscle receptors in the little finger. The muscle receptor tells the muscle or

87    muscles to contract or relax a certain distance at the desired speed to complete the desired

88    movement. All while you enjoy some of your favorite hip-hop on your wireless headphones and

89    sip microwaved coffee.

90    **BRMT System Description**

91             Lead Plaintiff's knowledge of the prohibited BRMT system used by Defendant United

92    States to violate rights is based on two years forensic reverse engineering in 2021-2022 of his

93    years of direct personal experience as a hijacked victim; using his science and technology

94    education; using his decades of professional experience in computer systems and technology,

95    technology integration, national security sensitive facilities and applications, government and

96    commercial organizations and practices; using legal research into the prior patterns and practices

**Brain Remote Management Technology (BRMT) Summary Description**

97   of the violations histories of Defendant United States; and the compelling necessity of

98   developing counterintelligence skills to decipher and decode the methods used against him by

99   Defendant United States over the past fifty years, and other co-conspirators, who were unwitting

100   co-conspirators into the 2000s.

101   **Technologies Adapted For Prohibited Brain Remote Management Bioweapon System**

102       *Hardware:* A supercomputer, programmed with a familiar style of user interface for

103   human management (similar to a Windows or MacIntosh based application like MS-Word) of

104   orchestrated victim hijacking commands is the basic command and control device. The

105   supercomputer converts these basic operator instructions to the specific sequence of hijacking

106   commands and precise timing, which are timed by its internal clock and/or cues from the

107   victim's environment, to time a particular command sequence to a particular moment of action.

108   For example, dropping the foot onto a curb or step to cause the victim to fall into vehicle traffic

109   lanes or to somersault on a set of stairs (both occurred to Lead Plaintiff in late 2022, see

110   Complaint Interline Exhibit 14, page 127 for the latter incident).

111       The supercomputer orchestrates these types of preprogrammed sets of brain hijacking

112   bio-interrupts based upon the operator's desired outcomes. These hijacking commands can

113   include branching options in a specific sequence or randomized series of hijacking commands,

114   and/or can respond to environmental cues by processing and reacting to a remote sensing feed

115   using neural networking and/or artificial intelligence. Numerous supercomputers centers

116   currently operated in the Department of Defense and other Defendant United States departments

117   and agencies can process three quadrillion operations per second, equal to about 30% of the

118   brain's processing power. A supercomputer with the processing power of a human brain is

119   scheduled for completion this year at Argonne National Laboratory.  See LP Evidentiary

120   Exhibits pages 6700-6714

### Brain Remote Management Technology (BRMT) Summary Description

121    BRMT does not need to replace all brain functions. Instead, it uses hijacking commands

122    to interrupt, delay, accelerate, magnify, distort, and/or diminish selected brain functions, ranging

123    from a single function to a few dozen at a time. For example, breathing, speech, or body

124    movements can be momentarily disrupted with a few commands, as the brain continues its

125    normal processing of all other body functions such as muscle movement, speech, respiration,

126    balance, heart rhythm, vision, smell, etc. So, it does not turn the victim into a completely

127    controlled robot, it just hijacks what it needs to control, kind of like a parasite uses its host, or a

128    bank robber uses a hostage.

129    *Software:* The modern version of BRMT has extremely complex software providing the

130    commands used to hijack the executive functions like thinking and speech, the more basic

131    functions like voluntary muscle movements, and the involuntary functions like the hearing,

132    vision, swallowing, and breathing of the hijacked victim to orchestrate the operator's

133    commanded non-autonomous reality or outcome directed at the victim, or even at a third party

134    through the hijacked acts of the victim on that third party. The complexity of this software is

135    similar to the complexity of, for example, global weather simulation models or modern

136    econometric models, which require supercomputer processing power to model billions to

137    quadrillions of operations in seconds.

138    *Artificial Intelligence:* BRMT uses its accumulated set of learned patterns of the victim

139    reactions to command sets to drive many small experiments on some victims to advance the

140    encyclopedia of knowledge used to command human brains. These incremental experiments,

141    which can be conducted in millions of variations by supercomputer in relatively short periods of

142    time (all prohibited by law and treaty) are imposed on the unwitting victim without their consent,

143    to grow the body of knowledge and commands which can be used in various combinations and in

**Brain Remote Management Technology (BRMT) Summary Description**

144   various settings to achieve the desired outcomes of the commander of this prohibited bioweapon

145   system. See LP Evidentiary Exhibits pages 6715-6738.

146        *Transmission to Victim:* A human hair is 80,000 to 100,000 nanometers in diameter. A

147   typical brain cell is 2000-5000 nanometers in size. Nanometers scale signals (which are invisible

148   forms of energy just like x-rays and radio signals) are used to send commands to specific brain

149   addresses to activate or block biochemical messages. The short wavelength of nanometer signals

150   allows them to easily penetrate concrete, dirt, rock, bone, etc., to reach the victim's brain

151   virtually anywhere on earth using Defendant United States' global coverage satellite

152   constellation and precision location augmentation (a highly advanced and encrypted form of GPS

153   such as used for other modern military applications). See LP Evidentiary Exhibits pages 6739-

154   6810.

155        *Augmented Location Accuracy:* Precision locating technology is used to enhance the

156   accuracy of a remotely located signal source. Prior generations of this technology likely required

157   specific placement of a ground-based signal source to provide adequate location accuracy.

158   Today, commercially available location augmentation technology like precisely located cell

159   phone towers make it practical to use a space-based signal source with the current generation of

160   BRMT. For example, commercially available RTK augmentation technology for farming

161   currently provides about one-third inch in one mile accuracy, that is, 1 inch in 63,360 inches, at a

162   distance of up to 25 miles from the RTK tower site. BRMT can reference a fixed point on the

163   victim, so it is possible to apply this same level of precisely augmented location accuracy to a

164   human head, even as the head moves in normal activity. This level of augmented location

165   precision as applied to the head is about 2/1,000ths of an inch, 5,080 nanometers. Classified

166   versions of commercial technologies are typically several generations ahead of commercial

167   versions.  Since an individual brain cell is 2,000 to 5,000 nanometers, it is straightforward to

**Brain Remote Management Technology (BRMT) Summary Description**

168  locate very specific addresses in the victim's brain. See LP Evidentiary Exhibits pages 6739-

169  6810.

170      *Medical Enhancements Support Additional Developments By Further Abuses of*

171  *Unwitting Research Victims:* MRI enhanced knowledge of research victims' fine brain structure

172  can be used to further development of prohibited BRMT bioweapon use against a high-value

173  target, and to advance general bioweapon capabilities. Lead Plaintiff was subjected to this

174  baseline MRI brain mapping as a result of a potentially lethal fall during his second colonoscopy

175  in two months in a New Jersey hospital in April 2022. See Complaint Subordinate Count L-13,

176  pages 335-339. The Lead Plaintiff has had several such MRI image scans over the years in

177  hospital settings, including in preparation for nasal surgery in the 1990s. These stored digital

178  MRI images are easily accessible to medical researchers through the use of intelligence and

179  police powers facilities, both through certain legal and extra-legal means.

180      *Systems Integration*: Billions of dollars and years of research and development are

181  required to build such complex integrated systems. Moment to moment operations are managed

182  by artificial intelligence and/or neural networks, so BRMT can simultaneously and sequentially

183  execute instructions and issue hijacking commands to the victim on the millisecond level time

184  intervals required to generate complex nonautonomous patterns of human thinking, speech, and

185  involuntary actions. See LP Evidentiary Exhibits pages 6811-6814.

186  **Body/Mind Manifestations of Biochemical Disruptions of Normal Brain Activity Using**

187  **BRMT:**

188      The prohibited BRMT bioweapon and bioweapon delivery system can be used to hijack

189  any function of any brain, including human brains. It can disturb normal body rhythms and

190  processes, including balance, muscle responses, , sleep rhythms, vision, hearing. It can disturb,

191  disrupt or induce thoughts and movement patterns. For example, prior to a planned motion it can

**Brain Remote Management Technology (BRMT) Summary Description**

192 change that motion; during the thought process it can erase or block that thought or instill

193 another thought; it can activate the central nervous system to paralyze or enhance body rhythms,

194 activities, or movements; it can send pain signals and other messages to the brain. BRMT can

195 induce sustained excess or deficient production of biochemicals, causing brain chemical

196 imbalances to produce mental illness symptoms, such as depression or schizophrenia. All these

197 are toxic interventions in the brain which violate 18 USC § 178(2) and the 1972 *Convention on*

198 *the Prohibition of the Development, Production and Stockpiling of Bacteriological (Biological)*

199 *and Toxin Weapons and on Their Destruction.*

200    Select examples of BRMT central nervous system disruptions and distortions:

201 • Body pains – induced arm, leg, torso, pains and headaches;

202 • Muscular control – induced twitches, tremors, yawns, coughs, itches, grip/grasp;

203 • Loss of balance - induced falls and collisions with objects or people;

204 • Body rhythms – induced heart, breathing irregularities, disturbed walking pace, sleep
205    patterns;

206 • Organ function disruptions - bowel movements, sexual organs, kidney pain;

207 • Aural and visual distortions – induced voices, floating visual distortions, visual cloaking,
208    and visual nerve images;

209 • Induced thinking and speech disturbances – thinking and executive function disruptions
210    such as distraction, erasure, modifications, distortions of concepts and ideas, garbling of
211    phrases, sentences;

212 • Induced obsessions – including sexual urges, appetite, operating aircraft doors inflight,
213    attraction to inappropriate targets, including repeated failed efforts to induce misconduct,
214    such as, for example, assaults and child sexual abuse.

**Brain Remote Management Technology (BRMT) Summary Description**

215        All these BRMT hijacking attempts and distortions have been directly experienced by

216    Lead Plaintiff over many years. Lead Plaintiff has been forced to strongly resist any act on many

217    of these BRMT bio-hijacking commands and distortions by the human operator's commanding

218    this system so as to avoid harms to others or to himself, including two suicide ideations and

219    innumerable attempts to provoke assaults against undercover officers also acting to provoke at

220    the same time, or to innocent third parties such as the elderly and children. Not all BRMT

221    hijacking victims would have the necessary skills and self-control to avoid these types of harm to

222    others or to themselves.

223    **Select Examples Of BRMT Violations Of Lead Plaintiff By Defendants**

224        Lead Plaintiff suffered induced mental illness from stress, brain distortions due to

225    chemical imbalances, and the deprivation and functional blocking of medical interventions, with

226    symptoms typical of a range of mental incapacity from mood disturbances in college to alleged

227    symptoms of schizophrenia ascribed by psychiatrists when Lead Plaintiff accurately reported his

228    symptoms in 2010. Lead Plaintiff is actually highly emotionally stable, according to independent

229    tests as shown at LP Evidentiary Exhibits pages 193-236.

230        Lead Plaintiff suffered numerous programmed falls in varying locations ranging from

231    mountain trails to sidewalks to ladders to beds, to hospital recovery rooms, beginning in the

232    1990s and continuing into the present. Each and every fall risked a collision by the Lead

233    Plaintiff's head with some intervening object which could have caused a disabling or fatal head,

234    neck, or spine injury. See Lethality Subordinate Counts 2, 6, 7, 8, 10, 12, 13, and 15 in the

235    Complaint. Many more examples of injuries resulting from Defendants malign acts using BRMT

236    are related through the violations in the Complaint and LP Evidentiary Exhibits. The number of

237    individual BRMT brain hijackings per day range from dozens to thousands against the Lead

238    Plaintiff alone. These prohibited BRMT bioweapon system hijackings are conducted with and

**Brain Remote Management Technology (BRMT) Summary Description**

239   enhanced by other physical and psychological operations of Defendants in all kinds of public

240   places, from grocery stores and shopping malls to sidewalks and street crossings, to buses,

241   planes, trains, and subways. Any time they wish, anywhere on earth. Bear in mind that these are

242   only a tiny selection of examples from more than 18,000 days of prohibited BRMT brain

243   hijacking.

244   **Defendant United States Originates and Orchestrates Lawless Abuses Using BRMT**

245           Illegal "state secrets" abuses and abusive classification strategies are used by Defendant

246   United States to claim improper "national security," "police powers," and "qualified immunity"

247   exemptions. These are used as sword and shield by Defendant United States and its co-

248   conspirator governmental Defendants to hide their patterns of racketeering acts and civil rights

249   violations under the color of law. These fraudulently claimed exemptions perpetuate broad

250   patterns of violations of rights, laws, and the Constitution by departments and agencies, by

251   individual agents, officers, confidential informants and other permitted criminal actors which

252   acts and injuries are not pursued by police powers operations as required by law.



synchron

# Synchron Announces First Human U.S. Brain-Computer Interface Implant

*- First U.S. Human Procedure Performed at Mount Sinai Health System in New York City*

**Stentrode™ is implanted within the motor cortex of the brain via the jugular vein in an endovascular procedure.**

July 19, 2022 08:00 AM Eastern Daylight Time

NEW YORK–(BUSINESS WIRE)–Synchron, an endovascular brain-computer interface (BCI) company, today announced the first human BCI implant in the United States. This procedure represents a significant technological milestone for scalable BCI devices and is the first to occur in the U.S. using an endovascular BCI approach, which does not require invasive open-brain surgery.

The procedure was performed at Mount Sinai West in New York, led by clinical investigator Shahram Majidi, MD, assistant professor of neurosurgery, neurology and radiology at the Icahn School of Medicine at Mount Sinai. The procedure was performed in the angiography suite with a minimally invasive, endovascular approach. Mount Sinai's Department of Rehabilitation and Human Performance helped coordinate the procedure.

The procedure marks the first U.S. patient implant in Synchron's COMMAND trial, which is being conducted under the first investigational device exemption (IDE) awarded by the FDA to a company assessing a permanently implanted BCI. The U.S.-based trial is being conducted with support from the NIH Neural Interfaces Program.

The COMMAND study will assess the safety and efficacy of the company's motor BCI technology platform, including the Stentrode™, in patients with severe paralysis with the goal of enabling the patient to control digital devices hands-free. Study outcomes include the use of brain data to control digital devices and achieve improvements in functional independence.

"This is an incredibly exciting milestone for the field, because of its implications and huge potential," said Shahram Majidi, MD, the neurointerventional surgeon who performed the procedure, and assistant professor of neurosurgery, neurology and radiology at the Icahn School of Medicine at Mount Sinai. "The implantation procedure went extremely well, and the patient was able to go home 48 hours after the surgery."

"We are beyond excited to get to work with our patient, guiding them through the training process as they learn to use this device to live more independently and, most importantly, communicate with their family and friends," said David Putrino, PhD, PT, Director of Rehabilitation Innovation for the Mount Sinai Health System and a Principal Investigator of the COMMAND study.

"The first-in-human implant of an endovascular BCI in the U.S. is a major clinical milestone that opens up new possibilities for patients with paralysis," said Tom Oxley, MD, PhD, CEO & Founder, Synchron. "Our technology is for the millions of people who have lost the ability to use their hands to control digital devices. We're excited to advance a scalable BCI solution to market, one that has the potential to transform so many lives."

The Stentrode is implanted within the motor cortex of the brain via the jugular vein in a minimally-invasive endovascular procedure. Once implanted, it detects and wirelessly transmits motor intent using a proprietary digital language to allow severely paralyzed patients to control personal devices with hands-free point-and-click. The trial will assess the impact of everyday tasks such as texting, emailing, online shopping and accessing telehealth services, and the ability to live independently. The FDA granted Breakthrough Device designation to Synchron in August 2020.

Synchron will continue to advance enrollment in its COMMAND trial as the industry-first FDA-approved clinical trial for a permanently implanted BCI in the U.S. Recently reported long-term safety results have demonstrated this technology to be safe in four patients out to 12 months in Synchron's SWITCH trial in Australia, as reported at the 2022 American Academy of Neurology Conference.

**About the Stentrode™**

Synchron's flagship technology, the Stentrode, is an endovascular brain implant designed to enable patients to wirelessly control digital devices through thought and improve functional independence. Synchron's foundational technology, a motor neuroprosthesis (MNP), or motor BCI, is implanted via the jugular vein using neurointerventional techniques commonly used to treat stroke, and does not require drilling into the skull or open-brain surgery. The system is designed for patients suffering from paralysis as a result of a range of conditions. It is designed to be user friendly and dependable for patients to use autonomously.

**About Synchron, Inc.**

Synchron, an endovascular brain interface company, is a leader in implantable neural interface technology. The clinical-stage company is developing a neuroprosthesis for the treatment of paralysis and the first endovascular implantable neuromodulation therapy. Future applications include the potential to diagnose and treat conditions of the nervous system, including Parkinson's disease, epilepsy, depression, and hypertension. Synchron is headquartered in New York City, with R&D facilities in Melbourne, Australia. For more information, visit www.synchron.com. Follow us on Twitter @synchroninc.

## Contacts
Kimberly Ha
Synchron

█████████


Tyler Hubin
Moxie Communications Group

█████████

## Social Media Profiles

<u>Synchron on Twitter</u>

<u>Synchron on LinkedIn</u>

10/05/2022















LP Evidentiary Exhibits Page 000017









# synchron



OUR STORY

# Innovating an Industry

Since 2012, we have been developing a solution that avoids the need for open brain surgery by using a minimally-invasive procedure.



# Quick facts about us

# Quick facts about us

## 01

The device, the stentrode™, is 8mm in diameter and made from a flexible alloy called nitinol. It is inserted into Superior Sagittal Sinus in the brain via the jugular vein.

## 02

Initial grant funding was provided to a lab in the University of Melbourne by the U.S. Defense Advanced Research Projects Agency (DARPA) and Department of Defense (DoD).

## 03

In 2020, FDA awarded the stentrode™ the Breakthrough Device Designation. In 2021, Synchron became the first company to receive an FDA IDE to conduct trials of a permanently implantable BCI.

## 04

Series B funding was led by Khosla Ventures, with total capital raised now of $70M, including support from the

## 05

Synchron is headquartered in Brooklyn, New York, and has an office in Melbourne, Australia.

LP Evidentiary Exhibits Page 000023                              10/05/2022        1/1

7/24/22, 2:17 PM                                        About Us | Synchron

# synchron







## Amanda Zwarenstein

Director, Product

## Chloe Brown

Director, Strategic Marketing

## Kimberly Ha

Communications Lead

# Awards TIME

The Best Inventions of 2021
Time Magazine          2021

# Partners

# Board FAST@MPANY

Next Big Things in Tech
Fast Company           2021

LP Evidentiary Exhibits Page 000024

# synchron



# Awards

# Partners

# Board

# Advisors

TIME







The Best Inventions of 2021
Time Magazine              2021

Next Big Things in Tech
Fast Company              2021

Most Disruptive Innovator
Award
Newsweek                  2021

Innovation Award
Society of Vascular        2021
and
Neurointerventional
Neurology

BCI Award
BCI Award                 2021
Foundation

LP Evidentiary Exhibits Page 000025



Science, Technology Assessment, and Analytics

**SEPTEMBER 2022**

**WHY THIS MATTERS**

Brain-computer interfaces allow people to control machines using their thoughts. These interfaces can help people with disabilities as well as enhance human-computer interactions. For example, warfighters might operate a drone hands-free on the battlefield. However, the technology remains largely experimental, and it raises questions about security, ethics, and equity.

# SCIENCE & TECH SPOTLIGHT:
# BRAIN-COMPUTER INTERFACES

## /// THE TECHNOLOGY

**What is it?** A brain-computer interface (BCI) enables a person to control an external device using brain signals. BCIs could aid people with disabilities and improve national defense capabilities, among other uses. For example, researchers are developing BCIs that allow people with paralysis to spell words on a computer screen or regain control of their limbs. In addition, researchers are developing BCI-controlled robotic limbs that can provide users with a sense of touch. BCIs could also augment human capabilities by allowing people to control computerized machinery using their thoughts, for example (see fig. 1).



Source: GAO analysis (data), emojoez/svitlana/iitaporn/stock.adobe.com (images).  |  GAO-22-106118

Figure 1. Examples of BCI applications include a speller for communication, a smartphone interface, a BCI-operated drone, and a robotic limb.

**How does it work?** New BCI users often undergo an iterative training process. The user learns to produce signals the BCI will recognize, and the BCI translates the signals to operate a device using machine learning.

Generally, BCIs connect to the brain in two ways: through implanted or wearable devices (see fig. 2). Implanted BCIs are often surgically attached directly to brain tissue. They may be more appropriate for users with severe neuromuscular disorders or physical injuries. For example, a person with paralysis could use an implanted BCI that is attached to specific neurons to regain precise control of a limb. Implanted BCIs measure signals directly from the brain, reducing interference from other tissue. However, they pose surgical risks, such as infection and rejection.

Some implanted BCIs reduce risk by placing electrodes on the surface of the brain, a method called electrocorticography (ECoG).

Wearable BCIs often require a cap containing conductors that measure brain activity detectable on the scalp. A wearable BCI may be appropriate for purposes like augmented and virtual reality, gaming, or controlling an industrial robot. Most wearable BCIs use electroencephalography (EEG) to measure the brain's electrical activity. An emerging method—functional near-infrared spectroscopy (fNIRS)—shines near-infrared light through the skull to measure blood flow, which can indicate information such as the user's intentions.

To enhance mobility, researchers are developing BCIs that use portable methods to acquire data—for example, wireless EEG. These methods allow users to operate a smartphone or other device while moving freely.



Source: GAO analysis (data), koya979/stock.adobe.com (images).  |  GAO-22-106118
Note: Connections between brain and device may be wired or wireless.

Figure 2. Examples of implanted (left) and wearable (right) BCIs.

**How mature is it?** Most BCIs are experimental. Researchers first tested a wearable BCI in the early 1970s and implanted a BCI in a human for the first time in the late 1990s. BCI research has increased significantly in the 21st century resulting in the publication of thousands of research papers. According to one leading BCI company, fewer than 40 people worldwide have implanted BCIs, all of them experimental. One of the main obstacles to BCI development is that each person generates unique brain signals. Another is the difficulty of measuring those signals.

Historically, BCI research has focused on biomedical applications, such as helping people disabled by a stroke, physical injury, or neurological disorder. In April 2021, a device that uses a wireless EEG headset to help stroke patients regain arm and hand control became the first wearable BCI for rehabilitation to receive market authorization from the Food and

 | Science, Technology Assessment, and Analytics

Drug Administration. A number of other wearable and implanted BCIs for medical uses are currently in clinical trials.

Researchers are also developing applications for military use and for systems whose proper operation is critical to safety. For example, researchers at the National Aeronautics and Space Administration have used BCIs to help detect when pilots and air traffic controllers are more likely to make mistakes. The Department of Defense has funded research on BCIs for hands-free control of drones. And the Federal Aviation Administration has looked into how to medically certify pilots who may one day use BCIs to control airplanes.

**What are some concerns?** Some researchers have noted possible legal and security implications of BCIs. For example, cyberattacks are a concern because hackers could use malware to intercept brain signal data stored on a smartphone. The Department of Commerce is currently reviewing whether exporting BCIs could pose national security concerns. For example, foreign adversaries could obtain a military or intelligence advantage. Its decision could affect how the technology is used and shared overseas.

Researchers have also pondered societal and ethical implications. Reported costs of wearable BCIs range from hundreds to thousands of dollars, which may result in unequal access. Additionally, learning to use some types of BCIs requires training, which may burden users. Researchers have also suggested that translation of brain signals to speech by a BCI could cause harm if it is not accurate. For example, inaccurate translation might indicate legal or medical consent that the person did not intend to give.

### /// OPPORTUNITIES

- **Help people with disabilities.** People paralyzed by physical injuries or neurological disorders could use BCIs to communicate and regain control of their limbs.

- **Augment human capabilities and human-computer interactions.** BCIs could accelerate and simplify interactions between humans and machines in fields like defense and space. Also, some researchers have suggested that BCI-controlled robots could assist people in hazardous environments, such as coal mines.

- **Facilitate brain research.** Scientists could use BCIs to improve understanding of the brain. Some researchers have used a BCI to detect the emotions of patients in a vegetative or minimally conscious state.

### /// CHALLENGES

- **Technical and user challenges.** Each person generates unique brain signals, which are difficult to measure clearly. Also, learning to use a BCI can require substantial training.

- **Ethical framework.** BCIs may raise questions about what constitutes consent and about potential unfair advantages conferred by certain human enhancements.

- **Security and privacy.** BCIs could be vulnerable to cyberattacks that expose brain data or interfere with a device's function.

### /// POLICY CONTEXT AND QUESTIONS

- As BCIs develop toward commercial and patient use, will they be accessible to all, and who will bear the cost?

- How should BCIs that augment human capabilities be regulated, if at all?

- What ethical issues might BCIs raise, and what applications might constitute unethical or controversial use of BCIs?

- What steps might help to mitigate potential security and privacy risks associated with the acquisition of brain signal data?

### /// SELECTED GAO WORK

Science & Tech Spotlight: Extended Reality Technologies, GAO-22-105541.

### /// SELECTED REFERENCES

RAND Corporation. Brain-Computer Interfaces: *U.S. Military Applications and Implications, an Initial Assessment.* RR-2996-RC. Santa Monica, CA: 2020.

U.S. Department of Health and Human Services. Food and Drug Administration. Center for Devices and Radiological Health. *Implanted Brain-Computer Interface (BCI) Devices for Patients with Paralysis or Amputation - Non-clinical Testing and Clinical Considerations: Guidance for Industry and Food and Drug Administration Staff.* FDA-2014-N-1130. Rockville, MD: 2021.

U.S. Department of Transportation. Federal Aviation Administration. Office of Aerospace Medicine. *Medical Certification Strategies in Response to Technologically Advanced Prosthetic Devices.* DOT/FAA/AM-18/7. Washington, DC: 2018.

### GAO SUPPORT:

GAO meets congressional information needs in several ways, including by providing oversight, insight, and foresight on science and technology issues. GAO staff are available to brief on completed bodies of work or specific reports and answer follow-up questions. GAO also provides targeted assistance on specific science and technology topics to support congressional oversight activities and provide advice on legislative proposals.

**For more information, contact:** Karen L. Howard, PhD, at (202) 512-6888 or ▮▮▮▮▮▮▮▮▮▮

**Staff Acknowledgments:** Richard Hung (Assistant Director), Cheryl Harris (Analyst-in-Charge), Nora Adkins, Nicole Catanzarite, Joe Rando, and Ben Shouse.

This document is not an audit product and is subject to revision based on continued advances in science and technology. It contains information prepared by GAO to provide technical insight to legislative bodies or other external organizations. This document has been reviewed by Timothy M. Persons, PhD, the Chief Scientist of the U.S. Government Accountability Office.

This work of the United States may include copyrighted material, details at www.gao.gov/copyright.

GAO-22-106118 Brain-Computer Interfaces

10/05/2022

Breakthrough
Technology
for the Brain

patent No.
et al., TBF4563

Unlocking
the Brain

LP Evidentiary Exhibits Page 000028

9/30/22, 8:29 AM                                           Home - Neuralink

LP Evidentiary Exhibits Page 000029                          10/05/2022



© NEURALINK 2022
ALL RIGHTS RESERVED.

LP Evidentiary Exhibits Page 000030                    10/05/2022      3/3

9/30/22, 8:30 AM                                              Science - Neuralink

# There Are 86 Billion Neurons in Your Brain

Neurons send and receive information. Although neurons come in many different types, they generally have three parts: a dendrite which receives a signal, a cell body called a soma which computes the signal, and an axon which sends a signal out.

LP Evidentiary Exhibits Page 000031
10/05/2022          1/5

# Neurons Are Connected Through Synapses

The neurons of your brain connect to each other to send and receive signals through axon-dendrite connections called synapses.

# Neurons Communicate Through Electric Signals

Action potentials cause synapses to release neurotransmitters. These small molecules bind to receptors on dendrites, opening channels that cause current to flow across the neuron's membrane. When a neuron receives the 'right' combination of spatiotemporal synaptic input, it initiates an action potential.

# We Can Record Electrical Signals in the Brain

We place electrodes near neurons in order to detect action potentials. Recording from many neurons allows us to decode the information represented by those cells. In the movement-related areas of the brain, for example, neurons represent intended movements. There are neurons in the brain that carry information about everything we see, feel, touch, or think.

LP Evidentiary Exhibits Page 000033

# Learn More

## WHY DO ELECTRODES NEED TO BE CONNECTED DIRECTLY TO THE BRAIN? ✕

Neural activity can be monitored from outside the head using non-invasive techniques such as EEG. With these non-invasive techniques, each channel records the summed activity of millions of neurons, which means the details are blurred away. Imagine experiencing a sports event through a microphone placed outside the stadium. From the roars or groans of the crowd you can tell when something good or bad happens to the home team, but you'll have a hard time distinguishing whether they scored or made a great defensive play and you certainly wouldn't be able to hear what individual people were saying about the game. The same is true for recording from the brain: recordings made at a distance provide some useful, high-level information, but to access fine-scale information, you need to be close to the source. Here, that means recording action potentials, or "spikes," from individual neurons. Currently, that can only be done by placing electrodes inside the brain.

## HOW DOES NEURAL STIMULATION WORK?

LP Evidentiary Exhibits Page 000034



© NEURALINK 2022
ALL RIGHTS RESERVED.

LP Evidentiary Exhibits Page 000035

**FROM NEURON TO COMPUTER**

# The Link

We're aiming to design a fully implantable, cosmetically invisible brain-computer interface to let you control a computer or mobile device anywhere you go.

Micron-scale threads would be inserted into areas of the brain that control movement. Each thread contains many electrodes and connects them to an implant called the "Link."

LP Evidentiary Exhibits Page 000036



LP Evidentiary Exhibits Page 000037

**NEURAL IMPLANT AND ELECTRODE ARRAY**



LP Evidentiary Exhibits Page 000038



## LINK

Sealed, implanted device that processes and transmits neural signals.



## NEURAL THREADS

Each small and flexible thread contains many electrodes for detecting neural signals.



## CHARGER

Compact inductive charger wirelessly connects to the implant to charge the battery from the outside.

NEW APPROACH TO NEUROSURGERY

LP Evidentiary Exhibits Page 000039

# Precision Automated Neurosurgery

The threads on the Link are so fine and flexible that they can't be inserted by the human hand. Instead, we are building a robotic system that is designed to reliably and efficiently insert these threads exactly where the neurosurgeon wants them to be.

**REGAINING INDEPENDENCE**

# The Neuralink App

The Neuralink app is being designed to allow you to control your keyboard and mouse directly with the activity of your brain, just by thinking about it.



## BE IN CONTROL

The Neuralink app would guide you through exercises that would teach you to control your device.

**SIMULATION.**
**NOT FDA-APPROVED OR AVAILABLE.**



## BE AUTONOMOUS

With a Bluetooth connection, you would be able to potentially control any mouse or keyboard with your thoughts.

# Learn More

## WHAT IS NEURALINK DEVELOPING?                                            ✕

Neuralink is building a fully integrated Brain Computer Interface (BCI)

LP Evidentiary Exhibits Page 000041                    10/05/2022    6/8

system. Sometimes you'll see this called a brain-machine interface (BMI). Either way, BCIs are technologies that enable a computer or other

digital device to be controlled directly with brain activity. For example, prior research has demonstrated that a person with paralysis can control a computer mouse or keyboard just by thinking about how they want to move. Our goal is to build a system that is safe, fully implanted and cosmetically invisible, available at home or out and about, and usable without assistance. Our device, called the Link, aims to record from 1024 electrodes and is being designed to meet these criteria.

## WHAT ARE THE BIGGEST CHALLENGES IN MAKING A SCALABLE BCI?

## HOW DOES THE NEURALINK SYSTEM DIFFER FROM OTHER BCI DEVICES?



© NEURALINK 2022
ALL RIGHTS RESERVED.

LP Evidentiary Exhibits Page 000042

Approach - Neuralink

## WHAT ARE THE BIGGEST CHALLENGES IN MAKING A SCALABLE BCI?    ×

Neuralink's technology builds on decades of BCI research in academic labs, some of which is currently being tested in ongoing clinical studies. The BCI systems used in these aforementioned studies have no more than a few hundred electrodes with connectors that pass through the skin. Their use also requires laboratory equipment and personnel to be present. Our challenge is to build a safe and effective BCI that is wireless and fully implanted, scales up the number of electrodes, removes the need for external equipment (other than the device being controlled), and that users can take anywhere and operate by themselves. Recent engineering advances in the field and new technologies developed at Neuralink are paving the way for progress on each of these key technical hurdles.

### ELECTRODES

In order to optimize the compatibility of our threads with the surrounding tissue, we believe that they should be on the same size scale as neighboring neurons and as flexible as possible. The threads also have to resist corrosion from fluid in the tissue. Therefore, we microfabricate the threads out of thin film metals and polymers. To meet these criteria, we've developed new microfabrication processes and made advances in materials science. These include the integration of corrosion-resistant adhesion layers to the threads and rough electrode materials that increase their effective surface area without increasing their size.

### CHIPS

Our Link needs to convert the small electrical signals recorded by each electrode into real-time neural information. Since the neural signals in the brain are small (microvolts), the Link must have high-performance signal amplifiers and digitizers. Also, as the number of electrodes increases, these raw signals become too much information to upload with low power devices. Scaling our devices requires on-chip, real-time identification and characterization of neural spikes. Our custom chips on the Link meet these goals, while radically reducing per-channel chip size

the Link meet these goals, while radically reducing per-channel chip size and power consumption compared to current technology.

## HERMETIC PACKAGING

The Link needs to be protected from the fluid and salts in the brain. Making a water-proof enclosure can be hard, and it's even harder when that enclosure must be constructed from biocompatible materials, replace the skull structurally, and allow over 1,000 electrical channels to pass through it. To meet this challenge, we are developing innovative techniques to build and seal each major component of the package. For example, by replacing the connection of multiple components with a process that builds them as a single component, we can decrease device size and eliminate a potential failure point.

## NEUROSURGERY

Our threads are too fine to be manipulated by hand and too flexible to go into the brain on their own (imagine trying to sew a button with thread but no needle). Yet, we need to safely insert them with precision and efficiency. We are innovating on robot design, imaging systems, and software to build a robot that can precisely and efficiently insert many threads through a single 25 mm skull opening while actively avoiding blood vessels on the surface of the brain.

## NEURAL DECODING

Neural spikes contain a lot of information, but that information has to be decoded in order to use it for controlling a computer. Academic labs have designed computer algorithms to control a virtual computer mouse from the activity of hundreds of neurons. Our device is intended to record from over an order of magnitude more neurons, which we hope will provide more precise and naturalistic control of electronic devices. To accomplish this, we are building on recent advances in statistics and algorithm design to improve the efficacy and robustness of neural decoding. One challenge is to design adaptive algorithms that maintain reliable and robust performance while continuing to improve over time. Ultimately, we want these algorithms to run in real time on the implanted device itself.

LP Evidentiary Exhibits Page 000044

## WHAT ARE THE BIGGEST CHALLENGES IN MAKING A SCALABLE BCI?

## HOW DOES THE NEURALINK SYSTEM DIFFER FROM OTHER BCI DEVICES?                                                                          ✕

There are currently only a few approved BCI devices that record from and/or stimulate the human brain, including devices for deep brain stimulation (DBS), which can treat neurological disorders such as Parkinson's disease, and devices for the detection and disruption of seizures. These approved devices are designed to modulate neural activity over large brain areas, not to transfer information to and from the brain. Therefore, they generally have a small number of electrodes (less than 10), and these electrodes are much larger than our threads. For example, DBS leads have only 4-8 electrodes and are about 800 times larger in diameter.

There are also non-Neuralink BCI devices being tested in pilot clinical trials. However, none of these devices have more than a few hundred electrodes, and they are all either placed on the surface of the brain or in fixed arrays of single rigid electrodes. The Link is being designed with an order of magnitude more electrodes and with flexible threads that are individually placed to avoid blood vessels and to best cover the brain region of interest.

We are also designing the Link to provide unprecedented scale, with over 1024 channels of information from the brain. The Link is also being designed to perform real-time spike detection on every channel and to send this data wirelessly.

LP Evidentiary Exhibits Page 000045                                              10/05/2022          7/8

[illegible]

[illegible]

© NEURALINK 2022
ALL RIGHTS RESERVED.

**REGAINING CONTROL**

# A Direct Link Between the Brain & Everyday Technology

The initial goal of our technology is to help people with paralysis regain independence through the control of computers and mobile devices. Our devices are therefore currently being designed to one day give people the ability to communicate more easily via text or speech synthesis, to follow their curiosity on the web, or to express their creativity through photography, art, or writing apps.

LP Evidentiary Exhibits Page 000047



**RECONNECTING THOUGHT TO ACTION**

# The Future of
# Neural Engineering

The Link is a starting point for a new kind of brain-computer interface. As our technology develops, we want to be able to increase the channels of communication with the brain, accessing more brain areas and new kinds of neural information. We believe this technology has the potential to treat a wide range of neurological disorders, to restore sensory and

LP Evidentiary Exhibits Page 000048                        10/05/2022

motor function, and eventually to expand how we interact with each other and experience the world around us.

**FIG. 1**



**FIG. 2**











# Learn More

## WHAT WILL THE LINK DO?                                              ✕

We are designing the Link to connect to thousands of neurons in the brain, so that it may one day be able to record the activity of these neurons, process these signals in real time, and translate intended movements directly into the control of an external device. As a first application of our technology, we hope to help people with quadriplegia by giving them the ability to control computers and mobile devices directly with their thoughts. We would start by recording neural activity in the brain's movement areas. As users think about moving their arms or hands, we would decode those intentions, which would be sent over Bluetooth to the user's computer. Users would initially learn to control a virtual mouse. Later, as users get more practice and our adaptive decoding algorithms continue to improve, we expect that users would be able to control multiple devices, including a keyboard or a game controller.

## WHO WILL THE LINK HELP?

## WILL THE LINK BE SAFE?

## WILL THE LINK OR FUTURE SYSTEMS BE AVAILABLE TO THE GENERAL POPULATION?

## HOW WILL YOU ADDRESS DEVICE SECURITY?

LP Evidentiary Exhibits Page 000050                      10/05/2022        4/5

# Learn More

## WHAT WILL THE LINK DO?                                      −⅟₈

## WHO WILL THE LINK HELP?                                      ×

We hope our first application will enable people with quadriplegia to control a point-and-click computer cursor. We believe there are many other potential future applications for the Link. These may include restoring motor, sensory, and visual function, as well as treatment of neurological disorders.

## WILL THE LINK BE SAFE?                                       −⅟₈

## WILL THE LINK OR FUTURE SYSTEMS BE AVAILABLE TO THE GENERAL POPULATION?

## HOW WILL YOU ADDRESS DEVICE SECURITY?

LP Evidentiary Exhibits Page 000051                    10/05/2022

# Learn More

## WHAT WILL THE LINK DO?

## WHO WILL THE LINK HELP?

## WILL THE LINK BE SAFE?                                            ✕

We have not yet begun clinical trials, and so we do not have safety data in humans, but safety has been at the core of the design process. In particular, the Link includes technical innovations intended to improve the safety of the surgical procedure compared to existing BCI devices or traditional neurosurgery. Here are a few examples:

There is always risk associated with general anesthesia, and that risk is reduced by shortening the time of the procedure. We're designing the Neurosurgical Robot so that it will be capable of efficient and reliable electrode insertion. Also, the robot is being designed to insert threads through a hole in the skull as small as 25 mm in diameter. Combined with other advancements in robotic surgical tooling, this may eventually allow us to eliminate general anesthesia and implant the device under conscious sedation.

Inserting a device into the brain always carries some risk of bleeding. We are trying to reduce that risk by using micron-scale threads, inserted with a needle whose diameter is about the size of many neurons in the brain. Furthermore, because each thread is individually inserted, the Neurosurgical Robot is being designed so that it will aim each thread to avoid damaging blood vessels at or near the surface of the brain.

LP Evidentiary Exhibits Page 000052

# Learn More

## WHAT WILL THE LINK DO?

## WHO WILL THE LINK HELP?

## WILL THE LINK BE SAFE?

## WILL THE LINK OR FUTURE SYSTEMS BE AVAILABLE TO THE                ✕
## GENERAL POPULATION?

Neuralink is currently focused on developing medical devices. We believe these devices have the potential to help people with a wide range of injuries and neurological disorders, and we hope to develop treatments for many of these conditions in the coming years. We expect that as our devices continue to scale, and as we learn to communicate with more areas of the brain, we will discover new, non-medical applications for our BCIs. Neuralink's long-term vision is to create BCIs that are sufficiently safe and powerful that the general population would want to have them.

## HOW WILL YOU ADDRESS DEVICE SECURITY?

LP Evidentiary Exhibits Page 000053                10/05/2022

# Learn More

## WHAT WILL THE LINK DO?

## WHO WILL THE LINK HELP?

## WILL THE LINK BE SAFE?

## WILL THE LINK OR FUTURE SYSTEMS BE AVAILABLE TO THE GENERAL POPULATION?

## HOW WILL YOU ADDRESS DEVICE SECURITY?                    ✕

We understand that medical devices need to be secure and it takes serious engineering to prevent unwanted access to such devices. Security will be built into every layer of the product through strong cryptography, defensive engineering, and extensive security auditing.

LP Evidentiary Exhibits Page 000054



© NEURALINK 2022
ALL RIGHTS RESERVED.

LP Evidentiary Exhibits Page 000055

Microsoft
Research    Our research∨        All Microsoft∨



Sign up: Research Newsletter

# Brain-Computer Interfaces

Established: June 29, 2018

<u>Overview</u>    <u>People</u>    <u>Publications</u>    <u>Videos</u>    <u>Groups</u>

Brain-Computer Interface (BCI) is a system that measures central nervous system (CNS) activity and converts it into artificial output that replaces, restores, enhances, supplements, or improves the natural CNS output and thereby changes the ongoing interactions between the CNS and its external or internal environment. BCI is direct communication pathway between an enhanced or wired brain and an external device.

The Brain-Computer Interfaces (BCI) project in Microsoft Research aims to enable BCI for the general population. This means non-intrusive methods, fewer number of electrodes and custom-designed signal picking devices. We go towards interactive BCI, which means response times within seconds and using EEG signals.

## Activity of CNS

Direct measurement:

- Electroencephalographic signals (EEG)
- Functional Near Infrared Spectroscopy (fNIRS)
- Magnetoencephalography (MEG)
- Functional Magnetic Resonance Imaging (fMRI)
- Positron Emission Tomography (PET)

Indirect indications:

- heart rate, pupil dilation, galvanic skin resistance (GSR)
- gaze dynamics, gesture/posture/gait dynamics

Neuroimaging modalities:

| Recording method | Abbr. | SNR | Temporal resolution | Spatial resolution | Probably portable | Invasive |
|---|---|---|---|---|---|---|
| Electrocorticography | ECoG | High | High | High | Yes | Yes |
| Electroencephalography | EEG | Mid to low | High | Mid to low | Yes | No |
| Magnetoencephalography | MEG | Mid | High | Mid | No | No |
| Function MRI | fMRI | Mid | Low | High | No | No |
| Function Near-Infrared Spectroscopy | fNIRS | Low | Low | Mid | Yes | No |

## Electrical activity of the brain

Action potentials:

- Single neuron electrical activity
- Spikes 40 mV/1-2 ms/0-1,000 Hz

Local field potentials (LFP):

- Group of neurons

- 50-350 µV, up to 350 Hz

Electrocorticography (ECoG):

- Electrodes on the surface of the brain (4-32)
- 100 µV/200 Hz

Electroencephalography (EEG):

- Electrodes on the skull (16-256): dry, gel, saline solution
- 1-10 µV/50 Hz

Frequency bands:

| Band | Frequency, Hz |
|------|---------------|
| Delta | < 4 |
| Theta | from 4 to 8 |
| Alpha | from 8 to 14 |
| Beta | > 14 |

## Types of BCI

Passive BCI:

- Monitoring the human state: emotion, attention, cognitive load

Interactive BCI:

- Direct EEG decoding
- Imaginary/inducted/stimulated movements, typically from the motor cortex
- Attention decoding to audio or video
- Evoked potentials: steady state video, or audio, or haptic, or ...
- Event related potentials: P300

Active BCI:

- All the above
- Induction of stimulae

## Evoked potentials

One of the approaches in the interactive BCI
Types of evoked potentials:

- Visual: steady state visual evoked potentials (SSVEP)
- Audio: auditory steady state response (ASSR)
- Haptic: steady-state somatosensory evoked potential (SSSEP)

## BCI as type of HMI

BCI can be treated as another input modality of the human-machine interface. As such it should be used where it is more convenient or there are no other alternatives. Examples here are scenarios with augmented or virtual reality (AR/VR) glasses and hand-busy/eyes-busy situations. Such situation can arise on the manufacturing floor when hands are holding tools or are in protecting gloves (no gesture input) and it is too noisy (no voice input).

## Our current research directions

We target general population (non-intrusive pickup with low number of electrodes) in interactive BCI (signal limited to EEG or MEG) scenarios. The most promising applications include augmenting the UI of AR/VR glasses with BCI components.

Follow us:           Share this page: 

| What's new | Microsoft Store | Education | Business | Developer & IT | Company |
|------------|-----------------|-----------|----------|----------------|---------|
| Surface Laptop Go 2 | Account profile | Microsoft in education | Microsoft Cloud | Azure | Careers |
| Surface Pro 8 | Download Center | Devices for education | Microsoft Security | Developer Center | About Microsoft |

| | | | | |
|---|---|---|---|---|
| Surface Laptop Studio | Microsoft Store support | Microsoft Teams for Education | Dynamics 365 | Documentation | Company news |
| Surface Pro X | Returns | Microsoft 365 Education | Microsoft 365 | Microsoft Learn | Privacy at Microsoft |
| Surface Go 3 | Order tracking | Education consultation appointment | Microsoft Power Platform | Microsoft Tech Community | Investors |
| Surface Duo 2 | Virtual workshops and training | Educator training and development | Microsoft Teams | Azure Marketplace | Diversity and inclusion |
| Surface Pro 7+ | Microsoft Store Promise | Deals for students and parents | Microsoft Industry | AppSource | Accessibility |
| Windows 11 apps | Flexible Payments | Azure for students | Small Business | Visual Studio | Sustainability |

Sitemap    Contact Microsoft    Privacy    Terms of use    Trademarks    Safety & eco    About our ads    © Microsoft 2022

Case 1:23-cv-09605-LTS   Document 1-1   Filed 10/30/23   Page 208 of 521

9/30/22, 8:41 AM                                          Brain-Computer Interfaces Are Coming. Will We Be Ready? | RAND



**OBJECTIVE ANALYSIS.**
**EFFECTIVE SOLUTIONS.**

RAND >   The RAND Blog >   Article



# Brain Computer Interfaces A Coming. Will We Ready?

August 27, 2020

Illustration by Alyson Youngblood/RAND Corporation

## OVERVIEW

Humans controlling machines with their minds may sound like something from a sci-fi movie, but it's becoming a reality through braincomputer interfaces. Understanding this emerging technology now can help ensure that effective policies are in place before BCI becomes a part of everyday life.

hree drones lift off, filling the air with their telltale buzz. They slowly sail upward as a fleet—evenly spaced and level—and then hover aloft.

On the ground, the pilot isn't holding a remote control. In fact, he isn't holding anything. He's

LP Evidentiary Exhibits Page 000059

just sitting there calmly, controlling the drones with his mind.

This isn't science fiction. This is a YouTube video from 2016.

In the clip, a mechanical engineering Ph.D. candidate at Arizona State University (ASU) sports an odd piece of headwear. It looks a bit like a swim cap, but with nearly 130 colorful sensors that detect the student's brain waves. These devices let him move the drones simply by thinking directional commands: up, down, left, right.

Today, this type of brain-computer interface (BCI) technology is still being developed in labs like the one at ASU in 2016, which has since moved to the University of Delaware. In the future, all kinds of BCI tech could be sold to consumers or deployed on the battlefield.

The fleet of mind-controlled drones is just one real-life example of BCI explored in an initial assessment of BCI by RAND Corporation researchers. They examined current and future developments in the world of BCI and evaluated the practical applications and potential risks of various technologies. Their study is part of RAND's Security 2040 initiative, which looks over the horizon and explores new technologies and trends that are shaping the future of global security.

"That video of the drones really struck me as we were researching," said Anika Binnendijk, a political scientist at RAND and an author of the report.

"Some of this technology seems to be the stuff of science fiction. But it was intriguing to see

what has actually been achieved thus far in a laboratory setting, and then to think in a structured way about how it might be used outside of the lab."

LP Evidentiary Exhibits Page 000060

If today's achievements in brain-computer interface technology already seem unbelievable,

## It stands to reason that BCI breakthroughs in the not-too-distant future could be truly momentous.

Share on Twitter

then it stands to reason that BCI breakthroughs in the not-toodistant future could be truly momentous. And that means we need to start thinking about them now.

## How Do BCIs Work?

BCI technology allows a human brain and an external device to talk to one another—to exchange signals. It gives humans the ability to directly control machines, without the physical constraints of the body.

Binnendijk and her colleagues analyzed existing and potential BCI tools that vary in terms of accuracy and invasiveness, two qualities that are closely related. The greater the proximity of an electrode to the brain, the stronger the signal—like a cerebral cell phone tower.

Non-invasive tools often use sensors applied on or near the head to track and record brain activity, just like the swim cap the ASU student used. These tools can be placed and removed easily, but their signals may be muffled and imprecise.

Invasive BCI would require surgery. Electronic devices would need to be implanted beneath the skull, directly into the brain, to target specific sets of neurons. BCI implants currently under development are tiny and can engage up to a million neurons at once. For example, a research team at the University of California, Berkeley, has created implantable sensors that are roughly the size of a grain of sand. They call these sensors "neural dust."

LP Evidentiary Exhibits Page 000061



A "neural dust" implantable sensor developed by researchers at UC Berkeley.
Image from UC Berkeley / CC BY 3.0

Invasive methods would likely result in a much clearer
and more accurate signal between the brain and the
device. But as with any surgery, the procedures
required to implant them would come with health
risks.

## A World of Possibilities

By creating the ability for humans to communicate
directly with machines, BCI has the potential to
influence all facets of life. But Timothy Marler, a senior
research engineer at RAND and coauthor of the report,
says that it makes sense to start by studying an
emerging technology like BCI through a military lens.
Why? Because war is one of the most fraught and
complicated scenarios imaginable.

"If I can use it in a war, I could probably use it during a
natural disaster like a tsunami or an earthquake. And
frankly, I could use it more to save lives," said Marler.
"Those are good things.

But we aren't necessarily advocating the use of these
technologies. We're testing the viability of their use."

Most BCI technologies are still in the early stages of
development and are actively being researched and
funded by the Defense Advanced Research Projects
Agency (DARPA), the Army Research Lab, the Air Force
Research Laboratory, and other organizations. With
the power of BCI tools, the U.S. military could

LP Evidentiary Exhibits Page 000062

potentially enhance the physical and cognitive power
of its personnel.

BCI could also provide major medical benefits in the
military and civilian worlds. For instance, amputees
could directly control sophisticated prosthetic limbs.
And implanted electrodes could improve memory for
people dealing with Alzheimer's disease, stroke, or
head injuries. Binnendijk, recalling a young neighbor
who currently controls her mobility by using a joystick,
is hopeful that the technology might one day
revolutionize the girl's ability to navigate the world.

Based on their analysis of current BCI development and
the types of tasks that future tactical military units
might face, the RAND team created a toolbox that
catalogs how BCI might be useful in the coming years.
Some BCI functions may be available within a relatively
short time (within a couple of decades or so). But
others, especially those that transfer more
complicated data, could take much longer to mature.
The team then tested this toolbox by bringing together
neuroscientists and

individuals with operational warfighting experience to
play a national security game.

---

## A Systematic Approach

RAND researchers developed a path for determining
where BCI technology stands now and where it could
potentially go. They applied a comprehensive method
that could be applied to other emerging technologies.

LP Evidentiary Exhibits Page 000063



**Step 1: Analysis**

Conduct a literature review and interviews with experts.



**Step 2: Toolbox**   Break the technology down into practical tools.



**Step 3: Tabletop Game**

Facilitate a structured discussion of how and where to use

those tools.



**Step 4: Recommendations**

Encourage developers to create products that respond to users' real needs.

---

# Researching Tomorrow's Technology Today

As with any emerging technology, BCI carries many risks and unknowns. Before BCI matures, it's important for developers to plan ahead and consider the ethical and policy issues surrounding complicated and potentially frightening scenarios.

For instance, advanced BCI technology could be used to reduce pain or even regulate emotions. What happens when military personnel are sent into battle with a reduced sense of fear? And when they return home, what psychological side effects might veterans experience without their "superhuman" traits? Now

LP Evidentiary Exhibits Page 000064

may be the perfect time to think through these scenarios and ensure that there are guardrails in place ahead of time.

"There can be a knee-jerk reaction to emerging technology—that it will take jobs away or it will be

## As BCI developers prepare, they should carefully weigh the opportunities against the risks.

Share on Twitter

militarized," said Marler. "But BCI is not that different than the automobile; it can be dangerous, but it can be very helpful.

"I wish we had these policy discussions about artificial intelligence and robotics 20 years ago because, in many ways, folks are now being reactive. People fear what they don't understand. We all need to understand BCI, so we can ensure that we're not reckless with it."

As BCI developers prepare, they should carefully weigh the opportunities against the risks.

## hing Potential Opportunities and Risks of BCI

ormance could be oved.

### gmented human ities

er information sharing and oved situational awareness d lead to **more rapid and rate decisions**.

ple could **control machines their thoughts**.

ple's **memory, attention s, and cognitive**

### Better understanding of human experience

People could **monitor for excessive stress or cognitive workload**.

People could develop a **better understanding of how physiological states affect** cognitive and motor **performance**.

### Improved ability to succeed in challenging circumstances

**Search-and-rescue operations** in remote or otherwise inaccessible environments **could be improved**.

**People could communicate silently** and without risk of radio interference.

### New health trea options

**People who are una** limbs could **walk**, m physical objects, or s interactions with pros exoskeletons.

**Pain, depression, posttraumatic stres severe anxiety coul** without pharmaceutic

LP Evidentiary Exhibits Page 000065

| ities | ed human | Better understanding of human experience | Ethical impacts and inequity | Physical harm |
|---|---|---|---|---|
| | be hacked to al harm; control ptions, or actions; or nal information. | Interpersonal **relationships may be profoundly altered.** | In war, **combat speed could outpace human decisionmaking speed.** Rapidly sharing information between people and machines raises ethical issues of accountability in war. | Implants introduce **hemorrhaging, infec brain damage** |
| le could | | | | **Long-term physical unknown.** |
| | **micromanaged ely new level.** This mplications for work, elationships, parenting, | **People may be psychologically harmed** if "superhuman" capabilities are revoked—for example, at the end of military service. | | |
| could be | | **Long-term mental effects are unknown.** | Unequal access to BCI technology could **widen existing social, political, and economic inequities.** | |
| | **misused for** of people. | | | |
| itarian control | | | | |

ris

The report highlights recommendations for the U.S. government, including planning to address a lack of trust in BCI technologies among the service members who may be expected to use them, and guidance to ensure ethical applications. The researchers also stress the importance of creating tools that respond to actual needs, rather than falling in love with "an exquisite technology," as Binnendijk put it, and developing something just because it's possible. These and other

LP Evidentiary Exhibits Page 000066                                    10/05/2022

considerations could help reduce risks as BCI capabilities mature.

The thought-powered drones that first intrigued Binnendijk when she began this study may eventually be the ancestors of hands-free swarms of drones, robots, or even vehicles.

Binnendijk says it's important to analyze emerging technologies from a policy perspective to understand how they might be useful in the future.

"We have an opportunity to get ahead of the game. This is something we should be thinking about now, before BCI technologies become a reality in the everyday world."

### Project Credits

STORY: Marissa Norris

DESIGN AND DEVELOPMENT: Alyson Youngblood

More about this research

The research on which this article is based was conducted by RAND researchers. The full report, Brain-Computer Interfaces: U.S. Military Applications and Implications, An Initial Assessment (by Anika Binnendijk, Timothy Marler, and Elizabeth M. Bartels, 2020), was peer reviewed and published in rand.org. It is free to read online or download for personal use. Learn more about RAND copyright and permissions.

Funding for this project was provided by gifts from RAND supporters and income from operations.

### ABOUT
The RAND Corporation is a research organization that develops solutions to public policy challenges to help make communities throughout the world safer and more secure, healthier and more prosperous. RAND is nonprofit, nonpartisan, and committed to the public interest.

1776 Main Street
Santa Monica, California 90401-3208

RAND® is a registered trademark. © 1994-2022 RAND Corporation.

 

Sensors (Basel). 2021 Sep; 21(17): 5746.                    PMCID: PMC843380:
Published online 2021 Aug 26. doi: 10.3390/s21175746            PMID: 34502636

# Brain-Computer Interface: Advancement and Challenges

M. F. Mridha,[1] Sujoy Chandra Das,[1] Muhammad Mohsin Kabir,[1] Aklima Akter Lima,[1] Md. Rashedul Islam,[2,*] and Yutaka Watanobe[3]

Sung-Phil Kim, Academic Editor

## Abstract

Brain-Computer Interface (BCI) is an advanced and multidisciplinary active research domain based on neuroscience, signal processing, biomedical sensors, hardware, etc. Since the last decades, several groundbreaking research has been conducted in this domain. Still, no comprehensive review that covers the BCI domain completely has been conducted yet. Hence, a comprehensive overview of the BCI domain is presented in this study. This study covers several applications of BCI and upholds the significance of this domain. Then, each element of BCI systems, including techniques, datasets, feature extraction methods, evaluation measurement matrices, existing BCI algorithms, and classifiers, are explained concisely. In addition, a brief overview of the technologies or hardware, mostly sensors used in BCI, is appended. Finally, the paper investigates several unsolved challenges of the BCI and explains them with possible solutions.

**Keywords:** brain-computer interface, signal processing, biomedical sensors, systematic review

## 1. Introduction

The quest for direct communication between a person and a computer has always been an attractive topic for scientists and researchers. The Brain-Computer Interface (BCI) system has directly connected the human brain and the outside environment. The BCI is a real-time brain-machine interface that interacts with external parameters. The BCI system employs the user's brain activity signals as a medium for communication between the person and the computer, translated into the required output. It enables users to operate external devices that are not controlled by peripheral nerves or muscles via brain activity.

BCI has always been a fascinating domain for researchers. Recently, it has become a charming area of scientific inquiry and has become a possible means of proving a direct connection between the brain and technology. Many research and development projects have implemented this concept, and it has also become one of the fastest expanding fields of scientific inquiry. Many scientists tried and applied various communication methods between humans and computers in dif-

LP Evidentiary Exhibits Page 000068

ferent BCI forms. However, it has progressed from a simple concept in the early days of digital technology to extremely complex signal recognition, recording, and analysis techniques today. In 1929, Hans Berger [1] became the first person to record an Electroencephalogram (EEG) [2], which shows the electrical activity of the brain that is measured through the scalp of a human brain. The author tried it on a boy with a brain tumor; since then, EEG signals have been used clinically to identify brain disorders. Vidal [3] made the first effort to communicate between a human and a computer using EEG in 1973, coining the phrase "Brain-Computer Interface". The author listed all of the components required to construct a functional BCI. He made an experiment room that was separated from the control and computer rooms. In the experiment room, three screens were required; the subject's EEG was to be sent to an amplifier the size of an entire desk in the control area, including two more screens and a printer.

The concept of combining brains and technology has constantly stimulated people's interest, and it has become a reality because of recent advancements in neurology and engineering, which have opened the pathway to repairing and possibly enhancing human physical and mental capacities. The sector flourishing the most based on BCI is considered the medical application sector. Cochlear implants [4] for the deaf and deep brain stimulation for Parkinson's illness are examples of medical uses becoming more prevalent. In addition to these medical applications, security, lie detection, alertness monitoring, telepresence, gaming, education, art, and human enhancement are just a few uses for brain–computer interfaces (BCIs), also known as brain–machine interfaces or BMIs [5]. Every application based on BCI follows different approaches and methods. Each method has its own set of benefits and drawbacks. The degree to which a performance can be enhanced while minute-to-minute and day-to-day volatility are reduced is crucial for the future of BCI technology. Such advancements rely on the capacity to systematically evaluate and contrast different BCI techniques, allowing for the most promising approaches to be discovered. In addition, this versatility around BCI technologies in different sectors and their applications can seem so complex yet so structured. Most of the BCI applications follow a standard structure and system. This basic structure of BCI consists of signal acquisition, pre-processing, feature extraction, classification, and control of the devices. The signal acquisition paves the way to connecting a brain and a computer and to gathering knowledge from signals. The three parts of pre-processing, feature extraction, and classification are responsible for making the associated signal more usable. Lastly, control of the devices points out the primary motivation: to use the signals in an application, prosthetic, etc.

The outstanding compatibility of various methods and procedures in BCI systems demands extensive research. A few research studies on specific features of BCI have also been conducted. Given all of the excellent BCI research, a comprehensive survey is now necessary. Therefore, an extensive survey analysis was attempted and focused on nine review papers featured in this study. Most surveys, however, do not address contemporary trends and application as well as the purpose and limits of BCI methods. Now, an overview and comparisons of the known reviews of the literature on BCI are shown in Table 1.

LP Evidentiary Exhibits Page 000069

## Table 1

A summary of recent surveys/reviews on various BCI technologies, signals, algorithms, classifiers, etc.

| Ref. | Purposes | Challenges |
|------|----------|-----------|
| [6] | Advantages, disadvantages, decoding algorithms, and classification methods of EEG-based BCI paradigm are evaluated. | Training time and fatigue, signal processing, and novel decoders, shared control to supervisory control in closed-loop. |
| [7] | A comprehensive review on the structure of the brain and on the phases, signal extraction methods, and classifiers of BCI | Human-generated thoughts are non-stationary, and generated signals are nonlinear. |
| [8] | A systematic review on the challenges in BCI and current studies on BCI games using EEG devices | Biased within the process of search and classification. |
| [9] | A well-structured review on sensors used on BCI applications that can detect patterns of the brain | The sensors are placed in the human brain when neurosurgery is needed, which is a precarious process. |
| [10] | A brief review on standard invasive and noninvasive techniques of BCI, and on existing features and classifiers | To build brain signal capture systems with low-density electrodes and higher resolution. |
| [11] | This paper briefly describes the application of BCI and neurofeedback related to haptic technologies | This study only covers a small domain of BCI (haptic technology) |
| [12] | This survey mainly focuses on identifying emotion with EEG-based BCI, with a brief discussion on feature extraction, selection, and classifiers | There are no real-life event datasets, and the literature could not sense the mixed feelings simultaneously. |
| [13] | This paper refers to applying only noninvasive techniques on BCI and profound learning-related BCI studies | This study exclusively covers noninvasive brain signals. |
| [14] | This review focused on popular techniques such as deep learning models and advances in signal sensing technologies | Popular feature extraction processes, methods, and classifiers are not mentioned or reviewed. |

Abiri, R. et al. [6] evaluated the current review on EEG-based various experimental paradigms used by BCI systems. For each experimental paradigm, the researchers experimented with differ-ent EEG decoding algorithms and classification methods. The researchers overviewed the para-digms such as Motor imagery paradigms, Body kinematics, Visual P300, Evoked potential, and Error related potential and the hybrid paradigms analyzed with the classification methods and their applications. Researchers have already faced some severe issues while exploring BCI para-digms, including training time and fatigue, signal processing, and novel decoders; shared control to supervisory control in closed-loop; etc. Tiwari, N. et al. [7] provided a complete assessment of the evolution of BCI and a fundamental introduction to brain functioning. An extensive compre-

LP Evidentiary Exhibits Page 000070

hensive revision of the anatomy of the human brain, BCI, and its phases; the methods for extracting signals; and the algorithms for putting the extracted information to use was offered. The authors explained the steps of BCI, which consisted of signal acquisition, feature extraction, and signal classification. As the human brain is complex, human-generated thoughts are non-stationary, and generated signals are nonlinear. Thus, the challenging aspect is to develop a system to find deeper insights from the human brain; then, BCI application will perform better with these deeper insights. Vasiljevic, G.A.M. et al. [8] presented a Systematic Literature Review (SLR) conclusion of BCI games employing consumer-grade gadgets. The authors analyzed the collected data to provide a comprehensive picture of the existing reality and obstacles for HCI of BCI-based games utilizing consumer-grade equipment. According to the observations, numerous games with more straightforward commands were designed for research objectives, and there was a growing amount of more user-friendly BCI games, particularly for recreation. However, this study is limited to the process of search and classification. Martini, M.L. et al. [9] investigated existing BCI sensory modalities to convey perspectives as technology improves. The sensor element of a BCI circuit determines the quality of brain pattern recognition, and numerous sensor modalities are presently used for system applications, which are generally either electrode-based or functional neuroimaging-based. Sensors differed significantly in their inherent spatial and temporal capabilities along with practical considerations such as invasiveness, mobility, and maintenance. Bablani, A. et al. [10] examined brain reactions utilizing invasive and noninvasive acquisition techniques, which included electrocorticography (ECoG), electroencephalography (EEG), magnetoencephalography (MEG), and magnetic resonance imaging (MRI). For operating any application, such responses must be interpreted utilizing machine learning and pattern recognition technologies. A short analysis of the existing feature extraction techniques and classification algorithms applicable to brain data has been presented in this study.

Fleury, M. et al. [11] described various haptic interface paradigms, including SMR, P300, and SSSEP, and approaches for designing relevant haptic systems. The researchers found significant trends in utilizing haptics in BCIs and NF and evaluated various solutions. Haptic interfaces could improve productivity and could improve the relevance of feedback delivered, especially in motor restoration using the SMR paradigm. Torres, E.P. et al. [12] conducted an overview of relevant research literature from 2015 to 2020. It provides trends and a comparison of methods used in new implementations from a BCI perspective. An explanation of datasets, emotion elicitation methods, feature extraction and selection, classification algorithms, and performance evaluation is presented. Zhang, X. et al. [13] discussed the classification of noninvasive brain signals and the fundamentals of deep learning algorithms. This study significantly gives an overview of brain signals and deep learning approaches to enable users to understand BCI research. The prominent deep learning techniques and cutting-edge models for brain signals are presented in this paper, together with specific ideas for selecting the best deep learning models. Gu, X. et al. [14] investigated the most current research on EEG signal detection technologies and computational intelligence methodologies in BCI systems that filled in the loopholes in the five-year systematic review (2015–2019). The authors demonstrated sophisticated signal detecting and augmentation technologies for collecting and cleaning EEG signals. The researchers also exhibited computational intelligence techniques, such as interpretable fuzzy models, transfer learning, deep learning, and combinations for monitoring, maintaining, or tracking human cognitive states and the results of operations in typical applications.

LP Evidentiary Exhibits Page 000071

The study necessitated a compendium of scholarly studies covering 1970 to 2021 since we analyze BCI in detail in this literature review. We specialized in the empirical literature on BCI from 2000 to 2021. For historical purposes, such as the invention of BCI systems and their techniques, we selected some publications before 2000. Kitchenham [15,16] established the Systematic Literature Review (SLR) method, which is applied in the research and comprises three phases: organizing, executing, and documenting the review. The SLR methodologies attempted to address all possible questions that could arise as the current research progresses. The recent study's purpose is to examine the findings of numerous key research areas. The PRISMA (Preferred Reporting Items for Systematic Reviews and Meta-Analyses) guidelines were used to put together the essential materials for this study, which consists of four parts: identification, scanning, eligibility testing, and inclusion. We gathered 577 papers from a variety of sources and weeded out duplicates and similar articles. Finally, we carefully chose 361 articles and sources for monitoring and review. The PRISMA process is presented in Figure 1.



Figure 1

The PRISMA process that is followed in this article.

However, this research looks at the present challenges and difficulties in this BCI field. Furthermore, this study generates ideas and suggestions for future research subjects. The following are the research's total contributions:

- The paper explicitly illustrates Brain-Computer Interface's (BCI) present, past, and future trends and technologies.
- The paper presents a taxonomy of BCI and elaborates on the few traditional BCI systems with workflow and architectural concepts.
- The paper investigates some BCI tools and datasets. The datasets are also classified on different BCI research domains.
- In addition, the paper demonstrates the application of BCI, explores a few unsolved challenges, and analyzes the opportunities.

LP Evidentiary Exhibits Page 000072

After reading this section, one should understand BCI and how to get started with it. Our motivation to work with BCI started from a desire to learn more about this domain. Furthermore, the BCI has a bright future ahead of it, as it has a lot to offer in the medical field and in everyday life. BCI can change one's incapability and can make life and work easy, as detailed in the following section. The applications, problems, future, and social consequences of BCI have also fueled our enthusiasm for this research.

The remainder of the paper is constructed as follows. The motivation of this work and diverse applications of BCI systems are illustrated in Section 2. Section 3 describes the structure of BCI and briefly reviews the most popular techniques of BCI. In Section 5, different categories of datasets available publicly are displayed. In Section 7, the most widely used methods for signal enhancement and feature extraction of BCI are discussed. The most commonly known classifiers are reviewed in Section 8. A broad discussion on the evaluation metrics for BCI is given in Section 9. The challenges faced most commonly during the BCI process are reviewed in Section 10. Lastly, this paper provides a conclusion in Section 11.

## 2. Applications of BCI

BCIs may be used for various purposes and the application determines the design of a BCI. According to Nijholt [17], applications based on BCI have two methods of usability. One can command whether the other one can be observed or monitored. The majority of command applications concentrate on manipulating brain impulses using electrodes to control an external device. On the other hand, applications that involve observation focus on recognizing a subject's mental and emotional state to behave appropriately depending on their surroundings. Some applications of BCI [18] based on usability are described below:

### 2.1. Biomedical Applications

The majority of BCI integrations and research have been focused on medical applications, with many BCIs aiming to replace or restore Central Nervous System (CNS) functioning lost with sickness or by accident. Other BCIs are more narrowly targeted. In diagnostic applications, on treatment and motor rehabilitation following CNS disease or trauma, BCIs for biological purposes are also employed in affective application domains. Biomedical technologies and applications can minimize extended periods of sickness, can provide supervision and protection by empowering persons with mobility difficulties, and can support their rehabilitation. The necessity to build accurate technology that can cope with potentially abnormal brain responses that might occur due to diseases such as brain stroke is a significant challenge in developing such platforms [19]. The following subsections go through each of these applications in further detail.

### 2.1.1. Substitute to CNS

These substitution means that it can repair or replace CNS functioning lost due to diseases such as paralysis and spinal cord injury due to stroke or trauma. In addition, due to changed brain functions, individuals with such illnesses might suffer and developing such technology can be difficult.

LP Evidentiary Exhibits Page 000073

Myoelectrics, known as a motor action potential, which captures electrical impulses in muscles, is now used in several robotic prosthetics. Bousseta, R. et al. [20] provided an experimental technology for controlling the movement of a robotic prosthetic arm with mental imagery and using cognitive tasks, which can move in four directions like left, right, up, and down.

### 2.1.2. Assessment and Diagnosis

The usage of BCIs in a clinical context can also help with assessment and diagnosis. Perales [21] suggested a BCI for assessing the attention of youngsters with cerebral palsy while playing games. Another research [22] looked into using BCI to capture EEG characteristics as a tool for diagnosing schizophrenia. There are also various diagnostic methods such as the detection of brain tumors [23], the identification of breast cancer [24], parkinson's disease [25] etc. Diagnoses of several diseases in children including epilepsy, neurodegenerative disorders, motor disabilities, inattentiveness, or different types of ADHD [26] are possible. Assessment and diagnosis technologies are essential to patient well-being. Their functioning must be fine-tuned to guarantee that they are safe, acceptable, and accurate to industry standards.

### 2.1.3. Therapy or Rehabilitation

BCI is being used in therapeutic applications besides neurological application and prosthetics nowadays. Among the many applications, post-stroke motor rehabilitation shows promising results using BCI. Stroke is a disease that causes long-term disability to the human body and hampers all kinds of motor or vigorous activity due to an impediment of blood flow. Stroke rehabilitation application has promised to aid these activities or user imaginations through a robot or other types of machinery [27,28,29]. Some other applications treat neurological disorders such as Parkinson's disease (PD), cluster headaches, tinnitus, etc. Deep Brain Stimulation (DBS) is an established treatment for PD as it delivers electrical impulses to a targeted area of the brain responsible for the symptoms [30]. Some stimulation BCI devices are used to process calmness during migraine attacks and cluster headaches. Lastly, a CNS disorder known as tinnitus is also in development to provide treatment by identifying brain patterns that are changed due to the disease [31]. Lastly, treatment for auditory verbal hallucinations (AVHs), best known as schizophrenia, is a possibility besides diagnosis [32,33].

### 2.1.4. Affective Computing

Users' emotions and state of mind are observed in affective computing BCIs, with the possibility of altering their surrounding environment to improve or change that emotion. Ehrlich, S. et al. [34] created a closed-loop system in which music is generated and then replayed to listeners based on their emotional state. Human emotional states and sensory connections can be studied with a device that is related to BCI system. Patients suffering neurological diseases also can benefit from affective computing to help them convey their feelings to others [35].

### 2.2. Non-Biomedical Applications

LP Evidentiary Exhibits Page 000074

BCI technologies have shown economic promise in recent years, notably in the field of non-bio-medical applications. Most of these applications consist of entertaining applications, games, and emotional computation. In comparison, researchers focus on robustness and high efficiency in medical and military applications, and innovations targeted at leisure or lifestyle demand a greater emphasis on enjoyment and social elements. The most challenging aspect of this entertainment application is that it must be a user favorite to be commercially successful. As an example, some of the most popular forms of amusement are as follows:

### 2.2.1. Gaming

BCIs focused mainly on the gaming sector have grown in importance as a research topic. However, gaming BCIs are currently a poor substitute for standard game control methods [36]. BCI in gaming is an area where further research is needed to make games more user-friendly. In some cases, EEG data make BCI games more utilizable and increase engagement, and the system tracks each player's enthusiasm level and activates dynamic difficulty adjustment (DDA) when the players' excitement drops [37]. When developing such systems, fine-tuning the algorithms that regulate the game's behavior is a big challenge. Some other games are based on BCI, as it is not visually intense and the graphics are not compatible with the recent generation. With setbacks, there is an engaging future for an Adaptation of P300 based Brain-Computer Interface for Gaming [38], which is gaining more popularity as these are very flexible to play.

### 2.2.2. Industry

EEG-based BCIs can also be used in industrial robotics, increasing worker safety by keeping people away from potentially demanding jobs. These technologies could substitute the time-consuming button and joystick systems used to teach robots in industrial applications; can detect when a person is too tired or ill to operate the machinery; and can take the necessary precautions to avoid injury, such as stopping the machinery [38].

### 2.2.3. Artistic Application

The four types of artistic applications recognized by BCIs are passive, selective, direct, and collaborative. Passive artistic BCIs need not require active user input to use the user's brain activity to determine which pre-programmed responses to produce. Every user has had some limited control over the process within selective systems. Still, they will never be in charge of the creative product. Direct artistic BCIs provide users with far more flexibility, generally allowing them to choose items from extensive menus, such as brush type and managing brush stroke movements [39]. Lastly, the collaborative system is controlled by different users [40].

### 2.2.4. Transport

BCI is used in transportation monitoring which tracks awareness to assess driver weariness and to enhance airline pilot performances. In the BCI system, mistakes can be costly regarding lives and monetary obligations on the entities involved when such technologies are utilized in critical

LP Evidentiary Exhibits Page 000075

applications [41,42].

## 3. Structure of BCI

The BCI system operates with a closed-loop system. Every action taken by the user is met with some feedback. For example, an imagined hand movement might result in a command that causes a robotic arm to move. This simple movement of this arm needs a lot of processes inside it. It starts from the brain, which is one of our body's most extensive and most complicated organs. It is made up of billions of nerves that link billions of synapses to communicate. The processes from taking signals from the human brain to transforming into a workable command are shown in Figure 2 and described below:

- Signal acquisition: In the case of BCI, it is a process of taking samples of signals that measure the brain activity and turning them into commands that can control a virtual or real-world application. The various techniques of BCI for signal acquisition are described later.
- Pre-processing: After the signal acquisition, the pre-processing of signals is needed. In most cases, the collected signals from the brain are noisy and impaired with artifacts. This step helps to clean this noise and artifacts with different methods and filtering. That is why it is named signal enhancement.
- Feature extraction: The next stage is feature extraction, which involves analyzing the signal and extracting data. As the brain activity signal is complicated, it is hard to extract useful information just by analyzing it. It is thus necessary to employ processing algorithms that enable the extraction of features of a brain, such as a person's purpose.
- Classification: The next step is to apply classification techniques to the signal, free of artifacts. The classification aids in determining the type of mental task the person is performing or the person's command.
- Control of devices: The classification step sends a command to the feedback device or application. It may be a computer, for example, where the signal is used to move a cursor, or a robotic arm, where the signal is utilized to move the arm.

LP Evidentiary Exhibits Page 000076                                      10/05/2022





<u>Figure 2</u>

Basic architecture of a BCI system.

The basic architecture of the BCI system was explained in the preceding section. It prompts us to investigate the classification of BCI system. Based upon various techniques, BCI system is classified. The BCI techniques are discussed in following parts.

From the above <u>Figure 3</u>, we can classify BCI from different aspects such as dependability, invasiveness, and autonomy.

- Dependability: BCI can be classified as dependent or independent. Dependent BCIs necessitate certain types of motor control from the operator or healthy subjects, such as gaze control. On the other hand, independent BCIs do not enable the individual to exert any form of motor control; this type of BCI is appropriate for stroke patients or seriously disabled patients.
- Invasiveness: BCI is also classified into three types according to invasiveness: invasive, partially invasive, and non-invasive. Invasive BCIs are by far the most accurate as they are implanted directly into the cortex, allowing researchers to monitor the activity of every neuron. Invasive varieties of BCI are inserted directly into the brain throughout neurosurgery. There are two types of invasive BCIs: single unit BCIs, which detect signals from a single place of brain cells, and multi-unit BCIs, which detect signals from several areas. Semi-invasive BCIs use Electrocorticography (ECoG), a kind of signal platform that enables electrodes to be placed on the attainable edge of the brain to detect electrical impulses originating from the cerebral cortex. Although this procedure is less intrusive, it still necessitates a surgical opening in the brain. Noninvasive BCIs use external sensing rather than brain implants. Electroencephalography (EEG), Magnetoencephalography (MEG), Positron emission tomography (PET), Functional magnetic resonance imaging (fMRI), and Functional near-infrared spectroscopy (fNIRS) are all noninvasive techniques used it to analyze the brain. However, because of the low cost and portability of the gear, EEG is the most commonly used.

LP Evidentiary Exhibits Page 000077                              10/05/2022

- Autonomy: BCI can operate either in a synchronous or asynchronous manner. Time-dependent or time-independent interactions between the user and system are possible. The system is known as synchronous BCI if the interaction is carried out within a particular amount of time in response to a cue supplied by the system. In asynchronous BCI, the subject can create a mental task at a certain time to engage with the system. Synchronous BCIs are less user-friendly than asynchronous BCIs; however, designing one is substantially easier than developing an asynchronous BCI.



Figure 3

The classification/taxonomy of the BCI system.

As the motive of this research work is to focus on advancements of BCI, the most advanced and mostly used techniques that is based on invasiveness are described in the following part. Based on invasiveness, BCI is classified into three categories that are more familiar. In the consequent section, we address these three categories and describe them elaborately.

### 3.1. Invasive

The types of BCI that are invasive are inserted directly into the brain with neurosurgery. Invasive BCIs seem to be the most accurate even though they are implanted directly into the cortex as it is allowed to track every neuron's action. Invasive BCI also has two units rather than parts. The first unit is single-unit BCIs that detect signals from a single location of brain cells, whereas multi-unit BCIs detect numerous areas, the second unit [43]. However, the neurosurgery treatment has various flaws, such as the possibility of scar tissue formation. The body responds to the foreign object by forming a scar around the electrodes, leading the signal to deteriorate. Since neurosurgery is a dangerous and costly procedure, invasive BCI is mainly used on blind and paralyzed patients.

LP Evidentiary Exhibits Page 000078

## 3.2. Partially Invasive

Although this approach is not as intrusive, it still involves brain surgery. Electrocorticography (ECoG) is a sort of partially invasive BCI monitoring system that places electrodes in the cortex surface of the brain to produce signals with electrical activity. For example, blinking allows your brain to discharge electrical activity. When investigating signals, though, these involuntary actions are generally not of interest since they are in the way of what we search for. It is a form of noise. ECoGs are less considered with noise than non-invasive BCI, making interpretation easier [44].

Electrocorticography (ECoG)

Electrocorticography (ECoG) [45] is an partially invasive method that measures the brain's electrical activity. In another sense, the participant's skull must be evacuated, and the electrodes must be placed right at the brain's service. Consequently, this electrode is located on the skull. The particular resolution of the recorded signals is considerably better than EEG. The signal-to-noise ratio is superior compared with the closer proximity to cerebral activity. Furthermore, motion artifacts such as blinks and eye movement have a significantly lower impact on ECoG signals. However, ECoG would only be helpful in the accessible brain area and is close to impossible to utilize outside of a surgical setting [46].

## 3.3. Noninvasive

Noninvasive neuroimaging technologies have also been used as interfaces in human research. Noninvasive EEG-based BCIs account for the vast bulk of published BCI research. EEG-based non-invasive technologies and interfaces have been employed in a considerably more comprehensive range of applications. Noninvasive apps and technologies are becoming increasingly popular in recent years since they do not require any brain surgery. In the noninvasive mode, a headpiece or helmet-like electrode is utilized outside the skull to measure the signal by causing electrical activity in the brain. There are some well-known and widely used ways for measuring these electrical activity or potentials, such as Electroencephalography (EEG), Magnetoencephalography (MEG), Functional Magnetic Resonance Imaging (fMRI), Facial Near Infrared Spectroscopy (fNIRS), and Positron Emission Tomography (PET). An elaborate description of BCI techniques is given below:

### 3.3.1. Electroencephalography (EEG)

EG monitors electrical activity in the scalp generated by activating a few of the brain's neurons. Several electrodes implanted on the scalp directly, mainly on the cortex, are often used to record these electrical activities quickly. For its excellent temporal resolution, ease of use, safety, and affordability, EEG is the most used technology for capturing brain activity. Active electrodes and passive electrodes are indeed the two types of electrodes that can be utilized. Active electrodes usually feature an integrated amplifier, whereas passive electrodes require an external amplifier to magnify the detected signals. The prime objective of implementing either embedded or external amplifiers is to lessen the impact of background noise and other signal weaknesses caused by cable movement. One of the issues with EEG is that it necessitates the use of gel or saline solutions

LP Evidentiary Exhibits Page 000079

to lower the resistance of skin-electrode contact. Furthermore, the signal quality is poor, and it is altered by background noise. The International 10–20 system [47] is often used to implant electrodes over the scalp surface for recording purposes. The electrical activities across various frequency bands are used to describe EEG in general.

### 3.3.2. Magnetoencephalography (MEG)

The magnetic fields created by current flow in the brain are measured using MEG (Magnetoencephalography). Electric fields have significantly more interrupted travel via the skull than magnetic fields, therefore it has superior spatial resolution than EEG. A functional neuroimaging technique is applied to measure and evaluate the brain's magnetic field. MEG operates on the outside of the head and is now a part of the clinical treatment regularly. David Choen [48,49] was the first to invent it in 1968 by utilizing a conduction copper detector inside a shielded chamber to reduce background noise. Improved MEG signals have recently been produced using more sensitive sensors such as superconducting quantum interference devices (SQUID) [50]. MEG has become significant, especially for patients with epilepsy and brain tumors. It may aid in detecting regions of the brain with average function in individuals with epilepsy, tumors, or other mass lesions. MEG operates with magnetic waves rather than electrical waves so that it could contribute additional information to EEG. MEG is also capable of capturing signals with high temporal and spatial resolution. Therefore, to detect cerebral activity that creates tiny magnetic fields the scanners must be closer to the brain's surface. As a result, specific sensors are required for MEG, such as superconducting quantum interference (SQUID) sensors [51].

### 3.3.3. Functional Magnetic Resonance Imaging (fMRI)

Noninvasive functional magnetic resonance imaging (fMRI) is used to evaluate the fluctuation in blood oxygen levels throughout brain activities. fMRI has an excellent spatial resolution, which makes it ideal for identifying active areas of the brain [52]. The time resolution of fMRI is comparatively low, ranging from 1 to 2 s [53]. It also has low resolution when it comes to head movements, which could result in artifacts. In the 1990s, functional magnetic resonance imaging (fMRI) was created. It is a noninvasive and safe technology that does not include the use of radiation, is simple to use, and has great spatial and temporal resolution. Hemoglobin in capillary red blood cells in the brain transports oxygen to the neurons. As a result of the increased demand for oxygen, blood flow increases. If haemoglobin is oxygenated, its magnetic properties vary. The MRI equipment, which is a cylindrical tube with a strong electromagnet, can determine which regions of the brain are activated because of this difference. That is how fMRI works. There is also a specific application or software known as diffusion MRI, which generates images from the data or results that use water molecules' diffusion. Diffusion-weighted and diffusion tensor imaging (DWI/DTI) facilitates this exploration of the microarchitecture of the brain. Diffusion-weighted magnetic resonance imaging (DWI or DW-MRI) imaging renders picture variation depending on variances in the degree of diffusion of water particles inside the brain. Diffusion depicts the stochastic thermic mobility of particles. Diffusion inside the brain is defined by several agents, including representing particles beneath study, the temperature, and the microenvironmental structure in which the diffusion occurs [54]. Diffusion tensor imaging (DTI) investigates the three-dimen-

LP Evidentiary Exhibits Page 000080

sional form of the diffusion, also recognized as diffusion tensor. It is a powerful MRI modality that produces directional knowledge about the water motion in a voxel. It exhibits noninvasively microscopic tissue features that surpass the ability of any other imaging methods [55].

### 3.3.4. Functional Near-Infrared Spectroscopy (fNIRS)

The infrared radiation is projected into the brain using fNIRS equipment [53,56] to monitor improvements in specific wavelengths as the light is reflected. fNIRS often detects changes in regional blood volume and oxygenation. When a particular area of the brain works, it requires additional oxygen, which is given to the neurons via capillary red blood cells—the increased blood flow in the brain areas that would be most active at a given time. fMRI is a technique that monitors variations in oxygen levels caused by various activities. As a result, images with a high spatial resolution (1 cm) but lower temporal resolution (>2–5 s) could be obtained, comparable with standard functional magnetic resonance imaging.

### 3.3.5. Positron Emission Tomography (PET)

PET (positron emission tomography) is a sophisticated imaging tool for examining brain activities in real-time. It enables noninvasive measurement of cerebral blood flow, metabolism, and receptor binding in the brain. Due to the relatively high prices and complexity of the accompanying infrastructure, including cyclotrons, PET scanners, and radio chemistry laboratories, PET was previously only used in research. PET has been widely employed in clinical neurology in recent years due to technological improvements and the proliferation of PET scanners to better our understanding of disease etiology, to help in diagnosis, and to monitor disease progression and response to therapy [57]. PET medications such as radiolabeled choline, fluciclovine (18F-FACBC), and compounds targeting prostate-specific membrane antigen are now being researched and explored to improve noninvasive prostate cancer localization diagnostic performance [58].

### 4. Brain Control Signals

The brain-computer interface (BCI) is based on signal amplification that comes directly from the brain. Several of these signals are simple to extract, while others are more difficult and require additional preprocessing [53]. These control signals can be classified into one of three groups: (1) evoked signals, (2) spontaneous signals, and (3) hybrid signals. A detailed overview of the three categories is given below. The control signals classification is shown in Figure 4.

LP Evidentiary Exhibits Page 000081



Feedback

Figure 4

The basic architecture of BCI control signals.

## 4.1. Visual Evoked Potentials

Electrical potentials evoked by short visual stimuli are known as VEPs. The visual cortex's potentials are monitored, and the waveforms are derived from the EEG. VEPs are generally used to assess the visual pathways from the eye to the brain's visual cortex. Middendorf et al. published a procedure for measuring the position of the user's gaze using VEPs in 2000 [59]. The user is confronted with a screen that displays several virtual buttons that flash at varied rates. The frequency of the photic driving reflex over the user's visual brain is determined after the user focuses their gaze on a button. Whenever the frequency of a shown button equals the frequency of the user, the system concludes that the user wants to pick it. Steady-State Evoked Potentials (SSEP) and P300 are two of the most well-evoked signals. External stimulation is required for evoked signals that can be unpleasant, awkward, and exhausting for the individual.

### 4.1.1. Steady-State Evoked Potential (SSEP)

SSEP signals are produced when a patient experiences periodic stimuli such as a flickering picture, modulated sound, or even vibrations [60,61]. The strength of the EEG signal in the brain must grow to meet the stimulus frequency. Signals in many brain locations are observed in terms of the sensory process. SSEP signals of different forms, such as steady-state visual potentials (SSVEPs), somatosensory SSEP, and auditory SSEP, are found. SSVEP is widely used in a variety of applications. These are normal brain reactions to repeating stimuli, which vary depending on the frequency with which they are presented. Although there are instances of BCI paradigms utilizing somatosensory (SSSEP) or auditory (SSAEP) stimuli, they are generally induced using visual stimuli (steady-state visually evoked potentials, SSVEP) [62].

### 4.1.2. P300 Evoked Potentials (P300)

The peaks in an EEG generated by infrequent visual, auditory, or somatosensory inputs are known as P300 evoked potentials. Without the need for training to use P300-based BCI systems. A matrix of symbols, in which selection is dependent on the participant's gaze, is a prominent use of P300-based BCI systems. Such a signal is typically produced using an "odd-ball" paradigm. The user is asked to respond to a random succession of stimuli, which is less frequent than others [63]. The P300-based EEG waves are triggered when this unusual stimulus is significant to the person. P300 does not reasonably require any subject training, although, it does need repetitive stimulation, which may tire the subject and may cause inconsistencies.

## 4.2. Spontaneous Signals

With no external cues, the person produces random signals willingly. These signals are produced without any external stimuli (somatosensory, aural, or visual). Motor and sensorimotor rhythms, Slow Cortical Potentials (SCPs), and non-motor cognitive signals are some of the most prominent spontaneous signals [53].

### 4.2.1. Motor and Sensorimotor Rhythms

Motor activities are linked to motor and sensorimotor rhythms. Sensorimotor rhythms are rhythmic oscillations in electrophysiological brain activity in the mu (Rolandic band, 7–13 Hz) and beta (13–30 Hz) frequencies. Motor imagery is the process of converting a participant's motor intentions into control signals employing motor imagery conditions [64]. The left-hand motion, in an instance, may result in EEG signals in the and rhythms and a decrease in certain motor cortex areas (8–12 Hz) and (18–26 Hz). Depending on the motor imagery rhythms, various applications can be used such as controlling a mouse or playing a game.

### 4.2.2. Slow Cortical Potentials (SCP)

SCP is indeed an EEG signal with a frequency less than 1 Hz [65]. It is a low-frequency potential observed in the frontal and central portions of the cortex and depolarization level variations throughout the cortical dendrites. SCP is a highly gradual change in brain activity, either positive or negative, that can only last milliseconds to several seconds. Through operant conditioning, the subject can control the movement of such signals. As a result, extensive training may be required in addition to that needed for motor rhythms. Many studies no longer choose SCP, and motor and sensorimotor rhythms have taken their place.

### 4.2.3. Non-Motor Cognitive Tasks

Cognitive objectives are utilized to drive the BCI in non-motor cognitive tasks. Several tasks, such as musical imagination, visual counting, mental rotation, and mathematical computation, might be completed [66]. Penny, W.D. et al. [67] used a pattern classifier with unclear parameters. The individual performed simple subtraction in one of their non-motor cognitive activities.

## 4.3. Hybrid Signals

The term "hybrid signals" refers to the utilization of a mixture of brain-generated signals for control. As a result, instead of measuring and using only one signal in the BCI system, a mix of signals is used. The fundamental goal of using two or more types of brain signals as input to a BCI system is to increase dependability while avoiding the drawbacks of each signal type [68].

Some research is addressed that the types of brain signals are classified into two categories [10]. These are event-related potentials and evoked brain potential. Three varieties are organized for evoked brain potential: Visual Evoked Potential (VEP), Tactile Evoked Potential (TEP), and Auditory Evoked Potential (AEP) [69].

## 5. Dataset

While analyzing the literature on BCI systems, we discovered various often used datasets that researchers used while implementing these techniques. In terms of the research, EEG is now the most frequent method for collecting brain data in BCI. As this is a noninvasive method and has convenient handling for most datasets, an EEG signal is used. However, for a variety of reasons, EEG does not provide a comprehensive method of data collection. It needs a variety of fixed things to acquire the data. Firstly, the signal must be acquired and stored by some subject, participants, or patients. It is unsuitable when only one subject requires the same arrangement as multiple subjects to obtain data. After the subjects are prepared, the electrodes (a gear mounted on the scalp) are attached to the individuals to capture and measure data. This data collection method lasted for several sessions, with a particular recording period determined by the work's purpose. The saved data in these sessions and recordings are primarily brain signals measured by a brain's action on a sure thing, such as a video or a picture. EEG signals differ from one participant to the next and from one session to the next. In this section, the datasets as well as the subjects and electrodes, channels, and sessions are described. The explanation is tabulated in Table 2, Table 3, Table 4, Table 5, Table 6, Table 7 and Table 8. In Table 2, some popular motor imagery datasets are illustrated. The most beneficial option for creating BCIs is motor imagery (MI) impulses captured via EEG, which offers a great degree of mobility. It enables people with motor disabilities to communicate with the device by envisioning motor movements without any external stimuli generated from the motor cortex. A few datasets based on error-related potentials (ErrPs) are exhibited in Table 3. ErrPs is an EEG dataset that utilizes a P300-based BCI speller to boost the performance of BCIs. Detecting and fixing errors of the neuronal signature of a user's knowledge linked to a brain pattern is known as error-related potentials (ErrPs). Affective computing improves human–machine communication by identifying human emotions. Some mostly used emotion recognition datasets are shown in Table 4. Various EEG-based BCI devices can detect the user's emotional states to make contact effortless, more useable, and practical. The emotions extracted in emotion-recognition datasets are valence, arousal, calm, positive, exciting, happy, sad, neutral, and fear. In addition, it is certainly clear by now that brain signals or memory are a mixed emotion. The part where all of these mixed emotions are gathered from different body parts is known as a miscellaneous part of the brain. Therefore, miscellaneous datasets include memory signals, brain images, brain signals, etc. Some miscellaneous datasets are represented in Table 5. In EEG-based BCI, the signals can detect eye movement such as eye blinks, eye states, etc. The BCI datasets of eye blinks or

LP Evidentiary Exhibits Page 000084

movements include voluntary and involuntary eye states, blinks, and activities are illustrated in Table 6. Subsequently, the electrical response in the brain to a specific motor or cognitive event such as a stimulus is known as an event-related potential (ERP). An unwanted sound, a sparking light, or a blinking eye can be an example of a stimulus. BCI utilizing ERPs attempts to track attention, weariness, and the brain's reaction to this event-related stimulus. Table 7 is encapsulated with popular ERP datasets around. Moreover, the visual information-processing mechanism in the brain is reflected in Visually Evoked Potentials (VEPs). Flashing objects in the form of shifting colors or a reversing grid are frequent visual stimulators. The CRT/LCD monitor or flash tube/infrared diode (LED) is utilized for stimulus display in VEP-based BCIs. Frequently used VEP-based datasets with these utilized objects are represented in Table 8.

**Feedback**

## Table 2

A table of different types of motor imagery datasets of BCI.

| Dataset Name | Subject (S)/Electrodes (E)/Channels (C) | Used in |
|---|---|---|
| Left or Right Hand MI [70] | S: 52 | [71,72,73,74,75] |
| Motor Movement or Imagery Dataset | S: 109 E: 64 | [76,77,78,79] |
| Grasp and Lift EEG [80] | S: 12 | [81,82,83,84,85] |
| SCP data of Motor-Imagery [86] | S: 13 Recordings: 60 h | [87,88,89,90,91,92] |
| BCI Competition III [93] | S: 3 C: 60 | [94,95,96] |
| BCI Competition IV-1 | S: 7 C: 64 | [97,98,99,100,101] |
| BCI Competition IV-2a | S: 9 E: 22 | [102,103,104,105,106] |
| BCI Competition IV-2b | S: 9 E: 3 | [107,108,109,110,111,112] |
| High-Gamma Dataset [113] | S: 14 E: 128 | [114,115,116,117,118,119,120] |
| Left/Right Hand 1D/2D movements | S: one E: 19 | [86,121,122,123] |
| Imagination of Right-hand Thumb Movement [124] | S: one E: 8 | [83,125,126,127,128] |
| Mental-Imagery Dataset | S: 13 | [129,130,131,132,133,134,135] |

LP Evidentiary Exhibits Page 000085

Feedback

## Table 3

A table of different types of Error-Related Potentials (ErrP) dataset of BCI.

| Dataset Name | Subject (S)/Electrodes (E)/Channels (C) | Used in |
|---|---|---|
| BCI–NER Challenge [136] | S: 26 C: 56 | [137] |
| ErrP in a target selection task | S: E: 64 | [138,139,140,141,142,143,144] |
| ErrPs during continuous feedback [145] | S: 10 E: 28 | [146,147,148] |

## Table 4

A table of different types emotion recognition dataset of BCI.

| Dataset Name | Subject (S)/Electrodes (E)/Channels (C) | Used in |
|---|---|---|
| DEAP [149] | S: 32 C: 32 | [150,151,152,153,154,155,156,157] |
| Enterface'06 [158] | S: 5 C: 54 | NA |
| HeadIT | S: 31 | [159] |
| NeuroMarketing [160] | S: 25 E: 14 | [161,162] |
| SEED [163] | S: 15 C: 62 | [12,164,165,166,167,168,169] |
| SEED-IV | S: 15 C: 62 | [170,171,172,173,174,175] |
| SEED-VIG [176] | E: 18 | [137,177,178,179] |
| HCI-Tagging | S: 30 | [180,181,182,183,184,185,186] |
| Regulation of Arousal [187] | S: 18 | [52,130,188,189,190] |
| EEG Alpha Waves [191] | S: 20 | [192] |

Feedback

## Table 5

A table of different types of miscellaneous datasets.

| Dataset Name | Subject (S)/Electrodes (E)/Channels (C) | Used in |
|---|---|---|
| MNIST Brain Digits | S: Single Recordings: 2 s | [193,194] |
| Imagenet Brain | S: Single Recordings: 3 s | [195,196,197,198,199,200] |
| Working Memory [201] | S: 15 E: 64 | [202,203,204,205] |
| Deep Sleep Slow Oscillation [201] | R: 10s | [206] |
| Genetic Predisposition to Alcoholism | S: 120 E: 64 | [124,207,208,209,210,211,212] |
| Confusion during MOOC [213] | S:10 | [214,215] |

## Table 6

A table of different types of eye-blink or movement datasets in BCI.

| Dataset Name | Subject (S)/Electrodes (E)/Channels (C) | Used in |
|---|---|---|
| Voluntary-Involuntary Eye-Blinks [216] | S: 20 E: 14 | [217] |
| EEG-eye state [124] | Recordings: 117 s | [218,219,220,221] |
| EEG-IO [222] | S: 20 Blinks: 25 | [222,223] |
| Eye blinks and movements [222] | S: 12 | [222,224] |
| Eye State Prediction [225] | S: Single Recordings: 117 s | [130,218,219,226,227,228] |

LP Evidentiary Exhibits Page 000087

**Feedback**

## Table 7

A table of different types Event-Related Potential (ERP) datasets in BCI. These datasets are collected from [229].

| Dataset Name | Subject (S)/Electrodes (E)/Channels (C) | Used in |
|---|---|---|
| Target Versus Non-Target (2012) | S: 25 E: 16 | NA |
| Target Versus Non-Target (2013) | S: 24 E: 16 | [230] |
| Target Versus Non-Target (2014) | S: 71 E: 16 | [231] |
| Target Versus Non-Target (2015) | S: 50 E: 32 | [232,233,234] |
| Impedance Data | S: 12 | [86,94,235,236,237,238] |
| Face vs. House Discrimination [239] | S: 7 | [240,241] |

## Table 8

A table of different types of Visually Evoked Potential (VEP) datasets in BCI. These datasets are collected from [229].

| Dataset Name | Subject (S)/Electrodes (E)/Channels (C) | Used in |
|---|---|---|
| c-VEP BCI | S: 9 C: 32 | [242,243,244] |
| c-VEP BCI with dry electrodes | S: 9 C: 15 | [243,245,246,247,248] |
| SSVEP | S: 30 E: 14 | [249,250,251,252,253] |
| Synchronized Brainwave Dataset | Video stimulus | [254,255] |

However, the dataset covers information recorded from the beginning of BCI. To extract information from datasets, feature extraction methods are necessary, which is reviewed in the following section.

## 6. Signal Preprocessing and Signal Enhancement

In most situations, the signal or data measured or extracted from datasets are filled with noise. With a natural human activity such as eye blinks and heartbeats, the collected data might become noisy. These noises are eliminated during the pre-processing step to produce clean data that may subsequently process the feature extraction and classification. This pre-processing unit is also known as signal enhancement since it cleans the signal in BCI. Some methods are used for signal enhancement in the BCI system, and these are explained elaborately in the following subsections.

## 6.1. Independent Component Analysis (ICA)

LP Evidentiary Exhibits Page 000088

The noises and EEG signals are isolated in ICA by treating them as distinct entities. Furthermore, the data are retained during the removal of noises. This method divides the EEG data into spatially fixed and temporally independent components. In the case of computing and noise demonstrable, the ICA shows more efficiency [256].

## 6.2. Common Average Reference (CAR)

It is most commonly employed as a basic dimensionality reduction technique. This approach decreases noise across all recorded channels, but this does not address channel-specific noise and may inject noise into an otherwise clean channel. It is a spatial filter that can be thought of as the subtraction of shared EEG activity, retaining only the idle action of each EEG particular electrode [256].

## 6.3. Adaptive Filters

The adaptive filter is a computational device for mathematical processes. It connects the adaptive filter's input/output signals iteratively. There are filter coefficients that are self-adjusted utilizing an adaptive algorithm. It works by altering signal properties depending on the characteristics of the signals under investigation [257].

## 6.4. Principal Component Analysis (PCA)

PCA is a technique for detecting patterns in data represented by a rotation of the coordinate axes. These axes are not aligned with single time points, but they depict a signal pattern with linear combinations of sets of time points. PCA keeps the axes orthogonal while rotating them to maximize variance along the first axis. It reduces feature dimensions and aids in data classification by completing ranking. In comparison with ICA, PCA compresses separate data better whether noise is eliminated with it or not [258].

## 6.5. Surface Laplacian (SL)

SL refers to a method of displaying EEG data with a high spatial resolution. SL can be generated using any EEG recording reference scheme as their estimates are reference-free. Based on the volume conductor's exterior shape, it is a general estimate of the current density entering or exiting the scalp through the skull, and it does not require volume conduction details. The advantage of SL is that it improves the spatial resolution of the EEG signal. However, SL seems not to demand additional operative neuroanatomy premises as it is sensitive to spline patterns and artifacts [259].

## 6.6. Signal De-Noising

LP Evidentiary Exhibits Page 000089

Artefacts frequently corrupt EEG signals taken from brain. These artifacts must be removed from EEG data to obtain valuable information from it. The technique of eliminating sounds or artefacts from EEG signals is known as de-noising [260]. Some de-noising methods are given below:

- Wavelet de-noising and thresholding: The multi-resolution analysis is used to transfer the EEG signal to the discrete wavelet domain. The contrasting or adaptive threshold level is used to reduce particular coefficients associated with the noise signal [261]. Shorter coefficients would tend to define noise characteristics throughout time and scale in a well-matched wavelet representation. In contrast, threshold selection is one of the most critical aspects of successful wavelet de-noising. Thresholding can isolate the signal from the noise in this case; hence, thresholding approaches come in several shapes and sizes. All coefficients underneath a predetermined threshold value are set to zero in hard thresholding. Soft thresholding is a method of reducing the value of the remaining coefficients by a factor of two [262].
- Empirical mode decomposition (EMD): It is a signal analysis algorithm for multivariate signals. It breaks the signal down into a series of frequency and amplitude-regulated zero-mean signals, widely known as intrinsic mode functions (IMFs). Wavelet decomposition, which decomposes a signal into multiple numbers of Intrinsic Mode Functions (IMFs), is compared by EMD. It decomposes these IMFs using a shifting method. An IMF is a function with a single maximum between zero crossings and a mean value of zero. It produces a residue after degrading IMFs. These IMFs are sufficient to characterize a signal [263].

Most of our datasets mentioned in the previous section are a part of various BCI paradigms and follow these signal enhancement techniques as well. The motor imagery datasets represent paradigms such as sensorimotor activity or rhythms. In addition, error-related potentials datasets and datasets such as event-related potentials or visually evoke potentials signify their own BCI paradigm. Some other paradigms, such as overt attention, eye movement, miscellaneous, and emotion recognition, identify their datasets. Indeed, these paradigms become bigger in number as the measurement of different brain movements and emotions are attempted. More than 100 BCI designs are required to use signal enhancement techniques to extract features from the signal. In comparison, Reference [264] shows that 32% of BCI designs use surface Laplacian (SL) to extract features, principal component analysis (PCA) or independent component analysis (ICA) was used in 22%, and common spatial patterns (CSP) and common average referencing (CAR) techniques are used in 14% and 11%, respectively.

## 7. Feature Extraction

Now, it is necessary to understand what the features represent, their qualities, and how to use them for a BCI system to select the best appropriate classifier. A classification system's accuracy or efficiency is primarily determined by the feature(s) of the samples to be categorized [265]; therefore, feature extraction has been crucial stage in BCI. The majority of noninvasive BCI devices use neuroimaging techniques such as MEG and MRI. However, EEG is the most widely utilized method, owing to its high temporal resolution and inexpensive cost [266]. The EEG signal feature extraction method is one of the essential components of a BCI system because of its involvement in suc-

LP Evidentiary Exhibits Page 000090

cessfully executing the classification stage at discriminating mental states. Nevertheless, the feature extraction methods based on both EEG and ECoG are discussed elaborately in the subsequent section.

## 7.1. EEG-Based Feature Extraction

Typically, BCI focuses on identifying acquired events using various neuroimage techniques, the most common of which is electroencephalography (EEG). Since its involvement in successfully executing the classification stage at discriminating mental states, the EEG signal feature extraction method is one of the essential components of a BCI system. According to [267] on EEG, three types of feature extraction are discussed in detail in the following sections. These features are the time domain, the frequency domain, and the time–frequency domain. The following subsection address the feature domains elaborately.

## 7.1.1. Time Domain

The time–frequency domain integrates analyses in the time and frequency domains. It depicts the signal energy distribution in the Time–Frequency plane (t-f plane) [268]. When it comes to deciphering rhythmic information in EEG data, a time–frequency analysis comes in handy. EEG's time-domain properties are straightforward to fix, but they have the disadvantage of containing non-stationary signals that alter over time. Features are usually derived using signal amplitude values in time-domain approaches that can be distorted by interference as noise during EEG recording.

- Event related potentials: Event-related potentials (ERPs) are very low voltages generated in brain regions in reaction to specific events or stimuli. They are time-locked EEG alterations that provide a safe and noninvasive way to research psychophysiological aspects of mental activities. A wide range of sensory, cognitive, or motor stimuli can trigger event-related potentials [269,270]. ERPs are useful to measure the time to process a stimulus and a response to be produced. The temporal resolution of event-related potentials is remarkable, but it has a low spatial resolution. ERPs were used by Changoluisa, V. et al. [271] to build an adaptive strategy for identifying and detecting changeable ERPs. Continuous monitoring of the curve in ERP components takes account of their temporal and spatial information. Some limitations of ERPs are that it shows poor spatial resolution, whether it is suitable with temporal resolution [272]. Furthermore, a significant drawback of ERP is the difficulty in determining where the electrical activity originates in the brain.
- Statistical features: Several statistical characteristics were employed by several scholars [273,274,275] in their research:

  - Mean absolute value:

$$(1)$$

$$MAV = \frac{1}{N} \sum_{n=1}^{N} |x_n|$$

LP Evidentiary Exhibits Page 000091

– Power:

$$P = \frac{1}{N} \sum_{n=1}^{N} |x_n|^2 \qquad (2)$$

– Standard deviation:

$$SD = \sqrt{\frac{1}{N} \sum_{n=1}^{N} (x(n) - \mu_n)} \qquad (3)$$

– Root mean square (RMS):

$$RMS = \left( \frac{1}{N} \sum_{i=1}^{N} x_i^2 \right)^{1/2} \qquad (4)$$

– Square root of amplitude (SRA):

$$SRA = \left( \frac{1}{N} \sum_{i=1}^{N} \sqrt{|x_i|} \right)^2 \qquad (5)$$

– Skewness value (SV):

$$SV = \frac{1}{N} \sum_{i=1}^{N} \left( \frac{x_l - \bar{x}}{\sigma} \right)^3 \qquad (6)$$

– Kurtosis value (KV):

$$\qquad (7)$$

LP Evidentiary Exhibits Page 000092

$$KV = \frac{1}{N} \sum_{i=1}^{N} \left( \frac{x_l - \bar{x}}{\sigma} \right)^4$$

where $x(n)$ is the pre-processed EEG signal with $N$ number of samples; $\mu_n$ refers to the meaning of the samples. Statistical features are useful at low computational cost.

- Hjorth features: Bo Hjorth introduced the Hjorth parameters in 1970 [276]; the three statistical parameters employed in time-domain signal processing are activity, mobility, and complexity. Dagdevir, E. et al. [277] proposed a motor imagery-based BCI system where the features were extracted from the dataset using the Hjorth algorithm. The Hjorth features have advantages in real-time analyses as it has a low computation cost. However, it has a statistical bias over signal parameter calculation.

- Phase lag index (PLI): The functional connectivity is determined by calculating the PLI for two pairs of channels. Since it depicts the actual interaction between sources, this index may help estimate phase synchronization in EEG time series. PLI measures the asymmetry of the distribution of phase differences between two signals. The advantage of PLI is that it is less affected by phase delays. It quantifies the nonzero phase lag between the time series of two sources, making it less vulnerable to signals. The effectiveness of functional connectivity features evaluated by phase lag index (PLI), weighted phase lag index (wPLI), and phase-locking value (PLV) on MI classification was studied by Feng, L.Z. et al. [278].


### 7.1.2. Frequency Domain

When analyzing any signal in terms of frequency instead of just time, the frequency domain properties are considered. Any signal's frequency domain representation displays how much of it falls inside a specific frequency range. The frequency domain properties are commonly acquired using power spectral density (PSD). The discussion about these properties is presented below in the following section.

1. Fast fourier transform (FFT): The Fourier transform is a mathematical transformation that converts any time-domain signal into its frequency domain. Discrete Fourier Transform (DFT) [279], Short Time Fourier Transform (STFT) [280,281], and Fast Fourier Transform are the most common Fourier transform utilized for EEG-based emotion identification (FFT) [282]. Djamal, E.C. et al. [283] developed a wireless device that is used to record a player's brain activity and extracts each action using Fast Fourier Transform. FFT is faster than any other method available, allowing it to be employed in real-time applications. It is a valuable instrument for signal processing at a fixed location. A limitation of FFT is that it can convert the limited range of waveform data and the requirement to add a window weighting function to the waveform to compensate for spectral leakage.

2. Common spatial patterns (CSP): It is a spatial filtering technique usually employed in EEG and ECoG-based BCIs to extract classification-relevant data [284]. It optimizes the ratio of their variances whenever two classes of data are utilized to increase the separability of the two

classes. In the case of dimensionality reduction, if a different dimension reduction phase precedes CSP, it appears to be better and has more essential generalization features. The basic structure of the CSP can be described by the Figure 5.



Figure 5

The basic structure of CSP [286].

In Figure 5, CSP provides spatial filters that minimize the variance of an individual class while concurrently maximizing the variance of other classes. These filters are mainly used to choose the frequency from the multichannel EEG signal. After frequency filtering, spatial filtering is performed using spatial filters that are employed to extract spatial information from the signal. Spatial information is significantly necessary to differentiate intent patterns in multichannel EEG recordings for BCI. The performance of this spatial filtering depends on the operational frequency band of EEG. Therefore, CSP is categorized as a frequency domain feature. However, CSP acts as signal enhancement while it requires no preceding excerpt or information of sub-specific bands.

3. Higher-order Spectral (HOS): Second-order signal measurements include the auto-correlation function and the power spectrum. Second-order measures operate satisfactorily if the signal resembles a Gaussian probability distribution function. However, most of the real-world signals are non-Gaussian. Therefore, Higher-Order Spectral (HOS) [285] is an extended version of the second-order measure that works well for non-Gaussian signals, when it comes into the equation. In addition, most of the physiological signals are nonlinear and non-stationary. HOS are considered favorable to detect these deviations from the signal's linearity or stationarity. It is calculated using the Fourier Transform at various frequencies.

$$HOS = X(K) X(l) X^*(k+l) \qquad (8)$$

where $X(K)$ is the Fourier transform of the raw EEG signal $x(n)$ and $l$ is a shifting parameter.

LP Evidentiary Exhibits Page 000094

### 7.1.3. Time–Frequency Domain

In the time-frequency domain, the signal is evaluated both in the time and frequency domains simultaneously. The wavelet transform is one of many advanced approaches for analyzing the time-frequency representation. There are some other widely used models for utilizing the time-frequency domain. These models are addressed with a proper explanation in the subsequent section

1. Autoregressive model: For EEG analysis, the Autoregressive (AR) model has been frequently employed. The central premise of the autoregressive (AR) model is that the real EEG can be approximated using the AR process. With this premise, the approximation AR model's order and parameters are set to suit the observed EEG as precisely as possible. AR produces a smooth spectrum if the model order is too low, while it produces false peaks if it is too high [287]. AR also reduces leakage and enhances frequency resolution, but choosing the model order in spectral estimation is difficult. The observational data, denoted as $x(n)$, results from a linear system with an $H(z)$ transfer function. Then, $x(n)$ encounters an AR model of rank $p$ in the formula [288].

$$x\left(n\right) = -\sum_{i=1}^{p} ap\left(i\right) x\left(n-i\right) + v\left(n\right) \tag{9}$$

The AR parameters are $ap(i)$, the observations are $x(n)$ and the excitation white noise is $v(n)$. Lastly, the most challenging part of AR EEG modeling is choosing the correct model to represent and following the changing spectrum correctly.

2. Wavelet Transform (WT): The WT technique encodes the original EEG data using wavelets, which are known as simple building blocks. It looks at unusual data patterns using variable windows with expansive windows for low frequencies and narrow windows for high frequencies. In addition, WT is considered an advanced approach as it offers a simultaneous localization in the time-frequency domain, which is a significant advantage. These wavelets can be discrete or continuous and describe the signal's characteristics in a time-domain frequency. The Discrete Wavelet Transform (DWT) and the Continuous Wavelet Transform (CWT) are used frequently in EEG analysis [289]. DWT is now a more widely used signal processing method than CWT as CWT is very redundant. DWT decomposes any signal into approximation and detail coefficients corresponding to distinct frequency ranges maintaining the temporal information in the signal. However, most researchers try all available wavelets before choosing the optimal one that produces the best results, as selecting a mother wavelet is challenging. In wavelet-based feature extraction, the Daubechies wavelet of order 4 (db4) is the most commonly employed [290].

### 7.2. ECoG-Based Features

LP Evidentiary Exhibits Page 000095

Electrocorticography (ECoG) generates a reliable signal through electrodes placed on the surface of the human brain, which decodes movement, vision, and speech. Decoding ECoG signal processing gives immediate patient feedback and controls a computer cursor or perhaps an exoskeleton. The ECoG signal feature extraction approach is a crucial element of the BCI system since it is involved in accomplishing the classification phase during decoding. Some of the widely used feature extraction methods are discussed below.

### 7.2.1. Linear Filtering

It is typically employed to filter out noise in the form of signals that are not in the frequency range of the brain's messages. Low-pass filters and high-pass filters are the two types of linear filters. This typical linear filtering is used to removed ECOG, EOG, and EMG artifacts from EEG signals. Low pass filtering is used to remove EMG artifacts, and high pass filtering is used to remove EOG artifacts [291]. These artifacts are noises produced by either physiological processes such as muscle, eye, or other biological movement or exogenous (external) sources such as machinery faults. There are three approaches for dealing with artifacts in EEG signal acquisition. Avoiding artifacts by keeping an eye on the subject's movements and the machine's operation. Contaminated trials are discarded due to artifact rejection. Pre-processing techniques are used to remove artifacts. The advantage of linear filtering is that signals are considered a controlled scaling of the signal's frequency domain components. High pass filtering is used to raise the relative importance of the high-frequency components by reducing the features in the frequency domain's center.

### 7.2.2. Spatial Filtering

Spatial filtering is a technique for improving decoding by leveraging information about the electrode positions. The spatial filter aims to lessen the influence of spatial distortion in the raw signal; various ECoG channels are treated as coordinates for multivariate data sampling through spatial filters. The filtering transforms that coordinate system to facilitate decoding. Spatial filtering can use to minimize data dimensionality or to increase the dissimilarity of various observations. The referencing systems used during ECoG recordings are frequently utilized for preliminary spatial filtering. Equation (10) determines the spatial filter [292].

$$x' = \sum_{i}^{n} (x_i) * (w_i) \qquad (10)$$

where $x'$ is the spatially filtered signal, $x_i$ is the EEG signal from channel $i$, and $w_i$ is the weight of that channel. With the aid of relevant information acquired from multiple EEG channels, spatial filtering contributes to recovering the brain's original signal. Simultaneously, it reduces dimensionality by lowering EEG channel size to smaller spatially filtered signals.

LP Evidentiary Exhibits Page 000096

Feedback

Thus far, feature extraction involves extracting new features from existing ones to minimize feature measurement costs, to improve classifier efficiency, and to improve classification accuracy. Now in the following section, the extracted feature classifiers are briefly described.

## 8. BCI Classifiers

BCI always needs a subject to use its device, and similarly, the subject must produce several types of data to use a BCI device. In addition, to use a BCI system, the subject must develop various brain activity patterns that the system can recognize and convert into commands. To achieve this mentioned conversion, some regression or classification algorithms can be used. The classification step's design comprises selecting one or more classification algorithms from a variety of options. In this section, some commonly known classifiers [293], which are classified in Figure 6, as well as some new classifiers [294] are described below.



<u>Figure 6</u>

Classification of commonly used classifiers in BCI.

## 8.1. Linear Classifiers

Linear classifiers are discriminant algorithms that discriminate classes using linear functions. It is most likely the most widely used algorithm in BCI systems. Two types of linear classifiers are used during BCI design: linear discriminant analysis (LDA) and support vector machine (SVM).

### 8.1.1. Linear Discriminant Analysis (LDA)

The objective of Linear Discriminant Analysis is to separate data from diverse classes using a hyperplane. The side of hyperplane determinded through the category of a feature vector in a two-class problem. LDA requires that the data has a normal distribution and that both classes have the same covariance matrix. The separation hyper-plane is based on looking for a projection that

LP Evidentiary Exhibits Page 000097                                    10/05/2022

maximizes the margin between the means of two classes while minimizing intraclass variance [295]. Furthermore, this classifier is straightforward to apply and generally produces excellent results and soundly implemented in various BCI system, including MI-based BCI, P300 speller, multi-class, and asynchronous BCI. The disadvantage of LDA is its linearity, which might lead to unsatisfactory results when faced with various nonlinear EEG data.

### 8.1.2. Support Vector Machine (SVM)

A Support Vector Machine (SVM) uses a discriminant hyperplane to identify classes. The determined hyperplane in SVM is the one that maximizes the margins, i.e., the distance between both the nearest training samples. The ability to generalize is believed to improve when margins are maximized [296]. Linear SVM [297] is a type of SVM that allows for classification utilizing linear decision bounds. This classifier has been used to solve a substantial number of synchronous BCI tasks with tremendous success. The SVM classifier also works by projecting the input vector X onto a scalar value f(X), as shown in Equation (11).

$$f(X) = \sum_{l=1}^{N} a_1 y_l K(X_l, X) + b \qquad (11)$$

Gaussian SVM or RBF SVM is the term applied to the equivalent SVM. RBF and SVM have also produced remarkable outcomes in BCI applications. SVM is used to solve multiclass BCI problems that use the OVR approach, similar to LDA.

### 8.2. Neural Networks (NN)

Neural networks (NN) and linear classifiers are the two types of classifiers most usually employed in BCI systems, considering that a NN is a collection of artificial neurons that allows us to create nonlinear decision limits [298]. The multilayer perceptron (MLP) is the most extensively used NN for BCI, as described in this section. Afterward, it briefly discusses other neural network architectures utilized in BCI systems.

### 8.2.1. Deep Learning (DL) Models

Deep learning has been widely used in BCI applications nowadays compared with machine learning technologies because most BCI applications require a high level of accuracy. Deep learning models perform better in recognizing changing signals from the brain, which changes swiftly. Some popular DL models such as CNN, GNN, RNN, and LSTM are described below:

- Convolutional Neural Network (CNN): A convolutional neural network (CNN) is an ANN intended primarily to analyze visual input used in image recognition and processing. The convolutional layer, pooling layer, and fully connected layer are the three layers that comprise

LP Evidentiary Exhibits Page 000098

CNN. Using a CNN, the input data may be reduced to instant response formations with a minimum loss, and the characteristic spatial relationships of EEG patterns can be recorded. Fatigue detection, sleep stage classification, stress detection, motor imagery data processing, and emotion recognition are among the EEG-based BCI applications using CNNs. In BCI, the CNN models are used in the input brain signals to exploit the latent semantic dependencies.

- Generative Adversarial Network (GAN): Generative adversarial networks are a recent ML technique. The GAN used two ANN models for competing to train each other simultaneously. GANs allow machines to envision and develop new images on their own. EEG-based BCI techniques recorded the signals first and then moved to the GAN techniques to regenerate the images [299]. The significant application of GAN-based BCI systems is data augmentation. Data augmentation increases the amount of training data available and allows for more complicated DL models. It can also reduce overfitting and can increase classifier accuracy and robustness. In the context of BCI, generative algorithms, including GAN, are frequently used to rebuild or generate a set of brain signal recordings to improve the training set.

- Recurrent Neural Network (RNN): RNNs' basic form is a layer with the output linked to the input. Since it has access to the data from past time-stamps, and the architecture of an RNN layer allows for the model to store memory [300,301]. Since RNN and CNN have strong temporal and spatial feature extraction abilities in most DL approaches, it is logical to mix them for temporal and spatial feature learning. RNN can be considered a more powerful version of hidden Markov models (HMM), which classifies EEG correctly [302]. LSTM is a kind of RNN with a unique architecture that allows it to acquire long-term dependencies despite the difficulties that RNNs confront. It contains a discrete memory cell, a type of node. To manage the flow of data, LSTM employs an architecture with a series of "gates". When it comes to modeling time series of tasks such as writing and voice recognition, RNN and LSTM have been proven to be effective [303].

## 8.2.2. Multilayer Perceptron (MLP)

An Multilayer Perceptron (MLP) [304] comprises multiple layers of neurons along with an input layer, one or more hidden layers, and an output layer. The input of each neuron is linked to the output of the neurons in the preceding layer. Meanwhile, the output layer neurons evaluate the classification of the input feature vector. MLP and neural networks can approximate, meaning they can compare continuous functions if they have sufficient neurons and layers. The challenging factor behind MLPs is that they are susceptible to over-training, particularly containing noisy and non-stationary data. As a result, significant selection and regularization of the architecture are necessary. Perceptron is a multilayer with no hidden layers comparable with LDA. It has been used in BCI applications on occasion [293]. Sunny, M.S.H. et al. [305] used Multilayer Perceptron (MLP) to distinguish distinct frequency bands from EEG signals to extract features more effectively.

## 8.2.3. Adaptive Classifiers

LP Evidentiary Exhibits Page 000099                    10/05/2022

As new EEG data become accessible, adaptive classifiers' parameters, such as the weights allocated to each feature in a linear discriminant hyperplane, are gradually re-estimated and updated. Adaptive classifiers can use supervised and unsupervised adaptation, that is, with or without knowledge of the input data's real class labels. The true class labels of the receiving EEG signals are obtained using supervised adaptation. The classifier is either reassigned on the existing training data, enhanced with these updated, labeled incoming data, or updated solely on this new data. Supervised user testing is essential for supervised BCI adaptation. The label of the receiving EEG data is vague with unsupervised adaptation. As a result, unsupervised adaptation is based on class-unspecific adaptation, such as updating the generalized classes EEG data mean or a co-variance matrix in the classifier model or estimating the data class labels for additional training [306].

## 8.3. Nonlinear Bayesian Classifiers

This section discusses the Bayes quadratic and hidden Markov models (HMM), two Bayesian classifiers used in BCI. Although Bayesian graphical networks (BGN) have been used for BCI, they are not covered here since they are not widely used [307].

### 8.3.1. Bayes Quadratic

The objective of Bayesian classification is to provide the highest probability class to a feature vector. The Bayes rule is often used to calculate the a posteriori probability of a feature vector assigned to a single class. The class of this feature vector can be calculated by using the MAP (maximum a posteriori) rule with these probabilities. The Bayes quadratic assumption is that the data have a distinct normal distribution. The result is quadratic decision boundaries that justify the classifier's name [308]. Although this classifier is not extensively utilized for BCI, it has been successfully used to classify motor imagery and mental tasks.

### 8.3.2. Hidden Markov Model

A Bayesian classifier that generates a nonlinear cost function is known as a Hidden Markov Model (HMM). An HMM is a statistical algorithm that calculates the chances of seeing a given set of feature variables [309]. These statistical probabilities from HMM are generally Gaussian Mixture Models (GMM) in case of BCI [310]. HMM may be used to categorize temporal patterns of BCI characteristics (Obermaier, B. et al. [302]), even raw EEG data, since the EEG elements required to control BCI have particular time sequences. Although HMM is not widely used in the BCI world, this research demonstrated that they could be helpful to classification on BCI systems such as EEG signals [311].

## 8.4. Nearest Neighbor Classifiers

In this section, some classifiers with distance vectors are described. Classifiers such as K nearest neighbors (KNN) and Mahalanobis distance are common among them as they are nonlinear discriminative classifiers [312].

### 8.4.1. K Nearest Neighbors

K nearest neighbor method aims to identify the dominant class amongst an unseen point within the dataset habituated for training. Nearest neighbors are typically estimated using a metric that has some intervals during the signal acquisition of BCI. KNN can construct nonlinear decision boundaries by evaluating any function with enough training data with an inflated k value. The usability of KNN algorithms is less in the BCI field as their condescending sensitivity hampers the capacity, which causes them to fail in multiple BCI research. KNN is efficient in BCI systems with some feature vectors, but low power can cause failure in BCI research [313].

### 8.4.2. Mahalanobis Distance

For each prototype of class $c$, Mahalanobis distance-based classifiers [314] assume a Gaussian distribution $N(c, Mc)$. Subsequently, using the Mahalanobis distance $dc$, a feature vector $x$ is allocated to the class that corresponds to the closest prototype ($x$).

$$d_c\left(x\right) = \sqrt{\left(x - \mu_c\right)M_c^{-1}\left(x - \mu_c\right)^T} \qquad (12)$$

This results in a basic yet reliable classifier; it has been shown to work in multiclass and asynchronous BCI systems. Considering its excellent results, it is still rarely mentioned in BCI literature [315].

### 8.5. Hybrid

In several BCI papers, classification is implemented with a single classifier. Furthermore, a current tendency is to combine many classifiers in various ways [316]. The following are indeed the classifier combination strategies utilized in BCI systems:

### 8.5.1. Boosting

Boosting is the process of using multiple classifiers in a cascade, and each focused on the errors made by the one before it. It can combine numerous weak classifiers to form a powerful one; thereforem it is unlikely to overtrain. Moreover, it is susceptible to mislabeling, illustrating why it failed in one BCI trial [293].

### 8.5.2. Voting

Multiple classifiers are employed for voting, each of which allocates the input feature vector to a class. The majority class becomes the final class. In BCI systems, voting is the most preferred process of combining classifiers due to its simplicity and efficiency [293].

LP Evidentiary Exhibits Page 000101

Feedback

### 8.5.3. Stacking

Stacking is the process of utilizing multiple classifiers to categorize the input feature vector. Level-0 classifiers are what it is named. Each one of these classifiers' output would then feed into a "meta-classifier" (or "level-1 classifier"), which makes a final decision [293].

Aforementioned in this section, some other classifiers are utilized in the recent BCI research. Since 2016 transfer learning is used for using MI classification tasks [317]. Some ground-breaking architectures are established in recent years, such as EEG-inception, an end-to-end Neural network [318], cluster decomposing, and multi-object optimization-based-ensemble learning framework [319]; RFNet is a fusion network that learns from attention weights and used in embedding-specific features for decision making [179].

Now, a better understanding of the performance of commonly known classifiers with some popular datasets are given in Table 9.

### Table 9

Comparison of classifiers based on popular datasets and features.

| Ref. | Dataset | Feature | Classifier | Accuracy |
|------|---------|---------|------------|----------|
| [102] | BCI competition IV-2b | CWT | CNN | Morlet- 78.93%, Bump-77.25% |
| [320] | BCI competition III | CSP | SVM | Evolved Filters: Subject 1—77.96%, Subject 2—75.11%, Subject 3—57.76% |
| [321] | BCI competition III | WT | SVM | 85.54% |
| [321] | BCI competition III | WT | NN | 82.43% |
| [322] | BCI competition III | WT | LDA | MisClassification Rate: 0.1286 |
| [323] | BCI competition III | WT | CNN | 86.20% |
| [324] | BCI competition IV-2a | Single Channel CSP | KNN | $62.2 \pm 0.4\%$ |
| [324] | BCI competition IV-2a | Single Channel CSP | MLP | $63.5 \pm 0.4\%$ |
| [324] | BCI competition IV-2a | Single Channel CSP | SVM | $63.3 \pm 0.4\%$ |
| [324] | BCI competition IV-2a | Single Channel CSP | LDA | $61.8 \pm 0.4\%$ |

## 9. Evaluation Measurement

To evaluate the performance of BCI systems, researchers employed several evaluation metrics. The most common is accuracy, commonly known as error rate. Although accuracy is not always an acceptable criterion due to specific rigorous requirements, various evaluation criteria have been offered. An overview of BCI research evaluation criteria is provided below.

## 9.1. Generally Used Evaluation Metrics

In this section, we sorted the most commonly used evaluation metrics for measuring the BCI system performances. The evaluation measures are explained carefully in the following subsections.

### 9.1.1. The Confusion Matrix

The confusion matrix represents the relationship between the actual class's user-intentioned output classes and the actual predicted class. True positives rate (TPR), False negative rate (FNR), False positives rate (FPR), Positive predictive value (PPV), and negative predictive value (PPV) are used to describe sensitivity or recall, specificity, (1-specificity), precision, etc. [325].

### 9.1.2. Classification Accuracy and Error Rate

Classification accuracy is one of the important metrics in BCI systems; this study evaluates performance using classification accuracy as well as sensitivity and specificity. This measure determines how frequently the BCI makes a right pick or what proportion of all selections are accurate. It is the most obvious indicator of BCI accomplishment, implying that it increase in a linear fashion with decision time, so it takes a long time. The following is the mathematical formula for calculating accuracy:

$$\text{Classification accuracy} = \frac{\text{Correctly classified test trials}}{\text{Total test triols}} \times 100 \qquad (13)$$

### 9.1.3. Information Transfer Rate

Shannon [326] proposed the Information Transfer Rate (ITR) as the rate that makes up both of these metrics. This rate represents the quantity of data that may pass through the system in one unit of time. In [327], the information transmission rate in bits per minute ($bits/min$) and accuracy (ACC) in percentage (%) were used to evaluate performance. They made demographic data (age and gender) as well as the performance outcomes of 10 participants, and the ITR was computed using the Formula (14), which is as follows:

$$B_t = \log_2 N + p \log_2 p + (1-p) \log_2 \left[ \frac{1-p}{N-1} \right], \qquad (14)$$

LP Evidentiary Exhibits Page 000103

where $N$ is the number of targets and $p$ is the classification accuracy (ACC). Based on four cursor movements and the choose command, this resulted in a $N$ of 5. Bits per trial were used to compute $B_t$.

According to ITR [328] also has some important parameters that are used to evaluate BCI. A description of them is given below:

1. Target detection accuracy: The accuracy of target identification may be enhanced by increasing the Signal-to-Noise Ratio (SNR) and the separability of several classes. Several techniques, such as trial averaging, spatial filtering, and eliciting increased task-related EEG signals, are employed in the preprocessing step to reduce the SNR. Many applications utilize trail averaging across topics to improve the performance of a single BCI. These mental states may be used to lower the SNR [53].

2. Number of classes: The number of classes is raised and more sophisticated applications are built with a high ITR. TDMA, FDMA, and CDMA are among the stimulus coding techniques that have been adopted for BCI systems [243,329]. P300, for example, uses TDMA to code the target stimulus. In VEP-based BCI systems, FDMA and CDMA have been used.

3. Target detection time: The detection time is when a user first expresses their purpose and when the system makes a judgment. One of the goals of BCI systems is to improve the ITR by reducing target detection time. Adaptive techniques, such as the "dynamic halting" method, might be used to minimize the target detection time [330].

### 9.1.4. Cohen's Kappa Coefficient

Cohen's Kappa measures the agreement between two observers; it measures the contract between the proper output and the command of BCI domain in a BCI-based AAC system. Cohen's kappa coefficient resolves many of the accuracy measure's objections [331]. The general agreement $p_0 = ACC$, which is equivalent to the classification accuracy and the chance agreement $p_e$, with $n_i$ and $n_{i_i}$ being the column $i_t h$ and row $i_t h$, correspondingly, are used to calculate $K$.

$$p_e = \frac{\sum_{i=1}^{M} n_{ii} n_{i:}}{N^2} \tag{15}$$

where posteriori and priori probability are $n : i, ni :$ respectively. The estimated kappa Coefficient $K$ and standard error $e(K)$ are acquired by

$$\kappa = \frac{p_0 - p_e}{1 - p_e} \tag{16}$$

LP Evidentiary Exhibits Page 000104

When there is no correlation between the expected and actual classes, the kappa coefficient becomes zero. A perfect categorization is indicated by a kappa coefficient of 1. If the Kappa value is less than zero, the classifier offers an alternative assignment for the output and actual classes [332].

$$\sigma_e\left(\kappa\right) = \frac{\sqrt{\left(p_0 + p_e^2 - \sum_{i=1}^{M}\left[n_{:i}n_{i:}\left(n_{:i} + n_{i:}\right)\right]/N^3\right)}}{\left(1 - p_e\right)\sqrt{N}} \tag{17}$$

## 9.2. Continuous BCI System Evaluation

Continuous BCI performance was measured using a variety of parameters. Different measures may be even more appropriate depending on whether the study is conducted online or offline. The section goes through some of the most commonly used metrics in this field, including the correlation coefficient, accuracy, and Fitts's Law [333].

### 9.2.1. Correlation Coefficient

The correlation coefficient could be a useful statistic for determining whether an intracortical implant receives task-relevant neurons. There are two essential stipulations: one is scale-invariant, which implies that the cursor might miss the mark substantially while still generating high values if the sign of the actual and anticipated movements coincide [334]; the other is that a decoder can yield a high value if it simply generates a signal that fluctuates with the repetitions [333].

### 9.2.2. Accuracy

Task characteristics such as target size and dwell time have a significant impact on accuracy. As a result, it is more of a sign that the task was is good enough for the subject and modality than a performance measure [333].

### 9.2.3. Fitts's Law

Fitts's law asserts that the time taken for a person to move a mouse cursor to a targeted object of the target's distance is divided by its size. The longer it takes, the greater the distance and the narrower the target [335,336]. Fitts's law requires using a method to calculate the "index of difficulty" of a particular change.

## 9.3. User-Centric BCI System Evaluation

LP Evidentiary Exhibits Page 000105

Feedback

Users are an essential element of the BCI product life cycle. Their interactions and experiences influence whether BCI systems are acceptable and viable. The four criteria or User Experience (UX) factors are used to evaluate user-centric BCI systems. These are usability, affects, ergonomics, and quality of life, shown below in the following subsection.

### 9.3.1. Usability

The amount that can be utilized to fulfill specific objectives with effectiveness, efficiency, learnability, and satisfaction in a given context is referred to as usability [337]. In usability measure, we can include four metrics, such as,

1. Effectiveness or accuracy: It depicts the overall accuracy of the BCI system as experienced from the end user's perspective [333].
2. Efficiency or information transfer rate: It refers to the speed and timing at which a task is accomplished. Therefore, it depicts the overall BCI system's speed, throughput, and latency seen through the eyes of the end user's perspective [333].
3. Learnability: The BCI system can make users feel as if they can use the product effectively and quickly learn additional features. Both the end-user and the provider are affected by learnability [338].
4. Satisfaction: It is based on participants' reactions to actual feelings while using BCI systems, showing the user's favorable attitude regarding utilizing the system. To measure satisfaction, we can use rating scales or qualitative methods [333].

### 9.3.2. Affect

Regarding BCIs, it might refer to how comfortable the system is, particularly for long periods, and how pleasant or uncomfortable the stimuli are to them. EEG event-related possibilities, spectral characteristics, galvanic skin responses, or heart rates could be used to quantitatively monitor user's exhaustion, valence, and arousal levels [339].

### 9.3.3. Ergonomics

Ergonomics studies are the study of how people interact with their environments. The load on the user's memory is represented by the cognitive task load, a multidimensional entity. In addition, physiological markers including eye movement, EEG, ERP, and spectral characteristics could also be employed to evaluate cognitive stress objectively [340].

### 9.3.4. Quality of Life

It expresses the user's overall perception of the system's utility and acceptance and its influence on their well-being. The Return on Investment (ROI) is an economic measure of the perceived benefit derived from it. The overall quality of experience is a measure of how satisfied a user is with their expertise [333].

Other assessment methods, such as Mutual Information, Written symbol rate (WSR), and Practical bit rate (PBR), are utilized to a lesser extent.

## 10. Limitations and Challenges

The brain-computer interface is advancing towards a more dynamic and accurate solution of the connection between brain and machine. Still, few factors are resisting achieving the ultimate goal. Therefore, we analyzed a few core research on BCI in this section and found the limitations exhibited in <u>Table 10</u>. Then, we demonstrated the significant challenges of the BCI domain.



LP Evidentiary Exhibits Page 000107

Table 10

A summary of some research papers proposing new methods of BCI.

LP Evidentiary Exhibits Page 000108

| Model | Novelty | Feature Extraction | Architecture | Limitations |
|---|---|---|---|---|
| P300, ERN, MRCP, SMR [200] | Compact Convolutional neural network for EEG based BCI | Band pass filtering | EEGNet | The proposed approaches only work effectively when the feature is accustomed to before. |
| WOLA [254] | Dynamic filtering of EEG signals | CSP | Embedded-BCI (EBCI) system | This model is not updated yet for eye blinking or muscle activities. |
| xDAWN [255] | Enhance P300 evoked potentials | Spatial Filtering | P300 speller BCI paradigm | There is room for improvization and enhancements. |
| SSVEP, P300 [341] | BCI-based healthcare control system | P300 detector Kernel (FDA+ SSVEP) | Self- paced P300 healthcare system with SSVEP | SSVEP stimulation paradigm can be used to enhance accuracy. |
| LSTM, pCNN, RCNN [342] | Online decoding of motor imagery movements using DL models | CSP, log-BP features | Classify Motor Imagery movements | The data used in proposed models are limited. |
| MDRM and TSLDA [343] | Classification framework for BCI-based motor imagery | Spatial filtering | MI-based BCI classification using Riemannian framework | Computational costs are faced while implementing this proposed framework. |
| SVM [344] | Fatigne detection system | FFT | Train driver Vigilance detection | NA |
| Gaussian, polynomial kernel [345] | MKELM-based method for motor imagery EEG classification | CSP | MKELM-based method for BCI | Improvement of accuracy and extension of the framework is needed. |
| Bimodal NIRS-EEG approach [346] | Bimodal BCI using EEG and NIRS | Low pass filter and Savitzky– Golay (SG) | SSVEP paradigm | Only used in EEG and fNIRS channels. |

The challenges and difficulties of the BCI domain are divided into three categories: challenges based on usability, technical challenges, and ethical challenges. The rest of the section briefly explains these challenges.

## 10.1. Based on Usability

LP Evidentiary Exhibits Page 000109



This section describes the challenges that users have in accepting BCI technology [350]. They include concerns relating to the requisite training for class discrimination.

### 10.1.1. Training Time

Usually, training a user, either leading the user through the procedure or the total quantity of the documented manual, takes time. The majority of the time, the user also requests the system to be simpler to use. The users often despise a complicated system that is difficult to manage. It is a challenging effort to create such a sophisticated, user-friendly system [351].

### 10.1.2. Fatigue

The majority of present BCIs generate a lot of fatigue since they need a lot of concentration, focus, and awareness to a rapid and intermittent input. In addition to the annoyance of weariness of electrodes, BCI may fail to operate because the user cannot maintain a sufficient degree of focus. As in BCI, mental activity is continually monitored and the user's attention point alters the input. The concentration necessary for stimuli results in a combination of input and output [352,353]. Rather than relaxing, the user must concentrate on a single point as an input and then look at the outcome. At some point, the interaction has a forced quality to it, rather than the natural quality that would be there if the user could choose whatever part of the visual output to focus on [6].

### 10.1.3. Mobility to Users

Across most situations, users are not allowed to move around or to have mobility in BCIs. During the test application, users must stay motionless and quiet, ideally sitting down. However, in a real-world setting, a user may need to utilize BCI while walking down the street, for example, to manage a smartphone. Additionally, BCIs cannot ensure user comfort. Usually, the EEG headset is not lightweight and easy to carry, which hampers the user experience.

### 10.1.4. Psychophysiological and Neurological Challenges

Emotional and mental mechanisms, cognition-related neurophysiology, and neurological variables, such as functionality and architecture, play vital roles in BCI performance, resulting in significant intra- and inter-individual heterogeneity. Immediate brain dynamics are influenced by psychological elements such as attention; memory load; weariness; conflicting cognitive functions; and users' specific characteristics such as lifestyle, gender, and age. Participants with weaker empathy engage less emotionally in a P300-BCI paradigm and generate larger P300 wave amplitudes than someone with greater empathy involvement [354].

### 10.2. Technical Challenges

LP Evidentiary Exhibits Page 000110                                          10/05/2022

Non-linearity, non-stationarity, and noise as well as limited training sets and the accompanying di-mensionality curse are difficulties relating to the recorded electrophysiological characteristics of brain impulses.

### 10.2.1. Non-Linearity

The brain is a very complex nonlinear system in which chaotic neuronal ensemble activity may be seen. Nonlinear dynamic techniques can thus better describe EEG data than linear ones.

### 10.2.2. Non-Stationarity

The non-stationarity of electrophysiological brain signals to recognize human recognition is a sig-nificant challenge in developing a BCI system. It results in a constant shift in the signals utilized with time, either between or within transition time. EEG signal variability can be influenced by the mental and emotional state backdrop across sessions. In addition, various emotional states such as sadness, happiness, anxiety, and fear can vary on daily basis that reflects non-stationarity [355]. Noise is also a significant contribution to the non-stationarity problems that BCI technology faces. Noises and other external interferences are always present in raw EEG data of emotion recognition that is most robust [356]. It comprises undesired signals generated by changes in electrode location as well as noise from the surroundings [357].

### 10.2.3. Transfer Rate of Signals

In BCIs, the system must continuously adjust to the signals of the user. This modification must be made quickly and precisely. Current BCIs have an extremely slow information transfer rate, taking almost two minutes to "digitalize" a single phrase, for example. Furthermore, BCI accuracy does not always reach a desirable level, particularly in visual stimulus-based BCI. Actions must some-times be repeated or undone, producing pain or even dissatisfaction in using interactive systems using this type of interface [358].

### 10.2.4. Signal Processing

Recently, a variety of decoding techniques, signal processing algorithms, and classification algo-rithms have been studied. Despite this, the information retrieved from EEG waves does not have a high enough signal-to-noise ratio to operate a device with some extent of liberty, such as a pros-thetic limb. Algorithms that are more resilient, accurate, and quick are required to control BCI.

### 10.2.5. Training Sets

In BCI, the training process is mainly impacted by usability concerns, but training sets are tiny in most cases. Although the subjects find the training sessions time-consuming and challenging, they give the user the required expertise to interact with the system and to learn to manage their neu-

rophysiological signals. As a result, balancing the technological complexity of decoding the user's brain activity with the level of training required for the proper functioning of the interfaces is a crucial issue in building a BCI [359].

### 10.2.6. Lack of Data Analysis Method

The classifiers should be evaluated online since every BCI implementation is in an online situation. Additionally, it should be validated to ensure that it has low complexity and can be calibrated rapidly in real-time. Domain adaptation and transfer learning could be an acceptable solution for developing calibration-free BCIs, where even the integration of unique feature sets, such as covariance matrices with domain adaptation algorithms, can strengthen the invariance performance of BCIs.

### 10.2.7. Performance Evaluation Metrics

A variety of performance evaluation measures are used to evaluate BCI systems. However, when different evaluation metrics are used to assess BCI systems, it is nearly impossible to compare systems. As a result, the BCI research community should establish a uniform and systematic approach to quantify a particular BCI application or a particular metric. For example, to test the efficiency of a BCI wheelchair control, the number of control commands, categories of control commands, total distance, time consumed, the number of collisions, classification accuracy, and the average success rate need to be evaluated, among other factors [360].

### 10.2.8. Low ITR of BCI Systems

The information transfer rate is one of the extensively used processes for the performance evaluation metrics of BCI systems. The number of classes, target detection accuracy, and target detection time are all factors of this rate. By increasing the Signal-to-Noise Ratio (SNR), it can improve the target detection accuracy [53,328]. Several techniques are typically used for the preprocessing phase to optimize the SNR. When a high ITR has been attained, more complicated applications can be created by expanding the number of classes available. CDMA, TDMA, and FDMA [243,361] are only a few of the stimulus coding schemes that have already been developed for BCI systems. TDMA was used with P300 to code the required stimuli, while CDMA and FDMA have been used with BCIs that interact with VEP. Furthermore, the essential aspect of BCIs is reducing the target recognition period, which helps to increase the ITR. Adaptive techniques, such as "dynamic stopping", could be an effective option for accomplishing this.

### 10.2.9. Specifically Allocated Lab for BCI Technology

Most of the BCI systems are trialed in a supervised lab rather than in the actual surroundings of the users. When designing a BCI system, it is essential to think about the environment in which the technology may be used. It is critical to thoroughly investigate the system's requirements, environmental factors, circumstances, and target users mostly during the system design phase.

LP Evidentiary Exhibits Page 000112

Feedback

## 10.3. Ethical Challenges

There are many thoughts surrounding the ethical issues behind BCI as it considers physical, psychological, and social factors. In biological factors, BCI always finds a human body to identify signals that must be acquainted with electrodes. As humans need to wear these electrodes, it is always risky for them and can harm the human body to some worse extent. BCI also requires strict maintenance of the human body during signal acquisition, so the subject must sit for a long time in his place. Adding to that, a user or participant must act what the electrodes need, so they cannot do anything willingly. This fact can have a substantial impact on the human body.

## 11. Conclusions

The brain-computer interface is a communication method that joins the wired brain and external applications and devices directly. The BCI domain includes investigating, assisting, augmenting, and experimenting with brain signal activities. Due to transatlantic documentation, low-cost amplifiers, greater temporal resolution, and superior signal analysis methods, BCI technologies are available to researchers in diverse domains. Moreover, It is an interdisciplinary area that allows for biology, engineering, computer science, and applied mathematics research. However, an architectural and constructive investigation of the brain–computer interface is exhibited in this article. It is aimed at novices who would like to learn about the current state of BCI systems and methodologies. The fundamental principles of BCI techniques are discussed elaborately. It describes the architectural perspectives of certain unique taxons and gives a taxonomy of BCI systems. The paper also covered feature extraction, classification, evaluation procedures, and techniques as the research continues. It presents a summary of the present methods for creating various types of BCI systems. The study looks into the different types of datasets that are available for BCI systems as well. The article also explains the challenges and limitations of the described BCI systems, along with possible solutions. Lastly, BCI technology advancement is accomplished in four stages: primary scientific development, preclinical experimentation, clinical investigation, and commercialization. At present, most of the BCI techniques are in the preclinical and clinical phases. The combined efforts of scientific researchers and the tech industries are needed to avail the benefit of this great domain to ordinary people through commercialization.

## Acknowledgments

We would like to thank Bangladesh University of Business & Technology (BUBT), University of Asia Pacific (UAP), and University of Aizu (UoA) for supporting this research. Also, special thanks to the Advanced Machine Learning lab, BUBT; Computer Vision & Pattern Recognition Lab, UAP; Database System Lab, UoA; for giving facilities to research and publish.

## Author Contributions

Conceptualization, M.F.M.; Data curation, M.F.M., S.C.D., M.M.K. and A.A.L.; Formal analysis, M.F.M.; Investigation, M.R.I. and Y.W.; Methodology, M.F.M., S.C.D., M.M.K., A.A.L., M.R.I. and Y.W.; Software, S.C.D., M.M.K. and A.A.L.; Supervision, M.R.I.; Validation, M.F.M., M.R.I. and Y.W.; Visualization, M.F.M.,

LP Evidentiary Exhibits Page 000113

S.C.D., M.M.K. and A.A.L.; Writing—original draft, M.F.M., S.C.D., M.M.K., A.A.L., M.R.I. and Y.W.; Writing—review & editing, M.F.M., M.R.I. and Y.W. All authors have read and agreed to the published version of the manuscript.

## Funding

This research received no external funding.

## Institutional Review Board Statement

Not applicable.

## Informed Consent Statement

Not applicable.

## Data Availability Statement

There is no statement regarding the data.

## Conflicts of Interest

The authors declare no conflict of interest.

## Footnotes

**Publisher's Note:** MDPI stays neutral with regard to jurisdictional claims in published maps and institutional affiliations.

## References

1. Berger H. Über das elektroenkephalogramm des menschen. *Archiv. Psychiatr.* 1929;**87**:527–570. doi: 10.1007/BF01797193. [CrossRef] [Google Scholar]

2. Lindsley D.B. Psychological phenomena and the electroencephalogram. *Electroencephalogr. Clin. Neurophysiol.* 1952;**4**:443–456. doi: 10.1016/0013-4694(52)90075-8. [PubMed] [CrossRef] [Google Scholar]

3. Vidal J.J. Toward direct brain-computer communication. *Annu. Rev. Biophys. Bioeng.* 1973;**2**:157–180. doi: 10.1146/annurev.bb.02.060173.001105. [PubMed] [CrossRef] [Google Scholar]

4. Zeng F.G., Rebscher S., Harrison W., Sun X., Feng H. Cochlear implants: System design, integration, and evaluation. *IEEE Rev. Biomed. Eng.* 2008;**1**:115–142. doi: 10.1109/RBME.2008.2008250. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

5. Nicolas-Alonso L.F., Gomez-Gil J. Brain computer interfaces: A review. *Sensors.* 2012;**12**:1211–1279. doi: 10.3390/s120201211. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

6. Abiri R., Borhani S., Sellers E.W., Jiang Y., Zhao X. A comprehensive review of EEG-based brain–computer interface paradigms. *J. Neural Eng.* 2019;**16**:011001. doi: 10.1088/1741-2552/aaf12e. [PubMed] [CrossRef] [Google Scholar]

7. Tiwari N., Edla D.R., Dodia S., Bablani A. Brain computer interface: A comprehensive survey. *Biol. Inspired Cogn. Archit.* 2018;**26**:118–129. doi: 10.1016/j.bica.2018.10.005. [CrossRef] [Google Scholar]

8. Vasiljevic G.A.M., de Miranda L.C. Brain–computer interface games based on consumer-grade EEG Devices: A systematic literature review. *Int. J. Hum. Comput. Interact.* 2020;**36**:105–142. doi: 10.1080/10447318.2019.1612213. [CrossRef] [Google Scholar]

9. Martini M.L., Oermann E.K., Opie N.L., Panov F., Oxley T., Yaeger K. Sensor modalities for brain-computer interface technology: A comprehensive literature review. *Neurosurgery.* 2020;**86**:E108–E117. doi: 10.1093/neuros/nyz286. [PubMed] [CrossRef] [Google Scholar]

10. Bablani A., Edla D.R., Tripathi D., Cheruku R. Survey on brain-computer interface: An emerging computational intelligence paradigm. *ACM Comput. Surv. (CSUR)* 2019;**52**:20. doi: 10.1145/3297713. [CrossRef] [Google Scholar]

11. Fleury M., Lioi G., Barillot C., Lécuyer A. A Survey on the Use of Haptic Feedback for Brain-Computer Interfaces and Neurofeedback. *Front. Neurosci.* 2020;**14**:528. doi: 10.3389/fnins.2020.00528. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

12. Torres P.E.P., Torres E.A., Hernández-Álvarez M., Yoo S.G. EEG-based BCI emotion recognition: A survey. *Sensors.* 2020;**20**:5083. doi: 10.3390/s20185083. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

13. Zhang X., Yao L., Wang X., Monaghan J.J., Mcalpine D., Zhang Y. A survey on deep learning-based non-invasive brain signals: Recent advances and new frontiers. *J. Neural Eng.* 2021;**18**:031002. doi: 10.1088/1741-2552/abc902. [PubMed] [CrossRef] [Google Scholar]

14. Gu X., Cao Z., Jolfaei A., Xu P., Wu D., Jung T.P., Lin C.T. EEG-based brain-computer interfaces (BCIs): A survey of recent studies on signal sensing technologies and computational intelligence approaches and their applications. *IEEE/ACM Trans. Comput. Biol. Bioinform.* 2021 doi: 10.1109/TCBB.2021.3052811. [PubMed] [CrossRef] [Google Scholar]

15. Kitchenham B., Charters S. *Guidelines for Performing Systematic Literature Reviews in Software Engineering.* Keele University and Durham University Joint Report; Durham, UK: 2007. EBSE Technical Report. [Google Scholar]

16. Kitchenham B. *Procedures for Performing Systematic Reviews.* Volume 33. Keele University; Keele, UK: 2004. pp. 1–26. Technical Report TR/SE-0401. [Google Scholar]

17. Nijholt A. The future of brain-computer interfacing (keynote paper); Proceedings of the 2016 5th International Conference on Informatics, Electronics and Vision (ICIEV); Dhaka, Bangladesh. 13–14 May 2016; pp. 156–161. [Google Scholar]

18. Padfield N., Zabalza J., Zhao H., Masero V., Ren J. EEG-based brain-computer interfaces using motor-imagery: Techniques and challenges. *Sensors.* 2019;**19**:1423. doi: 10.3390/s19061423. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

19. Hara Y. Brain plasticity and rehabilitation in stroke patients. *J. Nippon. Med. Sch.* 2015;**82**:4–13. doi: 10.1272/jnms.82.4. [PubMed] [CrossRef] [Google Scholar]

20. Bousseta R., El Ouakouak I., Gharbi M., Regragui F. EEG based brain computer interface for controlling a robot arm movement through thought. *Irbm.* 2018;**39**:129–135. doi: 10.1016/j.irbm.2018.02.001. [CrossRef] [Google Scholar]

LP Evidentiary Exhibits Page 000115                                          10/05/2022

21. Perales F.J., Riera L., Ramis S., Guerrero A. Evaluation of a VR system for Pain Management using binaural acoustic stimulation. *Multimed. Tools Appl.* 2019;**78**:32869–32890. doi: 10.1007/s11042-019-07953-y. [CrossRef] [Google Scholar]

22. Shim M., Hwang H.J., Kim D.W., Lee S.H., Im C.H. Machine-learning-based diagnosis of schizophrenia using combined sensor-level and source-level EEG features. *Schizophr. Res.* 2016;**176**:314–319. doi: 10.1016/j.schres.2016.05.007. [PubMed] [CrossRef] [Google Scholar]

23. Sharanreddy M., Kulkarni P. Detection of primary brain tumor present in EEG signal using wavelet transform and neural network. *Int. J. Biol. Med. Res.* 2013;**4**:2855–2859. [Google Scholar]

24. Poulos M., Felekis T., Evangelou A. Is it possible to extract a fingerprint for early breast cancer via EEG analysis? *Med. Hypotheses.* 2012;**78**:711–716. doi: 10.1016/j.mehy.2012.02.016. [PubMed] [CrossRef] [Google Scholar]

25. Christensen J.A., Koch H., Frandsen R., Kempfner J., Arvastson L., Christensen S.R., Sorensen H.B., Jennum P. Classification of iRBD and Parkinson's disease patients based on eye movements during sleep; Proceedings of the 2013 35th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC); Osaka, Japan. 3–7 July 2013; pp. 441–444. [PubMed] [Google Scholar]

26. Mikołajewska E., Mikołajewski D. The prospects of brain—Computer interface applications in children. *Open Med.* 2014;**9**:74–79. doi: 10.2478/s11536-013-0249-3. [CrossRef] [Google Scholar]

27. Mane R., Chouhan T., Guan C. BCI for stroke rehabilitation: Motor and beyond. *J. Neural Eng.* 2020;17:041001. doi: 10.1088/1741-2552/aba162. [PubMed] [CrossRef] [Google Scholar]

28. Van Dokkum L., Ward T., Laffont I. Brain computer interfaces for neurorehabilitation–its current status as a rehabilitation strategy post-stroke. *Ann. Phys. Rehabil. Med.* 2015;**58**:3–8. doi: 10.1016/j.rehab.2014.09.016. [PubMed] [CrossRef] [Google Scholar]

29. Soekadar S.R., Silvoni S., Cohen L.G., Birbaumer N. *Clinical Systems Neuroscience.* Springer; Berlin/Heidelberg, Germany: 2015. Brain-machine interfaces in stroke neurorehabilitation; pp. 3–14. [Google Scholar]

30. Beudel M., Brown P. Adaptive deep brain stimulation in Parkinson's disease. *Park. Relat. Disord.* 2016;**22**:S123–S126. doi: 10.1016/j.parkreldis.2015.09.028. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

31. Mohagheghian F., Makkiabadi B., Jalilvand H., Khajehpoor H., Samadzadehaghdam N., Eqlimi E., Deevband M. Computer-aided tinnitus detection based on brain network analysis of EEG functional connectivity. *J. Biomed. Phys. Eng.* 2019;**9**:687. doi: 10.31661/JBPE.V0I0.937. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

32. Fernández-Caballero A., Navarro E., Fernández-Sotos P., González P., Ricarte J.J., Latorre J.M., Rodriguez-Jimenez R. Human-avatar symbiosis for the treatment of auditory verbal hallucinations in schizophrenia through virtual/augmented reality and brain-computer interfaces. *Front. Neuroinformatics.* 2017;**11**:64. doi: 10.3389/fninf.2017.00064. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

33. Dyck M.S., Mathiak K.A., Bergert S., Sarkheil P., Koush Y., Alawi E.M., Zvyagintsev M., Gaebler A.J., Shergill S.S., Mathiak K. Targeting treatment-resistant auditory verbal hallucinations in schizophrenia with fMRI-based neurofeedback–exploring different cases of schizophrenia. *Front. Psychiatry.* 2016;**7**:37. doi: 10.3389/fpsyt.2016.00037. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

34. Ehrlich S., Guan C., Cheng G. A closed-loop brain-computer music interface for continuous affective interaction; Proceedings of the 2017 International Conference on Orange Technologies (ICOT); Singapore. 8–10 September 2017; pp. 176–179. [Google Scholar]

**Feedback**

35. Placidi G., Cinque L., Di Giamberardino P., Iacoviello D., Spezialetti M. *International Conference on Image Analysis and Processing*. Springer; Berlin/Heidelberg, Germany: 2017. An affective BCI driven by self-induced emotions for people with severe neurological disorders; pp. 155–162. [Google Scholar]

36. Kerous B., Skola F., Liarokapis F. EEG-based BCI and video games: A progress report. *Virtual Real*. 2018;**22**:119–135. doi: 10.1007/s10055-017-0328-x. [CrossRef] [Google Scholar]

37. Stein A., Yotam Y., Puzis R., Shani G., Taieb-Maimon M. EEG-triggered dynamic difficulty adjustment for multiplayer games. *Entertain. Comput*. 2018;**25**:14–25. doi: 10.1016/j.entcom.2017.11.003. [CrossRef] [Google Scholar]

38. Zhang B., Wang J., Fuhlbrigge T. A review of the commercial brain-computer interface technology from perspective of industrial robotics; Proceedings of the 2010 IEEE International Conference on Automation and Logistics; Hong Kong, China. 16–20 August 2010; Aug 16–20, pp. 379–384. [Google Scholar]

39. Van De Laar B., Brugman I., Nijboer F., Poel M., Nijholt A. BrainBrush, a multimodal application for creative expressivity; Proceedings of the Sixth International Conference on Advances in Computer-Human Interactions (ACHI 2013); Nice, France. 24 February–1 March 2013; pp. 62–67. [Google Scholar]

40. Todd D., McCullagh P.J., Mulvenna M.D., Lightbody G. Investigating the use of brain-computer interaction to facilitate creativity; Proceedings of the 3rd Augmented Human International Conference; Megève, France. 8–9 March 2012; pp. 1–8. [Google Scholar]

41. Liu Y.T., Wu S.L., Chou K.P., Lin Y.Y., Lu J., Zhang G., Lin W.C., Lin C.T. Driving fatigue prediction with pre-event electroencephalography (EEG) via a recurrent fuzzy neural network; Proceedings of the 2016 IEEE International Conference on Fuzzy Systems (FUZZ-IEEE); Vancouver, BC, Canada. 24–29 July 2016; pp. 2488–2494. [Google Scholar]

42. Binias B., Myszor D., Cyran K.A. A machine learning approach to the detection of pilot's reaction to unexpected events based on EEG signals. *Comput. Intell. Neurosci*. 2018;**2018**:2703513. doi: 10.1155/2018/2703513. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

43. Waldert S. Invasive vs. non-invasive neuronal signals for brain-machine interfaces: Will one prevail? *Front. Neurosci*. 2016;**10**:295. doi: 10.3389/fnins.2016.00295. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

44. Panoulas K.J., Hadjileontiadis L.J., Panas S.M. *Multimedia Services in Intelligent Environments*. Springer; Berlin/Heidelberg, Germany: 2010. Brain-computer interface (BCI): Types, processing perspectives and applications; pp. 299–321. [Google Scholar]

45. Wikipedia Contributors Electrocorticography—Wikipedia, The Free Encyclopedia. [(accessed on 8 July 2021)];2021 Available online: https://en.wikipedia.org/w/index.php?title=Electrocorticography&oldid=1032187616

46. Kuruvilla A., Flink R. Intraoperative electrocorticography in epilepsy surgery: Useful or not? *Seizure*. 2003;**12**:577–584. doi: 10.1016/S1059-1311(03)00095-5. [PubMed] [CrossRef] [Google Scholar]

47. Homan R.W., Herman J., Purdy P. Cerebral location of international 10–20 system electrode placement. *Electroencephalogr. Clin. Neurophysiol*. 1987;**66**:376–382. doi: 10.1016/0013-4694(87)90206-9. [PubMed] [CrossRef] [Google Scholar]

48. Cohen D. Magnetoencephalography: Evidence of magnetic fields produced by alpha-rhythm currents. *Science*. 1968;**161**:784–786. doi: 10.1126/science.161.3843.784. [PubMed] [CrossRef] [Google Scholar]

49. Wikipedia Contributors Human Brain—Wikipedia, The Free Encyclopedia. [(accessed on 8 July 2021)];2021 Available online: https://en.wikipedia.org/w/index.php?title=Human_brain&oldid=1032229379

LP Evidentiary Exhibits Page 000117                                              10/05/2022

Feedback

50. Zimmerman J., Thiene P., Harding J. Design and operation of stable rf-biased superconducting point-contact quantum devices, and a note on the properties of perfectly clean metal contacts. *J. Appl. Phys.* 1970;**41**:1572–1580. doi: 10.1063/1.1659074. [CrossRef] [Google Scholar]

51. Wilson J.A., Felton E.A., Garell P.C., Schalk G., Williams J.C. ECoG factors underlying multimodal control of a brain-computer interface. *IEEE Trans. Neural Syst. Rehabil. Eng.* 2006;**14**:246–250. doi: 10.1109/TNSRE.2006.875570. [PubMed] [CrossRef] [Google Scholar]

52. Weiskopf N., Veit R., Erb M., Mathiak K., Grodd W., Goebel R., Birbaumer N. Physiological self-regulation of regional brain activity using real-time functional magnetic resonance imaging (fMRI): Methodology and exemplary data. *Neuroimage.* 2003;**19**:577–586. doi: 10.1016/S1053-8119(03)00145-9. [PubMed] [CrossRef] [Google Scholar]

53. Ramadan R.A., Vasilakos A.V. Brain computer interface: Control signals review. *Neurocomputing.* 2017;**223**:26–44. doi: 10.1016/j.neucom.2016.10.024. [CrossRef] [Google Scholar]

54. Huisman T. Diffusion-weighted and diffusion tensor imaging of the brain, made easy. *Cancer Imaging.* 2010;**10**:S163. doi: 10.1102/1470-7330.2010.9023. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

55. Borkowski K., Krzyżak A.T. Analysis and correction of errors in DTI-based tractography due to diffusion gradient inhomogeneity. *J. Magn. Reson.* 2018;**296**:5–11. doi: 10.1016/j.jmr.2018.08.011. [PubMed] [CrossRef] [Google Scholar]

56. Purnell J., Klopfenstein B., Stevens A., Havel P.J., Adams S., Dunn T., Krisky C., Rooney W. Brain functional magnetic resonance imaging response to glucose and fructose infusions in humans. *Diabetes Obes. Metab.* 2011;**13**:229–234. doi: 10.1111/j.1463-1326.2010.01340.x. [PubMed] [CrossRef] [Google Scholar]

57. Tai Y., Piccini P. Applications of positron emission tomography (PET) in neurology. *J. Neurol. Neurosurg. Psychiatry.* 2004;**75**:669–676. doi: 10.1136/jnnp.2003.028175. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

58. Walker S.M., Lim I., Lindenberg L., Mena E., Choyke P.L., Turkbey B. Positron emission tomography (PET) radiotracers for prostate cancer imaging. *Abdom. Radiol.* 2020;**45**:2165–2175. doi: 10.1007/s00261-020-02427-4. [PubMed] [CrossRef] [Google Scholar]

59. Wang Y., Wang R., Gao X., Hong B., Gao S. A practical VEP-based brain-computer interface. *IEEE Trans. Neural Syst. Rehabil. Eng.* 2006;**14**:234–240. doi: 10.1109/TNSRE.2006.875576. [PubMed] [CrossRef] [Google Scholar]

60. Lim J.H., Hwang H.J., Han C.H., Jung K.Y., Im C.H. Classification of binary intentions for individuals with impaired oculomotor function: 'eyes-closed' SSVEP-based brain–computer interface (BCI) *J. Neural Eng.* 2013;**10**:026021. doi: 10.1088/1741-2560/10/2/026021. [PubMed] [CrossRef] [Google Scholar]

61. Bera T.K. *Brain-Computer Interfaces.* Springer; Berlin/Heidelberg, Germany: 2015. Noninvasive electromagnetic methods for brain monitoring: A technical review; pp. 51–95. [Google Scholar]

62. Zhu D., Bieger J., Garcia Molina G., Aarts R.M. A survey of stimulation methods used in SSVEP-based BCIs. *Comput. Intell. Neurosci.* 2010;**2010**:702357. doi: 10.1155/2010/702357. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

63. Polich J. Updating P300: An integrative theory of P3a and P3b. *Clin. Neurophysiol.* 2007;**118**:2128–2148. doi: 10.1016/j.clinph.2007.04.019. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

64. Golub M.D., Chase S.M., Batista A.P., Byron M.Y. Brain–computer interfaces for dissecting cognitive processes underlying sensorimotor control. *Curr. Opin. Neurobiol.* 2016;**37**:53–58. doi: 10.1016/j.conb.2015.12.005. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

LP Evidentiary Exhibits Page 000118

65. Kim J.H., Kim B.C., Byun Y.T., Jhon Y.M., Lee S., Woo D.H., Kim S.H. All-optical AND gate using cross-gain modulation in semiconductor optical amplifiers. *Jpn. J. Appl. Phys.* 2004;**43**:608. doi: 10.1143/JJAP.43.608. [CrossRef] [Google Scholar]

66. Dobrea M.C., Dobrea D.M. The selection of proper discriminative cognitive tasks—A necessary prerequisite in high-quality BCI applications; Proceedings of the 2009 2nd International Symposium on Applied Sciences in Biomedical and Communication Technologies; Bratislava, Slovakia. 24–27 November 2009; pp. 1–6. [Google Scholar]

67. Penny W.D., Roberts S.J., Curran E.A., Stokes M.J. EEG-based communication: A pattern recognition approach. *IEEE Trans Rehabil. Eng.* 2000;**8**:214–215. doi: 10.1109/86.847820. [PubMed] [CrossRef] [Google Scholar]

68. Amiri S., Fazel-Rezai R., Asadpour V. A review of hybrid brain-computer interface systems. *Adv. Hum. Comput. Interact.* 2013;**2013**:187024. doi: 10.1155/2013/187024. [CrossRef] [Google Scholar]

69. Mustafa M. Auditory Evoked Potential (AEP) Based Brain-Computer Interface (BCI) Technology: A Short Review. *Adv. Robot. Autom. Data Anal.* 2021;**1350**:272. [Google Scholar]

70. Cho H., Ahn M., Ahn S., Kwon M., Jun S.C. EEG datasets for motor imagery brain–computer interface. *GigaScience.* 2017;**6**:gix034. doi: 10.1093/gigascience/gix034. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

71. Gaur P., Gupta H., Chowdhury A., McCreadie K., Pachori R.B., Wang H. A Sliding Window Common Spatial Pattern for Enhancing Motor Imagery Classification in EEG-BCI. *IEEE Trans. Instrum. Meas.* 2021;**70**:1–9. doi: 10.1109/TIM.2021.3051996. [CrossRef] [Google Scholar]

72. Long J., Li Y., Yu T., Gu Z. Target selection with hybrid feature for BCI-based 2-D cursor control. *IEEE Trans. Biomed. Eng.* 2011;**59**:132–140. doi: 10.1109/TBME.2011.2167718. [PubMed] [CrossRef] [Google Scholar]

73. Ahn S., Ahn M., Cho H., Jun S.C. Achieving a hybrid brain-computer interface with tactile selective attention and motor imagery. *J. Neural Eng.* 2014;**11**:066004. doi: 10.1088/1741-2560/11/6/066004. [PubMed] [CrossRef] [Google Scholar]

74. Wang H., Li Y., Long J., Yu T., Gu Z. An asynchronous wheelchair control by hybrid EEG–EOG brain-computer interface. *Cogn. Neurodyn.* 2014;**8**:399–409. doi: 10.1007/s11571-014-9296-y. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

75. Alomari M.H., AbuBaker A., Turani A., Baniyounes A.M., Manasreh A. EEG mouse: A machine learning-based brain computer interface. *Int. J. Adv. Comput. Sci. Appl.* 2014;**5**:193–198. [Google Scholar]

76. Xu B.G., Song A.G. Pattern recognition of motor imagery EEG using wavelet transform. *J. Biomed. Sci. Eng.* 2008;**1**:64. doi: 10.4236/jbise.2008.11010. [CrossRef] [Google Scholar]

77. Wang X., Hersche M., Tömekce B., Kaya B., Magno M., Benini L. An accurate eegnet-based motor-imagery brain–computer interface for low-power edge computing; Proceedings of the 2020 IEEE International Symposium on Medical Measurements and Applications (MeMeA); Bari, Italy. 1 June–1 July 2020; pp. 1–6. [Google Scholar]

78. Kayikcioglu T., Aydemir O. A polynomial fitting and k-NN based approach for improving classification of motor imagery BCI data. *Pattern Recognit. Lett.* 2010;**31**:1207–1215. doi: 10.1016/j.patrec.2010.04.009. [CrossRef] [Google Scholar]

79. Loboda A., Margineanu A., Rotariu G., Lazar A.M. Discrimination of EEG-based motor imagery tasks by means of a simple phase information method. *Int. J. Adv. Res. Artif. Intell.* 2014;**3**:10. doi: 10.14569/IJARAI.2014.031002. [CrossRef] [Google Scholar]

80. Alexandre B., Rafal C. Grasp-and-Lift EEG Detection, Identify Hand Motions from EEG Recordings Competition Dataset. [(accessed on 19 August 2021)]; Available online: https://www.kaggle.com/c/grasp-and-lift-eeg-detection/data

LP Evidentiary Exhibits Page 000119

Feedback

81. Chen X., Zhao B., Wang Y., Xu S., Gao X. Control of a 7-DOF robotic arm system with an SSVEP-based BCI. *Int. J. Neural Syst.* 2018;**28**:1850018. doi: 10.1142/S0129065718500181. [PubMed] [CrossRef] [Google Scholar]

82. Lin B., Deng S., Gao H., Yin J. A multi-scale activity transition network for data translation in EEG signals decoding. *IEEE/ACM Trans. Comput. Biol. Bioinform.* 2020 doi: 10.1109/TCBB.2020.3024228. [PubMed] [CrossRef] [Google Scholar]

83. Neuper C., Müller-Putz G.R., Scherer R., Pfurtscheller G. Motor imagery and EEG-based control of spelling devices and neuroprostheses. *Prog. Brain Res.* 2006;**159**:393–409. [PubMed] [Google Scholar]

84. Ko W., Yoon J., Kang E., Jun E., Choi J.S., Suk H.I. Deep recurrent spatio-temporal neural network for motor imagery based BCI; Proceedings of the 2018 6th International Conference on Brain-Computer Interface (BCI); Gangwon, Korea. 15–17 January 2018; pp. 1–3. [Google Scholar]

85. Duan F., Lin D., Li W., Zhang Z. Design of a multimodal EEG-based hybrid BCI system with visual servo module. *IEEE Trans. Auton. Ment. Dev.* 2015;**7**:332–341. doi: 10.1109/TAMD.2015.2434951. [CrossRef] [Google Scholar]

86. Kaya M., Binli M.K., Ozbay E., Yanar H., Mishchenko Y. A large electroencephalographic motor imagery dataset for electroencephalographic brain computer interfaces. *Sci. Data.* 2018;**5**:1–16. doi: 10.1038/sdata.2018.211. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

87. Duan L., Zhong H., Miao J., Yang Z., Ma W., Zhang X. A voting optimized strategy based on ELM for improving classification of motor imagery BCI data. *Cogn. Comput.* 2014;**6**:477–483. doi: 10.1007/s12559-014-9264-1. [CrossRef] [Google Scholar]

88. Hossain I., Khosravi A., Hettiarachchi I., Nahavandi S. Multiclass informative instance transfer learning framework for motor imagery-based brain-computer interface. *Comput. Intell. Neurosci.* 2018;**2018**:6323414. doi: 10.1155/2018/6323414. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

89. Khan M.A., Das R., Iversen H.K., Puthusserypady S. Review on motor imagery based BCI systems for upper limb post-stroke neurorehabilitation: From designing to application. *Comput. Biol. Med.* 2020;**123**:103843. doi: 10.1016/j.compbiomed.2020.103843. [PubMed] [CrossRef] [Google Scholar]

90. Duan L., Bao M., Miao J., Xu Y., Chen J. Classification based on multilayer extreme learning machine for motor imagery task from EEG signals. *Procedia Comput. Sci.* 2016;**88**:176–184. doi: 10.1016/j.procs.2016.07.422. [CrossRef] [Google Scholar]

91. Velasco-Álvarez F., Ron-Angevin R., da Silva-Sauer L., Sancha-Ros S. Audio-cued motor imagery-based brain–computer interface: Navigation through virtual and real environments. *Neurocomputing.* 2013;**121**:89–98. doi: 10.1016/j.neucom.2012.11.038. [CrossRef] [Google Scholar]

92. Ahn M., Jun S.C. Performance variation in motor imagery brain–computer interface: A brief review. *J. Neurosci. Methods.* 2015;**243**:103–110. doi: 10.1016/j.jneumeth.2015.01.033. [PubMed] [CrossRef] [Google Scholar]

93. Blankertz B., Müller K.R., Krusienski D., Schalk G., Wolpaw J.R., Schlögl A., Pfurtscheller G., Millán J.d.R., Schröder M., Birbaumer N. BCI Competition iii. [[accessed on 19 August 2021]];2005 Available online: http://www.bbci.de/competition/iii/

94. Blankertz B., Muller K.R., Krusienski D.J., Schalk G., Wolpaw J.R., Schlogi A., Pfurtscheller G., Millan J.R., Schroder M., Birbaumer N. The BCI competition III: Validating alternative approaches to actual BCI problems. *IEEE Trans. Neural Syst. Rehabil. Eng.* 2006;**14**:153–159. doi: 10.1109/TNSRE.2006.875642. [PubMed] [CrossRef] [Google Scholar]

LP Evidentiary Exhibits Page 000120

Feedback

95. Jin J., Miao Y., Daly I., Zuo C., Hu D., Cichocki A. Correlation-based channel selection and regularized feature optimization for MI-based BCI. *Neural Netw.* 2019;**118**:262–270. doi: 10.1016/j.neunet.2019.07.008. [PubMed] [CrossRef] [Google Scholar]

96. Lemm S., Schafer C., Curio G. BCI competition 2003-data set III: Probabilistic modeling of sensorimotor/spl mu/rhythms for classification of imaginary hand movements. *IEEE Trans. Biomed. Eng.* 2004;**51**:1077–1080. doi: 10.1109/TBME.2004.827076. [PubMed] [CrossRef] [Google Scholar]

97. Tangermann M., Müller K.R., Aertsen A., Birbaumer N., Braun C., Brunner C., Leeb R., Mehring C., Miller K.J., Mueller-Putz G., et al. Review of the BCI competition IV. *Front. Neurosci.* 2012;6:55. [PMC free article] [PubMed] [Google Scholar]

98. Park Y., Chung W. Frequency-optimized local region common spatial pattern approach for motor imagery classification. *IEEE Trans. Neural Syst. Rehabil. Eng.* 2019;**27**:1378–1388. doi: 10.1109/TNSRE.2019.2922713. [PubMed] [CrossRef] [Google Scholar]

99. Wang D., Miao D., Blohm G. Multi-class motor imagery EEG decoding for brain-computer interfaces. *Front. Neurosci.* 2012;6:151. doi: 10.3389/fnins.2012.00151. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

100. Nguyen T., Hettiarachchi I., Khatami A., Gordon-Brown L., Lim C.P., Nahavandi S. Classification of multi-class BCI data by common spatial pattern and fuzzy system. *IEEE Access.* 2018;**6**:27873–27884. doi: 10.1109/ACCESS.2018.2841051. [CrossRef] [Google Scholar]

101. Satti A., Guan C., Coyle D., Prasad G. A covariate shift minimisation method to alleviate non-stationarity effects for an adaptive brain-computer interface; Proceedings of the 2010 20th International Conference on Pattern Recognition; Istanbul, Turkey. 23–26 August 2010; pp. 105–108. [Google Scholar]

102. Sakhavi S., Guan C., Yan S. Parallel convolutional-linear neural network for motor imagery classification; Proceedings of the 2015 23rd European Signal Processing Conference (EUSIPCO); Nice, France. 31 August–4 September 2015; pp. 2736–2740. [Google Scholar]

103. Raza H., Cecotti H., Li Y., Prasad G. Adaptive learning with covariate shift-detection for motor imagery-based brain-computer interface. *Soft Comput.* 2016;**20**:3085–3096. doi: 10.1007/s00500-015-1937-5. [CrossRef] [Google Scholar]

104. Selim S., Tantawi M.M., Shedeed H.A., Badr A. A CSP\AM-BA-SVM Approach for Motor Imagery BCI System. *IEEE Access.* 2018;**6**:49192–49208. doi: 10.1109/ACCESS.2018.2868178. [CrossRef] [Google Scholar]

105. Hersche M., Rellstab T., Schiavone P.D., Cavigelli L., Benini L., Rahimi A. Fast and accurate multiclass inference for MI-BCIs using large multiscale temporal and spectral features; Proceedings of the 2018 26th European Signal Processing Conference (EUSIPCO); Rome, Italy. 3–7 September 2018; pp. 1690–1694. [Google Scholar]

106. Sakhavi S., Guan C., Yan S. Learning temporal information for brain-computer interface using convolutional neural networks. *IEEE Trans. Neural Netw. Learn. Syst.* 2018;**29**:5619–5629. doi: 10.1109/TNNLS.2018.2789927. [PubMed] [CrossRef] [Google Scholar]

107. Hossain I., Khosravi A., Nahavandhi S. Active transfer learning and selective instance transfer with active learning for motor imagery based BCI; Proceedings of the 2016 International Joint Conference on Neural Networks (IJCNN); Vancouver, BC, Canada. 24–29 July 2016; pp. 4048–4055. [Google Scholar]

108. Zhu X., Li P., Li C., Yao D., Zhang R., Xu P. Separated channel convolutional neural network to realize the training free motor imagery BCI systems. *Biomed. Signal Process. Control.* 2019;**49**:396–403. doi: 10.1016/j.bspc.2018.12.027. [CrossRef] [Google Scholar]

LP Evidentiary Exhibits Page 000121

**Feedback**

109. Sun L., Feng Z., Chen B., Lu N. A contralateral channel guided model for EEG based motor imagery classification. *Biomed. Signal Process. Control.* 2018;**41**:1–9. doi: 10.1016/j.bspc.2017.10.012. [CrossRef] [Google Scholar]

110. Uran A., Van Gemeren C., van Diepen R., Chavarriaga R., Millán J.d.R. Applying transfer learning to deep learned models for EEG analysis. *arXiv.* 20191907.01332 [Google Scholar]

111. Gandhi V., Prasad G., Coyle D., Behera L., McGinnity T.M. Evaluating Quantum Neural Network filtered motor imagery brain-computer interface using multiple classification techniques. *Neurocomputing.* 2015;**170**:161–167. doi: 10.1016/j.neucom.2014.12.114. [CrossRef] [Google Scholar]

112. Ha K.W., Jeong J.W. Motor imagery EEG classification using capsule networks. *Sensors.* 2019;**19**:2854. doi: 10.3390/s19132854. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

113. Schirrmeister R.T., Springenberg J.T., Fiederer L.D.J., Glasstetter M., Eggensperger K., Tangermann M., Hutter F., Burgard W., Ball T. Deep learning with convolutional neural networks for EEG decoding and visualization. *Hum. Brain Mapp.* 2017 doi: 10.1002/hbm.23730. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

114. Ahn M., Cho H., Ahn S., Jun S.C. High theta and low alpha powers may be indicative of BCI-illiteracy in motor imagery. *PLoS ONE.* 2013;**8**:e80886. doi: 10.1371/journal.pone.0080886. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

115. Amin S.U., Alsulaiman M., Muhammad G., Mekhtiche M.A., Hossain M.S. Deep Learning for EEG motor imagery classification based on multi-layer CNNs feature fusion. *Future Gener. Comput. Syst.* 2019;**101**:542–554. doi: 10.1016/j.future.2019.06.027. [CrossRef] [Google Scholar]

116. Li Y., Zhang X.R., Zhang B., Lei M.Y., Cui W.G., Guo Y.Z. A channel-projection mixed-scale convolutional neural network for motor imagery EEG decoding. *IEEE Trans. Neural Syst. Rehabil. Eng.* 2019;**27**:1170–1180. doi: 10.1109/TNSRE.2019.2915621. [PubMed] [CrossRef] [Google Scholar]

117. Ahn M., Ahn S., Hong J.H., Cho H., Kim K., Kim B.S., Chang J.W., Jun S.C. Gamma band activity associated with BCI performance: Simultaneous MEG/EEG study. *Front. Hum. Neurosci.* 2013;**7**:848. doi: 10.3389/fnhum.2013.00848. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

118. Wang W., Degenhart A.D., Sudre G.P., Pomerleau D.A., Tyler-Kabara E.C. Decoding semantic information from human electrocorticographic (ECoG) signals. *Annu. Int. Conf. IEEE Eng. Med. Biol. Soc.* 2011;**2011**:6294–6298. [PubMed] [Google Scholar]

119. Williams J.J., Rouse A.G., Thongpang S., Williams J.C., Moran D.W. Differentiating closed-loop cortical intention from rest: Building an asynchronous electrocorticographic BCI. *J. Neural Eng.* 2013;**10**:046001. doi: 10.1088/1741-2560/10/4/046001. [PubMed] [CrossRef] [Google Scholar]

120. Li Z., Qiu L., Li R., He Z., Xiao J., Liang Y., Wang F., Pan J. Enhancing BCI-Based emotion recognition using an improved particle swarm optimization for feature selection. *Sensors.* 2020;**20**:3028. doi: 10.3390/s20113028. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

121. Onose G., Grozea C., Anghelescu A., Daia C., Sinescu C., Ciurea A., Spircu T., Mirea A., Andone I., Spânu A., et al. On the feasibility of using motor imagery EEG-based brain–computer interface in chronic tetraplegics for assistive robotic arm control: A clinical test and long-term post-trial follow-up. *Spinal Cord.* 2012;**50**:599–608. doi: 10.1038/sc.2012.14. [PubMed] [CrossRef] [Google Scholar]

122. Meng J., Streitz T., Gulachek N., Suma D., He B. Three-dimensional brain–computer interface control through simultaneous overt spatial attentional and motor imagery tasks. *IEEE Trans. Biomed. Eng.* 2018;**65**:2417–2427. doi: 10.1109/TBME.2018.2872855. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

LP Evidentiary Exhibits Page 000122

123. Kosmyna N., Tarpin-Bernard F., Rivet B. *IFIP Conference on Human-Computer Interaction.* Springer; Berlin/Heidelberg, Germany: 2015. Towards brain computer interfaces for recreational activities: Piloting a drone; pp. 506–522. [Google Scholar]

124. Dua D., Graff C. *UCI Machine Learning Repository.* University of California; Irvine, CA, USA: 2017. [Google Scholar]

125. Sonkin K.M., Stankevich L.A., Khomenko J.G., Nagornova Z.V., Shemyakina N.V. Development of electroencephalographic pattern classifiers for real and imaginary thumb and index finger movements of one hand. *Artif. Intell. Med.* 2015;**63**:107–117. doi: 10.1016/j.artmed.2014.12.006. [PubMed] [CrossRef] [Google Scholar]

126. Müller-Putz G.R., Pokorny C., Klobassa D.S., Horki P. A single-switch BCI based on passive and imagined movements: Toward restoring communication in minimally conscious patients. *Int. J. Neural Syst.* 2013;**23**:1250037. doi: 10.1142/S0129065712500372. [PubMed] [CrossRef] [Google Scholar]

127. Eskandari P., Erfanian A. Improving the performance of brain-computer interface through meditation practicing. *Annu. Int. Conf. IEEE Eng. Med. Biol. Soc.* 2008;**2008**:662–665. [PubMed] [Google Scholar]

128. Edelman B.J., Baxter B., He B. EEG source imaging enhances the decoding of complex right-hand motor imagery tasks. *IEEE Trans. Biomed. Eng.* 2015;**63**:4–14. doi: 10.1109/TBME.2015.2467312. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

129. Lotte F., Jeunet C. Defining and quantifying users' mental imagery-based BCI skills: A first step. *J. Neural Eng.* 2018;**15**:046030. doi: 10.1088/1741-2552/aac577. [PubMed] [CrossRef] [Google Scholar]

130. Jeunet C., N'Kaoua B., Subramanian S., Hachet M., Lotte F. Predicting mental imagery-based BCI performance from personality, cognitive profile and neurophysiological patterns. *PLoS ONE.* 2015;**10**:e0143962. doi: 10.1371/journal.pone.0143962. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

131. Rathee D., Cecotti H., Prasad G. Single-trial effective brain connectivity patterns enhance discriminability of mental imagery tasks. *J. Neural Eng.* 2017;**14**:056005. doi: 10.1088/1741-2552/aa785c. [PubMed] [CrossRef] [Google Scholar]

132. Sadiq M.T., Yu X., Yuan Z., Aziz M.Z. Identification of motor and mental imagery EEG in two and multiclass subject-dependent tasks using successive decomposition index. *Sensors.* 2020;**20**:5283. doi: 10.3390/s20185283. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

133. Lotte F., Jeunet C. Online classification accuracy is a poor metric to study mental imagery-based bci user learning: An experimental demonstration and new metrics; Proceedings of the 7th international BCI conference; Pacific Grove, CA, USA. 21–25 May 2017. [Google Scholar]

134. Wierzgała P., Zapała D., Wojcik G.M., Masiak J. Most popular signal processing methods in motor-imagery BCI: A review and meta-analysis. *Front. Neuroinformatics.* 2018;**12**:78. doi: 10.3389/fninf.2018.00078. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

135. Park C., Looney D., ur Rehman N., Ahrabian A., Mandic D.P. Classification of motor imagery BCI using multivariate empirical mode decomposition. *IEEE Trans. Neural Syst. Rehabil. Eng.* 2012;**21**:10–22. doi: 10.1109/TNSRE.2012.2229296. [PubMed] [CrossRef] [Google Scholar]

136. Alexandre B., Rafal C. BCI Challenge @ NER 2015, A Spell on You If You Cannot Detect Errors! [(accessed on 19 August 2021)]; Available online: https://www.kaggle.com/c/inria-bci-challenge/data

137. Mahmud M., Kaiser M.S., McGinnity T.M., Hussain A. Deep learning in mining biological data. *Cogn. Comput.* 2021;**13**:1–33. doi: 10.1007/s12559-020-09773-x. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

LP Evidentiary Exhibits Page 000123

Feedback

138. Cruz A., Pires G., Nunes U.J. Double ErrP detection for automatic error correction in an ERP-based BCI speller. *IEEE Trans. Neural Syst. Rehabil. Eng.* 2017;**26**:26–36. doi: 10.1109/TNSRE.2017.2755018. [PubMed] [CrossRef] [Google Scholar]

139. Bhattacharyya S., Konar A., Tibarewala D.N., Hayashibe M. A generic transferable EEG decoder for online detection of error potential in target selection. *Front. Neurosci.* 2017;**11**:226. doi: 10.3389/fnins.2017.00226. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

140. Jrad N., Congedo M., Phlypo R., Rousseau S., Flamary R., Yger F., Rakotomamonjy A. sw-SVM: Sensor weighting support vector machines for EEG-based brain–computer interfaces. *J. Neural Eng.* 2011;**8**:056004. doi: 10.1088/1741-2560/8/5/056004. [PubMed] [CrossRef] [Google Scholar]

141. Zeyl T., Yin E., Keightley M., Chau T. Partially supervised P300 speller adaptation for eventual stimulus timing optimization: Target confidence is superior to error-related potential score as an uncertain label. *J. Neural Eng.* 2016;**13**:026008. doi: 10.1088/1741-2560/13/2/026008. [PubMed] [CrossRef] [Google Scholar]

142. Wirth C., Dockree P., Harty S., Lacey E., Arvaneh M. Towards error categorisation in BCI: Single-trial EEG classification between different errors. *J. Neural Eng.* 2019;**17**:016008. doi: 10.1088/1741-2552/ab53fe. [PubMed] [CrossRef] [Google Scholar]

143. Combaz A., Chumerin N., Manyakov N.V., Robben A., Suykens J.A., Van Hulle M.M. Towards the detection of error-related potentials and its integration in the context of a P300 speller brain–computer interface. *Neurocomputing.* 2012;**80**:73–82. doi: 10.1016/j.neucom.2011.09.013. [CrossRef] [Google Scholar]

144. Zeyl T., Yin E., Keightley M., Chau T. Improving bit rate in an auditory BCI: Exploiting error-related potentials. *Brain-Comput. Interfaces.* 2016;**3**:75–87. doi: 10.1080/2326263X.2016.1169723. [CrossRef] [Google Scholar]

145. Spüler M., Niethammer C. Error-related potentials during continuous feedback: Using EEG to detect errors of different type and severity. *Front. Hum. Neurosci.* 2015;**9**:155. [PMC free article] [PubMed] [Google Scholar]

146. Kreilinger A., Neuper C., Müller-Putz G.R. Error potential detection during continuous movement of an artificial arm controlled by brain–computer interface. *Med. Biol. Eng. Comput.* 2012;**50**:223–230. doi: 10.1007/s11517-011-0858-4. [PubMed] [CrossRef] [Google Scholar]

147. Kreilinger A., Hiebel H., Müller-Putz G.R. Single versus multiple events error potential detection in a BCI-controlled car game with continuous and discrete feedback. *IEEE Trans. Biomed. Eng.* 2015;**63**:519–529. doi: 10.1109/TBME.2015.2465866. [PubMed] [CrossRef] [Google Scholar]

148. Dias C.L., Sburlea A.I., Müller-Putz G.R. Masked and unmasked error-related potentials during continuous control and feedback. *J. Neural Eng.* 2018;**15**:036031. doi: 10.1088/1741-2552/aab806. [PubMed] [CrossRef] [Google Scholar]

149. Koelstra S., Muhl C., Soleymani M., Lee J.S., Yazdani A., Ebrahimi T., Pun T., Nijholt A., Patras I. Deap: A database for emotion analysis; using physiological signals. *IEEE Trans. Affect. Comput.* 2011;**3**:18–31. doi: 10.1109/T-AFFC.2011.15. [CrossRef] [Google Scholar]

150. Atkinson J., Campos D. Improving BCI-based emotion recognition by combining EEG feature selection and kernel classifiers. *Expert Syst. Appl.* 2016;**47**:35–41. doi: 10.1016/j.eswa.2015.10.049. [CrossRef] [Google Scholar]

151. Lan Z., Sourina O., Wang L., Scherer R., Müller-Putz G.R. Domain adaptation techniques for EEG-based emotion recognition: A comparative study on two public datasets. *IEEE Trans. Cogn. Dev. Syst.* 2018;**11**:85–94. doi: 10.1109/TCDS.2018.2826840. [CrossRef] [Google Scholar]

152. Al-Nafjan A., Hosny M., Al-Wabil A., Al-Ohali Y. Classification of human emotions from electroencephalogram (EEG) signal using deep neural network. *Int. J. Adv. Comput. Sci. Appl.* 2017;8:419–425. doi: 10.14569/IJACSA.2017.080955. [CrossRef] [Google Scholar]

153. Chen J., Zhang P., Mao Z., Huang Y., Jiang D., Zhang Y. Accurate EEG-based emotion recognition on combined features using deep convolutional neural networks. *IEEE Access.* 2019;7:44317–44328. doi: 10.1109/ACCESS.2019.2908285. [CrossRef] [Google Scholar]

154. Sánchez-Reolid R., García A.S., Vicente-Querol M.A., Fernández-Aguilar L., López M.T., Fernández-Caballero A., González P. Artificial neural networks to assess emotional states from brain-computer interface. *Electronics.* 2018;7:384. doi: 10.3390/electronics7120384. [CrossRef] [Google Scholar]

155. Yang Y., Wu Q., Fu Y., Chen X. *International Conference on Neural Information Processing.* Springer; Berlin/Heidelberg, Germany: 2018. Continuous convolutional neural network with 3d input for eeg-based emotion recognition; pp. 433–443. [Google Scholar]

156. Liu J., Wu G., Luo Y., Qiu S., Yang S., Li W., Bi Y. EEG-based emotion classification using a deep neural network and sparse autoencoder. *Front. Syst. Neurosci.* 2020;14:43. doi: 10.3389/fnsys.2020.00043. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

157. Lim W., Sourina O., Wang L. STEW: Simultaneous task EEG workload data set. *IEEE Trans. Neural Syst. Rehabil. Eng.* 2018;26:2106–2114. doi: 10.1109/TNSRE.2018.2872924. [PubMed] [CrossRef] [Google Scholar]

158. Savran A., Ciftci K., Chanel G., Mota J., Hong Viet L., Sankur B., Akarun L., Caplier A., Rombaut M. Emotion detection in the loop from brain signals and facial images; Proceedings of the eNTERFACE 2006 Workshop; Dubrovnik, Croatia. 17 July–11 August 2006. [Google Scholar]

159. Onton J.A., Makeig S. High-frequency broadband modulation of electroencephalographic spectra. *Front. Hum. Neurosci.* 2009;3:61. doi: 10.3389/neuro.09.061.2009. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

160. Data-EEG-25-users-Neuromarketing, Recorded EEG Signals While Viewing Consumer Products on Computer Screen, Indian Institute of Technology, Roorkee, India. [[accessed on 19 August 2021]]; Available online: https://drive.google.com/file/d/0B2T1rQUvyyWcSGVVaHZBZzRtTms/view?resourcekey=0-wuVvZnp9Ub89GMoErrxSrQ

161. Yadava M., Kumar P., Saini R., Roy P.P., Dogra D.P. Analysis of EEG signals and its application to neuromarketing. *Multimed. Tools Appl.* 2017;76:19087–19111. doi: 10.1007/s11042-017-4580-6. [CrossRef] [Google Scholar]

162. Aldayel M., Ykhlef M., Al-Nafjan A. Deep learning for EEG-based preference classification in neuromarketing. *Appl. Sci.* 2020;10:1525. doi: 10.3390/app10041525. [CrossRef] [Google Scholar]

163. Zheng W., Liu W., Lu Y., Lu B., Cichocki A. EmotionMeter: A Multimodal Framework for Recognizing Human Emotions. *IEEE Trans. Cybern.* 2018:1–13. doi: 10.1109/TCYB.2018.2797176. [PubMed] [CrossRef] [Google Scholar]

164. Seidler T.G., Plotkin J.B. Seed dispersal and spatial pattern in tropical trees. *PLoS Biol.* 2006;4:e344. doi: 10.1371/journal.pbio.0040344. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

165. Getzin S., Wiegand T., Hubbell S.P. Stochastically driven adult–recruit associations of tree species on Barro Colorado Island. *Proc. R. Soc. Biol. Sci.* 2014;281:20140922. doi: 10.1098/rspb.2014.0922. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

Feedback

9/30/22, 8:39 AM                    Brain-Computer Interface: Advancement and Challenges - PMC

166. Kong X., Kong W., Fan Q., Zhao Q., Cichocki A. Task-independent eeg identification via low-rank matrix decomposition; Proceedings of the 2018 IEEE International Conference on Bioinformatics and Biomedicine (BIBM); Madrid, Spain. 3–6 December 2018; pp. 412–419. [Google Scholar]

167. González J., Ortega J., Damas M., Martín-Smith P., Gan J.Q. A new multi-objective wrapper method for feature selection-Accuracy and stability analysis for BCI. *Neurocomputing.* 2019;**333**:407–418. doi: 10.1016/j.neucom.2019.01.017. [CrossRef] [Google Scholar]

168. Dalling J.W., Brown T.A. Long-term persistence of pioneer species in tropical rain forest soil seed banks. *Am. Nat.* 2009;**173**:531–535. doi: 10.1086/597221. [PubMed] [CrossRef] [Google Scholar]

169. Aznan N.K.N., Atapour-Abarghouei A., Bonner S., Connolly J.D., Al Moubayed N., Breckon T.P. Simulating brain signals: Creating synthetic eeg data via neural-based generative models for improved ssvep classification; Proceedings of the 2019 International Joint Conference on Neural Networks (IJCNN); Budapest, Hungary. 14–19 July 2019; pp. 1–8. [Google Scholar]

170. Zhong P., Wang D., Miao C. EEG-based emotion recognition using regularized graph neural networks. *IEEE Trans. Affect. Comput.* 2020 doi: 10.1109/TAFFC.2020.2994159. [CrossRef] [Google Scholar]

171. Li H., Jin Y.M., Zheng W.L., Lu B.L. *International Conference on Neural Information Processing.* Springer; Berlin/Heidelberg, Germany: 2018. Cross-subject emotion recognition using deep adaptation networks; pp. 403–413. [Google Scholar]

172. Thejaswini S., Kumar D.K., Nataraj J.L. Analysis of EEG based emotion detection of DEAP and SEED-IV databases using SVM; Proceedings of the Second International Conference on Emerging Trends in Science & Technologies For Engineering Systems (ICETSE-2019); Bengaluru, India. 17–18 May 2019. [Google Scholar]

173. Liu W., Qiu J.L., Zheng W.L., Lu B.L. Multimodal emotion recognition using deep canonical correlation analysis. *arXiv.* 20191908.05349 [Google Scholar]

174. Rim B., Sung N.J., Min S., Hong M. Deep learning in physiological signal data: A survey. *Sensors.* 2020;**20**:969. doi: 10.3390/s20040969. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

175. Cimtay Y., Ekmekcioglu E. Investigating the use of pretrained convolutional neural network on cross-subject and cross-dataset EEG emotion recognition. *Sensors.* 2020;**20**:2034. doi: 10.3390/s20072034. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

176. Zheng W.L., Lu B.L. A multimodal approach to estimating vigilance using EEG and forehead EOG. *J. Neural Eng.* 2017;**14**:026017. doi: 10.1088/1741-2552/aa5a98. [PubMed] [CrossRef] [Google Scholar]

177. Ma B.Q., Li H., Zheng W.L., Lu B.L. *International Conference on Neural Information Processing.* Springer; Berlin/Heidelberg, Germany: 2019. Reducing the subject variability of eeg signals with adversarial domain generalization; pp. 30–42. [Google Scholar]

178. Ko W., Oh K., Jeon E., Suk H.I. VIGNet: A Deep Convolutional Neural Network for EEG-based Driver Vigilance Estimation; Proceedings of the 2020 8th International Winter Conference on Brain-Computer Interface (BCI); Gangwon, Korea. 26–28 February 2020; pp. 1–3. [Google Scholar]

179. Zhang G., Etemad A. RFNet: Riemannian Fusion Network for EEG-based Brain-Computer Interfaces. *arXiv.* 20202008.08633 [Google Scholar]

LP Evidentiary Exhibits Page 000126

**Feedback**

180. Munoz R., Olivares R., Taramasco C., Villarroel R., Soto R., Barcelos T.S., Merino E., Alonso-Sánchez M.F. Using black hole algorithm to improve eeg-based emotion recognition. *Comput. Intell. Neurosci.* 2018;**2018**:3050214. doi: 10.1155/2018/3050214. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

181. Izquierdo-Reyes J., Ramirez-Mendoza R.A., Bustamante-Bello M.R., Pons-Rovira J.L., Gonzalez-Vargas J.E. Emotion recognition for semi-autonomous vehicles framework. *Int. J. Interact. Des. Manuf.* 2018;**12**:1447–1454. doi: 10.1007/s12008-018-0473-9. [CrossRef] [Google Scholar]

182. Xu H., Plataniotis K.N. Subject independent affective states classification using EEG signals; Proceedings of the 2015 IEEE Global Conference on Signal and Information Processing (GlobalSIP); Orlando, FL, USA. 14–16 December 2015; pp. 1312–1316. [Google Scholar]

183. Drouin-Picaro A., Falk T.H. Using deep neural networks for natural saccade classification from electroencephalograms; Proceedings of the 2016 IEEE EMBS International Student Conference (ISC); Ottawa, ON, Canada. 29–31 May 2016; pp. 1–4. [Google Scholar]

184. Al-Nafjan A., Hosny M., Al-Ohali Y., Al-Wabil A. Review and classification of emotion recognition based on EEG brain-computer interface system research: A systematic review. *Appl. Sci.* 2017;7:1239. doi: 10.3390/app7121239. [CrossRef] [Google Scholar]

185. Soleymani M., Pantic M. Multimedia implicit tagging using EEG signals; Proceedings of the 2013 IEEE International Conference on Multimedia and Expo (ICME); San Jose, CA, USA. 15–19 July 2013; pp. 1–6. [Google Scholar]

186. Soroush M.Z., Maghooli K., Setarehdan S.K., Nasrabadi A.M. A review on EEG signals based emotion recognition. *Int. Clin. Neurosci. J.* 2017;4:118. doi: 10.15171/icnj.2017.01. [CrossRef] [Google Scholar]

187. Faller J., Cummings J., Saproo S., Sajda P. Regulation of arousal via online neurofeedback improves human performance in a demanding sensory-motor task. *Proc. Natl. Acad. Sci. USA.* 2019;**116**:6482–6490. doi: 10.1073/pnas.1817207116. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

188. Gaume A., Dreyfus G., Vialatte F.B. A cognitive brain–computer interface monitoring sustained attentional variations during a continuous task. *Cogn. Neurodynamics.* 2019;**13**:257–269. doi: 10.1007/s11571-019-09521-4. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

189. Pattnaik P.K., Sarraf J. Brain Computer Interface issues on hand movement. *J. King Saud-Univ.-Comput. Inf. Sci.* 2018;**30**:18–24. doi: 10.1016/j.jksuci.2016.09.006. [CrossRef] [Google Scholar]

190. Weiskopf N., Scharnowski F., Veit R., Goebel R., Birbaumer N., Mathiak K. Self-regulation of local brain activity using real-time functional magnetic resonance imaging (fMRI) *J. Physiol.-Paris.* 2004;**98**:357–373. doi: 10.1016/j.jphysparis.2005.09.019. [PubMed] [CrossRef] [Google Scholar]

191. Cattan G., Rodrigues P.L.C., Congedo M. *Ph.D. Thesis.* GIPSA-LAB, University Grenoble-Alpes; Saint-Martin-d'Hères, France: 2018. EEG Alpha Waves Dataset. [Google Scholar]

192. Grégoire C., Rodrigues P., Congedo M. *EEG Alpha Waves Dataset.* Centre pour la Communication Scientifique Directe; Grenoble, France: 2019. [Google Scholar]

193. Tirupattur P., Rawat Y.S., Spampinato C., Shah M. Thoughtviz: Visualizing human thoughts using generative adversarial network; Proceedings of the 26th ACM International Conference on Multimedia; Seoul, Korea. 22–26 October 2018; pp. 950–958. [Google Scholar]

LP Evidentiary Exhibits Page 000127

194. Walker I., Deisenroth M., Faisal A. *Deep Convolutional Neural Networks for Brain Computer Interface Using Motor Imagery.* Ipmerial College of Science, Technology and Medicine Department of Computing; London, UK: 2015. p. 68. [Google Scholar]

195. Spampinato C., Palazzo S., Kavasidis I., Giordano D., Souly N., Shah M. Deep learning human mind for automated visual classification; Proceedings of the IEEE Conference on Computer Vision and Pattern Recognition; Honolulu, HI, USA. 21–26 July 2017; pp. 6809–6817. [Google Scholar]

196. Tan C., Sun F., Zhang W. Deep transfer learning for EEG-based brain computer interface; Proceedings of the 2018 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP); Calgary, AB, Canada. 15–20 April 2018; pp. 916–920. [Google Scholar]

197. Xu G., Shen X., Chen S., Zong Y., Zhang C., Yue H., Liu M., Chen F., Che W. A deep transfer convolutional neural network framework for EEG signal classification. *IEEE Access.* 2019;7:112767–112776. doi: 10.1109/ACCESS.2019.2930958. [CrossRef] [Google Scholar]

198. Fahimi F., Zhang Z., Goh W.B., Lee T.S., Ang K.K., Guan C. Inter-subject transfer learning with an end-to-end deep convolutional neural network for EEG-based BCI. *J. Neural Eng.* 2019;16:026007. doi: 10.1088/1741-2552/aaf3f6. [PubMed] [CrossRef] [Google Scholar]

199. Tang J., Liu Y., Hu D., Zhou Z. Towards BCI-actuated smart wheelchair system. *Biomed. Eng. Online.* 2018;17:1–22. doi: 10.1186/s12938-018-0545-x. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

200. Lawhern V.J., Solon A.J., Waytowich N.R., Gordon S.M., Hung C.P., Lance B.J. EEGNet: A compact convolutional neural network for EEG-based brain–computer interfaces. *J. Neural Eng.* 2018;15:056013. doi: 10.1088/1741-2552/aace8c. [PubMed] [CrossRef] [Google Scholar]

201. Bashivan P., Bidelman G.M., Yeasin M. Spectrotemporal dynamics of the EEG during working memory encoding and maintenance predicts individual behavioral capacity. *Eur. J. Neurosci.* 2014;40:3774–3784. doi: 10.1111/ejn.12749. [PubMed] [CrossRef] [Google Scholar]

202. Sprague S.A., McBee M.T., Sellers E.W. The effects of working memory on brain–computer interface performance. *Clin. Neurophysiol.* 2016;127:1331–1341. doi: 10.1016/j.clinph.2015.10.038. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

203. Ramsey N.F., Van De Heuvel M.P., Kho K.H., Leijten F.S. Towards humau BCI applications based on cognitive brain systems: An investigation of neural signals recorded from the dorsolateral prefrontal cortex. *IEEE Trans. Neural Syst. Rehabil. Eng.* 2006;14:214–217. doi: 10.1109/TNSRE.2006.875582. [PubMed] [CrossRef] [Google Scholar]

204. Cutrell E., Tan D. BCI for passive input in HCI; Proceedings of the CHI; Florence, Italy. 5–10 April 2008; pp. 1–3. [Google Scholar]

205. Riccio A., Simione L., Schettini F., Pizzimenti A., Inghilleri M., Olivetti Belardinelli M., Mattia D., Cincotti F. Attention and P300-based BCI performance in people with amyotrophic lateral sclerosis. *Front. Hum. Neurosci.* 2013;7:732. doi: 10.3389/fnhum.2013.00732. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

206. Schabus M.D., Dang-Vu T.T., Heib D.P.J., Boly M., Desseilles M., Vandewalle G., Schmidt C., Albouy G., Darsaud A., Gais S., et al. The fate of incoming stimuli during NREM sleep is determined by spindles and the phase of the slow oscillation. *Front. Neurol.* 2012;3:40. doi: 10.3389/fneur.2012.00040. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

207. Sun Y., Ye N., Xu X. EEG analysis of alcoholics and controls based on feature extraction; Proceedings of the 2006 8th International Conference on Signal Processing; Guilin, China. 16–20 November 2006; [Google Scholar]

LP Evidentiary Exhibits Page 000128

Feedback

208. Nguyen P., Tran D., Huang X., Sharma A. A proposed feature extraction method for EEG-based person identification; Proceedings of the 2012 International Conference on Artificial Intelligence; Las Vegas, NV, USA. 16–19 July 2012; pp. 826–831. [Google Scholar]

209. Kjøbli J., Tyssen R., Vaglum P., Aasland O., Grønvold N.T., Ekeberg O. Personality traits and drinking to cope as predictors of hazardous drinking among medical students. *J. Stud. Alcohol.* 2004;65:582–585. doi: 10.15288/jsa.2004.65.582. [PubMed] [CrossRef] [Google Scholar]

210. Huang X., Altahat S., Tran D., Sharma D. Human identification with electroencephalogram (EEG) signal processing; Proceedings of the 2012 International Symposium on Communications and Information Technologies (ISCIT); Gold Coast, QLD, Australia. 2—5 October 2012; pp. 1021–1026. [Google Scholar]

211. Palaniappan R., Raveendran P., Omatu S. VEP optimal channel selection using genetic algorithm for neural network classification of alcoholics. *IEEE Trans. Neural Netw.* 2002;13:486–491. doi: 10.1109/72.991435. [PubMed] [CrossRef] [Google Scholar]

212. Zhong S., Ghosh J. HMMs and coupled HMMs for multi-channel EEG classification; Proceedings of the 2002 International Joint Conference on Neural Networks; Honolulu, HI, USA. 12–17 May 2002; pp. 1154–1159. [Google Scholar]

213. Wang H., Li Y., Hu X., Yang Y., Meng Z., Chang K.M. *AIED Workshops.* Springer; Berlin/Heidelberg, Germany: 2013. Using EEG to Improve Massive Open Online Courses Feedback Interaction. [Google Scholar]

214. Wang H. Confused Student EEG Brainwave Data, EEG Data from 10 Students Watching MOOC Videos. [(accessed on 19 August 2021)];2018 Available online: https://www.kaggle.com/wanghaohan/confused-eeg/

215. Fahimirad M., Kotamjani S.S. A review on application of artificial intelligence in teaching and learning in educational contexts. *Int. J. Learn. Dev.* 2018;8:106–118. doi: 10.5296/ijld.v8i4.14057. [CrossRef] [Google Scholar]

216. Kanoga S., Nakanishi M., Mitsukura Y. Assessing the effects of voluntary and involuntary eyeblinks in independent components of electroencephalogram. *Neurocomputing.* 2016;193:20–32. doi: 10.1016/j.neucom.2016.01.057. [CrossRef] [Google Scholar]

217. Abe K., Sato H., Ohi S., Ohyama M. Feature parameters of eye blinks when the sampling rate is changed; Proceedings of the TENCON 2014–2014 IEEE Region 10 Conference; Bangkok, Thailand. 22–25 October 2014; pp. 1–6. [Google Scholar]

218. Narejo S., Pasero E., Kulsoom F. EEG based eye state classification using deep belief network and stacked autoencoder. *Int. J. Electr. Comput. Eng.* 2016;6:3131–3141. [Google Scholar]

219. Reddy T.K., Behera L. Online eye state recognition from EEG data using deep architectures; Proceedings of the 2016 IEEE International Conference on Systems, Man, and Cybernetics (SMC); Budapest, Hungary. 9–12 October 2016; pp. 712–717. [Google Scholar]

220. Lim C.K.A., Chia W.C., Chin S.W. A mobile driver safety system: Analysis of single-channel EEG on drowsiness detection; Proceedings of the 2014 International Conference on Computational Science and Technology (ICCST); Kota Kinabalu, Malaysia. 27–28 August 2014; pp. 1–5. [Google Scholar]

221. Chun J., Bae B., Jo S. BCI based hybrid interface for 3D object control in virtual reality; Proceedings of the 2016 4th International Winter Conference on Brain-Computer Interface (BCI); Gangwon, Korea. 22–24 February 2016; pp. 1–4. [Google Scholar]

Feedback

LP Evidentiary Exhibits Page 000129

222. Agarwal M., Sivakumar R. Blink: A fully automated unsupervised algorithm for eye-blink detection in eeg signals; Proceedings of the 2019 57th Annual Allerton Conference on Communication, Control, and Computing (Allerton); Monticello, IL, USA. 24–27 September 2019; pp. 1113–1121. [Google Scholar]

223. Andreev A., Cattan G., Congedo M. Engineering study on the use of Head-Mounted display for Brain-Computer Interface *arXiv.* 20191906.12251 [Google Scholar]

224. Agarwal M., Sivakumar R. Charge for a whole day: Extending battery life for bci wearables using a lightweight wake-up command; Proceedings of the 2020 CHI Conference on Human Factors in Computing Systems; Honolulu, HI, USA. 25–30 April 2020; pp. 1–14. [Google Scholar]

225. Rösler O., Suendermann D. A First Step towards Eye State Prediction Using EEG. [(accessed on 19 August 2021)];2013 Available online: https://www.kaggle.com/c/vibcourseml2020/data/

226. Zhang Y., Xu P., Guo D., Yao D. Prediction of SSVEP-based BCI performance by the resting-state EEG network. *J. Neural Eng.* 2013;**10**:066017. doi: 10.1088/1741-2560/10/6/066017. [PubMed] [CrossRef] [Google Scholar]

227. Hamilton C.R., Shahryari S., Rasheed K.M. Eye state prediction from EEG data using boosted rotational forests; Proceedings of the 2015 IEEE 14th International Conference on Machine Learning and Applications (ICMLA); Miami, FL, USA. 9–11 December 2015; pp. 429–432. [Google Scholar]

228. Kim Y., Lee C., Lim C. Computing intelligence approach for an eye state classification with EEG signal in BCI; Proceedings of the 2015 International Conference on Software Engineering and Information Technology (SEIT2015); Guilin, China. 26–28 June 2016; pp. 265–270. [Google Scholar]

229. Agarwal M. Publicly Available EEG Datasets. [(accessed on 19 August 2021)];2021 Available online: https://openbci.com/community/publicly-available-eeg-datasets/

230. Pan J., Li Y., Gu Z., Yu Z. A comparison study of two P300 speller paradigms for brain–computer interface. *Cogn. Neurodynamics.* 2013;7:523–529. doi: 10.1007/s11571-013-9253-1. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

231. Vareka L., Bruha P., Moucek R. Event-related potential datasets based on a three-stimulus paradigm. *GigaScience.* 2014;**3**:2047-217X-3-35. doi: 10.1186/2047-217X-3-35. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

232. Gao W., Guan J.A., Gao J., Zhou D. Multi-ganglion ANN based feature learning with application to P300-BCI signal classification. *Biomed. Signal Process. Control.* 2015;**18**:127–137. doi: 10.1016/j.bspc.2014.12.007. [CrossRef] [Google Scholar]

233. Marathe A.R., Ries A.J., Lawhern V.J., Lance B.J., Touryan J., McDowell K., Cecotti H. The effect of target and non-target similarity on neural classification performance: A boost from confidence. *Front. Neurosci.* 2015;**9**:270. doi: 10.3389/fnins.2015.00270. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

234. Shin J., Von Lühmann A., Kim D.W., Mehnert J., Hwang H.J., Müller K.R. Simultaneous acquisition of EEG and NIRS during cognitive tasks for an open access dataset. *Sci. Data.* 2018;**5**:1–16. doi: 10.1038/sdata.2018.3. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

235. Håkansson B., Reinfeldt S., Eeg-Olofsson M., Östli P., Taghavi H., Adler J., Gabrielsson J., Stenfelt S., Granström G. A novel bone conduction implant (BCI): Engineering aspects and pre-clinical studies. *Int. J. Audiol.* 2010;**49**:203–215. doi: 10.3109/14992020903264462. [PubMed] [CrossRef] [Google Scholar]

LP Evidentiary Exhibits Page 000130

Feedback

236. Guger C., Krausz G., Allison B.Z., Edlinger G. Comparison of dry and gel based electrodes for P300 brain–computer interfaces. *Front. Neurosci.* 2012;**6**:60. doi: 10.3389/fnins.2012.00060. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

237. Shahriari Y., Vaughan T.M., McCane L., Allison B.Z., Wolpaw J.R., Krusienski D.J. An exploration of BCI performance variations in people with amyotrophic lateral sclerosis using longitudinal EEG data. *J. Neural Eng.* 2019;**16**:056031. doi: 10.1088/1741-2552/ab22ea. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

238. McCane L.M., Sellers E.W., McFarland D.J., Mak J.N., Carmack C.S., Zeitlin D., Wolpaw J.R., Vaughan T.M. Brain-computer interface (BCI) evaluation in people with amyotrophic lateral sclerosis. *Amyotroph. Lateral Scler. Front. Degener.* 2014;**15**:207–215. doi: 10.3109/21678421.2013.865750. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

239. Miller K.J., Schalk G., Hermes D., Ojemann J.G., Rao R.P. Spontaneous decoding of the timing and content of human object perception from cortical surface recordings reveals complementary information in the event-related potential and broadband spectral change. *PLoS Comput. Biol.* 2016;**12**:e1004660. doi: 10.1371/journal.pcbi.1004660. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

240. Bobrov P., Frolov A., Cantor C., Fedulova I., Bakhnyan M., Zhavoronkov A. Brain-computer interface based on generation of visual images. *PLoS ONE.* 2011;**6**:e20674. doi: 10.1371/journal.pone.0020674. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

241. Cancino S., Saa J.D. Electrocorticographic signals classification for brain computer interfaces using stacked-autoencoders. Applications of Machine Learning 2020. *Int. Soc. Opt. Photonics.* 2020;**11511**:115110J. [Google Scholar]

242. Wei Q., Liu Y., Gao X., Wang Y., Yang C., Lu Z., Gong H. A Novel c-VEP BCI Paradigm for Increasing the Number of Stimulus Targets Based on Grouping Modulation With Different Codes. *IEEE Trans. Neural Syst. Rehabil. Eng.* 2018;**26**:1178–1187. doi: 10.1109/TNSRE.2018.2837501. [PubMed] [CrossRef] [Google Scholar]

243. Bin G., Gao X., Wang Y., Li Y., Hong B., Gao S. A high-speed BCI based on code modulation VEP. *J. Neural Eng.* 2011;**8**:025015. doi: 10.1088/1741-2560/8/2/025015. [PubMed] [CrossRef] [Google Scholar]

244. Gembler F.W., Benda M., Rezeika A., Stawicki P.R., Volosyak I. Asynchronous c-VEP communication tools—Efficiency comparison of low-target, multi-target and dictionary-assisted BCI spellers. *Sci. Rep.* 2020;**10**:17064. doi: 10.1038/s41598-020-74143-4. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

245. Spüler M., Rosenstiel W., Bogdan M. Online adaptation of a c-VEP brain-computer interface (BCI) based on error-related potentials and unsupervised learning. *PLoS ONE.* 2012;**7**:e51077. doi: 10.1371/journal.pone.0051077. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

246. Kapeller C., Hintermüller C., Abu-Alqumsan M., Prückl R., Peer A., Guger C. A BCI using VEP for continuous control of a mobile robot; Proceedings of the 2013 35th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC); Osaka, Japan. 3–7 July 2013; pp. 5254–5257. [PubMed] [Google Scholar]

247. Spüler M., Rosenstiel W., Bogdan M. One Class SVM and Canonical Correlation Analysis increase performance in a c-VEP based Brain-Computer Interface (BCI) ESANN. 2012 doi: 10.13140/2.1.2186.7526. [CrossRef] [Google Scholar]

248. Bin G., Gao X., Wang Y., Hong B., Gao S. VEP-based brain-computer interfaces: Time, frequency, and code modulations [Research Frontier] *IEEE Comput. Intell. Mag.* 2009;**4**:22–26. doi: 10.1109/MCI.2009.934562. [CrossRef] [Google Scholar]

249. Zhang Y., Yin E., Li F., Zhang Y., Tanaka T., Zhao Q., Cui Y., Xu P., Yao D., Guo D. Two-stage frequency recognition method based on correlated component analysis for SSVEP-based BCI. *IEEE Trans. Neural Syst. Rehabil. Eng.* 2018;**26**:1314–1323. doi: 10.1109/TNSRE.2018.2848222. [PubMed] [CrossRef] [Google Scholar]

LP Evidentiary Exhibits Page 000131

250. Wang Y., Chen X., Gao X., Gao S. A benchmark dataset for SSVEP-based brain–computer interfaces. *IEEE Trans. Neural Syst. Rehabil. Eng.* 2016;**25**:1746–1752. doi: 10.1109/TNSRE.2016.2627556. [PubMed] [CrossRef] [Google Scholar]

251. Podmore J.J., Breckon T.P., Aznan N.K., Connolly J.D. On the relative contribution of deep convolutional neural networks for SSVEP-based bio-signal decoding in BCI speller applications. *IEEE Trans. Neural Syst. Rehabil. Eng.* 2019;**27**:611–618. doi: 10.1109/TNSRE.2019.2904791. [PubMed] [CrossRef] [Google Scholar]

252. Zhang Y., Guo D., Xu P., Zhang Y., Yao D. Robust frequency recognition for SSVEP-based BCI with temporally local multivariate synchronization index. *Cogn. Neurodynamics.* 2016;**10**:505–511. doi: 10.1007/s11571-016-9398-9. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

253. Lee M.H., Kwon O.Y., Kim Y.J., Kim H.K., Lee Y.E., Williamson J., Fazli S., Lee S.W. EEG dataset and OpenBMI toolbox for three BCI paradigms: An investigation into BCI illiteracy. *GigaScience.* 2019;**8**:giz002. doi: 10.1093/gigascience/giz002. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

254. Belwafi K., Romain O., Gannouni S., Ghaffari F., Djemal R., Ouni B. An embedded implementation based on adaptive filter bank for brain–computer interface systems. *J. Neurosci. Methods.* 2018;**305**:1–16. doi: 10.1016/j.jneumeth.2018.04.013. [PubMed] [CrossRef] [Google Scholar]

255. Rivet B., Souloumiac A., Attina V., Gibert G. xDAWN algorithm to enhance evoked potentials: Application to brain–computer interface. *IEEE Trans. Biomed. Eng.* 2009;**56**:2035–2043. doi: 10.1109/TBME.2009.2012869. [PubMed] [CrossRef] [Google Scholar]

256. Lahane P., Jagtap J., Inamdar A., Karne N., Dev R. A review of recent trends in EEG based Brain-Computer Interface; Proceedings of the 2019 International Conference on Computational Intelligence in Data Science (ICCIDS); Chennai, India. 21–23 February 2019; pp. 1–6. [Google Scholar]

257. Deng S., Winter W., Thorpe S., Srinivasan R. EEG Surface Laplacian using realistic head geometry. *Int. J. Bioelectromagn.* 2011;**13**:173–177. [Google Scholar]

258. Shaw L., Routray A. Statistical features extraction for multivariate pattern analysis in meditation EEG using PCA; Proceedings of the 2016 IEEE EMBS International Student Conference (ISC); Ottawa, ON, Canada. 29–31 May 2016; pp. 1–4. [Google Scholar]

259. Subasi A., Gursoy M.I. EEG signal classification using PCA, ICA, LDA and support vector machines. *Expert Syst. Appl.* 2010;**37**:8659–8666. doi: 10.1016/j.eswa.2010.06.065. [CrossRef] [Google Scholar]

260. Jannat N., Sibli S.A., Shuhag M.A.R., Islam M.R. *Proceedings of the International Joint Conference on Computational Intelligence.* Springer; Berlin/Heidelberg, Germany: 2020. EEG Motor Signal Analysis-Based Enhanced Motor Activity Recognition Using Optimal De-noising Algorithm; pp. 125–136. [Google Scholar]

261. Vahabi Z., Amirfattahi R., Mirzaei A. Enhancing P300 wave of BCI systems via negentropy in adaptive wavelet denoising. *J. Med. Signals Sensors.* 2011;**1**:165. doi: 10.4103/2228-7477.95354. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

262. Johnson M.T., Yuan X., Ren Y. Speech signal enhancement through adaptive wavelet thresholding. *Speech Commun.* 2007;**49**:123–133. doi: 10.1016/j.specom.2006.12.002. [CrossRef] [Google Scholar]

263. Islam M.R., Rahim M.A., Akter H., Kabir R., Shin J. Optimal IMF selection of EMD for sleep disorder diagnosis using EEG signals; Proceedings of the 3rd International Conference on Applications in Information Technology; Aizu-Wakamatsu, Japan. 1–3 November 2018; pp. 96–101. [Google Scholar]

LP Evidentiary Exhibits Page 000132

Feedback

264. Bashashati A., Fatourechi M., Ward R.K., Birch G.E. A survey of signal processing algorithms in brain–computer interfaces based on electrical brain signals. *J. Neural Eng.* 2007;4:R32. doi: 10.1088/1741-2560/4/2/R03. [PubMed] [CrossRef] [Google Scholar]

265. Aborisade D., Ojo J., Amole A., Durodola A. Comparative analysis of textural features derived from GLCM for ultrasound liver image classification. *Int. J. Comput. Trends Technol.* 2014;11:6. [Google Scholar]

266. He B., Yuan H., Meng J., Gao S. *Neural Engineering.* Springer; Berlin/Heidelberg, Germany: 2020. Brain-computer interfaces; pp. 131–183. [Google Scholar]

267. Phadikar S., Sinha N., Ghosh R. *International Conference on Innovation in Modern Science and Technology.* Springer; Berlin/Heidelberg, Germany: 2019. A survey on feature extraction methods for EEG based emotion recognition; pp. 31–45. [Google Scholar]

268. Vaid S., Singh P., Kaur C. EEG signal analysis for BCI interface: A review; Proceedings of the 2015 5th International Conference on Advanced Computing & Communication Technologies; Haryana, India. 21–22 February 2015; pp. 143–147. [Google Scholar]

269. Sur S., Sinha V.K. Event-related potential: An overview. *Ind. Psychiatry J.* 2009;18:70. doi: 10.4103/0972-6748.57865. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

270. Hajcak G., MacNamara A., Olvet D.M. Event-related potentials, emotion, and emotion regulation: An integrative review. *Dev. Neuropsychol.* 2010;35:129–155. doi: 10.1080/87565640903526504. [PubMed] [CrossRef] [Google Scholar]

271. Changoluisa V., Varona P., De Borja Rodríguez F. A Low-Cost Computational Method for Characterizing Event-Related Potentials for BCI Applications and Beyond. *IEEE Access.* 2020;8:111089–111101. doi: 10.1109/ACCESS.2020.3000187. [CrossRef] [Google Scholar]

272. Beres A.M. Time is of the essence: A review of electroencephalography (EEG) and event-related brain potentials (ERPs) in language research. *Appl. Psychophysiol. Biofeedback.* 2017;42:247–255. doi: 10.1007/s10484-017-9371-3. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

273. Takahashi K. Remarks on emotion recognition from bio-potential signals; Proceedings of the 2nd International conference on Autonomous Robots and Agents; Palmerston North, New Zealand. 13–15 December 2004; [Google Scholar]

274. Wang X.W., Nie D., Lu B.L. *International Conference on Neural Information Processing.* Springer; Berlin/Heidelberg, Germany: 2011. EEG-based emotion recognition using frequency domain features and support vector machines; pp. 734–743. [Google Scholar]

275. Islam R., Khan S.A., Kim J.M. Discriminant feature distribution analysis-based hybrid feature selection for online bearing fault diagnosis in induction motors. *J. Sensors.* 2016;2016:7145715. doi: 10.1155/2016/7145715. [CrossRef] [Google Scholar]

276. Hjorth B. EEG analysis based on time domain properties. *Electroencephalogr. Clin. Neurophysiol.* 1970;29:306–310. doi: 10.1016/0013-4694(70)90143-4. [PubMed] [CrossRef] [Google Scholar]

277. Dagdevir E., Tokmakci M. Optimization of preprocessing stage in EEG based BCI systems in terms of accuracy and timing cost. *Biomed. Signal Process. Control.* 2021;67:102548. doi: 10.1016/j.bspc.2021.102548. [CrossRef] [Google Scholar]

Feedback

278. Feng Z., Qian L., Hu H., Sun Y. Functional Connectivity for Motor Imaginary Recognition in Brain-computer Interface; Proceedings of the 2020 IEEE International Conference on Systems, Man, and Cybernetics (SMC); Toronto, ON, Canada. 11–14 October 2020; pp. 3678–3682. [CrossRef] [Google Scholar]

279. Smith J.O. *Mathematics of the Discrete Fourier Transform (DFT): With Audio Applications.* W3K Publishing; Stanford, CA, USA: 2007. [Google Scholar]

280. Durak L., Arikan O. Short-time Fourier transform: Two fundamental properties and an optimal implementation. *IEEE Trans. Signal Process.* 2003;**51**:1231–1242. doi: 10.1109/TSP.2003.810293. [CrossRef] [Google Scholar]

281. Zabidi A., Mansor W., Lee Y., Fadzal C.C.W. Short-time Fourier Transform analysis of EEG signal generated during imagined writing; Proceedings of the 2012 International Conference on System Engineering and Technology (ICSET); Bandung, Indonesia. 11–12 September 2012; pp. 1–4. [Google Scholar]

282. Al-Fahoum A.S., Al-Fraihat A.A. Methods of EEG signal features extraction using linear analysis in frequency and time-frequency domains. *Int. Sch. Res. Not.* 2014;**2014**:730218. doi: 10.1155/2014/730218. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

283. Djamal E.C., Abdullah M.Y., Renaldi F. Brain computer interface game controlling using fast fourier transform and learning vector quantization. *J. Telecommun. Electron. Comput. Eng.* 2017;**9**:71–74. [Google Scholar]

284. Conneau A.C., Essid S. Assessment of new spectral features for eeg-based emotion recognition; Proceedings of the 2014 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP); Florence, Italy. 4–9 May 2014; pp. 4698–4702. [Google Scholar]

285. Petropulu A.P. Higher-Order Spectral Analysis. [(accessed on 19 August 2021)];2018 Digital Signal Procesing Handbook. Available online: http://elektroarsenal.net/higher-order-spectral-analysis.html

286. Aggarwal S., Chugh N. Signal processing techniques for motor imagery brain computer interface: A review. *Array.* 2019;**1**:100003. doi: 10.1016/j.array.2019.100003. [CrossRef] [Google Scholar]

287. LaFleur K., Cassady K., Doud A., Shades K., Rogin E., He B. Quadcopter control in three-dimensional space using a noninvasive motor imagery-based brain–computer interface. *J. Neural Eng.* 2013;**10**:046003. doi: 10.1088/1741-2560/10/4/046003. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

288. Mane A.R., Biradar S., Shastri R. Review paper on feature extraction methods for EEG signal analysis. *Int. J. Emerg. Trend. Eng. Basic Sci.* 2015;2:545–552. [Google Scholar]

289. Darvishi S., Al-Ani A. Brain-computer interface analysis using continuous wavelet transform and adaptive neuro-fuzzy classifier; Proceedings of the 2007 29th Annual International Conference of the IEEE Engineering in Medicine and Biology Society; Lyon, France. 22–26 August 2007; pp. 3220–3223. [PubMed] [Google Scholar]

290. Nivedha R., Brinda M., Vasanth D., Anvitha M., Suma K. EEG based emotion recognition using SVM and PSO; Proceedings of the 2017 International Conference on Intelligent Computing, Instrumentation and Control Technologies (ICICICT); Kerala, India. 6–7 July 2017; pp. 1597–1600. [Google Scholar]

291. Fatourechi M., Bashashati A., Ward R.K., Birch G.E. EMG and EOG artifacts in brain computer interface systems: A survey. *Clin. Neurophysiol.* 2007;**118**:480–494. doi: 10.1016/j.clinph.2006.10.019. [PubMed] [CrossRef] [Google Scholar]

292. Wu D., King J.T., Chuang C.H., Lin C.T., Jung T.P. Spatial filtering for EEG-based regression problems in brain–computer interface (BCI) *IEEE Trans. Fuzzy Syst.* 2017;**26**:771–781. doi: 10.1109/TFUZZ.2017.2688423. [CrossRef] [Google Scholar]

LP Evidentiary Exhibits Page 000134

**Feedback**

293. Lotte F., Congedo M., Lécuyer A., Lamarche F., Arnaldi B. A review of classification algorithms for EEG-based brain–computer interfaces. *J. Neural Eng.* 2007;4:R1. doi: 10.1088/1741-2560/4/2/R01. [PubMed] [CrossRef] [Google Scholar]

294. Lotte F., Bougrain L., Cichocki A., Clerc M., Congedo M., Rakotomamonjy A., Yger F. A review of classification algorithms for EEG-based brain–computer interfaces: A 10 year update. *J. Neural Eng.* 2018;15:031005. doi: 10.1088/1741-2552/aab2f2. [PubMed] [CrossRef] [Google Scholar]

295. Xanthopoulos P., Pardalos P.M., Trafalis T.B. *Robust Data Mining.* Springer; Berlin/Heidelberg, Germany: 2013. Linear discriminant analysis; pp. 27–33. [Google Scholar]

296. Gokcen I., Peng J. *International Conference on Advances in Information Systems.* Springer; Berlin/Heidelberg, Germany: 2002. Comparing linear discriminant analysis and support vector machines; pp. 104–113. [Google Scholar]

297. Schuldt C., Laptev I., Caputo B. Recognizing human actions: A local SVM approach; Proceedings of the 17th International Conference on Pattern Recognition; Cambridge, UK. 26 August 2004; pp. 32–36. [Google Scholar]

298. Sridhar G., Rao P.M. A Neural Network Approach for EEG classification in BCI. *Int. J. Comput. Sci. Telecommun.* 2012;3:44–48. [Google Scholar]

299. Kavasidis I., Palazzo S., Spampinato C., Giordano D., Shah M. Brain2image: Converting brain signals into images; Proceedings of the 25th ACM international conference on Multimedia; Mountain View, CA, USA. 23–27 October 2017; pp. 1809–1817. [Google Scholar]

300. Rumelhart D.E., Hinton G.E., Williams R.J. *Learning Internal Representations by Error Propagation.* California Univ. San Diego La Jolla Inst. for Cognitive Science; La Jolla, CA, USA: 1985. Technical Report. [Google Scholar]

301. Werbos P.J. Generalization of backpropagation with application to a recurrent gas market model. *Neural Netw.* 1988;1:339–356. doi: 10.1016/0893-6080(88)90007-X. [CrossRef] [Google Scholar]

302. Obermaier B., Guger C., Neuper C., Pfurtscheller G. Hidden Markov models for online classification of single trial EEG data. *Pattern Recognit. Lett.* 2001;22:1299–1309. doi: 10.1016/S0167-8655(01)00075-7. [CrossRef] [Google Scholar]

303. Graves A., Mohamed A.r., Hinton G. Speech recognition with deep recurrent neural networks; Proceedings of the 2013 IEEE International Conference on Acoustics, Speech and Signal Processing; Vancouver, BC, Canada. 26–31 May 2013; pp. 6645–6649. [Google Scholar]

304. Rosenblatt F. The perceptron: A probabilistic model for information storage and organization in the brain. *Psychol. Rev.* 1958;65:386. doi: 10.1037/h0042519. [PubMed] [CrossRef] [Google Scholar]

305. Sunny M.S.H., Afroze N., Hossain E. EEG Band Separation Using Multilayer Perceptron for Efficient Feature Extraction and Perfect BCI Paradigm; Proceedings of the 2020 Emerging Technology in Computing, Communication and Electronics (ETCCE); Dhaka, Bangladesh. 21–22 December 2020; pp. 1–6. [Google Scholar]

306. Blumberg J., Rickert J., Waldert S., Schulze-Bonhage A., Aertsen A., Mehring C. Adaptive classification for brain computer interfaces. *IEEE Trans. Biomed. Eng.* 2007;54:2536–2539. [PubMed] [Google Scholar]

307. Rezaei S., Tavakolian K., Nasrabadi A.M., Setarehdan S.K. Different classification techniques considering brain computer interface applications. *J. Neural Eng.* 2006;3:139. doi: 10.1088/1741-2560/3/2/008. [PubMed] [CrossRef] [Google Scholar]

308. Chaudhary P., Agrawal R. A comparative study of linear and non-linear classifiers in sensory motor imagery based brain computer interface. *J. Comput. Theor. Nanosci.* 2019;16:5134–5139. doi: 10.1166/jctn.2019.8575. [CrossRef] [Google Scholar]

LP Evidentiary Exhibits Page 000135

Feedback

309. Rabiner L.R. A tutorial on hidden Markov models and selected applications in speech recognition. *Proc. IEEE.* 1989;77:257–286. doi: 10.1109/5.18626. [CrossRef] [Google Scholar]

310. Lederman D., Tabrikian J. Classification of multichannel EEG patterns using parallel hidden Markov models. *Med. Biol. Eng. Comput.* 2012;50:319–328. doi: 10.1007/s11517-012-0871-2. [PubMed] [CrossRef] [Google Scholar]

311. Wang M., Abdelfattah S., Moustafa N., Hu J. Deep Gaussian mixture-hidden Markov model for classification of EEG signals. *IEEE Trans. Emerg. Top. Comput. Intell.* 2018;2:278–287. doi: 10.1109/TETCI.2018.2829981. [CrossRef] [Google Scholar]

312. Liu C., Wang H., Lu Z. EEG classification for multiclass motor imagery BCI; Proceedings of the 2013 25th Chinese Control and Decision Conference (CCDC); Guiyang, China. 25–27 May 2013; pp. 4450–4453. [Google Scholar]

313. Bablani A., Edla D.R., Dodia S. Classification of EEG data using k-nearest neighbor approach for concealed information test. *Procedia Comput. Sci.* 2018;143:242–249. doi: 10.1016/j.procs.2018.10.392. [CrossRef] [Google Scholar]

314. Roth P.M., Hirzer M., Köstinger M., Beleznai C., Bischof H. *Person re-identification.* Springer; Berlin/Heidelberg, Germany: 2014. Mahalanobis distance learning for person re-identification; pp. 247–267. [Google Scholar]

315. Mishuhina V., Jiang X. Feature weighting and regularization of common spatial patterns in EEG-based motor imagery BCI. *IEEE Signal Process. Lett.* 2018;25:783–787. doi: 10.1109/LSP.2018.2823683. [CrossRef] [Google Scholar]

316. Dou J., Yunus A.P., Bui D.T., Merghadi A., Sahana M., Zhu Z., Chen C.W., Han Z., Pham B.T. Improved landslide assessment using support vector machine with bagging, boosting, and stacking ensemble machine learning framework in a mountainous watershed, Japan. *Landslides.* 2020;17:641–658. doi: 10.1007/s10346-019-01286-5. [CrossRef] [Google Scholar]

317. Wu D., Xu Y., Lu B.L. Transfer learning for EEG-based brain-computer interfaces: A review of progress made since 2016. *IEEE Trans. Cogn. Dev. Syst.* 2020 doi: 10.1109/TCDS.2020.3007453. [CrossRef] [Google Scholar]

318. Zhang C., Kim Y.K., Eskandarian A. EEG-inception: An accurate and robust end-to-end neural network for EEG-based motor imagery classification. *J. Neural Eng.* 2021;18:046014. doi: 10.1088/1741-2552/abed81. [PubMed] [CrossRef] [Google Scholar]

319. Zuo C., Jin J., Xu R., Wu L., Liu C., Miao Y., Wang X. Cluster decomposing and multi-objective optimization based-ensemble learning framework for motor imagery-based brain–computer interfaces. *J. Neural Eng.* 2021;18:026018. doi: 10.1088/1741-2552/abe20f. [PubMed] [CrossRef] [Google Scholar]

320. Aler R., Galván I.M., Valls J.M. Evolving spatial and frequency selection filters for brain-computer interfaces; Proceedings of the IEEE Congress on Evolutionary Computation; Barcelona, Spain. 18–23 July 2010; pp. 1–7. [Google Scholar]

321. Mohamed E.A., Yusoff M.Z.B., Selman N.K., Malik A.S. Enhancing EEG signals in brain computer interface using wavelet transform. *Int. J. Inf. Electron. Eng.* 2014;4:234. doi: 10.7763/IJIEE.2014.V4.440. [CrossRef] [Google Scholar]

322. Carrera-Leon O., Ramirez J.M., Alarcon-Aquino V., Baker M., D'Croz-Baron D., Gomez-Gil P. A motor imagery BCI experiment using wavelet analysis and spatial patterns feature extraction; Proceedings of the 2012 Workshop on Engineering Applications; Bogota, Colombia. 2–4 May 2012; pp. 1–6. [Google Scholar]

323. Yang J., Yao S., Wang J. Deep fusion feature learning network for MI-EEG classification. *IEEE Access.* 2018;6:79050–79059. doi: 10.1109/ACCESS.2018.2877452. [CrossRef] [Google Scholar]

LP Evidentiary Exhibits Page 000136

324. Kanoga S., Kanemura A., Asoh H. A Comparative Study of Features and Classifiers in Single-channel EEG-based Motor Imagery BCI; Proceedings of the 2018 IEEE Global Conference on Signal and Information Processing (GlobalSIP); Anaheim, CA, USA. 26–29 November 2018; pp. 474–478. [Google Scholar]

325. Yanase J., Triantaphyllou E. A systematic survey of computer-aided diagnosis in medicine: Past and present developments. *Expert Syst. Appl.* 2019;**138**:112821. doi: 10.1016/j.eswa.2019.112821. [CrossRef] [Google Scholar]

326. Shannon C.E., Warren W. *The mathematical theory of communication.* University of Illinois Press; Champaign, IL, USA: 1949. [Google Scholar]

327. Volosyak I., Valbuena D., Malechka T., Peuscher J., Gräser A. Brain–computer interface using water-based electrodes. *J. Neural Eng.* 2010;7:066007. doi: 10.1088/1741-2560/7/6/066007. [PubMed] [CrossRef] [Google Scholar]

328. Wolpaw J.R., Birbaumer N., McFarland D.J., Pfurtscheller G., Vaughan T.M. Brain–computer interfaces for communication and control. *Clin. Neurophysiol.* 2002;**113**:767–791. doi: 10.1016/S1388-2457(02)00057-3. [PubMed] [CrossRef] [Google Scholar]

329. Farwell L.A., Donchin E. Talking off the top of your head: Toward a mental prosthesis utilizing event-related brain potentials. *Electroencephalogr. Clin. Neurophysiol.* 1988;**70**:510–523. doi: 10.1016/0013-4694(88)90149-6. [PubMed] [CrossRef] [Google Scholar]

330. Schreuder M., Höhne J., Blankertz B., Haufe S., Dickhaus T., Tangermann M. Optimizing event-related potential based brain–computer interfaces: A systematic evaluation of dynamic stopping methods. *J. Neural Eng.* 2013;**10**:036025. doi: 10.1088/1741-2560/10/3/036025. [PubMed] [CrossRef] [Google Scholar]

331. Cohen J. A coefficient of agreement for nominal scales. *Educ. Psychol. Meas.* 1960;20:37–46. doi: 10.1177/001316446002000104. [CrossRef] [Google Scholar]

332. Kraemer H.C. Kappa Coefficient. [[accessed on 19 August 2021]]; Available online: https://onlinelibrary.wiley.com/doi/abs/10.1002/9781118445112.stat00365

333. Thompson D.E., Quitadamo L.R., Mainardi L., Gao S., Kindermans P.J., Simeral J.D., Fazel-Rezai R., Matteucci M., Falk T.H., Bianchi L., et al. Performance measurement for brain–computer or brain–machine interfaces: A tutorial. *J. Neural Eng.* 2014;**11**:035001. doi: 10.1088/1741-2560/11/3/035001. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

334. Chestek C.A., Batista A.P., Santhanam G., Byron M.Y., Afshar A., Cunningham J.P., Gilja V., Ryu S.I., Churchland M.M., Shenoy K.V. Single-neuron stability during repeated reaching in macaque premotor cortex. *J. Neurosci.* 2007;**27**:10742–10750. doi: 10.1523/JNEUROSCI.0959-07.2007. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

335. Simeral J., Kim S.P., Black M., Donoghue J., Hochberg L. Neural control of cursor trajectory and click by a human with tetraplegia 1000 days after implant of an intracortical microelectrode array. *J. Neural Eng.* 2011;**8**:025027. doi: 10.1088/1741-2560/8/2/025027. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

336. Gilja V., Nuyujukian P., Chestek C.A., Cunningham J.P., Byron M.Y., Fan J.M., Churchland M.M., Kaufman M.T., Kao J.C., Ryu S.I., et al. A high-performance neural prosthesis enabled by control algorithm design. *Nat. Neurosci.* 2012;15:1752–1757. doi: 10.1038/nn.3265. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

337. Ramos López C., Castro Lopez J., Buchely A., Ordoñez Lopez D. Specialized in Quality Control and Control of Mobile Applications Based on the ISO 9241-11 Ergonomic Requirements for Office Work with Visual Display Terminals (VDTS) [[accessed on 19 August 2021]];2016 Available online: https://revistas.utp.ac.pa/index.php/memoutp/article/view/1473/

LP Evidentiary Exhibits Page 000137

Feedback

338. Seffah A., Donyaee M., Kline R.B., Padda H.K. Usability measurement and metrics: A consolidated model. *Softw. Qual. J.* 2006;**14**:159–178. doi: 10.1007/s11219-006-7600-8. [CrossRef] [Google Scholar]

339. Gupta R., Arndt S., Antons J.N., Schleicher R., Möller S., Falk T.H. Neurophysiological experimental facility for Quality of Experience (QoE) assessment; Proceedings of the 2013 IFIP/IEEE International Symposium on Integrated Network Management (IM 2013); Ghent, Belgium. 27–31 May 2013; pp. 1300–1305. [Google Scholar]

340. Coyne J.T., Baldwin C., Cole A., Sibley C., Roberts D.M. *International Conference on Foundations of Augmented Cognition.* Springer; Berlin/Heidelberg, Germany: 2009. Applying real time physiological measures of cognitive load to improve training; pp. 469–478. [Google Scholar]

341. Liu Y.H., Wang S.H., Hu M.R. A self-paced P300 healthcare brain-computer interface system with SSVEP-based switching control and kernel FDA+ SVM-based detector. *Appl. Sci.* 2016;**6**:142. doi: 10.3390/app6050142. [CrossRef] [Google Scholar]

342. Tayeb Z., Fedjaev J., Ghaboosi N., Richter C., Everding L., Qu X., Wu Y., Cheng G., Conradt J. Validating deep neural networks for online decoding of motor imagery movements from EEG signals. *Sensors.* 2019;**19**:210. doi: 10.3390/s19010210. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

343. Barachant A., Bonnet S., Congedo M., Jutten C. Multiclass brain–computer interface classification by Riemannian geometry. *IEEE Trans. Biomed. Eng.* 2011;**59**:920–928. doi: 10.1109/TBME.2011.2172210. [PubMed] [CrossRef] [Google Scholar]

344. Zhang X., Li J., Liu Y., Zhang Z., Wang Z., Luo D., Zhou X., Zhu M., Salman W., Hu G., et al. Design of a fatigue detection system for high-speed trains based on driver vigilance using a wireless wearable EEG. *Sensors.* 2017;**17**:486. doi: 10.3390/s17030486. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

345. Zhang Y., Wang Y., Zhou G., Jin J., Wang B., Wang X., Cichocki A. Multi-kernel extreme learning machine for EEG classification in brain-computer interfaces. *Expert Syst. Appl.* 2018;**96**:302–310. doi: 10.1016/j.eswa.2017.12.015. [CrossRef] [Google Scholar]

346. Tomita Y., Vialatte F.B., Dreyfus G., Mitsukura Y., Bakardjian H., Cichocki A. Bimodal BCI using simultaneously NIRS and EEG. *IEEE Trans. Biomed. Eng.* 2014;**61**:1274–1284. doi: 10.1109/TBME.2014.2300492. [PubMed] [CrossRef] [Google Scholar]

347. Cecotti H., Graser A. Convolutional neural networks for P300 detection with application to brain-computer interfaces. *IEEE Trans. Pattern Anal. Mach. Intell.* 2010;**33**:433–445. doi: 10.1109/TPAMI.2010.125. [PubMed] [CrossRef] [Google Scholar]

348. Jin Z., Zhou G., Gao D., Zhang Y. EEG classification using sparse Bayesian extreme learning machine for brain–computer interface. *Neural Comput. Appl.* 2020;**32**:6601–6609. doi: 10.1007/s00521-018-3735-3. [CrossRef] [Google Scholar]

349. Tsui C.S.L., Gan J.Q., Roberts S.J. A self-paced brain–computer interface for controlling a robot simulator: An online event labelling paradigm and an extended Kalman filter based algorithm for online training. *Med Biol. Eng. Comput.* 2009;**47**:257–265. doi: 10.1007/s11517-009-0459-7. [PubMed] [CrossRef] [Google Scholar]

350. Van Erp J., Lotte F., Tangermann M. Brain-computer interfaces: Beyond medical applications. *Computer.* 2012;**45**:26–34. doi: 10.1109/MC.2012.107. [CrossRef] [Google Scholar]

351. Gao S., Wang Y., Gao X., Hong B. Visual and auditory brain–computer interfaces. *IEEE Trans. Biomed. Eng.* 2014;**61**:1436–1447. [PubMed] [Google Scholar]

LP Evidentiary Exhibits Page 000138

352. McCane L.M., Heckman S.M., McFarland D.J., Townsend G., Mak J.N., Sellers E.W., Zeitlin D., Tenteromano L.M., Wolpaw J.R., Vaughan T.M. P300-based brain-computer interface (BCI) event-related potentials (ERPs): People with amyotrophic lateral sclerosis (ALS) vs. age-matched controls. *Clin. Neurophysiol.* 2015;**126**:2124–2131. doi: 10.1016/j.clinph.2015.01.013. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

353. Holz E.M., Botrel L., Kaufmann T., Kübler A. Long-term independent brain-computer interface home use improves quality of life of a patient in the locked-in state: A case study. *Arch. Phys. Med. Rehabil.* 2015;**96**:S16–S26. doi: 10.1016/j.apmr.2014.03.035. [PubMed] [CrossRef] [Google Scholar]

354. Mudgal S.K., Sharma S.K., Chaturvedi J., Sharma A. Brain computer interface advancement in neurosciences: Applications and issues. *Interdiscip. Neurosurg.* 2020;**20**:100694. doi: 10.1016/j.inat.2020.100694. [CrossRef] [Google Scholar]

355. Shen Y.W., Lin Y.P. Challenge for affective brain-computer interfaces: Non-stationary spatio-spectral EEG oscillations of emotional responses. *Front. Hum. Neurosci.* 2019;**13**:366. doi: 10.3389/fnhum.2019.00366. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

356. Ghare P.S., Paithane A. Human emotion recognition using non linear and non stationary EEG signal; Proceedings of the 2016 International Conference on Automatic Control and Dynamic Optimization Techniques (ICACDOT); Pune, India. 9–10 September 2016; pp. 1013–1016. [Google Scholar]

357. Miladinović A., Ajčević M., Jarmolowska J., Marusic U., Colussi M., Silveri G., Battaglini P.P., Accardo A. Effect of power feature covariance shift on BCI spatial-filtering techniques: A comparative study. *Comput. Methods Programs Biomed.* 2021;**198**:105808. doi: 10.1016/j.cmpb.2020.105808. [PubMed] [CrossRef] [Google Scholar]

358. und Softwaretechnik R. Computational challenges for noninvasive brain computer interfaces. *IEEE Intell. Syst.* 2008;**23**:78–79. [Google Scholar]

359. Allison B.Z., Dunne S., Leeb R., Millán J.D.R., Nijholt A. *Towards Practical Brain-Computer Interfaces: Bridging the Gap from Research to Real-World Applications.* Springer Science & Business Media; New York, NY, USA: 2012. [Google Scholar]

360. Rashid M., Sulaiman N., PP Abdul Majeed A., Musa R.M., Bari B.S., Khatun S. Current status, challenges, and possible solutions of EEG-based brain-computer interface: A comprehensive review. *Front. Neurorobotics.* 2020;**14**:25. doi: 10.3389/fnbot.2020.00025. [PMC free article] [PubMed] [CrossRef] [Google Scholar]

361. Jin J., Allison B.Z., Sellers E.W., Brunner C., Horki P., Wang X., Neuper C. Optimized stimulus presentation patterns for an event-related potential EEG-based brain–computer interface. *Med. Biol. Eng. Comput.* 2011;**49**:181–191. doi: 10.1007/s11517-010-0689-8. [PubMed] [CrossRef] [Google Scholar]

LP Evidentiary Exhibits Page 000139

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

1.      Defendant United States has developed and deployed a technological system  known by Lead Plaintiff as BRMT (Brain Remote Management Technology), detailed at LP Evidentiary Exhibits pages 1-10 in this Complaint. BRMT is a biological weapon and the accompanying biological weapon delivery technology deployed and used to hijack the brain of a specific person or animal.

2.      BRMT uses decades of secretly funded neuroscience research to directly impact brain biochemistry by technical means. The person or animal being hijacked feels nothing unusual as their brain is reacting to the signal stimulus exactly as it naturally would, but the signal is coming from outside the body. This surreptitious hijacking of normal brain chemistry causes the victim to act out the perpetrator's plan, be it a thought, action, or other typical bodily function.

3.      BRMT provides the perpetrator direct access to the most intimate form of violation and violence possible against another human being – using their victim's mind to cause that victim to think, do, and act in ways other than the victim would otherwise choose - and to do so with no knowledge of the victim's biochemical betrayal of their own wishes and desires.

4.      The perfect crime against another person can be perpetrated by any BRMT operator and no visible trace evidence remains, except in the perpetrator's BRMT device log file, hidden behind the cloak of national security, unavailable and unreviewable.

5.      BRMT is the direct descendant of a former Defendants CIA and Army bioweapons project known as MKUltra which sought to exploit drugs including

**Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights**

mescaline and LSD to control the minds of human subjects. MKUltra was a massive, well-documented secret program which was used to drug civilians and soldiers of the United States and Canada with 100 million doses of LSD alone. While the number of unwitting victims is unknown because of Defendant's obstruction of justice by destroying nearly the program records evidence, the victims were at the very least in the hundreds of thousands, and deaths and injuries to direct victims and the public would have spanned the full array of crimes which are typical of any set of drug abusers, from murder to assault to robbery to traffic accidents and so forth. Like MKUltra, BRMT has been deployed secretly and used on US and other innocent and unknowing civilians and government employees without their knowledge or consent.

6. Lead Plaintiff is a direct victim of BRMT, including a comprehensive and long-running series of human, Constitutional, civil, and statutory rights violations detailed here and in evidence provided to the Department of Justice at its Washington, D. C. Headquarters, and at the US Attorney's Office for the Southern District of New York. See those 426 pages of evidence provided at LP Evidentiary Exhibits pages 368-793 and other supporting evidence in that set of exhibits.

7. This statement is organized into four major sections: –

8. **Section I.** Brief history of how the Defendant United States came to involve itself in these malign activities and the historical and on-going patterns and practices of rights violations by the Defendants.

9. **Section II.** Lead Plaintiff's personal timeline and chronology are described.

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

10.     **Section III.** Clear examples of the deployment of BRMT, and other psychological and physical methods, used against the Lead Plaintiff.

11.     **Section IV** presents clear evidence of the consciousness of guilt of various Defendants.

12.     There is widespread knowledge of this program among executive branch departments and agencies including military, intelligence, and police powers agencies, as well as the Executive Office of the President. As the reader will doubtless note, other examples of this level of awareness, such as the President's "Beast" limousine on an unlikely route as indicated in LP Evidentiary Exhibits pages 598-606 are scattered throughout the evidence presented with this statement. There is also global political and media awareness, as well as public awareness, of this malign conduct. So, any effort to claim national security or police powers exemptions by these Defendants will be the rough equivalent of the legendary fairy tale of the "The Emperor's New Clothes," written in 1837 by Hans Christian Andersen. It should be treated as such.

13.     Criminal lawlessness and violations of Constitutional rights under color of law are still lawlessness, regardless of the erudite nine dollar word used as an exemption by any department, agency, or joint jurisdiction task force to claim it to be otherwise. Given Defendants DOJ's notable historical pattern of failure to pursue and prosecute criminal corruption in secret federal programs, as documented by Congress, this civil litigation may be the plaintiff's only option for justice. It may also be the public's only chance to understand the enormity of the scale, scope, and duration of

### Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

government corruption using BRMT. This malign program has and continues to systematically violate rights, and adversely impacts the rule of law at all levels of government and across a vast array of political interests, police powers, intelligence, and military operations of the broad array of Defendants.

### I.    BRMT HAS HISTORICAL ROOTS IN A HEINOUS NAZI DACHAU PRISONER DRUGGING PROGRAM

14.    Defendant CIA and its collaborators started BRMT as their follow-on program to the abject and lethal nineteen years of failures of MKUltra's LSD and mescaline drugging program. The goal of BRMT was to achieve the CIA's stated objective when it started MKUltra - mind control of individual persons.

15.    MKUltra was originally based upon experiments Nazi doctors performed on political prisoners and other convicts at Dachau Concentration Camp. Dachau was first established at Dachau, Germany, twelve miles north of Munich, on March 10, 1933. This was five weeks after Adolph Hitler was named Germany's Chancellor. Dachau operated until the end of World War II in Europe in April 1945. During Operation Paperclip which ran from 1945 to 1959, 1,600 German doctors, scientists, and engineers, including Nazi Party members, were secretly brought to the US. They were employed by the US government in various programs from rocketry and physics to chemistry and medicine. The Dachau Concentration Camp medical tormentors' experiments led directly to CIA and Army Bioweapons Lab programs including MKUltra beginning in 1953.

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

### MKUltra Had Undocumented Deadly Consequences for Direct and Indirect Victims

16.     The evidence of MKUltra's failures and harms to US and Canadian citizens and military personnel in 149 separate projects from 1953 to 1973 was destroyed on orders of the CIA Director. This included evidence of LSD bonuses paid to staff for each LSD dosing during an estimated 657,000 public contacts at three brothels contracted or owned by CIA, one of the 149 discrete projects conducted during the MKUltra program. This systematic obstruction of justice meant that the people directly and indirectly harmed by the mayhem and destruction of CIA's administration of 100 million doses of LSD and an unknown number of mescaline doses in the United States and Canada will never be known.

17.     What we do know is that 1 million DUI arrests in 2018 correlated to approximately 10,000 DUI deaths, a 1% fatality rate from motor vehicle related DUIs (see the Class Certification pleading section of the Complaint for statistical derivation of this fatality rate). MKUltra's 100 million LSD and unknown mescaline doses undoubtedly had undocumented deadly consequences for innocent Americans and Canadians. Total direct and indirect injuries, disabilities, and deaths from MKUltra were likely at least in the thousands, perhaps as high as 1 million, based on the 100 million LSD doses alone.

### MKUltra Violations Had No Consequences for the Perpetrators

18.     The CIA Director resigned in early 1973 and was promoted to US Ambassador to the Shah of Iran in early 1973. There was never any accountability for

**Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights**

any of the deaths, damage, or destruction caused by CIA's illegal acts in MKUltra against the direct victims, or those who might have been injured or killed by, for example, unsupervised activities like drivers hallucinating from LSD after leaving the CIA's brothels or other unknown experimental locations. Not one legal consequence. Ever.

**Other Violations By Defendant United States Have Similar Patterns and Outcomes**

19.     Lead Plaintiff's claims related to BRMT, and the accompanying patterns of Defendants' conduct, may at first seem bizarre and highly improbable to the Court. But they are based in historical precedents. Cointelpro included White Supremacist militia funding and other criminal actions by the FBI from 1956 to 1971. FBI ran illegal domestic spying, wiretapping, defamation, break-ins, and other slanderous and violent campaigns, against Dr. Martin Luther King, Junior, John Lewis (later Representative Lewis), and tens of thousands of other political and civil rights activists and dissenters. Cointelpro was run across most FBI Field Offices by an Assistant FBI Director who reported directly to Director Hoover.

20.     These CIA and FBI program were indictable criminal conspiracies under the Racketeering and Corrupt Organizations Act of 1970 (RICO) and the Klu Klux Klan Act of 1871. But no charges were ever brought against any federal employee or contractor for any individual violation, for the obstructions of justice they involved, or for the overall criminal conspiracies by federal agencies, agents, officers, contractors, or for their funding of their partners in violence, injury, and death.

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

### BRMT Is the Direct Successor to MKUltra AND a Continuing Danger to the Lead Plaintiff and Other US Persons

21.     BRMT is a heavily classified program which had a forty to fifty year head start on these commercial programs and continues to benefit from billions of dollars invested by the national security apparatus of the federal government and its police powers, which collectively expends approximately $1 trillion each year, $2.8 billion every day.

22.     Continuing research and progress in blending neurology with computer resources led the Food and Drug Administration to grant permission for commercial human trials of implantable brain-computer systems and devices to a commercial company, Synchron, in 2021. Synchron's first implant was completed on July 6, 2022. An Elon Musk company, Neuralink, began pursuing a similar technology in 2016. Microsoft Research, among others, is involved in projects in this space. See LP Evidentiary Exhibits pages 11-139 for current relevant science and continuing commercial development.

23.     So, BRMT is not science fiction or a personal delusion of the Lead Plaintiff. Simply put, Defendant United States has had a 50 year head start on this process of integrating neurology and computer technologies. BRMT technology is much more advanced and sophisticated than any pending commercial application due to this head start and Defendant United States' ability to marshal massive financial resources and research from various sources for what it considered to be a national security priority.

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

### Systematic Violations of Rights By Defendants Continues

24.     BRMT is a massive violation of the civil and Constitutional rights of any and all US persons and others around the world it chose to target and subject to this human rights outrage. It perpetuates an established pattern of practices by Defendant United States and its co-conspirators with police powers.  It has involved others among the political, economic, and financial circles and interests they share. Some of these actions are political speech of no concern to the justice system or to this Complaint, but others are malign elements of an overall conspiracy.

25.     As to Defendant United States and its subdivisions, the Constitution includes only one provision for the selective suspension of the rights of any person not convicted of a crime. The only permitted suspension of rights is in Article I, Section 9, grating power to Congress to suspend the writ of habeus corpus in time of war or rebellion. There is no evidence of any such authorized suspension. There has been no legal proceeding, ever, nor any legal consent ever knowingly given, which grants the Defendants any right of action against the rights of the Lead Plaintiff at any time.

26.     Yet Defendants have functionally incarcerated the Lead Plaintiff for decades, using frauds, other illegal tactics, and BRMT technology previously hidden from other Defendant police powers agencies, to involve those Defendants in constructing a web of fictional pretexts.

27.     This web of official lies has been used to justify national security authorized tactics and techniques and to induce animus, anger, and emotions against

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

the Lead Plaintiff. This can result in extra-legal acts by other Defendant police powers operations.

28.    The history of police powers operations in the United States is replete with such actions, including by Defendant Maricopa County, Arizona Sheriff's Department while led by Defendant Joe Arpaio. This is the self-pretexted license used by Defendants to engage in indirect physical assaults on the Lead Plaintiff, and in their direct and indirect psychological manipulation of Lead Plaintiff. See LP Evidentiary Exhibits pages 272-367, 441-459, 564-574, 774-785, 786-793.

29.    The Lead Plaintiff's entire adult lifetime has been spent in this reality imposed by the Defendants, whose attitude and approach to rights and due process Lead Plaintiff summarizes as "Liberty For Just Us et al." No consequences. Ever.

**BRMT Has Achieved Notorious Objectives Against US Persons**

30.    BRMT has achieved some notable and soon to be infamous results. Criminal and illegal actions against the Lead Plaintiff and others similarly situated have diverted millions to billions of dollars of federal, state, and local police powers budgets and personnel resources from legitimate national security and public safety objectives. It has again exposed decades of widespread failures by the Defendants to comply with legal constraints on police powers and to respect human, civil, and Constitutional rights. It has demonstrated a durable and repetitive pattern of wide-ranging Constitutional and statutory violations by governmental entities, It has clearly highlighted illegitimate collaborations and illegal conspiracies of political and police powers operations in the United States against innocent US persons.

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

31.     These are the same techniques and methods documented by the Church Committee (the United States Senate Select Committee to Study Governmental Operations with Respect to Intelligence Activities) in 1975. Lead Plaintiff's experiences are directly compared with the findings of these reports at LP Evidentiary Exhibits pages 237-271. The practices are the same, the violations are the same. Only the technology and degree of personal coercion of innocent persons have changed. The danger, illegality, and coercive nature of the Defendants' conduct is the same as in 1953, 1963, 1973, 1983, 1993, 2003, 2013, and today, soon to be 2023.

### BRMT Violations by Defendants Create A Significant Public Safety Risk

32.     This pattern of malign conduct by Defendants also causes and creates comparable risks to the public. In the event a BRMT victim acts out in public there is the strong potential for some form of violent outcome, ranging from a deadly assault to a traffic accident or any other incident. The risks are similar to those under MKUltra where victims were allowed to walk or drive away from the drugging site with no medical supervision or screening before their departure, thereby endangering the public. BRMT operations have also endangered undercover and uniformed police officers who are unaware of the risks associated with BRMT both to themselves and to any supposed suspect they may be pursuing.

33.     As to the Lead Plaintiff, these operations can also endanger the police powers, intelligence, and medical personnel who have accompanied the Lead Plaintiff everywhere. These specific risks have arisen due to both BRMT program-inflicted risks and to risks to the Lead Plaintiff from members of the public who may believe

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

certain misinformation about the Lead Plaintiff and decide to act out against the Lead Plaintiff. The police powers personnel have no control over the direct circumstances of any sequence, incident, or BRMT induced events which may occur. They have from time to time been used as elements of the harassing team.

34.     Since BRMT and similar illegal programs against US persons or others are typically "need to know" operations, these individual federal agents and officers were likely completely unaware for many years of the underlying reasons they were required to hack, sabotage through other actions, and display specific body language or verbalize certain words or phrases to Lead Plaintiff at very specific times and places.

35.     But these operations are purposeful and objective oriented, designed by persons with malign intent and executed under command authority with clear and obvious malign intent.  So, they pose a direct threat of an overreactive police powers response or from a member of the general public acting out and the need for police to react during that incident.

## II.     VIOLATIONS AGAINST LEAD PLAINTIFF ARE REPRESENTATIVE OF VIOLATIONS TO THE CLASS

### Lead Plaintiff's Involuntary Selection as a BRMT Victim

36.     Lead Plaintiff's parents and grandparents belonged to a religious group which serves in the military services as conscientious objectors due to their religious beliefs. Lead Plaintiff's grandfather related the story of his home-based church group being surveilled by Federal Bureau of Investigation agents as they conducted a

### Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

homebased church service sometime before Lead Plaintiff was born. Lead Plaintiff is unable to determine if a viable connection exists but is extremely concerned about a possible perpetuated pattern, including illegal infiltration, surveillance, and abuses in violation of the First Amendment against this religious community and others across multiple generations.

37.     During the early to middle 1950s period, the Lead Plaintiff's father served in the Army as a medical corpsman, a conscientious objector for religious reasons, so he may have become a person of interest to the Army. This awareness may be the reason or among the reasons the Lead Plaintiff was targeted by Defendant United States.

38.     Lead Plaintiff was surreptitiously selected as an involuntary BRMT guinea pig sometime early in the Lead Plaintiff's lifetime and business career. Lead Plaintiff has experienced significant abnormal and unusual behaviors by agents of Defendants dating as far back as age 17 (1972). On a routine excursion in the Greenwater, Washington area of the Snoqualmie National Forest, Lead Plaintiff and his cousin picked up a very well-dressed hitchhiker from the roadside. There was no apparent means of transportation that would account for the individual's presence along State Highway 410 in that area, more than a dozen miles east of Greenwater, the nearest small mountain community. Lead Plaintiff and Lead Plaintiff's cousin shared Lead Plaintiff's 1955 Ford Pickup with this unidentified individual to the Greenwater Tavern.

### Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

39.     About 10 to 15 minutes after leaving the unidentified man at this location, Lead Plaintiff noticed this hitchhiker had left a tan briefcase in the pickup bed. Lead Plaintiff opened the briefcase and found the entire contents of the brief case were a telephone handset and dial pad. This was about the time the first cellular telephones and satellite phones were said to have been invented, and none were then available to or generally known by the public. Lead Plaintiff drove the briefcase back to the Greenwater Tavern, located the unidentified man and returned the briefcase, which was accepted with no comment and little emotion. Based upon the Lead Plaintiff's subsequent experiences, Lead Plaintiff has reason to believe this was an undercover agent of Defendant CIA, or less likely, FBI or some other element of the US intelligence community.

**Lead Plaintiff's BRMT Chronology and Timeline – Defendants' Interferences With Career, Commercial Enterprises, and Personal Life**

40.     Lead Plaintiff finished high school in 1973, attended Green River Community College for one year, then transferred to Washington State University in Pullman, Washington. While at WSU, Lead Plaintiff was befriended by a likely minder assigned by Defendants who lived with the Lead Plaintiff from 1974 through his 1977 graduation. See LP Evidentiary Exhibits pages 460-472. Lead Plaintiff initially enrolled in general college humanities classes required for all baccalaureate degrees and in physics, chemistry, and engineering coursework, intending to obtain a chemical engineering degree, but fell far short of the mathematics proficiency required to continue that program. After a couple of changes in direction, he completed a

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

Bachelor of Arts in Business Administration degree in 1977. He left university for a job in Coeur D'Alene, Idaho, then relocated back to his parent's home in Federal Way, Washington, where he worked as a delivery driver for several months. This and further personal and professional developments are also documented in the timeline which summarizes major events from 1972 to 2022 at LP Evidentiary Exhibits pages 186-192.

41.     Lead Plaintiff returned to WSU in January 1978 for a Master of Business Administration degree. He was befriended during his MBA program by other minders (see LP Evidentiary Exhibits pages 460-472) who followed him from the university as he moved to his first professional employment and on to other civilian cover intelligence acquisition projects. See LP Evidentiary Exhibits pages 183-185.

42.     Lead Plaintiff joined the Seattle office of Deloitte, Haskins, and Sells, an international accounting and consulting firm, in August 1979 after receiving his MBA. During this time, the Seattle office was engaged to project manage the development of the national ATM network for South Africa's banking system; to select and install a government ERP financial accounting system in Palau as it transitioned from a trust territory to independence; and to provide ERP financial accounting computer system related services to Saudia Airlines in Saudi Arabia.

43.     On knowledge and belief, after a long period of research and reflection by Lead Plaintiff, these projects had a dual purpose - to serve the clients' needs and to provide intelligence agency windows into the on-going operations of these entities. For example, this would have included access to domestic and international

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

movements of Saudi government employees and others. At around the same time, listening devices likely surreptitiously connected to a satellite transceiver on board for live monitoring, were built into the King's bedframe on the Boeing 747 used by the King of Saudi Arabia. This was discovered and publicly disclosed by Saudi intelligence.

44.     In 1986, Lead Plaintiff resigned from Deloitte to become the Chief Financial Officer of a technology startup, LazerSoft. The company was reselling a C. Itoh laser optic technology system for document storage and developing an optical disk storage system to replace microfiche, then commonly used to store printed computer records such as customer bills and financial reports of large businesses such as banks, airlines, utilities, and insurance companies. The CEO was the former Deloitte project manager for the South Africa banking system ATM project. This project is one of those that Lead Plaintiff has in recent years identified as a dual purpose project which included US intelligence agency data acquisition in foreign countries. As with other future employment and projects which were contrived by BRMT program executives and managers, this project was quite problematic for the Lead Plaintiff.

45.     About 90 days into employment, the Lead Plaintiff replaced the former CEO, raised additional resources, managed installation of the optical disk storage system at several locations, attempted to raise venture capital, secured a commitment which was then promptly reneged upon and forced by the Board to sell the company about three years later under adverse conditions. Much of this sequence was staged

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

managed and arranged to sustain the research and development of BRMT. During this period, the Lead Plaintiff's first wife was BRMT overdosed with oxytocin and developed a relationship with her best friend's husband, the proximate cause of the destruction of the marital community, and the forced sale their Redmond home, which had been improved by the Lead Plaintiff at considerable effort and expense.

46.     In 1990, Lead Plaintiff purchased a small environmental services business in Auburn, Washington. Prior to the purchase, Lead Plaintiff sought out the Small Business Administration to assure himself of the availability of vital government bonding guarantees, which had been used by the prior owners to develop the business and were vital to its revenue generating ability and financial viability. Immediately after the purchase, the Small Business Administration (SBA), assuming it actually was their employee and not a Defendants' field agent, denied the newly acquired company the bid and performance bonding it had previously provided the company. SBA, or whoever it was, never provided any reason for the denial of the previously available bid and performance bonding. Bonding is essential to companies involved in government contracting, which comprised the vast majority of the firm's work and revenues.

47.     This inability to bond its bid and subcontract award cost the firm, majority owned by the Lead Plaintiff, numerous business contracts. For example, the company was forced to withdraw its subcontract bid on asbestos abatement work under a federal modernization contract at the FAA Air Traffic Control Center in Auburn, Washington. This subcontract was worth over $1 million in the early 1990s,

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

about $1.9 million in today's dollars. The prime contractor who won that project had previously worked with the Lead Plaintiff's firm to renovate Snoqualmie High School in Snoqualmie, Washington. They stated they were very pleased with the Lead Plaintiff's company's work on that project and looked forward to working together again.

48.     The SBA (or whatever Defendant United States agency was actually fictionally representing them in this role) refusal to provide bid and performance bonding, despite their prior practice with this same company and despite their prior informal commitment, was a critical element of the eventual business failure in 1993. This induced failure resulted in the need for the Lead Plaintiff and his spouse to declare personal Chapter 7 bankruptcy in late 1993 to avoid further garnishment of his spouse's income, the family's sole source of income at that time.

49.     During this same period, two agents of Defendants had approached the Lead Plaintiff about their supposed prior and on-going mechanical systems project work at a classified site in northern Nevada which did not officially exist, despite being clearly visible on satellite photos and the final destination of an unmarked Boeing jet aircraft with only a tail number which has left McCarran International Airport in Las Vegas at the same time every morning and returned at the same time every evening for years on end. This was likely intended to develop a national security pretext for intrusions into the Lead Plaintiff's personal life, though that interference had, unknown to the Lead Plaintiff at the time, already been long underway.

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

50.     In the Lead Plaintiff's fifty years of practical field experience with these malign operations, pretexts are typically used by Defendants to rationalize the use of some national security or police powers disclosure exemption as a cover-up and/or to discredit the subject (aka "blame the victim"). This pretext is used under color of law to functionally absolve the police powers or intelligence agency of its responsibility for following certain laws, policies, and regulations related to privacy and rights. The offending entity and its officers or agents use it to claim a "legitimate" interest in the subject as their justification for prior, current, or intended misconduct. The FISA Court has found this type of subterfuge to be quite common. Cynical violations, a color of law cover for corruption and abuse.

51.     Defendants then organized yet another episode of failed funding using Credit Lyonnaise Laing as the cover entity in 1994. This particular funding failure involved P.A.N. Environmental Services, an SEC reporting pink-sheet company based in Seattle, Washington, during a brief period of uncompensated employment of Lead Plaintiff by P.A.N. Lead Plaintiff traveled routinely from his home in Seattle to two subsidiary companies in the Ontario, CA area during this failed financing operation. The company's CEO worked with mining expert (likely a CSIS undercover officer) who traveled routinely throughout Canada and internationally and was the ostensible connection with a London-based MI-6 agent.

52.     The UK operation organized by the Defendants involved this MI-6 officer who was first introduced to the Lead Plaintiff at the Los Angeles Airport Hilton on Century Boulevard. After a meeting there, Lead Plaintiff traveled to London

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

a few weeks later, one of three visits over several months. The first two visits lasted about one week each, the third visit was for about three weeks. During this sequence, a London Metropolitan Police armed terror squad at the Heathrow Airport trotted past the Lead Plaintiff, who was the only other person in a 500 foot long terminal access tunnel on a typically busy weekday at one of the busiest international terminals in Europe. No financing was offered, and the effort failed.

53.     However, these international trips did provide Defendant United States a pretext for observation and surveillance by CIA and MI-6 in the greater London area. On experience and knowledge, these close relationships with "cousins" facilitate invading the privacy of one's own citizens by arranging for it to be done using tools not legally available for use on one's own citizens but perfectly legitimate for use against foreign nationals – by your cousins in their country and in your country. Again, as at line 288 above, this is very cynical color of law violation intended to completely evade accountability and accomplish your illegal objective without "violating" the laws and regulations of your own country.

54.     Shortly after returning from London, Lead Plaintiff suffered a life threatening episode of deep vein thrombosis (DVT) in 1994. DVT can lead to a heart attack or stroke when a clot breaks away and reaches the heart, lungs, or brain. For many years after this event, Defendants manipulated symptoms of this life threatening medical condition hundreds of times to create fear in Lead Plaintiff's mind of a repeat episode.

12/29/22

**Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights**

55.     Lead Plaintiff joined Pacific Pipeline, Kent, Washington, in 1994 as a Board member. A few months later Lead Plaintiff became Chief Operating Officer, replacing a CEO who had lost about one-half the company's equity in six or eight months. This same storyline, now starting to become vaguely familiar to the Lead Plaintiff, would be repeated again at CNA as discussed below.

56.     Pacific Pipeline sold books and other media to Barnes and Noble and Costco throughout the United States, and to independent booksellers in the Pacific Northwest. A disastrous ERP implementation was undertaken about two months after the Lead Plaintiff began full time employment. The implementation was started despite the Lead Plaintiff's strong misgivings, which he expressed privately to the Founder and Chairman. Lead Plaintiff and other management team members undertook a rescue operation. This disastrous ERP implementation was a key element in the ultimate financial destruction of Pacific Pipeline about two years later as it severely impacted its already strained finances from the prior CEO's incompetence, and shook the confidence of independent retail bookseller customers, just as a newly constructed national book distributor's warehouse was opened in the region.

57.     It was also severely detrimental, during the critical end of year holiday sales period, to the thousands of independent bookstores throughout the region which used Pacific Pipeline as their primary supplier. These independent retailers were financially weakened by missing sales of popular books during this crucial selling season which were typically readily available from Pacific Pipeline. Since they were competing with much stronger national book chains, as well as Costco and Amazon,

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

these missing and unfilled orders were very damaging to their long-term viability as businesses.

58.     Lead Plaintiff attempted a buyout of the company after the ERP system rescue, but was rebuffed, ostensibly by the owner/founder's ex-wife's requirement that he provide a personal guarantee of the $500,000 company debt due her from their divorce. This killed the buyout, and the Lead Plaintiff was terminated by the founder during these negotiations. The company's final financial deathblow was later inflicted by the Founder, who fired Barnes and Noble, the customer then responsible for 55% of overall company sales revenue.

59.     Defendants' direct involvement in these matters is unclear, though Defendant FBI had long held institutional suspicions of independent booksellers for selling materials it deemed subversive or inappropriate. FBI had undertaken actions similar to, or as part of, Cointelpro, against some book merchants. The founder was also reputed to have started the business by selling books about cannabis cultivation from the trunk of his car to these book merchants. So, it is quite possible the founder was also subject to BRMT manipulation. Alternatively, it may have been the unwinding of a covert company used to spy on independent booksellers which was purposefully being shut down. This is unclear to the Lead Plaintiff.

60.     In November 1995, after months of unemployment and further financial distress for himself and his family, Lead Plaintiff joined CNA Industrial Engineering (CNA), Bellevue, Washington. Lead Plaintiff was pulled into CNA by agents of Defendants, who left shortly after his arrival, having staffed up the

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

organization well beyond its current revenue base, run up hundreds of thousands in uncollectible receivables, and exposed the company to financial distress and large losses, similar to those at Pacific Pipeline.

61.     Defendants subsequently and purposefully led the Lead Plaintiff into involvement in a series of sensitive national security technologies. These technologies included the Delta IV rocket technology for the Air Force; satellite deployment failures of satellites built by Hughes after launches on behalf DOD and intelligence gathering agencies, likely NSA or NRO; sensitive military operations, involving nuclear ship and submarine maintenance facilities at Puget Sound Naval Shipyard; and non-destructive testing technology used in field testing of civilian and military nuclear power applications, provided nationally and internationally by Zetec, Issaquah, Washington.

### 2001 "Terrorism" Pretext Used to Escalate BRMT and Psychological Operations

62.     Shortly after 9/11/2001, Lead Plaintiff began having discussions about that terror event with strangers soliciting the opinion of the Lead Plaintiff about that day. In one such interview by a stranger, which was a pretext for further egregious conduct of Defendants, Lead Plaintiff expressed the view that this was a terrible tragedy, but so are many other events that occur each day in the United States and throughout the world. For example, as related in the conversation that day by Lead Plaintiff, approximately 3,000 people die in car accidents each month in the United States.

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

63.    Lead Plaintiff considers these interviews to be part of a pretext to justify further expansion of operations against the Lead Plaintiff to directly attract interest and involve other police powers agencies, specifically including Defendants City of New York and City of New York Police Department, without limitation, as part of the overall escalation of systematized abuse by Defendants. The so-called "Patriot Act" enabled Defendants to aggressively expand the use of classified technology against "terror suspects" inside the United States. This was implemented against the Lead Plaintiff and others as Defendants used the dramatic budget increases, the more rapid progression of BRMT, and other aggressive tactics, in an increasingly egregious and aggressive pattern, which cycled through prior violations of rights more frequently and with higher intensity.

64.    Lead Plaintiff left CNA in August 2002 and thereafter engaged Technology Sales Leads, Boston, Massachusetts to develop sales leads for his new company, Performa, based in Bellevue, Washington. Lead Plaintiff is unable to retrace each sales visit specifically absent further discovery, but is certain Defendants played a role in scheduling and conducting each of these time-wasting and expensive "sales" calls in various states with the intent of depriving Lead Plaintiff of a livelihood through independent employment by starving his small company, Performa, of revenue and cash flow from 2002 until its demise in 2005. All these fake "sales" leads were developed through a small sales leads company in Boston, known as Technology Sales Leads (TSL), likely a Boston Field Office operation of Defendant FBI.

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

65.    TSL, basically a small boiler room operation with about 5 people in downtown Boston, MA had extraordinary success in setting these meetings in a very short period of time. With the benefit of hindsight, Lead Plaintiff recognized they all occurred in locations devoid of other personnel. Only the Defendants undercover field operations team members were seen at each appointment. All other employees normally in those office, warehouse, and manufacturing locations were absent, despite these meeting being held during normal business hours. Lead Plaintiff's company spent many weeks full time and a considerable sum for the appointments to be arranged, to travel to each appointment over several months, follow up with project engagement proposals, and other normal consulting sales activities. None of these fake sales calls led to any projects, in contrast to the Lead Plaintiff's history at CNA of a 60% to 80% sales success rate for similar projects. See LP Evidentiary Exhibits page 844.

66.    The second key element of Defendants' fraudulent scheme was the issuance of $165,000 of unfunded checks by ShipNow, a former software vendor to a CNA project while Lead Plaintiff worked there. ShipNow was later sold to Kewill PLC, a British company which is able to share shipping data at these US based clients upon government request. Again, the "cousins" arrangement can be useful for illegal indirect gathering in one's own country.

67.    This combination of fake sales and bad check frauds was a planned starve-out operation conducted by Defendants. This conduct is further described in letters sent to the US Attorney for the Southern District of New York which are

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

included at LP Evidentiary Exhibits page 189 and LP Evidentiary Exhibits page 566 of this Complaint.

68.     This systematic campaign again destroyed the Lead Plaintiff during 2002-2005. It caused the destruction of family relationships, including his 15 year second marriage, legitimate business and career opportunities, personal reputation, personal residence, virtually all real, personal, and financial assets, and his personal credit, during the last months of his 50 year residency in Washington state. As the Defendants starve-out operation succeeded, Lead Plaintiff liquidated assets during 2005, along with a stress-induced divorce from his second wife. As financial assets were depleted, Lead Plaintiff moved to a Kirkland apartment which was mysteriously devoid of residents and had a parking lot filled with cars that rarely moved (further described at LP Evidentiary Exhibits page 189 and 566).

69.     Lead Plaintiff left the Seattle, Washington area December 23, 2005 for Boston, Massachusetts. This abrupt move was part of his effort to avoid involving family members and friends in any further corrupt actions by Defendants, who seemed to be using any means possible to criminally reach the Lead Plaintiff. It was also likely carefully planned by Defendants using BRMT to manipulate the Lead Plaintiff in a plot which featured a Harvard University Physics Professor as a lead character with a newly published book and an appearance on the cover of Scientific American, a publication of interest to the Lead Plaintiff.

70.     Lead Plaintiff resided in a Boston area hotel near the Wonderland station of the Massachusetts Bay Transportation Authority for about four months,

### Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

became homeless in Spring 2006, and was relocated to Pine Street Inn, a Boston

homeless shelter for 17 months, until August 2007. He was initially housed using the

shelter's lottery system to compete for a shelter bed each night for several months,

then told by another person, likely a minder assigned by Defendants, about another

shelter program in a church basement in the Dorchester area of south Boston, where

he applied and was accepted. Defendants' minders would spend about two weeks on

site with the Lead Plaintiff, then disappear for a time and reappear later, likely a

rotation similar to that used in fire departments where the team lives at the station

during their duty period.

71.     As part of a supposed but fruitless rehousing effort, he was subjected to

drug testing which was dropped as no evidence was found. He was required to meet

certain job search conditions, met those conditions despite the active blocking of these

searches by the

72.     Defendants for many months, until two specific opportunities were

sequentially presented. The first was an Israeli-owned consulting firm operating in the

US and based in a Boston suburb. No offer was forthcoming from this interview. Soon

thereafter, an online headhunter presented another opportunity at Establish, a Fort Lee,

New Jersey logistics consulting firm, ostensibly a subsidiary of a Swedish logistics

firm.

73.     Lead Plaintiff was then trafficked from Boston to northern New Jersey

in August 2007 to be employed at Establish, Inc. The employment offer letter is

presented at LP Evidentiary Exhibits pages 797-798 of this Complaint. Defendants

**Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights**

operating this employer planned this outcome in advance of "hiring" the Lead Plaintiff to move him to the greater New York City metro area. Within weeks of joining Establish, Lead Plaintiff traveled with the entire office team to London for a week-long international meeting, including personnel from around Europe and elsewhere. In hindsight this was another "cousins" gathering involving intelligence personnel, and as later identified, at least one network media personality. All were actively involved in this faked employment scheme and the "cousins" relationship in this scenario.

74.    While at Establish, Lead Plaintiff was engaged in a number of undercover operations masquerading as consulting projects, including a sales and operations planning software selection project at PPG in Pittsburgh, Pennsylvania for the Paint and Coatings Division, and a project to assess SAP implementation readiness for Clipper Windpower in Carpinteria, CA and Cedar Rapids, Iowa.

75.    These and other projects in which Lead Plaintiff participated while at Establish Inc, had some unusual similarities to other prior experiences of Lead Plaintiff. The Clipper Windpower corporate office in Carpinteria was full of people. But, like every plant operation since the 2002 Puget Sound Naval Shipyard nuclear submarine pump incident, none of the other plants or offices Lead Plaintiff visited for sales calls and client company projects was in operation at the time of Lead Plaintiff's site visit. This pattern was completely different from all the Lead Plaintiff's experiences as a consultant and consulting executive while making sales calls and conducting projects at client companies prior to 9/11/2001.

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

76. As before, the company's ostensible North American leader and senior executive, who had hired Lead Plaintiff, departed a few months after the Lead Plaintiff joined the company. Lead Plaintiff has subsequently identified this individual as a former prominent network media personality with a prior long-term relationship with senior members of the Bush 43 administration. Just before his departure, he told the Lead Plaintiff that the company had been losing money for a considerable period, had downsized, and so forth, setting the stage for the next phase of this particular fake employment scenario.

77. Lead Plaintiff was terminated from his employment a few weeks after declining to invest $25,000 he did not have into Establish. The July 2008 termination was a violation of fair employment practices under state and federal law as the investment was a condition of Lead Plaintiff's continued employment.

**Torturous Abuse of Lead Plaintiff During August 2008 Through September 2010**

78. An extended period of unemployment from August 2008, and torturous daily and nightly BRMT physical and biochemical abuse resulted in overwhelming stress and distress during 2008 through 2010. These abuses were the most intense biochemical and physical manipulations the Lead Plaintiff has ever experienced. Severe headaches were inflicted daily throughout most of this period. Extreme muscle cramping was a very common occurrence, there were very intense periods of mental confusion, and the Lead Plaintiff was also required to improve his apartment unit in order to avoid losing his access to unemployment benefits by turning down the only available work, a requirement for all unemployed persons. He lacked funds and could

12/29/22

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

not practically access medical care during this period either. See lines 767 through 790

below for the suite of BRMT induced physical and mental symptoms experienced at

their highest most torturous intensity over hundreds of consecutive days and nights

during this period. See also LP Evidentiary Exhibits pages 598-606.

**Defendants Have Continued to Disrupt Enterprises Since Last Employment in 2008**

79.    In August 2010, shortly after filing a federal lawsuit on June 23, 2010,

in the US District Court for the District of New Jersey, Lead Plaintiff was sent a notice

to vacate by the landlord, held out for one month, then was forced from his residence

into homelessness on October 1, 2010. The notice to vacate, the landlord's prior

refusal to fully compensate the Lead Plaintiff for physical improvements to the

apartment, the Lead Plaintiff's inability to earn an income by finding other

employment due to continuing wire fraud by Defendants, and exhaustion of

unemployment benefits all contributed to Lead Plaintiff's homeless state.

80.    This second episode of induced homelessness led to a 911 call after

being purposefully misdirected to a non-existent emergency shelter, and then to Lead

Plaintiff's involuntary commitment to a psychiatric hospital in Bergen County, New

Jersey, which ultimately lasted from October 1, 2010 to April 30, 2011. Lead Plaintiff

was forced to renounce the plain facts in his June 23, 2010 federal court action in

order to secure agreement of the psychiatrist to not be placed into a "long-term care"

program and made a long term ward of the state. Upon release from the psychiatric

### Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

hospital, Lead Plaintiff was housed by a private New Jersey social service agency until late 2018.

81.      After Lead Plaintiff's 2011 psychiatric hospital release, Lead Plaintiff was interviewed by a psychiatrist and was determined not to qualify for an approximately $2,200 Social Security Disability stipend which would have allowed him to reside elsewhere than the place assigned by Defendants. Lead Plaintiff notes that he was trafficked into this specific residential setting. For the convenience of the Defendants, BRMT manipulation and wire fraud violations were continued, eliminating any opportunities for meaningful gainful employment in line with his qualifications.

82.      Since Lead Plaintiff was not permitted to engage in meaningful employment using his knowledge, experience, and advanced degree, he was forced to subsist on a welfare grant for five years until that expired. Lead Plaintiff attempted to gain employment at the neighborhood Ramsey, New Jersey Shop-Rite grocery store as a clerk or night grocery stocker but was refused "due to his overqualification," which had included pre-professional employment in a grocery store for about three years. Other employment options were also precluded by Defendants' on-going wire frauds and interferences with electronic communications, and by the lack of public transportation to employment options in the surrounding area. Lead Plaintiff used government food stamps and, after the welfare grant expired, a local food bank, to subsist.

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

83.     Lead Plaintiff formed yet another company in 2011 to pursue his vocational interest in agriculture. While soliciting funds for company operations, Defendants deposited fraudulent checks into both company and personal bank accounts and defrauded the company and Lead Plaintiff of approximately $9,000 using BRMT to cause the Lead Plaintiff to wire funds directly to another account. In Summer 2015, Defendants also apparently employed about $125,000 of department or agency funds for the purpose of making it appear to the Lead Plaintiff they were legitimate investors interested in investing in and supporting this new enterprise.

84.     Defendant's proceeded to use various subterfuges and frauds to secure the return of those funds; to functionally spy on the Lead Plaintiff through the introduction of company counsel; connect a failed financial advisor with a history of likely prior CIA international intelligence assignments under a Merrill Lynch investment banker cover; to attempt to lure the Lead Plaintiff into various forms of financial misconduct; and to deprive Lead Plaintiff of the legitimate right to pursue employment opportunities and develop commercial enterprises as lawfully entitled. These actions continued the Defendants' pattern of corrupt actions under color of law to deprive the Lead Plaintiff of civil and Constitutional rights.

85.     From 2011 into the second quarter of 2022, projects which Lead Plaintiff's companies attempted to engage in continued to be part of a systematic pattern of Defendants' frauds, deceptions, and interferences to deprive Lead Plaintiff of the contacts, contracts, sales, and cash flow required to found and operate a successful private enterprise. One of these Defendants, acting under color of law,

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

distorted factual evidence and filed a lawsuit in the Eastern District of California, resulting in a summary judgement against the Lead Plaintiff due to Lead Plaintiff's inability to retain and pay counsel, which was the direct result of the Defendants' pattern of malign violations. Lead Plaintiff subsequently answered pro se. Documentation of this portion of Defendants' on-going pattern of abuse is available on PACER, Eastern District of California, 19-cv-1918. See further description of private enterprise and interstate commerce violations of Lead Plaintiff's civil rights at LP Evidentiary Exhibits pages 616-765.

86.     Defendants also produced a number of fraudulent financing instruments during this period of time, including several forged contracts with international persons and entities who signed documents indicating both intent and firm commitments to invest varying amounts from the hundreds of thousands of dollars to more than $50 million in the Lead Plaintiff's enterprise as inducements to continue their pattern of denying rights, theft of services, and delays for further entrapment activities by defendants. See fraudulent financing contract(s) at LP Evidentiary Exhibits pages 440, 465-472, 741-765.

87.     As discussed above, Defendants had previously used these tactics without detection for decades when the Lead Plaintiff resided in Washington state. In a repeat of this illegal operation while Lead Plaintiff has resided in New Jersey, Lead Plaintiff's company engaged the services of a Wall Street firm to raise financing. See LP Evidentiary Exhibits pages 460-472. Lead Plaintiff attempted to negotiate an organic produce supply contract with Walmart. An initial meeting relating to organic

**Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights**

produce was held at Walmart headquarters in Bentonville, Arkansas. See LP Evidentiary Exhibits pages 845-865.

88.     In June 2017, China lifted its embargo on US beef supplies. Lead Plaintiff again contacted Walmart headquarters, then engaged in discussions and negotiations with personnel allegedly representing Wal-Mart (China) Investment Co., Ltd. (herein "Walmart China"). Contract execution and implementation were delayed for many months, supposedly by a serial sequence of on-boarding events normally conducted in parallel. A contract with Walmart China was finally signed in early 2018. See LP Evidentiary Exhibits pages 711-740.

89.     This was another commercial fraud of Defendants which interfered with interstate commerce. This follow-up project was completed entirely with phone calls and emails, except for one visit to a residence in the Bentonville area at the request of the purported Walmart employee. A vendor, now believed to a second undercover officer, was present at the residence throughout the meeting, ostensibly installing a floor for a party later that evening for the Walmart China personnel involved in negotiations with Winnett Cattle Company, Inc., who were allegedly visiting the Bentonville, Arkansas headquarters at that time.

90.     Shortly after the Walmart China contract was finally executed in early 2018, then President Trump declared a trade war with China which effectively terminated the Walmart China contract, as China's countervailing tariffs made execution totally uneconomical at the new price point. Defendants arranged this fabricated contract and arranged for the "execution" of the contract with the

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

foreknowledge that events would transpire as they eventually did, once again depriving Lead Plaintiff's companies of needed revenue and cash flow to sustain a successful private commercial business. Lead Plaintiff also spent more than 10% of his limited monthly Social Security income for several years to establish and fund this private business.

**Continued Direct Interferences in Personal Relationships by Defendants**

91.     Lead Plaintiff has from time to time since his divorce, between 2005 and 2021, engaged in attempts to form a serious relationship. On knowledge and belief, Defendants and their witting or unwitting law enforcement partners have systematically deprived Lead Plaintiff of his right as a human being to form meaningful relationships with others. For his part, Lead Plaintiff has continued to use online platforms in an effort to establish such personal relationships. Lead Plaintiff has engaged in this continued practice to actually engage in a meaningful relationship as Defendants know very well.

92.     Once Lead Plaintiff had determined his second marriage was ended, he attempted to resume dating activities sometime around early 2005 using online dating services such as Match.com and others in the Seattle, WA and Portland, OR areas. Each and every one of the dates he traveled to and paid for was with an undercover police officer or someone who had been cleared for meeting with him by Defendants, as they actively and aggressively interfered in all aspects of life on an on-going basis. This continued in New York City in 2008 and resulted in a brief relationship predetermined by Defendants.

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

93.    A BRMT induced online romance fraud featuring false personation between 2016 and 2018 cost the Lead Plaintiff approximately $6,000 between 2016 and 2018. In 2019 through 2021, these civil rights violations by Defendants became plainly evident to the Lead Plaintiff when the entire dating pool in the 2019 period was comprised of women of color and one White legal immigrant in northern New Jersey/New York City. The region is more than 50% White, so this outcome is not a coincidence nor is there some other innocent explanation. It is the result of deliberate civil rights violations by Defendants, which continue as this document is being prepared.

94.    The one relationship among this group of more than a dozen female participants which extended beyond two meetings continued for about three dates in late 2019 to early 2020. After about a three month hiatus, this individual abruptly returned in early 2020 and continued the relationship into 2021, when it was again abruptly terminated. This relationship was contrived, managed, and terminated by Defendants to both frustrate and discredit the Lead Plaintiff. Defendants contrived a pattern of random missed, late, and frequent rescheduling of meetings by the date; arranged, using BRMT, induced and varying levels of erectile disfunction of Lead Plaintiff, and made numerous attempts to induce jealousy and rage from Lead Plaintiff. These faked relationships also cost the Lead Plaintiff about $2,000 to $3,000 during this period.

95.    Defendants have thereby continued their illegal shackling of Lead Plaintiff's rights as a human being. They have also implemented their own self-

## Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

documenting traps, effectively providing dozens of undercover officers and agents as character witnesses for the Lead Plaintiff, as well as demonstrating their executive and managerial contempt for the rule of law and the complete and utter lack of legal basis or foundation for their continued illegal and punitive actions, including on-going threats to the rights, health, well-being, and life of the Lead Plaintiff. See LP Evidentiary Exhibits pages 441-459.

### Food Contamination and Other Disruptions to Life and Safety By Defendants

96.     During initial residence in Cliffside Park, NJ from August 2007 to October 2010, Lead Plaintiff noted that nearly all the bagged salads purchased at the Edgewater Commons supermarket were contaminated with rotted pieces of spinach or lettuce. This was a near daily occurrence. Lead Plaintiff returned to Edgewater, NJ in late 2018, and noted an extraordinary number of incidents of spoiled milk and at least one incident of spoiled food in 2022. The Lead Plaintiff has experience with food safety and safe handling of refrigerated products from working in a grocery store, as a dairy products delivery person, and providing consulting services to grocery stores and food products companies. Lead Plaintiff is aware of the extraordinarily unusual nature of an extended sequence of food safety violations in a major grocery chain. The high frequency food safety violations which occurred at this Edgewater Commons location ran for more than 12 months in 2008-2010, and for more than three months in 2022. These were clearly targeted sequences of food contamination and spoilage by Defendants directed at Lead Plaintiff.

### Increase In Recent Threatening and Assaultive Violations

### Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

97.    Defendants' continuing violations include the co-conspirators indirect threat to Lead Plaintiff on July 16, 2022 shown at LP Evidentiary Exhibits pages 542-547, which was followed by an indirect assault on Lead Plaintiff on September 19, 2022 giving him a black eye and other deep abrasion injuries. This violation was the result of a combination of BRMT and internal sabotage which led to a very dangerous pitch-dark somersault fall on a flight of stairs in Morningside Park in New York City on September 17, 2022, detailed at LP Evidentiary Exhibits page 786-793.

98.    Defendants are continuing this pattern of violations. As Lead Plaintiff has written this Complaint and Request For Injunctive Relief, these operations have continued, including, for example, BRMT induced involuntary body movements inducing pain in the torso and head, leg pain behind the left knee, muscle, visual nerve and eye manipulations to induce typing errors, sneezing, and excessive yawning to induct air through a small hiatal hernia and create intestinal pain and gas to be used later in externally commanded gas releases from Lead Plaintiff. Having experienced physical symptoms of these manipulations for around 40 years now, Lead Plaintiff can experience and report on these symptoms in a clinical fashion despite the continued pain and distress they cause.

99.    These acts coincided and overlapped with overt efforts by the Defendants to nonverbally and visually engage the Lead Plaintiff through psychological operations intended to frighten Lead Plaintiff, which they did for a considerable period of time. Defendants malign acts have included honey traps running into the present; mail frauds and wire frauds; toilet blockings with air pressure

### Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights

in the drain line; bus schedule and arrival time deliberate misalignments; scheduling of non-existent events; on-going BRMT manipulations including pain inducement, sleep deprivation, constipation, embarrassing public urination induced on several occasions; repetitive loud noises enhanced by BRMT agitation of Lead Plaintiff.

100.    Defendants have added a variety of other humiliations and inconveniences to this mix, such as blocking and cutting off on sidewalks far beyond normal levels typically encountered, visual and verbal disruptions of public events attended by Lead Plaintiff, contrived events with in-house audiences of Defendants to make indirect threats. Other harassing activities have recurred and been repeated over, and over, and over, and over again by Defendants. For the past 15 years, since Lead Plaintiff first began to reside in the northern New Jersey/New York City area. Nothing new, nothing different about these physical harassments since the initial NYPD counter-terror squad welcome in late 2007. See LP Evidentiary Exhibits page 368.

### Lead Plaintiff's Dilemma Regarding Field Operations Evidence Collection

101.    It is not legal to purposefully collect information which can be used to identify federal and other undercover officers even while they are engaged in performing malign operations. A federal or state prison sentence can result from doing so. As a practical matter and to maintain a safe environment for himself and any innocent bystanders as well as officer and agents properly exercising their duties, Lead Plaintiff is unable to confront, identify, or photograph the antagonistic agents of Defendants. Further, it is not in any way obvious whether they are members of a

**Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights**

particular department or agency, or of some interest group (given the wide public awareness of Lead Plaintiff created by Defendants), a media outlet, or others.

102.    Lead Plaintiff is, in all practical ways, prohibited by law from documenting or directly calling out egregious, irresponsible, humiliating, and painful acts of Defendants at the time they occur. As Defendants' field agents are very well aware, this form of systematized violation of liberty, property, free association, and their persistent ability to deprive the Lead Plaintiff of accurate information, combined with BRMT amplified psychological and physical torment, provides Defendants' agents with absolute cover to operate with impunity. The Lead Plaintiff would otherwise face potential imprisonment for acting out against them or for publicly identifying these operatives. Also, the extremely vague conspiracy laws of the United States provide great discretion to charge conspiracy for even the most innocent acts of friends and family. Lead Plaintiff has consistently elected not to ensnare others in these malign actions.

103.    This section described the chronology of events which ties to the timeline shown at LP Evidentiary Exhibits pages 186-192. The next section of this statement includes a more detailed discussion of BRMT violations of Lead Plaintiff's rights including, without limitation, the specific methods and techniques used to disrupt Lead Plaintiff's pursuit of interstate commerce and all other aspects of normal life as a citizen of the United States. There is some necessary overlap between the examples in the preceding section and those shown in this next section.

**III.    BRMT BRAIN HIJACKING METHODS AND USES BY DEFENDANTS**

**Lead Plaintiff Dennis Sheldon Brewer's Personal Statement on BRMT and Related Violations of Human, Constitutional, and Civil Rights**

104.     Defendants' BRMT brain hijacking tactics range from loss of consciousness for brief to extended periods of time; to sleep inducement; to body movements and the paralysis of body movements; all as commanded through the central nervous system, but not by the Lead Plaintiff exercising free will. They include a wide variety of indirect physical abuse and indirect threats by hijacking the body's senses to induce physical pain and physical sensations suggestive of violent and lethal acts, as well as trips, falls, and other acts which have led or could reasonably be used to inflict physical injury through BRMT hijacking. These activities have occurred to Lead Plaintiff in all stages of consciousness, under all conditions of weather and lighting, in an extremely broad array of environments from Lead Plaintiff's personal residence to his hikes in national forests and national parks, to military facilities, to hotel rooms, to sidewalks, to mountain trails, to airplanes, while climbing ladders, descending stairs, operating equipment, aircraft, and vehicles, and so forth.

105.     A very small percentage of these incidents are documented in this Complaint as examples of BRMT induced behaviors, as examples of lethal intent, and as examples of consciousness of guilt. See LP Evidentiary Exhibits pages 774-785 for a sampling of these violations.

**106.     Summary of Brain and Central Nervous System Disruptions and Distortions by BRMT:**

- Headaches, floating visual distortions
- Visual cloaking and imaging

- Body pain including both general muscle pain well beyond typical expectations given the amount of exertion, and intense cramping of arms, legs, torso, head

- Odd muscle contractions such as abrupt neck twists simulating a manual neck break, and guillotine type contractions across neck muscles which are impossible for a human to directly induce in their own neck (try it), unusual leg pains behind knee, symptoms of DVT in the nerve net with no accompanying physical symptoms, abrupt hand movements, involuntary jaw drops, laughs and other movements and vocalizations timed to, for example, television news programs (delayed from live broadcasts for BRMT operator convenience in timing the involuntary muscle movement)

- Twitches, tremors, yawns, coughs, itches, grip/grasp, loss of balance inducing collisions with walls, door frames, people, objects

- Thought disruption, distraction, short term memory erasure and recall failures, induced sleep periods

- Body rhythms such as heart rates and rhythms, and breathing rates, neither of which may match the other at a given level of exertion or of any known anxiety, varying walking rates

- Organ disruptions imposed by hacking the central nervous system, such as bowel movements for example, moving abruptly from constipation to watery in short periods with no intervention; abrupt dysfunction and restoration of function and sensation in sexual organs

12/29/22

**Select examples of central nervous system disruptions and distortions:**

107.   **Three BRMT manipulation from the 1980s provide examples of the crude level of early BRMT functionality and of the Defendants' malign interventions and intent:**

108.   Lead Plaintiff, a pilot, rock climber, whitewater canoeist, and informal rafting guide, found himself crying at the sight of an antique fire engine during a small community Fourth of July celebration, a truly bizarre occurrence for a person with Lead Plaintiffs high level of emotional intelligence and stability.

109.   On a return trip from Whistler, British Columbia, Lead Plaintiff became extraordinarily tired in the early afternoon while driving along the then unguarded sea cliffs hundreds of feet above Howe Sound south of Squamish, British Columbia. Lead Plaintiff was about 30 years old at the time and in excellent health. There is no apparent alternate explanation for this episode of extreme tiredness, other than an induced overdose of melatonin in broad daylight using BRMT.

110.   Defendants created another scenario at Stevens Pass Ski Resort by initiating a public argument between Lead Plaintiff and his first spouse. Lead Plaintiff knocked over a glass of wine, his spouse rose explosively and angrily from the table and began to walk down Steven Pass Highway. After loading the ski equipment on the car, Lead Plaintiff located spouse about 15 minutes later walking down the north side of the highway and stopped to persuade her to return to the vehicle for the ride home, about 75 to 90 minutes by car. Had he angrily left his spouse walking on that highway that night, Lead Plaintiff believes it is likely his spouse would not have returned home

alive. This would be the perfect setup of witnesses and events for her disappearance and his likely incarceration. While speculative, it lines up well with the sleep induced incident described above. Again, from the Defendants point of view, a perfect crime. The ex-wife of a Sheriff's Department senior manager disappears and sole custody results. This is not an accusation of a specific conspiracy with the Sheriff's Department but is consistent with prior and subsequent pattern of entrapment, incrimination, and lethality attempts by the Defendants which stretch from the 1980s into at least September 2022.

111.    Using knowledge and personal history as evidence of the early stage of BRMT development at that time, Lead Plaintiff believes this technology was used against his then wife, who was given extreme doses of oxytocin in the presence of an adulterous co-worker with a known history of this conduct, to facilitate the breakup of Lead Plaintiff's marriage and the accompanying stress and financial duress to both Lead Plaintiff and his spouse.  See LP Evidentiary Exhibits page 187 at line entitled 1987 for this oxytocin overdose which is consistent with Lead Plaintiff's experience at this relatively crude early stage of hormone manipulation using BRMT.

**112.    Since the 1980s, BRMT technology had continued to advance through succeeding generations of technology and neuroscience inducing:**

113.    Defendants' BRMT enhanced psychological operations have pressured and manipulated Lead Plaintiff directly to two episodes of suicidal ideation, one in 2005 at his permanent Kirkland, WA residence and one in 2010 while living in

Cliffside Park, NJ. Details of these ideations are available from the Lead Plaintiff during a deposition.

114. Induced obsessions – sexual, eating, aircraft doors inflight, attraction to inappropriate targets, including repeated failed efforts to induce misconduct, such as, for example, child sexual abuse.

115. Induced speech and thought disturbances – phrases, sentences, distortion of concepts, and ideas.

116. Induced mental illness from stress, brain distortions due to chemical imbalances, and the deprivation and functional blocking of medical interventions, with symptoms typical of a range of mental incapacity from mood disturbances in college to alleged symptoms of schizophrenia ascribed by hospital psychiatrists when Lead Plaintiff accurately reported BRMT induced symptoms at and after October 2010 involuntary commitment.

117. Induced extreme eye watering, for example, while driving in southern California from Pico Rivera to Los Angeles International Airport, endangering Lead Plaintiff and others while operating a motor vehicle on a freeway.

118. Numerous programmed falls in varying locations ranging from mountain trails to sidewalks to ladders to beds beginning in the 1990s and continuing into the present. These falls involved an abrupt and uncontrollable movement from vertical to horizontal, falling like a stone statue backward. See LP Evidentiary Exhibits pages 774-785 for a sampling of these violations.

119.    Two bed falls in the past three years involved a fall from bed to the floor. One resulted in right front head strike which left a mark visible more than one year later.

120.    A hospital fall in April 2022 involved a near collision of the vulnerable temple weak point of skull coverage with the foot of a bed table and required immediate in-hospital medical follow-up, which records are available for subpoena when required.

121.    Another more recent fall, a collaborative assault using BRMT and a deliberately darkened set of stairs in a New York City public park, caused visible injuries is documented at LP Evidentiary Exhibits pages 786-793.

122.    All these falls caused by BRMT resulted in a strong risk of severe injury due by hitting an intervening object which could have caused a disabling or fatal head, neck, or spine injury.

**123.    Examples of Defendants' BRMT enhanced psychological operations inducing stress and endangering Lead Plaintiff's life and well-being:**

124.    *Involuntary servitude* - using mail fraud and wire fraud to disrupt all communications with legitimate employers so as to deliver the Lead Plaintiff to contrived employment traps and to employment on fake projects. Interferences with job searches have perpetuated Defendants' pattern of involuntary servitude, impoverishment, forced relocation, and penury of Lead Plaintiff. For example, Defendants implemented an employment force out with an illegal investment

requirement at Establish Inc, Fort Lee, NJ in July 2008, as part of their long sequence of such activities.

125.   ***Financial manipulations by Defendants*** - using private and political actors, agency funds, and other means to preclude development of commercial enterprises, as well as to prevent free, fair, unmanipulated access to in-state and interstate businesses, investors, financial resources, and financing sources.

126.   ***Fake sales calls and other interferences with commerce*** - used to starve Lead Plaintiff's companies of revenue and cash flow, starving out Lead Plaintiff, thereby harming other family members including his spouse and stepchildren; forcing asset liquidations, including home, auto, and financial assets; and force tax liability traps, such as on Lead Plaintiff's life insurance cash value liquidation due to inability to pay premiums.

127.   ***Computer software hacks of job applications*** - hacking and spoofing Lead Plaintiff's inputs during online job applications;

128.   ***Computer software hacks of Covid appointment attempts*** – hacking during 149 documented Covid vaccination appointment attempts in 2021 (see LP Evidentiary Exhibits page 794); and other internet access.

129.   ***Computer software hacks of email accounts*** - Arranging hacks of email accounts to spread spam and disinformation, spoofing to damage personal reputation, hacking and spoofing  to disrupt and block communications with others, email application crashes, freezes, and delays to frustrate Lead Plaintiff, arranging deployment and removal of hack evidence from Lead Plaintiff's personal computer;

providing fake websites to Lead Plaintiff to supply misinformation and disinformation, and to prevent authentic interactions with other people and companies. All from the early 2000s into the present day.

130.    ***Computer hardware hacks, crashes, and freezes*** - Arranging computer crashes, freezes, and delays to frustrate Lead Plaintiff, arrange for deployment and removal of hack evidence from Lead Plaintiff's personal computer; providing fake websites to Lead Plaintiff to supply misinformation and disinformation, and to prevent authentic interactions with other people and companies. All from the early 2000s into the present day.

131.    ***Printer hacks, crashes, and freezes*** Arranging printer crashes, freezes, and delays to frustrate Lead Plaintiff, arrange for deployment and removal of hack evidence from Lead Plaintiff's personal computer and printer. All from the early 2000s into the present day.

132.    ***Cellular telephone hacks, crashes, and freezes*** Arranging cellular telephone crashes, freezes, and delays to frustrate Lead Plaintiff, arrange for deployment and removal of hack evidence from Lead Plaintiff's personal cell phone; providing fake websites to Lead Plaintiff to supply misinformation and disinformation, hack of mapping applications, hacked, GPS tracking, and spoofing to prevent authentic interactions with other people and companies. All from the early 2000s into the present day.

133.    ***Faked voting rights rally*** - on National Mall, August 28, 2021, interfering with Lead Plaintiff's First Amendment Rights to freely associate and

peaceably assemble. Lead Plaintiff was misdirected to an alternate site on the National Mall adjacent to the National Archives instead of the announced event at the Lincoln Memorial. Prior to the event, Lead Plaintiff was deliberately misled by information posted online at a faked website, nothing new for these Defendants. This alternate event, with no speakers, apparently split from the main march to a location where the Lead Plaintiff was joined by perhaps 100-200 people. This splinter march and gathering was for no other known purpose than to prevent my attendance at the actual rally attended by tens of thousands. See LP Evidentiary Exhibits pages 508-509. A false FOIA response, allegedly from the National Park Service, is shown as LP Evidentiary Exhibits pages 532-536, and documents this First Amendment violation.

134.   ***Disinformation, misinformation*** - blocking and/or censoring of news sources, such as the supposed complete lack of coverage of nationwide voting rights rallies by The New York Times on the following day (August 29, 2021) in the online version of the New York Times Lead Plaintiff received, and likely included pictures of the site of the actual voting rights rally in Washington, D.C., the location where the Lead Plaintiff's direct participation in that rally was prevented due to misdirection by the Defendants.

135.   ***BRMT anxiety enhanced police powers operations*** - such as FBI Police sirens and pistol holster flap motions by FBI Police at FBI headquarters in Washington, D.C., as part of Defendants' overall intimidation practices during Lead Plaintiff's visit to deliver a FTCA complaint letter in accordance with Lead Plaintiff's First Amendment Right of Petition in late Summer 2005. This range of BRMT

enhanced intimidations began long before that specific episode. This practice has episodically been enhanced by Defendants for periods of time after Lead Plaintiff's commentary on such practices and/or their periodic suspension, such as by Defendants NYPD and PANYNJPD (Port Authority Police Department) from time to time since 2007.

136.   *Other coercive undercover police powers operations* – frustration induced by continuous street level disruptions, blocking, traffic accidents, being subjected to sequential serial speech blocks similar to those used to communicate during espionage operations, fire and ambulance calls, long sequences of loud noises such as revving engines and backfires, public transportation schedule misinformation, honey traps, blocking contacts online, fake phone calls with disparaging comments about family members or from fake family members, frequent reverses of visual messages, direct interference with personal interests including direct assignment of and denial of Lead Plaintiff's choices of personal, romantic, and sexual partners. All of which Defendants have amplified by simultaneous BRMT stimulation of the brain chemistry of anxiety at any time and place of their choosing.

137.   *Violence inducement attempts* – Defendants systematized infliction of pain while simultaneously engaging in provocative acts, language, and body language. Nearby undercover agents at times deliberately blow their covers by making themselves plainly obvious with non-verbal signals and/or deliberately disparaging and very specific personal remarks which few people would know.

138.    *Violence inducement attempts Mets game* - For example, Defendants' deliberately inflicted pain using BRMT at the Mets baseball game at Citi Field, New York City, on August 14, 2021.   During this two to four minute pain episode, undercover "fans" sitting in the immediate proximity engaged in easily identified tradecraft body language ranging from gaping mouths to legs stretched over rows of seats as this pain was inflicted to the Lead Plaintiff's outer ligament behind the left knee. This particular operation also included two induced sleep periods of Lead Plaintiff, during which Mets players were hitting base hits and the crowd noise from 38,000 fans would have been substantial. These operations have become a highly repetitive part of the Defendants' repertoire of violations against the Lead Plaintiff. The intent is to provoke some act against the undercover Defendants so their entrapment effort can be recorded as an assault against an officer, rather than what it actually is, the entrapment focused assault on the Lead Plaintiff.

139.    *Public transit disruptions* - include flipped bus schedules from the time of Lead Plaintiff's arrival in New Jersey until recent days when this practice was suspended, then reinstated, then varied, and so forth (see FTA Civil Rights letter at LP Evidentiary Exhibits page 445-446).

## I.    EVIDENCE OF DEFENDANTS' CONSCIOUSNESS OF GUILT

**Lead Plaintiff Has Been "Let In On" Sensitive and Secret Classified Technologies and  Programs**

140.    By way of example of the circumstantial evidence of BRMT program's origins within the Executive of Defendant United States, the Lead Plaintiff was shown

clear visual evidence of pulse jet technology used in flight in early 2008. To the best

of Plaintiff's knowledge, Defendant United States officially denies this technology

exists in its military inventory. However, this pulse jet's distinctive exhaust signature

would likely have been seen by some of the one million people in the greater Salt

Lake City, Utah region on that clear, sunny mid-winter day. Pulse jets display a very

distinctive toroidal (vertical donut shape) exhaust pattern unlike any other known

propulsion system used in the Earth's atmosphere. An analogous example is stealth

technology which officially did not exist from program inception in 1958 through

multiple generations of deployed aircraft until the F-117 stealth fighter was officially

acknowledged thirty years later in 1988, though it was repeatedly seen and reported by

airline pilots from soon after its 1981 deployment at Groom Lake, Nevada. These

kinds of signature acts have occurred with some regularity in recent years as the Lead

Plaintiff has become increasingly knowledgeable about the tradecraft used by

Defendants and includes other closely guarded information.

141.    Many more violations by Defendants against Lead Plaintiff will be

uncovered during dicovery. For example, records the Defendants will be required to

produce include records they forcibly but indirectly removed from the Lead Plaintiff

through various surreptitious means, and through manipulations of Lead Plaintiff's

personal computers by hacking. Paper records and receipts from 2010 and prior times

were removed using BRMT induced disposal, so the Lead Plaintiff was unable to

retain these original and unaltered notes and records of Defendants' misconduct. A

copy of a personal computer hard drive is also in the Defendants' possession and

cannot be accessed by the Lead Plaintiff to provide further evidence of violations.

**Routine Information Requests Stonewalled By Defendants**

142.    These fact patterns are very similar to independently documented

historical patterns of Defendants' practices. They include some of the Defendants'

refusal to even acknowledge valid FOIA and Privacy Act information requests by the

Lead Plaintiff; known and documented outright lies by other Defendants regarding

records of prior contact after furnishing direct acknowledgement of such contact; of

mail fraud and wire fraud by Defendants in their pursuit of evidence suppression and

destruction; interferences using wire fraud to defeat efforts to secure expert

attestations for the Court's benefit in evaluation the Lead Plaintiff's claims; and

information suppression and disinformation campaigns conducted against the Lead

Plaintiff as elements of their highly visible public effort to undermine and discredit the

Lead Plaintiff.

143.    For example, recent communications from Defendant NYPD states

they have absolutely no record or trace of the Lead Plaintiff in their information

system. See the "no information" Appeal Denial Letter dated September 15, 2021.

This is a clear and direct contradiction of NYPD's own communication on September

3, 2021. This is an obvious, clear element of the pattern of conduct demonstrated by

this Defendant and further presented in LP Evidentiary Exhibits pages 354-367 of this

Complaint. This type of "non-denial denial" is consistent with that of other

stonewalling Defendants in this matter. See also FBI response at LP Evidentiary

Exhibits pages 799-802, DOJ IG at LP Evidentiary Exhibits page 796, and FOIA recap

at LP Evidentiary Exhibits pages 508-541.

144.    This same proclivity to conceal information about malign operations

exists with other police powers and intelligence Defendants. See also the complete

stonewalling by other Defendants to Freedom of Information Act and Privacy Act pre-

litigation information requests shown at LP Evidentiary Exhibits pages 508-541.

Defendants CIA, Army, and NARA have never acknowledged Lead Plaintiff's FOIA

and Privacy Act requests, even though a formal acknowledgement is required by law.

Simply put, Defendants routinely stonewall information access. The clear intent of

Defendants is to evade accountability for their long-running violations of the

Constitution, federal and state RICO laws, the KKK Act, and other federal and state

statutes.

145.    These actions are also entirely consistent with the wire frauds and mail

frauds used by Defendants to stonewall efforts to contact neuroscience and other

relevant experts (see LP Evidentiary Exhibits pages 803-843), blocking of websites

with relevant developments in commercial brain-computer interface technologies, and

the diversion of efforts to communicate timely and accurately with federal courts in

Sacramento and Washington, DC.

146.    All these various frauds, communications blocking, misdirection,

failures to reply within their own established timeframes, and failures to comply with

FIOA and PA law, are simply more evidence confirming the Defendants' broad-based

consciousness of guilt and of their RICO conspiracy.

Prepared and Submitted by Lead Plaintiff under penalties of perjury. Executed

on December 29, 2022.

Dennis Sheldon Brewer, Lead Plaintiff and Pro Se Attorney

# Dennis Brewer

████████████████

Experienced leader and manager with strong executive and hands-on skills with livestock, produce, and other diversified agriculture and business development skills, ranging from farm to fork. Diverse experience base to draw from, having supervised operations, finance, logistics, information systems, and procurement team to 300 people and worked with much larger organizations as a consultant and consulting executive.

## CORE COMPETENCIES

- Engaged, hands-on leadership
- Program and project management
- Corporate restructuring
- Crisis management
- Sales and business development

- Strategic planning and implementation
- Cost control and resource allocation
- Business process reengineering
- Lean six sigma
- Supply chain planning and execution

## LEADERSHIP ATTRIBUTES

**High Emotional Intelligence**, overall score 133 of 155 possible, 99th percentile. - *Queendom.com Emotional Intelligence Test.*

**Pragmatic Leader**, a unique profile shared by 1-1/2% of population, *exceptional* executive. Extrovert, Intuitive, Thinker, Judger - energized by interacting with others, creative thinker, analytical and direct, well organized. - *Meyers-Briggs Personality Assessment.*

**Strategic Thinker**, Maximizer, Relator, Learner, Futuristic — natural, unteachable ability to see around corners, can establish likelihood of particular outcomes, views challenges as opportunities to transform, motivates and inspires others to excellence. - *Gallup Strengthsfinder Assessment.*

**Participative Leadership Style**, thoughtful and open. Entrepreneurial, fast paced action style. Creative, analytical, and focused thinking style. - *Korn-Ferry Personal Style Assessment.*

## PROFESSIONAL EXPERIENCE

*Ranching and Farming Experience*                                    *2010 - present*

*Chief Executive Officer*
*Sheldon Beef/Sheldon Foods 2020 to present*
*Winnett Perico 2010 - 2019*

- Established organic produce program with Walmart Stores
- Raised investor funds with leading Wall Street investment banker
- Developed organic grainfed beef program

- Built professional ag management, finance, operations, international logistics, information systems team.
- Developing advanced blockchain information system for tracking for cradle to harvest livestock tracking and health monitoring
- Developed relationships with protein sourcing staff at Walmart China, Costco, Kroger, Albertsons, and other retailers.
- Opened 2 sales office in China for protein sales to privately owned mid-size regional distributors and grocery retailers
- Ran pasture feeding and finishing program for family farm (1975-1990)
- Raised cattle, hogs, sheep, goats on family farm (1975-1990)

**Vice President, Managing Director**                                        *1996 - 2008*
**Establish (consulting) 2007 – 2008**
**Performa (consulting) 2002 - 2005**
**CNA Consulting 1996 – 2002**

- Engineered and executed high efficiency sales growth strategies for low cost access to multi-million & multi-billion dollar markets.
- Sold and managed projects from $50,000 to $40 million.
- Grew margins from 40% to 62% by improving project management processes.
- Led consulting, engineering, IT professionals, and support staff to record profits.
- Saved $7 million by reworking $22 million program, improving resource utilization by 157%.
- Saved $4.8 million, completed $7.2 million project for $2.4 million using innovative business processes and software system, improving resource utilization by 300%.
- Reengineered supply chain planning and execution, selected APS software, improved logistics operations cost and efficiency by up to 35%.
- Integrated information systems, performed Oracle database, ERP, and SAP ERP projects, improving IT and operations efficiency.
- Directed client QA review after loss of three $70 million satellites, eliminating failures.
- Developed new, and extended life of existing, 100,000 s.f. to 1,500,000 s.f. client facilities.
- Saved facility capital costs, for example, $6.5 million (67%) for distributor, $8 million (20%) for aerospace company, by reengineering programs.
- Typical clients - Boeing, Sony, Panasonic, Maersk, Nikken, PPG, Hughes, and Starbucks.

**Chief Operating Officer**                                               *1986 - 1996*
**Pacific Pipeline (media distribution) 1994 - 1996**
**PAN Environmental (diversified environmental services) 1993 - 1994**
**Alliance Environmental (abatement environmental services) 1990 - 1993**
**LaserAccess (mainframe integrated hardware/software) 1986 – 1989**

- Crisis managed computer hardware/software company through startup restructuring, refinancing, and successful sale to multinational for 320% return to shareholders.
- Managed environmental services companies through financing stage.
- Led media distribution company through lean restructuring, adding 16% to profits.
- Took over troubled ERP software implementation and managed to completion.
- Implemented six sigma process control to improve inventory accuracy to 99.999%.

- Reduced order to cash cycle times, improved cash flow by 3 to 30 days.
- Typical clients - Barnes & Noble, Borders, Costco, Alaska Air, and Northwest Airlines.

*Manager, Deloitte (consulting)*                                              *1979 – 1986*

- Led consulting team, replaced corporate ERP system for 186 branch, $1.2 billion dollar sales Fortune 500 subsidiary to support its turnaround.
- Sold and delivered performance improvement programs and projects, including strategic planning and organizational effectiveness; information technology selection and implementation; activity-based costing and scheduling, saving 15% to 27%.
- Restructured financial services company operations, credit, derivatives, credit examination, and internal audit, to improve risk management and profits.
- Typical clients – Farm Credit Banks, FDIC, numerous banks, Amfac, Hilton, and Westin.

## EDUCATION, CERTIFICATION & BOARD EXPERIENCE

MBA, Washington State University, 1979.
BA, Business Administration, Washington State University, 1977.
Certified Public Accountant, 1980 – 1987.
Financial Services Industry Specialist, Deloitte Haskins & Sells, 1983.
Chairman, Director - Boards of three midmarket and one tech company, 1983 – 1995.
Washington Chair, National Director - AeA (high tech trade association), 2001 – 2003.
FAA certified Private Pilot, 1975.

*Elite*

Your Detailed Personality Report:
**Test Results and Analysis**





## Preface

Dear Denny,

Our test is currently one of the most comprehensive analyses of your personality by any online matchmaking Service. Based on your input we have created your personalized profile and compared it with other EliteSingles members. This is particularly useful since it allows you to gain a better picture of what it is that makes you an individual.

In addition to basic personality traits (The Big Five), the test takes into account your personal interests, values, and attitudes. It then evaluates these against your emotional outlook and takes into account your unique relationship requirements.

Based on all these key data points, we calculate a range of potential partners for you. Furthermore, we do these calculations each and every day you are a member of our site, ensuring you have the most up to date selection of ideally suited matches.

Your personal feedback, however, relates exclusively to the main personality dimensions, the so-called Big Five:

1. Conscientiousness.
2. Agreeableness.
3. Openness to experience.
4. Extroversion.
5. Neuroticism.

Our five factor approach is one of the most established personality models currently available in the field of scientific match making. It allows us to evaluate as well as differentiate between the multitudes of personality types which exist across the broad scope of humanity, thus we are in a unique position to find you the perfect partner through our scientific approach.

This models early development was based on the lexical approach which was first used back in the 30's. After a successful initial trial, the model was developed further and was broadly adopted across the scientific community. The basic idea is simple, personality characteristics that are particularly important in everyday life, can be represented linguistically. Therefore the most important personality traits should be represented in the lexicon of a language in the form of descriptive words. After evaluating hundreds and thousands of people, five main factors emerged again and again: the Big Five. Consequently, the personality of individuals can now be virtually mapped and construed in terms of these five dimensions. There are, of course, degrees of variance within humanity. Some people may fall within the outlier ranges of a standard bell curve. These higher and lower positions should not be viewed or classified in terms of good or bad and should instead be interpreted as indicators of one's character. Your character is as multifaceted and complex as your genetic code and no test yet designed can completely convey the full scope of this intricate construct. We do however feel that our test offers an excellent indication of compatibility between two individuals.

Each personality trait has, in its various forms, specific advantages and disadvantages in terms of human experience and behavior. It is advantageous for us to be aware of these differences in order to better understand ourselves. If you leverage your own strengths and deal carefully with your individual weaknesses, then it stands to reason that you can greatly improve your life. This awareness also underpins our understanding of the actions of other human beings.

LP Evidentiary Exhibits Page 000194                    10/05/2022



# Table of Contents

| | |
|---|---|
| Preface | 2 |
| Table of Contents | 3 |
| The Big Five and their meaning | 4 |
|   Conscientiousness | 4 |
|   Agreeableness | 5 |
|   Openness | 5 |
|   Extraversion | 6 |
|   Neuroticism | 6 |
|   The formation of a personality | 7 |
| Your personality profile | 8 |
|   Conscientiousness | 8 |
|     Tidiness | 9 |
|     Sense of duty | 9 |
|     Ambitiousness | 10 |
|   Agreeableness | 11 |
|     Social awareness | 12 |
|     Interpersonal warmth | 12 |
|     Need for harmony | 13 |
|   Openness to Experience | 14 |
|     Aesthetic sense | 15 |
|     Thirst for knowledge | 15 |
|     Curiosity | 16 |
|   Extraversion | 17 |
|     Sociability | 18 |
|     Social skills | 18 |
|     Hunger for experience | 19 |
|   Level of Neuroticism | 20 |
|     Anxiousness | 21 |
|     Impulsiveness | 21 |
|     Vulnerability | 22 |
| Conclusion | 23 |

LP Evidentiary Exhibits Page 000195

10/05/2022



## The Big Five and their meaning

The Big Five are the major personality dimensions previously discussed, to recap, they are:

1. Conscientiousness.
2. Agreeableness.
3. Openness to experience.
4. Extroversion.
5. Neuroticism.

It is a widely held belief that the personality of each person can be outlined extensively through individual analysis of these five dimensions. In psychological science, the Big Five are one of the most established models for identifying and differentiating between personalities.

The popularity of these five dimensions is due, among other things, to the fact that they are very stable, capturing wide areas of your personality in a very economical manner. This means that the individual characteristics within the five dimensions do not vary much over one's life span, analogous to your personal interests or preferences. The fact that the model allows you to describe a person's personality in terms of just five factors is also a testament to the elegance of this approach.

It should be noted that each of the five factors individually cover a very wide range of personalities. The model is composed of heterogeneous constructs that can be described more comprehensively when considered separately in sub-factors. For example, we can split the 'neuroticism' dimension into sub-elements, such as

## Conscientiousness

It is a working day. You've had breakfast, dressed and are now ready to start the day. How will you tackle the tasks that lie ahead of you? Some people prefer to work with a specific plan, with set priorities and precise time-frames for what should be done and when. Others prefer a less regulated daily routine. They approach a task with as much imagination as organisation and are willing to improvise, in order to satisfy their urge for creativity. How do you feel about organisation? Do you follow a disciplined, set path to achieve your goal or do you spontaneously decide which route takes you through the day?



## Agreeableness

This dimension describes our interaction with others. The way we convey our emotions, beliefs and ideas to our fellow human beings is determined by our cultural background, our education and on some days, simply by on which side of the bed we got up from in the morning. Some people are particularly considerate and neglect their own interests in order to accommodate those of other, while some believe that everyone is responsible for themselves. For people with this attitude, strength of character and independence are very important. They assume that it is best when others are able to look out for themselves.

## Openness

How strongly do you hold on to the principles and expectations which guide your behavior and thoughts? Some people remain consistent in their ideas and expectations, regardless of whether or not they are on familiar ground or treading new territory. They are certain that everything functions on the same basis, each and every day. For others, new approaches to old problems are a fresh and welcome wind in their sails. These people are particularly open to new ideas, for throwing out old stereotypes and can hardly wait to suggest new directions and enter into unknown waters.



## Extraversion

Now and then you would prefer some peace and quiet and for the phone not to ring and to forget the outside world. However, the next day you are busy messaging all your friends, busy at lunch and doing everything possible to make plans for the evening. Our level of extraversion is a variable one: perhaps it depends on the phases of the moon or on what you had for lunch. Your desire for solitary or social time is rooted deeply in your personality. Some people are happy whether alone or in a group, whereas others really need of company and cannot stand being home alone or the phone not ringing.

## Neuroticism

We are born with the ability to feel intense emotions. Experiencing a multitude of different emotions throughout the day is all part of the human condition. We are all familiar with feelings of fear and joy, sadness and anger, as well as shame and envy. To what extent do we control our emotions and when do they control us? How much you are influenced by your emotions is strongly influenced by how pronounced your personal satisfaction is as well as how you interact with others. Do you always have your emotions under control, so that it remains in harmony with your will? Or do you give into your emotions, so that they affect your behavior?



## The formation of a personality



From the descriptions of the Big Five dimensions in the previous chapter, it is clear that they are very useful in determining the characteristics of personality and how people differ from one another. Due to the fact they are very broad constructs, each of the five factors can once again be divided into different sub-factors, so-called facets. In this report, we have selected three particularly significant facets for you and described them in detail. For example, sociability, social competence and hunger for experience are crucial facets of the extraversion dimension. As the graph on this page demonstrates, however, the personality of a person is more than the sum of the individual dimensions and facets. It is also, or especially, the complex interplay of individual traits, which in its entirety determines the individuality and uniqueness of every human being. In the next chapter you will find some explanations regarding your individual personality profile. The descriptions allow you to gain a better picture of your personality structure.



## Your personality profile

The following gives you a personal feedback on your Big Five profile, that indicates your relative positioning compared to others for each personality dimension. Each chapter consists of a description and explanation of your individual positioning for the respective personality dimension. Through this analytical approach you get a deeper and more scientific insight into how your personality is constructed, and how this may impact your life.

## Conscientiousness



For you it is important to have solid and reliable structures in life. Your believe that order in life already wins you half the battle. Whether it comes to your home, your finances, your job or your leisure, you feel good when things are going in well-ordered and planned paths. Your social circle appreciate you as a hardworking, orderly person. You always choose your words carefully, and mostly take obligations towards others very seriously. When it comes to organizing a party, getting a suitable gift in time or booking the group vacation, you are always the right person. Your schedule is always maintained, and you do not feel really comfortable without one. At work, you are usually very committed. You appreciate a framework in which you can shine with your qualities, and like to work effectively with a clear goal.



## Tidiness

You like to tackle things systematically. It gives you a sense of security to know where the last account updates are, when you should plan a weekend to write your tax return early, and what to get for next week's shopping. Unannounced visitors will rarely find you in a messy home, if you would grant them entrance at all under such circumstances. In your social circle, you are appreciated for your reliability and conscientiousness. People who entrust you with a task can safely trust that everything is done on time. You often will be tasked with organizational matters with lots of details because everyone knows you will keep track. Professionally you will find people with a strong love of order in areas that consist of planning and organization. Your ability to systematically develop a goal facilitates well-planned, strategic action. Administrative activities and tasks that place high demands on coordination, are easy for you to handle.

## Sense of duty

You have a high degree of conscientiousness and usually follow your principles and moral values. For you it is a matter of course that your counterpart has to be as reliable a partner as possible. You rethink your actions and possible consequences very carefully, because you find it very difficult to forgive yourself any mistakes you make. Reliability and loyalty are valued characteristics of your personality. Other people often notice your prudence. It rarely happens, that you say things that sound funny or provocative in the ears of others. You choose your words very carefully and your arguments are always very considered. Professionally, you feel comfortable in areas in which you can shine with your strengths. You enjoy taking responsibility and like to have enough space to consider all the steps carefully before you approach a goal. Diplomacy when dealing with others is not difficult for you as it is part of your nature and you are well suited to tasks where this skill comes into play.



## Ambitiousness

Since you are a person who likes to drift along with your spontaneous ideas and moods, you hate most routine activities. However, you still do them when it is absolutely necessary. You do not find it hard to clearly distinguish between necessities and the things that you can defer. If falls into the latter case, you can easily occupy yourself with something that is so much more exciting. Your social circle know you very well. All have become accustomed over the years that you find it difficult sometimes to focus on goals. You might find yourself needing to prepare for an appointment so that you are not ending up under time pressure again, but if it's sunny you'll be more likely to decide to spontaneously meet up at the lake with your clique to enjoy the weather under a cloudless sky. Professionally, it's nice for you to have lots of space for your own ideas. You don't mind to occasionally get lost a little on the way to the goal. Rather, you very often see the path to the goal as the goal itself and can therefore enjoy all the opportunities for rest and enjoyment on the way. A good balance between work and leisure is important to you.



## Agreeableness



within the average

rather cautious          quite compassionate

cautious          compassionate

60% of the population are more cautious          11% of the population are more compassionate

In your life you maintain strong relationships with many people. You really love to interact with others and to get close to them. For you it is important to know the concerns and needs of others, and if necessary, to offer them counsel. In your environment, you are considered an extremely friendly and affectionate person. You can put yourself and your needs well behind other concerns in terms of priorities. You rarely get to the point of arguing with someone, because you are always trying to understand their point of view first and foremost. Those around you describe you as peace-loving and as someone who can easily accept the perspective of others. Professionally, people with your characteristics and mind-set often work in social areas where it is important to care for others and to contribute towards their growth and progress. Additionally, it is important for you to work with people who like to communicate and support each other emotionally.



## Social awareness

You are emotionally close to many people in your life. For you, it is always very rewarding to devote yourself fully to another human being. You like to spend time with someone who just needs closeness, you listen to someone who wants to discuss a problem and help through loving gestures and deeds. In your social circle you are known to be the supporting rock for many in turbulent times. You offer your help and this is also often accepted as people feel safe with you. People who, like you, have strong altruistic traits, often take up caring professions. In this area you can fully realize your desire and talent to stand by and help your fellow human beings. But, many people with a similarly strong social consciousness also feel very much at home in educational occupations.

## Interpersonal warmth

You love to enrich your life by being close to other people. You enjoy learning what motivates others, and how you can help them in one situation or another. You feel in your element when the interaction is characterized by a high degree of intimacy. Your social circle knows you as a warm, curious person who has an open ear for all people. Your friends and family place a lot of trust in you because you are always very trusting of others. This positive attitude towards yourself and others radiates outward and gives the people in your environment security and strength. Your colleagues often admire your tendency to always understand the intentions of others positively, and to offer support in seemingly hopeless cases. To you it is just as important that the people around you do well, and that they also feel good.



## Need for harmony

The welfare of other people is very important to you. You frequently agree with the ideas of others and can subordinate your own wishes for the good of a larger whole. You mostly try to avoid confrontations with your partner, as you consider them to be too exhausting and often unnecessary. In your personal life you are known to very rarely lose your temper or start a quarrel. Rather, it is observed that you can adapt to the situation and are anxious to keep the peace. It is important for you to be liked and to make your family and friends happy. People with similar qualities to you prefer professions where their strong collaboration and teamwork skills can come into play. These people are in fact very motivated, are always able to understand the perspectives of others and find it very important to deal with it respectfully.



## Openness to Experience



You are an adventurous person who can look forward to a new orientation in both your professional as well as your private life with open-mindedness. Your healthy curiosity has you always on the lookout for new challenges. You love diversity, change and inspiration. In short: you are trying to discover unknown impulses and integrate them into your own life. In your circle of friends you are well known for your varied interests. You are open to any kind of cultural events, and happy if you can take a ticket from one of your friends spontaneously who is unable to make it. You also love to read and strive to further educate yourself in an as diversified way as possible. Work colleagues often enjoy your creative ideas. They love working with you because with your open style you often contribute to a comfortable and relaxed work environment.



## Aesthetic sense

You are a creative person who is especially interested in, and inspired by, music, art, drama and literature. That is why aesthetic experiences are often in the foreground in your spare time. You often like to get creative or treat yourself to a visit to the theatre or an art exhibition. Clearly art and creativity play a significant role in your life! Your enthusiasm for the arts makes you a person full of zest for life. You visit cultural events to get fresh ideas and inspiration together with your friends and family. You tend to incorporate some of these into your own private life. Depending on the situation, you sometimes show off your artistic talents. In your career you look forward to new and interesting events with an open mind. Your colleagues appreciate your ingenuity. With your strong imagination, you arouse their curiosity for creative and individual ideas. You are always welcome into a discussion at work, because you enrich the team in very creative ways.

## Thirst for knowledge

You are an intellectually curious person who is always looking for new information and insights. You just cannot get enough of a topic that really interest you, so you have already developed into an expert in some areas. Your enthusiasm for intellectual topics ensures that in your social circle that you can engage in conversation and participate in discussions with many interesting people. Whether family, friends or colleagues, you can always be relied on! If other people need a piece of advice, you try to solve an issue or explain it with your experience and your expertise. You often convince your friends and acquaintances to look at the bigger picture beyond their own narrow view to enhance their own perspective. People who are as eager to learn as you, usually have intellectually demanding jobs. This will enhance their own skills. If you encounter unexpected problems in your job you quickly grasp the key issues, and identify the right solutions so that the same problem doesn't occur a second time.



## Curiosity

You are a very deliberate person who cannot be inspired by a new idea immediately, but you are in principle open to innovative changes. You are not a person who acts according to a strict all-or-nothing attitude. For you, there are many more steps. You weigh new and long-standing proclivities against each other and as a rule decide for a mix that best harmonizes with your current lifestyle. Friends appreciate your open mind to new things just as much as your passion to hold on to a certain routine or plan now and again. You are open-minded and always willing to get involved in a spontaneous meeting or new activity now and then. You incorporate foreign things into your private life as soon as you see it as a valuable asset. This balance between your desire for new information and the joy of a certain routine and regularity brings one major advantage: you are very flexible when it comes to dealing with various situations and demands.

10/05/2022



## Extraversion



within the average

quite introverted

quite extroverted

introverted

extroverted

You are here

60% of the population are more introverted    11% of the population are more extroverted

You have an above average sociable and active person who can deal well with social situations. You do not find it difficult to get into conversation with others, even if you are meeting them for the first time. Consequently, you are always happy to receive invitations from friends and like to go to parties. Even if you are not a person who always likes to be in the spotlight, you feel very comfortable in groups and very rarely like to be alone. You are one of the supporting pillars of your circle of friends, and a driving force when it comes to organizing anything together. Your friends appreciate your open and cheerful manner, your spontaneity and your friendliness, but they also respect that you sometimes want to withdraw. This makes you equally authentic as you are likable. In the professional environment you are clearly a team player and it is important to you to have a lot to do in your daily work with people. With customers and colleagues you are very much appreciated for the openness, optimism and energy with which you approach the tasks ahead.



## Sociability

You usually love to meet with all kinds of different people. You feel very comfortable in large groups and there is hardly a party where you have not talked with most of those present at least a little bit. Your friends know that you tend to disappear quickly at events you visit together to give your attention to as many people as possible. As soon as you walk into a room filled with people, you tend to flourish. You usually exude a happiness that is irresistible and makes people want to talk to you. You very rarely experience awkward pauses in conversations, since you usually think of something funny or interesting to contribute to the conversation. Professionally, people that are as sociable and communicative as you, are best in a job where the can do approach is immensely important. Whether you are active in a variety of positions within sales or whether you are employed in a PR department, people with your qualities need a daily interaction with many people. You excel in this dynamic.

## Social skills

You enjoy maintaining as much contact as possible with other people. You really blossom if you can talk to a large group of people. You don't mind if you are the center of attention, because you can talk about many fascinating subjects, and are always able to make people laugh. In your circle, you are known as the one with the brightest smile who can liven up or diffuse almost any situation with a joke. You make it easy for others to feel comfortable in your presence because you have a confident and charming nature, which makes it easy for you to maneuver yourself through some trickier situations. People like you have strong social skills and are often suitable for leading positions. This type of position suits you, as it gives you great pleasure to interact with all parts of a team, and to always be well informed. To communicate this knowledge and your own thoughts in an easy to understand way is a joy for you and your greatest talent.



## Hunger for experience

You have a happy medium between action and the need for rest. There are days when you are bursting with zest and no adventure can be exciting enough, and there are days when you get home, and you are totally wrecked. You are neither seen as excessively risk loving or changeable, nor as calm and restrained. Your hunger for experiences depends entirely on your mood. Likewise with your friends you are enthusiastic about most things, but do not always have to participate in everything. Your friends mostly respect your need for retreat, as your need for balance makes you more authentic and personable. You will also sometimes agree to spontaneous and crazy ideas, but also like long-term proper planning. In the professional environment, there are also days where even a wide variety of tasks cannot spoil your mood. On the contrary, you will appreciate the variety and tackle the work with gusto . However, you tend to prefer it if you know about those busy days in advance and can prepare for it.



## Level of Neuroticism



within the average

rather emotionally stable                    rather sensitive

emotionally stable                    sensitive

**11%**   **29%**   **20%**   **29%**   **11%**

You are here

89% of the population are more sensitive

Compared to other people you have an exceptionally high resistance to stress, and thus have the ability to view and evaluate emotionally stressful situations rationally. Whether ongoing daily stress or exceptionally high emotional stress, you are able always to keep a cool head. You grab hold of challenging situations of any kind and act in a constantly calm and wise manner, without getting out of balance. Your social circle sees you as the proverbial rock and therefore perceives you as very balanced, dependable and confident. Your rational point of view, regarding either your own issues or those of others, can be perceived by outsiders maybe as lacking compassion. But, those who know you better know how to interpret your behavior properly and to appreciate both your advice and your rationality. At work you are valued for your high resistance to frustration. Your inner peace makes you a reliable contact person who enjoys the confidence of his colleagues. As an emotionally robust person you are very welcome in occupations in which your fellow human beings can count on you even in stressful situations.



## Anxiousness

Where others are quickly pulling their hair out, you keep a cool head. You are calmness personified and are characterized by a special serenity that is the envy of many people. In most situations, stress is a foreign word for you. Something really out of the ordinary has to happen to make you sweat. Full of confidence, you look to the future, as you are a stranger to fearing the coming day. Your social circle regards your steadfastness as almost legendary. No matter what happens, you come across as balanced and relaxed. Due to your confident nature people like to trust you with sensitive issues, as your optimism is contagious and a pleasant counterpoint, especially for anxious people. However, do not be surprised if some of your fellow human beings can not understand how you can stay constantly so calm. At work you hardly let yourself be disturbed by hectic phases. Your high frustration tolerance enables you to also ignore additional work or failures. There is simply no reason for you to be upset unnecessarily. You take things calmly and that's a good thing - anxiety and stress only affect your quality of life.

## Impulsiveness

As an extremely laid back person, you often question why some people lose their temper so quickly. Even on bad days you are calmness personified. On the rare occasions when you do lose your temper you do not you find it difficult to maintain control. If something goes wrong in your life you don't immediately blame others, but rather optimistically look for a solution to the problem. Other people appreciate your rationality and admire your composure. You don't really have outbursts of anger and you tend to forgive yourself and others for any small errors. Your motto is: focus on the solution and not the problem! Needy friends and family members turn to you happily because you radiate peace and optimism. In your job you create a pleasant working environment with you optimistic outlook. Colleagues are not afraid to discuss critical issues with you, because you always remain objective and deliberate. Moreover you do not take criticism of your work as an insult, but deal with it constructively.

10/05/2022



## Vulnerability

While others can quickly lose their cool in difficult situations, you have your emotions well under control. Even major challenges cannot discourage you very easily. You do your best and get along well with setbacks. You realize that life is full of chances and opportunities. Since you do not weigh up every word that people say to you, you seldom feel misunderstood or marginalized. Your social circle appreciates this, because socializing with extremely sensitive people can sometimes be exhausting. You definitely do not belong to this category, as you don't feel as much affected by embarrassing social situations as others. You simply take things with humor and are able to laugh at yourself. You approach your work with confidence and do not despair, even with a heavy workload. You know what you can do and are almost always able to cope. Even if you don't always get along with some colleagues, you never have the feeling that this will negatively impact your work. If there are problems, then you make your point clear, so that there are no misunderstandings.



## Conclusion

Each personality trait has its advantages and drawbacks in terms of their effect on ones own experience and behavior. Consequently, there is no such thing as a good or bad profile. The interaction between individual personality traits often has more of an effect on our interpersonal relations than the sum of their parts. This rich diversity is responsible for your uniqueness.

Contrary to previous assumptions, your personality is not set in stone at the end of childhood. Current theories, such as the Big Five, suggest that personality characteristics are highly genetic, but environmental factors also have an important role to play in there development.

Metaphorically speaking, the personality of each individual develops like a tree, starting with the familial roots and then later forming new shoots and branches as required. However, basic characteristics do emerge over the years, forming into a solid base which remains relatively constant throughout our lives.

In relationships terms, it is the similarities between partners that determines the quality and stability of a couples bond. For this reason, we at EliteSingles pay very close attention to proposing partners that compliments you best in accordance with the Big Five dimensions. We match you with the person you are theoretically most likely to have a long and happy relationship with. The scientific factors that account for the spark between partners, remains one of the great mysteries of love, even for scientist who have been studying the topic for decades. The only way to find out whether or not you and your match have this chemistry is communicate with them via our "getting to know" messaging function or by agreeing to go on a few dates. We wish you all the best in this exciting journey and hope you enjoy the adventure!



# Your Brain Health Assessment Report

BY DANIEL G . AMEN, MD

brainMD

# Table Of Contents

**ABOUT THE BRAIN HEALTH ASSESSMENT**

A Note From Dr. Amen

**YOUR BRAIN TYPE**

What Your Brain Type Says About You

**YOUR BRAIN FIT SCORE**

What Your Brain Fit Score Says About You

Your Brain Fit Score Explained

Brain Health

Sleep

Memory

Executive Function

Inner Peace

Mood

Flexible Thinking

**YOUR PERSONALIZED ACTION PLAN**

Quick Recommendations

Brain Healthy Nutrition

Brain Supporting Supplements

**CONCLUSION**

**10/05/2022**



# About The Brain Health Assessment

## A NOTE FROM DR. AMEN

Thank you for taking the time to complete the Brain Health Assessment! You've just taken a BIG step toward optimal wellness and brain health. One of the unique aspects of our work at Amen Clinics is the use of brain SPECT (single photon emission computed tomography) imaging. SPECT measures blood flow and activity in the brain and allows us to provide patients with targeted treatment plans. Sadly, due to time or resources, many people are unable to get a brain scan at one of our clinics.

If that describes you, don't worry. The test you just completed is the next best thing to getting a scan. My colleagues and I developed the Brain Health Assessment to help predict what your brain might look like if you got a scan.

Based on the world's largest database of brain scans related to behavior (160,000 and growing), this quiz helps to determine your Brain Type – we've identified 16 unique Brain Types. Knowing your Brain Type can help you understand more about how you think, act, and interact with others.

Please carefully read through this report, which contains a wealth of information related to your specific Brain Type. In the following pages, you'll find recommendations for the best diet and supplements for your Brain Type, as well as many practical tips for improving your brain health.

Over 2 million people have already taken the Brain Health Assessment, and versions of the test are used by thousands of medical and mental health professionals around the world. We're excited to partner with you on your journey toward better brain health!

In your service,

**Daniel G. Amen, MD P.**

*P.S. Since this is based on self-report, if your results seem a bit "off," I often suggest that you have someone who knows you well, and whom you trust, answer the questions for you to see if he or she concurs with your results. Sometimes even the healthiest brains have areas that need improvement! Also, it's a good idea to retake the Brain Health Assessment in 6 months to track your progress!*

# Your Results Are IN!



## BRAIN TYPE

## WHAT YOUR BRAIN TYPE SAYS ABOUT YOU

The SPECT scans of individuals with Brain Type 1 typically show full, even, symmetrical activity throughout the brain, with the most activity in the cerebellum—one of the brain's major processing centers. People with Brain Type 1 tend to live longer because of their high level of conscientiousness. They have what we call a "Balanced Brain."

They do what they say they're going to do. They show up on time and follow through on tasks they promise to get done. They're the reliable type of person that you can depend on.

Typically, they don't like taking big risks, nor are they first adopters to new technology. Although it's possible, they're not likely to be entrepreneurs or industry disruptors. Instead, they like rules and tend to play by them.

**One Is Not Done!**

Although Brain Type 1 is the optimum Brain Type, if you don't use it, you lose it, so you have to keep it healthy.

# Your Brain Fit Score is 85.

## WHAT YOUR BRAIN FIT SCORE SAYS ABOUT YOU

Bravo, brain warrior! Your brain is great shape but there's always room for improvement. See our suggestions below for how to keep your Brain Fit Score on the high side.



## YOUR BRAIN FIT SCORE EXPLAINED

Your Brain Fit Score ranges from 0-100. We've generated your unique Brain Fit Score using your responses to the questions in the Brain Health Assessment. Your Brain Fit Score is based on seven categories: *Brain Health, Sleep, Memory, Executive Function, Inner Peace, Mood, and Flexible Thinking.* Like your Brain Type, your Brain Fit Score is variable.

LP Evidentiary Exhibits Page 000221

# Your Action Plan

## A BETTER BRAIN STARTS NOW.

Improving your brain health is the most important thing you can do for overall health and happiness.

Remember, small changes yield big results (especially when it comes to your brain health!), so start right where you're at. You can dive in headfirst or start a little slower with one change per week.

### REDUCE STRESS

Chronic stress releases hormones that can kill brain cells. Incorporate hypnosis, meditation, and other stressreducing activities.

### PHYSICAL WORKOUTS

Strengthen your body to boost your thinking, memory and focus, and reduce the risk for age-related cognitive decline. Walking, lifting weights, coordination/balance exercises are good options.

### SET GOALS & TRACK PROGRESS

Define what motivates you to want to change and refer to it everyday. One of the best ways to do this is to journal your progress. It will keep you on track and headed in the right direction.

### MENTAL WORKOUTS

Your brain is like a muscle. The more you use it, the stronger it gets! New learning and brain games can help.

START TRAINING >>>

### STRENGTHEN YOUR MIND

Explore and utilize the powerful resources of meditation, hypnosis and music audio recordings, as well as exercises to help you maintain control over your thoughts and focus on the positive aspects of your life.

### BUILD A COMMUNITY

Spend time with people who inspire, encourage and challenge you. Doing so will create a stronger social support network that will elevate your own personal success!

## BRAIN HEALTHY NUTRITION

Your brain is the most energy-hungry organ in your body, using 25% of the calories you consume. One of the quickest ways to achieve better brain function is learning the right foods to choose and which foods to lose. Eat right so you can think right!

  

**Dietary Recommendations:**

Your Type 1 brain needs a diet that is well-balanced between high-quality proteins, complex carbohydrates, and healthy fats. This nutritional approach will support balanced blood sugar and mood, help you maintain focus and motivation, and provide the necessary building blocks for optimal brain health.

- Proteins: wild fish, pasture-raised chicken, turkey and eggs, bison, legumes, etc.
- Healthy Fats: olive oil, MCT oil, avocado oil, ghee, coconut oil, avocado, nuts and seeds.
- Carbohydrates: Focus on low-glycemic, high-fiber, unrefined, and organic sources.
- Vegetables: 6-10 servings per day by adding them to meals whenever possible.
- Whole fruits (avoid sweetened dried fruits and condensed fruit juice): 1-2 servings per day
- Gluten-free whole grains(wild/brown rice, quinoa, buckwheat, millet, amaranth, gluten-free whole oats, and teff): 1-2x per day
- Drink at least half of your body weight (lbs) in ounces of filtered water each day.
- Try the delicious, brain-healthy recipes and follow the eating and lifestyle tips from Tana Amen.

## BRAIN SUPPORTING SUPPLEMENTS

The addition of brain-directed supplements will support your physical and mental energy levels, making it easier for you to follow a brain-healthy program every day.

**Dr. Amen recommends the following supplements for Brain Type 1:**



**Brain and Body Power,** which includes:

* <u>NeuroVite Plus</u> – a comprehensive, powerful multi-vitamin/mineral complex

* <u>Omega-3 Power</u> – a highly potent and ultra-purified fish oil

* <u>Brain & Memory Power Boost</u> – our unique formula to support blood flow and connectivity in the brain/li>



**ProBrainBiotics:**  a brain-directed probiotic, because the health of your gut is essential to the health of your brain

**To see these and additional supplements Dr. Amen recommends, click below to visit your brain type page on BrainMD.**



# That's A Wrap!

Thanks again for completing your Brain Health Assessment and for caring about your brain health. Please remember that we at BrainMD, Amen Clinics, and BrainFitLife are always here to support you.

## MEDICAL DISCLAIMER

This assessment (the Brain Health Assessment, or BHA) is the result of years of practical experience and clinical research. The results, by necessity, are of a general nature and should not be viewed as a substitute for an evaluation or treatment by a competent medical specialist. Self-report assessments have advantages and limitations. This assessment is intended as an information and education tool for you and your loved ones and is not designed to replace your healthcare provider's professional judgment regarding your health. Always discuss any recommendations with your personal physician. This assessment is not intended to diagnose, treat, or cure any medical condition. Please work with your healthcare provider to determine potential treatment(s) for your specific medical condition(s).

# STRENGTHSFINDER

## START WITH TALENT; FINISH WITH STRENGTH

A Brief Overview of Talent Discovery and Strengths Development

**Strength.** Sounds good, doesn't it?

Who wouldn't want strength?

As you might expect, strength is the desired outcome of strengths development. But exactly what *is* a strength? What are we striving toward?

When you see a strength in action, you see a person's ability to consistently provide near-perfect performance in a specific activity.

When you see him or her perform that activity, you think, "She makes it look so easy!" or "He's a natural!"

How can that be? How can they so consistently perform with such excellence? The answer is simple: It *is* easy for her. He *is* a natural.

Each is performing at such a high level simply by building upon how he or she most naturally thinks, feels, and behaves: their greatest **talents.**

As unique individuals, we each have our own special ways of successfully approaching the people and events in our lives. And our greatest talents are always there for us. We instinctively use them in almost any situation.

> *An inner drive to compete,*
>
> > *sensitivity to the needs of others,*
> >
> > > *an inclination to notice patterns, and*
> > >
> > > > *the tendency to be outgoing at social gatherings are good examples of talents.*

For some of us, our talents make us great Relators or Arrangers. Others have tremendous talents in Adaptability or Belief. Look closely at your friends, family, and coworkers. You will see exceptional Learners, Activators, and Includers, and amazing talents in Ideation, Responsibility, and Developer.

Within our natural selves, we each hold extraordinary potential.

Of course, the first step toward fulfilling that potential is to discover our greatest talents. That's where StrengthsFinder comes in.

You've probably already sensed that this assessment is not just another personality test. That difference is certainly no accident. In fact, the idea behind the assessment is quite contrary to the focus-on-negatives approach that has long prevailed in our society.

In the early 1950s, Donald O. Clifton, who would go on to be named the "Father of Strengths Psychology," noticed a major problem: The field of psychology was based almost entirely on the study of *what is wrong* with people. He wondered if it would be more important to study *what is right* with people.



**See page 8 for full theme descriptions**

# STRENGTHSFINDER

So, over the next five decades, Don and his colleagues at The Gallup Organization took a very close look at the talents of highly successful people, focusing on the positive instead of the negative. Millions of in-depth interviews were conducted to determine the most natural thoughts, feelings, and behaviors of "the best of the best."

They quickly discovered that our talents do more than make us unique individuals. When we follow our talents - the ways in which we naturally think, feel, and behave - they also serve as our best opportunities for true excellence.

To help you discover your greatest talents and build toward strengths, Don and his colleagues created StrengthsFinder.

During your assessment, you gave top-of-mind responses to a wide variety of paired statements. Those instantaneous responses are valuable information. Why? Because they are clues to your talents in 34 areas directly connected to success in any role, whether at work, at home, or in the community.

StrengthsFinder has measured your talents in those 34 areas, or "themes." Now, to point you in the right direction, it presents you with a report of the five areas in which your greatest talents are found. And to help you further discover your talents, it provides full descriptions of those areas, along with "sounds likes," which are examples of what people with talents similar to yours might say. You will find your personal top five report and brief descriptions of the 34 talent areas measured by the assessment in the pages following this introduction.

Of course, your "top five" are just a starting point as you move from the potential of talent to the excellence of strength in action. Along the way, you can find many opportunities for discovery and development in your relationships with family members, friends, and colleagues.

If want to share that experience with the most important people in your life, or if you simply want to learn more, consider the latest book from the coauthor of *Now, Discover Your Strengths*. The book, **How Full Is Your Bucket?** reveals how even the briefest interactions affect your relationships, productivity, health, and longevity, and it **a one-time-use StrengthsFinder ID code.**



**NEW: How Full is Your Bucket?**
*Positive Strategies for Work and Life*
(Gallup Press, 2004)                                          List price: $19.95

**Other books that include a StrengthsFinder ID code:**

**Discover Your Sales Strengths:** *How the World's Greatest Salespeople Develop Winning Careers*
(Warner Books, 2003)                                      List price: $26.95

**Living Your Strengths:** *Discover Your God-Given Talents, and Inspire Your Community*
(Gallup Press, 2003)                                          List price: $24.95

**Now, Discover Your Strengths:** *The Revolutionary Program That Shows You How to Develop Your Unique Talents and Strengths - and Those of the People You Manage*
(Free Press, 2001)                                            List price: $26.00

**StrengthsQuest:** *Discover and Develop Your Strengths in Academics, Career, and Beyond*
(Gallup Press, 2003)                                          List price: $35.00

10/05/2022

# STRENGTHSFINDER

The Gallup Organization also offers advanced development programs that provide individuals and organizations the chance to explore their entire sequences of the 34 areas of talent. In addition to helping you develop strengths within your top 10 to 15 areas, these programs can help you learn to manage your areas of lesser talent - normally the last 2 to 5 in your sequence of 34. These opportunities are available in a wide range of options:

> The **Great Manager Program** teaches managers and executives strategies based on the Four Keys to Great Management and builds on the concepts presented in the best-selling book, *First, Break All the Rules* (Simon & Schuster, 1999).

> **Executive performance coaching** helps senior leaders and managers increase their effectiveness - and their organization's effectiveness.

> **Building the Strengths-Based Organization** helps executives and managers create strategies to develop and sustain a high-performance culture. This course expands on the concepts presented in the best-selling book, *Now, Discover Your Strengths.*

> **Integrated, organization-wide programs** provide employees with the tools, education, and coaching needed to develop a strengths-based culture.

> **Certification programs** teach individuals to serve as strengths consultants in their organizations.

Studies have shown that organizations that participate in these programs can dramatically increase employee engagement, productivity, and profitability. Several Fortune 500 companies now pride themselves in being "Strengths-Based Organizations" built upon the natural talents of each employee. The aforementioned development programs have been used over 48 countries and across a wide variety of industries.

Each learning opportunity is designed to help you find new ways to increase your individual performance and your organization's financial outcome measures.

For more information on these opportunities, visit the Gallup University area at www.gallup.com.

# STRENGTHSFINDER

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

# Top Five Report
for
## Dennis S Brewer (DSBREWER923)

## Strategic

The Strategic theme enables you to sort through the clutter and find the best route. It is not a skill that can be taught. It is a distinct way of thinking, a special perspective on the world at large. This perspective allows you to see patterns where others simply see complexity. Mindful of these patterns, you play out alternative scenarios, always asking, "What if this happened? Okay, well what if this happened?" This recurring question helps you see around the next corner. There you can evaluate accurately the potential obstacles. Guided by where you see each path leading, you start to make selections. You discard the paths that lead nowhere. You discard the paths that lead straight into resistance. You discard the paths that lead into a fog of confusion. You cull and make selections until you arrive at the chosen path-your strategy. Armed with your strategy, you strike forward. This is your Strategic theme at work: "What if?" Select. Strike.

### Strategic Sounds like this:

Liam C., *manufacturing plant manager:* "It seems as if I can always see the consequences before anyone else can. I have to say to people, 'Lift up your eyes, look down the road a ways. Let's talk about where we are going to be next year so that when we get to this time next year, we don't have the same problems.' It seems obvious to me, but some people are just too focused on this month's numbers, and everything is driven by that."

Vivian T., *television producer:* "I used to love logic problems when I was a kid. You know, the ones where 'if A implies B, and B equals C, does A equal C?' Still today I am always playing out repercussions, seeing where things lead. I think it makes me a great interviewer. I know that nothing is an accident; every sign, every word, every tone of voice has significance. So I watch for these clues and play them out in my head, see where they lead, and then plan my questions to take advantage of what I have seen in my head."

Simon T., *human resources executive:* "We really needed to take the union on at some stage, and I saw an opportunity, a very good issue to take them on. I could see that they were going in a direction that would lead them into all kinds of trouble if they continued down it. Lo and behold, they did continue down it, and when they arrived, there I was, ready and waiting. I suppose it just comes naturally to me to predict what someone else is going to do. And then when that person reacts, I can respond immediately because I have sat down and said, 'Okay, if they do this, we'll do this. If they do that, then we'll do this other thing.' It's like when you tack in a sailboat. You head in one direction, but you jink one way, then another, planning and reacting, planning and reacting."

10/05/2022

# STRENGTHSFINDER

## Maximizer

Excellence, not average, is your measure. Taking something from below average to slightly above average takes a great deal of effort and in your opinion is not very rewarding. Transforming something strong into something superb takes just as much effort but is much more thrilling. Strengths, whether yours or someone else's, fascinate you. Like a diver after pearls, you search them out, watching for the telltale signs of a strength. A glimpse of untutored excellence, rapid learning, a skill mastered without recourse to steps-all these are clues that a strength may be in play. And having found a strength, you feel compelled to nurture it, refine it, and stretch it toward excellence. You polish the pearl until it shines. This natural sorting of strengths means that others see you as discriminating. You choose to spend time with people who appreciate your particular strengths. Likewise, you are attracted to others who seem to have found and cultivated their own strengths. You tend to avoid those who want to fix you and make you well rounded. You don't want to spend your life bemoaning what you lack. Rather, you want to capitalize on the gifts with which you are blessed. It's more fun. It's more productive. And, counterintuitively, it is more demanding.

## Maximizer Sounds like this:

Gavin T., *flight attendant:* "I taught aerobics for ten years, and I made a point of asking people to focus on what they liked about themselves. We all have parts of our body that we would like to change or that we would like to see differently, but to focus on that can be so destructive. It becomes a vicious cycle. So I would say, 'Look, you don't need to be doing that. Instead, let's focus on the attribute you like about yourself, and then we'll all feel better about expending all of this energy.' "

Amy T., *magazine editor:* "There is nothing I hate more than having to fix a poorly written piece. If I have given the writer a clear focus and she comes back with a piece that is completely off the mark, I almost can't bring myself to write comments on it. I'm more inclined to just hand it back to her and say, 'Just please start again.' On the other hand, what I love to do is take a piece that is so close and then refine it to make it perfect. You know, just the right word here, a little cut there, and suddenly it's a brilliant piece."

Marshall G., *marketing executive:* "I am really good at setting a focus for people and then building a sense of team spirit as we all march forward. But I am not so good at strategic thinking. Fortunately, I have a boss who understands that about me. We have been working together for quite a few years. He has found people who play the strategic role and at the same time stretched me to be even better at the focus and team-building role. I'm so lucky to have a boss who thinks this way. It's made me more secure and made me charge ahead much faster, knowing that my boss knows what I am good at and what I'm not good at; he doesn't bother me with the latter."

# STRENGTHSFINDER

## Relator

Relator describes your attitude toward your relationships. In simple terms, the Relator theme pulls you toward people you already know. You do not necessarily shy away from meeting new people-in fact, you may have other themes that cause you to enjoy the thrill of turning strangers into friends-but you do derive a great deal of pleasure and strength from being around your close friends. You are comfortable with intimacy. Once the initial connection has been made, you deliberately encourage a deepening of the relationship. You want to understand their feelings, their goals, their fears, and their dreams; and you want them to understand yours. You know that this kind of closeness implies a certain amount of risk-you might be taken advantage of-but you are willing to accept that risk. For you a relationship has value only if it is genuine. And the only way to know that is to entrust yourself to the other person. The more you share with each other, the more you risk together. The more you risk together, the more each of you proves your caring is genuine. These are your steps toward real friendship, and you take them willingly.

## Relator Sounds like this:

Tony D., *pilot:* "I used to fly in the Marines, and, boy, you had better be comfortable with the word 'friend' in the Marines. You had better feel good about trusting someone else. I can't tell you how many times I put my life in someone else's hands. I was flying off his wing, and I'd be dead if my friend couldn't get me back safely."

Jamie T., *entrepreneur:* "I'm definitely selective about my relationships. Initially, when I first meet people, I don't want to give them very much of my time. I don't know them; they don't know me-so let's just be pleasant and leave it at that. But if circumstances make it so that we get to know each other better, it seems like a threshold is reached where I suddenly start wanting to invest more. I'll share more of myself, put myself out for them, do things for them that will bring us a little closer together and show that I care. It's funny because I am not looking for any more friends in my life. I have enough. And yet with each new person I meet, as soon as that threshold is reached, I feel compelled to go deeper and deeper. Now I have ten people working for me, and I would call each of them my very good friend."

Gavin T., *flight attendant:* "I have many wonderful acquaintances, but as for true friends that I hold dear, not very many. And I'm real okay with that. My best times are spent with the people I'm tightest with, like my family. We are a very tight-knit Irish Catholic family, and we get together every chance we can. It's a large family-I have five brothers and sisters and ten nieces and nephews-but we all get together about once a month and yuk it up. I'm the catalyst. When I'm back in Chicago, even if there is no birthday or anniversary or whatever, I become the excuse for getting together and hanging out for three or four days. We really enjoy one another's company."

# STRENGTHSFINDER

## Learner

You love to learn. The subject matter that interests you most will be determined by your other themes and experiences, but whatever the subject, you will always be drawn to the process of learning. The process, more than the content or the result, is especially exciting for you. You are energized by the steady and deliberate journey from ignorance to competence. The thrill of the first few facts, the early efforts to recite or practice what you have learned, the growing confidence of a skill mastered-this is the process that entices you. Your excitement leads you to engage in adult learning experiences-yoga or piano lessons or graduate classes. It enables you to thrive in dynamic work environments where you are asked to take on short project assignments and are expected to learn a lot about the new subject matter in a short period of time and then move on to the next one. This Learner theme does not necessarily mean that you seek to become the subject matter expert, or that you are striving for the respect that accompanies a professional or academic credential. The outcome of the learning is less significant than the "getting there."

## Learner Sounds like this:

Annie M., *managing editor:* "I get antsy when I am not learning something. Last year, although I was enjoying my work, I didn't feel as though I was learning enough. So I took up tap dancing. It sounds strange, doesn't it? I know I am never going to perform or anything, but I enjoy focusing on the technical skill of tapping, getting a little better each week, and moving up from the beginners' class to the intermediate class. That was a kick."

Miles A., *operations manager:* "When I was seven years old, my teachers would tell my parents, 'Miles isn't the most intelligent boy in the school, but he's a sponge for learning and he'll probably go really far because he will push himself and continually be grasping new things.' Right now I am just starting a course in business-travel Spanish. I know it is probably too ambitious to think I could learn conversational Spanish and become totally proficient in that language, but I at least want to be able to travel there and know the language."

Tim S., *coach for executives:* "One of my clients is so inquisitive that it drives him crazy because he can't do everything he wants to. I'm different. I am not curious in that broad sense. I prefer to go into greater depth with things so that I can become competent in them *and then use* them at work. For example, *recently* one of my clients wanted me to travel with him to Nice, France, for a business engagement, so I started reading up on the region, buying books, checking the Internet. It was all interesting and I enjoyed the study, but I wouldn't have done any of it if I wasn't going to be traveling there for work."

10/05/2022

# STRENGTHSFINDER

## Futuristic

"Wouldn't it be great if . . ." You are the kind of person who loves to peer over the horizon. The future fascinates you. As if it were projected on the wall, you see in detail what the future might hold, and this detailed picture keeps pulling you forward, into tomorrow. While the exact content of the picture will depend on your other strengths and interests-a better product, a better team, a better life, or a better world-it will always be inspirational to you. You are a dreamer who sees visions of what could be and who cherishes those visions. When the present proves too frustrating and the people around you too pragmatic, you conjure up your visions of the future and they energize you. They can energize others, too. In fact, very often people look to you to describe your visions of the future. They want a picture that can raise their sights and thereby their spirits. You can paint it for them. Practice. Choose your words carefully. Make the picture as vivid as possible. People will want to latch on to the hope you bring.

## Futuristic Sounds like this:

Dan F., *school administrator:* "In any situation I am the guy who says, 'Did you ever think about . . . ? I wonder if we could . . . I don't believe it can't be done. It's just that nobody has done it yet. . . . Let's figure out how we can.' I am always looking for options, for ways not to be mired by the status quo. In fact, there is no such thing as the status quo. You are either moving forward, or you are moving backward. That's the reality of life, at least from my perspective. And right now I believe that my profession is moving backward. State schools are being out-serviced by private schools, charter schools, home schools, Internet schools. We need to free ourselves from our traditions and create a new future."

Dr. Jan K., *internist:* "Here at the Mayo Clinic we are launching a group called the Hospitalists. Rather than having patients handed off from one doctor to another during their stay in the hospital, I envision a family of providers. I envision 15 to 20 MDs, of various genders and races, with 20 to 25 nurse practitioners. There will be four to five new hospital services, most of which will work with surgeons and will provide para-operative care as well as care for the hospitalized elderly. We are redefining the model of care here. We don't just take care of the patients when they are in the hospital. If a patient comes in for a knee replacement, a member of the Hospitalist team would see him before the surgery, follow him from the day of surgery through the days of hospitalization, and then see him when he comes in six weeks later for his postoperative check. We will provide patients with a complete episode of care so that they don't get lost in the handoffs. And to get the funding I just saw the detailed picture in my head and kept describing this picture to the department chair. I guess I made it seem so real that they had no choice but to grant me the funds."

# STRENGTHSFINDER

## Brief Descriptions of the 34 Themes of Talent Measured by StrengthsFinder

**Achiever**
People strong in the Achiever theme have a great deal of stamina and work hard. They take great satisfaction from being busy and productive.

**Activator**
People strong in the Activator theme can make things happen by turning thoughts into action. They are often impatient.

**Adaptability**
People strong in the Adaptability theme prefer to "go with the flow." They tend to be "now" people who take things as they come and discover the future one day at a time.

**Analytical**
People strong in the Analytical theme search for reasons and causes. They have the ability to think about all the factors that might affect a situation.

**Arranger**
People strong in the Arranger theme can organize, but they also have a flexibility that complements this ability. They like to figure out how all of the pieces and resources can be arranged for maximum productivity.

**Belief**
People strong in the Belief theme have certain core values that are unchanging. Out of these values emerges a defined purpose for their life.

**Command**
People strong in the Command theme have presence. They can take control of a situation and make decisions.

**Communication**
People strong in the Communication theme generally find it easy to put their thoughts into words. They are good conversationalists and presenters.

**Competition**
People strong in the Competition theme measure their progress against the performance of others. They strive to win first place and revel in contests.

**Connectedness**
People strong in the Connectedness theme have faith in the links between all things. They believe there are few coincidences and that almost every event has a reason.

**Consistency**
People strong in the Consistency theme are keenly aware of the need to treat people the same. They try to treat everyone in the world with consistency by setting up clear rules and adhering to them.

# STRENGTHSFINDER

**Context**
People strong in the Context theme enjoy thinking about the past. They understand the present by researching its history.

**Deliberative**
People strong in the Deliberative theme are best described by the serious care they take in making decisions or choices. They anticipate the obstacles.

**Developer**
People strong in the Developer theme recognize and cultivate the potential in others. They spot the signs of each small improvement and derive satisfaction from these improvements.

**Discipline**
People strong in the Discipline theme enjoy routine and structure. Their world is best described by the order they create.

**Empathy**
People strong in the Empathy theme can sense the feelings of other people by imagining themselves in others' lives or others' situations.

**Focus**
People strong in the Focus theme can take a direction, follow through, and make the corrections necessary to stay on track. They prioritize, then act.

**Futuristic**
People strong in the Futuristic theme are inspired by the future and what could be. They inspire others with their visions of the future.

**Harmony**
People strong in the Harmony theme look for consensus. They don't enjoy conflict; rather, they seek areas of agreement.

**Ideation**
People strong in the Ideation theme are fascinated by ideas. They are able to find connections between seemingly disparate phenomena.

**Includer**
People strong in the Includer theme are accepting of others. They show awareness of those who feel left out, and make an effort to include them.

**Individualization**
People strong in the Individualization theme are intrigued with the unique qualities of each person. They have a gift for figuring out how people who are different can work together productively.

**Input**
People strong in the Input theme have a craving to know more. Often they like to collect and archive all kinds of information.

# STRENGTHSFINDER

**Intellection**
People strong in the Intellection theme are characterized by their intellectual activity. They are introspective and appreciate intellectual discussions.

**Learner**
People strong in the Learner theme have a great desire to learn and want to continuously improve. In particular, the process of learning, rather than the outcome, excites them.

**Maximizer**
People strong in the Maximizer theme focus on strengths as a way to stimulate personal and group excellence. They seek to transform something strong into something superb.

**Positivity**
People strong in the Positivity theme have an enthusiasm that is contagious. They are upbeat and can get others excited about what they are going to do.

**Relator**
People who are strong in the Relator theme enjoy close relationships with others. They find deep satisfaction in working hard with friends to achieve a goal.

**Responsibility**
People strong in the Responsibility theme take psychological ownership of what they say they will do. They are committed to stable values such as honesty and loyalty.

**Restorative**
People strong in the Restorative theme are adept at dealing with problems. They are good at figuring out what is wrong and resolving it.

**Self-Assurance**
People strong in the Self-Assurance theme feel confident in their ability to manage their own lives. They possess an inner compass that gives them confidence that their decisions are right.

**Significance**
People strong in the Significance theme want to be very important in the eyes of others. They are independent and want to be recognized.

**Strategic**
People strong in the Strategic theme create alternative ways to proceed. Faced with any given scenario, they can quickly spot the relevant patterns and issues.

**Woo**
People strong in the Woo theme love the challenge of meeting new people and winning them over. They derive satisfaction from breaking the ice and making a connection with another person.

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on
Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman.
Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of
Other Possible Subjects Between 1974 and The Present.

1    **Report Excerpt: 3. Covert Action and the Use of Illegal or Improper Means (selected excerpts**

2    **from the Report, pages 10 -18, footnotes excluded, concerning the 20 year period from 1953**

3    **to 1973)**

4         (a) Covert Action - Apart from uncovering excesses in the collection of intelligence, our

5    investigation has disclosed covert actions directed against Americans, and the use of illegal and

6    improper surveillance techniques to gather information. For example:

7         The FBI's COINTELPRO counterintelligence program- was designed to "disrupt" groups

8    and "neutralize" individuals deemed to be threats to domestic security. The FBI resorted to

9    counterintelligence tactics in part because its chief officials believed that the existing law could

10   not control the activities of certain dissident groups, and that court decisions had tied the

11   hands of the intelligence community. Whatever opinion one holds about the policies of the

12   targeted groups, many of the tactics employed by the FBI were indisputably degrading to a free

13   society. COINTELPRO tactics included:

14        -Anonymously attacking the political beliefs of targets in order to induce their

15   employers to fire them;

16        -Anonymously mailing letters to the spouses of intelligence targets for the purpose of

17   destroying their marriages;

18        -Obtaining from IRS the tax returns of a target and then attempting to provoke an IRS

19   investigation for the express purpose of deterring a protest leader from attending the

20   Democratic National Convention;"

<div align="center">73</div>

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on Intelligence Practices Findings -- 1953 to 1973. Frank Church, Senator, Chairman. Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of Other Possible Subjects Between 1974 and The Present.

21        -Falsely and anonymously labeling as Government informants, members of groups

22    known to be violent, thereby exposing the falsely labelled member to expulsion or physical

23    attack; "'

24        -Pursuant to instructions to use "misinformation" to disrupt demonstrations, employing

25    such means as broadcasting fake orders on the same citizens band radio frequency used by

26    demonstration marshals to attempt to control demonstrations and duplicating and falsely filling

27    out forms soliciting housing for persons coming to a demonstration, thereby causing "long and

28    useless journeys to locate these addresses";

29        -Sending an anonymous letter to the leader of a Chicago street gang (described as

30    "violence-prone") stating that the Black Panthers were supposed to have "a hit out for you".

31    The letter was suggested because it "may intensify . . . animosity" and cause the street gang

32    leader to "take retaliatory action."

33        (ii) From "late 1963" until his death in 1968, Martin Luther King, Jr., was the target of an

34    intensive campaign by the Federal Bureau of Investigation to "neutralize" him as an effective

35    civil rights leader.

36        In the words of the man in charge of the FBI's "war" against Dr. King, "No holds were

37    barred."

38        The FBI gathered information about Dr. King's plans and activities through an extensive

39    surveillance program, employing nearly every intelligence-gathering technique at the Bureau's

40    disposal in order to obtain information about the "private activities of Dr. King and his advisors"

74

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on
Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman.
Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of
Other Possible Subjects Between 1974 and The Present.

41    to use to "completely discredit" them." The program to destroy Dr. King as the leader of the

42    civil rights movement included efforts to discredit him with Executive branch officials,

43    Congressional leaders, foreign heads of state, American ambassadors, churches. universities,

44    and the press. The FBI mailed Dr. King a tape recording made from microphones hidden in his

45    hotel rooms which one agent testified was an attempt to destroy Dr. King's marriage. The tape

46    recording was accompanied by a note which Dr. King and his advisors interpreted as

47    threatening to release the tape recording unless Dr. King committed suicide. The extraordinary

48    nature of the campaign to discredit Dr. King is evident from two documents:

49         -At the August 1963 March on Washington, Dr. King told the country of his "dream"

50    that: all of God's children, black men and white men, Jews and Gentiles, Protestants and

51    Catholics, will be able to join hands and sing in the words of the old Negro spiritual, "Free at

52    last, free at last, thank God Almighty, I'm free at last." The Bureau's Domestic Intelligence

53    Division concluded that this "demagogic speech" established Dr. King as the "most dangerous

54    and effective Negro leader in the country."  Shortly afterwards, and within days after Dr. King

55    was named "Man of the Year" by Time magazine, the FBI decided to "take him off his pedestal,"

56    reduce him completely in influence," and select and promote its own candidate to "assume the

57    role of the leadership of the Negro people."

58         -In early 1968, Bureau headquarters explained to the field that Dr. King must be

59    destroyed because he was seen as a potential "messiah" who could "unify and electrify" the

60    "black nationalist movement". Indeed, to the FBI he was a potential threat because he might

75

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman. Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of Other Possible Subjects Between 1974 and The Present.

61  "abandon his supposed 'obedience' to white liberal doctrines (non-violence)" 7 In short, a non-

62  violent man was to be secretly attacked and destroyed as insurance against his abandoning

63  non-violence.

64  (b) Illegal or Improper Means-The surveillance which we investigated was not only vastly

65  excessive in breadth and a basis for degrading counterintelligence actions but was also often

66  conducted by illegal or improper means. For example:

67  (1) For approximately 20 years the CIA carried out a program of indiscriminately opening

68  citizens' first class mail. The Bureau also had a mail opening program but cancelled it in 1966.

69  The Bureau continued, however, to receive the illegal fruits of CIA's program. In 1970, the

70  heads of both agencies signed a document for President Nixon, which correctly stated that mail

71  opening was illegal, falsely stated that it had been discontinued, and proposed that the illegal

72  opening of mail should be resumed because it would provide useful results. The President

73  approved the program but withdrew his approval five days later. The illegal opening continued,

74  nonetheless. Throughout this period CIA officials knew that mail opening was illegal but

75  expressed concern about the "flap potential" of exposure, not about the illegality of their

76  activity.

77  (2) From 1947 until May 1975, NSA received from international cable companies

78  millions of cables which had been sent by American citizens in the reasonable expectation that

79  they would be kept private.

76

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on
Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman.
Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of
Other Possible Subjects Between 1974 and The Present.

80     (3) Since the early 1930's, intelligence agencies have frequently wiretapped and bugged

81 American citizens without the benefit of judicial warrant. Recent court decisions have curtailed

82 the use of these techniques against domestic targets. But past subjects of these surveillances

83 have included a United States Congressman, a Congressional staff member, journalists and

84 newsmen, and numerous individuals and groups who engaged in no criminal activity and who

85 posed no genuine threat to the national security, such as two White House domestic affairs

86 advisers and an anti-Vietnam War protest group. While the prior written approval of the

87 Attorney General has been required for all warrantless wiretaps since 1940, the record is

88 replete with instances where this requirement was ignored, and the Attorney General gave only

89 after-the-fact authorization. Until 1965, microphone surveillance by intelligence agencies was

90 wholly unregulated in certain classes of cases. Within weeks after a 1954 Supreme Court

91 decision denouncing the FBI's installation of a microphone in a defendant's bedroom, the

92 Attorney General informed the Bureau that he did not believe the decision applied to national

93 security cases and permitted the FBI to continue to install microphones subject only to its own

94 "intelligent restraint".

95     (4) In several cases, purely political information (such as the reaction of Congress to an

96 Administration's legislative proposal) and purely personal information (such as coverage of the

97 extra-marital social activities of a high-level Executive official under surveillance) was obtained

98 from electronic surveillance and disseminated to the highest levels of the federal government.

77

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on
Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman.
Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of
Other Possible Subjects Between 1974 and The Present.

99        (5) Warrantless break-ins have been conducted by intelligence agencies since World

100   War II. During the 1960's alone, the FBI and CIA conducted hundreds of break-ins, many against

101   American citizens and domestic organizations. In some cases, these break-ins were to install

102   microphones; in other cases, they were to steal such items as membership lists from

103   organizations considered "subversive" by the Bureau.

104        (6) The most pervasive surveillance technique has been the informant. In a random

105   sample of domestic intelligence cases, 83% involved informants and 57% involved electronic

106   surveillance. Informants have been used against peaceful, law-abiding groups; they have

107   collected information about personal and political views and activities." To maintain their

108   credentials in violence-prone groups, informants have involved themselves in violent activity.

109   This phenomenon is well-illustrated by an informant in the Klan. He was present at the murder

110   of a civil rights worker in Mississippi and subsequently helped to solve the crime and convict the

111   perpetrators. Earlier, however, while performing duties paid for by the Government, he had

112   previously "beaten people severely, had boarded buses and kicked people, had [gone] into

113   restaurants and beaten them [blacks] with blackjacks, chains, pistols."  Although the FBI

114   requires agents to instruct informants that they cannot be involved in violence, it was

115   understood that in the Klan, "he couldn't be an angel and be a good informant."

116   ***Lead Plaintiff's Own Experience With Comparable Police Powers Tactics and Operations from***

117   ***1975 to 2021 (41 years)***

78

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman. Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of Other Possible Subjects Between 1974 and The Present.

118  *Covert action field operations have been transformed over the past 40 years by coercive*

119  *psychological techniques and technological advances. Psychological operations impacts have*

120  *been enhanced by a deeper understanding of human psychology. Technology has advanced in*

121  *breathtaking, nearly unfathomable ways. However, proper application of reasonable suspicion*

122  *standards and various techniques permitted for investigations is virtually non-existent and*

123  *results in abuse, and worse, of US persons. Management, supervision, and oversight are lacking,*

124  *if not malign at times. Truly independent oversight of field operations, supervision, and*

125  *management basically does not exist in the United States.*

126  *It is now possible for the United States to replace independent thoughts and actions with*

127  *synthetic thoughts and actions, destroying human autonomy and facilitating death,*

128  *incarceration, injury, and destruction while leaving no visible trace of manipulation. Deep faking*

129  *human thoughts and actions by direct manipulation is done live in real time, no past facto deep*

130  *fake video editing required.*

131

132

133  *- Pretexting a subject through false and misleading characterization of subject's beliefs*

134  *and statements to facilitate the use of national security, counterintelligence, and/or*

135  *counterterrorism "investigative techniques" can be readily accomplished.*

136  *- Synthetically inducing romantic feelings and encouraging adultery and divorce through*

137  *the manipulation of oxytocin, the "love chemical" in the brain.*

79

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman. Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of Other Possible Subjects Between 1974 and The Present.

138     *- Hacking a web-based address change notice to election officials to disenfranchise the*

139     *subject and induce the potential for a miscast vote/voter fraud by the subject.*

140     *- Manipulating and frightening a subject using a broad array of psychological*

141     *operations, from helicopter crawls while walking to overtly obvious undercover operations the*

142     *subject will obviously notice to arranging a visit to a neighborhood elementary school second*

143     *grade art show displaying Rorschach images and recording subject's reactions to those images.*

144     *- Making fake phone calls to a subject while posing as a family member to, for example,*

145     *accuse another family member or relative of a heinous and repulsive oct.*

146     *- Inducing medical conditions, such as allergic reactions, irregular heartbeat, muscle*

147     *spasms, falls, sleep periods, and other symptoms and conditions to create fear of loss of life or*

148     *good health, or to directly endanger life. For example, sleep inducement while driving adjacent*

149     *to sea cliffs, falling off ladder, falling on mountain trail, falling on sidewalk to strike head, falling*

150     *from bed and striking head on nightstand, psychological operations, and brain chemistry*

151     *manipulations to induce suicide ideations.*

152     *- Targeting religious groups and faiths based upon which group may be out of political*

153     *favor in that era, such as pacifists during wars, terror tied to particular religions with no history*

154     *of plans or horm, or those seeking full implementation of their rights under the Constitution and*

155     *the Rule of Law which the United States claims to treasure.*

80

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman. Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of Other Possible Subjects Between 1974 and The Present.

156     *- Engaging other police powers operations in collaborative efforts to entrap the subject*

157     *both through pretexted disinformation and through literally putting words in the subject's*

158     *mouth.*

159     *- Using web search manipulation and communications blocking to create a series of fake*

160     *potential and "actual" romantic partners to "investigate" and together with video surveillance*

161     *and induced medical conditions to sexually humiliate the subject. Creating extreme stress and a*

162     *psychological environment to encourage the subject to acting out.*

163     *- Inducing a terror label/designation and public information release to create the risk of*

164     *private action or police powers overreaction by other police power agencies against the*

165     *targeted subject.*

166     *- Illegally pretexted email hacking, suppression, non-delivery, spoofing, keyboard*

167     *logging, computer crashes, document alterations and edits.*

168     *- Targeted use of national security pretexts to provide justification for the use of coercive*

169     *and invasive techniques which are, prima facie, unconstitutional for use against a US person,*

170     *such as the invasion of human autonomy, virtual incarceration, and torture, including mental*

171     *abuse, medical abuse, and physical abuse. Though these techniques have not yet resulted in this*

172     *subject's death or incarceration, their use systematically destroyed quality of life and risked life*

173     *on numerous occasions and for long periods at a time.*

174     *- Arranging fruitless foreign commercial contacts for subject to facilitate "legal"*

175     *surveillance of a US person.*

81

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman. Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of Other Possible Subjects Between 1974 and The Present.

176          *- Pretexting a subject by deliberately involving them in international "business"*

177     *relationships to facilitate use of foreign intelligence powers authorizations not permitted under*

178     *US law, e.g., Metropolitan Police (London) and MI-6.*

179          *- Providing false and misleading information to courts to acquire legal authority to use*

180     *otherwise disallowed surveillance techniques and technologies. For example, selective editing*

181     *and manipulation of transcript content, failure to identify tonality and deliberate*

182     *mischaracterization of same in written transcripts of spoken words used in securing warrants.*

183     *Also pretexting by behavior modification to demonstrate interest in topics previously not*

184     *engaged by subject, such as pornographic images.*

185          *- Direct and targeted solicitation of subject for sexual services by undercover officers*

186     *when no prior history of such interest exists.*

187          *- Destroying a commercial contracting business by denying previously available SBA*

188     *guaranteed bid and performance bonds. Knowingly arranging for the use of a Utah insurance*

189     *company to provide bonding services while that firm was under investigation and later seized by*

190     *the Utah Insurance Commissioner during a large scale project, threatening the contract and*

191     *eliminating the ability of the contracting company to survive financially.*

192          *- Manipulating the financial circumstances, housing conditions, stress upon, and*

193     *employment of a subject by eliminating outside employment opportunities and directing the*

194     *subject to a specific enterprise for the purpose of engaging subject in national security related*

82

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman. Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of Other Possible Subjects Between 1974 and The Present.

195    *projects or exposing the subject to a particular coercive police powers operation and to justify*

196    *the use of otherwise disallowed "investigative techniques."*

197    *- Using fake financial contacts to induce fruitless financial solicitation activities with fake*

198    *bankers, investors, private equity firms, and venture capitalists, and perpetuate the subject's*

199    *financial starve out and business failures due to lack of financing while legitimate competitor*

200    *businesses prosper.*

201    *- Visual intimidation, conversation snatches sequentially delivered, and other old school*

202    *spy tradecraft to train and psychologically intimidate subject to fear and/or acting out.*

203    *- Inflicting physical pain by remote means while signaling the presence of immediately adjacent*

204    *undercover officers to provoke subject to act out.*

205    *- Using psychological triggers from past events to cause subject to act out in the*

206    *presence of undercover officers.*

207    *- Using former agency employees to infiltrate subject's enterprises and monitor and*

208    *influence legal and financial activities and personal conduct of subject, potentially to subject's*

209    *detriment.*

210    *- Creating pretexts systematically through fraudulent mischaracterization, and by*

211    *literally putting words in the mouth of the subject to indicate interest in illegal activities thereby*

212    *enabling fraudulently derived investigations and the perpetuation and extension of same.*

83

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on
Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman.
Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of
Other Possible Subjects Between 1974 and The Present.

213       *- Targeting unwitting US persons for brain hacking and manipulation of thoughts and*

214   *conduct, biomedical manipulation to induce health conditions, accidents, injuries, and death.*

215       *- Pretexting US persons to arrange their personal destruction, ranging from reputation*

216   *damage to fatal "accidents" and sanctioned "justified" murder by police power agencies,*

217   *whether witting or unwitting.*

218       *- Conducting durable "investigations" of subject's commercial enterprises, creating fake*

219   *sales calls sequences, inducing preparation of project proposals and bids for non-existent*

220   *projects, creating protracted loss of sales revenue and negative cash flow, added expenses, and*

221   *eventual business failure due to the induced lack of revenue and cash flow.*

222       *Systematic failures of Congress, agency watchdogs, US attorneys, and federal agency*

223   *headquarters personnel to adequately follow up and investigate complaints and constitutional*

224   *petitions of subjects. A general bias and perception of judges and prosecutors presuming*

225   *goodwill and good conduct on the part of department and agency officers. A systematic lack of*

226   *independent, objective review of the conduct of operations, a lack of accountability, and a*

227   *predatory culture hidden by deference to national security as the paramount value.*

228       *This set of collective failures and biases enables illegal conduct and systematic*

229   *constitutional violations by agencies and departments. The number of agencies and their*

230   *empowerment has steadily increased based upon the prior failures of these same agencies.*

231   *Systematic independent oversight of field operations is non-existent and results in death,*

84

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman. Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of Other Possible Subjects Between 1974 and The Present.

232    incarceration, injury, and personal and financial destruction of US persons by bad actors

233    operating with impunity.

234        - Using US persons in unwitting beta testing for international deployment, subjugation of

235    citizens unknowingly used in field operations, and subsequent coverup and personal destruction,

236    including discrediting, entrapping, incriminating, permanently injuring, incarcerating, and death

237    by indirect means, including apparently justified homicides by third parties, and induced

238    suicides.

239        - Retaliating against subjects for agency failures to safeguard the rights of subjects and

240    whistleblowers.

241        - Arranging or inducing loss of real or synthetic employment to create emotional and

242    financial distress. Creating conditions for eviction and homelessness to punish subjects for

243    complaints, including to agencies and courts, and/or create conditions for suicide ideation or

244    involuntary commitment to a mental institution.

245        - Systematically evading completely independent oversight of investigations, field

246    operations, and intelligence gathering methods. All such oversight is currently at the discretion

247    of elements of the self-interested agency and are not truly independent of the department or

248    agency undertaking the illegal conduct.

249        - Failing to provide prompt accountability for improper and illegal acts in field

250    operations, supervision. Virtually non-existent prosecutions, and consistent failures to timely

251    discipline for misconduct. Organization cultures which encourage silence and complicity.

85

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman. Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of Other Possible Subjects Between 1974 and The Present.

252  *Government agencies have directly and specifically targeted innocent subjects of their own prior*

253  *misconduct ond involved in operations where confidential covers have been created for*

254  *personal, financial, reputational, mental health, physical health, and family destruction. They*

255  *have engaged other family members in their attacks upon innocent subjects with no prior*

256  *history of involvement with the pretexted behovior being "investigated."*

257  *These are actually entrapment attempts based upon conduct completely unrelated to*

258  *the subject's own specific behavior or any reasonable suspicion thereof, solely for the purpose of*

259  *incrimination and/or to perpetuate a cover-up.*

260  *- Manipulating a subject to engoge in a very public and highly uncharacteristic public*

261  *spat with a spouse leading to an angry walkout. Spouse tracks down angry subject walking a*

262  *frozen mountain pass highway. But what happens if spouse were to disappear after that public*

263  *spat? An actuol incident with potentially disastrous results for both parties, both of whom were*

264  *likely subject to coercive manipulation by brain hacking.*

265  *- Inducing involuntary mental incapacity ond hospital commitment so subject is rendered*

266  *disobled ond cannot pursue court action to enjoin further potentially irretrievable damoge and*

267  *be equitably restored for prior misconduct and damages.*

268  *- Inducing subject's failure to take routine safety precautions while crossing a street on*

269  *foot without checking for vehicle traffic, causing erratic body movements during a tense*

270  *confrontation with a police officer creating conditions for a justified killing (murder by indirect*

271  *means).*

<div align="center">86</div>

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman. Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of Other Possible Subjects Between 1974 and The Present.

272         *- Arranging for the internet broodcast of subject's manifestation of stress from field*

273    *psychological manipulation and induced medical conditions including depression and other*

274    *mental illnesses.*

275         *- Manipulating context, videos, and images to mislead others about a subject and create*

276    *false impressions regarding subject's behaviors, desires, and interests, and create adverse*

277    *reactions from others. Direct and indirect damage and destruction of subject's personal and*

278    *professional reputation, including with the public and unwitting police power operations.*

279         *- Arranging various false business projects and opportunities to extend over a variety of*

280    *field offices and other police powers ogencies so as to create the widespread perception of*

281    *misconduct by the subject, endangering the life, liberty, and economic circumstances of the*

282    *subject. (44 states and various countries in my particulor situation.)*

283         *- Using o variety of corporate locations to provide authenticity in entrapment efforts,*

284    *including numerous Fortune 50 to mid-size corporate offices and factories.*

285         *- Engaging in prior restraint of speech by blocking subject's websites ond writings from*

286    *public view and from exposing agency misconduct.*

287         *- Suppressing subject's access to news coverage of important political and other news*

288    *events by faking websites and replacing content in authentic websites.*

289         *- Constructing a fake voting rights rally to preclude a subject from attending an*

290    *authentic civil rights rally.*

87

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman. Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of Other Possible Subjects Between 1974 and The Present.

291     *- Preventing free association of subject by creating fake websites to restrain freedom of*

292     *association for business, social, and personal contacts.*

293     *- Preventing access to media and information such as by planting misleading stories in*

294     *subject directed faked websites of major media publications such as the New York Times.*

295     *- Preventing free association, assembly, and speech by elaborate and specific*

296     *misdirection of subject to a fake rally held at a different location from the actual rally and*

297     *falsifying records released to subject to cover up this misconduct.*

298     *- Providing a comprehensive suite of fake friends, business contacts, and romantic*

299     *interests to envelop subject in a series of pre-designated life, commercial, and financial*

300     *outcomes.*

301     *The technology at the core of this misconduct was developed for use on foreign*

302     *adversaries and improperly used to abuse US persons in both beta testing and deployment.*

303     *Absent practical oversight and in fear of the discovery of their own misconduct, this technology*

304     *has been used against the subject. Subject believes with high confidence this technology was*

305     *also used against members of his nuclear families.*

306     *Subject further believes, based upon the power of this technology and the pattern of*

307     *behavior against subject, that other innocent US persons have had their civil and constitutional*

308     *rights systematically and durably violated. It is highly probable the abuse of these US persons*

309     *has resulted in the loss of life by direct and indirect means (sanctioned killings and suicides),*

88

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman. Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of Other Possible Subjects Between 1974 and The Present.

310   *serious and disabling injuries, wrongful incarceration, destroyed marital and family relations,*

311   *financial destruction and loss of income and assets, among other injuries.*

312          *Familial contact with United States police powers extends to the years before the subject*

313   *was born, based upon the religious choices of the family. Subject's first known contact with an*

314   *undercover federal agent was initiated by the agent when the subject was 16 years old, 50 years*

315   *ago. Non-federal police powers operations were undoubtedly engaged in this misconduct for an*

316   *extended period of time as the subject had extensive business contacts in numerous states*

317   *throughout the United States as well as several European countries. Deliberate misinformation,*

318   *headhunting, retaliation, and witting misconduct by some of these agencies undoubtedly*

319   *occurred, most likely in New York, New Jersey, Arizona, California, Washington, Oregon, British*

320   *Columbia, Alberta, and the United Kingdom. This list is not exhaustive as the subject has*

321   *physically visited 44 states, other European countries, and attempted business relationships in*

322   *numerous countries around the world.*

323          *Reasonable suspicion standards are highly discretionary and need not require any*

324   *independent evidence or suspicion. Operatives can act of their own volition; even actual mere*

325   *suspicion is not required in fact. In any event, suspicious conduct can be formulated using words*

326   *placed in the subject's mouth, actions conducted with their own body, as needed to create a*

327   *pretext for further "investigative" and coercive operations. When subjects fail to conform to the*

328   *designer outcome intended by the operatives, they simply repeat or move on to some other*

89

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on
Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman.
Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of
Other Possible Subjects Between 1974 and The Present.

329     *pretext. The goal is to win, to leave no trace of their own misconduct, to blame the victim.*

330     *Justice – a joke, not even a concept of interest in these situations.*

331         *Subjects have no legal recourse against durable, coercive, and predatory police powers*

332     *and intelligence operations. Complaints go unanswered, whether to Congress or the Executive,*

333     *or to the agency itself (which will more likely than not retaliate at the field operations level).*

334     *Access to the Courts for poor and indigent subjects is effectively blocked by lack of knowledge,*

335     *the requirement for Lead Plaintiffs to initiate actions which conform to court required rules and*

336     *practices, and their inability to enlist any independent resource to evaluate, investigate, or*

337     *prompt corrective action against an element of the United States engaged in civil rights abuses,*

338     *Constitutional rights abuses, or other criminal conduct. This encourages the subject to act out.*

339     *Justice is not served. The United States has accomplished one thing through these coercive*

340     *practices – the World's Highest Incarceration Rate.*

341         *Additional police and intelligence gathering powers have been granted to United States*

342     *agencies as a result of their prior police power and intelligence failures. Persistent failures to*

343     *properly analyze and act on information in their possession has resulted in national security*

344     *catastrophes. For example, the 9/11/01 aircraft terror attack, used a method publicly described*

345     *by the perpetrators in advance, included in intelligence information, and corroborated by a field*

346     *report from the San Diego Field Office. Also, the 1/6/21 insurrection, was the direct response to*

347     *a call to action by the President, widely publicized in right-wing media and social media, and*

90

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman. Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of Other Possible Subjects Between 1974 and The Present.

348   *involved a class of organizations previously identified as a key national security threat by police*

349   *powers and intelligence agencies in public testimony.*

350   *The 1/6/21 threat information was sufficiently well known that the District of Columbia's*

351   *own security advisor prepared the District for a mass casualty event. The Executive Branch*

352   *response, including that of independent agency heads with command authority over extensive*

353   *police power operations which could readily access the Capitol, was extremely slow as*

354   *compared to their response to the average bank robbery or other common crime, and not in*

355   *proportion to the threat if and when it did arrive.*

356   *The typical Congressional response to these failures (1975 and 2001) has been to shuffle*

357   *organizational boxes (creating DHS) and write new coercive powers into law (the Patriot Act).*

358   *These days, federal agencies are looking for still more power, this time to be directed against*

359   *American citizens, ostensibly to combat domestic terror threats. These agencies do not*

360   *consistently observe their own current rules, the rule of law, and the Constitution when*

361   *operating under the cloak of national security. Undercover agents are protected by laws*

362   *providing a 15 year penalty for identifying agents and officers, so if engaged in corrupt coercive*

363   *operations they run unchecked.*

364   *Organization culture and conduct of field operations continue to result in the destruction*

365   *of Americans by our Government's corrupt intelligence and police powers operations. Citizen*

366   *complaints about conventional policing were ignored and dismissed for over a century. Even*

91

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman. Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of Other Possible Subjects Between 1974 and The Present.

367    *when recorded on citizen and news videos, individual accountability for criminal acts using*

368    *police powers occurs infrequently.*

369    *The reality is much worse at the federal level inside the national security space. Lawless*

370    *acts, durable misconduct, and impunity rule the day. It can happen to anyone, it can go on for*

371    *decades, it eventually destroys reputations, businesses, lives, families, and freedom. Using*

372    *available technologies, these operations con be both invisible and fatal. The perfect crime,*

373    *cloaked in the secrecy of national security, no visible signs, no visible marks, no direct*

374    *connection to the actual perpetrator. This conduct, using this technology, has been going on*

375    *since at leost the 1980s.*

376    *Mere exposure is not enough. A full accounting is required for those who have been*

377    *destroyed, incarcerated, or have died at the hands of those sworn to uphold the Constitution*

378    *and the laws, to protect us. Now, before more of us are handed the some fate by lawless*

379    *elements hiding behind the cloak of national security.*

380    *There is no evidence that the culture of these police powers and intelligence operations*

381    *has oppreciably changed as a result of the 1975 reforms. Both the malign ethic and the malign*

382    *conduct of field operations continues. It's not everyone, it's not every operation. It does persist.*

383    *The 1975 reforms failed. The community's collective and systemic foilures of 9/11 were*

384    *rewarded with vast new powers to operote against US persons in domestic police powers and*

385    *intelligence operations. In the current era, the events of the 1/6 insurrection, as clearly*

386    *communicated in advance on right wing radio and TV progroms, on open source*

92

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman. Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of Other Possible Subjects Between 1974 and The Present.

387    *communicotions platforms, and by the incumbent administration, were dismissed as unserious.*

388    *This wos despite the fact the Director of the FBI testified to Congress that domestic terrorists*

389    *and white supremacy are the most significant threats to nationol security.*

390    *The predictable result of this failure? A coll by those agencies for still more power to*

391    *coerce and destroy American citizens holding unpopular views. The same agencies whose*

392    *history of misconduct against Americans, violations of the rule of low, the Constitution, human*

393    *autonomy, family sanctity, and life itself, ask for still more power. Their heritage dates to 1908*

394    *(DOJ Bureau of Investigation then FBI), World War II (OSS then CIA), 9/11 (DHS). As do their*

395    *violations of civil and constitutional rights, the rule of law, human autonomy, and life itself.*

396    *The answer to these abuses? Simple. Independent accountability. We have it for money –*

397    *independent ouditors, the SEC, and Sarbanes-Oxley. So, the United States has established it*

398    *value people's money and the rights of people with money. But when it comes to life, health,*

399    *family, and personal freedoms, the ethic is simply trust the agencies – to write their own rules,*

400    *to correct their own mistakes, to safeguard individual freedom. They don't do it, they never*

401    *have, their history proves it.*

402    *Isn't it time for independent accountability? Those with police powers and lawless*

403    *intelligence operations won't like it. Why would they? Orgonizations, departments, and*

404    *agencies who ore getting owoy with violating the rule of law, acting with impunity, don't want*

405    *to be truly accountable. Why would they?*

93

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on
Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman.
Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of
Other Possible Subjects Between 1974 and The Present.

406   *Investor protection and the prevalence of fraud drove the creation of regulators and*

407   *protection for money. In point of fact and based upon behavior, the United States doesn't value*

408   *the lives, families, businesses, or liberties of its citizens as it does money. It values impunity*

409   *cloaked in national security.*

410   *Consider this: If an individual spends most of their time working, earning a living and*

411   *supporting their family, and only spends a little time hunting and killing fellow human beings,*

412   *what do we call them? Husband and father, hardworking guy? Or serial killer?*

413   *The United States conducts certain of its business in the same fashion. Not everything it*

414   *does is bad. It does a great deal of good, from resolving bank robberies to public corruption, and*

415   *many other illegal activities. But within its national security and counter-terrorism operations, it*

416   *employs and cloak of secrecy and sworn officers who hunt and destroy others with impunity.*

417   *Does that make it a protector of liberty, civil rights, and the rule of law? Or something else?*

418   *It's about time the United States provide the some respect for life, for liberty, for*

419   *inalienable constitutional rights as the United States already provides for money. Sarbanes-*

420   *Oxley and the SEC provide protection for money. There is no such independent protection for life*

421   *and liberty. The Executive must weed out the predators, the fraudsters, and provide truly*

422   *independent accountability for its actions as taken within the cloak of national security and*

423   *counter-terrorism. Until those activities are completed, and independent accountability is well*

424   *established within the Executive, this Court must supervise all activities of agencies in the*

425   *conduct of operations against US persons. Lead Plaintiff recognizes this is a daunting task for*

94

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman. Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of Other Possible Subjects Between 1974 and The Present.

426   the Court, but the current circumstances offer no alternative to protect the Constitutional and

427   civil rights, and the lives, families, businesses, and properties of all US persons from such

428   misconduct. Further, the Court must order the Executive to undertake a full accounting of its

429   illegal activities from inception and independently determine which US persons and innocent

430   foreign nationals were killed, disabled, injured, incarcerated, financially destroyed, and/or

431   emotionally and psychologically destroyed through both direct and indirect collaborative

432   operations with other agencies possessing police powers both within and without the territory

433   of the United States of America.

434        Lead Plaintiff's Explanatory Notes: All excerpts[1] are from Intelligence Activities and the Rights of

435   Americans, Book II, Final Report of the Select Committee to Study Governmental Operations With

436   Respect to Intelligence Activities, United States Senate. April 26, 1976. Frank Church, Chairman. The

437   complete Report and related materials are available at the Senate Intelligence Committee website under

438   Resources, Intelligence related Commissions

439        High Probability[2] as mentioned in the document title refers to events in which the subject was

440   directly involved but not directly acted upon by manipulation, though other close family members likely

441   experienced manipulation which resulted in their out-of-character or exaggerated conduct. While the

442   subject has obviously not experienced death, severe mental injuries were inflicted, and numerous indirect

443   attempts to injure or cause circumstances which could reasonably be expected to end in death,

444   disablement, or severe physical injury were undertaken through direct manipulation of the subject and

445   misinformation provided by the subjugators and/or by manipulating the subject could have led to these

446   same outcomes on numerous occasions.

95

Lead Plaintiff's Experience: Comparison to 1975 Church Committee Final Report Excerpt[1] on
Intelligence Practices Findings – 1953 to 1973. Frank Church, Senator, Chairman.
Comparison to Practices Experienced by Lead Plaintiff And/or High Probability[2] Outcomes of
Other Possible Subjects Between 1974 and The Present.

447        *High Probability also refers to the likely experiences of other subjects not known to this subject. It*

448    *is extremely likely that other subjects experienced similar conduct, which conduct may well have ended in*

449    *one or more of the following: death, disablement, severe injury, and/or incarceration, as well as*

450    *outcomes similar to those directly experienced by the subject, such as financial and business destruction,*

451    *loss of reputation, and so forth. Documented misconduct has continued, in one form or another, since*

452    *the formation of these United States departments and agencies by the Congress of the United States.*

96

Lead Plaintiff's Experience: Comparison to Excerpts from the Report to the President by the Commission on CIA Activities Within the United States June 1975.
Nelson Rockefeller, Vice President, Commission Chairman.

1    Lead Plaintiff provides the following comparison between policies and practices of

2    Defendant Central Intelligence Agency according to the 1975 Rockefeller Commission and his

3    own personal experience since that time. Lead Plaintiff believes Defendant CIA's policies and

4    practices are largely unchanged despite reforms ordered by Congress under law as a result of the

5    Rockefeller Commission's findings. Note that report quotes are in regular font and Lead

6    Plaintiff's own experience is denoted in italics for clarity.

7    **Chapter 15. Domestic Operations of the Directorate of Operations, p. 215-216**

8    B. Provision and Control of Cover for CIA Personnel

9    …..Accordingly, virtually all CIA personnel serving abroad and many of the agency's

10   professional personnel in the United States assume a "cover." Their employment by the CIA is

11   disguised and, to persons other than their families and coworkers, they are held out as employees

12   of another government agency or of a commercial enterprise.

13   …. On occasion, nonofficial cover is provided for a CIA officer by a bona fide privately

14   owned American business firm. (p. 215)

15   *Deloitte's Seattle office sponsored commercial covers for two to three CIA projects.*

16   *These included Saudia Airlines ERP and related systems, and the apartheid era South African*

17   *ATM network. The Palau government ERP selection and implementation, paid for by the US*

18   *Department of Interior, may also have been a covert information management project.*

19   **Chapter 16. Domestic Activities of the Directorate of Science and Technology, p. 225-230**

20   ….The Science and Technology Directorate is presently responsible for all of the

21   research and development engaged in by the CIA in all fields of science and technology. Projects

97

Lead Plaintiff's Experience: Comparison to Excerpts from the Report to the President by the
Commission on CIA Activities Within the United States June 1975.
Nelson Rockefeller, Vice President, Commission Chairman.

22   range from complex satellite systems to the development of miniature cameras and concealed

23   listening devices.

24        The Directorate also is engaged in developing countermeasures to neutralize new

25   scientific and technological devices developed by foreign intelligence services.

26        Private industry provides much of the research and development of new intelligence

27   gathering devices on a contractual basis.

28        In addition to engaging in research and development, some branches of the Science and

29   Technology Directorate provide operational support in the field for use of intelligence gathering

30   devices developed by the Directorate.

31        Other branches of the Directorate themselves engage in the task of foreign intelligence-

32   gathering abroad. Utilizing technical intelligence gathering devices not developed for use by

33   operations agents.

34        The Commission investigated a number of projects of the Science and Technology

35   Directorate which have affected persons living within the United States.

36        <u>Most</u> such activities were lawful and proper. (p.225) (emphasis added by Lead Plaintiff.)

37        *A brain hacking technology project the Lead Plaintiff has named BRMT was undertaken,*

38   *likely by CIA and/or military sponsors (possibly DARPA and/or military intel R&D) and*

39   *contractors, possibly involving CSC, now part of DXC Technology, Ashburn, Virginia. This*

40   *project, likely intended primarily for use against foreign adversaries involves the invasion of*

41   *human autonomy by manipulating the Lead Plaintiff's brain, central nervous system and other*

42   *biological components of the human body. The system was developed and implemented*

98

Lead Plaintiff's Experience: Comparison to Excerpts from the Report to the President by the
Commission on CIA Activities Within the United States June 1975.
Nelson Rockefeller, Vice President, Commission Chairman.

43   *beginning in the late 1970s to early 1980s and with research, development, cand deployment*

44   *continuing into the present time.*

45   *Lead Plaintiff attended a meeting in the Bellevue, Washington area billed as an*

46   *invitation-only business seminar but was the only person at this seminar who did not represent*

47   *themselves as a CSC employee. Lead Plaintiff slept through a portion of this seminar (no*

48   *medical or natural physiological explanation for this sleep period). This provides the possible*

49   *contractor connection, though it is also possible all other persons attending misrepresented their*

50   *employer.*

51   *The current entity responsible for on-going development and deployment inside the*

52   *United States against US persons is not known to the Lead Plaintiff However, it requires very*

53   *sophisticated computing, precision location, and communication technologies, so it is*

54   *unconstitutionally deployed and operated by some element of the United States government.*

55   *First known BRMT deployment incident against Lead Plaintiff was a Fourth of July*

56   *parade in Winslow, Washington in the first half of the 1980s. Further deployment included a*

57   *near fatal sleep inducement on the Sea-to-Sky highway between Squamish and Horseshoe Bay,*

58   *British Columbia. Lead Plaintiff evaded this attempt by stopping and sleeping at the Porteau*

59   *Cove Lookout above Highway 99 in early afternoon after a full night of sleep in Whistler, British*

60   *Columbia. Lead Plaintiff was 30-35 years old and fit, no reason for a natural mid-afternoon*

61   *sleep period.*

62   *Additional attempts and other efforts to injure, harm, or incarcerate the Lead Plaintiff*

63   *have continued into the present, including various fraud schemes, slips and falls under*

64   *potentially dangerous conditions, induced medical conditions, business failures, fake*

99

Lead Plaintiff's Experience: Comparison to Excerpts from the Report to the President by the
Commission on CIA Activities Within the United States June 1975.
Nelson Rockefeller, Vice President, Commission Chairman.

65    *employment incorporating phony projects, fake romantic interests, honey traps, and Lead*

66    *Plaintiff's designation and investigation as a national security risk and, later, as a terrorist, and*

67    *so forth.*

68    A.   The Testing of Scientific and Technological Developments Within the United States

69          1.    The Testing of Behavior-Influencing Drugs on Unsuspecting Subjects Within the

70                United States

71          2.    The Testing of Communications Intercept Systems Within the United States

72          3.    Other Testing Within the United States

73       Conclusions

74          It was clearly illegal to test potentially dangerous drugs on unsuspecting United States

75    citizens. The testing of equipment for monitoring conversations should not be directed against

76    unsuspecting persons in the United States. Most of the testing undertaken by the agency could

77    easily have been performed using only Agency personnel and with their full knowledge. (p. 228-

78    229)

79          *As above, Lead Plaintiff's constitutional and civil rights have been violated by the United*

80    *States with the cooperation of foreign intelligence services, most likely including Canada and the*

81    *United Kingdom, possibly others as well, due to business or personal visits and business*

82    *development efforts in those other places, but also including adversary countries including*

83    *Russia and China. Taken as a whole, this represents a criminal racketeering enterprise*

84    *conducted using official covers and assets of the United States to subjugate and destroy US*

85    *persons by elements of the United States, with the witting or unwitting cooperation of foreign,*

86    *state, and local police powers operations.*

100

Lead Plaintiff's Experience: Comparison to Excerpts from the Report to the President by the
Commission on CIA Activities Within the United States June 1975.
Nelson Rockefeller, Vice President, Commission Chairman.

87        *Privacy and other legal violations of classified information dissemination were combined*

88     *with an illegal investigation, political influence, and predatory police powers operations in*

89     *Maricopa and Pima Counties, Arizona is highly probable given the level and depth of knowledge*

90     *and unusual indirect connection between the Lead Plaintiff and a prior Chair of the House*

91     *Intelligence Committee, Devin Nunes. Rep. Nunes had an interest in a farming operation which*

92     *employed the brother of a consultant who was selected after an online search for a specialist ag*

93     *consultant in the Arizona region beginning in 2015. This specific starve-out and fake financing*

94     *operation occurred while Joseph Arapaio was Sheriff of Maricopa County, Arizona.*

95     B. Other Selected Activities of the Science and Technology Directorate

96        1.   The Manufacture and Use of Documents

97        The Agency maintains a capability for producing and providing to its agents and operatives a

98     wide range of "alias" credentials. Most such documents purport to be of foreign origin. Some,

99     however, are documents ordinarily issued by other branches of the U.S. government or by

100    private United States businesses and organizations.

101       Among the United States "alias" documents furnished from time to time to Agency personnel

102    and operatives are Social Security cards, bank cards, professional cards, club cards, alumni

103    association cards and library cards. The Agency has recently stopped producing alias driver's

104    licenses, credit cards and birth certificates, unless needed in a particularly sensitive operation and

105    approved in advance by the Deputy Director of Operations.

106       While the Agency does not produce false United States passports, it has in the past altered a

107    few by the addition of entries to evidence travel which had not actually occurred.

LP Evidentiary Exhibits Page 000265                                                          10/05/2022

Lead Plaintiff's Experience: Comparison to Excerpts from the Report to the President by the
Commission on CIA Activities Within the United States June 1975.
Nelson Rockefeller, Vice President, Commission Chairman.

108      The purpose of alias documents is to facilitate cover during CIA operations. These

109   documents are not "backstopped," i.e., manufactured with the consent and knowledge of the

110   company or organization whose card is being manufactured. They are useful only as flash

111   identification. Only the Social Security Administration has been told that the Agency is

112   manufacturing its cards.

113      The Commission found no evidence that any Agency employee has ever used false

114   documentation of this kind to his personal advantage.

115   Conclusions

116      Alias credentials are necessary to facilitate CIA covert operations overseas but the

117   strictest controls and accountability must be maintained over the use of such documents: recent

118   guidelines established by the Deputy Director for Operations appear adequate to prevent abuse in

119   the future. (p. 229-230)

120      *Deloitte routinely furnished employment and all related documentation for the various*

121   *covers required to establish the bona-fide credentials of the CIA employees and/or contractors*

122   *using the Seattle office as cover employment for the various projects. Lead Plaintiff presumes*

123   *this practice was common and widespread but can offer no further insight into activities which*

124   *may have been sponsored by other Deloitte offices in the US and internationally.*

125   **Chapter 17. CIA Relationships with Other Federal, State, and Local Agencies, p. 232-240**

126      1.  Federal Bureau of Investigation

127      Many counter-intelligence operations undertaken by the FBI also have positive foreign

128   intelligence ramifications. Likewise, legitimate domestic CIA activities occasionally cross the

LP Evidentiary Exhibits Page 000266          10/05/2022

Lead Plaintiff's Experience: Comparison to Excerpts from the Report to the President by the
Commission on CIA Activities Within the United States June 1975.
Nelson Rockefeller, Vice President, Commission Chairman.

129 path of ongoing FBI investigations. Consequently, regular daily liaison has customarily been

130 maintained between the CIA and the FBI to coordinate the activities of these two federal

131 agencies.

132     As a part of such liaison, the CIA furnishes to the FBI much routine information obtained by

133 the CIA in the course of its legitimate foreign intelligence gathering activities. Included is

134 information concerning suspected criminal activities within the United States and information

135 relevant to the country's internal security. Likewise, the FBI furnishes information to the CIA

136 relating to foreign intelligence matters. From time to time, the CIA and the FBI have cooperated

137 in joint operations touching on both agencies' areas of interest.

138     The relationship between the CIA and the FBI over the years has not been uniformly

139 satisfactory. At the policy-making level, it has ranged from workable, at its best, to almost

140 nonexistent at its worst. In February 1970, following a seemingly insignificant incident in

141 Denver, all formal liaison between the two agencies was completely severed by the FBI. Formal

142 liaison at the policy level was not restored until November 1972-though a working relationship at

143 lower levels was always maintained.

144     The Commission is informed that the relationship between the CIA and the FBI has

145 improved considerably in the last few years. Nevertheless, the relationship needs to be clarified

146 and outlined in detail in order to ensure that the needs of national security are met without

147 creating conflicts or gaps of jurisdiction. A better exchange of ideas and more effort by each

148 agency to understand the problems facing the other are essential if the responsibilities of both

149 agencies are to be met. (p. 232-233)

<center>103</center>

Lead Plaintiff's Experience: Comparison to Excerpts from the Report to the President by the Commission on CIA Activities Within the United States June 1975. Nelson Rockefeller, Vice President, Commission Chairman.

150    *Lead Plaintiff had routine contacts with two acquaintances who were agents in the FBI*

151    *Seattle Field Office between 1979 and 2003. The area of assignment of the first acquaintance*

152    *was unclear. He was married to an Audit Manager in Deloitte's Seattle office who was my*

153    *indirect superior in the winter of 1979-1980 while I conducted the firm's audit of Safeco Mutual*

154    *Funds. The second acquaintance was assigned to the Bank Robbery unit in Seattle and married*

155    *to a co-worker of my second wife at first American Title Insurance. We once babysat his infant*

156    *son.*

157    *Further, Lead Plaintiff dated, married, and was divorced (1979- 1988) by the former wife of*

158    *a King County Police Officer who at various times commanded the Green River Task Force*

159    *(hunting a serial killer in the county) and. later, the Maple Valley Precinct. Lead Plaintiff and*

160    *Officer's former wife raised Officer and former wife's two daughters from pre-teen to college*

161    *age prior to Lead Plaintiff's divorce from former Officer's wife.*

162    *It was during this relationship that Lead Plaintiff first experienced BRMT manipulations,*

163    *including, without limitation, the Winslow crying episode and the Porteau Cove near fatal sleep*

164    *episode, both mentioned above.*

165    *Lead Plaintiff believes it is possible that his first wife was subject to this manipulation as*

166    *well. She experienced periodic extreme anger outbursts at various times but was otherwise quite*

167    *controlled. It is also possible she was overloaded with oxytocin in the presence of her best*

168    *female friend's husband, whom she later married. No proof can be provided for this hypothesis*

169    *by the Lead Plaintiff. However, it is a reasonable conjecture given the Lead Plaintiff's own*

170    *experience during and since that time.*

171    B.  State and Local Police

LP Evidentiary Exhibits Page 000268                    10/05/2022

Lead Plaintiff's Experience: Comparison to Excerpts from the Report to the President by the
Commission on CIA Activities Within the United States June 1975.
Nelson Rockefeller, Vice President, Commission Chairman.

172     The Agency's closest contacts have been with police departments in the Washington, D.C.,

173     metropolitan area-particularly with the Washington Metropolitan Police Department, because of

174     the wide range of CIA activities carried on in Washington-and the Fairfax County, Virginia,

175     Police Department, because of the physical presence of CIA Headquarters within that county.

176     Liaison with other surrounding suburban police departments has been maintained to a lesser

177     extent. Moreover, CIA historically has maintained limited contacts with a large number of state

178     and local police departments throughout the country, some on an ad hoc basis and others on a

179     continuing basis. In addition to its ordinary liaison activities, the CIA has on occasion provided

180     other assistance to state and local law enforcement agencies. It has also received significant

181     assistance from such agencies. (p. 236)

182     *Post 9/11, the domestic operations and operations support provided by intelligence agencies*

183     *was dramatically expanded, sometimes in ways which exceed the authority of Congress to grant*

184     *such authority, and further exploited by agencies and departments which have "mostly"*

185     *operated within the Constitution and the laws.*

186     2. Assistance Received from State and Local Police

187     The CIA has occasionally obtained badges and other identification from local police for

188     the purpose of maintaining cover during CIA operations. Such "cover" has been obtained from

189     police departments in Washington, D.C., Fairfax County (Virginia), and New York City, among

190     others. The evidence before this Commission has shown that the CIA's use of "police cover" has

191     been extremely limited, and we have found no evidence of abuse. (p. 239)

192     *Lead Plaintiff's Interpretation: CIA can routinely use local agency covers in places of*

193     *particular interest, such as in New York City, given the presence of the United Nations. Lead*

105

Lead Plaintiff's Experience: Comparison to Excerpts from the Report to the President by the
Commission on CIA Activities Within the United States June 1975.
Nelson Rockefeller, Vice President, Commission Chairman.

194 *Plaintiff has lived in this area for the past 14 years, initially during a period of fake employment,*

195 *then in circumstances which included a second brief homeless period, an involuntary*

196 *commitment to a psychiatric hospital induced by coercive and frightening psychological*

197 *operations incorporated in an illegally pretexted terror investigation and a series of small*

198 *business starve outs featuring some of the largest companies in the United States.*

199 3. Gifts and Gratuities Given to Local Police Officials

200       Most of the gifts and gratuities given to local police officials by the Office of Security

201 were paid for out of a confidential fund made available to the Director of Security for his own

202 miscellaneous use. Expenditures from this fund did not require the approval of any higher

203 authority. The primary purpose of such "courtesies" to officials of state and local police

204 departments was to recognize the cooperation which those officials or their departments had

205 given the CIA. There is no evidence that any gratuities given to local police officials and paid for

206 out of CIA funds were conditioned upon the recipient's providing the Office of Security with any

207 particular assistance. (p. 239-240)

208       *It is unclear whether the Lead Plaintiff's connections to his family's religion played a*

209 *part in his first known backroads encounter with a federal agent toting a briefcase based*

210 *satellite phone in 1972. Alternatively, it may have been his association with an Air Force*

211 *psychiatrist candidate at Washington State University and/or a Navy AVROC screening there. It*

212 *may also have been as a result of his employment in the Deloitte Seattle office, territory where it*

213 *appears that both CIA and FBI had at least an indirect presence. In any event, BRMT was and is*

214 *real.*

106

Lead Plaintiff's Experience: Comparison to Excerpts from the Report to the President by the
Commission on CIA Activities Within the United States June 1975.
Nelson Rockefeller, Vice President, Commission Chairman.

215    *Quotation from Interestingengineering.com article entitled "A new navy weapon actually*

216    *stops you from talking" follows:*

217    *"The U.S. Navy has successfully invented a <u>special electronic device</u> that is designed to*

218    *stop people from talking. A form of non-lethal weapon, the new electronic device effectively*

219    *repeats a speaker's own voice back at them, and only them, while they attempt to talk. AHAD has*

220    *been developed by engineers at the Naval Surface Warfare, Crane Division, a Navy research and*

221    *development facility in Indiana that develops handheld and crew-served weapons for the*

222    *service."*

107

# WIKIPEDIA

# Joe Arpaio

**Joseph Michael Arpaio**[2] (/ˈɑːrpaɪoʊ/; born June 14, 1932) is an American former law enforcement officer and politician. He served as the 36th Sheriff of Maricopa County, Arizona for 24 years, from 1993 to 2017, losing reelection to Democrat Paul Penzone in 2016.

Starting in 2005, Arpaio took an outspoken stance against illegal immigration, styling himself as "America's Toughest Sheriff".[3][4] In 2010, he became a flashpoint for opposition to Arizona's SB1070 anti-illegal immigrant law, which was largely struck down by the Supreme Court of the United States.[5][6] Arpaio is also known for investigating former U.S. President Barack Obama's birth certificate, and, as of 2018, he continued to claim without evidence that it was forged.[7][8]

Arpaio has been accused of numerous types of police misconduct, including abuse of power, misuse of funds, failure to investigate sex crimes, criminal negligence, abuse of suspects in custody, improper clearance of cases, unlawful enforcement of immigration laws, and election law violations. A Federal court monitor was appointed to oversee his office's operations because of complaints of racial profiling. The U.S. Department of Justice concluded that Arpaio oversaw the worst pattern of racial profiling in U.S. history, and subsequently filed suit against him for unlawful discriminatory police conduct.[9] Arpaio and the Maricopa County Sheriff's Office (MCSO) were named as defendants in dozens of civil lawsuits brought by citizens arrested by Arpaio and his deputies alleging wrongful arrest, wrongful death, entrapment and other claims, costing taxpayers in Maricopa County over $140 million in litigation against Arpaio during his tenure as sheriff.[10]

Over the course of his career, Arpaio was the subject of several federal civil rights lawsuits. In one case, he was a defendant in a decade-long suit in which a federal court issued an injunction barring him from conducting further "immigration round-ups".[11] A federal court subsequently found that after the order was issued, Arpaio's office continued to detain "persons for further investigation without reasonable suspicion that a crime has been or is being committed."[11] In July 2017, he was convicted of criminal contempt of court, a crime for which he was pardoned by President Donald Trump on August 25,

## Joe Arpaio



Arpaio in 2016

**36th Sheriff of Maricopa County**
**In office**
January 1, 1993 – January 1, 2017

| | |
|---|---|
| **Preceded by** | Tom Agnos |
| **Succeeded by** | Paul Penzone |
| **Personal details** | |
| **Born** | Joseph Michael Arpaio<br>June 14, 1932<br>Springfield, Massachusetts, U.S. |
| **Political party** | Republican |
| **Spouse** | Ava Lam<br>(m. 1958; died 2021) |
| **Children** | 2 |
| **Conviction(s)** | Criminal contempt of court[1] *(pardoned)* |
| **Signature** | *[signature]* |

**Military service**

2017.[12] In a separate racial-profiling case which concluded in 2013, Arpaio and his subordinates were found to have unfairly targeted Hispanics in conducting traffic stops.[13]

Although Arpaio sought another term as Maricopa County Sheriff in 2016, the contempt of court conviction eroded much of his remaining political support, and he was defeated in the election by Paul Penzone, a Democrat who reversed many of Arpaio's policies after taking office. Arpaio was an unsuccessful candidate in Arizona's Republican primary election for U.S. Senate in 2018. In 2020, Arpaio failed in his attempt to become the Maricopa County Sheriff again.[14][15] In 2022, he narrowly lost in his attempt to unseat the incumbent mayor of Fountain Hills, Arizona, garnering 49% of the vote.[16]

| Allegiance | United States |
| Branch/service | United States Army |
| Years of service | 1950–1954 |
| Unit | Medical Detachment Division |

# Contents

**Early life**

**Tenure as sheriff 1993–2017**
Jail conditions
Tent city jail
Public relations actions
Immigration posse
Organizations criticizing Arpaio
Claims that sheriff's office failed to properly investigate serious crimes
Targeting of reporters
Targeting of political opponents
Election law violation
Misspending analysis
Misconduct and mismanagement memo
Wrongful arrest and entrapment lawsuit and settlement
Abuse-of-power allegations and investigation
Immigration patrols

**Federal class-action suit**

***Melendres v. Arpaio* racial profiling class-action lawsuit**

**Litigation on jail conditions**
*Graves v. Arpaio*: federal court finding of unconstitutional jail conditions
*Braillard v. Maricopa County*: wrongful death suit and settlement

**Justice Department investigation on racial profiling**
*United States v. Maricopa County*

**Birther movement**

**Conviction for contempt of court and presidential pardon**
Contempt of court
Presidential pardon

**Election results**

2000
2004
2008
2012
2016
Failed recall petitions, 2007 and 2013
**Campaigns for other public offices**
2018 U.S. Senate election
2020 Maricopa County Sheriff election
2022 Fountain Hills mayoral election
**Personal life**
**Works**
**References**
**Further reading**
**External links**

# Early life

Arpaio was born in Springfield, Massachusetts, on June 14, 1932,[17] to Italian parents, both from Lacedonia, Italy.[18] Arpaio's mother died while giving birth to him, and he was raised by his father,[19] who ran an Italian grocery store.[20][21] Arpaio completed high school and worked in his father's business until age 18 when he enlisted in the United States Army.[17][22] He served in the Army from 1950 to 1954 in the Medical Department and was stationed in France for part of the time as a military policeman.[22]

Following his army discharge in 1954, Arpaio moved to Washington, D.C., and became a police officer, moving in 1957 to Las Vegas, Nevada. He served as a police officer in Las Vegas for six months before being appointed as a special agent with the Federal Bureau of Narcotics, which later became part of the Drug Enforcement Administration (DEA).[23] During his 25-year tenure with the DEA, he was stationed in Argentina, Turkey, and Mexico, and advanced through the ranks to the position of head of the DEA's Arizona branch.[24]

After leaving the DEA, Arpaio became involved in a travel venture through his wife's travel agency Starworld Travel Agency, based in Scottsdale. While there, he sold passage on the Phoenix E space rocket, which was hoped to take off from either Edwards Air Force Base or Vandenberg Air Force Base on the 500th anniversary of Christopher Columbus' voyage to the new world. Although he claimed in 1988 that the first 19 flights of the Phoenix E had been booked, no flights were ever made.[25][26]

# Tenure as sheriff 1993–2017

Arpaio was first elected as sheriff in 1992. He was re-elected in 1996, 2000, 2004, 2008 and 2012.[27] Throughout his tenure as sheriff Arpaio sought out media coverage. He was featured and profiled by news media worldwide and claimed to average 200 television appearances per month.[28] In late 2008 and early 2009, Arpaio appeared in *Smile...You're Under Arrest!*, a three-episode Fox Reality Channel series in which persons with outstanding warrants were tricked into presenting themselves

for arrest.[29]

## Jail conditions

Arpaio's jail detention practices included serving inmates Nutraloaf[30] and edibles recovered from food rescue[31] and limiting meals to twice daily.[32] He also banned inmates from possessing "sexually explicit material" including *Playboy* magazine, after female officers complained that inmates openly masturbated while viewing the articles. The ban was challenged on First Amendment grounds, but was upheld by the United States Court of Appeals for the Ninth Circuit.[33] In February 2007, Arpaio instituted an in-house radio station he called KJOE,[34] broadcasting classical music, opera, Frank Sinatra hits, patriotic music, and educational programming five days a week, four hours each day.



Arpaio and his wife, Ava, at the 2011 Veterans Day parade in Phoenix, Arizona

Federal Judge Neil V. Wake ruled in 2008 and 2010 that the Maricopa County jails violated the constitutional rights of inmates in medical and other care-related issues.[35][36]

In 2013, National Geographic Channel featured Arpaio's jail in the *Banged Up Abroad* episode of "Raving Arizona".[37] The episode told the story of the Ecstasy dealer Shaun Attwood who started the blog Jon's Jail Journal.[38][39][40]



Arpaio speaking at a campaign rally for Donald Trump in Phoenix, Arizona

## Tent city jail

In 1993, Arpaio set up a "Tent City" — which he described as a "concentration camp"[41] — as a temporary extension of the Maricopa County Jail for convicted and sentenced prisoners.[42][43] It was located in a yard next to a more permanent structure.[44] He later claimed that the "concentration camp" remark had been a joke, pointing out: "What difference does it make? I still survived. I still kept getting re-elected."[45]

In 1997, Amnesty International said Arpaio's tent city jail was not an "adequate or humane alternative to housing inmates in suitable ... jail facilities."[46] Tent City was criticized by groups contending that there were violations of human and constitutional rights.[47] Arpaio stated he reserved the punishment of living in Tent City "for those who have been convicted."[48][49]

During the summer of 2003, when outside temperatures exceeded 110 °F (43 °C), Arpaio said to complaining inmates, "It's 120 degrees in Iraq and the soldiers are living in tents and they didn't commit any crimes, so shut your mouths!"[50] On July 2, 2011, when the temperature in Phoenix hit 118 °F (48 °C), Arpaio measured the temperature inside these tents at 145 °F (63 °C). Some inmates complained that fans near their beds were not working, and that their shoes were melting from the heat.[51]

In April 2017, it was announced by newly elected Sheriff Paul Penzone that the Tent City jail would be shut down.[52]

In 1995, Arpaio reinstituted chain gangs. In 1996, he expanded the chain gang concept by instituting female volunteer chain gangs.[53] Female inmates worked seven hours a day (7 a.m. to 2 p.m.), six days a week. He also instituted the world's first all-juvenile volunteer chain gang; volunteers earned high school credit toward a diploma.[54]

## Public relations actions

One of Arpaio's public relations actions was the requirement that inmates wear pink underwear in order to prevent its theft by the released inmates. He claimed this saved the county $70,000 in the first year the rule was in effect.[55] Arpaio subsequently started to sell customized pink boxers (with the Maricopa County Sheriff's logo and "Go Joe") as a fund-raiser for Sheriff's Posse Association. Despite allegations of misuse of funds received from these sales, Arpaio declined to provide an accounting for the money.[56]

Arpaio's success in gaining press coverage with the pink underwear resulted in his extending the use of the color. He introduced pink handcuffs, using the event to promote his book, *Sheriff Joe Arpaio, America's Toughest Sheriff*.[57] Arpaio has said "I can get elected on pink underwear... I've done it five times."[58][59]

In 2004, Arpaio ordered all undocumented immigrants then in jail to register for the Selective Service System.[60]

## Immigration posse

In November 2010, Arpaio created an armed illegal immigration operations posse to help his deputies enforce immigration law. Members of the posse included actors Steven Seagal, Lou Ferrigno, and Peter Lupus.[61] Because the MCSO lost its authority to enforce immigration law (both by losing its 287(g) authority and through a federal court order in *Melendres v. Arpaio*), as of 2013, the posse is no longer active.[62] While the MCSO website claimed 3,000 posse members, as of July 29, 2015, the posse had 986 members.[63]

## Organizations criticizing Arpaio

Arpaio was a controversial sheriff. His practices were criticized by government agencies such as the United States Department of Justice and United States district courts, as well as organizations such as Amnesty International,[64] the American Civil Liberties Union (ACLU), the Arizona Ecumenical Council, the American Jewish Committee,[65] and the Arizona chapter of the Anti-Defamation League.[66] The editorial board of *The New York Times* called Arpaio "America's Worst Sheriff".[67] Controversies surrounding Arpaio included allegations of racial profiling, for which the ACLU sued the sheriff's office.[68][69]

## Claims that sheriff's office failed to properly investigate serious crimes

In 2000 it was claimed that the sheriff's office failed to properly investigate serious crimes, including the rape of a 14-year-old girl by classmates,[70][71] and the rape of a 15-year-old girl by two strangers.[72][73] These cases were reported as "exceptionally cleared" (solved) by the MCSO without investigation or, in one instance, without even identifying a suspect – in contravention of Federal

Bureau of Investigation (FBI) standards for exceptional clearance.[72][74] In the case of the 15-year-old girl, the case was closed within one month and before DNA testing was even complete, a 13-year-old's because her mother did not want to "pursue this investigation," and the 14-year-old's because a suspect declined to appear for questioning.[70][72] In a statement to ABC15, the sheriff's office claimed "The Goldwater Institute's report cites the FBI's Uniform Code [sic] Reporting handbook, which is a voluntary crime-reporting program to compile statistical information and reports. The UCR is not intended for oversight on how law enforcement agencies clear cases... The Sheriff's Office has its own criteria for clearing cases."[71] The Arizona Department of Public Safety, which serves as the repository for Arizona case clearance statistics, told 12 News that the guidelines in the FBI Uniform Crime Reporting Handbook are mandatory for all Arizona law enforcement agencies. Those guidelines specify that a case can be cleared by exception only when a perpetrator's identity and location is known and there is sufficient evidence to support prosecution, but, due to special circumstances (such as the suspect dying, or extradition not being possible), an arrest cannot be made.[75]

In an interview on the ABC's *Nightline* news program, when asked to explain why 82 percent of cases were declared cleared by exception, Arpaio said, "We do clear a higher percentage of that. I know that. We clear many, many cases – not 18 percent." *Nightline* contacted the MCSO after the interview and was told that of 7,346 crimes, only 944, or 15%, had been cleared by arrest.[76]

Under Arpaio, the MCSO may have improperly cleared (reported as solved) as many as 75% of cases without arrest or proper investigation.[75][77][78][79][80]

## Sex crime investigations and rapist Patrick Morrison

During a three-year period ending in 2007, more than 400 sex crimes reported to Arpaio's office were inadequately investigated or not investigated at all. While providing police services for El Mirage, Arizona, the MCSO under Arpaio failed to follow through on at least 32 reported child molestations, even though the suspects were known in all but six cases. Many of the victims were children of illegal immigrants.[72][81]

In a controversial case, Arpaio's office was accused of ignoring Sabrina Morrison, a teenage girl suffering from a mental disability. On March 7, 2007, the 13-year-old was raped by her uncle, Patrick Morrison. She told her teacher the next day, and her teacher called the MCSO. A rape kit was taken, but the detective assigned to the case told Sabrina and her family that there were no obvious signs of sexual assault, no semen, or signs of trauma.[82]

As a result of the detective's statements, Sabrina was branded by her family as a liar. Her uncle continued to rape her repeatedly, saying he would kill her if she told anyone. She became pregnant by him, and had an abortion. The family did not know that the rape kit had been tested at the state lab and showed the presence of semen. The lab requested that the detective obtain a blood sample from the suspect, Patrick Morrison.[83] Instead of obtaining the blood sample, or making an arrest, the detective filed the crime-lab note and closed the case for four years.[83]

In September 2011 the sheriff's office obtained a blood sample from Patrick Morrison, which was a DNA match with the semen taken over four years earlier. Patrick Morrison was arrested and charged in February 2012; he pleaded guilty and was sentenced to 24 years in prison.[83]

LP Evidentiary Exhibits Page 000277

In December 2011, responding to continuing media coverage of the controversy, and apparently unaware that there were hundreds of victims in these cases, Arpaio stated in a press conference, "If there were any victims, I apologize to those victims."[84]

In August 2012, Sabrina Morrison filed a notice of claim against Arpaio and Maricopa County for gross negligence. In April 2015, the case settled for $3.5 million.[85][86]

An internal memo written by one of the detectives assigned to the Morrison case blamed a high case load, saying the special victims unit had gone from five detectives to just three, and the detectives left were often called off their cases to investigate special assignments. These included a credit card fraud case involving the Arizona Diamondbacks and a mortgage fraud case in Arpaio's home city of Fountain Hills.[87]

When county supervisors provided more than $600,000 to fund six additional detective positions to investigate child abuse in fiscal 2007, none were added to the sex-crimes squad. Sheriff's administrators concluded they had no idea where positions were added or what became of the money after it was added to the budget.[88]

## Targeting of reporters

In October 2007, Mike Lacey and Jim Larkin, the founders and leaders of the *Phoenix New Times*, were arrested after publishing a news article on a grand jury investigation involving Arpaio's office.[89] On the evening that the article was published, Lacey and Larkin were arrested by plainclothes sheriff's deputies, "handcuffed, put in dark SUVs with tinted windows and driven to jail."[90] Following a public uproar over the arrests, all charges were dropped against Lacey and Larkin.[90] Lacey and Larkin filed a federal Section 1983 lawsuit for the violations of their civil rights, and in 2012 the U.S. Court of Appeals for the Ninth Circuit ruled that they could sue the Maricopa County Sheriff's Office for the arrests.[91] In 2013, the Maricopa County Board of Supervisors voted to settle the suit for $3.75 million.[92] Lacey and Larkin used the proceeds of the settlement to establish an endowed chair professorship at the Walter Cronkite School of Journalism and Mass Communication,[90] and to establish the Lacey & Larkin Frontera Fund, which advocates for migrant rights and freedom of speech issues in Arizona.[93]

## Targeting of political opponents

Between 2008 and 2010, Arpaio and former Maricopa County Attorney Andrew Thomas together undertook a number of government-corruption investigations targeting political opponents, including judges, county supervisors and administrators. These investigations resulted in: lawsuits against the Maricopa County Board of Supervisors, a federal civil-racketeering suit against the supervisors, four judges, and attorneys who worked with the county; and filing of criminal charges against several individuals.[94]

In early 2010, Arpaio and Thomas sought to have a grand jury indict a number of Maricopa County judges, Maricopa County supervisors, and employees of the Maricopa County Board of Supervisors. The grand jury, in an unusual rebuke, ordered the investigation ended. This action has been described as meaning that "the case is so bad, there's no further evidence that could be brought" to substantiate it. Legal experts agreed this was a rare move.[95]

Arpaio and Thomas lost every case, either by ruling of the courts or by dropping the case.[96]

LP Evidentiary Exhibits Page 000278                                                                      10/05/2022

Arpaio's and Thomas' actions in these matters led to Thomas' disbarment by a disciplinary panel of the Arizona Supreme Court, which found that Thomas "outrageously exploited power, flagrantly fostered fear, and disgracefully misused the law" while serving as Maricopa County Attorney. The panel found "clear and convincing evidence" that Thomas brought unfounded and malicious criminal and civil charges against political opponents, including four state judges and the Arizona Attorney General.[97] "Were this a criminal case," the panel concluded, "we are confident that the evidence would establish this conspiracy beyond a reasonable doubt."[98][99]

At least 11 individuals filed lawsuits or legal claims as a result of being targeted by Arpaio and Thomas. The county settled all 11 cases:[94][100]

- Gary Donahoe, retired Superior Court judge: $1,275,000 settlement. County legal expenses: $767,127.
- Kenneth Fields, retired Superior Court judge: $100,000 settlement. County legal expenses: $81,040.
- Barbara Mundell, retired Superior Court judge: $500,000 settlement. County legal expenses: $134,273.
- Anna Baca, retired Superior Court judge: $100,000 settlement. County legal expenses: $112,588.
- Stephen Wetzel, former county technology director: $75,000 settlement. County legal expenses: $107,647.
- Sandi Wilson, deputy county manager and county budget director: $122,000 settlement. County legal expenses: $458,318.
- Don Stapley, former county supervisor: $3.5 million settlement. County legal expenses: $1,682,020.
- Mary Rose Wilcox, county supervisor: $975,000 settlement, plus $9,938 in court-ordered legal costs. County legal expenses to date: over $375,442.
- Susan Schuerman, Stapley's executive assistant: $500,000 settlement. County legal expenses: $200,201.
- Conley Wolfswinkel, Stapley's business associate: $1,400,000 settlement. County legal expenses: $1,586,152.
- Andy Kunasek, county supervisor: $123,110 settlement. County legal expenses: $1,150.

In February 2010, Pima County Superior Court Judge John S. Leonardo found that Arpaio "misused the power of his office to target members of the Board of Supervisors for criminal investigation".[101]

As of June 2014, costs to Maricopa County taxpayers related to Arpaio's and Thomas's failed corruption investigations exceeded $44 million, not including staff time.[100][102]

## Election law violation

In July 2010, a committee established by Arpaio (the "Campaign to Re-Elect Joe Arpaio 2012") funded advertisements critical of Rick Romley, a candidate in the Republican primary for Maricopa County Attorney, and Arizona Attorney General candidate Tom Horne, despite the fact that Arpaio was not running for re-election at the time (his term did not expire until the end of 2012).[103]

In August 2010, following the filing of complaints to the Maricopa Elections Department, the Office of Maricopa County Attorney found that one of the advertisements, a direct mailer, advocated the defeat of Romley and was an in-kind contribution to Bill Montgomery (Romley's primary election opponent), in violation of Arizona election law. The order stated that a civil penalty in the amount of

three times the amount of money spent on the mailer would be imposed on Campaign to Re-Elect Joe Arpaio 2012.[104] In September 2010, Arpaio's campaign was fined $153,978.[105] Montgomery ultimately defeated Romley in the primary election, with Romley stating Arpaio's ads "hurt" his results.[106]

## Misspending analysis

An analysis by the Maricopa County Office of Management and Budget, completed in April 2011, found that Arpaio had misspent almost $100 million over the previous 5 years.[107][108][109]

The analysis showed that money from a restricted detention fund which could legally be used only to pay for jail items, such as food, detention officers' salaries, and equipment, was used to pay employees to patrol Maricopa County.[107] The analysis also showed that many sheriff's office employees, whose salaries were paid from the restricted detention fund, were working job assignments different from those recorded in their personnel records. Arpaio's office kept a separate set of personnel books detailing actual work assignments, different from information kept in the county's official human resources records.[108]

Arpaio used the detention fund to pay for investigations of political rivals, as well as activities involving his human-smuggling unit.[107][108]

The analysis also showed a number of inappropriate spending items including a trip to Alaska where deputies stayed at a fishing resort, and trips to Disneyland.[108][110]

Separate investigations by *The Arizona Republic* uncovered widespread abuse of public funds and county policies by Arpaio's office, including high-ranking employees routinely charging expensive meals and stays at luxury hotels on their county credit cards.[111]

*The Republic* also found that a restricted jail-enhancement fund was improperly used to pay for out-of-state training, a staff party at a local amusement park, and a $456,000 bus which Arpaio purchased in violation of county procurement rules.[107][112]

## Misconduct and mismanagement memo

In September 2010, a 63-page internal memo written by Maricopa Deputy Chief Frank Munnell, was made public. The memo alleged years of misconduct and mismanagement by Arpaio's second-in-command and other top MCSO officers, including the use of a public-corruption task force to conduct politically motivated probes into political opponents. The memo alleged that top officials in the MCSO "willfully and intentionally committed criminal acts by attempting to obstruct justice, tamper with witnesses, and destroy evidence."[113] Arpaio forwarded the memo to the Pinal County Sheriff's Office, requesting they conduct an administrative investigation. Former top MCSO staffers claimed that Arpaio knew of the acts alleged in the Munnell memo, but took no action to stop them.[114] Arpaio has not commented publicly on the allegations.

In October 2010, the U.S. Attorney for Arizona confirmed that the FBI and Department of Justice had received copies of the Munnell memo and were conducting criminal investigations into its allegations.[115]

LP Evidentiary Exhibits Page 000280

## Wrongful arrest and entrapment lawsuit and settlement

In 1999, undercover MCSO deputies arrested James Saville, then 18 years old, and charged him with plotting to kill Arpaio with a pipe bomb. A local television station had been tipped off to the arrest by the MCSO, and broadcast footage of the arrest that evening. The MCSO held a news conference shortly after the arrest, and Arpaio appeared in interviews on local television stations, saying "If they think they are going to scare me away with bombs and everything else, it's not going to bother me."[116]



Arpaio with State Senator Russell Pearce in 2010

In July 2003, after spending almost four years in jail awaiting trial, Saville was acquitted by a Maricopa County Superior Court jury. Jurors were persuaded that Saville had been entrapped by the MCSO as part of a publicity stunt by Arpaio.[117][118] This was a rare example of a successful entrapment defense, which is very difficult to prove.[119] Jurors interviewed following the trial said that "they were convinced that Saville had been a pawn in an elaborate media ploy."[119] The jury forewoman subsequently said: "This was a publicity stunt at the expense of four years of someone's life." Another juror stated that "This was a big setup from the beginning."[117]

In 2004, Saville, following the acquittal, sued Arpaio and Maricopa County for wrongful arrest and entrapment. In 2008, the suit was settled, with Maricopa County paying Saville $1.1 million. Saville also received an unspecified additional compensation from the county's insurance company.[120]

## Abuse-of-power allegations and investigation

In 2008, a federal grand jury began an inquiry of Arpaio for abuse-of-power in connection with an FBI investigation.[121][122] On August 31, 2012, the Arizona U.S. Attorney's office announced that it was "closing its investigation into allegations of criminal conduct" by Arpaio, without filing charges.[123]

Arpaio was investigated for politically motivated and "bogus" prosecutions, which a former U.S. Attorney called "utterly unacceptable".[121][122] Phoenix Mayor Phil Gordon called Arpaio's "long list" of questionable prosecutions "a reign of terror".[122]

The targets of Arpaio's alleged abuse of power included:

- Phil Gordon, Phoenix Mayor[121]
- Dan Saban, Arpaio's 2004 and 2008 opponent for the office of Sheriff of Maricopa County[121]
- Terry Goddard, Arizona Attorney General[121]
- David Smith, Maricopa County Manager[121]
- The Maricopa County Board of Supervisors[121]
- Barbara Mundell, Maricopa Superior Court Presiding Judge[121]
- Anna Baca, former Maricopa Superior Court Presiding Judge[124]
- Gary Donahoe, Maricopa Superior Court Criminal Presiding Judge[121]
- Daniel Pochoda, ACLU attorney[121]
- Sandra Dowling, former Maricopa County School Superintendent[122]

- Mike Lacey, Editor, *Phoenix New Times*[122]

As of July 2010, only Sandra Dowling had been successfully prosecuted.[1 ] Indicted on 25 felony counts, Dowling eventually pleaded guilty to patronage for giving a summer job to her daughter, a single class 2 misdemeanor which was not among the original counts, although as part of the plea bargain she also agreed to recuse herself from the Maricopa County Regional School District. Dowling later filed suit, alleging negligence, malicious prosecution, abuse of process and several constitutional violations, although Arpaio won summary judgment against her claims.[125]

As of December 2011, a federal grand jury was investigating Arpaio's office on criminal abuse-of-power allegations since at least December 2009 and was specifically examining the investigative work of the sheriff's anti-public corruption squad.[1 6]

On August 31, 2012, federal authorities announced they were terminating their abuse-of-power investigation into Arpaio in Arizona without filing charges against him.

## Immigration patrols

In 2005, Arpaio began focusing on enforcing immigration laws, after Maricopa County Attorney Andrew Thomas was elected with a campaign slogan of "Stop illegal immigration."[127] Arpaio stated that prior to 2005, he didn't view illegal immigration as a "serious legal issue."[128]

Starting in 2005, Arpaio regularly conducted saturation patrols and immigration sweeps, targeting Latino neighborhoods[129][130] and day laborers.[131] Arpaio also ran many operations targeting businesses employing Latinos, and arresting employees who were unauthorized immigrants for identity theft. According to Arpaio, 100% of the persons arrested for using stolen IDs in 57 raids conducted up until March 2012 were in the country illegally.[13 ] Until 2011, when a Federal District Court injunction halted the practice, Arpaio maintained an immigrant smuggling squad which illegally stopped cars with Latino drivers or passengers to check their immigration status.[133][134]

Arpaio has said of his immigration law enforcement efforts, "Ours is an operation where we want to go after illegals, not the crime first... It's a pure program. You go after them, and you lock them up."[135]

# Federal class-action suit

As of September 2012, Arpaio was a defendant in a federal class action suit and a United States Department of Justice suit, both of which alleged racial profiling.[136][137]

Arpaio repeatedly denied racial profiling, although the MCSO did not have a policy specifically barring the practice nor any reliable internal method of ensuring it was not taking place.[138][139]

In 2007 Manuel De Jesus Ortega Melendres, a Mexican tourist who was a passenger in a car stopped in Cave Creek, Maricopa County, filed a lawsuit (*Melendres v. Arpaio*[136]) in the United States District Court for the District of Arizona against Sheriff Arpaio, the MCSO, and Maricopa County, claiming to have been detained unlawfully for nine hours as a result of racial profiling. The lawsuit was expanded when several individuals joined in with similar complaints.

The plaintiffs were represented by the American Civil Liberties Union (ACLU), the Mexican-American Legal Defense and Education Fund (MALDEF), and the law firm of Covington & Burling.

The lawsuit charged that Sheriff Arpaio and the MCSO unlawfully instituted a pattern and practice of targeting Latino drivers and passengers in Maricopa County during traffic stops, and that MCSO's practices discriminated on the basis of race in violation of the Equal Protection Clause of the Fourteenth Amendment, and resulted in prolonged traffic stops and baseless extended detentions in violation of the Fourth Amendment.[140]

The case was initially assigned to U.S. District Judge Mary Murguia. In June 2009, in response to a motion filed by Arpaio's lawyers, she recused herself. The case was then assigned to U.S. District Judge G. Murray Snow.

In his September 2009 deposition in the case, Arpaio testified he had never read the complaint in the case, was unfamiliar with the details of the allegations of racial profiling therein, didn't know the content of the 14th Amendment to the U.S. Constitution, and had never read the Department of Justice's guidelines concerning the use of race in investigations, which would have applied to his deputies in the field when they were still operating under a 287(g) program agreement with U.S. Immigration and Customs Enforcement (ICE). He insisted, however, that his deputies didn't profile based on ethnicity or race.[141]

In a December 2011 order, Judge Snow sanctioned Arpaio and the MCSO for acknowledged destruction of records in the case.[142][143][144] Judge Snow also stated:

> Sheriff Arpaio has made public statements that a fact finder could interpret as endorsing racial profiling, such as stating that, even lacking 287(g) authority, his officers can detain people based upon 'their speech, what they look like, if they look like they came from another country'... Moreover, he acknowledges that MCSO provides no training to reduce the risk of racial profiling, stating 'if we do not racial profile, why would I do a training program?'"[133] Judge Snow expanded the complaint into a class-action lawsuit, including all Latino drivers stopped by the Sheriff's Office since 2007, or who will be stopped in the future. He also enjoined the MCSO and all of its officers from "detaining any person based only on knowledge or reasonable belief, without more, that the person is unlawfully present within the United States, because as a matter of law such knowledge does not amount to a reasonable belief that the person either violated or conspired to violate the Arizona human smuggling statute, or any other state or federal criminal law.[133]

## *Melendres v. Arpaio* racial profiling class-action lawsuit

On December 23, 2011, U.S. District Court Judge G. Murray Snow enjoined Arpaio and the MCSO from "detaining any person based only on knowledge or reasonable belief, without more, that the person is unlawfully present within the United States," halting anti-illegal immigration enforcement by MCSO in its current form.[145]

Arpaio filed an appeal with the United States Court of Appeals for the Ninth Circuit. The court upheld Judge Snow's injunction.[146]

Starting July 19, 2012, a six-day bench trial was held before Judge Snow.[147] On May 24, 2013, Judge Snow issued a decision finding the policies and practices of Arpaio and his office discriminatory, in violation of the Fourth and Fourteenth Amendments and Title VI of the Civil Rights Act of 1964.[148][149]

LP Evidentiary Exhibits Page 000283                                              10/05/2022

In June 2013, the United States Department of Justice (DOJ) filed a Statement of Interest in the case, recommending the appointment of an "independent monitor to assess and report on MCSO's compliance with the remedial measures ordered by the Court."[150] Adopting the DOJ's recommendation, in August 2013 Judge Snow stated in a court hearing that he would be assigning an independent monitor.[151]

In October 2013, Judge Snow issued a 59-page final order, giving the MCSO a list of reforms and requirements to institute and follow. In January 2014, Judge Snow appointed Robert Warshaw, former Rochester, New York, police chief, to act as monitor over the MCSO.[152]

Arpaio filed a limited appeal to the United States Court of Appeals for the Ninth Circuit, contesting the district court's order, insofar as it covered traffic stops outside of saturation patrols. The appeals court rejected this claim, upholding Judge Snow's inclusion of non-saturation patrols in his finding of racial profiling, and maintaining his rulings of corrective actions that included training and video recording of traffic stops. The appeals court did agree with Arpaio that the court-appointed monitor's oversight of internal investigations must only be related to the constitutional violations.[152][153]

Subsequent to Judge Snow's October 2013 order, Arpaio was videotaped during a training session for MCSO deputies, saying "we don't racially profile. I don't care what everybody says." As a result of this, and mischaracterizations of the court's order by MCSO Chief Deputy Jerry Sheridan, Snow convened a hearing in March 2014 where he chastised Arpaio and Sheridan, saying they had "defied and even mocked his order to stop singling out Latinos during routine patrols, traffic stops and workplace raids."[154] He then ordered Arpaio's attorney to prepare a corrective letter setting the record straight, to be distributed to all MCSO deputies. Because of Arpaio's First Amendment free speech rights, the court did not require him to personally sign the corrective letter.[155]

Two days after the hearing, having just been rebuked for mocking the court's order, Arpaio sent out a fundraising letter complaining of "Rampant UNFOUNDED [sic] charges of racism and racial profiling in my office."[156] Judge Snow responded to this fundraising letter, stating:

> I want to be careful and say that the Maricopa County Sheriff's Office has used race – has illegitimately used race as a factor, and to the extent that constitutes racial profiling, that's what it is and that's what I found and the sheriff is saying that people have wrongfully accused him of that as of last Wednesday, which was after the meeting in which he was here. So to the extent that I have a sheriff, who I'm not going to prohibit from mischaracterizing my order publicly, to the extent that I have an MCSO that is rife with a misunderstanding of my order and a mischaracterization of it when they are the people that have to understand it and implement it, I have grave concerns...[157]

On September 11, 2014, Judge Snow granted more than $4.4 million in attorney's fees to four legal organizations that litigated *Melendres v. Arpaio*. Attorney's fees were granted to the ACLU Immigrants' Rights Project, the ACLU of Arizona, MALDEF, and Covington & Burling.[158]

On June 4, 2014, the *Phoenix New Times* reported that Arpaio had initiated a criminal investigation of Judge Snow as well as the DOJ.[159] The article quoted unnamed sources, including a former detective with the MCSO's Special Investigations Division, who claimed that the investigation was being run directly by Arpaio and was based on his belief that Judge Snow and the DOJ had engaged in a conspiracy against him.[159]

Arpaio neither confirmed nor denied the investigation to the *Phoenix New Times*.[159] However, in an April 2015 civil contempt hearing before Judge Snow, Arpaio testified that his attorney, Tim Casey, had hired a private investigator to investigate Judge Snow's wife, and that the MCSO had paid Dennis L. Montgomery to investigate whether the DOJ had been penetrating Arpaio's e-mails as well as those of local attorneys and judges, including Judge Snow. (This was called the "Seattle Operation.")[160][161] Subsequently, MCSO Chief Deputy Jerry Sheridan testified that there was no investigation into Snow, his wife, or his family. As a result of the potential for ethical conflicts arizing from Arpaio's and Sheridan's testimony, Casey withdrew as legal counsel for Arpaio and the MCSO.[162][163]

During a status conference on May 14, 2015, Judge Snow, reading from a prepared statement, said that documents unearthed from the "Seattle Operation" by the court-appointed monitor revealed "an attempt to construct a conspiracy involving this court" as well as other entities and individuals including the DOJ, former U.S. Attorney General Eric Holder, former Phoenix Mayor Phil Gordon, and former MCSO Executive Chief Brian Sands, among others.[164] One week after this status conference, Arpaio's criminal defense attorney filed a motion to disqualify Judge Snow, claiming that he had moved from being an independent arbiter in the case into the role of investigating "issues involving his own family." Judge Snow temporarily halted further hearings in the case, but ultimately denied the motion and resumed holding hearings.[165][166][167][168][169] On August 7, 2015, Arpaio asked the Ninth Circuit to remove Judge Snow from the case.[170] On September 15, 2015, the Ninth Circuit denied Arpaio's request to remove Judge Snow, as well as Arpaio's related request to halt the lower court's proceedings.[171]

As part of the contempt proceedings, Judge Snow concluded Arpaio and others had made intentionally false statements about the efforts to investigate him.[172]

# Litigation on jail conditions

### *Graves v. Arpaio*: federal court finding of unconstitutional jail conditions

Federal Judge Neil V. Wake ruled in 2008, and again in 2010, that the county jails violated the constitutional rights of inmates in medical and other care-related issues.[35][36] This ruling was a result of a lawsuit brought by the ACLU which alleged that "Arpaio routinely abused pre-trial detainees at Maricopa County Jail by feeding them moldy bread, rotten fruit and other contaminated food, housing them in cells so hot as to endanger their health, denying them care for serious medical and mental health needs, and keeping them packed as tightly as sardines in holding cells for days at a time during intake."[173]

In a ruling issued in October 2010, the U.S. Court of Appeals for the Ninth Circuit ordered Arpaio to comply with Judge Wake's 2008 ruling, which required Arpaio to end the overcrowding and to ensure all detainees received necessary medical and mental health care; be given uninterrupted access to all medications prescribed by correctional medical staff; be given access to exercise and to sinks, toilets, toilet paper and soap; and be served food that met or exceeded the U.S. Department of Agriculture's dietary guidelines.[174][175][176][177]

### *Braillard v. Maricopa County*: wrongful death suit and settlement

In 2005, Deborah Braillard, a diabetic was arrested and detained in county jail on a minor drug-possession charge. Without medical attention, Braillard soon became ill. Although Braillard "groaned and cried for help as she defecated and vomited on herself and others," guards refused to listen to pleas to medical treatment for Braillard, who went into a diabetic coma and died while chained to a hospital bed.[178]

In the subsequent wrongful death of *Braillard v. Maricopa County,*[179] the plaintiff's attorney cited numerous reports commissioned and paid for by Maricopa County, dating back as far as 1996, detailing a "culture of cruelty" where inmates were routinely denied humane healthcare at Maricopa County jails run by Arpaio. Testifying in this case, Arpaio stated he could not deny making the statement that even if he had a billion dollars he wouldn't change the way he runs his jails.[180] Arpaio said his jails were meant as places for punishment, and that the inhabitants were all criminals, although in fact most inmates had not been convicted of a crime and were awaiting trial.[181]

In the litigation, the former medical director for the county jails and other witnesses testified on the destruction of evidence, specifically "about evidence in the case being swiped and deleted from his computer."[178] In 2012, after the judge assigned to the case "that the jury was to be told about the MCSO's coverup, including missing jail videos and recordings of Braillard's phone calls," the county settled the litigation for $3.25 million.[178] The county spent an additional $1.8 million in legal fees on the Braillard case.[178]

# Justice Department investigation on racial profiling

In June 2008, the Department of Justice Civil Rights Division began an investigation of Arpaio amid accusations of discrimination and unconstitutional searches and seizures. The investigation was conducted under the authority of Title VI of the Civil Rights Act of 1964, which forbids discrimination related to programs that receive federal funds.[182]

On July 7, 2009, Arpaio held a press conference and announced that he would not cooperate with the investigation, either by providing documents or permitting interviews with personnel. On September 2, 2010, the Department of Justice filed suit against Arpaio[183] to compel his cooperation with the investigation. A spokeswoman for the Justice Department stated that it was unprecedented for an agency to refuse to cooperate with a Title VI investigation, and that this was the first time the Justice Department had sued to compel access to documents and facilities.[184][185][186] The suit was settled in June 2011, after Arpaio allowed federal officials to interview Sheriff's office employees and review hundreds of thousands of documents for the investigation.[187][188]

On December 15, 2011, the Justice Department released their findings after a 3-year investigation of Arpaio's office amid complaints of racial profiling and a culture of bias at the agency's top level. The report stated that under Arpaio, the Maricopa County Sheriff's Office has "a pervasive culture of discriminatory bias against Latinos" that "reaches the highest levels of the agency."[189]

The Justice Department accused Arpaio of engaging in "unconstitutional policing" by unfairly targeting Latinos for detention and arrest, and retaliating against critics.[190] In the report, a Justice Department expert concluded that Arpaio oversaw the worst pattern of racial profiling in U.S. history.[191]

Based on the Justice Department report on discriminatory policing practices within the MCSO, on December 15, 2011, the United States Department of Homeland Security removed the MCSO from the 287(g) program. This decision revoked the MCSO's federal authority to identify and detain illegal

immigrants.[192]

### *United States v. Maricopa County*

On May 10, 2012, the United States Department of Justice (DOJ) in *United States v. Maricopa County, et al* (Case number 2:12-cv-981), filed suit against Arpaio, the MCSO, and Maricopa County, alleging that "The Maricopa County Sheriff's Office (MCSO) and Sheriff Joseph M. Arpaio have engaged and continue to engage in a pattern or practice of unlawful discriminatory police conduct directed at Latinos in Maricopa County and jail practices that unlawfully discriminate against Latino prisoners with limited English language skills."[137] The complaint included accusations that Arpaio and his staff forced women to sleep in their own menstrual blood, assaulted pregnant women, ignored rape, and criminalized being a Latino.[193]

The United States' claims in this suit encompassed, but were broader than, the unconstitutional discriminatory conduct that the Court in *Melendres v. Arpaio* found the MCSO to have engaged in concerning its immigration enforcement-related traffic stops.[150]

A DOJ representative said that the agency was left with no choice but to file suit after Arpaio's attorneys balked at a demand for a court-appointed monitor to ensure the sheriff's office complied with any settlement terms. Arpaio rejected the notion of a court-appointed monitor, and denied that the MCSO engaged in racial profiling.[194][195]

On June 15, 2015, Senior United States District Judge Roslyn O. Silver of the United States District Court for the District of Arizona entered partial summary judgment for the DOJ, and against Arpaio, on the central racial-profiling allegations in the suit.[196] On July 15, Maricopa County's board of supervisors voted to settle the lawsuit.[197] The partial settlement, however, did not resolve the claims of discriminatory policing.[198]

# Birther movement

At two press conferences held in March 2012, Arpaio and members of his Cold Case Posse claimed that President Barack Obama's long-form birth certificate, released by the White House on April 27, 2011,[199] is a computer-generated forgery. The Posse also claimed that Obama's Selective Service card was a forgery.[200][201] The allegations regarding the birth certificate were repeated at a July 2012 news conference in which Arpaio stated that Obama's long-form birth certificate was "definitely fraudulent."[202]

Some of the major claims presented by Arpaio were subsequently shown to be false; specifically, the 1961 Vital Statistics Instruction Manual that Arpaio and his team claimed to possess contradicted what they claimed it said, and images shown by them, purportedly from that manual, were instead from computer specifications dated 1968 and 1969.[203]

In response to Arpaio's claims, Joshua A. Wisch, a special assistant to the Attorney General of Hawaii, said in a statement, "President Obama was born in Honolulu, and his birth certificate is valid. Regarding the latest allegations from a sheriff in Arizona, they are untrue, misinformed and misconstrue Hawaii law."[204] Arizona state officials, including Governor Jan Brewer and Secretary of State Ken Bennett, also dismissed Arpaio's objections and accepted the validity of Obama's birth certificate.[205] Brewer also stated that Obama's mother's U.S. citizenship made him a citizen by *jus sanguinis,* regardless of where he was born.[206]

During September 2016, Arpaio claimed to be still investigating President Obama's birth certificate, stating, "We are looking at a forged document. Period."[207] On December 15, 2016, Arpaio held a news conference along with posse member Mike Zullo, detailing "9 points of forgery" supposedly found on the digital image of Obama's birth certificate.[208]

In 2007, Arpaio said that it was an "honor" for his department to be compared to the Ku Klux Klan, a white supremacist terrorist organization. On the witness stand in a civil trial in 2012, however, Arpaio backtracked, saying that he no longer considered the comparison an honor.[209]

# Conviction for contempt of court and presidential pardon

## Contempt of court

In December 2014, after many warnings, U.S. District Judge G. Murray Snow told Arpaio there was a very real possibility that he would refer Arpaio to the U.S. Attorney's Office for criminal prosecution on contempt of court charges due to the MCSO's failure to comply with the court's order to stop its racial profiling practices. Snow advised Arpaio to retain a criminal defense attorney. In a bid to shield Arpaio from criminal proceedings, his attorneys filed a written statement arguing that any mistakes in complying with the court's orders were unintentional, or the fault of former employees.[210] Judge Snow found Arpaio's arguments unavailing, and, in January 2015, announced that Arpaio would face a contempt hearing in April 2015 for violating court orders in *Melendres v. Arpaio*.[211]

In March 2015, a month before the scheduled contempt hearing, Arpaio admitted that he violated several court orders, and consented to a finding of civil contempt against him. Because the matter of criminal contempt was still at issue, the initial contempt hearing was held as scheduled.[212]

On July 24, 2015, the court directed U.S. marshals to seize evidence, which was possibly related to the contempt of court charges and was slated for destruction, from the sheriff's office.[213]

On May 13, 2016, the court held Arpaio in contempt on three counts.[172] On August 19, 2016, the court asked the federal government to file criminal contempt charges against Arpaio and some of his subordinates over his failure to follow the court's instructions.[214] On October 11, 2016, federal prosecutors announced that they would press criminal contempt of court charges against Arpaio.[215] On October 25, 2016, such charges were officially filed, though Arpaio would not be arrested and no mugshot would be taken. The charges were filed just two weeks before an election in which Arpaio was running for re-election.[216]

On July 31, 2017, Arpaio was found guilty of criminal contempt of court. U.S. District Judge Susan Bolton wrote that Arpaio had "willfully violated an order of the court" by failing "to ensure his subordinates' compliance and by directing them to continue to detain persons for whom no criminal charges could be filed." Arpaio was scheduled to be sentenced in October 2017.[11]

## Presidential pardon

On August 25, 2017, President Donald Trump pardoned Arpaio for his conviction for criminal contempt of court, a decision that provoked considerable controversy.[217][218][219] The pardon covers Arpaio's conviction and "any other offenses under Chapter 21 of Title 18, United States Code that

might arise, or be charged, in connection with *Melendres v.
Arpaio*."[220]

Trump also announced his decision on Twitter, declaring that
Arpaio is an "American patriot" who had "kept Arizona safe."[221]
Arpaio expressed his thanks to the President in a series of
tweets[222][223] and to his "loyal supporters."[224] Arpaio also
declared that his conviction was "a political witch hunt by
holdovers in the Obama justice department!"[222] *The
Washington Post* fact-checker gave the claim "Four Pinocchios"
(its worst rating), noting that Arpaio was convicted by two federal
judges: a Bush-appointed federal judge, and federal judge
respected by both Republicans and Democrats.[225] Attorneys for
Arpaio have stated that they are moving for his case to be
dismissed in light of the pardon.[218]



President Trump's full pardon of Joe
Arpaio

### Reactions to pardon

Arizona Governor Doug Ducey was among the politicians praising
the pardon,[226] crediting Arpaio with helping to reduce crime
over a long career, and Ducey also welcomed the finality that the
pardon gave to the whole matter.[227] The pardon was strongly
criticized by Arizona Senator John McCain as Arpaio had
expressed no remorse for his actions. Arizona Senator Jeff Flake and House Speaker Paul Ryan
signaled their opposition to the pardon.[228][229]

A number of law professors and political scientists described the pardon as troubling and
unusual.[229][230][231][232][233] Several experts on authoritarianism described the pardon as illiberal
and said that it undermined the rule of law.[233]

### Subsequent proceedings

After the pardon, Arpaio filed a motion to vacate his conviction for criminal contempt. District judge
Susan R. Bolton denied the motion. She held that Trump's pardon "undoubtedly spared Defendant
from any punishment that might otherwise have been imposed. It did not, however, 'revise the
historical facts' of this case." Arpaio's attorneys said that he would probably appeal to the United
States Court of Appeals for the Ninth Circuit.[234] One of the American Civil Liberties Union attorneys
who had represented the plaintiffs in the underlying racial-profiling case agreed with the denial of
Arpaio's motion, stating, "The court made detailed findings after a bench trial about Joe Arpaio's
criminal conduct. The court's findings and documents in the record of the case should stand and now
will stand."[234]

The legal status of the pardon continued to be challenged. Although the federal prosecutors did not
contest its validity, some legal groups challenged the pardon as unconstitutional.[234][235]

In 2018, Arpaio sued *The New York Times*, the *HuffPost*, *Rolling Stone*, and CNN, alleging that their
analyses of Arpaio's proceedings had defamed him.[236][237]

# Election results

LP Evidentiary Exhibits Page 000289                                                    10/05/2022

# 2000

### 2000 Maricopa County Sheriff's Office election, Arizona[238]

| Party | Candidate | Votes | % | ±% |
|---|---|---|---|---|
| Republican | Joe Arpaio (incumbent) | 572,063 | 66.5 | n/a |
| Democratic | Robert Ayala | 227,055 | 26.4 | n/a |
| Independent | Tom Bearup | 60,401 | 7.0 | n/a |
| n/a | Write-in candidate | 825 | 0.1 | n/a |
| | Majority | 345,008 | 40.1 | n/a |
| | Turnout | 860,344 | | |
| Republican **hold** | Swing | | | |

# 2004

### 2004 Maricopa County Sheriff's Office election, Arizona[238]

| Party | Candidate | Votes | % | ±% |
|---|---|---|---|---|
| Republican | Joe Arpaio (incumbent) | 642,923 | 56.7 | −9.8 |
| Democratic | Robert Ayala | 347,981 | 30.7 | +4.3 |
| n/a | Steven W. Martin | 142,296 | 12.6 | n/a |
| | Majority | 294,942 | 26.0 | −14.1 |
| | Turnout | 1,133,200 | | +31.7 |
| Republican **hold** | Swing | | | |

# 2008

### 2008 Maricopa County Sheriff's Office election, Arizona[238]

| Party | Candidate | Votes | % | ±% |
|---|---|---|---|---|
| Republican | Joe Arpaio (incumbent) | 730,426 | 55.2 | −1.5 |
| Democratic | Dan Saban | 558,176 | 42.2 | +11.5 |
| Libertarian | Chris A.H. Will | 35,425 | 2.7 | n/a |
| | Majority | 172,250 | 13.0 | −13.0 |
| | Turnout | 1,324,027 | | +16.8 |
| Republican **hold** | Swing | | | |

# 2012

| 2012 Maricopa County Sheriff's Office election, Arizona[238] | | | | |
|---|---|---|---|---|
| **Party** | **Candidate** | **Votes** | **%** | **±%** |
| Republican | Joe Arpaio (incumbent) | 679,967 | 50.7% | −4.5% |
| Democratic | Paul Penzone | 599,328 | 44.7% | +2.5% |
| Independent | Mike Stauffer | 61,973 | 4.6% | *n/a* |
| | **Majority** | 80,639 | 6.0% | −7.0% |
| | **Turnout** | 1,342,221 | | +1.4% |
| Republican **hold** | | **Swing** | | |

## 2016

| 2016 Maricopa County Sheriff's Office election, Arizona[238] | | | | |
|---|---|---|---|---|
| **Party** | **Candidate** | **Votes** | **%** | **±%** |
| Democratic | Paul Penzone | 861,757 | 56.3% | +11.6% |
| Republican | Joe Arpaio (incumbent) | 665,581 | 43.5% | −7.2% |
| | **Majority** | 196,176 | 12.8% | |
| | **Turnout** | 1,530,887 | | +14.1% |
| Democratic **gain** from Republican | | | | |

## Failed recall petitions, 2007 and 2013

In November 2007, a group calling itself *Arizonans for the U.S. Constitution and Recall of Joe Arpaio* filed the paperwork to begin an effort to recall Arpaio and County Prosecutor Thomas from office for allegedly disobeying and violating the United States Constitution and abuse of power.[239] Their petition to get a recall question for the two officials onto the next general election ballot failed when the group was unable to collect the more than 200,000 registered voter signatures required.[240] In a survey taken by the Walter Cronkite School of Journalism and Mass Communication, while the petition was in circulation, nearly three out of four respondents opposed the recall, and 65 percent of the respondents held a positive opinion of Arpaio.[241]

On May 30, 2013, a recall attempt on Arpaio again failed only a week after a federal judge ruled that the sheriff's office had engaged in systematic discrimination against Latinos in violation of their constitutional rights. Members of *Respect Arizona* and *Citizens for a Better Arizona* started the recall effort, but were unable to get the required 335,000 valid voter signatures by the 5 p.m. deadline.[242]

# Campaigns for other public offices

## 2018 U.S. Senate election

Arpaio stated in a September 2017 interview with *American Free Press* that he would consider running for office again, including the United States Congress, if President Donald Trump asked him to.[243] In January 2018, Arpaio announced his intention to seek the Republican nomination for the

LP Evidentiary Exhibits Page 000291                                          10/05/2022

U.S. Senate in 2018.[244][245] He faced Martha McSally and Kelli Ward in the August 28, 2018, Republican primary. Arpaio was defeated, receiving 19% of the vote to McSally's 52% and Ward's 28%.[246]

## 2020 Maricopa County Sheriff election

On August 25, 2019, Arpaio issued a statement saying that he would run for Sheriff of Maricopa County in 2020, saying "Watch out world! We are back!" and promising to reinstitute the severe prison conditions he imposed in the past.[14] He lost the primary election to his former right-hand man, Jerry Sheridan.[247]

## 2022 Fountain Hills mayoral election

Arpaio announced his candidacy for mayor of Fountain Hills, Arizona, on October 5, 2021.[248] This followed comments made in September about running for the office.[249] In the election on August 2, 2022, he failed to oust the incumbent Ginny Dickey, receiving 5,207 votes (49.0%).[250]

# Personal life

Arpaio married his wife Ava in 1958 and they had two children.[251] In 2021, Ava died of cancer complications.[252] As of 2008, he lived in Fountain Hills, Arizona.[253] In 2018 Arpaio was featured on Sacha Baron Cohen's spoof TV comedy *Who Is America?*, in which he discussed gun control with Baron Cohen's fascist-sympathising YouTuber alter ego OMGWhizzBoyOMG.



Joe and Ava Arpaio speaking with Ben Carson in September 2014

# Works

- Arpaio, Joe; Sherman, Len (1996). *America's Toughest Sheriff: How to Win the War Against Crime* (https://archive.org/ details/americastoughest0000arpa). New York City: Summit Publishing Group. p. 262 (https://arch ive.org/details/americastoughest0000arpa/page/262). ISBN 1-56530-202-8. "america's toughest sheriff."
- Arpaio, Joe; Sherman, Len (2008). *Joe's Law: America's Toughest Sheriff Takes on Illegal Immigration, Drugs and Everything Else That Threatens America* (https://archive.org/details/joesla wamericast0000arpa). New York City: AMACOM Div American Mgmt Assn. p. 272 (https://archiv e.org/details/joeslawamericast0000arpa/page/n291). ISBN 978-0-8144-0199-6. "joe's law."

# References

1. Kyle Swenson, Federal judge refuses to erase Joe Arpaio's conviction despite Trump pardon (http s://www.washingtonpost.com/news/morning-mix/wp/2017/10/20/federal-judge-refuses-to-erase-jo e-arpaios-conviction-despite-trump-pardon/), *Washington Post* (October 20, 2017).

2. Kiefer, Michael (September 11, 2015). "Sheriff Joe Arpaio has always done it his way: Chapter 2; A lone wolf from the outset" (http://www.azcentral.com/story/news/arizona/investigations/2015/09/ 11/sheriff-joe-arpaio-legacy/71888720/). *The Arizona Republic*. Retrieved September 14, 2015.

3. Janofsky, Michael (May 16, 2002). "Another Plot Against Tough Sheriff, With a Twist" (https://www.nytimes.com/2002/05/16/us/another-plot-against-tough-sheriff-with-a-twist.html). *The New York Times*. Retrieved July 14, 2010.

4. The original source for the sobriquet "America's Toughest Sheriff" is unknown, however both Arpaio and his press relations staff promote its use. Arpaio's book is titled "America's Toughest Sheriff."

5. Barnes, Robert (June 25, 2012). "Supreme Court Rejects Much of Arizona Immigration Law" (https://www.washingtonpost.com/politics/supreme-court-rules-on-arizona-immigration-law/2012/06/25/gJQA0Nrm1V_story.html?hpid=z1). *The Washington Post*.

6. Multiple sources:

   - Jonathan J. Cooper (August 15, 2010). "Tea party activists rally on Arizona-Mexico border" (https://www.google.com/hostednews/ap/article/ALeqM5hyEB-YKayBF5GLBBKfF7TBQyO0JgD9HKC34O0). Associated Press. Retrieved August 29, 2010.
   - Cohen, Tom; Mears, Bill (June 26, 2012). "Supreme Court mostly rejects Arizona immigration law; gov says 'heart' remains" (http://edition.cnn.com/2012/06/25/politics/scotus-arizona-law/index.html). CNN.
   - "At a glance: Supreme Court decision on Arizona's immigration law" (http://edition.cnn.com/interactive/2012/06/us/scotus.immigration/index.html). CNN. Retrieved June 26, 2012.

7. Tatum, Sophie (January 11, 2018). "Joe Arpaio: Obama's birth certificate is a 'phony document' " (http://www.cnn.com/2018/01/10/politics/joe-arpiao-barack-obama-cnntv/index.html). CNN. Retrieved January 11, 2018.

8. "Sheriff Joe Arpaio, still a 'birther,' says 5-year investigation proves Obama birth certificate is 'fake' " (http://www.azcentral.com/story/news/local/phoenix/2016/12/15/sheriff-joe-arpaio-5-year-investigation-proves-obama-birth-certificate-fake/95544730/). *azcentral*. Retrieved August 28, 2017.

9. Multiple sources:

   - Morris, David Z. "Trump, Playing to His Base, Pardons Anti-Immigrant Sheriff Joe Arpaio" (http://fortune.com/2017/08/26/donald-trump-pardons-joe-arpaio/). *Fortune*. Retrieved August 26, 2017.
   - "With a pardon from Trump, Arpaio remains above the law" (https://www.yahoo.com/news/pardon-trump-arpaio-remains-law-███████html). Retrieved August 26, 2017.
   - "Trump pardons ex-Arizona sheriff Joe Arpaio" (https://www.reuters.com/article/us-usa-trump-arpaio-idUSKCN1B600O). *Reuters*. August 26, 2017. Retrieved August 26, 2017.
   - Washington, Julia Carrie Wong Lauren Gambino in (August 26, 2017). "Donald Trump pardons Joe Arpaio, former sheriff convicted in racial profiling case" (https://www.theguardian.com/us-news/2017/aug/25/donald-trump-joe-arpaio-pardon-arizona-sheriff). *The Guardian*. ISSN 0261-3077 (https://www.worldcat.org/issn/0261-3077). Retrieved August 26, 2017.

10. Roberts, Laurie. "Roberts: Joe Arpaio just cost you another $4.5 million" (https://www.azcentral.com/story/opinion/op-ed/laurieroberts/2016/09/21/roberts-arpaio-just-cost-you-another-45-million/90786276/). *The Arizona Republic*.

11. Megan Cassidy, Former Maricopa County Sheriff Joe Arpaio found guilty of criminal contempt of court (http://www.azcentral.com/story/news/local/phoenix/2017/07/31/maricopa-county-sheriff-joe-arpaio-found-guilty-criminal-contempt-court/███████, *The Arizona Republic* (July 31, 2017).

12. Moore, Lindsay; Flaherty, Joseph (August 25, 2017). "Sheriff Joe Arpaio gets pardon from Donald Trump" (http://www.phoenixnewtimes.com/news/sheriff-joe-arpaio-gets-pardon-from-donald-trump-9606956). *The Phoenix New Times*. Retrieved August 25, 2017.

LP Evidentiary Exhibits Page 000293                                          10/05/2022

Joe Arpaio - Wikipedia

13. Santos, Fernanda (May 24, 2013). "Federal Judge Finds Violations of Rights by Sheriff Joe Arpaio" (https://www.nytimes.com/2013/05/25/us/federal-judge-finds-violations-of-rights-by-sheriff-joe-arpaio.html?mcubz=0). *The New York Times*. Retrieved August 24, 2017.

14. Johnson, Alex (August 25, 2019). "Ex-sheriff Joe Arpaio, pardoned by Trump, wants his old job back" (https://www.nbcnews.com/news/us-news/ex-sheriff-joe-arpaio-pardoned-trump-wants-his-old-job-n1046226). *NBC News*. Retrieved August 26, 2019.

15. "Joe Arpaio loses sheriff's race in second failed comeback bid" (https://www.nbcnews.com/politics/politics-news/joe-arpaio-loses-sheriff-s-race-second-failed-comeback-bid-n1236210). *NBC News*. Retrieved August 7, 2020.

16. "Joe Arpaio running for Fountain Hills mayor in 2022" (https://www.fhtimes.com/news/local_news/joe-arpaio-running-for-fountain-hills-mayor-in-2022/article_c41ede1e-26c0-11ec-801c-9fc404af824e.html). Fountain Hills Times. October 8, 2021. Retrieved June 15, 2022.

17. Arpaio, Joe (2008). "Growing up" (https://web.archive.org/web/20080129034231/http://www.sheriffjoe.org/index.php?option=com_content&task=view&id=14&Itemid=29). *Re-Elect Sheriff Joe Arpaio*. Committee to Re-Elect Joe Arpaio. Archived from the original (http://www.sheriffjoe.org/index.php?option=com_content&task=view&id=14&Itemid=29) on January 29, 2008. Retrieved January 29, 2008.

18. "OSIA Honors Sheriff Arpaio" (http://www.ellisisland.org/search/passRecord.asp?MID=▮▮▮▮30897368576&FNM=NICOLA&LNM=ARPAIO&PLNM=ARPAIO&CGD=M&first_kind=1&last_kind=0&TOWN=null&SHIP=null&RF=2&pID=604303010014). encyclopedia.com. April 1, 2008. Retrieved July 14, 2010.

19. Terry Greene Sterling (December 16, 2011). "Sheriff Joe Arpaio Slammed in Federal Civil Rights Probe Report" (http://www.thedailybeast.com/articles/2011/12/16/sheriff-joe-arpaio-slammed-in-federal-civil-rights-probe-report.html). thedailybeast.com.

20. James, Randy (October 13, 2009). "Sheriff Joe Arpaio" (http://content.time.com/time/nation/article/0,8599,1929920,00.html). *Time*.

21. Pearce, Matt (August 1, 2017). "Timeline: The rise and fall of Arizona Sheriff Joe Arpaio" (http://www.latimes.com/nation/la-na-arpaio-timeline-20170801-story.html). *Los Angeles Times*.

22. Arpaio, Joe (2008). "Joining the Army" (https://web.archive.org/web/20081218232919/http://www.sheriffjoe.org/index.php?option=com_content&task=view&id=20&Itemid=30). *Re-Elect Sheriff Joe Arpaio*. Committee to Re-Elect Joe Arpaio. Archived from the original (http://www.sheriffjoe.org/index.php?option=com_content&task=view&id=20&Itemid=30) on December 18, 2008. Retrieved December 18, 2008.

23. "Re-elect Sheriff Joe Arpaio 2012" (https://web.archive.org/web/20081218232909/http://www.sheriffjoe.org/index.php?option=com_content&task=view&id=15&Itemid=35). encyclopedia.com. Archived from the original (http://www.sheriffjoe.org/index.php?option=com_content&task=view&id=15&Itemid=35) on December 18, 2008. Retrieved July 14, 2010.

24. "*Joe Arpaio* DEA Officer" (https://web.archive.org/web/20081218232929/http://www.sheriffjoe.org/index.php?option=com_content&task=view&id=22&Itemid=37). sheriffjoe.org. Archived from the original (http://www.sheriffjoe.org/index.php?option=com_content&task=view&id=22&Itemid=37) on December 18, 2008. Retrieved July 14, 2010.

25. "Arpaios trips to space" (https://web.archive.org/web/20141104223356/http://blogs.phoenixnewtimes.com/valleyfever/2009/09/arpaios_trips_to_space_arizona.php). phoenixnewtimes.com. Archived from the original (http://blogs.phoenixnewtimes.com/valleyfever/2009/09/arpaios_trips_to_space_arizona.php) on November 4, 2014. Retrieved November 4, 2014.

26. "Apaio's travel agency offers 'affordable' bookings on space flights" (http://www.azcentral.com/news/articles/2009/09/03/20090903spacetravel-ON.html). *azcentral.com*. Retrieved November 4, 2014.

LP Evidentiary Exhibits Page 000294     10/05/2022

Joe Arpaio - Wikipedia

27. "Maricopa County Election Results" (http://recorder.maricopa.gov/electionresults/archivedelectionr esults.aspx). maricopa.gov.

28. Fernanda Santos (August 1, 2012). "When a Taste for Publicity Bites Back" (https://www.nytimes.c om/2012/08/02/us/an-arizona-sheriffs-fondness-for-publicity-may-bite-back.html?pagewanted=all). *The New York Times.*

29. David Carr (January 4, 2009). "A Star Turn for a Sheriff on Fox TV" (https://www.nytimes.com/200 9/01/05/business/media/05carr.html). *The New York Times.*

30. Greenwood, Arin (July 2010). "It's What's for Dinner" (http://www.abajournal.com/magazine/article/ its_whats_for_dinner/). *ABA Journal.* Retrieved August 21, 2018.

31. Zoellner, Tom (November 24, 2008). "Janet Napolitano's embarrassing history with Sheriff Joe Arpaio" (http://www.slate.com/id/2205223). Slate.com. Retrieved August 29, 2010.

32. "Sheriff runs female chain gang" (http://www.cnn.com/2003/US/Southwest/10/29/chain.gang.reut/). *CNN.* October 29, 2003. Retrieved May 6, 2010.

33. "Mauro v Arpaio" (https://caselaw.findlaw.com/us-9th-circuit/1279443.html). *FindLaw.* August 17, 1999.

34. "Arpaio Launches KJOE Radio" (https://web.archive.org/web/20070325164925/http://www.kpho.c om/news/10932222/detail.html). KPHO.com. February 5, 2007. Archived from the original (http://w ww.kpho.com/news/10932222/detail.html) on March 25, 2007. Retrieved August 20, 2008.

35. Hensley, JJ; Collom, Lindsey (October 23, 2008). "Judge backs county inmates in jail case" (http:// www.azcentral.com/news/articles/2008/10/23/20081023ruling1023.html). *The Arizona Republic.* Retrieved May 17, 2010.

36. Hensley, JJ (April 8, 2010). "Judge: County failed to improve jails' medical, mental-health conditions" (http://www.azcentral.com/news/articles/2010/04/08/20100408maricopa-county-jail-co nditions.html). Retrieved May 17, 2010.

37. Video (https://www.youtube.com/watch?v=NijcOiuUdFg) on YouTube

38. "Jon's Jail Journal (by Shaun Attwood)" (http://jonsjailjournal.blogspot.co.uk/). Jonsjailjournal.blogspot.co.uk. Retrieved July 17, 2015.

39. "Blog" (http://shaunattwood.com/index.php? option=com_content&view=article&id=113&Itemid=55). Shaunattwood.com. Retrieved July 17, 2015.

40. "Media Requests" (http://shaunattwood.com/index.php?option=com_content&view=article&id=112 &Itemid=76). Shaunattwood.com. Retrieved July 17, 2015.

41. Multiple sources:

   - Attwood, Shaun (December 7, 2010). "Sheriff Joe Arpaio Brags His Tent City Jail Is A Concentration Camp" (https://www.youtube.com/watch?v=D7reZOp2Qco). *Youtube.* Retrieved August 30, 2019.
   - Video (https://www.youtube.com/watch?v=D7reZOp2Qco) on YouTube
   - "Two Americans video footage" (http://www.twoamericans.com/downloads/TwoAmericansPrev iew.mov). Twoamericans.com. Retrieved July 17, 2015.

42. "Tent City Jail" (https://web.archive.org/web/20150117161910/http://www.mcso.org/JailInformatio n/TentCity.aspx). *Maricopa County Sheriff's Office.* MCSO. Archived from the original (http://www. mcso.org/JailInformation/TentCity.aspx) on January 17, 2015.

43. 33°25'40"N 112°07'26"W

LP Evidentiary Exhibits Page 000295

10/05/2022

44. The Honorable Jeffrey S. Cates, Judge (September 26, 2002). "Appeal from the Superior Court in Maricopa County, Cause No. CV 97-008668" (https://web.archive.org/web/20090307230026/htt p://www.cofad1.state.az.us/opinionfiles/cv/cv010239.pdf) (PDF). Archived from the original (http:// www.cofad1.state.az.us/opinionfiles/cv/cv010239.pdf) (PDF) on March 7, 2009.

45. Fernández, Valeria (August 21, 2017). "Arizona's 'concentration camp': why was Tent City kept open for 24 years?" (https://www.theguardian.com/cities/2017/aug/21/arizona-phoenix-concentrati on-camp-tent-city-jail-joe-arpaio-immigration). The Guardian. ISSN 0261-3077 (https://www.world cat.org/issn/0261-3077). Retrieved August 30, 2019.

46. Tony Ortega (September 18, 1997). "Human Plights – Page 1 – News – Phoenix" (http://www.pho enixnewtimes.com/1997-09-18/news/human-plights/). Phoenix New Times. Retrieved September 29, 2011.

47. "Blog of Rights: Official Blog of the American Civil Liberties Union » Sheriff Joe's Inhumane Circus" (https://www.aclu.org/2009/02/05/sheriff-joes-inhumane-circus). Aclu.org. Retrieved August 29, 2010.

48. Yu, Esther (August 2, 2013). "Twenty Years Of In-Tents Treatment: How Sheriff Joe Arpaio Put Racism On Display" (http://thinkprogress.org/immigration/2013/08/02/2403861/twenty-years-in-ten ts-treatment-arpaio/). ThinkProgress. Retrieved July 17, 2015.

49. "The Problem With Sheriff Joe Arpaio's Tent City" (https://abcnews.go.com/ABC_Univision/Politic s/problem-sheriff-joe-arpaios-tent-city-analysis/story?id=19804368). Abcnews.go.com. July 29, 2013. Retrieved July 17, 2015.

50. Ananda Shorey (July 25, 2003). "Phoenix is sizzling through what could be the hottest July on record" (https://web.archive.org/web/20071009182800/http://www.signonsandiego.com/news/nati on/20030725-2230-phoenixheat.html). signonsandiego.com. Archived from the original (http://ww w.signonsandiego.com/news/nation/20030725-2230-phoenixheat.html) on October 9, 2007. Retrieved October 20, 2007.

51. Scott, Eugene (July 3, 2011). "Temperatures rise to 145 inside Tent City" (http://www.azcentral.co m/arizonarepublic/local/articles/2011/07/03/20110703tent-city-temperatures-rise-145.html). Azcentral.com. Retrieved September 29, 2011.

52. Kennedy, Merritt (April 5, 2017). "Joe Arpaio's Infamous Tent City Jail In Maricopa County Will Shut Down" (https://www.npr.org/sections/thetwo-way/2017/04/05/██████████joe-arpaios-infamou s-tent-city-jail-in-maricopa-county-will-shut-down). The Two-Way Breaking News From NPR. National Public Radio. Retrieved April 5, 2017.

53. "Anderson Cooper 360 transcript" (http://transcripts.cnn.com/TRANSCRIPTS/0403/10/acd.00.htm l). CNN. March 10, 2004. Retrieved March 4, 2009.

54. "CNN reporter Eric Phillips interviews Sheriff Arpaio and a juvenile offender" (http://transcripts.cn n.com/TRANSCRIPTS/0403/11/lt.01.html). CNN. March 11, 2004. Retrieved October 20, 2007. (CNN Live Today transcript)

55. "Custody Operations: Laundry Services" (https://web.archive.org/web/20150518065318/http://ww w.mcso.org/JailInformation/CustodySupport/Default.aspx?t=LaundryServices). Maricopa County Sheriff's Office. Archived from the original (http://www.mcso.org/JailInformation/CustodySupport/D efault.aspx?t=LaundryServices) on May 18, 2015. Retrieved May 8, 2015.

56. Tony Ortega (May 27, 1999). "Blowing His Cool" (http://www.phoenixnewtimes.com/1999-05-27/n ews/blowing-his-cool/). Phoenix New Times. Retrieved June 19, 2008.

57. "Not Pretty In Pink" (http://www.thesmokinggun.com/archive/0114052pinkcuffs1.html). The Smoking Gun. January 14, 2005. Retrieved June 19, 2008.

58. Lemons, Stephen (October 18, 2012). "Joe Arpaio Obliterated in New TV Ads by Citizens for Professional Law Enforcement" (http://blogs.phoenixnewtimes.com/bastard/2012/10/joe_arpaio_o bliterated_in_two.php). Phoenix New Times. Retrieved March 3, 2013.

59. "Sheriff Arpaio: "I could be elected on pink underwear"" (https://www.youtube.com/watch?v=q5KR X7uMEpg). YouTube. Archived (https://ghostarchive.org/varchive/youtube/20211219/q5KRX7uME pg) from the original on December 19, 2021. Retrieved March 3, 2013.

60. "'Illegals' in jail ordered to register for draft" (http://www.deseretnews.com/article/█████████Illega ls-in-jail-ordered-to-register-for-draft.html). Associated Press. January 16, 2004.

61. Leibowitz, Barry (November 22, 2010). "Lou Ferrigno, Steven Seagal, Join Sheriff Joe Arpaio's Posse to Crack Down on Illegal Immigrants" (https://www.cbsnews.com/news/lou-ferrigno-steven-seagal-join-sheriff-joe-arpaios-posse-to-crack-down-on-illegal-immigrants/). CBS News. Retrieved December 11, 2017.

62. Lemons, Stephen (June 5, 2013). "Bad Conscience" (http://digitalissue.phoenixnewtimes.com/pub lication/?i=161501&p=6). Phoenix New Times digital issue.

63. Lemons, Stephen (July 29, 2015). "Joe Arpaio's Incredibly Shrinking Posse (w/Update)" (http://ww w.phoenixnewtimes.com/news/joe-arpaios-incredibly-shrinking-posse-w-update-7523792). Phoenix New Times.

64. "Ill-treatment of inmates in Maricopa County jails, Arizona" (https://web.archive.org/web/20030909 151038/http://web.amnesty.org/library/Index/ENGAMR510511997?open&of=ENG-2AM). Amnesty International. August 1, 1997. Archived from the original (http://web.amnesty.org/library/Index/EN GAMR510511997?open&of=ENG-2AM) on September 9, 2003.

65. "Valley rabbis' statement on Sheriff Joe Arpaio" (https://web.archive.org/web/20101029144216/htt p://www.jewishaz.com/issues/story.mv?080425%2Bstatement). Jewish News of Greater Phoenix. July 24, 2009. Archived from the original (http://www.jewishaz.com/issues/story.mv?080425+state ment) on October 29, 2010.

66. "Phoenix Mayor Gordon calls for FBI investigation of Arpaio" (https://archive.today/201207182348 26/http://www.azcentral.com/arizonarepublic/news/articles/0413gordonarpaio0413.html). The Arizona Republic. April 13, 2008. Archived from the original (http://www.azcentral.com/arizonarep ublic/news/articles/0413gordonarpaio0413.html) on July 18, 2012.

67. New York Times editorial board (December 31, 2008). "America's Worst Sheriff (Joe Arpaio)" (htt p://theboard.blogs.nytimes.com/2008/12/31/americas-worst-sheriff-joe-arpaio/). The New York Times.

68. "ACLU Sues Maricopa County Sheriff's Office For Illegal Arrest And Detention Of U.S. Citizen And Legal Resident" (https://www.aclu.org/immigrants-rights/aclu-sues-maricopa-county-sheriffs-office-illegal-arrest-and-detention-us-citizen-). Aclu.org. August 19, 2009. Retrieved August 29, 2010.

69. "Sheriff Arpaio Sued over Racial Profiling of Latinos in Maricopa County" (https://www.aclu.org/im migrants-rights/sheriff-arpaio-sued-over-racial-profiling-latinos-maricopa-county). Aclu.org. American Civil Liberties Union. July 16, 2008. Retrieved August 29, 2010.

70. Fenske, Sarah (May 28, 2009). "How the MCSO Neglected a 14-Year-Old Rape Victim" (http://ww w.phoenixnewtimes.com/2009-05-28/news/two-statutory-rape-allegations-tell-us-everything-we-ne ed-to-know-about-the-mcso-s-priorities/). Phoenix New Times. Retrieved June 7, 2012.

71. Bernstein, Josh (May 21, 2009). "Sexual assault victim claims MCSO failed to do its job" (https://w eb.archive.org/web/20090523094549/http://www.abc15.com/content/news/investigators/story/Sex ual-assault-victim-claims-MCSO-failed-to-do/Clk4sc9W30WbpU6Si-4TgA.cspx). ABC15. Archived from the original (http://www.abc15.com/content/news/investigators/story/Sexual-assault-victim-cl aims-MCSO-failed-to-do/Clk4sc9W30WbpU6Si-4TgA.cspx) on May 23, 2009.

72. "The Pulitzer Prizes | Works" (http://www.pulitzer.org/works/2009-Local-Reporting-Group2). Pulitzer.org. Retrieved July 17, 2015.

73. Gabrielson, Ryan (July 12, 2008). "Reasonable Doubt: Public pays the price" (https://web.archive. org/web/20130303215400/http://www.pulitzer.org/archives/8377). East Valley Tribune. The Pulitzer Prizes. Archived from the original (http://www.pulitzer.org/archives/8377) on March 3, 2013. Retrieved March 3, 2013.

74. "Victim Power" (https://web.archive.org/web/20150527145602/http://victimpower.org/2009/05/31/e xceptionally-cleared/). Victim Power. Archived from the original (http://victimpower.org/2009/05/31/ exceptionally-cleared/) on May 27, 2015. Retrieved October 24, 2010.

75. Dana, Joe (January 19, 2010). "Many MCSO cases solved without arrests" (http://archive.azcentr al.com/12news/news/articles/20100115mcsocases01152010-CR.html). azcentral.com. 12 News. Retrieved July 17, 2015.

76. "Sheriff Joe Arpaio Unapologetic About Tactics, Illegal Immigrant Crackdowns" (https://abcnews.g o.com/Nightline/sheriff-joe-arpaio-unapologetic-tactics-illegal-immigrant-crackdown/story?id=921 9341&page=2). Abcnews.go.com. ABC News. July 23, 2009. Retrieved October 24, 2010.

77. Bolick, Clint (May 21, 2009). "Justice Denied: The Improper Clearance of Unsolved Crimes by the Maricopa County Sheriff's Office" (https://www.amazon.com/Justice-Denied-Improper-Clearance- Unsolved-ebook/dp/B002ZCY9KS). Goldwater Institute. Retrieved July 17, 2015.

78. Bolick, Clint (December 2, 2008). "Mission Unaccomplished: The Misplaced Priorities of the Maricopa County Sheriff's Office" (http://www.eastvalleytribune.com/pdf_32f0adf2-2764-11e1-9e0 b-001871e3ce6c.html). Goldwater Institute. Retrieved July 17, 2015.

79. "Goldwater Institute: Arpaio's crime clearance rate a sham" (http://azcapitoltimes.com/news/2009/ 05/22/goldwater-institute-arpaio8217s-crime-clearance-rate-a-sham-2/). AzCapitolTimes.com. May 22, 2009. Retrieved June 7, 2012.

80. Richardson, Bill (May 27, 2009). "The numbers don't match Arpaio's hype" (http://www.eastvalleytr ibune.com/opinion/article_0d55b363-2ce6-500e-9f57-372d884e96bd.html). East Valley Tribune. Retrieved July 17, 2015.

81. Billeaud, Jacques (December 4, 2011). "Critics: 'Tough' sheriff botched sex-crime cases" (http://w ww.boston.com/news/nation/articles/2011/12/04/critics_tough_sheriff_botched_sex_crime_case s/?page=full). Boston.com. Retrieved March 3, 2013.

82. Lemons, Stephen (August 20, 2012). "Joe Arpaio's Deputy Told to Work Fraud Cases Instead of Child Rape Crime" (http://www.phoenixnewtimes.com/blogs/joe-arpaios-deputy-told-to-work-fraud- cases-instead-of-child-rape-crime-6500460). Phoenix New Times. Retrieved March 3, 2013.

83. Lemons, Stephen (September 28, 2012). "Rape victim opens up about botched MCSO investigation" (http://blogs.phoenixnewtimes.com/bastard/2012/08/joe_arpaios_deputy_ordered_t o.php?page=2). CBS 5. Retrieved March 3, 2013.

84. Lacey, Marc (December 9, 2011). "Arpaio Is Criticized Over Handling of Sex-Crimes Cases" (http s://www.nytimes.com/2011/12/10/us/sheriff-joe-arpaio-criticized-over-handling-of-sex-crimes-case s.html). The New York Times.

85. Loew, Morgan (February 27, 2013). "Rape victim opens up about botched MCSO investigation" (h ttp://www.kpho.com/story/19662091/rape-victim-opens-up-about-botched-mcso-investigation). KPHO. Retrieved March 3, 2013.

86. Stern, Ray (April 9, 2015). "Maricopa County to Pay $3.5 Million for Botched Sheriff's Office Rape Investigation" (http://www.phoenixnewtimes.com/news/maricopa-county-to-pay-35-million-for-botc hed-sheriffs-office-rape-investigation-7287590). Phoenix New Times.

87. Lemons, Stephen (August 20, 2012). "Joe Arpaio's Deputy Told to Work Fraud Cases Instead of Child Rape Crime" (http://blogs.phoenixnewtimes.com/bastard/2012/08/joe_arpaios_deputy_order ed_to.php). Phoenix New Times. Retrieved March 3, 2013.

88. "Arpaio's office continues to investigate sex-crime cases" (http://www.trivalleycentral.com/casa_gr ande_dispatch/arizona_news/arpaio-s-office-continues-to-investigate-sex-crime-cases/article_6ec 5ec3a-0caf-11e2-ae18-0019bb2963f4.html). Casa Grande Dispatch. October 2, 2012. Retrieved March 3, 2013.

89. Tom Finkel (November 17, 2017). "Michael Lacey and Jim Larkin on the Enduring Sins of Joe Arpaio, America's Worst Sheriff" (http://frontpageconfidential.com/michael-lacey-jim-larkin-arpaio-f rontera-fund-first-amendment/). Front Page Confidential.

90. Anne Ryman & Michael Kiefer, Even Arpaio likes lawsuit proceeds funding ASU journalism program (http://www.azcentral.com/story/news/politics/immigration/2014/12/16/proceeds-arpaio-s uit-fund-asu-journalism-chair/20480479/), *The Arizona Republic* (December 17, 2014).

91. *Lacey v. Maricopa County* (http://cdn.ca9.uscourts.gov/datastore/opinions/2012/08/30/09-15703.p df), 693 F.3d. 896 (9th Cir. 2012) (en banc).

92. Anne Ryman; Michael Kiefer. "Even Arpaio likes lawsuit proceeds funding ASU journalism program" (https://www.azcentral.com/story/news/politics/immigration/2014/12/16/proceeds-arpaio-suit-fund-asu-journalism-chair/20480479/). AZ Central.

93. "Joe Arapaio Basics: All You Need to Know" (http://www.laceyandlarkinfronterafund.org/joe-arpaio -basics-all-you-need-to-know/). August 17, 2017.

94. Hee, Michelle Ye. "Maricopa County supervisors settle lawsuits filed by 'New Times' founders, Stapley" (http://www.azcentral.com/news/politics/articles/20131218maricopa-county-supervisors-s ettle-lawsuit-new-times-founders.html). Azcentral.com. Retrieved July 17, 2015.

95. "Maricopa County feud: What happens next?" (http://www.azcentral.com/arizonarepublic/news/arti cles/2010/08/15/20100815maricopa-county-joe-arpaio-andrew-thomas-feud.html). *The Arizona Republic*. August 15, 2009.

96. Wingett, Yvonne (September 15, 2010). "Maricopa County's officials tab for feuding hits $5.6 million" (http://www.azcentral.com/arizonarepublic/news/articles/2010/09/15/20100915maricopa-c ounty-officials-feud-costs-millions.html). Azcentral.com. Retrieved September 23, 2010.

97. Rudolf, John (April 11, 2012). "Arizona Prosecutor Disbarred For Plotting Bad Arrests With 'America's Toughest Sheriff' " (http://www.huffingtonpost.com/2012/04/11/andrew-thomas-disbarre d-phoenix-prosecutor_n_1415815.html). *Huffington Post*.

98. Lemons, Stephen (April 19, 2012). "Andy Thomas Needs a Perp Walk With His Papi, Sheriff Joe Arpaio" (https://web.archive.org/web/20120420222430/http://www.phoenixnewtimes.com/2012-04 -19/news/andy-thomas-needs-a-perp-walk-with-his-papi-sheriff-joe-arpaio/2). *Phoenix New Times*. Archived from the original (http://www.phoenixnewtimes.com/2012-04-19/news/andy-thomas-need s-a-perp-walk-with-his-papi-sheriff-joe-arpaio/2/) on April 20, 2012. Retrieved July 17, 2015.

99. Wingett, Yvonne (December 6, 2010). "Investigator to recommend disbarment in Thomas ethics case" (http://www.azcentral.com/news/articles/2010/12/06/20101206andrew-thomas-discipline-ari zona-supreme-court.html). Azcentral.com. Retrieved July 17, 2015.

100. "Mary Rose Wilcox awarded $975,000 from Arpaio suit" (http://www.azcentral.com/story/news/ariz ona/politics/2014/06/02/wilcox-arpaio-payout-lawsuit-abrk/9884143/). Azcentral.com. June 2, 2014. Retrieved July 17, 2015.

101. Wingett, Yvonne (February 25, 2010). "Supervisor cases collapse" (http://www.azcentral.com/new s/articles/2010/02/25/20100225wilcox0225.html). Azcentral.com. Retrieved September 23, 2010.

102. Hee, Michelle Ye. "Maricopa County infighting, lawsuits cost taxpayers $44.4 million" (http://www.a zcentral.com/news/politics/articles/20140127maricopa-county-arpaio-costs-tallied.html). Azcentral.com. Retrieved July 17, 2015.

103. Wingett, Yvonne (August 24, 2010). "Joe Arpaio's campaign mailers violate rules, elections panel finds" (http://www.azcentral.com/news/election/azelections/articles/2010/08/24/20100824joe-arpai o-mailers-on-romley-violate-rules-brk24-ON.html). Azcentral.com. Retrieved September 2, 2010.

104. "Office of Maricopa County Attorney : Campaign Finance Proceeding" (http://www.azcentral.com/i c/pdf/0824-arpaio-order.PDF) (PDF). Azcentral.com. Retrieved July 17, 2015.

105. Lemons, Stephen (September 14, 2010). "Joe Arpaio Fined $154K for "In-Kind Contribution" to Bill Montgomery (w/Update)" (http://blogs.phoenixnewtimes.com/bastard/2010/09/joe_arpaio_fine d_154k_for_in_k.php). *Phoenix New Times*. Retrieved September 23, 2010.

LP Evidentiary Exhibits Page 000299

106. Mike Sakal. "Arpaio campaign fined for illegal mailers targeting Romley" (http://www.eastvalleytrib une.com/local/article_a81436ba-b237-11df-b5b8-001cc4c002e0.html). *East Valley Tribune*. Retrieved September 2, 2010.

107. Wingett, Yvonne. "Joe Arpaio's office misspent funds, analysis says" (http://www.azcentral.com/ne ws/election/azelections/articles/2010/09/21/20100921joe-arpaio-sheriffs-office-funds-analysis.htm l). Azcentral.com. Retrieved September 23, 2010.

108. Wingett, Yvonne. "Joe Arpaio's office misused up to $80 million, Maricopa County says" (http://ww w.azcentral.com/news/election/azelections/articles/2010/09/22/20100922joe-arpaio-misused-fund s-maricopa-county-says22-ON.html). Azcentral.com. Retrieved September 23, 2010.

109. Sanchez, Yvonne Wingett (April 13, 2011). "Joe Arpaio's staff misspent $99.5 million, budget officials say" (http://www.azcentral.com/news/election/azelections/articles/2011/04/13/20110413ari zona-arpaio-detention-funds-misspent.html). *The Arizona Republic*. Retrieved March 3, 2013.

110. Sarah Buduson (June 28, 2007). "Maricopa Officials: Arpaio's Spending Illegal" (https://web.archiv e.org/web/20110614061218/http://www.kpho.com/news/25109597/detail.html). KPHO-TV. Archived from the original (http://www.kpho.com/news/25109597/detail.html) on June 14, 2011. Retrieved September 23, 2010.

111. Wingett, Yvonne (August 8, 2010). "Maricopa County Sheriff's Office spent loosely" (http://www.az central.com/news/election/azelections/articles/2010/08/08/20100808maricopa-county-sheriff-office -spending.html). *The Arizona Republic*. Retrieved September 23, 2010.

112. Wingett, Yvonne (August 18, 2009). "Audit sought on how jail fund is spent by Maricopa County Sheriff's Office" (http://www.azcentral.com/news/articles/2009/08/18/20090818jefaudit0818.html). *The Arizona Republic*. Retrieved September 23, 2010.

113. Lemons, Stephen (September 16, 2010). "Joe Arpaio's Watergate: Read MCSO Deputy Chief Frank Munnell's Memo Here (w/Update) – Phoenix News – Feathered Bastard" (http://blogs.phoe nixnewtimes.com/bastard/2010/09/joe_arpaios_watergate_read_fra.php). Blogs.phoenixnewtimes.com. Retrieved February 10, 2011.

114. Lemons, Stephen (September 17, 2010). "Joe Arpaio Knows All, and David Hendershott's His Lackey, Say Former Staffers and Critics" (http://blogs.phoenixnewtimes.com/bastard/2010/09/joe_ arpaio_knows_all_and_david.php). *Phoenix New Times*. Retrieved February 10, 2011.

115. Wingett, Yvonne (October 6, 2010). "Joe Arpaio aide's misconduct allegations investigated by U.S. Attorney's Office, FBI" (http://www.azcentral.com/news/election/azelections/articles/2010/10/ 05/20101005joe-arpaio-office-misconduct-allegations-investigated.html). Azcentral.com. Retrieved February 10, 2011.

116. Dougherty, John (August 5, 1999). "The Plot To Assassinate Arpaio" (https://web.archive.org/web/ 20121020113529/http://www.phoenixnewtimes.com/1999-08-05/news/the-plot-to-assassinate-arp aio/). *Phoenix New Times*. Archived from the original (http://www.phoenixnewtimes.com/1999-08- 05/news/the-plot-to-assassinate-arpaio/) on October 20, 2012. Retrieved March 3, 2013.

117. Bommersbach, Jana. Will Sheriff Joe Stop at Nothing? (http://janabommersbach.com/will-sheriff-j oe-stop-at-nothing/), *PHOENIX Magazine*, February 2005.

118. Carol Sowers, Man cleared of plot to bomb Sheriff Arpaio (http://tucsoncitizen.com/morgue2/2003/ 06/14/36722-man-cleared-of-plot-to-bomb-sheriff-arpaio/), *Arizona Republic* (February 2005).

119. Dougherty, John (June 24, 2004). "In the Crosshairs" (https://web.archive.org/web/201211030745 11/http://www.phoenixnewtimes.com/2004-06-24/news/in-the-crosshairs/). *Phoenix New Times*. Archived from the original (http://www.phoenixnewtimes.com/2004-06-24/news/in-the-crosshairs/) on November 3, 2012. Retrieved March 3, 2013.

120. Dickerson, John (October 28, 2008). "A Phony Murder Plot Against Joe Arpaio Winds Up Costing Taxpayers $1.1 Million" (http://www.phoenixnewtimes.com/news/a-phony-murder-plot-against-joe- arpaio-winds-up-costing-taxpayers-11-million-6629798). *Phoenix New Times*. Retrieved March 3, 2013.

LP Evidentiary Exhibits Page 000300                                             10/05/2022

121. "Sources: FBI Investigating Joe Arpaio" (https://web.archive.org/web/20101020184811/http://www. kpho.com/news/21470567/detail.html). *KPHO*. October 30, 2009. Archived from the original (htt p://www.kpho.com/news/21470567/detail.html) on October 20, 2010. Retrieved July 10, 2010.

122. Conder, Chuck (July 10, 2010). "Arizona sheriff under investigation for alleged abuse of power" (ht tp://www.cnn.com/2010/CRIME/07/09/arizona.tough.sheriff/index.html?video=true&hpt=T2). *CNN*. Retrieved July 10, 2010.

123. "Feds close criminal investigation into Maricopa County Sheriff Joe Arpaio" (http://www.foxnews.c om/us/2012/08/31/feds-close-criminal-investigation-into-maricopa-county-sheriff-joe-arpaio/). Fox News. August 31, 2012. Retrieved March 3, 2013.

124. "Judges file claims accusing Joe Arpaio, Andrew Thomas for abuse of power" (http://www.azcentr al.com/news/articles/2010/05/28/20100528judges-claim-against-arpaio-thomas.html). *The Arizona Republic*. May 28, 2010. Retrieved August 30, 2010.

125. "Dowling sues Arpaio, county for prosecution" (http://www.azcentral.com/arizonarepublic/local/arti cles/2009/06/04/20090604dowling0604.html). *The Arizona Republic*. June 4, 2009.

126. Billeaud, Jacques (December 15, 2011). "Feds say Arpaio violated civil rights" (https://web.archiv e.org/web/20120108010443/http://www.azfamily.com/news/Feds-to-release-findings-in-probe-of-M aricopa-Cty-Sheriff-Joe-Arpaio-███████html). azfamily.com. Archived from the original (http://w ww.azfamily.com/news/Feds-to-release-findings-in-probe-of-Maricopa-Cty-Sheriff-Joe-Arpaio-135 656943.html) on January 8, 2012.

127. "EJ Montini | Insiders" (http://www.azcentral.com/members/Blog/EJMontini/167250). Azcentral.com. Retrieved March 3, 2013.

128. Pettersson, Edvard (July 25, 2012). "Arizona's Arpaio Testifies Race Not Factor in Arrests" (http s://www.bloomberg.com/news/2012-07-24/-america-s-toughest-sheriff-to-answer-profiling-claims.h tml). *Bloomberg Business*. Retrieved July 17, 2015.

129. Bogado, Aura (May 1, 2009). "Arpaio vs. Immigrants: Those most affected left out of debate" (htt p://www.fair.org/index.php?page=3790). FAIR: Fairness & Accuracy In Reporting. Retrieved March 3, 2013.

130. "Reasonable Doubt" (http://www.eastvalleytribune.com/page/reasonable_doubt). *East Valley Tribune*. July 2008. Retrieved March 3, 2013.

131. Fernández, Valeria (July 27, 2012). "Attorneys Allege 'Culture of Discrimination' in Arpaio's Office" (http://newamericamedia.org/2012/07/attorneys-allege-culture-of-discrimination-in-arpaios-office.p hp). New America Media. Retrieved March 3, 2013.

132. Hendley, Matthew (March 15, 2012). "Joe Arpaio Runs Another "Employer Sanctions Operation" – Get This – Zero of 31 Arrested Are Employers" (http://blogs.phoenixnewtimes.com/valleyfever/201 2/03/joe_arpaio_runs_another_employ.php). *Phoenix New Times*. Retrieved March 3, 2013.

133. "Melendres v. Arpaio – Decision on Sanctions Regarding Adverse Inferences at Trial" (https://ww w.aclu.org/racial-justice/melendres-v-arpaio-decision-sanctions-regarding-adverse-inferences-tria l). *American Civil Liberties Union*. March 18, 2015. Retrieved July 17, 2015.

134. "Feds: Ariz. Sheriff Arpaio violated civil rights" (http://www.cbsnews.com/8301-201_162-5734361. 4/feds-ariz-sheriff-arpaio-violated-civil-rights/). CBS News. December 15, 2011. Retrieved March 3, 2013.

135. Fernández, Valeria (July 25, 2012). "Two Faces of Arpaio Revealed in Trial" (https://web.archive.o rg/web/20180711092515/http://newamericamedia.org/2012/07/two-faces-of-arpaio-revealed-in-tria l.php). New America Media. Archived from the original (http://newamericamedia.org/2012/07/two-f aces-of-arpaio-revealed-in-trial.php) on July 11, 2018. Retrieved March 3, 2013.

136. "Ortega Melendres, et al. v. Arpaio, et al" (https://www.aclu.org/immigrants-rights-racial-justice/ort ega-melendres-et-al-v-arpaio-et-al). American Civil Liberties Union. July 10, 2012. Retrieved July 16, 2012.

LP Evidentiary Exhibits Page 000301

137. Horwitz, Sari (May 10, 2012). "Justice to Sue Arizona Sheriff Joe Arpaio" (https://www.washington post.com/politics/justice-to-sue-arizona-sheriff-joe-arpaio-saying-he-violated-hispanics-civil-rights/ 2012/05/10/gIQAYfFwFU_story.html). *The Washington Post*. Retrieved March 3, 2013.

138. Santos, Fernanda (July 19, 2012). "Sheriff Joe Arpaio Trial Opens in Phoenix" (https://www.nytime s.com/2012/07/20/us/sheriff-joe-arpaio-trial-opens-in-phoenix.html). *The New York Times*.

139. Hensley, JJ (August 1, 2012). "Racial-profiling trial: Former MCSO deputy testifies" (http://www.az central.com/arizonarepublic/local/articles/2012/08/01/20120801arizona-arpaio-racial-profiling-trial-traffic-stop-focus-testimony.html). *The Arizona Republic*. Retrieved March 3, 2013.

140. "Ortega Melendres, et al. v. Arpaio, et al" (https://www.aclu.org/immigrants-rights-racial-justice/ort ega-melendres-et-al-v-arpaio-et-al). American Civil Liberties Union. September 25, 2012. Retrieved March 3, 2013.

141. Lemons, Stephen (December 30, 2009). "Joe Arpaio, Clueless or Cunning? Sheriff Does His Sgt. Schultz Impersonation During Seven Hour Depo in Racial Profiling Lawsuit" (https://web.archive.o rg/web/20140503152905/http://blogs.phoenixnewtimes.com/bastard/2009/12/joe_arpaio_clueless _or_cagey_s.php). *Phoenix New Times*. Archived from the original (http://blogs.phoenixnewtimes. com/bastard/2009/12/joe_arpaio_clueless_or_cagey_s.php) on May 3, 2014. Retrieved March 3, 2013.

142. "Arizona: Sheriff's Office Punished in Profiling Case" (https://www.nytimes.com/2011/12/24/us/ariz ona-sheriffs-office-punished-in-profiling-case.html). *The New York Times*. December 24, 2011.

143. "Judge Punishes Sheriff Arpaio's Office for Document Destruction | Albuquerque Journal News" (h ttp://www.abqjournal.com/main/2011/12/23/abqnewsseeker/judge-punishes-sheriff-arpaios-office-f or-document-destruction.html). *Albuquerque Journa* . December 23, 2011. Retrieved July 17, 2015.

144. "Melendres v. Arpaio – Decision on Motions for Summary Judgment" (https://www.aclu.org/racial-j ustice/melendres-v-arpaio-decision-motions-summary-judgment). American Civil Liberties Union. March 18, 2015. Retrieved July 17, 2015.

145. Stern, Ray (December 23, 2011). "Joe Arpaio Can be Sued by Detained Hispanics: Judge Grants Class Status in Lawsuit to Hispanics Stopped by Arpaio's Deputies, Orders Halt to Human-Smuggling Enforcement in Current Form" (https://web.archive.org/web/20140101100410/http://blo gs.phoenixnewtimes.com/valleyfever/2011/12/judge_grants_class_status_in_l.php). *Phoenix New Times*. Archived from the original (http://blogs.phoenixnewtimes.com/valleyfever/2011/12/judge_gr ants_class_status_in_l.php) on January 1, 2014. Retrieved July 17, 2015.

146. "Arizona Sheriff Joe Arpaio Loses Immigration Law Appeal" (https://web.archive.org/web/2012101 5150550/http://latino.foxnews.com/latino/news/2012/09/26/az-sheriff-joe-arpaio-loses-appeal-on-i mmigration-law-limit/). Fox News. September 26, 2012. Archived from the original (http://latino.fox news.com/latino/news/2012/09/26/az-sheriff-joe-arpaio-loses-appeal-on-immigration-law-limit/) on October 15, 2012. Retrieved October 19, 2012.

147. J. J. Hensley (July 8, 2012). "Joe Arpaio's legacy in the balance with lawsuit outcome" (http://ww w.azcentral.com/news/articles/2012/07/03/20120703joe-arpaio-legacy-balance-lawsuit.html). *The Arizona Republic*. Retrieved July 16, 2012.

148. "Federal Court Rules Arizona Sheriff Joe Arpaio Violated U.S. Constitution" (https://www.aclu.org/i mmigrants-rights-racial-justice/federal-court-rules-arizona-sheriff-joe-arpaio-violated-us). Retrieved May 25, 2013.

149. "Ortega Melendres, et al. v. Arpaio, et al. – Decision" (https://www.aclu.org/racial-justice/ortega-m elendres-et-al-v-arpaio-et-al-decision). Retrieved May 25, 2013.

150. "Office of Maricopa County Attorney : Campaign Finance Proceeding" (https://www.justice.gov/crt/ about/spl/documents/melendres_soi_6-13-13.pdf) (PDF). United States Department of Justice. Retrieved July 17, 2015.

151. Schwartz, David (August 30, 2013). "Judge plans to appoint monitor for controversial Arizona sheriff" (https://www.reuters.com/article/us-usa-arpaio-arizona-idUSBRE97U00O20130831). *Reuters*. Retrieved September 5, 2013.

152. Lemons, Stephen (April 24, 2014). "Arpaio Will Continue to Defy Judge Snow Until He's Held in Contempt" (https://web.archive.org/web/20140815003442/http://www.phoenixnewtimes.com/2014 -04-24/news/joe-arpaio-racial-profiling/full/). *Phoenix New Times*. Archived from the original (http:// www.phoenixnewtimes.com/2014-04-24/news/joe-arpaio-racial-profiling/full/) on August 15, 2014. Retrieved July 17, 2015.

153. "Court largely upholds racial-profiling ruling against Sheriff Joe Arpaio" (http://www.azcentral.com/ story/news/local/phoenix/2015/04/15/arpaio-loses-appeal-melendres/25823671/). *The Arizona Republic*. April 15, 2015. Retrieved July 17, 2015.

154. Fernanda Santos, Angry Judge Says Sheriff Defied Order on Latinos (https://www.nytimes.com/20 14/03/25/us/judge-says-arpaio-defied-order-on-profiling-latinos.html), *The New York Times* (March 24, 2014).

155. Lemons, Stephen (March 24, 2014). "Joe Arpaio, Jerry Sheridan Spanked by Judge G. Murray Snow Over Melendres Remarks" (http://blogs.phoenixnewtimes.com/valleyfever/2014/03/joe_arpa io_jerry_sheridan_span.php). *Phoenix New Times*. Retrieved July 17, 2015.

156. Lemons, Stephen (March 28, 2014). "Joe Arpaio Lies About Racial Profiling, and MCSO Deputies Screw Up on Video (Again)" (http://blogs.phoenixnewtimes.com/valleyfever/2014/03/joe_arpaio_li es_to_possible_co.php). *Phoenix New Times*. Retrieved July 17, 2015.

157. Lemons, Stephen (April 25, 2014). "Joe Arpaio Wants Out of Part of Judge's Latest Order, and MCSO Flack Jack MacIntyre Mischaracterizes Melendres" (http://blogs.phoenixnewtimes.com/vall eyfever/2014/04/joe_arpaio_wants_out_of_part_o.php). *Phoenix New Times*. Retrieved July 17, 2015.

158. "Arizona District Court Judge Grants Over $4 million in Attorney Fees to Civil Rights Groups in Landmark Lawsuit Against Sheriff Joe Arpaio and Maricopa County Sheriff's Office (MCSO)" (http s://www.aclu.org/immigrants-rights-racial-justice/arizona-district-court-judge-grants-over-4-million- attorney-fees). American Civil Liberties Union. September 11, 2014.

159. Lemons, Stephen (June 4, 2014). "Joe Arpaio's Investigating Federal Judge G. Murray Snow, DOJ, Sources Say, and Using a Seattle Scammer To Do It" (https://web.archive.org/web/2015042 5185817/http://blogs.phoenixnewtimes.com/valleyfever/2014/06/joe-arpaio-investigating-judge-mu rray-snow-doj.php). *Phoenix New Times*. Archived from the original (http://blogs.phoenixnewtime s.com/valleyfever/2014/06/joe-arpaio-investigating-judge-murray-snow-doj.php) on April 25, 2015. Retrieved July 17, 2015.

160. "Arpaio: PI hired to investigate judge's wife" (http://www.azcentral.com/story/news/local/phoenix/2 015/04/23/joe-arpaio-apologizes-contempt-hearing-day-three-abrk/26240715/). *The Arizona Republic*. April 24, 2015. Retrieved July 17, 2015.

161. Joffe-Block, Jude (May 8, 2015). "Man Sheriff Joe Arpaio Hired To Investigate Federal Agencies Tries To Intervene In Contempt Case" (https://web.archive.org/web/20150518083043/http://kjzz.or g/content/136962/man-sheriff-joe-arpaio-hired-investigate-federal-agencies-tries-intervene-conte mpt). KJZZ (FM). Archived from the original (http://kjzz.org/content/136962/man-sheriff-joe-arpaio- hired-investigate-federal-agencies-tries-intervene-contempt) on May 18, 2015.

162. "Arpaio immigration case attorney quits, citing ethical conflicts" (http://tucson.com/news/local/bord er/arpaio-immigration-case-attorney-quits-citing-ethical-conflicts/article_d8bb9717-11c0-5760-826 0-e9d5e5ff9b92.html). *Arizona Daily Star*. April 28, 2015. Retrieved July 17, 2015.

163. "Arpaio civil-contempt hearing recap: Case of surprises" (http://www.azcentral.com/story/news/loc al/phoenix/2015/04/26/sheriff-joe-arpaio-civil-contempt-hearing-recap/26402545/). *The Arizona Republic*. April 25, 2015. Retrieved July 17, 2015.

LP Evidentiary Exhibits Page 000303                                                    10/05/2022

164. Lemons, Stephen (May 15, 2015). "Snow Blasts Arpaio's "Bogus Conspiracy Theory"" (http://ww
w.phoenixnewtimes.com/news/snow-blasts-arpaios-bogus-conspiracy-theory-7332531). *Phoenix New Times*. Retrieved July 17, 2015.

165. "Sheriff Joe Arpaio contempt case to resume in September" (https://web.archive.org/web/2015072
0220520/http://www.abc15.com/news/state/sheriff-joe-arpaio-due-in-court-as-contempt-case-agai
nst-him-resumes). KNXV-TV. July 20, 2015. Archived from the original (http://www.abc15.com/ne
ws/state/sheriff-joe-arpaio-due-in-court-as-contempt-case-against-him-resumes) on July 20, 2015.
Retrieved July 20, 2015.

166. "Arpaio moves to remove judge on racial-profiling case" (http://www.azcentral.com/story/news/loc
al/phoenix/2015/05/22/arpaio-snow-recusal-motion-abrk/27781057/). *The Arizona Republic*. May
22, 2015. Retrieved July 17, 2015.

167. "Sheriff Joe Arpaio Contempt Hearing Delayed Due To Recusal Request" (http://kjzz.org/content/1
47557/sheriff-joe-arpaio-contempt-hearing-delayed-due-recusal-request). KJZZ. June 2, 2015.
Retrieved July 17, 2015.

168. "Arpaio foes oppose sheriff's request to disqualify judge – ABC15 Arizona" (https://web.archive.or
g/web/20150720191937/http://www.abc15.com/news/region-phoenix-metro/central-phoenix/arpaio
-foes-oppose-sheriffs-request-to-disqualify-judge). KNXV-TV. June 13, 2015. Archived from the
original (http://www.abc15.com/news/region-phoenix-metro/central-phoenix/arpaio-foes-oppose-s
heriffs-request-to-disqualify-judge) on July 20, 2015. Retrieved July 17, 2015.

169. Lemons, Stephen (July 10, 2015). "Arpaio's Epic Fail: Judge Refuses to Recuse Self in
Melendres" (http://www.phoenixnewtimes.com/news/arpaios-epic-fail-judge-refuses-to-recuse-self
-in-melendres-7479256). *Phoenix New Times*.

170. "Arpaio asks appeals court to recuse judge in profiling case" (http://www.kpho.com/story/2973865
5/arpaio-asks-appeals-court-to-recuse-judge-in-profiling-case). *KPHO-TV*. August 7, 2015.

171. "Sheriff Joe Arpaio loses bid to disqualify judge from profiling case" (http://www.abc15.com/news/r
egion-phoenix-metro/central-phoenix/sheriff-joe-arpaio-loses-bid-to-disqualify-judge-from-profiling-
case). KNXV-TV. September 15, 2015.

172. "Sheriff Joe Arpaio in contempt of federal court, judge rules" (http://www.azcentral.com/story/new
s/local/phoenix/2016/05/13/arpaio-contempt-federal-court-ruling/77833232/). *The Arizona
Republic*. May 13, 2016.

173. "Ninth Circuit Court Of Appeals Orders Sheriff Arpaio To Fix Unconstitutional Conditions In
Maricopa County Jail" (https://www.aclu.org/prisoners-rights/ninth-circuit-court-appeals-orders-she
riff-arpaio-fix-unconstitutional-conditions-m). American Civil Liberties Union. October 13, 2010.
Retrieved February 10, 2011.

174. "Graves, et al. v. Arpaio, et al. – Opinion" (https://www.aclu.org/prisoners-rights/graves-et-al-v-arp
aio-et-al-opinion). American Civil Liberties Union. October 13, 2010. Retrieved February 10, 2011.

175. "Fred Graves and Isaac Popoca v. Joseph Arpaio" (https://www.aclu.org/files/pdfs/prison/graves_v
_arpaio_findingsoffact.pdf) (PDF). United States District Court for the District of Arizona. October
22, 2008. Retrieved March 3, 2013.

176. "Fred Graves, Isaac Popoca, et al. v. Joseph Arpaio" (https://www.aclu.org/files/assets/2010-4-7-
GravesvArpaio-Order.pdf) (PDF). United States District Court for the District of Arizona. April 7,
2010. Retrieved March 3, 2013.

177. Chung, Joanna (October 14, 2010). "Sheriff Joe Told to Clean Up His Jails — Again" (https://blog
s.wsj.com/law/2010/10/14/sheriff-joe-told-to-clean-up-his-jails-again/). The Wall Street Journal
Law Blog. Retrieved February 10, 2011.

178. Stephen Lemons, Joe Arpaio's Victim Deborah Braillard: Family Agrees to $3.2 Million Settlement,
ABC15 Reports (http://www.phoenixnewtimes.com/blogs/joe-arpaios-victim-deborah-braillard-fami
ly-agrees-to-32-million-settlement-abc15-reports-6501507), *Phoenix New Times* (October 17,
2012).

179. *Braillard v. Maricopa County* (https://scholar.google.com/scholar_case?case=8099352077231848
25), 23⁻ ⁻ ⁻ ⁻ ˙ (Ariz. Ct. App. 2010).

180. "Key evidence in Maricopa County Jail death suit of Deborah Braillard 'destroyed' " (h ⁻ ⁻ ⁻ ⁻ ˙
chive.org/web/20130202023718/http://www.abc15.com/dpp/news/local_news/investigations/Key-e
vidence-in-Maricopa-County-Jail-death-suit-of-Deborah-Braillard-destroyed). KNXV-TV. August
23, 2010. Archived from the original (http://www.abc15.com/dpp/news/local_news/investigations/K
ey-evidence-in-Maricopa-County-Jail-death-suit-of-Deborah-Braillard-destroyed) on February 2,
2013. Retrieved March 3, 2013.

181. Tony Ortega (May 29, 1997). "Joe Assumes Deposition" (http://www.phoenixnewtimes.com/1997-
05-29/news/joe-assumes-deposition/). *Phoenix New Times*. Retrieved March 3, 2013.

182. "Civil Rights Division Maricopa County Sheriffs Office Investigation" (https://web.archive.org/web/2
0150716211832/http://www.justice.gov/crt/about/spl/mcso.php). United States Department of
Justice. December 15, 2011. Archived from the original (https://www.justice.gov/crt/about/spl/mcs
o.php) on July 16, 2015. Retrieved July 17, 2015.

183. Frieden, Terry (September 2, 2010). "Justice Department lawyers sue Arizona sheriff in civil rights
probe" (http://www.cnn.com/2010/CRIME/09/02/arizona.sheriff.justice.dept/index.html?hpt=T2).
CNN. Retrieved September 2, 2010.

184. Wingett, Yvonne. "Sheriff Joe Arpaio sued by Justice Department in civil-rights probe" (http://www.
azcentral.com/news/election/azelections/articles/2010/09/02/20100902joe-arpaio-sued-by-justice-
department-brk-02-ON.html). *The Arizona Republic*. Retrieved September 2, 2010.

185. "Justice Department lawsuit involving Maricopa County Sheriff Joe Arpaio" (https://web.archive.or
g/web/20100907054518/http://www.azdatapages.com/datacenter/maricopa/sheriff-arpaio-justice-d
epartment-lawsuit.html). Azdatapages.com. Archived from the original (http://www.azdatapages.c
om/datacenter/maricopa/sheriff-arpaio-justice-department-lawsuit.html) on September 7, 2010.
Retrieved September 23, 2010.

186. "United States of America v. Maricopa County, Arizona" (http://www.azcentral.com/ic/pdf/0902irvin
e-county-letter-to-DOJ.pdf) (PDF). Azcentral.com. Retrieved July 17, 2015.

187. Wingett, Yvonne (June 2, 2011). "Feds settle lawsuit vs. Arpaio's office" (http://www.azcentral.co
m/news/election/azelections/articles/2011/06/02/20110602arpaio-office-civil-rights-case-agreemen
t.html). Azcentral.com. Retrieved September 29, 2011.

188. [1] (http://www.azfamily.com/news/Feds-to-release-findings-in-probe-of-Maricopa-Cty-Sheriff-Joe-
Arpaio-██████████.html) Archived (https://web.archive.org/web/20120108010443/http://www.azfa
mily.com/news/Feds-to-release-findings-in-probe-of-Maricopa-Cty-Sheriff-Joe-Arpaio-███████.
html) January 8, 2012, at the Wayback Machine

189. Billeaud, Jacques. "Feds say Arpaio violated civil rights" (https://web.archive.org/web/2012010323
3208/http://hosted.ap.org/dynamic/stories/U/US_ARIZONA_SHERIFF_CIVIL_RIGHTS?SITE=AP
&SECTION=HOME&TEMPLATE=DEFAULT). Associated Press. Archived from the original (http://
hosted.ap.org/dynamic/stories/U/US_ARIZONA_SHERIFF_CIVIL_RIGHTS?SITE=AP&SECTION
=HOME&TEMPLATE=DEFAULT) on January 3, 2012. Retrieved December 15, 2011.

190. Lacey, Marc (December 15, 2011). "Sheriff's Arpaio's Office Targeted Latinos, U.S. Says" (https://
www.nytimes.com/2011/12/16/us/arizona-sheriffs-office-unfairly-targeted-latinos-justice-departme
nt-says.html?_r=1&ref=opinion). *The New York Times*.

191. Ray Stern (December 15, 2011). "Sheriff Joe Arpaio's Office Commits Worst Racial Profiling in
U.S. History, Concludes DOJ Investigation" (http://blogs.phoenixnewtimes.com/valleyfever/2011/1
2/sheriff_arpaio_oversaw_worst_r.php). *Phoenix New Times*. Retrieved May 28, 2012.

192. Ray Stern (December 15, 2011). "Feds Pull 287(g) Authority From Maricopa County Jails
Because of Civil Rights Violations" (http://blogs.phoenixnewtimes.com/valleyfever/2011/12/feds_p
ull_287g_authority_from.php). *Phoenix New Times*. Retrieved May 28, 2012.

193. Israel, Josh (August 30, 2012). **"Appeals Court Reinstates Civil Rights Lawsuit Against Joe Arpaio"** (https://thinkprogress.org/appeals-court-reinstates-federal-civil-rights-lawsuit-against-sheri ff-joe-arpaio-c12d89b5c806/). Thinkprogress.org. Retrieved August 28, 2017.

194. J. J. Hensley (May 10, 2012). **"U.S. sues Arpaio's office over treatment of Latinos"** (http://www.azc entral.com/news/politics/articles/2012/05/10/20120510joe-arpaio-doj-lawsuit.html). *azcentral.com*. The Arizona Republic. Retrieved May 28, 2012.

195. **"Plaintiff v. Maricopa County, Arizona"** (http://www.azcentral.com/ic/pdf/0510DOJ-mcso-lawsuit.pd f) (PDF). Azcentral.com. Retrieved July 17, 2015.

196. **"Judge rules in favor of DOJ in suit against Arpaio"** (http://www.azcentral.com/story/news/local/ph oenix/2015/06/16/sheriff-joe-arpaio-dog-suit-judge-ruling/28787635/). Azcentral.com. June 16, 2015. Retrieved July 17, 2015.

197. Kiefer, Michael (July 15, 2015). **"County votes to settle DOJ lawsuit vs. Arpaio"** (http://www.azcent ral.com/story/news/local/phoenix/2015/07/15/county-settle-arpaio-doj-lawsuit-abrk/30195769/). *The Arizona Republic*.

198. Joffe-Block, Jude (July 15, 2015). **"Maricopa County Agrees To Settle Part Of Racial Profiling Case"** (http://kjzz.org/content/166539/maricopa-county-agrees-settle-part-racial-profiling-case). *KJZZ*.

199. **"White House: birth certificate"** (https://obamawhitehouse.archives.gov/sites/default/files/rss_view er/birth-certificate-long-form.pdf) (PDF). *whitehouse.gov*. Archived (https://web.archive.org/web/20 170125144906/https://obamawhitehouse.archives.gov/sites/default/files/rss_viewer/birth-certificat e-long-form.pdf) (PDF) from the original on January 25, 2017 – via **National Archives**.

200. **"Sheriff Arpaio says Obama's birth certificate is forged"** (https://web.archive.org/web/2013052016 1545/http://www.cbsnews.com/video/watch/?id=7400631n). CBS News. Archived from **the original** (http://www.cbsnews.com/video/watch/?id=7400631n) on May 20, 2013. Retrieved June 15, 2012.

201. In February 2012, Mike Zullo, the "MCSO Cold Case Posse Chief Investigator" and **Jerome Corsi**, a **conspiracy theorist**, published a book, *A Question of Eligibility: A Law Enforcement Investigation into Barack Obama's Birth Certificate and His Eligibility to be President*, repeating the claims. Arpaio wrote the introduction. Paperless Publishing LLC (February 29, 2012), Amazon Digital Services, Inc., **ASIN B007FWO19W (https://www.amazon.com/dp/B007FWO19W)**

202. **"Maricopa County Sheriff Joe Arpaio: Obama birth record 'definitely fraudulent' "** (http://www.dailyn ews.com/news/ci_21097312/maricopa-county-sheriff-joe-arpaio-obama-birth-record?source=rss). *Daily News (Los Angeles)*. The Associated Press. July 17, 2012. Retrieved July 18, 2012.

203. **"Exposed: Sheriff Joe Arpaio Birther Scam – Here's the Proof that Arpaio's Posse Fabricated Evidence and Lied to the Nation"** (http://www.obamabirthbook.com/http:/www.obamabirthbook.co m/2012/07/exposed-sheriff-joe-arpaio-corsi-birther-scam-heres-the-proof-that-arpaios-posse-fabri cated-evidence-and-lied-to-the-nation/). July 24, 2012. Retrieved November 17, 2013.

204. **"Joe Arpaio: Obama birth certificate a fraud"** (http://www.politico.com/news/stories/0712/78645.ht ml). *Politico*. Associated Press. Retrieved July 17, 2015.

205. **"Brewer disagrees with Arpaio findings, believes Obama birth record real"** (http://www.eastvalleytri bune.com/arizona/politics/article_7ceda460-67e1-11e1-977c-0019bb2963f4.html). *East Valley Tribune*. Tempe, AZ. March 6, 2012.

206. **"Arizona Officially Accepts Obama's Birth Record"** (http://latino.foxnews.com/latino/news/2012/05/ 23/arizona-officially-accepts-obama-birth-record/). Fox News Latino. May 23, 2012.

207. Nick Gass (September 21, 2016). **"Sheriff Arpaio on Obama birth certificate: 'I'm not going to give up' "** (http://www.politico.com/story/2016/09/joe-arpaio-obama-birther-228455/). *Politico*. Retrieved October 12, 2016.

LP Evidentiary Exhibits Page 000306

208. Megan Cassidy (December 15, 2016). **"Sheriff Joe Arpaio: 5-year investigation proves Obama birth certificate is fake' "** (http://www.azcentral.com/story/news/local/phoenix/2016/12/15/sheriff-joe -arpaio-5-year-investigation-proves-obama-birth-certificate-fake/95444730/). *The Republic.* Retrieved December 16, 2016.

209. **"Ariz. sheriff backtracks on praise for KKK"** (http://www.pressherald.com/2012/07/24/ariz-sheriff-b ack-tracks-on-kkk-support/). Associated Press. July 24, 2012.

210. Sean Holstege (December 5, 2014). **"Judge fed up with Arpaio defiance"** (http://www.azcentral.co m/story/news/local/phoenix/2014/12/04/arpaio-criminal-contempt-hearing-abrk/19915657/). *The Arizona Republic.* Retrieved July 17, 2015.

211. **"Judge: Arpaio will face contempt hearing in April"** (http://www.azcentral.com/story/news/local/pho enix/2015/01/16/arpaio-federal-contempt-hearing-april-abrk/21869887/). *The Arizona Republic.* January 16, 2015. Retrieved July 17, 2015.

212. Megan Cassidy (March 19, 2015). **"Arpaio admits contempt of court, offers public acknowledgement"** (http://www.azcentral.com/story/news/local/phoenix/2015/03/18/arpaio-admits-contempt/24963155/). *The Arizona Republic.* Retrieved July 17, 2015.

213. Cassidy, Megan (July 25, 2015). **"Judge sends marshals to seize evidence from Sheriff Joe Arpaio"** (http://www.azcentral.com/story/news/local/phoenix/2015/07/24/snow-orders-marshals--re trieve-mcso-evidence-abrk/30647253/). *The Arizona Republic.*

214. Hutcherson, Kimberly (August 20, 2016). **"Judge seeks criminal contempt charges against Sheriff Joe Arpaio"** (http://edition.cnn.com/2016/08/20/us/arpaio-criminal-contempt-charges-referral/). CNN.

215. Gonzales, Richard (October 11, 2016). **"Feds Will Press Criminal Contempt Charges Against Ariz. Sheriff Arpaio"** (https://www.npr.org/sections/thetwo-way/2016/10/11/▮▮▮▮▮▮▮feds-will-press-cri minal-contempt-charges-against-ariz-sheriff-arpaio). NPR. Retrieved October 11, 2016.

216. **"Arizona Sheriff Joe Arpaio is officially charged with criminal contempt in racial profiling case"** (htt p://www.latimes.com/nation/nationnow/la-na-arpaio-criminal-contempt-20161025-snap-story.html). Associated Press. October 25, 2016.

217. Logan, Bryan (August 26, 2017). **"Trump pardons former Arizona sheriff Joe Arpaio"** (http://www.b usinessinsider.com/trump-pardons-joe-arpaio-2017-8). *Business Insider.* Retrieved August 26, 2017.

218. Byrnes, Jesse; Easley, Jonathan (August 25, 2017). **"Trump pardons former Sheriff Joe Arpaio"** (h ttp://thehill.com/homenews/administration/348061-trump-pardons-arpaio). *The Hill.* Retrieved August 27, 2017.

219. Wong, Julia Carrie; Gambino, Lauren (August 27, 2017). **"Donald Trump pardons Joe Arpaio, former sheriff convicted in racial profiling case"** (https://www.theguardian.com/us-news/2017/aug/2 5/donald-trump-joe-arpaio-pardon-arizona-sheriff). *The Guardian.* Retrieved August 27, 2017.

220. Chaitin, Daniel (August 26, 2017). **"Here is the pardon Trump signed for Joe Arpaio"** (http://www.w
ashingtonexaminer.com/here-is-the-pardon-trump-signed-for-joe-arpaio/article/2632651).
*Washington Examiner*. Archived (https://web.archive.org/web/20170827050054/http://www.washin
gtonexaminer.com/here-is-the-pardon-trump-signed-for-joe-arpaio/article/2632651) from the
original on August 27, 2017. Retrieved August 27, 2017. **"Text of the pardon itself**: "Be it known
that this day, I, Donald J. Trump, President of the United States, pursuant to my powers under
Article II, Section 2, Clause 1 of the Constitution, have granted unto Joseph M. Arpaio a full and
unconditional pardon for his conviction of Section 401(3), Title 18, United States Code (Docket
No. 2:16-CR-01012-SRB) in the United States District Court for the District of Arizona, of which he
was convicted on July 31, 2017, and for which sentencing is currently set for October 5, 2017;
and, for any other offenses under Chapter 21 of Title 18, United States Code that might arise, or
be charged, in connection with *Melendres v. Arpaio* (Docket No. 2:07-CV-02513-GMS) in the
United States District Court for the District of Arizona. In testimony whereof, I have hereunto
signed my name and caused the seal of the Department of Justice to be affixed."

221. Trump, Donald J. [@realDonaldTrump] (August 25, 2017). **"I am pleased to inform you that I have
just granted a full Pardon to 85 year old American patriot Sheriff Joe Arpaio. He kept Arizona
safe!" (https://twitter.com/realDonaldTrump/status/901263061511794688)** (Tweet). Archived (http
s://web.archive.org/web/20170826213312/https://twitter.com/realdonaldtrump/status/90126306151
1794688) from the original on August 26, 2017. Retrieved August 27, 2017 – via **Twitter**.

222. Arpaio, Joe [@RealSheriffJoe] (August 25, 2017). **"Thank you @realdonaldtrump for seeing my
conviction for what it is: a political witch hunt by holdovers in the Obama justice department!" (http
s://twitter.com/RealSheriffJoe/status/901249811743035393)** (Tweet). Archived (https://web.archiv
e.org/web/20170827010044/https://twitter.com/RealSheriffJoe/status/901249811743035393) from
the original on August 27, 2017. Retrieved August 27, 2017 – via **Twitter**.

223. Arpaio, Joe [@RealSheriffJoe] (August 25, 2017). **"I am humbled and incredibly grateful to
President Trump. I look fwd to putting this chapter behind me and helping to #MAGA" (https://twitt
er.com/RealSheriffJoe/status/901249956668776449)** (Tweet). Archived (https://web.archive.org/w
eb/20170826165838/https://twitter.com/RealSheriffJoe/status/901249956668776449) from the
original on August 26, 2017. Retrieved August 27, 2017 – via **Twitter**.

224. Arpaio, Joe [@RealSheriffJoe] (August 25, 2017). **"I also thank my loyal supporters, who stood
shoulder to shoulder w/ me in this fight, and throughout my career. For those who are asking . " (h
ttps://twitter.com/RealSheriffJoe/status/901250131239985152)** (Tweet). Archived (https://web.arch
ive.org/web/20170826040501/https://twitter.com/RealSheriffJoe/status/901250131239985152)
from the original on August 26, 2017. Retrieved August 27, 2017 – via **Twitter**.

225. **"Analysis | Was former Arizona sheriff Joe Arpaio's criminal conviction an Obama 'political witch
hunt'?" (https://www.washingtonpost.com/news/fact-checker/wp/2017/08/30/was-former-arizona-s
heriff-joe-arpaios-criminal-conviction-an-obama-political-witch-hunt/)**. *Washington Post*. Retrieved
August 30, 2017.

226. **"The Latest: Senator critical of Trump's pardon of Arpaio" (https://web.archive.org/web/**████████
**43903/https://www.washingtonpost.com/business/the-latest-arpaio-tells-ap-he-appreciates-trumps
-pardon/2017/08/25/af008c02-89fe-11e7-96a7-d178cf3524eb_story.html)**, Associated Press via
*Washington Post* (August 26, 2017): "Arizona Gov. Doug Ducey and Arizona congressman Andy
Biggs are supporting the presidential pardon of former metro Phoenix sheriff Joe Arpaio."

227. "McCain critical of president's pardon of Arpaio (https://abcnews.go.com/US/wireStory/latest-arpa io-tells-ap-appreciates-trumps-pardon-49428022), Associated Press via ABC News (August 26, 2017): "Arizona Gov. Doug Ducey and Arizona congressman Andy Biggs are supporting the presidential pardon of former metro Phoenix sheriff Joe Arpaio. Ducey says Arpaio 'deserves credit for helping to reduce crime in Maricopa County over his long career in law enforcement and public office.' He says Trump's pardon 'has brought finality to this chapter in Arizona's history.' Ducey adds that Arpaio is his friend and now the 85-year-old ex-lawman can move on and enjoy his retirement with his wife and family."

228. Manchester, Julia (August 25, 2017). "Flake: Trump should have honored judicial process on Arpaio pardon" (http://thehill.com/homenews/senate/348069-flake-on-arpaio-pardon-i-would-have-preferred-trump-honor-the-judicial). *TheHill*. Retrieved August 26, 2017.

229. "Critics: Trump pardon his latest affront against judiciary (https://web.archive.org/web/█████████████ 54236/https://www.washingtonpost.com/politics/health_care/critics-trump-pardon-his-latest-affront-against-judiciary/2017/08/26/7fd0ebf0-8abe-11e7-96a7-d178cf3524eb_story.html). *Washington Post*. Archived from the original (https://www.washingtonpost.com/politics/health_care/critics-trum p-pardon-his-latest-affront-against-judiciary/2017/08/26/7fd0ebf0-8abe-11e7-96a7-d178cf3524eb_ story.html) on August 27, 2017. Retrieved August 27, 2017.

230. *Legal scholar on why the Arpaio pardon is "troubling"* (https://www.cbsnews.com/videos/legal-sch olar-on-why-the-arpaio-pardon-is-troubling/), retrieved August 26, 2017

231. Liptak, Adam (August 26, 2017). "Why Trump's Pardon of Arpaio Follows Law, Yet Challenges It" (https://www.nytimes.com/2017/08/26/us/politics/trump-pardon-joe-arpaio-constitution.html). *The New York Times*. ISSN 0362-4331 (https://www.worldcat.org/issn/0362-4331). Retrieved August 26, 2017.

232. "The message behind the pardon" (https://www.axios.com/the-message-behind-the-pardon-24773 60144.html). *Axios*. August 26, 2017. Retrieved August 26, 2017.

233. "Analysis | What authoritarianism experts think of Trump's decision to pardon Joe Arpaio" (https:// www.washingtonpost.com/news/worldviews/wp/2017/08/26/what-authoritarianism-experts-think-of -trumps-decision-to-pardon-joe-arpaio/). *Washington Post*. Retrieved August 27, 2017.

234. Cassidy, Megan (October 20, 2017). "Judge denies Arpaio's motion to erase his criminal contempt conviction" (http://www.azcentral.com/story/news/local/phoenix/2017/10/19/judge-denies-joe-arpai o-motion-erase-contempt-conviction/███████████. *Arizona Republic*. Retrieved October 21, 2017.

235. "Legal groups move to challenge Trump's Arpaio pardon" (https://www.politico.com/story/2017/09/ 11/trump-arpaio-pardon-challenge-242562). *Politico*.

236. Fogey, Quint (October 16, 2018). "Ex-Sheriff Joe Arpaio files libel suit against NYT" (https://www.p olitico.com/story/2018/10/16/joe-arpaio-sues-new-york-times-909885). *Politico*.

237. Gstalter, Morgan (December 11, 2018). "Arpaio files $300M defamation lawsuit against CNN, other media outlets" (https://thehill.com/homenews/media/420798-arpaio-files-300m-defamation-l awsuit-against-cnn-other-media-outlets). *The Hill*.

238. "Elections Results Archive" (http://recorder.maricopa.gov/electionresults/archivedelectionresults.a spx). *Maricopa County Recorder's Office*.

239. "Cronkite-Eight Poll" (https://web.archive.org/web/20080814050807/http://www.azpbs.org/horizon/ poll/2007/11-20-07.htm). Arizona State University PBS channel. November 20, 2007. Archived from the original (http://www.azpbs.org/horizon/poll/2007/11-20-07.htm) on August 14, 2008.

240. "Recall Petition Targets Sheriff Joe Arpaio" (https://web.archive.org/web/20081209004226/http://m ypetjawa.mu.nu/archives/190167.php). *The Jawa Report*. November 19, 2007. Archived from the original (http://mypetjawa.mu.nu/archives/190167.php) on December 9, 2008. Retrieved August 8, 2008.

241. "Maricopa County Voters Support Thomas, Arpaio Over Recall Effort" (http://cronkitenews.jmc.as u.edu/?p=245). Cronkite News Service. November 20, 2007.

9/23/22, 9:43 AM                                                   Joe Arpaio - Wikipedia

242. Carcamo, Cindy (May 30, 2013). **"Recall effort against Arizona's Sheriff Joe Arpaio fails"** (http://w ww.latimes.com/news/nation/nationnow/la-na-nn-ff-arpaio-recall-fails-20130530,0,7548060.story). *Los Angeles Times*. Retrieved May 31, 2013.

243. Anderon, Mark (September 15, 2017). **"Arpaio Bypasses Fake Media"** (https://web.archive.org/we b/20170920020908/http://americanfreepress.net/arpaio-bypasses-fake-media/). *American Free Press*. Archived from the original (http://americanfreepress.net/arpaio-bypasses-fake-media/) on September 20, 2017.

244. Nelson, Steven (August 28, 2017). **"Joe Arpaio may challenge Jeff Flake for Arizona Senate seat: Exclusive"** (https://web.archive.org/web/20170828205818/http://www.washingtonexaminer.com/jo e-arpaio-may-challenge-jeff-flake-for-arizona-senate-seat/article/2632732). *The Washington Examiner*. Archived from the original (http://www.washingtonexaminer.com/joe-arpaio-may-challen ge-jeff-flake-for-arizona-senate-seat/article/2632732) on August 28, 2017. Retrieved August 28, 2017.

245. Drucker, David M. **"Joe Arpaio running for Senate in Arizona"** (http://www.washingtonexaminer.co m/joe-arpaio-running-for-senate-in-arizona/article/2645354). *The Washington Examiner*. Retrieved January 9, 2018.

246. **"Arizona Primary Election Results"** (https://www.nytimes.com/interactive/2018/08/28/us/elections/a rizona-primary-elections.html). *New York Times*. August 29, 2018. Retrieved August 29, 2018.

247. **"Jerry Sheridan talks upcoming Maricopa County Sheriff race against Paul Penzone"** (https://www. fox10phoenix.com/news/jerry-sheridan-talks-upcoming-maricopa-county-sheriff-race-against-paul-penzone). *KSAZ-TV*. August 8, 2020. Retrieved August 12, 2020.

248. **"Arpaio running for mayor of Fountain Hills | Arizona Capitol Times"** (https://azcapitoltimes.com/ne ws/2021/10/06/arpaio-running-for-mayor-of-fountain-hills/). *Arizona Capitol Times*. October 6, 2021. Retrieved August 4, 2022.

249. **"Joe Arpaio running for Fountain Hills mayor in 2022"** (https://www.fhtimes.com/news/local_news/j oe-arpaio-running-for-fountain-hills-mayor-in-2022/article_c41ede1e-26c0-11ec-801c-9fc404af824 e.html). *Fountain Hills Times*. October 6, 2022. Retrieved August 4, 2022.

250. **"Election Results"** (https://www.azfamily.com/politics/election-results/). *Arizona's Family*. Retrieved August 4, 2022.

251. Gennifer Furst, *The Social History of Crime and Punishment in America: An Encyclopedia*, Vol. 1 (ed. Wilbur R. Miller. SAGE, 2012), p. 66.

252. White, Grace Oldham and Kaila. **"Ava Arpaio, wife of former Maricopa County Sheriff Joe Arpaio, dies at 89"** (https://www.azcentral.com/story/news/local/scottsdale-breaking/2021/03/21/ava-arpai o-wife-former-maricopa-county-sheriff-joe-arpaio-dies/4794843001/). *The Arizona Republic*.

253. Ray Stern, **Sheriff Joe Arpaio, this time, reveals his home address himself** (http://www.phoenixne wtimes.com/news/sheriff-joe-arpaio-this-time-reveals-his-home-address-himself-6648739), *Phoenix New Times* (April 29, 2008).

# Further reading

- Finnegan, William (July 20, 2009). "Sheriff Joe" (https://www.newyorker.com/magazine/2009/07/2 0/sheriff-joe). Profiles. *The New Yorker*. Vol. 85, no. 24. pp. 42–53.

# External links

- Archive of 'About the Sheriff' page on MCSO.org (https://web.archive.org/web/20160826152528/ht tps://www.mcso.org/About/Sheriff.aspx)
- 2018 Campaign (http://www.sheriffjoeforamerica.com/) – official website

LP Evidentiary Exhibits Page 000310                                                   10/05/2022

- Twitter Account (https://twitter.com/RealSheriffJoe?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eser p%7Ctwgr%5Eauthor)
- 2020 Sheriff Bid Announcement (https://drive.google.com/file/d/1J7ObikDZqrrfSAitKFthK7Dv_8yi UI5u/view?usp=sharing)

---

Retrieved from "https://en.wikipedia.org/w/index.php?title=Joe_Arpaio&oldid=1109653601"

**This page was last edited on 11 September 2022, at 02:45 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License 3.0; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

LP Evidentiary Exhibits Page 000311

bergencovidvaccine.com

## Found 149 search results for 'bergencovidvaccine.com'

| | | | |
|---|---|---|---|
| ☐ | Mar 24, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |
| ☐ | Mar 24, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |
| ☐ | Mar 24, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |
| ☐ | Mar 23, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |
| ☐ | Mar 23, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |
| ☐ | Mar 23, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |
| ☐ | Mar 22, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |
| ☐ | Mar 22, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |
| ☐ | Mar 22, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |
| ☐ | Mar 21, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |
| ☐ | Mar 21, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |
| ☐ | Mar 21, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |
| ☐ | Mar 20, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |
| ☐ | Mar 20, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |
| ☐ | Mar 20, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |
| ☐ | Mar 19, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |
| ☐ | Mar 19, 2021 | Coronavirus (COVID-19) Survey & Sche… | www.bergencovidvaccine.com | ⋮ |

LP Evidentiary Exhibits Page 000312                                   10/05/2022                 1/1

Dennis Sheldon Brewer v. FBI et al

## Plaintiff Brewer Exhibit 4: Blocked Communications

4. Comprised of a set of United States Postal Service website payment and tracking information related to a diverted evidence package intended for the Department of Justice Assistant Inspector General for Investigations; a series of attempts to communicate with outside counsel including emails and USPS website payment and tracking information; and email communication attempts with research university computational neuroscientists.



10/05/2022

2/15/22, 1:05 PM                                    USPS.com® – USPS Tracking® Results

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 9410803699300146277559                    Remove ✕

Your item arrived at our USPS facility in ATLANTA-PEACHTREE GA DISTRIBUTION CENTER on
February 15, 2022 at 12:58 am. The item is currently in transit to the destination.

USPS Tracking Plus® Available ∨

## Arrived at USPS Regional Facility

February 15, 2022 at 12:58 am
ATLANTA-PEACHTREE GA DISTRIBUTION CENTER

Get Updates ∨

---

| Text & Email Updates | ∨ |
|---|---|

---

| Proof of Delivery | ∨ |
|---|---|

---

| Tracking History | ∧ |
|---|---|

**February 15, 2022, 12:58 am**
Arrived at USPS Regional Facility
ATLANTA-PEACHTREE GA DISTRIBUTION CENTER
Your item arrived at our USPS facility in ATLANTA-PEACHTREE GA DISTRIBUTION CENTER on February
15, 2022 at 12:58 am. The item is currently in transit to the destination.

**February 14, 2022, 10:51 am**
Arrived at USPS Facility

LP Evidentiary Exhibits Page 000315                    10/05/2022

USPS.com® – USPS Tracking® Results

DECATUR, GA 30030

**February 13, 2022**
In Transit to Next Facility

**February 12, 2022, 12:58 pm**
Arrived at USPS Regional Facility
ATLANTA GA PACKAGE SORTING CENTER

**February 12, 2022, 6:06 am**
Arrived at USPS Regional Facility
ATLANTA GA NETWORK DISTRIBUTION CENTER

**February 12, 2022, 4:54 am**
Departed USPS Facility
ATLANTA, GA 30354

**February 12, 2022, 2:08 am**
Arrived at USPS Facility
ATLANTA, GA 30354

**February 11, 2022, 3:50 am**
Departed USPS Regional Facility
NEWARK NJ DISTRIBUTION CENTER

**February 10, 2022, 7:47 pm**
Arrived at USPS Regional Origin Facility
NEWARK NJ DISTRIBUTION CENTER

**February 10, 2022, 6:32 pm**
Accepted at USPS Origin Facility
EDGEWATER, NJ 07020

**USPS Tracking Plus®**                                                    ⌄

**Product Information**                                                    ⌄

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# Click-N-Ship®

**Create a Label**      **Preferences**      **Shipping History**      **Address Book**      **Shipping Cart (0)**

**Back to Shipping History**

## Label # 9410803699300146277559

| Terms | Details | |
|---|---|---|
| **Acceptance Cutoff** | **Account Number** | |
| 02/10/2022 5:00 PM | 136584650 | |
| | **Return Address** | **Package** |
| **Acceptance Time** | DENNIS S BREWER | Ship Date: 02/10/2022 |
| 02/10/2022 6:32 PM | 1210 CITY PL | From: 07020 |
| | EDGEWATER, NJ 07020 | |
| **Scheduled Date** | dsbrewer923@hotmail.com | **Service Type** |
| 02/14/2022 11:59 PM | **Delivery Address** | Priority Mail® 2-Day Legal Flat Rate Envelope Signature Confirmation |
| **Delivery Status** | OFFICE OF THE ASSISTANT INSPECTOR GENERAL - IINVESTIGATIONS | |
| In Transit to Next Facility<br/> | 950 PENNSYLVANIA AVE NW WASHINGTON, DC 20530-0001 | |

## More Actions

**USPS Tracking®**

**Ship Again**

## Need Help?

**File an insurance claim**

**Request A Service Refund**

**Order Number**

556294273

**Transaction Type**

LABEL

**Payment Method**

VISA-7898

**Payment Status**

Account Charged

| Service Type | Price |
|---|---|
| Priority Mail® Legal Flat Rate Envelope | $9.25 |
| Signature Confirmation | $2.90 |
| **Label Total** | **$12.15** |

| Time Stamp | Message |
|---|---|
| 02-10-2022 07:24:27 | LABEL PRINTED |
| 02-10-2022 07:24:08 | Getting Payment |
| 02-10-2022 07:23:42 | Setting Payment |

USPS - Click-N-Ship(R) Payment Confirmation

USPS_Shipping_Services@usps.com
To  dolvce.ed232@hotmail.com

⌐ Reply    ↩ Reply All    → Forward    ┅┅

If there are problems with how this message is displayed, click here to view it in a web browser.



**USPS-Click-N-Ship® Payment Confirmation**

Thanks for shipping with us, DEMIRIS S BREWER!

Additional information regarding your label(s) can be found in your _____. From your Shipping History you can Ship Again, track your package, or request a refund.

Click-N-Ship® Payment Details
Acct #: 136584450
Transaction Number: 558294273
Transaction Date/Time: 02/03/2022 07:23 AM CST
Transaction Amount: $12.15
Payment Method: VISA-7894

Priority Mail® 2-Day
Legal Flat Rate Envelope
9410 8024 9930 6146 2773 59 (Sequence Number 1 of 1)

Scheduled Delivery Date: 02/14/2022
Shipped to:   OFFICE OF THE ASSISTANT INSPECTOR
              GENERAL - INVESTIGATIONS
              DEPARTMENT OF JUSTICE
              950 PENNSYLVANIA AVE NW
              WASHINGTON DC 20530-0001

Learn more about requesting a refund online here

⊞    ⌕ Type here to search

Blocked Mail and Emails to Outside Counsel

10/05/2022

**Dennis Brewer**

**From:** ████████████████
**Sent:** Thursday, January 27, 2022 2:34 PM
**To:** ████████████████
**Subject:** USPS - Click-N-Ship(R) Payment Confirmation

 **USPS.COM**   Sign in  |  Shipping History  |  Manage Your Mail  |  Customer Service

## USPS-Click-N-Ship® Payment Confirmation

Thanks for shipping with us, DENNIS BREWER!

Additional information regarding your label(s) can be found in your Shipping History. From your Shipping History you can Ship Again, track your package, or request a refund.

**Click-N-Ship® Payment Details**
Acct #: 135584650
Transaction Number: 555188465
Transaction Date/Time: 01/27/2022 01:29 PM CST
Transaction Amount: $26.85
Payment Method: VISA-7896

**Priority Mail® 2-Day**
**Flat Rate Envelope**
9405 5036 9930 0149 4657 07 (Sequence Number 1 of 3)

Scheduled Delivery Date: 01/31/2022
Shipped to:    NEAL KATYAL
              HOGAN LOVELLS
              555 13TH ST NW
              WASHINGTON DC 20004-1109

**Priority Mail® 1-Day**
**Flat Rate Envelope**
9405 5036 9930 0149 4657 38 (Sequence Number 2 of 3)

Scheduled Delivery Date: 01/29/2022
Shipped to:    LAUREN CAMILLI
              HUMAN RIGHTS WATCH
              350 5TH AVE
              FL 34
              NEW YORK NY 10118-3499

**Priority Mail® 1-Day**
**Flat Rate Envelope**
9405 5036 9930 0149 4657 69 (Sequence Number 3 of 3)

Scheduled Delivery Date: 01/29/2022
Shipped to:    DAVID COLE
              AMERICAN CIVIL LIBERTIES UNION
              125 BROAD ST

LP Evidentiary Exhibits Page 000321

10/05/2022

FL 18
NEW YORK NY 10004-2454

Learn more about requesting a refund online here.

## Priority Mail Flat Rate™ Shipping

Get free Priority Mail® supplies ›



**Need help?**
Search FAQs
1-800-ASK-USPS

Privacy Policy

usps.com

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

2

LP Evidentiary Exhibits Page 000322                                    10/05/2022

**Dennis Brewer**

| | |
|---|---|
| **From:** | ███████████ |
| **Sent:** | Monday, January 31, 2022 9:19 AM |
| **To:** | ███████ |
| **Subject:** | USPS® Item Delivered, Garage or Other Location at Address 9405503699300149465769 |



Hello **DENNIS BREWER,**

Your item was delivered to the garage or an alternate location at the address at 9:14 am on January 31, 2022 in NEW YORK, NY 10004.

Tracking Number:
**9405503699300149465769**

## Delivered, Garage or Other Location at Address





Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.



1

**Download USPS Mobile®**



[USPS.com](#) | [Privacy Policy](#) | [Customer Service](#) | [FAQs](#)

Delivery date and time depends on origin, destination and Post Office™
acceptance time and is subject to change. Delivery options are subject to
restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This
message is for the designated recipient only and may contain privileged,
proprietary, or otherwise private information. If you have received it in error,
please delete. Any other use of the email by you is prohibited.

Copyright © 2017. All rights reserved.

2

LP Evidentiary Exhibits Page 000324                                                10/05/2022

**Dennis Brewer**

| | |
|---|---|
| **From:** | ▬▬▬ |
| **Sent:** | Monday, January 31, 2022 2:19 PM |
| **To:** | ▬▬▬ |
| **Subject:** | USPS® Item Delivered to Agent for Final Delivery 9405503699300149465707 |



Hello **DENNIS BREWER**,

Your item has been delivered to an agent for final delivery in WASHINGTON, DC 20004 on January 31, 2022 at 2:15 pm.

Tracking Number:
**9405503699300149465707**

## Delivered to Agent for Final Delivery





Visit **USPS Tracking®** to check the most up-to-date status of your package. Sign up for **Informed Delivery®** to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.



1

**Download USPS Mobile®**



USPS.com | Privacy Policy | Customer Service | FAQs

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2017. All rights reserved.

2

10/05/2022

2/9/22, 5:25 PM                    Symantec Encryption Server: Web Email Protection - Printable Message Display

**From:** "Middleton, Karen A - New York, NY" <██████████████████>
**To:** ██████████████ <██████████████>
**Date:** 02/08/2022 10:52 AM
**Subject:** #sensitive#

Dennis Brewer

We are in receipt of your inquiry regarding your item. After doing our investigation the station is unable to locate this item at this time. We apologize for the non-receipt of your item.

We recommend you contact the sender of your item immediately. You can supply them with a copy of this letter as proof that you have filed a claim of non-receipt to the USPS. Your vendor can use this letter as supporting documentation for an insurance claim if insurance was placed on the item and a refund in postage at www.usps.com

Please accept our sincerest apology for any trouble this may have caused you. We appreciate your business and look forward to serving you again in the future.

Sincerely,

Karen Middleton

Customer Service

United States Postal Service

January 27, 2022


Mr. David Cole
Legal Director
American Civil Liberties Union
125 Broad Street, 18th Floor
New York NY 10004


Good day - I'm now on my sixth try to get the attached whistleblower misconduct Complaint admitted to DC US Court. The Complaint details illegal experimentation on and the destruction of one U.S. person by the United States. But it unquestionably leads to something much bigger than a single victim.

The issue in the Complaint is at the very heart and soul of what the United States of America allegedly holds itself up to be. But this illusion does not translate to reality when it comes to its misuse of classified intelligence weapons hiding behind a veil of secrecy. The core issue is at the very heart of liberty, human autonomy; the second ring is black space misconduct leading to death, permanent injury, incarceration, suicide, or destruction; the third ring is collaboration through illegal police powers operations; and the outer ring is public disclosure leading to vigilantism.

Since I'm in forma pauperis and the claims made in the Complaint are based upon a highly technical system not in the public domain, which sounds like a science fiction horror film plot (including prequels and sequels spanning 50 years), five DC federal judges have dismissed it as frivolous. But, as we have seen in other cases and in the publicly viewable elements of this situation, the government's misconduct can be factually deadly.

At the very least, this has been one of the most closely held secrets in the United Sates arsenal of intelligence tools. But it seems likely our adversaries discovered this tool sometime back, likely turned it against us to provide disinformation for a time, then found ways to retaliate which are as untraceable as this US government tool. It's use against adversaries is a highly plausible explanation for the series of retaliations against State, CIA, and FBI employees leading to their brain injuries and permanent disability. The global powers intelligence game has been played with human assets for a very long time with very few real casualties on any side being killed by others despite the record of torture shared by many, including our own CIA in recent times, making it still more plausible that the Havana Syndrome was retaliation rather than a new offensive in these types of actions.

But the illegal experimentation on U.S. persons which has been part of these activities has resulted in multiple life-terminating situations involving me (and others at times), sometimes narrowly avoided. As with MKULTRA and COINTELPRO, it is very unlikely I have been the sole victim of this misconduct. More than likely, some of my current and former relatives suffered

from this, as did many others. The possible outcomes for those innocent victims range from death, permanent physical or psychological injury or disability, incarceration, financial and personal destruction, to damaged reputations.

As you know, whistleblowers with allegedly secure government jobs and protection have faced all types of retaliation and adverse consequences from their courageous decisions to blow the whistle. At the same time, those favored by federal institutions - like J Edgar Hoover - have retired to full pension and zero consequences for year of illegal and unconstitutional conduct. Same with the CIA Director Helms who ordered the destruction of MKULTRA evidence, then, instead of being criminally charged with evidence destruction, was confirmed by the Senate as Ambassador to Iran. More recently, the FBI agent responsible for the investigation of Larry Nassar was fired for his conduct and for allowing hundreds of additional sex abuse offenses to be committed in the interim. His termination came six years after the case and one week before the Director testified in mournful tones about the case to Congress.

Between qualified immunity, the Reynolds case providing a national security legal precedent which was based upon perjured affidavits provided from USAF to the trial court, and a national security classification system easily overused to evade accountability, this process continues unchecked, including against me as I write this.

So, I need counsel and sufficient support to get this Complaint across the transom and into discovery and the series of US government appeals which will need to be overcome so that the United States, the entity chartered by the People after confederation failed, is required to comply with the Constitution and all 27 amendments in both form and substance. The criminal misuse of national security tools against U.S. persons cannot be allowed to stand.

As with Area 51, nearly everyone knows it's there - our adversaries certainly do, members of Congress and the public do (though not all yet), only the United States itself insists on denying it and the damage they have caused. Like the "mysterious" sheep die-off near the Toole Arsenal's nerve gas repositories, Agent Orange in Vietnam and elsewhere, the burn pits in Iraq and Afghanistan, and on and on, these misdeeds cannot be allowed to stand.

Government stonewalling for the simple expediency of avoiding embarrassment to the US government, and accountability for violations of the Constitution, our laws, international law, the UN charter on human rights, and other treaty obligations worldwide, cannot be allowed to stand. It violates all we allegedly stand for as a nation and puts our people around the world at risk, be they soldiers, spies, diplomats, businesspeople or tourists.

There must be accountability for every victim and for all losses. This is just the first step in that process. But like the journey to basic civil rights for all disfavored persons or groups, it must begin somewhere. It's long past time for that beginning.

Please consider this situation and let me know if and how you would like to proceed.

**Dennis Brewer**

| | |
|---|---|
| **From:** | |
| **To:** | |
| **Sent:** | Tuesday, February 8, 2022 12:39 PM |
| **Subject:** | Relayed: National Security, Civil Liberties, Abuse of US Persons |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

Subject: National Security, Civil Liberties, Abuse of US Persons

1

**Dennis Brewer**

| | |
|---|---|
| **From:** | ███████████ |
| **To:** | |
| **Sent:** | Tuesday, February 8, 2022 12:39 PM |
| **Subject:** | Relayed: National Security, Civil Liberties, Abuse of US Persons |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

███████████████ ( ██████████████

Subject: National Security, Civil Liberties, Abuse of US Persons

1

Blocked Emails to Computational Neuroscience Experts at Research Universities

**Dennis Brewer**

| | |
|---|---|
| **From:** | Dennis Brewer |
| **Sent:** | Saturday, October 9, 2021 9:42 AM |
| **To:** | |
| **Subject:** | Applied Remote Computational Neuroscience |
| **Attachments:** | BRMT - Dennis Brewer 211007.docx |

I recently read of your work advising the State Department and others on Havana Syndrome. I am not a neuroscientist by any stretch of the imagination. However, I am positing a computational neuroscience technology which I believe already exists within the federal government which can be used to manipulate human subjects (favorably or otherwise). While I am not a scientist, I have a bit of scientific method and computer tech in my background. I am looking to validate various aspects of this model with someone with much deeper experience in this space. If this explanation is a feasible model, it is my intent to exfiltrate this system from the classified space in which it resides to practical application in medical treatments for the mentally ill and other maladies.

As you know better than I, extraordinary strides have been made in this space in recent years. The largest proportion of research dollars post 9/11 have been spent in the defense and intelligence spaces, so I believe it is highly probable that computational neuroscience advances used in defense and intelligence operations well exceed those in the public space.

For example, ramjet and scramjet propulsion technology used in DOD missiles and classified aircraft has long exceeded the propulsion technologies available in the commercial space. The current plans for commercial supersonic transport comes out of engine systems and materials technologies used in defense for 30 years.

I would note a couple of other things for your consideration:
1. I have experienced this computational neuroscience system at various levels of development from a very crude form – the ability to cause a person to spontaneously cry, to gross motor skills manipulations such as uncommanded muscle contractions, to its much more sophisticated form described in my attached document.
2. Three days after I created and delivered a Complaint in US District Court in DC, and a week or so after I contacted the Public Information Office at CIA, the Secretary of Defense notified all DOD personnel to be aware of and report any Havana Syndrome symptoms. These symptoms align with a set of neurological and muscular symptoms I experienced about ten years ago. I am of the opinion these symptoms are reflective of the earlier, more primitive forms of remote brain manipulation I experienced around 2010. Likely various generations of these technologies have been used for some time to manipulate people in intelligence operations by our own and foreign powers.

By way of background, I initially majored in Chemical Engineering, but later moved to Business Administration. I hold an MBA, was a CPA, a pilot, rock climber, whitewater canoeist, etc. I have very high emotional intelligence and emotional stability, as measured by repeated independent tests. In other words, fact-based, data-driven, calm, rational, not given to delusions, etc. I have broad exposure to defense and aviation technologies and systems (no security clearance at any time), managed development of laser-optic based storage systems for IBM mainframes many years ago, was Chair of a regional tech trade association including Intel, Microsoft, worked with the Legislature and Governor in Washington State on STEM education and tech issues, etc.

Please take a look at my very low tech explanation of this technology and let me know your thoughts.

Thank you.

1

Regards,
Dennis

Dennis Brewer

LP Evidentiary Exhibits Page 000338                    10/05/2022

**Dennis Brewer**

| | |
|---|---|
| **From:** | Dennis Brewer |
| **Sent:** | Thursday, October 7, 2021 1:26 PM |
| **To:** | ███████████ |
| **Subject:** | Remote Computational Neuroscience |
| **Attachments:** | BRMT - Dennis Brewer 211007.docx |

Good day – I am positing a computational neuroscience technology which I believe already exists within the federal government which can be used to manipulate human subjects. I am not a scientist though I have a bit of scientific method and computer tech in my background. I am looking to validate various aspects of this model with someone with much deeper experience in this space. If this explanation is a feasible model, it is my intent to exfiltrate this system from the classified space in which it resides to practical application in medical treatments for the mentally ill and other maladies.

As you know better than I, extraordinary strides have been made in this in recent years. The largest proportion of research dollars post 9/11 have been spent in the defense and intelligence spaces, so I believe it is highly probable that computational neuroscience advances used in defense and intelligence operations well exceed those in the public space. For example, ramjet and scramjet technology in missiles and aircraft has long exceeded the propulsion technologies available in the commercial space. The current plans for commercial supersonic transport comes out of engine systems and materials technologies used in defense for 30 years.

I would note a couple of other things for your consideration:
1. I have experienced this system at various levels of development from a very crude form – the ability to cause a person to spontaneously cry, to gross motor skills manipulations such as uncommanded muscle contractions, to its much more sophisticated form described in my document.
2. Three days after I created a Complaint, recently dismissed as a specious complaint in US District Court in DC, the Secretary of Defense notified all DOD personnel to be aware of and report any Havana Syndrome symptoms. These symptoms align with a set of neurological and muscular symptoms I experienced about ten years ago. I am of the opinion these symptoms are reflective of the earlier, more primitive forms of remote human manipulation I experienced around 2010. Likely various generations of these technologies have been used for some time to manipulate people in intelligence operations by our own and foreign powers.

By way of background, I initially majored in Chemical Engineering, but later moved to Business Administration. I hold an MBA, was a CPA, a pilot, rock climber, whitewater canoeist, etc. I have very high emotional intelligence and emotional stability, as measured by repeated independent tests. In other words, fact-based, data-driven, calm, rational, not given to delusions, etc. I have broad exposure to defense and aviation technologies and systems (not security clearance at any time), managed development of laser-optic based storage systems for IBM mainframes many years ago, etc.

Please take a look at my very low tech explanation of this technology and let me know your thoughts.

Thank you.

Dennis Brewer

███████████

Regards,
Dennis

1

Dennis Brewer

LP Evidentiary Exhibits Page 000340                                        10/05/2022

**Dennis Brewer**

| | |
|---|---|
| **From:** | Dennis Brewer |
| **Sent:** | Saturday, October 9, 2021 11:05 AM |
| **To:** | |
| **Subject:** | Applied Computational Neuroscience |
| **Attachments:** | BRMT - Dennis Brewer 211007.docx |

I am not a neuroscientist by any stretch of the imagination. However, I am positing a computational neuroscience technology which I believe already exists within the federal government which can be used to manipulate human subjects (favorably or otherwise). While I am not a scientist, I have a bit of scientific method and computer tech in my background. I am looking to validate various aspects of this model with someone with much deeper experience in this space. If this explanation is a feasible model, it is my intent to exfiltrate this system from the classified space in which it resides to practical application in medical treatments for the mentally ill and other maladies.

As you know better than I, extraordinary strides have been made in this space in recent years. The largest proportion of research dollars post 9/11 have been spent in the defense and intelligence spaces, so I believe it is highly probable that computational neuroscience advances used in defense and intelligence operations well exceed those in the public space.

For example, ramjet and scramjet propulsion technology used in DOD missiles and classified aircraft has long exceeded the propulsion technologies available in the commercial space. The current plans for commercial supersonic transport comes out of engine systems and materials technologies used in defense for 30 years.

I would note a couple of other things for your consideration:
1. I have experienced this computational neuroscience system at various levels of development from a very crude form – the ability to cause a person to spontaneously cry, to gross motor skills manipulations such as uncommanded muscle contractions, to its much more sophisticated form described in my attached document.
2. Three days after I created and delivered a Complaint in US District Court in DC, and a week or so after I contacted the Public Information Office at CIA, the Secretary of Defense notified all DOD personnel to be aware of and report any Havana Syndrome symptoms. These symptoms align with a set of neurological and muscular symptoms I experienced about ten years ago. I am of the opinion these symptoms are reflective of the earlier, more primitive forms of remote brain manipulation I experienced around 2010. Likely various generations of these technologies have been used for some time to manipulate people in intelligence operations by our own and foreign powers.

By way of background, I initially majored in Chemical Engineering, but later moved to Business Administration. I hold an MBA, was a CPA, a pilot, rock climber, whitewater canoeist, etc. I have very high emotional intelligence and emotional stability, as measured by repeated independent tests. In other words, fact-based, data-driven, calm, rational, not given to delusions, etc. I have broad exposure to defense and aviation technologies and systems (no security clearance at any time), managed development of laser-optic based storage systems for IBM mainframes many years ago, was Chair of a regional tech trade association including Intel, Microsoft, worked with the Legislature and Governor in Washington State on STEM education and tech issues, etc.

Please take a look at my very low tech explanation of this technology and let me know your thoughts.

Thank you.


Dennis Brewer

1

2

10/05/2022

Thank you.

Regards,


Dennis Brewer
████████ Place
Edgewater, NJ 07020
███████████
███████████████████████

PS – Since the abuse of human autonomy continues, I presume all communications with others are monitored and some is blocked as part the Defendants' on-going interference.


Cc:     Neal Katyal
        Partner
        Hogan Lovells
        555 Thirteenth Street, NW
        Washington, D.C. 20004
        United States


        Lauren Camilli
        General Counsel
        Human Rights Watch
        350 Fifth Avenue, 34th Floor
        New York, NY 10118-3299

**Dennis Brewer**

| | |
|---|---|
| **From:** | Dennis Brewer |
| **Sent:** | Saturday, October 9, 2021 9:33 AM |
| **To:** | |
| **Subject:** | Applied Remote Computational Neuroscience |
| **Attachments:** | BRMT - Dennis Brewer 211007.docx |

Dr. Whelan - I recently read of your work advising the State Department and others on Havana Syndrome. I am not a neuroscientist by any stretch of the imagination. However, I am positing a computational neuroscience technology which I believe already exists within the federal government which can be used to manipulate human subjects (favorably or otherwise). While I am not a scientist, I have a bit of scientific method and computer tech in my background. I am looking to validate various aspects of this model with someone with much deeper experience in this space. If this explanation is a feasible model, it is my intent to exfiltrate this system from the classified space in which it resides to practical application in medical treatments for the mentally ill and other maladies.

As you know better than I, extraordinary strides have been made in this space in recent years. The largest proportion of research dollars post 9/11 have been spent in the defense and intelligence spaces, so I believe it is highly probable that computational neuroscience advances used in defense and intelligence operations well exceed those in the public space.

For example, ramjet and scramjet propulsion technology used in DOD missiles and classified aircraft has long exceeded the propulsion technologies available in the commercial space. The current plans for commercial supersonic transport comes out of engine systems and materials technologies used in defense for 30 years.

I would note a couple of other things for your consideration:
1. I have experienced this computational neuroscience system at various levels of development from a very crude form – the ability to cause a person to spontaneously cry, to gross motor skills manipulations such as uncommanded muscle contractions, to its much more sophisticated form described in my attached document.
2. Three days after I created and delivered a Complaint in US District Court in DC, and a week or so after I contacted the Public Information Office at CIA, the Secretary of Defense notified all DOD personnel to be aware of and report any Havana Syndrome symptoms. These symptoms align with a set of neurological and muscular symptoms I experienced about ten years ago. I am of the opinion these symptoms are reflective of the earlier, more primitive forms of remote brain manipulation I experienced around 2010. Likely various generations of these technologies have been used for some time to manipulate people in intelligence operations by our own and foreign powers.

By way of background, I initially majored in Chemical Engineering, but later moved to Business Administration. I hold an MBA, was a CPA, a pilot, rock climber, whitewater canoeist, etc. I have very high emotional intelligence and emotional stability, as measured by repeated independent tests. In other words, fact-based, data-driven, calm, rational, not given to delusions, etc. I have broad exposure to defense and aviation technologies and systems (no security clearance at any time), managed development of laser-optic based storage systems for IBM mainframes many years ago, was Chair of a regional tech trade association including Intel, Microsoft, worked with the Legislature and Governor in Washington State on STEM education and tech issues, etc.

Please take a look at my very low tech explanation of this technology and let me know your thoughts.

Thank you.

1

Regards,
Dennis

Dennis Brewer

LP Evidentiary Exhibits Page 000344                     10/05/2022

**Dennis Brewer**

| | |
|---|---|
| **From:** | Dennis Brewer |
| **Sent:** | Saturday, October 9, 2021 9:36 AM |
| **To:** | ████████████████ |
| **Subject:** | Applied Remote Computational Neuroscience |
| **Attachments:** | BRMT - Dennis Brewer 211007.docx |

I recently read of your work advising the State Department and others on Havana Syndrome. I am not a neuroscientist by any stretch of the imagination. However, I am positing a computational neuroscience technology which I believe already exists within the federal government which can be used to manipulate human subjects (favorably or otherwise). While I am not a scientist, I have a bit of scientific method and computer tech in my background. I am looking to validate various aspects of this model with someone with much deeper experience in this space. If this explanation is a feasible model, it is my intent to exfiltrate this system from the classified space in which it resides to practical application in medical treatments for the mentally ill and other maladies.

As you know better than I, extraordinary strides have been made in this space in recent years. The largest proportion of research dollars post 9/11 have been spent in the defense and intelligence spaces, so I believe it is highly probable that computational neuroscience advances used in defense and intelligence operations well exceed those in the public space.

For example, ramjet and scramjet propulsion technology used in DOD missiles and classified aircraft has long exceeded the propulsion technologies available in the commercial space. The current plans for commercial supersonic transport comes out of engine systems and materials technologies used in defense for 30 years.

I would note a couple of other things for your consideration:

1. I have experienced this computational neuroscience system at various levels of development from a very crude form – the ability to cause a person to spontaneously cry, to gross motor skills manipulations such as uncommanded muscle contractions, to its much more sophisticated form described in my attached document.

2. Three days after I created and delivered a Complaint in US District Court in DC, and a week or so after I contacted the Public Information Office at CIA, the Secretary of Defense notified all DOD personnel to be aware of and report any Havana Syndrome symptoms. These symptoms align with a set of neurological and muscular symptoms I experienced about ten years ago. I am of the opinion these symptoms are reflective of the earlier, more primitive forms of remote brain manipulation I experienced around 2010. Likely various generations of these technologies have been used for some time to manipulate people in intelligence operations by our own and foreign powers.

By way of background, I initially majored in Chemical Engineering, but later moved to Business Administration. I hold an MBA, was a CPA, a pilot, rock climber, whitewater canoeist, etc. I have very high emotional intelligence and emotional stability, as measured by repeated independent tests. In other words, fact-based, data-driven, calm, rational, not given to delusions, etc. I have broad exposure to defense and aviation technologies and systems (no security clearance at any time), managed development of laser-optic based storage systems for IBM mainframes many years ago, was Chair of a regional tech trade association including Intel, Microsoft, worked with the Legislature and Governor in Washington State on STEM education and tech issues, etc.

Please take a look at my very low tech explanation of this technology and let me know your thoughts.

Thank you.

Regards,
Dennis

1

Mr. Cole - Good day. A familiar story has reemerged along the lines of MKUTLRA and its sibling COINTELPRO but wrapped in one neat package. While this story originates in the State of Washington, it has transpired over decades across 44 states and several European countries, and over the past 16 years, primarily in the NYC metro area. It integrates national security assets, police powers misconduct and counter-terrorism operations all wrapped in one complex package but designed, as usual, to obscure sources, methods, and, in this program, criminal misconduct hidden behind the cloak of state secrets and self-exculpatory acts, as well as the discrediting and destruction of the subject(s). It follows the same familiar script as police powers and intelligence as the misconduct disclosed by the Church and Rockefeller Committees of the early 1970s while these agencies were under the control of Richard Helms, J Edgar Hoover, and involve NYPD here in New York City.

To be clear, I have never served in the military or intelligence services, never held a security clearance. I have been the subject of five traffic stops (speeding up to 10 miles over the limit and expired tabs, all in Washington and Oregon states prior to 2006) and two New Jersey parking tickets before 2010. There were probably a few other parking tickets around the country as well. No arrests ever for anything. I worked with the Governor's staff and state legislators in Washington state for several years as the volunteer Chair of a technology trade association. I hold a BA and MBA from a land grant university, passed the CPA exam with little accounting coursework, hold a pilot's license, and other ordinary activities, jobs, and achievements. Nothing in particular stands out from millions of other U.S. persons. Such is my record of maladies and missteps.

But please take the time to read the attached Complaint and related documents or ask a member of your team to do so. I have purposely filed in DC so that the precedent established in this case can apply to the entire Executive Branch as this step is essential to full implementation. I am currently acting pro se on my own behalf to get this case over the transom so discovery can proceed. I have also made numerous pre-discovery FOIA requests. All federal FOIA and PA requests to DHS, DOJ, and FBI have been stonewalled to date. Various DOD elements are processing FOIA and PA requests now. Army and CIA (both involved directly in MKULTRA from the 1950 into the 1970s) have never responded in any form to my FOIA/PA requests, including a letter to the Secretary of the Army noting this legal deficiency.

There is one notable exception – an admission by NYPD under NYS FOIL that I was investigated as part of a counter-terrorism operation. FBI did surveil the 7 unit apartment building I lived in previously and removed one tenant for deportation. And, of course, upon my return to NYC, I was met by a squad of about 2 dozen bulletproof vested submachine carrying NYPD officers standing about 8 feet apart in the bike lane and extending the full length of the Port Authority Bus Terminal's South Building on the 8th Avenue side, a "privilege" I had not previously been accorded.

It is inconceivable that the regional JTTF's, including NYPD, PAPD, FBI, DHS, and so forth were not involved and coordinating on this matter. That they had no reasonable legal basis for their conduct, which likely included trafficking me from a nearly foreclosed residence in Washington state to 21 months of homelessness in Boston to a fake seven month $140,000 per year job in Fort Lee, NJ, or later resurrecting a long dead investment banking firm to "work" with me on a designed for failure financing exercise is, of course, beside the point – at least as seen from their perspective.

I continue to experience numerous difficulties in daily life ranging from an ongoing managed string of "dates" beginning in Washington and Oregon in 2005, to the NYC area in 2019 to the present, and honey traps (one on November 13, 2021 involving 10-12 female officers dispatched from the 108th Precinct in a marked NYPD van with lights flashing a few minutes ahead of my early evening arrival to the mostly

deserted sidewalks of the Gantry Plaza area and apartments adjacent to the East River); to interference with websites including the lack of a floor number for both your office and the NYC Human Rights Watch office on January 27; to an unmanaged steak choking episode in January 2022; and the inability to control my own body resulting in forward momentum which tumbled me to the floor while I was flipping an office chair to replace the rollers while seated, also in January 2022. I am 6 foot 4 inches, nearly 300 pounds, so an office chair would not typically result in a total loss of body control and forward roll to a back sprawl.

I have been carefully medically evaluated, no neurological damage, no substantial health problems, no psychological issues in the past ten years, and so forth. There have also been a series of unexplained falls, mostly abrupt blackouts (not fainting, more like flipping a light switch) on mountain trails, ladders, and so forth, as well as an abrupt effort to put me to sleep while driving adjacent to a sea cliff about 8 feet away. Sleep periods in other settings, sudden repetitive cramps, and on and on. Not the normal maladies of everyday life, though an effort to make them appear natural is generally part of the incident. Put another way, a comprehensive management of human autonomy itself – bizarre, yes, delusional, no.

This technology is based upon currently available advanced technologies. I have carefully reverse engineered the overall system using the scientific method, found that many of the actions are programmed and somewhat repetitive, all more fully summarized in the Complaint. The command set is based in computational neuroscience and has been used in increasingly capable forms as an intelligence asset, though it was likely uncovered some years ago by our adversaries. The motivation behind the billions spent to develop this computational neurosystem, and to leverage other advanced technologies including supercomputing, satellite communications, and precision location technology was quite simple.

By progressively invading human autonomy, the United States has gradually been able to attain advantage over its strategic adversaries, replacing and/or implanting thoughts and physical actions perceived as voluntary, but actually carefully managed. What better way to feed your enemy disinformation and indecision than through the brain of an analyst, advisor, or leader? Can't think of a thing, can you?

Yes, this sounds bizarre and unbelievable, but then so did putting a man on the moon by 1969 when Jules Verne wrote about it in 1865, as the first transcontinental railroad was being completed and the Pony express was being replaced by the telegraph. And, of course, with Moore's law, computing power was said to double every two years (today it's more like ten-fold every two years).

Thanks for your review of the attached documentation. Please let me know of your receipt and suggestions for further pursuit of this matter. It is highly improbable I am the only subject/victim of these malign activities. These agencies have a durable history and heritage of abusing innocent and unknowing U.S. persons from inception. For example, OSS began LSD experimentation during World War II, continuing it until discovery in the early 1970s. FBI ran Cointelpro the same way until the illegal activities and smear campaigns were discovered when activists broke into an FBI field office. I'm sure you know these stories well.

Finally, I assure you that I am not the conspiracy monger type. I have a strong background in logic, the scientific method, and have worked on complex consulting, engineering, science, business and political

Dennis Brewer

2

**Dennis Brewer**

**From:**      Dennis Brewer
**Sent:**      Saturday, October 9, 2021 10:42 AM
**To:**        Saper,Clifford B  (HMFP - HMFP - Neurology)
**Subject:**   Re: Applied Remote Computational Neuroscience


Thanks.

Regards,
Dennis

Dennis Brewer


**From:** Saper,Clifford B (HMFP - HMFP - Neurology) <████████████████████
**Sent:** Saturday, October 9, 2021 10:38 AM
**To:** 'Dennis Brewer' <████████████████
**Subject:** RE: Applied Remote Computational Neuroscience

Thank you for your interest, but this is way outside of my area of expertise.  I wish you luck with your work though.
C. Saper

Clifford B. Saper, MD, PhD
James Jackson Putnam Professor of Neurology and Neuroscience, Harvard Medical School
Department of Neurology, Beth Israel Deaconess Medical Center
Editor-in-Chief, Annals of Neurology
330 Brookline Avenue, Boston, MA 02215 USA
Email:████████████████ phone: 617-667-2622; fax: 617-975-S161

Note: Information contained in this communication is confidential and may be privileged. If you receive this email in
error, please use Reply to notify the sender and then delete it.

**From:** Dennis Brewer [mailto:███████████████████
**Sent:** Saturday, October 9, 2021 9:36 AM
**To:** Saper,Clifford B (HMFP - HMFP - Neurology)
**Subject:** [External] Applied Remote Computational Neuroscience

I recently read of your work advising the State Department and others on Havana Syndrome. I am not a neuroscientist
by any stretch of the imagination. However, I am positing a computational neuroscience technology which I believe
already exists within the federal government which can be used to manipulate human subjects (favorably or otherwise).
While I am not a scientist, I have a bit of scientific method and computer tech in my background. I am looking to validate
various aspects of this model with someone with much deeper experience in this space. If this explanation is a feasible
model, it is my intent to exfiltrate this system from the classified space in which it resides to practical application in
medical treatments for the mentally ill and other maladies.

As you know better than I, extraordinary strides have been made in this space in recent years. The largest proportion of
research dollars post 9/11 have been spent in the defense and intelligence spaces, so I believe it is highly probable that
computational neuroscience advances used in defense and intelligence operations well exceed those in the public space.

1

For example, ramjet and scramjet propulsion technology used in DOD missiles and classified aircraft has long exceeded the propulsion technologies available in the commercial space. The current plans for commercial supersonic transport comes out of engine systems and materials technologies used in defense for 30 years.

I would note a couple of other things for your consideration:

1. I have experienced this computational neuroscience system at various levels of development from a very crude form – the ability to cause a person to spontaneously cry, to gross motor skills manipulations such as uncommanded muscle contractions, to its much more sophisticated form described in my attached document.
2. Three days after I created and delivered a Complaint in US District Court in DC, and a week or so after I contacted the Public Information Office at CIA, the Secretary of Defense notified all DOD personnel to be aware of and report any Havana Syndrome symptoms. These symptoms align with a set of neurological and muscular symptoms I experienced about ten years ago. I am of the opinion these symptoms are reflective of the earlier, more primitive forms of remote brain manipulation I experienced around 2010. Likely various generations of these technologies have been used for some time to manipulate people in intelligence operations by our own and foreign powers.

By way of background, I initially majored in Chemical Engineering, but later moved to Business Administration. I hold an MBA, was a CPA, a pilot, rock climber, whitewater canoeist, etc. I have very high emotional intelligence and emotional stability, as measured by repeated independent tests. In other words, fact-based, data-driven, calm, rational, not given to delusions, etc. I have broad exposure to defense and aviation technologies and systems (no security clearance at any time), managed development of laser-optic based storage systems for IBM mainframes many years ago, was Chair of a regional tech trade association including Intel, Microsoft, worked with the Legislature and Governor in Washington State on STEM education and tech issues, etc.

Please take a look at my very low tech explanation of this technology and let me know your thoughts.

Thank you.


Regards,
Dennis


Dennis Brewer

2

**Dennis Brewer**

| | |
|---|---|
| **From:** | Dennis Brewer |
| **Sent:** | Thursday, October 7, 2021 1:39 PM |
| **To:** | |
| **Subject:** | Remote Computational Neuroscience |
| **Attachments:** | BRMT - Dennis Brewer 211007.docx |

Good day – I am positing a computational neuroscience technology which I believe already exists within the federal government which can be used to manipulate human subjects. I am not a scientist though I have a bit of scientific method and computer tech in my background. I am looking to validate various aspects of this model with someone with much deeper experience in this space. If this explanation is a feasible model, it is my intent to exfiltrate this system from the classified space in which it resides to practical application in medical treatments for the mentally ill and other maladies.

As you know better than I, extraordinary strides have been made in this in recent years. The largest proportion of research dollars post 9/11 have been spent in the defense and intelligence spaces, so I believe it is highly probable that computational neuroscience advances used in defense and intelligence operations well exceed those in the public space. For example, ramjet and scramjet technology in missiles and aircraft has long exceeded the propulsion technologies available in the commercial space. The current plans for commercial supersonic transport comes out of engine systems and materials technologies used in defense for 30 years.

I would note a couple of other things for your consideration:

1. I have experienced this system at various levels of development from a very crude form – the ability to cause a person to spontaneously cry, to gross motor skills manipulations such as uncommanded muscle contractions, to its much more sophisticated form described in my document.
2. Three days after I created a Complaint, recently dismissed as a specious complaint in US District Court in DC, the Secretary of Defense notified all DOD personnel to be aware of and report any Havana Syndrome symptoms. These symptoms align with a set of neurological and muscular symptoms I experienced about ten years ago. I am of the opinion these symptoms are reflective of the earlier, more primitive forms of remote human manipulation I experienced around 2010. Likely various generations of these technologies have been used for some time to manipulate people in intelligence operations by our own and foreign powers.

By way of background, I initially majored in Chemical Engineering, but later moved to Business Administration. I hold an MBA, was a CPA, a pilot, rock climber, whitewater canoeist, etc. I have very high emotional intelligence and emotional stability, as measured by repeated independent tests. In other words, fact-based, data-driven, calm, rational, not given to delusions, etc. I have broad exposure to defense and aviation technologies and systems (not security clearance at any time), managed development of laser-optic based storage systems for IBM mainframes many years ago, etc.

Please take a look at my very low tech explanation of this technology and let me know your thoughts.

Thank you.

Dennis Brewer

1

issues throughout my adult life. Two if the Exhibits attached deal specifically with mental fitness and character issues.

**Dennis Brewer**

| | |
|---|---|
| **From:** | Dennis Brewer |
| **Sent:** | Saturday, October 9, 2021 9:07 AM |
| **To:** | ███████████████ |
| **Subject:** | Remote Deep Brain Stimulation |
| **Attachments:** | BRMT - Dennis Brewer 211007.docx |

Dr. Gittis – Neuroscience News published a story on your DBS work, and the advances you have made in this space. I am not a neuroscientist by any stretch of the imagination. However, I am positing a computational neuroscience technology which I believe already exists within the federal government which can be used to manipulate human subjects (favorably or otherwise). While I am not a scientist, I have a bit of scientific method and computer tech in my background. I am looking to validate various aspects of this model with someone with much deeper experience in this space. If this explanation is a feasible model, it is my intent to exfiltrate this system from the classified space in which it resides to practical application in medical treatments for the mentally ill and other maladies.

As you know better than I, extraordinary strides have been made in this in recent years. The largest proportion of research dollars post 9/11 have been spent in the defense and intelligence spaces, so I believe it is highly probable that computational neuroscience advances used in defense and intelligence operations well exceed those in the public space.

For example, ramjet and scramjet propulsion technology used in DOD missiles and classified aircraft has long exceeded the propulsion technologies available in the commercial space. The current plans for commercial supersonic transport comes out of engine systems and materials technologies used in defense for 30 years.

I would note a couple of other things for your consideration:
1. I have experienced this computational neuroscience system at various levels of development from a very crude form – the ability to cause a person to spontaneously cry, to gross motor skills manipulations such as uncommanded muscle contractions, to its much more sophisticated form described in my attached document.
2. Three days after I created and delivered a Complaint in US District Court in DC, and a week or so after I contacted the Public Information Office at CIA, the Secretary of Defense notified all DOD personnel to be aware of and report any Havana Syndrome symptoms. These symptoms align with a set of neurological and muscular symptoms I experienced about ten years ago. I am of the opinion these symptoms are reflective of the earlier, more primitive forms of remote brain manipulation I experienced around 2010. Likely various generations of these technologies have been used for some time to manipulate people in intelligence operations by our own and foreign powers.

By way of background, I initially majored in Chemical Engineering, but later moved to Business Administration. I hold an MBA, was a CPA, a pilot, rock climber, whitewater canoeist, etc. I have very high emotional intelligence and emotional stability, as measured by repeated independent tests. In other words, fact-based, data-driven, calm, rational, not given to delusions, etc. I have broad exposure to defense and aviation technologies and systems (no security clearance at any time), managed development of laser-optic based storage systems for IBM mainframes many years ago, was Chair of a regional tech trade association including Intel, Microsoft, worked with the Legislature and Governor in Washington State on STEM education and tech issues, etc.

Please take a look at my very low tech explanation of this technology and let me know your thoughts.

Thank you.

1

Dennis Brewer



LP Evidentiary Exhibits Page 000351

10/05/2022

## Dennis Brewer

| | |
|---|---|
| **From:** | Dennis Brewer |
| **Sent:** | Thursday, October 7, 2021 1:36 PM |
| **To:** | ██████████ |
| **Subject:** | Remote Computational Neuroscience |
| **Attachments:** | BRMT - Dennis Brewer 211007.docx |

Dr. Menon - Good day – I am positing a computational neuroscience technology which I believe already exists within the federal government which can be used to manipulate human subjects. I am not a scientist though I have a bit of scientific method and computer tech in my background. I am looking to validate various aspects of this model with someone with much deeper experience in this space. If this explanation is a feasible model, it is my intent to exfiltrate this system from the classified space in which it resides to practical application in medical treatments for the mentally ill and other maladies.

As you know better than I, extraordinary strides have been made in this in recent years. The largest proportion of research dollars post 9/11 have been spent in the defense and intelligence spaces, so I believe it is highly probable that computational neuroscience advances used in defense and intelligence operations well exceed those in the public space. For example, ramjet and scramjet technology in missiles and aircraft has long exceeded the propulsion technologies available in the commercial space. The current plans for commercial supersonic transport comes out of engine systems and materials technologies used in defense for 30 years.

I would note a couple of other things for your consideration:

1. I have experienced this system at various levels of development from a very crude form – the ability to cause a person to spontaneously cry, to gross motor skills manipulations such as uncommanded muscle contractions, to its much more sophisticated form described in my document.
2. Three days after I created a Complaint, recently dismissed as a specious complaint in US District Court in DC, the Secretary of Defense notified all DOD personnel to be aware of and report any Havana Syndrome symptoms. These symptoms align with a set of neurological and muscular symptoms I experienced about ten years ago. I am of the opinion these symptoms are reflective of the earlier, more primitive forms of remote human manipulation I experienced around 2010. Likely various generations of these technologies have been used for some time to manipulate people in intelligence operations by our own and foreign powers.

By way of background, I initially majored in Chemical Engineering, but later moved to Business Administration. I hold an MBA, was a CPA, a pilot, rock climber, whitewater canoeist, etc. I have very high emotional intelligence and emotional stability, as measured by repeated independent tests. In other words, fact-based, data-driven, calm, rational, not given to delusions, etc. I have broad exposure to defense and aviation technologies and systems (not security clearance at any time), managed development of laser-optic based storage systems for IBM mainframes many years ago, etc.

Please take a look at my very low tech explanation of this technology and let me know your thoughts.

Thank you.

Dennis Brewer

██████████

Regards,
Dennis

1

**Dennis Brewer**

LP Evidentiary Exhibits Page 000353                                    10/05/2022

**From:**
**Sent:**                    Friday, September 3, 2021 11:07 AM
**To:**
**Subject:**                 [OpenRecords] Request FOIL-2021-056-13163 Closed

The New York City Police Department (NYPD) has **denied** your FOIL request <u>FOIL-2021-056-13163</u> for the following reasons:

- In regard to the document(s) which you requested, I must deny access to these records on the basis of Public Officers Law Section 87(2)(e)(iv) as such information, if disclosed, would reveal non-routine techniques and procedures.

Please visit <u>FOIL-2021-056-13163</u> to view additional information and take any necessary action. You may appeal the decision to deny access to material that was redacted in part or withheld in entirety by contacting the agency's FOIL Appeals Officer:                      within 30 days.

1

| | |
|---|---|
| **From:** | FOIL APPEALS <█████████████████> |
| **Sent:** | Wednesday, September 15, 2021 1:14 PM |
| **To:** | Dennis Brewer |
| **Subject:** | RE: FOIL-2021-056-13163 - Appeal |
| **Attachments:** | Appeal Letter.pdf |

Appeal determination attached.

Respectfully,



**Jordan S. Mazur, Esq.**
Sergeant
Records Access Appeals Officer
**NYPD** Legal Bureau
One Police Plaza, New York, NY 10038
FOILAppeals@NYPD.org

*CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential and privileged information for the use of the designated recipient(s) named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, use or disclosure of it or its contents is prohibited and may violate laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication. Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE / FOR OFFICIAL USE ONLY.*

**From:** Dennis Brewer <█████████████████>
**Sent:** Friday, September 3, 2021 11:28 AM
**To:** FOIL APPEALS <█████████████████>
**Subject:** FOIL-2021-056-13163 - Appeal

You don't often get email from █████████████████   Learn why this is important

> **CAUTION! EXTERNAL SENDER**
> **STOP WHEN UNSURE.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. **Suspicious?** Please report to this email address: ████████████████

Good day - I am appealing the NYPD's denial of my FOIL request. These records are key to my discovery of misconduct within the intelligence and counter-terrorism agencies of the United States government.

I am concurrently requesting such information from the Office of the Director of National Intelligence, the Department of Justice, and the Department of Homeland Security as part of a pattern of misconduct and misattribution by employees of the United States which resulted in the loss of personal assets and personal autonomy, risk to my personal safety and security, and resulted in virtual incarceration without justification, or charges ever being brought against me.

Your agency has subsequently closed this case as we know and has provided other services I will not specify here on an on-going basis. Copies of correspondence from NYPD are attached for your convenience.

1

Thank you.

Regards,
Dennis

Dennis Brewer

LP Evidentiary Exhibits Page 000356                    10/05/2022



**POLICE DEPARTMENT**
**Office of Deputy Commissioner,**
**Legal Matters**
**One Police Plaza, Room 1406A**
**New York, New York 10038**

September 15, 2021

Dennis Brewer

RE:   **FREEDOM OF INFORMATION LAW**
      **REQUEST: FOIL-2021-056-13163**

Dear Mr. Brewer:

This letter is in response to your email, dated September 3, 2021, appealing the determination issued by the Records Access Officer (RAO) on September 3, 2021 regarding records requested from the New York City Police Department. Your request, pursuant to the Freedom of Information Law, was originally received by the FOIL unit on September 1, 2021 and subsequently denied pursuant to Public Officers Law §87(2)(e)(iv).

Your appeal of that determination is denied because a diligent search has been conducted for the requested records based on the information provided; however, no records were located. The New York Court of Appeals has determined that "[w]hen an agency is unable to locate documents properly requested under FOIL, Public Officers Law § 89(3) requires the agency to certify that it does not have possession of a requested record or that such record cannot be found after diligent search . . . Neither a detailed description of the search nor a personal statement from the person who actually conducted the search is required" *Raittley v. New York City Police Dept.,* 96 NY2d 873, 875; 730 NYS2d 768 (2001).

Furthermore, in 2009, the Appellate Division held that an agency cannot produce documents it does not possess or cannot disclose and that the Court cannot require respondents to produce documents that they certify they cannot find after a diligent search because petitioner "has received all that he . . . is entitled to under the law" *Bernstein Family Ltd. P'ship v. Sovereign Partners, L.P.,* 66 AD3d 1, 8; 883 NYS2d 201, 206 (1st Dept 2009).

You may seek judicial review of this determination by commencing an Article 78 proceeding within four months of the date of this decision.

Respectfully,

Jordan S. Mazur
Sergeant

COURTESY • PROFESSIONALISM • RESPECT

Records Access Appeals Officer

c:  Committee on Open Government

COURTESY • PROFESSIONALISM • RESPECT

10/05/2022

November 16, 2021

Georgia Pestana
Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007

Ernest F. Hart
Deputy Commissioner for Legal Matters
City of New York Police Department
PALS Unit
375 Pearl Street, Box 39
New York, New York 10038

Re:   **NOTICE OF DUTY TO PRESERVE EVIDENCE**

Good day:

Dennis Sheldon Brewer has filed or has threatened to file a lawsuit against various law enforcement and intelligence agencies, including the entity you represent and/or are employed by. The preservation of all documents for the duration of the litigation or until you are notified in writing you are not subject to this litigation is required under federal law and the Rules of Civil Procedure of the US District Court.

Pursuant to the federal Rules of Civil Procedure, every party to a lawsuit has a duty to preserve all evidence which could be relevant to the suit. This includes the duty to preserve all electronic and paper-based evidence, such as notes, emails, communication logs, recordings, plans, analyses, and other relevant materials discussing the incidents or related to matters at issue in the suit. The suit contemplates a broad and durable set of civil rights violations, constitutional rights violations, wrongful process, conduct not permitted under Article I Section 8 of the Constitution, and eminent domain violations. Statutes cited or to be cited in conjunction with the contemplated federal Complaint include the Klu Klux Klan Act, civil RICO, and FTCA.

This duty to preserve evidence is broad and extends to all documents, regardless of whether the document is stored electronically (such as email) or in hard-copy and regardless of the type of document. For example, reports, spreadsheets, photographs, and videotapes are all considered documents that must be preserved. Furthermore, the duty to preserve this documentary evidence extends to all documents in existence as of the time you reasonably anticipated this litigation. This Notice covers information retained on all computers, servers, server back-up systems, CDs, tapes, PDAs, cell phones, and any other device on which information may be stored electronically.

To avoid civil or criminal sanctions by the Court, ensure that all relevant documents are preserved, and no alterations are allowed. Communicate directly with all employees who have possession or control of potentially relevant evidence, including but not limited to personnel who deal with email

retention, deletion, and archiving. Advise each of these employees to preserve any relevant documents in their custody. Furthermore, advise all such persons that any regularly scheduled and/or automatic deletion of email or other electronic documents must be discontinued with respect to any relevant data. In addition, any document destruction (such as shredding of documents) must cease with respect to any relevant documents. All relevant documents, both electronic and paper, must be preserved for the duration of this litigation.

Personal identifying information of Plaintiff follows:

Dennis Sheldon Brewer
██████████ Place
Edgewater, NJ 07020
Previous addresses:
      ██████████ Road, Apartment 35, Ramsey, NJ 07446 (2011-2018)
      Bergen County Regional Medical Center, 230 E. Ridgewood Avenue, Paramus, NJ 07652 (2010-2011)
      ██████████ Avenue, #5, Cliffside Park, NJ 07010 (2007-2010)
      Pine Street Inn 444 Harrison Ave, Boston, MA 02118 (2005-2007)
      17036 149th Street, Kirkland, WA 98033 (1990-2005)
DOB: ██████████
Place of birth: Enumclaw, Washington
U.S. passport: ██████████ expires 27 April 2025
Associated email accounts:

Sincerely,

*Dennis B Brewer*

Dennis Sheldon Brewer, as Plaintiff

█████████████████████

| | |
|---|---|
| **From:** | Dennis Brewer |
| **Sent:** | Saturday, November 27, 2021 8:44 PM |
| **To:** | ████████████ |
| **Subject:** | Re: Your Response to my Preservation Demand |
| **Attachments:** | NYPD Response to FOIL Request 210903.docx |

Lt. Corbett - Thanks for your Nov 23, 2021 letter response to my preservation demand. As you requested, please find further detail below. My request specifically relates to the following:

- I presume my information is not available on your NYPD system generally available to personnel as it relates to sensitive issues. The attached NYPD FOIL response indicates that irregular operations methods were used, likely involving NYPD and other agencies under JTTF.

- 

- A counter-terror operation was undertaken by NYPD, likely in conjunction FBI, various elements of DHS, as well as PANYNJ Police, Bergen County Sheriff, Ramsey, NJ Police, Edgewater, NJ Police, NJ State Police, NY State Police, and including cooperation with Massachusetts State Police and Boston Police beginning in about 2005 and extending into recent times. This series included a highly visible reception by about two dozen NYPD counter-terror unit officers with tactical equipment, including vests and submachine guns lining the sidewalk outside the 8th Avenue Port Authority Bus Terminal South entrance on my first visit to NYC after moving to Cliffside Park, NJ in August 2007. This occurred one weekend afternoon, likely a Saturday, somewhere between September 2007 and November 2007.

- 

- Further, a series of female officer investigatory "dates" were arranged on Match.com and later Tinder.com in 2007 and 2008, including a Canadian resident of New York City known to me as Marinka ████████ who had a residence in the Canal Street area of NYC and an email address on nycroadrunners. We were together for several dates over about three months in Spring 2008 into Summer 2008.

- 

- About 15 more one and out dates were arranged via Tinder.com and other dating sites in 2019 and early 2020; followed up by a faux girlfriend who reached back out to me in about March 2021 after a couple of December 2020 "dates." This faux girlfriend was known to me as a resident of east Harlem and used various names, including screen name Shay, and in-person names Gia████ and later as Norelle Dean on the id used for air travel, birth date 3/7/1990, address 700 or 720 Lenox Avenue, NYC. A package of materials being returned by me to her was returned to me recently from the 700 Lenox address marked "unknown." This faux girlfriend was with me from about March 2020 until 3 months or so ago. She likely was not directly attached to, or a sworn officer of, any police powers agency but would have had to be permitted by sworn personnel into the restricted access dating site arranged for me in order to make the initial contact.

- A honey trap operation, a series of 8 to ten female undercovers, who were likely dropped off by a marked NYPD van which I had observed moving in that direction as I walked toward the area, was undertaken on the streets of Hunter's Point, primarily along the East River on Center Blvd., between approximately 6PM and 8PM on November 13, 2021. Further, as referenced above, my internet access to dating sites has been highly restricted, whether by NYPD or by another police agency not yet identified.

1

Similar honey trap operations and faux dates were run against me in 2005 in Washington and Oregon. Presumably, this too involved FBI, as it was done interstate, with local backup or direct involvement.

As you review the NYPD "investigations" and records you will undoubtedly locate other information regarding NYPD investigations, reports, analyses, written and electronic communications within various NYPD units likely including intelligence, precincts, detective units, and with other City agencies, as well as with other federal, state, and local agencies, and so forth. My request is to be interpreted broadly to include the entire sequence of reports, observations, analyses, etc., from as early in NYPD's first awareness of me, which is likely to have extended at least the post 9/11/2001 period and perhaps even sooner.

BACKGROUND

My first visit to New York City dates to approximately 1980. I visited the NYC World Trade Center location of Deloitte, an international accounting and consulting firm headquartered in NYC, in the WTC in about 1983/84 in conjunction with the breakup of AT&T and spin-off of its mobile phone units. Further, I was a member of the Board of AeA (formerly American Electronics Association, now Tech America) from 1999 to 2002, and visited the WTC family viewing area in about November 2001.

I was born and lived in the Seattle, Washington area until 2005. I traveled extensively in 44 U.S. states prior to 2005, travel was mostly on the West Coast, as well as through the NYC area at various other times. I lived in Boston, first in a hotel for about four months beginning in late December 2005 then a homeless shelter, Pine Street Inn, until moving to Cliffside Park, NJ in August 2007 through September 2010, was employed by Establish Inc in Fort Lee, NJ from August 2007 through July 2008. From October 2010 to April 2011, I was at Bergen Regional Medical Center, then in Ramsey, NJ until November 2018 when I moved to my current location in Edgewater, NJ.

I have worked with Federal, State, County, and municipal governments, the Washington State Legislature and three Governors there. No contractual work for any State of NJ or NY agency, nor any city or county on the East Coast. My federal government work involved various DOD facilities on the West Coast, a number of DOD contractors, Boeing Space Delta IV rocket assembly plant for the USAF, Hughes Space Systems satellite launch failures, a nuclear sub and aircraft carrier maintenance base where I was left standing beside an ultra-classified high-tech sub pump for ten minutes by myself for no explained reason, as well as various other technologies touching on national security, intelligence, banking regulation and examination (FDIC), and so forth. I have also worked with and sold to other major and mid-size companies ranging from aerospace (F-35 prototype development and various rocket systems were developed there) banks, software, consumer products, semiconductor manufacturing, and so forth, over the course of my career from 1979 to 2005.

FEDERAL MISCONDUCT PREDATES NYPD INVOLVEMENT

Federal misconduct related to this sequence may well extend as far back as 1980. The spiraling trend of public visibility (never initiated by me) and illegally pretexted police powers operations, were likely first initiated by FBI's Seattle Field Office, and basically destroyed my career in the early 2000s. It is also highly probable that CIA used the Deloitte Consulting units I worked in and with, the local office and the National Banking Unit, to establish a commercial cover for the team leader of an apartheid era ATM system implementation to facilitate the Agency's surveillance of the banking system and financial affairs of the government of South Africa in the early 1980s, as well as a prominent Mideast national airline. That nation's royal head of state's on-board bedroom was bugged while the Boeing 747 aircraft was being fitted out and discovered sometime later, as reported in the media at the time of the discovery.

2

A couple of other odds and ends - my first wife was the former wife of a King County serial killer task force hunting the Green River killer who later became a Precinct Commander. I also personally knew two Seattle FBI agents and babysat the first-born son of one as an infant. Probably nothing to this but thought I would mention it. I have never been arrested or booked for anything anywhere, have no violent history anywhere, and have paid parking and moving violations timely.

US DISTRICT COURT COMPLAINT

This information is being collected as part of my initial informal discovery process related to an Amended Complaint filed in US District Court in Washington, DC  21-cv-2954, which is available on PACER. A subpeona will follow in a few weeks. Information obtained will be used to, among other things, identify potential witnesses, request depositions, further develop the case, and so forth, as is typical of civil and constitutional rights litigation. This request relates to all discoverable information maintained or archived by NYPD related to me into the present time.

Thanks very much.

Regards,
Dennis

Dennis Brewer

LP Evidentiary Exhibits Page 000363                    10/05/2022

July 6, 2022


Hon. Sylvia O. Hinds-Radix
Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007

Ernest F. Hart
Deputy Commissioner for Legal Matters
City of New York Police Department
PALS Unit
375 Pearl Street, Box 39
New York, New York 10038

**Re: NOTICE OF EXTENSION - DUTY TO PRESERVE EVIDENCE**

Good day:

Dennis Sheldon Brewer has filed a lawsuit against NYPD and other Defendants and intends to extend this action to include various other law enforcement and intelligence agencies. The preservation of all documents for the duration of the litigation or until you are notified in writing you are not subject to this litigation is required under federal law and the Rules of Civil Procedure of the US District Court.

Since the NYPD persists in its pattern of interference with civil and constitutional rights, this duty to preserve all evidence is extended to the present time and to all future interactions with the Plaintiff, whether conducted directly or in coordination with others. Attached please find an example of recent misconduct from April 22, 2022. These is one example only and does not come close to documenting the full scope and duration of interferences and violations by NYPD and/or its collaborators.

Pursuant to the federal Rules of Civil Procedure, every party to a lawsuit has a duty to preserve all evidence which could be relevant to the suit. This includes the duty to preserve all electronic and paper-based evidence, such as notes, emails, communication logs, recordings, plans, analyses, and other relevant materials discussing the incidents or related to matters at issue in the suit. The suit contemplates a broad and durable set of civil rights violations, constitutional rights violations, wrongful process, conduct not permitted under Article I Section 8 of the Constitution, and eminent domain violations. Statutes cited or to be cited in conjunction with the contemplated federal Complaint include the Klu Klux Klan Act, civil RICO, and FTCA.

This duty to preserve evidence is broad and extends to all documents, regardless of whether the document is stored electronically (such as email) or in hard-copy and regardless of the type of document. For example, reports, spreadsheets, photographs, and videotapes are all considered documents that must be preserved. Furthermore, the duty to preserve this documentary evidence

extends to all documents in existence as of the time you reasonably anticipated this litigation. This Notice covers information retained on all computers, servers, server back-up systems, CDs, tapes, PDAs, cell phones, and any other device on which information may be stored electronically.

To avoid civil or criminal sanctions by the Court, ensure that all relevant documents are preserved, and no alterations are allowed. Communicate directly with all employees who have possession or control of potentially relevant evidence, including but not limited to personnel who deal with email retention, deletion, and archiving. Advise each of these employees to preserve any relevant documents in their custody. Furthermore, advise all such persons that any regularly scheduled and/or automatic deletion of email or other electronic documents must be discontinued with respect to any relevant data. In addition, any document destruction (such as shredding of documents) must cease with respect to any relevant documents. All relevant documents, both electronic and paper, must be preserved for the duration of this litigation.

Personal identifying information of Plaintiff follows:

Dennis Sheldon Brewer
███████ Place
Edgewater, NJ 07020
Previous addresses:
      ███████ Road, Apartment 35, Ramsey, NJ 07446 (2011-2018)
      Bergen County Regional Medical Center, 230 E. Ridgewood Avenue, Paramus, NJ 07652 (2010-2011)
      ███████ Avenue, #5, Cliffside Park, NJ 07010 (2007-2010)
      Pine Street Inn 444 Harrison Ave, Boston, MA 02118 (2005-2007)
      17036 149th Street, Kirkland, WA 98033 (1990-2005)
DOB: ███████
Place of birth: Enumclaw, Washington
U.S. passport: ███████ expires 27 April 2025
Associated email accounts:

Sincerely,

Dennis Sheldon Brewer, as Plaintiff

Enclosures:
      April 22, 2022 incident documentation

# NYPD Event Sequence - April 22, 2022

The following is fairly typical event sequence involving police powers undercover operations I have experienced in New York City over the past several years. Each NYC excursion has some variation on some type of psychological operation and/or sting package as does much of my online life as well. These types of events are also typical of my near daily trips and errands in Edgewater, New Jersey. Since these operations are part of daily life, I rarely take extensive notes as I would otherwise spend several hours per day writing up the detail of the outing, much as police officers must spend considerable time documenting instead of being on the street. The irony does not escape me either.

**Date, Time, Planned Destination:**

Friday, April 22, 2022, event located and reserved on Club Free Time.com in NYC at Irish Arts Center 11th Ave between 51st and 52nd to see Mufutau Yusuf: Owe.

**Overall Travel Sequence:**

New Jersey Transit (NJT) Rt. 158 Old River Rd stop on River Road to Port Authority Bus Terminal (PABT/NYC). Walk to Galaxy Diner on 9th, then to Duane Reed on 9th for replacement mask (replace broken strap) which is unavailable, then toward Irish Arts Center but misdirected and divert one block short at 51st due to address misunderstanding created by BRMT intervention, then cross 11th Ave to west side, walk south one block to 50th and west then south by Westside Highway to Intrepid, then turn east and zigzag walk to PABT Walgreens for mask, then to NJT Rt. 158 at PABT Gate 202.

Note that my diversion at 51st, one block short of the Irish Arts Center on 11th, was due to BRMT induced confusion which caused me to wrongly believe the Center was between 50th and 51st. I further note there have been several times when I was directed to non-existent addresses, unoccupied addresses and facilities, and/or non-existent events in NYC since 2007, so I wrongly assumed this was yet another one of those.

**Enroute Occurrences Notes:**

Typical high profile female honey trap cameos, pickets, et cetera from boarding at NJT Rt. 158 stop in Edgewater at Old River Road toward NYC. Walk from PABT to Galaxy Diner on 9th. At Diner, loud noises, backfires, and loud car revs outside, no check to table for extended period, otherwise normal. Depart Galaxy Diner at 736pm with broken mask ear loop needing replacement, beginning at Duane Reade on 9th where unable to locate mask to replace mask

with broken ear loop, 4 younger undercover white males laughing in Duane Reed and more on sidewalk.

Walk toward Irish Arts Center: Up 11th to 51st, cross 11th down to 50th, walk 50th to Westside Highway.

Verbalize on 50th Street on the way from 11th to Westside Highway. Verbalizations are regarding this set of coercive operations being used to damage and endanger subjects and anyone nearby if subject lashes out. I verbally note potential for destruction, incarcerations, and killings of or by subject, also suggest evidence tampering if my sidewalk speech is not being accurately recorded with directional mic and camera at the end of the block (walking west on 50th during this verbalization). As expected, I note a camera/directional microphone is being placed by an older white male in a parked SUV as I pass by. Suggest possibility of evidence tampering and destruction if this cannot be found on the record in future discovery activity.

Walk south on sidewalk on the east side of Westside Highway through cluster of 4 younger adult females (honey trap bait), one of whom walks from building corner where they stand together to street corner just before I pass, then walk past pickets, and two high visibility vested parking flaggers about 1 block south (undercover older males), then more on-sidewalk pickets, then turn east just south of Intrepid, and zigzag street and avenues to return to PABT.

On return to PABT, NJT Rt. 158 bus leaves on my approach to door in gate 202 area. That bus replaced about 5 minutes later by the next bus (typical intervals between buses at this time of the evening is 15-30 minutes). Jerky high frequency accelerate/decelerate and braking by bus driver noted on ride home. This atypical bus replacement and driving behavior is likely part of the package of psychological operations intended to cause the subject to act out as a result of and/or during the event sequence.

### *Missing GPS location travel history sequence*

During my late evening initial recap of this event sequence, I noted exceptions in my Google Maps GPS data capture on my cell phone:

556pm NJT Route 158 Edgewater, NJ to NYC

640pm to 736pm Galaxy Diner.

Missing GPS location travel history sequence on phone during my travel in NYC from Galaxy Diner to West Side Highway to Intrepid to PABT between 736pm and 812pm. Likely deleted purposefully since I had mentioned the possibility of evidence tampering in my dialog recorded during one block walk described above.