UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS SHELDON BREWER,

Plaintiff,

-against-

WILLIAMS BURNS, DIRECTOR, CENTRAL
INTELLIGENCE AGENCY, *et al.*,

Defendants.

23-CV-9605 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se*. On March 27, 2024, he filed a motion to withdraw this action. (ECF 21.) The Court grants Plaintiff's request. The Court therefore dismisses this action without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**CONCLUSION**

Plaintiff's motion to withdraw this action (ECF No. 21) is granted. The Court dismisses this action without prejudice. *See* Fed. R. Civ. P. 41(a). All other pending matters in this case are terminated. This order closes this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 28, 2024
             New York, New York

_/s/ Laura Taylor Swain_
LAURA TAYLOR SWAIN
Chief United States District Judge